☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | The Roman Catholic Bishop of Oakland |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | Diocese of Oakland <br> Roman Catholic Diocese of Oakland |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number (EIN)** | 9 4 – 1 5 2 7 0 8 6 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2121    Harrison Street, Suite 100 <br> Number    Street | Number        Street |
| | P.O. Box |
| Oakland          CA      94612 <br> City          State    ZIP Code | City        State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Alameda <br> County | Number        Street |
| | City        State    ZIP Code |

5. **Debtor's website** (URL)    www.oakdiocese.org

Case: 23-40523    Doc# 1    Filed: 05/08/23    Entered: 05/08/23 07:20:28    Page 1 of 12

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☒ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

8 | 1 | 3 | 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Case: 23-40523    Doc# 1    Filed: 05/08/23    Entered: 05/08/23 07:20:28    Page 2 of 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____   When _____   Case number _____
                                          MM / DD / YYYY

         District _____   When _____   Case number _____
                                          MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.  Debtor _____   Relationship _____

         District _____   When _____
                                                    MM  /  DD  / YYYY

         Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

                          _____

                          _____
                          City                           State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

         Contact name _____

         Phone _____

---

**Statistical and administrative information**

---

Case: 23-40523    Doc# 1    Filed: 05/08/23    Entered: 05/08/23 07:20:28    Page 3 of 12

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☒ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/08/2023
MM / DD / YYYY

✘ /s/ Bishop Michael Charles Barber                     Bishop Michael Charles Barber
Signature of authorized representative of debtor          Printed name

Title  Bishop of Oakland

Case: 23-40523    Doc# 1    Filed: 05/08/23    Entered: 05/08/23 07:20:28    Page 4 of 12

**18. Signature of attorney**

✘ /s/ Thomas F. Carlucci                              Date    05/08/2023

   Signature of attorney for debtor                           MM  / DD  / YYYY

Thomas F. Carlucci
Printed name

Foley & Lardner LLP
Firm name

555          California Street, Suite 1700
Number       Street

San Francisco                                CA          94104-1520
City                                         State       ZIP Code

415.984.9824                                 tcarlucci@foley.com
Contact phone                                Email address

135767                                       CA
Bar number                                   State

Case: 23-40523    Doc# 1    Filed: 05/08/23    Entered: 05/08/23 07:20:28    Page 5 of 12

# DECLARATION
# OF
# AUTHORITY TO SIGN AND FILE PETITION

### May 8, 2023

Effective as of the date written above, the undersigned, being the incumbent Bishop (the "Bishop") of the Roman Catholic Diocese of Oakland, California (the "Diocese"), with authority over The Roman Catholic Bishop of Oakland, a California corporation sole ("RCBO"), hereby certifies, declares, approves, ratifies and adopts the following resolutions:

**WHEREAS**, along with the Diocesan Finance Council and the College of Consultors, the Bishop has engaged in numerous and extensive discussions with the officials of RCBO and its legal and financial advisors regarding the assets and liabilities of RCBO, particularly those liabilities arising or asserted in connection with Assembly Bill 218 ("AB 218"), the impact of such liabilities on the continuation of the mission of the Diocese, the strategic alternatives available to RCBO, and the advisability of entering into restructuring arrangements;

**WHEREAS**, the Bishop has considered the importance of retaining outside advisors to RCBO in connection with a restructuring process;

**WHEREAS**, the Bishop has sought and obtained the approval of the filing of the Chapter 11 Case (as defined below) from the Diocesan Finance Council and the College of Consultors in accordance with canon 1277 of the Code of Canon Law;

**WHEREAS**, the Bishop has sought and obtained the *nihil obstat* from the Holy See regarding the filing of the Chapter 11 Case in accordance with canon 1295 of the Code of Canon Law; and

**WHEREAS**, the Bishop has determined that taking the actions set forth below are advisable and in the best interests of RCBO.

