## Exhibit C

## Initial Core Service List

| Service Party | Mailing Address | Email Address (if known) |
|---|---|---|
| Roman Catholic Bishop of Oakland | 2121 Harrison Street<br>Suite 100<br>Oakland, CA 94612 | c/o tcarlucci@foley.com |
| Foley & Lardner LLP | 555 California Street<br>Suite 1700<br>San Francisco, CA 94104<br>Attn: Tom Carlucci and Jeff Blease | jblease@foley.com<br>tcarlucci@foley.com<br>smoses@foley.com<br>auetz@foley.com<br>mdlee@foley.com |
| Office of the United States Trustee for Region 17 | 450 Golden Gate Avenue, 5th Floor<br>Suite #05-0153<br>San Francisco, CA 94102<br>Attn: Greg Powell | Greg.Powell@usdoj.gov |
| Office of the California Attorney General | 1300 I St., Ste. 1740<br>Sacramento, CA 95814<br>Attn: Bankruptcy Department | |
| Allen, Glaessner, Hazelwood and Werth, LLP | 180 Montgomery Street<br>Suite 1200<br>San Francisco, CA 94104<br>Attn: Peter Glaessner | pglaessner@aghwlaw.com |
| Doe Claimants 1 - 4 | c/o Michael Reck<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd.<br>Suite 700<br>Los Angeles, CA 90049 | mreck@andersonadvocates.com |
| Doe Claimants 5 - 8 | c/o Joseph George<br>Joseph George Jr. Law Corporation<br>601 University Avenue<br>Suite 270<br>Sacramento, CA 95825 | mailbox@psyclaw.com |
| Doe Claimants 9-10 | c/o Furtado, Jaspovice & Simons<br>Rick Simons<br>6589 Bellhurst Lane<br>Castro Valley, CA 94552 | Rick@fjslaw.com |

| Service Party | Mailing Address | Email Address (if known) |
|---|---|---|
| Doe Claimants 11-12 | c/o Erika Scott<br>Winer, Burritt & Scott, LLP<br>1901 Harrison Street<br>Suite 1100<br>Oakland, CA 94612 | erika@wmlawyers.com |
| Doe Claimants 13-14 | c/o Meghan McCormick<br>Boucher LLP<br>21600 Oxnard Street<br>Suite 600<br>Woodland Hills, CA 91367 | mccormick@boucher.la |
| Doe Claimants 15-16 | c/o Greg Garcia<br>Herman Law<br>9434 Deschutes Road<br>Suite 1000<br>Palo Cedro, CA 96073 | ggarcia@hermanlaw.com |
| Doe Claimants 17-18 | c/o Courtney Kiehl<br>Paul Mones P.C.<br>13101 Washington Blvd.<br>Suite 128<br>Los Angeles CA 90066 | Courtney@paulmones.com |
| Doe Claimants 19-20 | c/o Spencer Lucas<br>Panish Shea Boyle Ravipudi LLP<br>11111 Santa Monica Boulevard<br>Suite 700<br>Los Angeles, CA 90025 | slucas@psbr.law |