

1

**FOLEY & LARDNER LLP**
Jeffrey R. Blease (CA Bar. No. 134933)
Tel: (617) 226-3155; jblease@foley.com

The following constitutes the order of the Court.
Signed: May 8, 2023

Thomas F. Carlucci (CA Bar No. 135767)
Tel: (415) 984-9824; tcarlucci@foley.com
Shane J. Moses (CA Bar No. 250533)
Tel: (415) 438-6404; smoses@foley.com
Emil P. Khatchatourian (CA Bar No. 265290)
Tel: (312) 832-5156; ekhatchatourian@foley.com
Ann Marie Uetz (pro hac vice application pending)
Tel: (313) 234-7114; auetz@foley.com

William J. Lafferty, III
**U.S. Bankruptcy Judge**

Matthew D. Lee (pro hac vice application pending)
Tel: (608) 258-4203; mdlee@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520

*Proposed Counsel for the Debtor*
*and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. 23-40523 WJL |
| THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole, | Chapter 11 |
| Debtor. | **ORDER APPROVING DESIGNATION OF RESPONSIBLE INDIVIDUAL PURSUANT TO B.L.R. 4002-1** |
| | [No Hearing Required] |

4863-0187-1450.1

Upon the *Debtor's Application For Order Approving Designation of Responsible Individual Pursuant to B.L.R. 4002-1* dated May 8, 2023, (the "Application") filed by the Roman Catholic Bishop of Oakland, a California corporation sole, and the debtor and debtor in possession (the "Debtor" or the "Diocese") in the above-captioned chapter 11 bankruptcy case (the "Chapter 11 Case" or the "Bankruptcy Case"), pursuant to Bankruptcy Local Rule 4002-1, for entry of an order designating the natural person with primary responsibility for the duties and obligations of the Debtor in the Bankruptcy Case (the "Responsible Individual"); this Court having reviewed and considered the Application upon the record in this Bankruptcy Case; and after due deliberation and good cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1.    The Application is granted as provided herein.

2.    The Debtor's designation of Bishop Michael C. Barber, SJ as the Responsible Individual in the above-captioned Bankruptcy Case pursuant to Bankruptcy Local Rule 4002-1 is hereby approved.

3.    The contact information for the Responsible Individual is:

Bishop Michael C. Barber, SJ
2121 Harrison St. Suite 100
Oakland, CA 94612
Tel: (510) 893-4711

4.    This Court retains jurisdiction with respect to all matters arising from or related to the implementation of or interpretation of this Order.

*** END OF ORDER ***

ORDER APPROVING DESIGNATION OF RESPONSIBLE INDIVIDUAL

4863-0187-1450.1

## <u>COURT SERVICE LIST</u>

All ECF Recipients.