

Ann Marie Uetz
auetz@foley.com
FOLEY & LARDNER LLP
500 Woodward Avenue, Suite 2700
Detroit, MI 48226
Tel: 313.234.7100
Fax: 313.234.2800
Attorneys for The Roman Catholic Bishop of Oakland

The following constitutes the order of the Court.
Signed: May 8, 2023

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re **THE ROMAN CATHOLIC BISHOP OF OAKLAND,**

Debtor(s).

Case No. **23-40523 WJL**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Ann Marie Uetz**, whose business address and telephone number is **Foley & Lardner LLP, 500 Woodward Avenue, Suite 2700, Detroit, MI 48226 (313) 234-7100**

and who is an active member in good standing of the bar of **Michigan**

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **The Roman Catholic Bishop of Oakland**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**