Entered on Docket
May 09, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Matthew D. Lee
Foley & Lardner LLP
150 E. Gilman Street, Suite 5000
Madison, WI 53703
(608) 258-4203
mdlee@foley.com
Attorneys for The Roman Catholic Bishop of Oakland

The following constitutes the order of the Court.
Signed: May 8, 2023

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re **The Roman Catholic Bishop of Oakland**

Debtor(s).

Case No. **23-40523 WJL**

Chapter **11**

### ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Matthew D. Lee**, whose business address and telephone number is **150 East Gilman Street, Suite 500 Madison, WI 53703 (608) 258-4203** and who is an active member in good standing of the bar of **Wisconsin** having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **The Roman Catholic Bishop of Oakland**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**