McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Hagop T. Bedoyan, #131285
　hagop.bedoyan@mccormickbarstow.com
Mart B. Oller IV, #149186
　marty.oller@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:　(559) 433-1300
Facsimile:　(559) 433-2300

Attorneys for Interested Party, The Roman
Catholic Bishop of Fresno

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,<br><br>　　　Debtor-in-Possession. | Case No. 23-40523<br><br>Chapter 11<br><br>Judge: Honorable William J. Lafferty<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS AND TO BE INCLUDED ON THE LIMITED SERVICE LIST** |

PLEASE TAKE NOTICE that Hagop T. Bedoyan, of McCormick, Barstow, Sheppard, Wayte & Carruth LLP, hereby enters his appearance as counsel for The Roman Catholic Bishop of Fresno, as a party-in-interest, and, pursuant to Bankruptcy Rules 2002, 9007, and 9010, requests that the Clerk of Court enter the following name and address on the general matrix for this case, and on all special or limited matrices, and request that copies of all notices, whether given pursuant to Bankruptcy Rule 2002 or otherwise, and all orders and other pleadings and papers in this case be given and sent to the following:

　　　　　　　　Hagop T. Bedoyan, #131285
　　　　　　hagop.bedoyan@mccormickbarstow.com
　　　　　　　McCormick, Barstow, Sheppard,
　　　　　　　　　Wayte & Carruth LLP
　　　　　　　　7647 North Fresno Street
　　　　　　　　Fresno, California 93720
　　　　　　Telephone:　(559) 433-1300

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any or all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, statements of affairs, operating reports, schedules of assets and liabilities, or other papers, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, transmission, telegraph, telex, e-mail, or otherwise, which relate in any way to the above-referenced case or proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that The Roman Catholic Bishop of Fresno does not, by filing this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim, or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance and Request for Service of Papers constitute a waiver of any of their rights: (i) to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases, or any controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which The Roman Catholic Bishop of Fresno is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments The Roman Catholic Bishop of Fresno expressly reserves.

Respectfully submitted.

Dated: May 8, 2023

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____
Hagop T. Bedoyan
Mart B. Oller IV
Attorneys for Interested Party, The Roman Catholic
Bishop of Fresno

018621-000165 9100223.1