**FOLEY & LARDNER LLP**
Jeffrey R. Blease (CA Bar. No. 134933)
Tel: (617) 226-3155; jblease@foley.com
Thomas F. Carlucci (CA Bar No. 135767)
Tel: (415) 984-9824; tcarlucci@foley.com
Shane J. Moses (CA Bar No. 250533)
Tel: (415) 438-6404; smoses@foley.com
Emil P. Khatchatourian (CA Bar No. 265290)
Tel: (312) 832-5156; ekhatchatourian@foley.com
Ann Marie Uetz (*admitted pro hac vice*)
Tel: (313) 234-7114; auetz@foley.com
Matthew D. Lee (*admitted pro hac vice*)
Tel: (608) 258-4203; mdlee@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520

*Proposed Counsel for the Debtor
and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,<br><br>Debtor. | Case No. 23-40523 WJL<br><br>Chapter 11<br><br>**NOTICE OF FINAL HEARING ON FIRST DAY MOTIONS**<br><br>Judge:  Hon. William J. Lafferty<br><br>Date:   May 23, 2023<br>Time:   1:30 p.m.<br>Place:  United States Bankruptcy Court<br>        1300 Clay Street<br>        Courtroom 220<br>        Oakland, CA 94612<br><br>[In person or via Zoom] |

    **PLEASE TAKE NOTICE THAT** a continued hearing will be held on **Tuesday, May 23, 2023, at 1:30 p.m.** (the "Final Hearing"), and will take place at the United States Bankruptcy Court, 1300 Clay Street, Oakland, California, before the Honorable William J. Lafferty, United States Bankruptcy Judge, to consider final relief following interim orders on the following motions (the "First Day Motions") filed by The Roman Catholic Bishop of Oakland, a California corporation sole, and the debtor and debtor in possession (the "Debtor" or "RCBO") in the above-captioned chapter 11 bankruptcy case (the "Bankruptcy Case"):

1. *Debtor's Motion for Interim and Final Orders Authorizing the Debtor to (I) (A) Continue Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use Thereof, (C) Continue Intercompany Arrangements, (D) Maintain Existing Bank Accounts and Business Forms, and (E) Continue Use of Existing Credit Card Accounts; and (II) Waive Certain Requirements of 11 U.S.C. § 345(b)* (the "<u>Cash Management Motion</u>");

2. *Debtor's Motion for Interim and Final Orders Authorizing the Debtor to (I) Pay Prepetition Employee Wages, Salaries, Benefits and Other Related Items, (II) Reimburse Prepetition Employee Business Expenses, (III) Continue Employee Benefit Programs, and (IV) Pay All Costs and Expenses Incident to the Foregoing* (the "<u>Wages and Benefits Motion</u>");

3. *Debtor's Motion for Interim and Final Orders Authorizing the Debtor to (I) Continue Existing Insurance Coverage and Satisfy Obligations Related Thereto, and (II) Renew, Amend, Supplement, Extend or Purchase Insurance Policies in the Ordinary Course of Business* (the "<u>Insurance Motion</u>");

4. *Debtor's Motion for an Order Establishing Adequate Assurance Procedures With Respect to the Debtor's Utility Providers* (the "<u>Utilities Motion</u>");

5. *Debtor's Motion For Interim and Final Orders Authorizing the Debtor to (I) Pay Certain Prepetition Invoices For Abuse Survivors' Assistance and Safe Environment Programs, and (II) Continue its Prepetition Practice of Paying For Abuse Survivors' Assistance and Safe Environment Programs* (the "<u>Abuse Survivor Assistance Motion</u>"); and,

6. *Debtor's Motion for an Order Authorizing and Approving Special Noticing and Confidentiality Procedures* (the "<u>Notice and Confidentiality Motion</u>").

**PLEASE TAKE FURTHER NOTICE THAT** the Final Hearing will be held in person in the courtroom, provided that (1) counsel, parties, and other interested parties may attend the hearing in person or by Zoom; (2) additional information is available on Judge Lafferty's Procedures page on the Court's website, which is http://www.canb.uscourts.gov; and (3) information on how to attend the hearing by Zoom will be included with each calendar posted under Judge Lafferty's Calendar on the court's website. All parties should review Judge Lafferty's Practices and Procedures for In-Person Hearings, found on the Court's website.

Connection information for parties that wish to attend by Zoom Webinar or by telephone dial-in (telephone attendance is listen-only and will not have a live line to address the Court) is as follows:

**<u>Zoom Webinar link:</u>**
https://www.zoomgov.com/j/1619682108?pwd=Ymx5MGdZbGlLSU1ZeUE0clVUNWJFdz09
Zoom Passcode: 676659

**<u>US Phone Dial-in (Listen Only):</u>**
US: +1 (669) 254-5252 or +1 (646) 828-7666
Webinar ID: 161 968 2108
Passcode: 676659

International numbers available: https://www.zoomgov.com/u/acfRDNXK86

**PLEASE TAKE FURTHER NOTICE THAT** each First Day Motion is based upon this Notice; such First Day Motion and the memorandum of points and authorities set forth therein; the *Declaration of Charles Moore, Managing Director of Alvarez & Marsal North America, LLC, Proposed Restructuring Advisor to the Roman Catholic Bishop of Oakland, in Support of Chapter 11 Petition and First Day Pleadings* (the "First Day Declaration"); any and all supplemental papers that may be filed by the Debtor; the interim orders entered by the Court on each First Day Motion on May 11, 2023 (the "Interim Orders"); the papers on file in this bankruptcy case; and on such arguments or evidence as may be presented at the hearing. Copies of the First Day Motions, the First Day Declaration, the Interim Orders, and all pleadings and papers filed in this Bankruptcy Case can be obtained from the website maintained by the Debtor's claims and noticing agent, Kurtzman Carson Consultants LLC, at https://www.kccllc.net/rcbo. You may also access these documents through the Court's Pacer electronic docket, with a subscription. The web page for the Bankruptcy Court is http://www.canb.uscourts.gov

