# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re:

THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,

Debtor.

Case No. 23-40523

Chapter 11

**CERTIFICATE OF SERVICE**

Judge: Hon. William J. Lafferty

I, Rossmery Martinez, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On May 11, 2023, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Order Approving Designation of Responsible Individual Pursuant to B.L.R. 4002-1** [Docket No. 27]

- **Order for Payment of State and Federal Taxes** [Docket No. 33]

- **Notice of Chapter 11 Bankruptcy Case** [Docket No. 34]

- **Interim Order Approving Debtor's Motion for an Order Authorizing and Approving Special Noticing and Confidentiality Procedures** [Docket No. 35]

- **Interim Order Authorizing the Debtor to (I) Pay Prepetition Employee Wages, Salaries, Benefits and Other Related Items; (II) Reimburse Prepetition Employee Business Expenses; (III) Continue Employee Benefit Programs; and (IV) Pay All Costs and Expenses Incident to the Foregoing** [Docket No. 36]

- **Interim Order Authorizing the Debtor to (I) Continue Existing Insurance Coverage and Satisfy Obligations Related Thereto, and (II) Renew, Amend, Supplement, Extend or Purchase Insurance Policies in the Ordinary Course of Business** [Docket No. 37]

*(Continued on Next Page)*

- **Interim Order Establishing Adequate Assurance Procedures with Respect to the Debtor's Utility Providers** [Docket No. 38]

- **Interim Order (I) Authorizing the Debtor to (A) Continue Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use Thereof, (C) Continue Intercompany Arrangements, (D) Maintain Existing Bank Accounts and Business Forms, and (E) Continue Use of Existing Credit Card Accounts; and (II) Waiving Certain Requirements of 11 U.S.C. § 345(b)** [Docket No. 39]

- **Order (I) Authorizing and Approving the Appointment of Kurtzman Carson Consultants LLC as Claims and Noticing Agent, and (II) Granting Related Relief** [Docket No. 40]

Furthermore, on May 11, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class Mail upon the service list attached hereto as **Exhibit C**:

- **Interim Order Authorizing the Debtor to (I) Continue Existing Insurance Coverage and Satisfy Obligations Related Thereto, and (II) Renew, Amend, Supplement, Extend or Purchase Insurance Policies in the Ordinary Course of Business** [Docket No. 37]

Furthermore, on May 11, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via Overnight Mail upon the service list attached hereto as **Exhibit D**:

- **Interim Order Establishing Adequate Assurance Procedures with Respect to the Debtor's Utility Providers** [Docket No. 38]

Furthermore, on May 11, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class Mail upon the service list attached hereto as **Exhibit E**:

*(Continued on Next Page)*

- **Interim Order (I) Authorizing the Debtor to (A) Continue Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use Thereof, (C) Continue Intercompany Arrangements, (D) Maintain Existing Bank Accounts and Business Forms, and (E) Continue Use of Existing Credit Card Accounts; and (II) Waiving Certain Requirements of 11 U.S.C. § 345(b** [Docket No. 39]

Dated: May 16, 2023

/s Rossmery Martinez
Rossmery Martinez
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to the RCC | Allen, Glaessner, Hazelwood and Werth, LLP | Peter Glaessner | pglaessner@aghwlaw.com |
| Top 20 Creditor | Doe Claimant 11 - 12 | Winer, Burritt & Scott, LLP | erika@wmlawyers.com |
| Top 20 Creditor | Doe Claimant 13 - 14 | Boucher LLP | mccormick@boucher.la |
| Top 20 Creditor | Doe Claimant 15 - 16 | Herman Law | ggarcia@hermanlaw.com |
| Top 20 Creditor | Doe Claimant 17 - 18 | Paul Mones P.C. | Courtney@paulmones.com |
| Top 20 Creditor | Doe Claimant 19 - 20 | Panish Shea Boyle Ravipudi LLP | slucas@psbr.law |
| Top 20 Creditor | Doe Claimant 5 - 8 | Joseph George Jr. Law Corporation | mailbox@psyclaw.com |
| Top 20 Creditor | Doe Claimant 9 - 10 | Rick Simons | Rick@fjslaw.com |
| Top 20 Creditor | Doe Claimants 1 - 4 | Jeff Anderson & Associates | mreck@andersonadvocates.com |
| Proposed Counsel for the Debtor and Debtor in Possession | Foley & Lardner LLP | Jeffrey R. Blease, Thomas F. Carlucci, Shane J. Moses, Ann Marie Uetz, Matthew D. Lee | jblease@foley.com; tcarlucci@foley.com; smoses@foley.com; auetz@foley.com; mdlee@foley.com |
| Office of the United States Trustee for Region 17 | Office of The United States Trustee | Greg Powell | Greg.Powell@usdoj.gov |
| Counsel to Tracy Hope Davis | Office of the United States Trustee for Region 17 | Office of The United States Trustee | Jason.blumberg@usdoj.gov; Trevor.Fehr@usdoj.gov |
| Counsel to Tracy Hope Davis | Office of the United States Trustee for Region 17 | Office of The United States Trustee | phillip.shine@usdoj.gov |
| Debtor | Roman Catholic Bishop of Oakland | | tcarlucci@foley.com |

