**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| In re: | Case No. 23-40523 |
| THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |
| | Judge: Hon. William J. Lafferty |

I, Rossmery Martinez, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On May 12, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; via Facsimile upon the service lists attached hereto as **Exhibit B** and **Exhibit C**; and via First Class Mail upon the service lists attached hereto as **Exhibit D**, **Exhibit E**, **Exhibit F**, and **Exhibit G**:

- **Notice of Final Hearing on First Day Motions** [Docket No. 42]

Dated: May 16, 2023

                                            */s Rossmery Martinez*
                                            Rossmery Martinez
                                            KCC
                                            222 N Pacific Coast Highway, 3rd Floor
                                            El Segundo, CA 90245
                                            Tel 310.823.9000

# Exhibit A

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to the RCC | Allen, Glaessner, Hazelwood and Werth, LLP | Peter Glaessner | pglaessner@aghwlaw.com |
| Top 20 Creditor | Doe Claimant 11 - 12 | Winer, Burritt & Scott, LLP | erika@wmlawyers.com |
| Top 20 Creditor | Doe Claimant 13 - 14 | Boucher LLP | mccormick@boucher.la |
| Top 20 Creditor | Doe Claimant 15 - 16 | Herman Law | ggarcia@hermanlaw.com |
| Top 20 Creditor | Doe Claimant 17 - 18 | Paul Mones P.C. | Courtney@paulmones.com |
| Top 20 Creditor | Doe Claimant 19 - 20 | Panish Shea Boyle Ravipudi LLP | slucas@psbr.law |
| Top 20 Creditor | Doe Claimant 5 - 8 | Joseph George Jr. Law Corporation | mailbox@psyclaw.com |
| Top 20 Creditor | Doe Claimant 9 - 10 | Rick Simons | Rick@fjslaw.com |
| Top 20 Creditor | Doe Claimants 1 - 4 | Jeff Anderson & Associates | mreck@andersonadvocates.com |
| Proposed Counsel for the Debtor and Debtor in Possession | Foley & Lardner LLP | Jeffrey R. Blease, Thomas F. Carlucci, Shane J. Moses, Ann Marie Uetz, Matthew D. Lee | jblease@foley.com; tcarlucci@foley.com; smoses@foley.com; auetz@foley.com; mdlee@foley.com |
| Counsel to the Roman Catholic Bishop of Fresno | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Hagop T. Bedoyan | hagop.bedovan@mccormickbarstow.com |
| Office of the United States Trustee for Region 17 | Office of The United States Trustee | Greg Powell, Jason Blumberg | Greg.Powell@usdoj.gov; jason.blumberg@usdoj.gov |
| Counsel to Tracy Hope Davis | Office of the United States Trustee for Region 17 | Office of The United States Trustee | Jason.blumberg@usdoj.gov; Trevor.Fehr@usdoj.gov |
| Counsel to Tracy Hope Davis | Office of the United States Trustee for Region 17 | Office of The United States Trustee | phillip.shine@usdoj.gov |
| Debtor | The Roman Catholic Bishop of Oakland | | tcarlucci@foley.com |

# Exhibit B

**Exhibit B**
Core/2002 Service List
Served via Facsimile

| Description | CreditorName | CreditorNoticeName | Fax | Status |
|---|---|---|---|---|
| Counsel to the RCC | Allen, Glaessner, Hazelwood and Werth, LLP | Peter Glaessner | 415-813-2045 | Successful |
| Office of the United States Trustee for Region 17 | Office of The United States Trustee | Greg Powell | 415-705-3379 | Successful |

# Exhibit C

**Exhibit C**
Banks Service List
Served via Facsimile

| CreditorName | Fax | Status |
|---|---|---|
| ROMAN CATHOLIC CEMETERIES-DIOCESE OF OAKLAND | 925-946-1449 | Unsuccessful |

In re The Roman Catholic Bishop of Oakland
Case No. 23-40523 (WJL)
Case: 23-40523　　Doc# 46　　Filed: 05/16/23　　Page 1 of 1　Entered: 05/16/23 19:19:42　　Page 7 of 15