### NOW, THEREFORE, BE IT,

**RESOLVED**, that in order to respond to claims stemming from AB 218 in an equitable and comprehensive manner, and to reorganize the financial affairs of RCBO in order to permit it to continue to fulfill the Diocese's ministries to the Catholic faithful of the Diocese, RCBO shall file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), commencing a chapter 11 reorganization case (the "Chapter 11 Case") in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court");

**FURTHER RESOLVED**, that each of the officers and managers of RCBO, including Paul Bongiovanni, Chief Financial Officer, or such other authorized signer for RCBO as he may designate (the "Authorized Persons"), be, and they hereby are, authorized, empowered, and directed to execute and file, or cause to be filed, with the Bankruptcy Court, for RCBO all petitions,

4887-6003-3633.2

schedules, lists, motions, applications, pleadings, and any other necessary papers or documents, including any amendments thereto, and to take any and all action and perform any and all further deeds that they deem necessary or proper in connection with the Chapter 11 Case, with a view to the successful prosecution of such case and to maintain the ordinary course operation of RCBO and the mission and ministry of the Diocese;

**FURTHER RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed to employ the law firm of Foley & Lardner LLP as general bankruptcy counsel to represent and advise RCBO in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance its rights and obligations, including filing any pleadings in connection with the Chapter 11 Case; and, in connection therewith, the Authorized Persons are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case, and cause to be executed and filed an appropriate application with the Bankruptcy Court for authority to retain the services of Foley & Lardner LLP;

**FURTHER RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed to employ Alvarez & Marsal North America, LLC as financial advisor to represent and assist RCBO in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance its rights and obligations in connection with the Chapter 11 Case; and, in connection therewith, the Authorized Persons are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case, and cause to be executed and filed an appropriate application with the Bankruptcy Court for authority to retain the services of Alvarez & Marsal North America, LLC;

**FURTHER RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed to employ Kurtzman Carson Consultants LLC as administrative advisor and claims, noticing, and balloting agent to assist RCBO in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance its rights and obligations in connection with the Chapter 11 Case; and, in connection therewith, the Authorized Persons are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case, and cause to be executed and filed an appropriate application with the Bankruptcy Court for authority to retain the services of Kurtzman Carson Consultants LLC;

**FURTHER RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized and directed to employ any other professionals to assist RCBO in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Persons are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon filing of the Chapter 11 Case, and cause to be filed an appropriate application with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary;

**FURTHER RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed, in the name and on behalf of RCBO, to cause RCBO to enter into, execute, deliver, certify, file, and/or record and perform such agreements, instruments,

2

motions, affidavits, certificates or other documents, and to take such other action, as in the judgment of such person shall be or become necessary, proper, and desirable to prosecute to a successful completion the Chapter 11 Case, including, but not limited to, implementing these resolutions and the transactions contemplated by these resolutions;

**FURTHER RESOLVED**, that Authorized Persons be, and each of them hereby is, authorized, empowered, and directed, in the name and on behalf of RCBO, to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to in these resolutions; and

**FURTHER RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by these resolutions done in the name and on behalf of RCBO, which acts would have been approved by these resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

*[Remainder of Page Intentionally Left Blank]*

3

**IN WITNESS WHEREOF**, I have signed this Declaration as of the date first written above.

_Michael Barber_
_____
Michael Charles Barber
Bishop of Oakland

4887-6003-3633.2

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑   Other document that requires a declaration   List of Equity Security Holders and Corporate Disclosure Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/08/2023             ✖ /s/ Michael Charles Barber
              MM / DD / YYYY            Signature of individual signing on behalf of debtor


                                       Michael Charles Barber
                                       Printed name

                                       Bishop of Oakland
                                       Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___The Roman Catholic Bishop of Oakland___