**PLEASE TAKE FURTHER NOTICE THAT** the relief request in the First Day Motions is briefly summarized as follows:

*Cash Management Motion.* Through the Cash Management Motion, the Debtor seeks authority to continue operating its existing cash management system as described therein, including the maintenance of existing bank accounts at the Debtor's banks, honoring certain related prepetition obligations, continuance of certain intercompany arrangements, and related relief. The relief sought in the Cash Management Motion is critical to avoid harmful disruptions in the Debtor's operations and access to cash.

*Wages and Benefits Motion.* Through the Wages Motion, the Debtor seeks authority to honor and pay prepetition employee compensation and unreimbursed prepetition business expenses of employees, to maintain employee benefit programs including insurance and workers compensation and pay prepetition expenses related thereto, to continue to act as collection and payment agent for certain employee programs shared with related non-debtor employers, and related relief. The relief sought in the Wages and Benefits Motion is essential to avoid interruption in the payment of wages and provision of benefits to the Debtor's employees.

*Insurance Motion.* Through the Insurance Motion, the Debtor seeks authorization necessary to maintain its existing insurance program, including payment of premiums and all obligations related to its insurance policies, to continue to honor its obligations under insurance premium financing agreements, to renew, extend, or enter into new insurance policies in the ordinary course of business, to pay its regular brokerage and other administrative fees in connection with its insurance program, and related relief. The relief sought in the Insurance Motion is essential to ensure uninterrupted insurance coverage while the Debtor remains in chapter 11 bankruptcy.

*Utilities Motion.* Through the Utilities Motion, the Debtor seeks to prohibit utility providers from altering, refusing, or discontinuing service to the Debtor, to establish procedures for providing adequate assurance to utility providers and for and resolving objections, if any, to the proposed adequate assurance, and related relief. The relief sought in the Utilities Motion is essential to avoid interruption in utility services to the Debtor, and to provide standard, consistent procedures for the provision of adequate assurance.

*Abuse Survivor Assistance Motion.* Through the Abuse Survivor Assistance Motion, the Debtor seeks authorization to pay certain prepetition invoices in connection with the Debtor's programs to support victim-survivors of clergy sexual abuse and to provide a safe environment for children and other

vulnerable persons, and to continue to pay expenses relating to such programs in the ordinary course of its business. This primarily includes (i) the expenses counseling, treatment, and programming for those who have been credibly found to be the victims of abuse by members of the clergy, and (ii) expenses attendant to the Debtor's mandatory training and background check programs that provide a safe environment for parishioners and visitors to diocesan facilities. The relief sought in the Abuse Survivors Assistance Motion is essential to the Debtor's ongoing obligations and to its moral and ethical responsibility to support abuse victims in the Bay Area.

*Notice and Confidentiality Motion.* Through the Notice and Confidentiality Motion, the Debtor seeks authorization to (i) allowing the Debtor to file schedules, statements of financial affairs, creditor matrix, motions, pleadings, and any other entry into the record under seal or redacted to the extent they contain (a) non-public names of abuse claimants, potential abuse claimants, or those accused of committing or covering up abuse, or (b) the private contact information of the Debtor's current or former employees, (ii) allowing other parties-in-interest in this Bankruptcy Case to do the same, and (iii) limiting notice to a specific list of recipients on all but a few discrete matters identified in the Notice and Confidentiality Motion. The relief sought in the Notice and Confidentiality Motion is essential to preserve the anonymity of those who have accused clergy, or those who have been accused, of abuse, to protect the privacy and to prevent identity theft and harassment of those individuals and of other individuals involved in this Bankruptcy Case, and to allow for the efficient administration of this Bankruptcy Case.

**PLEASE TAKE FURTHER NOTICE THAT** the foregoing is only a brief summary of the relief requested in each First Day Motion, and does not fully describe the relief requested, the basis thereof, or the evidence in support. All parties in interest are encouraged to review the First Day Motions, the First Day Declaration, and all other documents filed in connection therewith.

**PLEASE TAKE FURTHER NOTICE THAT** opposition, if any, to the relief sought in the First Day Motions may be in writing, **filed with the Bankruptcy Court not later than 12:00 p.m. on May 22, 2023**, or may be made orally at the Final Hearing (filing a written opposition in advance of the hearing is not required).

DATED: May 12, 2023                **FOLEY & LARDNER LLP**
                                   Jeffrey R. Blease
                                   Thomas F. Carlucci
                                   Shane J. Moses
                                   Emil P. Khatchatourian
                                   Ann Marie Uetz
                                   Matthew D. Lee

                                   */s/ Shane J. Moses*
                                   Shane J. Moses

                                   *Proposed Counsel for the Debtor*
                                   *and Debtor in Possession*

NOTICE OF FINAL HEARING ON FIRST DAY MOTIONS

Case: 23-40523    Doc# 42    Filed: 05/12/23    Entered: 05/12/23 16:22:50    Page 4 of 4

4861-8175-6259.1