# Exhibit B

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel to the RCC | Allen, Glaessner, Hazelwood and Werth, LLP | Peter Glaessner | 180 Montgomery Street, Suite 1200 | | San Francisco | CA | 94104 |
| Office of the California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | Sacramento | CA | 95814-2919 |
| Top 20 Creditor | Doe Claimant 11 - 12 | c/o Erika Scott | Winer, Burritt & Scott, LLP | 1901 Harrison Street Suite 1100 | Oakland | CA | 94612 |
| Top 20 Creditor | Doe Claimant 13 - 14 | c/o Meghan McCormick | Boucher LLP | 21600 Oxnard Street Suite 600 | Woodland Hills | CA | 91367 |
| Top 20 Creditor | Doe Claimant 15 - 16 | c/o Greg Garcia | Herman Law | 9434 Deschutes Road Suite 1000 | Palo Cedro | CA | 96073 |
| Top 20 Creditor | Doe Claimant 17 - 18 | c/o Courtney Kiehl | Paul Mones P.C. | 13101 Washington Blvd.; St 128 | Los Angeles | CA | 90066 |
| Top 20 Creditor | Doe Claimant 19 - 20 | c/o Spencer Lucas | Panish Shea Boyle Ravipudi LLP | 11111 Santa Monica Boulevard Suite 700 | Los Angeles | CA | 90025 |
| Top 20 Creditor | Doe Claimant 5 - 8 | c/o Joseph George | Joseph George Jr. Law Corporation | 601 University Avenue Suite 270 | Sacramento | CA | 95825 |
| Top 20 Creditor | Doe Claimant 9 - 10 | c/o Furtado, Jaspovice & Simons | Rick Simons | 6589 Bellhurst Lane | Castro Valley | CA | 94552 |
| Top 20 Creditor | Doe Claimants 1 - 4 | c/o Michael Reck | Jeff Anderson & Associates | 12011 San Vicente Blvd. Suite 700 | Los Angeles | CA | 90049 |
| Office of the United States Trustee for Region 17 | Office of The United States Trustee | Greg Powell | 450 Golden Gate Avenue, 5th Floor | Suite #05-0153 | San Francisco | CA | 94102 |
| Counsel to Tracy Hope Davis | Office of the United States Trustee for Region 17 | Office of The United States Trustee | Attn Jason Blumberg and Trevor R. Fehr | 501 I Street, Suite 7-500 | Sacramento | CA | 95814 |
| Counsel to Tracy Hope Davis | Office of the United States Trustee for Region 17 | Office of The United States Trustee | Attn Phillip J. Shine | 280 South First Street, Rm. 268 | San Jose | CA | 95113 |