# Exhibit D

Exhibit D
Core/2002 Service List
Served via First Class Mail


**Exhibit D**
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel to the RCC | Allen, Glaessner, Hazelwood and Werth, LLP | Peter Glaessner | 180 Montgomery Street, Suite 1200 | | San Francisco | CA | 94104 |
| Office of the California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | Sacramento | CA | 95814-2919 |
| Top 20 Creditor | Doe Claimant 11 - 12 | c/o Erika Scott | Winer, Burritt & Scott, LLP | 1901 Harrison Street Suite 1100 | Oakland | CA | 94612 |
| Top 20 Creditor | Doe Claimant 13 - 14 | c/o Meghan McCormick | Boucher LLP | 21600 Oxnard Street Suite 600 | Woodland Hills | CA | 91367 |
| Top 20 Creditor | Doe Claimant 15 - 16 | c/o Greg Garcia | Herman Law | 9434 Deschutes Road Suite 1000 | Palo Cedro | CA | 96073 |
| Top 20 Creditor | Doe Claimant 17 - 18 | c/o Courtney Kiehl | Paul Mones P.C. | 13101 Washington Blvd.; St 128 | Los Angeles | CA | 90066 |
| Top 20 Creditor | Doe Claimant 19 - 20 | c/o Spencer Lucas | Panish Shea Boyle Ravipudi LLP | 11111 Santa Monica Boulevard Suite 700 | Los Angeles | CA | 90025 |
| Top 20 Creditor | Doe Claimant 5 - 8 | c/o Joseph George | Joseph George Jr. Law Corporation | 601 University Avenue Suite 270 | Sacramento | CA | 95825 |
| Top 20 Creditor | Doe Claimant 9 - 10 | c/o Furtado, Jaspovice & Simons | Rick Simons | 6589 Bellhurst Lane | Castro Valley | CA | 94552 |
| Top 20 Creditor | Doe Claimants 1 - 4 | c/o Michael Reck | Jeff Anderson & Associates | 12011 San Vicente Blvd. Suite 700 | Los Angeles | CA | 90049 |
| Counsel to the Roman Catholic Bishop of Fresno | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Hagop T. Bedoyan | 7647 North Fresno Street | | Fresno | CA | 93720 |
| Office of the United States Trustee for Region 17 | Office of The United States Trustee | Greg Powell, Jason Blumberg | 450 Golden Gate Avenue, 5th Floor | Suite #05-0153 | San Francisco | CA | 94102 |
| Counsel to Tracy Hope Davis | Office of the United States Trustee for Region 17 | Office of The United States Trustee | Attn Jason Blumberg and Trevor R. Fehr | 501 I Street, Suite 7-500 | Sacramento | CA | 95814 |
| Counsel to Tracy Hope Davis | Office of the United States Trustee for Region 17 | Office of The United States Trustee | Attn Phillip J. Shine | 280 South First Street, Rm. 268 | San Jose | CA | 95113 |

In re The Roman Catholic Bishop of Oakland
Case No. 23-40523 (WJL)
Case: 23-40523  Doc# 46  Filed: 05/16/23  Entered: 05/16/23 19:19:42  Page 9 of 15
Page 1 of 1

# Exhibit E

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Charles Schwab | | 3000 Schwab Way | | Westlake | TX | 76262 |
| Citi Bank | Citigroup Headquarters | 388 Greenwich Street | | New York | NY | 10013 |
| PRINCIPAL CUSTODY SOLUTIONS | ATTN: ADMINISTRATOR | 222 SOUTH 9TH STREET, STE 1400 | | MINNEAPOLIS | MN | 55402 |
| ROMAN CATHOLIC CEMETERIES-DIOCESE OF OAKLAND | | 4750 WILLOW ROAD, SUITE 200 | | PLEASANTON | CA | 94588-2963 |
| U.S. BANK | | CM-9690 | P.O. BOX 70870 | ST. PAUL | MN | 55170-9690 |
| UNION BANK | | P.O. BOX 650349 | | DALLAS | TX | 75265-0349 |
| WELLS FARGO INST RETIREMENT & TRUST | ATTN: BRIAN DORN-MAC N9310-08D | 550 S. 4th STREET - BUILDING 68 | | MINNEAPOLIS | MN | 55415 |
| WELLS FARGO INST RETIREMENT & TRUST | ATTN: CHRISTINA MEYERS-MAC N9310-08D | 550 S. 4th STREET - BUILDING 68 | | MINNEAPOLIS | MN | 55415 |