United States Bankruptcy Court for the: ___Northern___ District of ___CA___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Doe Claimant Tort claimant's name to be filed under seal, after appropriate motion and order of the Bankruptcy Court | Doe Claimant c/o Michael Reck Jeff Anderson & Associates 12011 San Vicente Blvd. Suite 700 Los Angeles, CA 90049 Telephone 310-357-2425 Email mreck@andersonadvocates.com | Tort Claimant | Contingent / Unliquidated / Disputed | | | Undetermined Amount* |
| 2 | Doe Claimant Tort claimant's name to be filed under seal, after appropriate motion and order of the Bankruptcy Court | Doe Claimant c/o Michael Reck Jeff Anderson & Associates 12011 San Vicente Blvd. Suite 700 Los Angeles, CA 90049 Telephone 310-357-2425 Email mreck@andersonadvocates.com | Tort Claimant | Contingent / Unliquidated / Disputed | | | Undetermined Amount* |
| 3 | Doe Claimant Tort claimant's name to be filed under seal, after appropriate motion and order of the Bankruptcy Court | Doe Claimant c/o Michael Reck Jeff Anderson & Associates 12011 San Vicente Blvd. Suite 700 Los Angeles, CA 90049 Telephone 310-357-2425 Email mreck@andersonadvocates.com | Tort Claimant | Contingent / Unliquidated / Disputed | | | Undetermined Amount* |
| 4 | Doe Claimant Tort claimant's name to be filed under seal, after appropriate motion and order of the Bankruptcy Court | Doe Claimant c/o Michael Reck Jeff Anderson & Associates 12011 San Vicente Blvd. Suite 700 Los Angeles, CA 90049 Telephone 310-357-2425 Email mreck@andersonadvocates.com | Tort Claimant | Contingent / Unliquidated / Disputed | | | Undetermined Amount* |
| 5 | Doe Claimant Tort claimant's name to be filed under seal, after appropriate motion and order of the Bankruptcy Court | Doe Claimant c/o Joseph George Joseph George Jr. Law Corporation 601 University Avenue Suite 270 Sacramento, CA 95825 Telephone 916-641-7300 Email mailbox@psyclaw.com | Tort Claimant | Contingent / Unliquidated / Disputed | | | Undetermined Amount* |
| 6 | Doe Claimant Tort claimant's name to be filed under seal, after appropriate motion and order of the Bankruptcy Court | Doe Claimant c/o Joseph George Joseph George Jr. Law Corporation 601 University Avenue Suite 270 Sacramento, CA 95825 Telephone 916-641-7300 Email mailbox@psyclaw.com | Tort Claimant | Contingent / Unliquidated / Disputed | | | Undetermined Amount* |
| 7 | Doe Claimant Tort claimant's name to be filed under seal, after appropriate motion and order of the Bankruptcy Court | Doe Claimant c/o Joseph George Joseph George Jr. Law Corporation 601 University Avenue Suite 270 Sacramento, CA 95825 Telephone 916-641-7300 Email mailbox@psyclaw.com | Tort Claimant | Contingent / Unliquidated / Disputed | | | Undetermined Amount* |
| 8 | Doe Claimant Tort claimant's name to be filed under seal, after appropriate motion and order of the Bankruptcy Court | Doe Claimant c/o Joseph George Joseph George Jr. Law Corporation 601 University Avenue Suite 270 Sacramento, CA 95825 Telephone 916-641-7300 Email mailbox@psyclaw.com | Tort Claimant | Contingent / Unliquidated / Disputed | | | Undetermined Amount* |