# Exhibit C

Exhibit C
Insurance Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| ALLIED WORLD NATIONAL ASSURANCE COMPANY | | 260 FRANKLIN ST STE 930 | | BOSTON | MA | 02110 | |
| ARTHUR J. GALLAGHER - LONDON | | 150 N FIELD DR. STE 190 | | LAKE FOREST | IL | 60045 | |
| ARTHUR J. GALLAGHER - LONDON | | 595 MARKET STREET SUITE 2100 | | SAN FRANCISCO | CA | 94105 | |
| ARTHUR J. GALLAGHER - LONDON | | The Walbrook Building | 25 Walbrook | LONDON | | EC4N 8AW | United Kingdom |
| BANKDIRECT CAPITAL FINANCE, LLC | | P.O. BOX 660448 | | DALLAS | TX | 75266-0448 | |
| CALIFORNIA PRIVATE SCHOOL SELF INSURANCE GROUP (CAPS SIG) | | 7 GREAT VALLEY PKWY, STE 290 | | MALVERN | PA | 19355 | |
| CHURCH MUTUAL | | 3000 Schuser Lane | P.O. Box 357 | MERRILL | WI | 54452-0357 | |
| ENDURANCE INSURANCE | | 3780 MANSELL RD STE 400 | | ALPHARATTTA | GA | 30022 | |
| FAIR AMERICAN INSURANCE AND REINSURANCE COMPANY | | ONE LIBERTY PLAZA 165 BROADWAY | | NEW YORK | NY | 10006 | |
| GALLAGHER BASSETT SERVICES, INC. | | 15763 COLLECTIONS CENTER DRIVE | | CHICAGO | IL | 60693 | |
| HOUSTON CASUALTY COMPANY | | 13403 NORTHWEST FREEWAY | | HOUSTON | TX | 77040-2401 | |
| HUDSON INSURANCE COMPANY (EUCLID) | | PO BOX 6818 | | SCRANTON | PA | 18505 | |
| HUMANA INSURANCE COMPANY | | P.O. BOX 371400 | | PITTSBURGH | PA | 15250-7400 | |
| LANDMARK AMERICAN INSURANCE CO | | 945 E PACES FERRY RD STE 1800 | | ATLANTA | GA | 30326 | |
| LEXINGTON INSURANCE COMPANY | | 99 HIGH ST. FLOOR 24 | | BOSTON | MA | 02110-2378 | |
| LIBERTY SURPLUS INSURANCE | | 175 BERKELEY ST. | MAILSTOP 3E | BOSTON | MA | 02117 | |
| LLOYD'S OF LONDON | | One Lime Street | | London | | EC3M 7HA | United Kingdom |
| MARKEL INSURANCE COMPANY | | P.O. Box 3870 | | GLEN ALLEN | VA | 23058-3870 | |
| MYERS-STEVENS & TOOHEY & CO., INC. | | 26101 MARGUERITE PARKWAY | | MISSION VIEJO | CA | 92692-3203 | |
| NATIONAL CATHOLIC RRG INC. | | 801 WARRENVILLE RD STE 175 | | LISLE | IL | 60532 | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | | 175 WATER STREET 15TH FLOOR | | NEW YORK | NY | 10038 | |
| PRUDENTIAL INSURANCE COMPANY | | P.O. BOX 101241 | | ATLANTA | GA | 30392-1241 | |
| RETA Trust | | 2121 N California Blvd, Suite 350 | | Walnut Creek | CA | 94596 | |
| STANDARD INSURANCE COMPANY | | P.O. BOX 5000 | UNIT 36 | PORTLAND | OR | 97208-5000 | |
| THE HANOVER INSURANCE GROUP | | 440 Lincoln Street | | Worcester | MA | 01653 | |
| TRAVELERS PROPERTY CASUALTY CO OF AMERICA | | ONE TOWER SQUARE | | HARTFORD | CT | 06183 | |
| WESTCHESTER SURPLUS LINES INSURANCE | | 436 WALNUT STREET | | PHILADELPHA | PA | 19106 | |
| WESTERN CATHOLIC INS CO, RISK RETENTION GRP, INC | c/o ELLEN LEFEBVRE, ARTEX RISK SOLUTIONS | 140 KENNEDY DRIVE, STE 101 | | SOUTH BURLINGTON | VT | 05403 | |

# Exhibit D

**Exhibit D**
Utilities Service List
Served via Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| AMERIGAS PROPANE LP | | 460 North Gulph Road, Suite 100 | | King of Prussia | PA | 19406-2815 |
| AMERIGAS PROPANE LP | | P.O. BOX 7155 | | PASADENA | CA | 91109-7155 |
| AT&T | | ONE AT&T WAY | | BEDMINSTER | NJ | 07921 |
| COMCAST | | 1701 JFK Blvd. | | Philadelphia | PA | 19103 |
| COMCAST | | P.O. BOX 60533 | | CITY OF INDUSTRY | CA | 91716-0533 |
| EAST BAY MUNICIPAL DISTRICT | | 375 11TH STREET | | OAKLAND | CA | 94607 |
| PG&E | | BOX 997300 | | SACRAMENTO | CA | 95899-7300 |
| PG&E | | 300 Lakeside Drive, Suite 210 | | Oakland | CA | 94612 |
| REPUBLIC SERVICES | ALLIED WASTE SYSTEMS INC | P.O. BOX 78829 | | PHOENIX | AZ | 85062-8829 |
| REPUBLIC SERVICES | | 18500 N Allied Way | | Phoenix | AZ | 85054 |
| TELSPAN, INC. | | 7956 VAUGHN ROAD | BOX 171 | MONTGOMERY | AL | 36116 |
| VERIZON WIRELESS | | 22001 LOUDOUN COUNTY PKWY | | ASHBURN | VA | 20147 |

# Exhibit E

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Charles Schwab | | 3000 Schwab Way | | Westlake | TX | 76262 |
| Citi Bank | Citigroup Headquarters | 388 Greenwich Street | | New York | NY | 10013 |
| PRINCIPAL CUSTODY SOLUTIONS | ATTN: ADMINISTRATOR | 222 SOUTH 9TH STREET, STE 1400 | | MINNEAPOLIS | MN | 55402 |
| ROMAN CATHOLIC CEMETERIES-DIOCESE OF OAKLAND | | 4750 WILLOW ROAD, SUITE 200 | | PLEASANTON | CA | 94588-2963 |
| U.S. BANK | | CM-9690 | P.O. BOX 70870 | ST. PAUL | MN | 55170-9690 |
| UNION BANK | | P.O. BOX 650349 | | DALLAS | TX | 75265-0349 |
| WELLS FARGO INST RETIREMENT & TRUST | ATTN: BRIAN DORN-MAC N9310-08D | 550 S. 4th STREET - BUILDING 68 | | MINNEAPOLIS | MN | 55415 |
| WELLS FARGO INST RETIREMENT & TRUST | ATTN: CHRISTINA MEYERS-MAC N9310-08D | 550 S. 4th STREET - BUILDING 68 | | MINNEAPOLIS | MN | 55415 |