# Exhibit F

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| ALLIED WORLD NATIONAL ASSURANCE COMPANY | | 260 FRANKLIN ST STE 930 | | BOSTON | MA | 02110 | |
| ARTHUR J. GALLAGHER - LONDON | | 150 N FIELD DR. STE 190 | | LAKE FOREST | IL | 60045 | |
| ARTHUR J. GALLAGHER - LONDON | | 595 MARKET STREET SUITE 2100 | | SAN FRANCISCO | CA | 94105 | |
| ARTHUR J. GALLAGHER - LONDON | | The Walbrook Building | 25 Walbrook | LONDON | | EC4N 8AW | United Kingdom |
| BANKDIRECT CAPITAL FINANCE, LLC | | P.O. BOX 660448 | | DALLAS | TX | 75266-0448 | |
| CALIFORNIA PRIVATE SCHOOL SELF INSURANCE GROUP (CAPS SIG) | | 7 GREAT VALLEY PKWY, STE 290 | | MALVERN | PA | 19355 | |
| CHURCH MUTUAL | | 3000 Schuser Lane | P.O. Box 357 | MERRILL | WI | 54452-0357 | |
| ENDURANCE INSURANCE | | 3780 MANSELL RD STE 400 | | ALPHARATTTA | GA | 30022 | |
| FAIR AMERICAN INSURANCE AND REINSURANCE COMPANY | | ONE LIBERTY PLAZA 165 BROADWAY | | NEW YORK | NY | 10006 | |
| GALLAGHER BASSETT SERVICES, INC. | | 15763 COLLECTIONS CENTER DRIVE | | CHICAGO | IL | 60693 | |
| HOUSTON CASUALTY COMPANY | | 13403 NORTHWEST FREEWAY | | HOUSTON | TX | 77040-2401 | |
| HUDSON INSURANCE COMPANY (EUCLID) | | PO BOX 6818 | | SCRANTON | PA | 18505 | |
| HUMANA INSURANCE COMPANY | | P.O. BOX 371400 | | PITTSBURGH | PA | 15250-7400 | |
| LANDMARK AMERICAN INSURANCE CO | | 945 E PACES FERRY RD STE 1800 | | ATLANTA | GA | 30326 | |
| LEXINGTON INSURANCE COMPANY | | 99 HIGH ST. FLOOR 24 | | BOSTON | MA | 02110-2378 | |
| LIBERTY SURPLUS INSURANCE | | 175 BERKELEY ST. | MAILSTOP 3E | BOSTON | MA | 02117 | |
| LLOYD'S OF LONDON | | One Lime Street | | London | | EC3M 7HA | United Kingdom |
| MARKEL INSURANCE COMPANY | | P.O. Box 3870 | | GLEN ALLEN | VA | 23058-3870 | |
| MYERS-STEVENS & TOOHEY & CO., INC. | | 26101 MARGUERITE PARKWAY | | MISSION VIEJO | CA | 92692-3203 | |
| NATIONAL CATHOLIC RRG INC. | | 801 WARRENVILLE RD STE 175 | | LISLE | IL | 60532 | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | | 175 WATER STREET 15TH FLOOR | | NEW YORK | NY | 10038 | |
| PRUDENTIAL INSURANCE COMPANY | | P.O. BOX 101241 | | ATLANTA | GA | 30392-1241 | |
| RETA Trust | | 2121 N California Blvd, Suite 350 | | Walnut Creek | CA | 94596 | |
| STANDARD INSURANCE COMPANY | | P.O. BOX 5000 | UNIT 36 | PORTLAND | OR | 97208-5000 | |
| THE HANOVER INSURANCE GROUP | | 440 Lincoln Street | | Worcester | MA | 01653 | |
| TRAVELERS PROPERTY CASUALTY CO OF AMERICA | | ONE TOWER SQUARE | | HARTFORD | CT | 06183 | |
| WESTCHESTER SURPLUS LINES INSURANCE | | 436 WALNUT STREET | | PHILADELPHA | PA | 19106 | |
| WESTERN CATHOLIC INS CO, RISK RETENTION GRP, INC | c/o ELLEN LEFEBVRE, ARTEX RISK SOLUTIONS | 140 KENNEDY DRIVE, STE 101 | | SOUTH BURLINGTON | VT | 05403 | |

# Exhibit G

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| AMERIGAS PROPANE LP | | 460 North Gulph Road, Suite 100 | | King of Prussia | PA | 19406-2815 |
| AMERIGAS PROPANE LP | | P.O. BOX 7155 | | PASADENA | CA | 91109-7155 |
| AT&T | | ONE AT&T WAY | | BEDMINSTER | NJ | 07921 |
| COMCAST | | 1701 JFK Blvd. | | Philadelphia | PA | 19103 |
| COMCAST | | P.O. BOX 60533 | | CITY OF INDUSTRY | CA | 91716-0533 |
| EAST BAY MUNICIPAL DISTRICT | | 375 11TH STREET | | OAKLAND | CA | 94607 |
| PG&E | | BOX 997300 | | SACRAMENTO | CA | 95899-7300 |
| PG&E | | 300 Lakeside Drive, Suite 210 | | Oakland | CA | 94612 |
| REPUBLIC SERVICES | ALLIED WASTE SYSTEMS INC | P.O. BOX 78829 | | PHOENIX | AZ | 85062-8829 |
| REPUBLIC SERVICES | | 18500 N Allied Way | | Phoenix | AZ | 85054 |
| TELSPAN, INC. | | 7956 VAUGHN ROAD | BOX 171 | MONTGOMERY | AL | 36116 |
| VERIZON WIRELESS | | 22001 LOUDOUN COUNTY PKWY | | ASHBURN | VA | 20147 |