| Debtor | The Roman Catholic Bishop of Oakland | | Case number *(if known)* | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Doe Claimant Tort claimant's name to be filed under seal, after appropriate motion and order of the Bankruptcy Court | Doe Claimant c/o Furtado, Jaspovice & Simons Rick Simons 6589 Bellhurst Lane Castro Valley, CA 94552 Telephone 510-917-2169 Email Rick@fjslaw.com | Tort Claimant | Contingent / Unliquidated / Disputed | | | Undetermined Amount* |
| 10 | Doe Claimant Tort claimant's name to be filed under seal, after appropriate motion and order of the Bankruptcy Court | Doe Claimant c/o Furtado, Jaspovice & Simons Rick Simons 6589 Bellhurst Lane Castro Valley, CA 94552 Telephone 510-917-2169 Email Rick@fjslaw.com | Tort Claimant | Contingent / Unliquidated / Disputed | | | Undetermined Amount* |
| 11 | Doe Claimant Tort claimant's name to be filed under seal, after appropriate motion and order of the Bankruptcy Court | Doe Claimant c/o Erika Scott Winer, Burritt & Scott, LLP 1901 Harrison Street Suite 1100 Oakland, CA 94612 Telephone 510-433-1000 Email erika@wmlawyers.com | Tort Claimant | Contingent / Unliquidated / Disputed | | | Undetermined Amount* |
| 12 | Doe Claimant Tort claimant's name to be filed under seal, after appropriate motion and order of the Bankruptcy Court | Doe Claimant c/o Erika Scott Winer, Burritt & Scott, LLP 1901 Harrison Street Suite 1100 Oakland, CA 94612 Telephone 510-433-1000 Email erika@wmlawyers.com | Tort Claimant | Contingent / Unliquidated / Disputed | | | Undetermined Amount* |
| 13 | Doe Claimant Tort claimant's name to be filed under seal, after appropriate motion and order of the Bankruptcy Court | Doe Claimant c/o Meghan McCormick Boucher LLP 21600 Oxnard Street Suite 600 Woodland Hills, CA 91367 Telephone 818-340-5400 Email mccormick@boucher.la | Tort Claimant | Contingent / Unliquidated / Disputed | | | Undetermined Amount* |
| 14 | Doe Claimant Tort claimant's name to be filed under seal, after appropriate motion and order of the Bankruptcy Court | Doe Claimant c/o Meghan McCormick Boucher LLP 21600 Oxnard Street Suite 600 Woodland Hills, CA 91367 Telephone 818-340-5400 Email mccormick@boucher.la | Tort Claimant | Contingent / Unliquidated / Disputed | | | Undetermined Amount* |
| 15 | Doe Claimant Tort claimant's name to be filed under seal, after appropriate motion and order of the Bankruptcy Court | Doe Claimant c/o Greg Garcia Herman Law 9434 Deschutes Road Suite 1000 Palo Cedro, CA 96073 Telephone 305-931-2200 Email ggarcia@hermanlaw.com | Tort Claimant | Contingent / Unliquidated / Disputed | | | Undetermined Amount* |
| 16 | Doe Claimant Tort claimant's name to be filed under seal, after appropriate motion and order of the Bankruptcy Court | Doe Claimant c/o Greg Garcia Herman Law 9434 Deschutes Road Suite 1000 Palo Cedro, CA 96073 Telephone 305-931-2200 Email ggarcia@hermanlaw.com | Tort Claimant | Contingent / Unliquidated / Disputed | | | Undetermined Amount* |
| 17 | Doe Claimant Tort claimant's name to be filed under seal, after appropriate motion and order of the Bankruptcy Court | Doe Claimant c/o Courtney Kiehl Paul Mones P.C. 13101 Washington Blvd.; St 128 Los Angeles CA 90066 Telephone 310 566-7418 Email Courtney@paulmones.com | Tort Claimant | Contingent / Unliquidated / Disputed | | | Undetermined Amount* |
| 18 | Doe Claimant Tort claimant's name to be filed under seal, after appropriate motion and order of the Bankruptcy Court | Doe Claimant c/o Courtney Kiehl Paul Mones P.C. 13101 Washington Blvd.; St 128 Los Angeles CA 90066 Telephone 310 566-7418 Email Courtney@paulmones.com | Tort Claimant | Contingent / Unliquidated / Disputed | | | Undetermined Amount* |
| 19 | Doe Claimant Tort claimant's name to be filed under seal, after appropriate motion and order of the Bankruptcy Court | Doe Claimant c/o Spencer Lucas Panish Shea Boyle Ravipudi LLP 11111 Santa Monica Boulevard Suite 700 Los Angeles, CA 90025 Telephone 310-477-1700 Email slucas@psbr.law | Tort Claimant | Contingent / Unliquidated / Disputed | | | Undetermined Amount* |
| 20 | Doe Claimant Tort claimant's name to be filed under seal, after appropriate motion and order of the Bankruptcy Court | Doe Claimant c/o Spencer Lucas Panish Shea Boyle Ravipudi LLP 11111 Santa Monica Boulevard Suite 700 Los Angeles, CA 90025 Telephone 310-477-1700 Email slucas@psbr.law | Tort Claimant | Contingent / Unliquidated / Disputed | | | Undetermined Amount* |

* Undetermined amount, but solely for purposes of this list, each unsecured claim listed is estimated to be in excess of any non-tort claimant unsecured creditor.