# GLOBAL NOTES AND
## STATEMENT OF METHODOLOGY, LIMITATIONS,
## AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES
## OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The Roman Catholic Bishop of Oakland, as debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), has filed Schedules of Assets and Liabilities (the "Schedules") and a Statement of Financial Affairs (the "Statement") with the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"). The Debtor, with the assistance of its legal and restructuring advisors, prepared the Schedules and Statement in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure. These Schedules and Statement are unaudited.

These *Global Notes and Statement of Methodology, Limitations, and Disclaimers Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* (these "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Debtor's Schedules and Statement. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statement.

The Schedules and Statement have been signed by Paul Bongiovanni. Mr. Bongiovanni serves as the Debtor's Chief Financial Officer and is an authorized signatory of the Debtor. In reviewing and signing the Schedules and Statement, Mr. Bongiovanni has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtor and the Debtor's legal and restructuring advisors. Given the scale of the Debtor's operations covered by the Schedules and Statement, Mr. Bongiovanni has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statement, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and individual creditor address information.

In preparing the Schedules and Statement, the Debtor relied upon information derived from its books and records available at the time of such preparation. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of the Schedules and Statement, the discovery of conflicting, revised, or subsequent information may result in material changes to the Schedules and Statement. As a result, inadvertent errors or omissions may exist. Accordingly, the Debtor and its officers, agents, attorneys, and restructuring advisors do not guarantee or warrant the accuracy or completeness of the data provided in the Schedules and Statement and shall not be liable for any loss or injury arising out of, or caused in whole or in part by, the acts, errors, or omissions in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statement.

For the avoidance of doubt, the Debtor and its agents, attorneys, and restructuring advisors hereby reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statement as may be necessary or appropriate, but expressly do not undertake any obligation to update, supplement, modify, revise, or re-categorize the information provided in the Schedules and Statement or to notify any third party should the information be updated, supplemented,

modified, revised, or re-categorized, except as required by applicable law or an order of the Bankruptcy Court.

In no event shall the Debtor or its officers, agents, attorneys, and restructuring advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its officers, agents, attorneys, and restructuring advisors are advised of the possibility of such damages.

The Schedules and Statement may contain specific notes that supplement these Global Notes. That the Debtor has prepared Global Notes or specific notes with respect to certain of the Schedules and certain questions or parts of the Statement and not those of others should not be interpreted as a decision by the Debtor to exclude the applicability of such Global Notes or specific notes to any of the Debtor's other Schedules and questions or parts of the Statement, as applicable.

Disclosure of information in one or more Schedules, the Statement, or one or more exhibits or attachments to the Schedules and Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statement, exhibits, or attachments.

## Global Notes and Overview of Methodology

1. **Description of Case.** On May 8, 2023 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor continues to operate and pursue its religious, charitable mission, and manage its properties and affairs as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. **Reservations and Limitations.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and a complete and accurate Statement. However, as noted above, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend, supplement, or otherwise modify the Schedules and Statement from time to time, in all respects, as may be necessary or appropriate, but does not undertake any obligation to do so, except as required by applicable law. Nothing contained in the Schedules and Statement constitutes a waiver of any of the Debtor's rights or an admission of any kind with respect to this chapter 11 case, including, but not limited to, any claims against the Debtor, any defenses the Debtor may have, any rights or claims of the Debtor against any third party, or any issues involving equitable or structural subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws related to the recovery of assets or the avoidance of transfers. Any specific reservation of rights contained elsewhere in these Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

   (a) **No Admission.** Nothing contained in the Schedules and Statement or these Global Notes is intended to be or should be construed as an admission or stipulation of the validity of any claim against the Debtor or any assertion made, or a waiver of the

Case: 23-40523   Doc# 54   Filed: 05/22/23   Entered: 05/22/23 16:43:50   Page 2 of 169

Debtor's right to dispute any such claim or assert any cause of action or defense against any party.

(b) **"As of" Information Date.** Asset values presented herein, except as expressly noted otherwise, represent the asset information of the Debtor's at net book value as of December 31, 2022, the final fiscal calendar year preceding the filing of this chapter 11 case. As of the Petition Date, the Debtor's fiscal year-end accounting close process was still in progress and potentially material forthcoming accounting entries and adjustments are not reflected in the Statement and Schedules. Further, any amounts ultimately realized from the Debtor's assets may vary from net book value (or whatever value was ascribed), and such variances may be material. Accordingly, the Debtor reserves all rights to amend or adjust the value of any asset set forth and described in the Schedules and Statement. Liability information presented herein, except as expressly noted otherwise, represents the outstanding value as of May 8, 2023. Furthermore, certain asset and liability amounts identified as "unknown", "undetermined", "disputed", "contingent", and/or "unliquidated" are included herein as $0.00 values and, thus, the ultimate amount of total assets and liabilities may differ materially from the amounts stated in the Schedules and Statement and any respective total or subtotal amounts.

(c) **Recharacterization and Classifications.** Notwithstanding that the Debtor has made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statement, the Debtor nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtor thus reserves all rights to recharacterize, reclassify, recategorize, alter the description of, re-designate, add, or delete items reported in the Schedules and Statement as is necessary and appropriate.

For the avoidance of doubt, listing (i) a claim on Schedule D as "secured", (ii) a claim on Schedule E/F as "priority" or "unsecured", or (iii) a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor with respect to any legal rights associated with such claim, contract, or lease or a waiver of the Debtor's right to recharacterize or reclassify such claim, contract, or lease.

(d) **Restricted Assets; Property Held for Others.** Because the official forms of the Schedules do not distinguish if an asset is unavailable to satisfy creditor claims, the Debtor has endeavored in these Global Notes and the accompanying Statement, wherever possible, to highlight property that would not be available for distribution to the Debtor's creditors as a result of the Debtor holding (a) property on behalf of others that work with the Debtor to advance the diocese's mission and ministries, and (b) property subject to donor restrictions that limit their use to specific purposes (such property, "Property Held for Others"). Accordingly, the Schedules and Statement provide creditors and other parties-in-interest more precise information as to the nature of assets available to satisfy creditors' claims. Property Held for

Others in the Debtor's bank accounts are described in more detail in the *Debtor's Motion for Interim and Final Orders Authorizing the Debtor to (I)(A) Continue Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use Thereof, (C) Continue Intercompany Arrangements, (D) Maintain Existing Bank Accounts and Business Forms, and (E) Continue Use of Existing Credit Card Accounts; and (II) Waive Certain Requirements of 11 U.S.C. § 345(b)* [Docket No. 16] (the "Cash Management Motion"). In addition, the Debtor holds legal but not equitable title to other assets constituting Property Held for Others, including, without limitation, real property assets. The Debtor determined the best way to account for Property Held for Others, while at the same time providing meaningful disclosure, is to report Property Held for Others in response to question 21 of the Statement as assets held for another. While some of the Property Held for Others is not held in a formal trust structure, the Debtor believes reporting Property Held for Others on the Statement, rather than on Schedule A/B, is more appropriate given their inclusion on Schedule A/B would result in a significant overstatement of assets available for distribution to creditors. While the Debtor and its professionals have endeavored in good faith to bifurcate Property Held for Others in these disclosures, the review of the Debtor's records is ongoing and may reveal additional restrictions. Accordingly, failure to identify an asset as restricted in these Global Notes or the Schedules and Statement does not constitute an admission by the Debtor that such asset is available to satisfy creditor claims.

(e) **Description of Claims.** Any failure to designate a claim or amount on the Schedules and Statement as "disputed", "contingent", or "unliquidated" does not constitute an admission by the Debtor such claim or amount is not "disputed", "contingent", or "unliquidated." The Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on its Schedules and Statement on any grounds, including, without limitation, any defenses relating to amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim. Moreover, listing a claim does not constitute an admission of liability by the Debtor. The Debtor reserves all rights to amend its Schedules and Statement as necessary and appropriate, including, but not limited to, with respect to claim descriptions and designations.

(f) **Estimates and Assumptions.** The preparation of the Schedules and Statement required the Debtor to make certain estimates and assumptions with respect to the reported amounts, including, but not limited to, amounts of assets and liabilities, the amount of contingent assets and contingent prepetition liabilities on the date of filing the Schedules and Statement, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ materially from such estimates. The Debtor reserves all rights to amend the Schedules and Statement to reflect changes in those estimates or assumptions.

(g) **Causes of Action.** Despite reasonable efforts, the Debtor may not have identified and/or set forth all of its causes of action and similar rights, whether filed or potential (collectively, the "Causes of Action"), against third parties as assets in its Schedules and Statement, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws related to the recovery of assets or avoidance of transfers. The Debtor reserves the right to amend its Schedules and Statement to add, delete, or otherwise modify any information relating to its Causes of Action.

The Debtor further reserves all of its rights with respect to all of its Causes of Action, including, without limitation, all rights relating to any: (i) controversy; (ii) right of setoff or recoupment; (iii) cross claim; (iv) counterclaim; (v) claim arising from a lease or contract; (vi) claim for the breach of any duty imposed by law or in equity; and (vii) demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever. The Debtor's reservation of rights with respect to the Causes of Action remains applicable, regardless of whether such Causes of Action are known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other applicable theory of law. Neither the Global Notes nor the Schedules and Statement constitute a waiver of any claim or Cause of Action or, in any way, prejudice or impair the assertion of any claim or Cause of Action.

(h) **Intellectual Property Rights.** Exclusion of any intellectual property should not be construed as an admission such intellectual property rights have been abandoned, terminated, or otherwise expired by their terms, or assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property should not be construed as an admission such intellectual property rights have not been abandoned, terminated, or otherwise expired by their terms, or assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtor has made diligent efforts to list only its owned intellectual property, in certain instances, another entity may be the actual owner of certain intellectual property listed in the Schedules and Statement. The Debtor reserves all of its rights with respect to the legal status of its intellectual property rights.

(i) **Executory Contracts and Unexpired Leases.** Although the Debtor has made reasonable efforts to identify the correct legal entities that are counterparties to each of the executory contracts and unexpired leases listed on the Schedules and Statement, in certain instances, the Debtor may have incorrectly identified parties, including incorrectly identifying itself as a party, to the executory contracts and unexpired leases. The Debtor reserves all of its rights with respect to the named

5

parties associated with its executory contracts and unexpired leases, including, without limitation, the right to amend Schedule G.

(j) **Employee, Victim, and Minor Information.** Where applicable, the Debtor has redacted the identities and/or personal contact information of (a) non-public names of abuse claimants, potential abuse claimants, or those accused of committing or covering up abuse, (b) current and former employees of the Debtor, (c) workers' compensation claimants or minors in accordance with the *Interim Order Approving Debtor's Motion for an Order Authorizing and Approving Special Noticing and Confidentiality Procedures* [Docket No. 35].

Contemporaneously with the filing of these Schedules and Statement, the Debtor has provided the Office of the United States Trustee with unredacted copies of the Schedules and Statement. In addition, once appointed, the Debtor will provide unredacted copies to the official committee of unsecured creditors in this chapter 11 case.

(k) **Insiders.** In the circumstance where the Schedules and Statement require information regarding "insiders", the Debtor has included information with respect to the individuals who the Debtor believes may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may no longer serve in such capacities.

The individuals identified as "insiders" have been included for informational purposes only. The Debtor does not take any position and reserves all rights with respect to: (i) such person's influence over and/or ability to control the Debtor; (ii) the management responsibilities or functions of such individual; (iii) the decision making or corporate authority of such individual; or (iv) whether such individual could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose. Further, the inclusion of a party as an "insider" is not an acknowledgment or concession such party is an "insider" under applicable bankruptcy law.

3. **Methodology.**

(a) **Basis of Presentation.** The Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of the Debtor. The Schedules and Statement contain unaudited information subject to further review and potential adjustment. The Schedules and Statement reflect the Debtor's reasonable efforts to report the assets and liabilities of the Debtor.

(b) **Duplication.** Certain of the Debtor's assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statement and Schedules. To the extent these disclosures would be duplicative, the Debtor has determined to only list such assets, liabilities, and prepetition payments once.

Case: 23-40523   Doc# 54   Filed: 05/22/23   Entered: 05/22/23 16:43:50   Page 6 of 169

(c) **Net Book Value.** In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtor. Accordingly, unless otherwise indicated, the Schedules and Statement reflect approximate net book values as of December 31, 2022. Market values may vary—at times materially—from net book values. The Debtor believes it would be an inefficient use of estate assets for the Debtor to obtain the current market values of its property and other assets. Accordingly, the Debtor has indicated in the Schedules and Statement the values of certain assets and liabilities are undetermined. Also, assets that have been fully depreciated or were expensed for accounting purposes are listed in the Schedules and Statement with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statement does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtor with respect to such asset. Nothing in the Schedules and Statement shall be, or shall be deemed to be, an admission the Debtor was solvent or insolvent as of the Petition Date or at any other time.

(d) **Property and Equipment.** Unless otherwise indicated, owned property and equipment are listed at net book value. The Debtor may possess and use equipment obtained from certain affiliated entities, and in some cases, third-party lessors. To the extent possible, any such leases are listed in the Schedules. Nothing in the Schedules is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all rights with respect thereto.

(e) **Allocation of Liabilities.** The Debtor allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statement. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtor reserves all rights to amend, supplement, or otherwise modify the Schedules and Statement as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect an analysis of claims that may arise under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtor reserves all rights to dispute or challenge (i) the validity of any claims asserted under section 503(b)(9) of the Bankruptcy Code or (ii) the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

(f) **Undetermined Amounts.** The description of an amount as "undetermined", "unknown", or "unliquidated" is not intended to reflect upon the materiality of such amount.

(g) **Unliquidated Amounts.** Amounts that could not be determined by the Debtor are scheduled as "unliquidated".

7

(h) **Totals.** All totals included in the Schedules and Statement represent totals of all known amounts. To the extent such totals include unknown or undetermined amounts, the actual total may be different than the listed total.

(i) **Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, or services are listed as the amounts entered on the Debtor's books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtor or (ii) be net of accrued credits, allowances, or other adjustments actually owed by a creditor to the Debtor. The Debtor reserves all its rights with regard to such credits, allowances, or other adjustments, including, but not limited to, the right to amend, supplement, or otherwise modify the Schedules, assert claim objections and/or setoffs with respect to such credits, allowances, or other adjustments, or apply such credits, allowances, or other adjustments in the ordinary course of business on a postpetition basis.

(j) **Claims of Affiliated Non-Debtor Catholic Entities.** Transactions, receivables, and payables among and between the Debtor and (i) its non-Debtor affiliated entities are reported on Statement 4 and Schedule A/B, respectively, in accordance with the Debtor's books and records. The listing of any amounts with respect to such transfers and receivables is not and should not be construed as an admission as to the validity of such receivables. For the avoidance of doubt, the Debtor reserves all rights, claims, and defenses in connection with any and all affiliated entity receivables and payables, including, but not limited to, with respect to the characterization of affiliated entity claims and loans. The Debtor takes no position in the Schedules and Statement as to whether any such amounts would be allowed as a claim, or not allowed at all. The listing of these amounts is not necessarily indicative of the ultimate recovery, if any, on any affiliated entity asset account. The Debtor reserves all rights to later change the amounts, characterization, classification, categorization or designation of affiliated non-Debtor entity accounts reported in the Schedules and Statement.

(k) **Guarantees and Other Secondary Liability Claims.** The Debtor is not aware of any guarantees in its executory contracts, unexpired leases, and other such agreements. The Debtor may have inadvertently omitted guarantees embedded in its contractual agreements and may identify guarantees as it continues to review its books and records and contractual arrangements. The Debtor reserves its rights, but is not required, to amend, supplement, or otherwise modify the Schedules and Statement if any guarantees are identified.

(l) **Excluded Assets and Liabilities.** The Debtor may have excluded certain categories of assets and liabilities from the Schedules and Statement, including, but not limited to, certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; goodwill and other intangibles; deferred revenue accounts; and certain accrued liabilities including, but not limited to, accrued salaries and employee benefits. The Debtor also has not attempted to anticipate rejection damage claims of counterparties to executory

Case: 23-40523    Doc# 54    Filed: 05/22/23    Entered: 05/22/23 16:43:50    Page 8 of 169

contracts and unexpired leases that may arise out of future contract or lease rejections. Other immaterial assets and liabilities may also have been excluded.

(m) **Liens.** The inventories, property, and equipment listed in the Schedules and Statement are presented without consideration of any liens.

(n) **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

4. **Specific Disclosures with Respect to the Debtor's Schedules**

**Schedules A/B**

(a) **Part 1**. Details with respect to the Debtor's cash management system and bank accounts are provided in the Cash Management Motion. Amounts identified in Item 2 of Part 1 reflect actual amounts in the respective accounts as of the Petition Date and may vary from the amounts currently reflected in the Debtor's books and records.

As described in the Cash Management Motion, there are a number of bank accounts in the Debtor's name that exclusively hold funds subject to donor restrictions or held in trust on behalf of others. These accounts are not listed in response to Item 3 of Part 1, and instead are listed as Property Held for Others on Schedule 21 of the Statement. While the Debtor and its professionals have endeavored in good faith to determine which accounts contain funds subject to donor restrictions or held in trust for the benefit of others, the review of the Debtor's records is ongoing and may reveal additional restrictions. Accordingly, inclusion of an account in response to Item 3 of Part 1 does not constitute an admission by the Debtor the funds held therein are available to satisfy creditor claims. The Debtor reserves all rights to re-categorize and/or re-characterize such accounts to the extent the Debtor determines such accounts were improperly listed.

**Part 3**. The Debtor's accounts receivable balances include amounts it treats as receivable from churches on account of Cathedraticum assessments on church offertory collections. Because churches are not obligated to pay under applicable law, the Debtor may not have a vested property interest in receivable amounts. Accordingly, the listing of any amounts with respect to such receivables is not and should not be construed as an admission as to the validity of such receivables.

**Part 9**. For the Debtor's owned real property, such owned real estate is reported at an undetermined value, because recent fair market value appraisals are not available or may be stale. The Debtor may have listed certain assets as real property when such assets are in fact personal property, or the Debtor may have listed certain assets as personal property when such assets are in fact real property. Buildings and land improvements are listed on Schedule A/B independent of whether the real property to which the building or land improvement is connected is Debtor-owned property. The Debtor reserves all of its rights to re-categorize and/or re-characterize such

asset holdings to the extent the Debtor determines such holdings were improperly listed.

(b)     **Part 10**. Because the Debtor does not attribute any book value for its donor or parishioner lists and other intellectual property, the Debtor has listed these assets with undetermined values.

(c)     **Part 11**. Notes receivable balance listed in Item 71 of Part 11 is as of April month end financial statements.

### Schedule E/F

(a)     **Part 1**. The Court has authorized the Debtor, in its discretion, to pay certain liabilities that may be entitled to priority under the applicable provisions of the Bankruptcy Code. For example, the *Interim Order Authorizing The Debtor To (I) Pay Prepetition Wages, Salaries, Benefits And Other Related Items; (II) Reimburse Prepetition Employee Business Expenses; (III) Continue Employee Benefit Programs; And (IV) Pay All Costs And Expenses Incident To The Foregoing* [Docket No. 36], which authorized the Debtor to pay or honor certain prepetition obligations with respect to employee wages, salaries and other compensation, and similar benefits. To the extent such Claims have been paid or may be paid pursuant to further Court order, they may not be included on Part 1 of Schedule E/F.

(b)     **Part 2**. The Debtor has used reasonable efforts to report all non-priority general unsecured Claims against the Debtor on Part 2 of Schedule E/F based upon the Debtor's existing books and records as of the Petition Date. The Claims of individual creditors for, among other things, products, goods, or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the applicable Debtor. The Debtor reserves all of its rights with respect to any such credits and allowances, including the right to assert objections and/or setoffs with respect to the same. Part 2 does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtor's books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date.

The Claims listed on Part 2 of Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. Determining the date upon which each Claim on Part 2 was incurred or arose would be unduly burdensome and cost prohibitive. As a result, the Debtor has not listed a date for each Claim listed on Part 2.

Part 2 of Schedule E/F does not include obligations owed by third-party insurance companies on account of abuse-related liabilities, including, without limitation, defense costs due and owing to litigation defense counsel and related professionals.

5.     **Specific Disclosures with Respect to the Debtor's Statement**

(a) **Statement 1.** Statement 1 includes revenue for calendar years 2020, 2021 and 2022. Revenue for calendar year to date was not available at the time the statement was filed.

(b) **Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtor except for those made to insiders (which payments appear in Statement 4), for gifts or charitable contributions (which payments appear in Statement 9), bankruptcy professionals (which payments appear in Statement 11), and regular employee compensation. Disbursements made on account of multiple invoices may be reflected as a single payment. For additional detail on the Debtor's cash management system, see the Cash Management Motion. All transfers in Part 2, Question 3 of the Statement are listed as of the payment date.

(c) **Statement 4**. Fr. Lawrence D'Anjou splits his time and effort fulfilling responsibilities as both the pastor of St. Bonaventure Church in Concord and as the vicar general for the Roman Catholic Bishop of Oakland. On average, he splits that time and effort 50/50 between the two assignments. As a matter of administrative effectiveness and efficiency, St. Bonaventure Church pays Fr. D'Anjou's full salary as well as his full health and other benefits, then bills the Roman Catholic Bishop of Oakland central office for its 50% share/responsibility at the end of each month. Amounts listed in Statement 4 as payments to St. Bonaventure Church, are on account of this arrangement, and for the benefit of Fr. D'Anjou. This administrative arrangement is utilized similarly for other priests fulfilling pastor/parochial administrator assignments at other Diocesan churches while also serving in part-time positions at the central office.

(d) **Statement 7**. Statement 7 lists only those legal disputes and administrative proceedings formally recognized by an administrative, judicial, or other adjudicative forum as of the Petition Date. It is the Debtor's understanding there is a backlog associated with the processing of abuse lawsuits in the Clerk's Office for Alameda County, and it is possible other timely filed claims will be processed after the Petition Date of which the Debtor is not currently aware. The Debtor has anonymized confidential matters in response to this question in accordance with the terms of the *Interim Order Approving Debtor's Motion for an Order Authorizing and Approving Special Noticing and Confidentiality Procedures* [Docket No. 35]. Additionally, any information listed in Statement 7 shall not be a binding admission of the Debtor's liabilities with respect to any of the suits and proceedings identified therein. The Debtor reserves all rights with respect to the suits and administrative proceedings listed in Statement 7, and any claims filed in relation to such suits and administrative proceedings.

(e) **Statement 9**. Certain *de minimis*, non-cash gifts not reported or tracked centrally may have been excluded. Certain gifts included in this response were paid with funds given to the Debtor for the sole purposes of acting as a conduit to the recipient, and do not represent the transfer of Debtor assets.

Case: 23-40523   Doc# 54   Filed: 05/22/23   Entered: 05/22/23 16:43:50   Page 11 of 169

(f)    **Statement 11**. All payments for services of the proposed retained professionals in the chapter 11 case made within one year immediately preceding the Petition Date are listed on the Debtor's response to Statement 11. Payments listed may relate to services other than debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case, but have nonetheless been included. Additional information regarding the Debtor's retention of professional service firms are or will be more fully described in applicable retention applications and related orders.

(g)    **Statement 21.** As set forth above, the Debtor has endeavored to highlight property that may be available to satisfy creditor claims while avoiding artificial overstatement of assets in the Schedules. As such, certain Property Held for Others has been listed in connection with Statement 21 and the exhibits filed in response thereto, as set forth more fully in such exhibits.

(h)    **Statements 22–24**. The Debtor made reasonable efforts to identify all applicable environmental information as required by Part 12. These efforts included reviewing the Debtor's environmental records and incorporating the historical knowledge of the Debtor's operations. As of the date hereof, the Debtor is not aware of notices, releases, or proceedings responsive to these statements.

(i)    **Statement 26**. Responses to this section consider the books, records, and financial statements of the Debtors' central services office, and do not contemplate each individual church's books, records, and financial statements.

**Statement 30**. Where applicable, the Debtor has included a comprehensive response to Statement 30 in Statement 4.

Case: 23-40523   Doc# 54   Filed: 05/22/23   Entered: 05/22/23 16:43:50   Page 12 of 169

**Fill in this information to identify the case:**

Debtor name: Roman Catholic Bishop of Oakland

United States Bankruptcy Court for the: Northern District of California

Case number (If known): 23-40523

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1: Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ............................................................................... $ _____ Undetermined

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ............................................................................... $ _____ 83,051,232.49*

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ............................................................................... $ _____ 83,051,232.49*

---

**Part 2: Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ......................................... $ _____ 26,082,327.83

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F* ............................................... $ _____ 22,909.89

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...................................... **+** $ _____ 138,170.46*

4. **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b

    $ _____ 26,243,408.18*

---

*Plus Undetermined Amounts

Official Form 206Sum          Summary of Assets and Liabilities for Non-Individuals          page 1

**Fill in this information to identify the case:**

Debtor name  Roman Catholic Bishop of Oakland

United States Bankruptcy Court for the:  Northern District of California

Case number (If known)  23-40523

☐ Check if this is an
  amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐  No. Go to Part 2.
   ☑  Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                           $            300.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 See Attached Rider | | __ __ __ __ | $   25,439,330.24 |
| 3.2 | | __ __ __ __ | $ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1 None | $            0.00 |
| 4.2 | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $   25,439,630.24

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐  No. Go to Part 3.
   ☑  Yes. Fill in the information below.                                      Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1 Deposit - Miscellaneous | $          5,590.00 |
| 7.2 Deposit - United Parcel Service | $            332.71 |

Official Form 206A/B                  Schedule A/B: Assets - Real and Personal Property                  Page **1**

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 See Attached Rider                                      $     2,300,779.54*

8.2                                                   $

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                 $     2,306,702.25*

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

|  |  |  |  |  | **Current value of debtor's interest** |
|---|---|---|---|---|---|
| **11. Accounts receivable** | | | | | |
| 11a. 90 days old or less: | 8,349,265.42 face amount | — | 133,788.80 doubtful or uncollectible accounts | = ..... → | $ 8,215,476.62 |
| 11b. Over 90 days old: | 10,062,214.13 face amount | — | 4,896,423.96 doubtful or uncollectible accounts | = ..... → | $ 5,165,790.17 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $    13,381,266.79

## Part 4: Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1 Schwab Brokerage Acct. | Net Book Value | $ 32,420.00 |
| 14.2 | | $ |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity: | % of ownership: | |
| 15.1 See Attached Rider | % | $ Undetermined |
| 15.2 | % | $ |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| 16.1 None | | $ 0.00 |
| 16.2 | | $ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.            $    32,420.00*

*Plus Undetermined Amounts

Case: 23-40523    Doc# 54    Filed: 05/22/23    Entered: 05/22/23 16:43:50    Page 15 of 169

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

  ☑ No. Go to Part 6.
  ☐ Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **20.  Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **21.  Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **22.  Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |

23. **Total of Part 5.**
    Add lines 19 through 22. Copy the total to line 84.

    $ _____ 0.00

24. **Is any of the property listed in Part 5 perishable?**

  ☐ No
  ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

  ☐ No
  ☐ Yes. Book value  $ _____   Valuation method _____   Current value  $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

  ☐ No
  ☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ☑ No. Go to Part 7.
  ☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops-either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **29.  Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| **30.  Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $ _____ | _____ | $ _____ |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ _____ | | $ _____ |

Case: 23-40523    Doc# 54    Filed: 05/22/23    Entered: 05/22/23 16:43:50    Page 16 of 169

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.      $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

    ☐   No

    ☐   Yes. Is any of the debtor's property stored at the cooperative?

         ☐   No

         ☐   Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐   No

    ☐   Yes. Book value   $ _____    Valuation method _____    Current value   $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐   No

    ☐   Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐   No

    ☐   Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38   **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ☐   No. Go to Part 8.

     ☑   Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| None | $ _____ | _____ | $ _____ 0.00 |
| **40. Office fixtures** | | | |
| None | $ _____ | _____ | $ _____ 0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office Equipment | $ _____ 5,867.64 | Net Book Value | $ _____ 5,867.64 |
| **42. Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $ _____ | _____ | $ _____ 0.00 |
| 42.2 | $ _____ | _____ | $ _____ |
| 42.3 | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.      $ _____ 5,867.64

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐   No

    ☑   Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑   No

    ☐   Yes

Case: 23-40523    Doc# 54    Filed: 05/22/23    Entered: 05/22/23 16:43:50    Page 17 of 169

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General Description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 Industrial Golf Cart | $ 18,524.70 | Net Book Value | $ 18,524.70 |
| 47.2 Automobile | $ 10,222.68 | Net Book Value | $ 10,222.68 |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 None | $ | | $ 0.00 |
| 48.2 | $ | | $ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 None | $ | | $ 0.00 |
| 49.2 | $ | | $ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| None | $ | | $ 0.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $ 28,747.38 |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Case: 23-40523    Doc# 54    Filed: 05/22/23    Entered: 05/22/23 16:43:50    Page 18 of 169

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 See Attached Rider | | $ Undetermined | | $ Undetermined |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ Undetermined

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☒ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☒ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| Roman Catholic Bishop of Oakland Diocesan Logos and Seals | $ | | $ Undetermined |
| **61. Internet domain names and websites** | | | |
| www.oakdiocese.org | $ | | $ Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| None | $ | | $ 0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| Donor and Parishioner Lists | $ | | $ Undetermined |
| **64. Other intangibles, or intellectual property** | | | |
| None | $ | | $ 0.00 |
| **65. Goodwill** | | | |
| None | $ | | $ 0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ Undetermined

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**71. Notes receivable**

Description (include name of obligor)

| See Attached Rider | 41,856,598.19 | — | | = → | $ | 41,856,598.19 |
|---|---|---|---|---|---|---|
| | Total Face Amount | Doubtful or uncollectible Amount | | | | |

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| None | Tax Year | | $ | 0.00 |
|---|---|---|---|---|
| | Tax Year | | $ | |
| | Tax Year | | $ | |

**73. Interests in insurance policies or annuities**

| See Attached Rider | $ | Undetermined |
|---|---|---|

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

| None | $ | 0.00 |
|---|---|---|

**Nature of Claim**

**Amount Requested** $

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| None | $ | 0.00 |
|---|---|---|

**Nature of Claim**

**Amount Requested** $

**76. Trusts, equitable or future interests in property**

| None | $ | 0.00 |
|---|---|---|

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| Investment in Western Catholic Insurance Co. Risk Retention | $ | Undetermined |
|---|---|---|
| | $ | |

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| | $ | 41,856,598.19* |
|---|---|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

*Plus Undetermined Amounts

Case: 23-40523    Doc# 54    Filed: 05/22/23    Entered: 05/22/23 16:43:50    Page 20 of 169

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 25,439,630.24 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 2,306,702.25* | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $ 13,381,266.79 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $ 32,420.00* | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 5,867.64 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 28,747.38 | |
| 88. | **Real property.** *Copy line 56, Part 9.* . .............................................. → | | $Undetermined |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ Undetermined | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | $ 41,856,598.19* | |
| 91. | **Total.** Add lines 80 through 90 for each column.............................91a. | $ 83,051,232.49*   + 91b. | $Undetermined |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92........................................................................................ | | $ 83,051,232.49* |

*Plus Undetermined Amounts

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Union Bank | Checking | 3154 | $5,480.00 |
| US Bank | Checking | 1333 | $250,000.00 |
| Union Bank | General Operating | 5713 | $2,669,993.24 |
| US Bank | Money Market | 1390 | $22,500,000.00 |
| US Bank | Money Market | 1408 | $10,000.00 |
| US Bank | Utility Adequate Assurance | 1382 | $3,857.00 |
| | **TOTAL** | | **$25,439,330.24** |

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent *(Description, including name of holder of prepayment)* | Current value of debtor's interest |
|---|---|
| 3 YRS 2023-2025 - OFFICE INFORMATION SYSTEMS | $5,220.00 |
| ADMIN FEE INSURANCE - ARTHUR GALLAGHER | $9,500.02 |
| COMMERCIAL PROPERTY INSURANCE - ARTHUR GALLAGHER | $73,268.58 |
| COMMERCIAL PROPERTY INSURANCE - MULTIPLE CARRIERS | $1,035,670.80 |
| CYBER LIABILITY INSURANCE - HOUSTON CASUALTY CO. | $31,290.59 |
| DEBT REFINANCING COST | $225.57 |
| DEBT REFINANCING COST - BBVA COMPASS | $89,912.00 |
| DEBT REFINANCING COST - FOLEY & LARDNER | $41,555.59 |
| DEBT REFINANCING COST - U.S. BANK | $4,526.00 |
| DEBT REFINANCING COST - VERACRUZ ADVISORY, LLC | $175,000.00 |
| DEPOSIT-LESHER CENTER | $1,187.50 |
| DIACONATE RETREAT - SAN DAMIANO RETREAT | $12,390.00 |
| EQUIPMENT INSURANCE - TRAVELERS CASUALTY | $26,273.48 |
| ERRORS & OMISSIONS INSURANCE - LANDMARK AMERICAN INS | $8,549.10 |
| EXCESS LIABILITY INSURANCE - MULTIPLE CARRIERS | $145,066.24 |
| FEBRUARY 2023 EXPENSE - DIOCESE OF RENO | $233.00 |
| FIDUCIARY INSURANCE - HUDSON INS CO | $8,934.98 |
| GROUP MED/DENTAL INSURANCE - ARTHUR GALLAGHER | $4,333.32 |
| INTEREST RATE SWAP - OAK RIDGE CONSULTING, LLC | $25,000.00 |
| JANUARY 2023 EXPENSE | $1,572.71 |
| JANUARY 2023 EXPENSE - CATHOLIC UNIV OF AMERICA | $3,605.00 |
| JANUARY 2023 EXPENSE - GALLAGHER BASSETT | $5,114.50 |
| JANUARY 2023 EXPENSE - NATIONAL CATHOLIC SERVICES | $4,522.50 |

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent  *(Description, including name of holder of prepayment)* | Current value of debtor's interest |
|---|---|
| JANUARY 2023 EXPENSE - THE SHARPE GROUP | $3,667.00 |
| PACKAGE INSURANCE - NATIONAL CATHOLIC RRG | $438,620.25 |
| PARKING VALIDATIONS - CCCEB | $3,600.00 |
| PREMIUM - ANTHEM BLUE CROSS | $24,676.15 |
| RETAINER - ALVAREZ & MARSAL NORTH AMERICA, LLC | Undetermined |
| RETAINER - FOLEY & LARDNER LLP | Undetermined |
| RETAINER - KURTZMAN CARSON CONSULTANTS LLC | Undetermined |
| SAFE ENVIRONMENT 4 YRS - ARCHDIOCESE OF OMAHA | $1,666.66 |
| SPRED LDR - SAN DAMIANO RETREAT | $7,686.00 |
| WORKERS COMP INSURANCE - CAPS-SIG | $107,912.00 |
| **TOTAL** | **$2,300,779.54**<br>+ Undetermined Amounts |

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.

| Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture *(Name of entity:)* | % of Ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Furrer Properties Inc. | 100 | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| APN 051-100-016<br>HOLY CROSS CEMETERY<br>2125 E 18TH ST<br>ANTIOCH, CA 94509 | Owned Real Property | Undetermined | | Undetermined |
| APN 051-170-058<br>HOLY CROSS CEMETERY<br>E 18TH ST<br>ANTIOCH, CA 94509 | Owned Real Property | Undetermined | | Undetermined |
| APN 78C-800-1-2<br>HOLY SEPULCHRE<br>1051 HARDER RD<br>HAYWARD, CA 94542 | Owned Real Property | Undetermined | | Undetermined |
| APN 78C-800-20<br>HOLY SEPULCHRE CEMETERY<br>26320 MISSION BLVD<br>HAYWARD, CA 94544 | Owned Real Property | Undetermined | | Undetermined |
| APN 78C-800-620<br>HOLY SEPULCHRE CEMETERY<br>26320 MISSION BLVD<br>HAYWARD, CA 94544 | Owned Real Property | Undetermined | | Undetermined |
| APN 78C-800-19-3<br>HOLY SEPULCHRE FUNERAL CENTER<br>26320 MISSION BLVD<br>HAYWARD, CA 94544 | Owned Real Property | Undetermined | | Undetermined |
| APN 78C-800-619-3<br>HOLY SEPULCHRE FUNERAL CENTER<br>26320 MISSION BLVD<br>HAYWARD, CA 94544 | Owned Real Property | Undetermined | | Undetermined |
| APN 167-360-005<br>LAFAYETTE RETREAT CENTER<br>RELIEZ VALLEY RD<br>LAFAYETTE, CA 94549 | Owned Real Property | Undetermined | | Undetermined |
| APN 513-401-22<br>MISSION SAN JOSE/ST. JOSEPH<br>43230 MISSION BLVD<br>FREMONT, CA 94539 | Owned Real Property | Undetermined | | Undetermined |
| APN 167-360-002<br>QUEEN OF HEAVEN CEMETERY<br>1965 RELIEZ VALLEY RD<br>LAFAYETTE, CA 94549 | Owned Real Property | Undetermined | | Undetermined |
| APN 167-360-004<br>QUEEN OF HEAVEN CEMETERY<br>RELIEZ VALLEY RD<br>LAFAYETTE, CA 94549 | Owned Real Property | Undetermined | | Undetermined |
| APN 417-090-002<br>ST. JOSEPH CEMETERY<br>2825 RIDGE RD<br>SAN PABLO, CA 94806 | Owned Real Property | Undetermined | | Undetermined |
| APN 417-090-010<br>ST. JOSEPH CEMETERY<br>CHURCH LN<br>SAN PABLO, CA 94806 | Owned Real Property | Undetermined | | Undetermined |

Case: 23-40523    Doc# 54    Filed: 05/22/23    Entered: 05/22/23 16:43:50    Page 26 of 169

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| APN 417-090-011 ST. JOSEPH CEMETERY 2524 CHURCH LN SAN PABLO, CA 94806 | Owned Real Property | Undetermined | | Undetermined |
| APN 417-090-018 ST. JOSEPH CEMETERY 2560 CHURCH LN SAN PABLO, CA 94806 | Owned Real Property | Undetermined | | Undetermined |
| APN 417-090-021 ST. JOSEPH CEMETERY RIDGE RD SAN PABLO, CA 94806 | Owned Real Property | Undetermined | | Undetermined |
| APN 417-090-022 ST. JOSEPH CEMETERY RIDGE RD SAN PABLO, CA 94806 | Owned Real Property | Undetermined | | Undetermined |
| APN 48A-7002-1 ST. MARY CEMETERY 4529 HOWE ST OAKLAND, CA 94611 | Owned Real Property | Undetermined | | Undetermined |
| APN 48A-7002-601 ST. MARY CEMETERY 4529 HOWE ST OAKLAND, CA 94611 | Owned Real Property | Undetermined | | Undetermined |
| APN 98A-413-11-4 ST. MICHAEL CEMETERY 3885 EAST AVE LIVERMORE, CA 94550 | Owned Real Property | Undetermined | | Undetermined |
| APN 98A-413-611-4 ST. MICHAEL CEMETERY EAST AVE LIVERMORE, CA 94550 | Owned Real Property | Undetermined | | Undetermined |
| ROMAN CATHOLIC BISHOP OF OAKLAND 2121 HARRISON STREET, SUITE 100 OAKLAND, CA 94612 | Leased Real Property | Undetermined | | Undetermined |
| | | | **TOTAL** | $0.00 |
| | | | | + Undetermined Amounts |

Case: 23-40523   Doc# 54   Filed: 05/22/23   Entered: 05/22/23 16:43:50   Page 27 of 169

Debtor Name: Roman Catholic Bishop of Oakland   Case Number: 23-40523

**Assets - Real and Personal Property**

**Part 11, Question 71:** Notes receivable

| Notes receivable<br>Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | Current value of debtor's interest |
|---|---|---|---|
| NOTE RECEIVABLE FROM CATHOLIC CATHEDRAL CORP OF THE EAST BAY - OAKLAND | 41,856,598.19 | | $41,856,598.19 |
| | | **TOTAL** | $41,856,598.19 |

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| AETNA INSURANCE COMPANY (OBLIGATIONS LATER ASSUMED BY TRAVELERS INSURANCE COMPANY) | Insurance Policy: 12/1/1975 - 12/1/1978 | 05 AL 802025 CMA | Undetermined |
| AETNA INSURANCE COMPANY (OBLIGATIONS LATER ASSUMED BY TRAVELERS INSURANCE COMPANY) | Insurance Policy: 12/1/1978 - 12/1/1979 | 05 SM90296 FCA | Undetermined |
| AETNA INSURANCE COMPANY (OBLIGATIONS LATER ASSUMED BY TRAVELERS INSURANCE COMPANY) | Insurance Policy: 12/1/1979 - 12/1/1980 | 05 SM 99094 FCA | Undetermined |
| AETNA INSURANCE COMPANY (OBLIGATIONS LATER ASSUMED BY TRAVELERS INSURANCE COMPANY) | Insurance Policy: 12/1/1980 - 12/1/1981 | 05 SM 107459 FCA | Undetermined |
| AETNA INSURANCE COMPANY (OBLIGATIONS LATER ASSUMED BY TRAVELERS INSURANCE COMPANY) | Insurance Policy: 12/1/1978 - 12/1/1981 | 05 XN 55 WCA | Undetermined |
| AETNA INSURANCE COMPANY (OBLIGATIONS LATER ASSUMED BY TRAVELERS INSURANCE COMPANY) | Insurance Policy: 12/1/1981 - 12/1/1987 | 005 FF 1390 BCA | Undetermined |
| ALLIED WORLD NATIONAL ASSURANCE CO. | Insurance Policy: 7/1/22 - 7/1/23 | 0310-7853 | Undetermined |
| AMERICAN HOME INSURANCE | Insurance Policy: 11/15/1971 - 10/26/1974 | CE 35-60-94 | Undetermined |
| CAPS-SIG | Insurance Policy: 1/1/23 - 12/31/23 | 5414 | Undetermined |
| CENTENNIAL INSURANCE COMPANY (N/K/A ATLANTIC MUTUAL INSURANCE COMPANY) - EXCESS | Insurance Policy: 12/1/1981 - 12/1/1984 | 291-70-49-99 | Undetermined |
| CENTENNIAL INSURANCE COMPANY (N/K/A ATLANTIC MUTUAL INSURANCE COMPANY) - EXCESS | Insurance Policy: 12/1/1984 - 12/1/1987 | 287-00-46-36 | Undetermined |
| CENTENNIAL INSURANCE COMPANY (N/K/A ATLANTIC MUTUAL INSURANCE COMPANY) - PRIMARY | Insurance Policy: 12/1/1981 - 12/1/1984 | 291-70-49-99 | Undetermined |
| CENTENNIAL INSURANCE COMPANY (N/K/A ATLANTIC MUTUAL INSURANCE COMPANY) - PRIMARY | Insurance Policy: 12/1/1984 - 12/1/1987 | 287-00-46-36 | Undetermined |
| CHURCH MUTUAL INS. CO., S.I. | Insurance Policy: 7/1/22 - 7/1/23 | 0500056-13-421781 | Undetermined |
| CNA INSURANCE COMPANY | Insurance Policy: 10/26/1974 - 12/1/1977 | RDU 146 74 50 | Undetermined |
| CNA INSURANCE COMPANY | Insurance Policy: 12/1/1977 - 12/1/1980 | UMB 006 46 71 53 | Undetermined |
| COMMERCIAL UNION ASSURANCE COMPANY | Insurance Policy: 10/25/1970 - 10/26/1972 | EF 9334-001 | Undetermined |
| COMMERCIAL UNION ASSURANCE COMPANY | Insurance Policy: 10/26/1972 - 10/26/1973 | EF 9334-003 | Undetermined |
| COMMERCIAL UNION ASSURANCE COMPANY | Insurance Policy: 10/26/1973 - 12/1/1975 | EF 9334-008 | Undetermined |
| EMPLOYERS REINSURANCE | Insurance Policy: 10/26/1971 - 10/26/1974 | U10255 | Undetermined |
| EMPLOYERS REINSURANCE | Insurance Policy: 10/16/1974 - 10/16/1977 | PLE20430 | Undetermined |
| ENDURANCE AMERICAN SPECIALTY INS. CO. | Insurance Policy: 7/1/22 - 7/1/23 | ESP3000375105 | Undetermined |
| FAIR AMERICAN SELECT INS. CO. | Insurance Policy: 7/1/22 - 7/1/23 | NPU-6000036-01 | Undetermined |

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| FAIR AMERICAN SELECT INS. CO. | Insurance Policy: 7/1/22 - 7/1/23 | NPU-6000037-01 | Undetermined |
| HOUSTON CASUALTY CO. | Insurance Policy: 7/1/22 - 7/1/23 | H21NGP208999-01 | Undetermined |
| HUDSON INSURANCE COMPANY (EUCLID FIDUCIARY) | Insurance Policy: 7/1/22 - 7/1/23 | SFD31211340-03 | Undetermined |
| INDUSTRIAL INDEMNITY (WEST CHESTER FIRE) | Insurance Policy: 12/1/1980 - 12/1/1981 | JU 8312510 | Undetermined |
| INSURANCE COMPANY OF AMERICA | Insurance Policy: 10/25/1966 - 10/25/1969 | CP 25231 | Undetermined |
| INSURANCE COMPANY OF AMERICA | Insurance Policy: 10/25/1969 - 10/25/1970 | CP267867 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA (OBLIGATIONS LATER ASSUMED BY ACE INSURANCE COMPANY) | Insurance Policy: 10/25/1966 - 10/25/1970 | XBC 24312 | Undetermined |
| LANDMARK AMERICAN INS. CO. | Insurance Policy: 7/1/22 - 7/1/23 | LHR846471 | Undetermined |
| LEXINGTON INS. CO. | Insurance Policy: 7/1/22 - 7/1/23 | 18303282 | Undetermined |
| LIBERTY SURPLUS INS. CORP. | Insurance Policy: 7/1/22 - 7/1/23 | 1000249490-06 | Undetermined |
| LLOYD'S OF LONDON | Insurance Policy: 3/12/1962 - 10/25/1963 | CU 1001 | Undetermined |
| LLOYD'S OF LONDON | Insurance Policy: 10/25/1963 - 10/25/1966 | K 78138 | Undetermined |
| LLOYD'S OF LONDON | Insurance Policy: 3/12/1962 - 10/25/1963 | K 66034 | Undetermined |
| LLOYD'S OF LONDON | Insurance Policy: 10/25/1963 - 10/25/1966 | CU 3061 | Undetermined |
| MARKEL INSURANCE COMPANY | Insurance Policy: 9/1/22 - 9/1/23 | MAR11047 | Undetermined |
| MEYERS-TOOHEY | Insurance Policy: 1/1/23 - 12/31/23 | N/A | Undetermined |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURG, PA | Insurance Policy: 9/1/22 - 9/1/23 | SRG 0009150385 | Undetermined |
| ORDINARY MUTUAL INSURANCE COMPANY | Insurance Policy: 7/1/1987 - 7/1/1988 | CGAL 005-87 | Undetermined |
| ORDINARY MUTUAL INSURANCE COMPANY | Insurance Policy: 7/1/1988 - 7/1/1994 | CGAL 005-88 | Undetermined |
| ORDINARY MUTUAL INSURANCE COMPANY | Insurance Policy: 7/1/1994 - 7/1/1997 | CGAL 005-94 | Undetermined |
| PACIFIC EMPLOYERS INSURANCE | Insurance Policy: 3/13/1985 - 12/1/1985 | XCC 01 2405 | Undetermined |
| PACIFIC INDEMNITY (CHUBB) | Insurance Policy: 3/12/1962 - 10/25/1963 | LAC127792 | Undetermined |
| PACIFIC INDEMNITY (CHUBB) | Insurance Policy: 10/25/1963 - 10/25/1966 | LAC 155598 | Undetermined |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA | Insurance Policy: 1/1/23 - 12/31/23 | 53962 | Undetermined |

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| THE HANOVER INS. CO. | Insurance Policy: 7/1/20 - 7/1/23 | BDJ848454601 | Undetermined |
| THE NATIONAL CATHOLIC RISK RETENTION GROUP, INC. | Insurance Policy: 7/1/22 - 7/1/23 | RRG1072-04 | Undetermined |
| THE NATIONAL CATHOLIC RISK RETENTION GROUP, INC. | Insurance Policy: 7/1/22 - 7/1/23 | FM1072-04 | Undetermined |
| THE RETA TRUST | Insurance Policy: 1/1/23 - 12/31/23 | 0007219-0003-000 | Undetermined |
| TRAVELERS PROPERTY CASUALTY CO. OF AMERICA | Insurance Policy: 7/1/22 - 7/1/23 | BME1-993K4941-TIL | Undetermined |
| UNDERWRITERS AT LLOYD'S, LONDON | Insurance Policy: 7/1/22 - 7/1/23 | B1262PW0403022 | Undetermined |
| UNDERWRITERS AT LLOYD'S, LONDON | Insurance Policy: 7/1/22 - 7/1/23 | B1262PW0403122 | Undetermined |
| UNDERWRITERS AT LLOYD'S, LONDON | Insurance Policy: 7/1/22 - 7/1/23 | B1262PW0174422 | Undetermined |
| UNDERWRITERS AT LLOYD'S, LONDON | Insurance Policy: 7/1/22 - 7/1/23 | B1262PW0474322 | Undetermined |
| UNDERWRITERS AT LLOYD'S, LONDON | Insurance Policy: 7/1/22 - 7/1/23 | B1262PW0475722 | Undetermined |
| UNITED STATES FIRE INSURANCE | Insurance Policy: 10/25/1970 - 10/25/1971 | DCL 53 9820 | Undetermined |
| WESTCHESTER SURPLUS LINES INS. CO. | Insurance Policy: 7/1/22 - 7/1/23 | I11175181003 | Undetermined |
| | **TOTAL** | | $0.00 |
| | | | + Undetermined Amounts |

Debtor name    Roman Catholic Bishop of Oakland

United States Bankruptcy Court for the:    Northern District of California

Case number (If known):    23-40523

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>BANK DIRECT CAPITAL FINANCE, A DIVISION OF TEXAS CAPITAL BANK | **Describe debtor's property that is subject to a lien**<br>All of Insured's right, title and interest in and to each Policy, and all amounts which are or may become payable to Insured under the Policies. | $ 286,672.83 | $ Undetermined |
| **Creditor's mailing address**<br>150 NORTH FIELD DRIVE<br>SUITE 190<br>LAKE FOREST, IL 60045 | **Describe the lien** | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Date debt was incurred**     7/14/2022 | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Creditor's name**<br>THE ROMAN CATHOLIC CEMETERIES OF THE DIOCESE OF OAKLAND | **Describe debtor's property that is subject to a lien**<br>Deeds of Trust and such other agreements, assignments, documents and instruments as described in Collateral Documents | $ 25,795,655.00 | $ Undetermined |
| **Creditor's mailing address**<br>C/O CATHOLIC FUNERAL AND CEMETERY SERVICES<br>2121 HARRISON STREET, SUITE 200<br>OAKLAND, CA 94612 | **Describe the lien** | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☐ No<br>☑ Yes | | |
| **Date debt was incurred**     12/27/2022 | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Have you already specified the relative priority?<br>    ☐ No. Specify each creditor, including this creditor, and its relative priority.<br>    ☐ Yes. The relative priority of creditors is specified on lines | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 26,082,327.83

Case: 23-40523    Doc# 54    Filed: 05/22/23    Entered: 05/22/23 16:43:50    Page 32 of 169

| Debtor | Roman Catholic Bishop of Oakland | Case number (If known): | 23-40523 |
|---|---|---|---|
| | Name | | |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| THE ROMAN CATHOLIC CEMETERIES OF THE DIOCESE OF OAKLAND<br>C/O: NORTON ROSE FULBRIGHT US LLP<br>ATTN: SCOTT KORTMEYER<br>555 SOUTH FLOWER STREET, FORTY-FIRST FLOOR<br>LOS ANGELES, CA 90071 | Line 2. ___2___ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |

Official Form 206D     Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**     Page 2 of 2

**Fill in this information to identify the case:**

Debtor    Roman Catholic Bishop of Oakland

United States Bankruptcy Court for the:   Northern District of California

Case number   23-40523
(if known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address**<br>ANTONIO GUEVARRA<br>2121 HARRISON STREET<br>ST. #100<br>OAKLAND, CA 94612 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Employee 403b Contribution | $ 583.33 | $ 583.33 |
| **Date or dates debt was incurred**<br>Undetermined<br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| **2.2** **Priority creditor's name and mailing address**<br>BISHOP MICHAEL BARBER, S.J.<br>2121 HARRISON STREET<br>ST. #100<br>OAKLAND, CA 94612 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Employee Wages | $ 876.68 | $ 876.68 |
| **Date or dates debt was incurred**<br>Undetermined<br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| **2.3** **Priority creditor's name and mailing address**<br>COLETTE SAMIMI<br>2121 HARRISON STREET<br>ST. #100<br>OAKLAND, CA 94612 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Employee Unpaid Time Off | $ 555.83 | $ 555.83 |
| **Date or dates debt was incurred**<br>Undetermined<br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

## Part 1: Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.4** Priority creditor's name and mailing address

DIANA L BITZ
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

$ 291.67    $ 291.67

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee 403b Contribution

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address

EMERLINDA ANGELES
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

$ 135.96    $ 135.96

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee 403b Contribution & Unpaid Time Off

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.6** Priority creditor's name and mailing address

GILES G. MILLER
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

$ 93.33    $ 93.33

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee 403b Contribution

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.7** Priority creditor's name and mailing address

GLORIA ESPINOZA
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

$ 373.33    $ 373.33

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee 403b Contribution

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      Page 2 of 126

## Part 1: Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.8 Priority creditor's name and mailing address**

JEAN EVANS
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

$ 46.67    $ 46.67

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee 403b Contribution

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.9 Priority creditor's name and mailing address**

KATHLEEN RABBACH
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

$ 116.67    $ 116.67

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee 403b Contribution

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.10 Priority creditor's name and mailing address**

LEWIS F BRACY
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

$ 233.33    $ 233.33

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee 403b Contribution

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.11 Priority creditor's name and mailing address**

LINA CABATINGAN
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

$ 212.56    $ 212.56

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee 403b Contribution & Unpaid Time Off

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 3 of 126

## Part 1: Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

| 2.12 | Priority creditor's name and mailing address | | $ 116.67 | $ 116.67 |
|---|---|---|---|---|

LISA OBEREMPT
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee 403b Contribution

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.13 | Priority creditor's name and mailing address | | $ 442.51 | $ 442.51 |
|---|---|---|---|---|

MARY B O'SULLIVAN
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee 403b Contribution & Unpaid Time Off

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.14 | Priority creditor's name and mailing address | | $ 274.16 | $ 274.16 |
|---|---|---|---|---|

MICHELLE MARTINEZ-KILTY
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee 403b Contribution

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.15 | Priority creditor's name and mailing address | | $ 194.57 | $ 194.57 |
|---|---|---|---|---|

NINA WOODCOCK
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee 403b Contribution & Unpaid Time Off

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

Official Form 206E/F                 Schedule E/F: Creditors Who Have Unsecured Claims                 Page 4 of 126

## Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.16 Priority creditor's name and mailing address**

PAUL BONGIOVANNI
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

$ 5,604.62     $ 5,604.62

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee Wages & 403b Contribution

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.17 Priority creditor's name and mailing address**

REV DAVID STAAL
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

$ 207.84     $ 207.84

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee 403b Contribution

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.18 Priority creditor's name and mailing address**

REV. LAWRENCE D'ANJOU
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

$ 5,179.23     $ 5,179.23

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee Wages

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.19 Priority creditor's name and mailing address**

RICK MEDEIROS
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

$ 5,333.33     $ 5,333.33

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee Wages & 403b Contribution

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page 5 of 126

| Debtor | Roman Catholic Bishop of Oakland | | Case number *(if known)* 23-40523 |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.20** **Priority creditor's name and mailing address**

SILVIA AVALOS
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 93.33    $ 93.33

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee 403b Contribution

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.21** **Priority creditor's name and mailing address**

SIOBHAN SCOTT
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 122.43    $ 122.43

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee Unpaid Time Off

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.22** **Priority creditor's name and mailing address**

SYLVIA MARTINEZ
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 259.45    $ 259.45

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee 403b Contribution

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.23** **Priority creditor's name and mailing address**

TERESA PENA
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 1,114.77    $ 1,114.77

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee Unpaid Time Off

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page 6 of 126

| Debtor | Roman Catholic Bishop of Oakland | | Case number (*If known*) 23-40523 |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|
| **Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.** | | | |

**2.24** **Priority creditor's name and mailing address**

THYWARA B PORTER
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

$ 140.00     $ 140.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee 403b Contribution

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.25** **Priority creditor's name and mailing address**

VERONICA ROSAS
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

$ 74.29     $ 74.29

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee Unpaid Time Off

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.26** **Priority creditor's name and mailing address**

WILLIAM FORD
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

$ 233.33     $ 233.33

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee 403b Contribution

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.27** **Priority creditor's name and mailing address**

$     $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☐ No
☐ Yes

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page 7 of 126

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
AAA LIVE SCAN
1576 2ND STREET, #E
LIVERMORE, CA 94550

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

$ 275.00

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.2** **Nonpriority creditor's name and mailing address**
AAA LIVE SCAN
1576 2ND STREET, #E
LIVERMORE, CA 94550

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 125.00

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.3** **Nonpriority creditor's name and mailing address**
ADRIAN FULAY
624 RICHMOND STREET
EL CERRITO, CA 94530

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 793.00

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.4** **Nonpriority creditor's name and mailing address**
AIDAN CAMERON-SMITH
ST. PATRICK'S SEMINARY
320 MIDDLEFIELD ROAD
MENLO PARK, CA 94025-3562

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

$ 175.00

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.5** **Nonpriority creditor's name and mailing address**
ALEJANDRO HERNANDEZ
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

$ 23.92

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.6** **Nonpriority creditor's name and mailing address**
ALEJANDRO HERNANDEZ
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 45.24

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

Case: 23-40523   Doc# 54   Filed: 05/22/23   Entered: 05/22/23 16:43:50   Page 41 of 169

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7**   **Nonpriority creditor's name and mailing address**

ALL SAINTS CHURCH
22824 SECOND STREET
HAYWARD, CA 94541

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,001.84

---

**3.8**   **Nonpriority creditor's name and mailing address**

ANDREA MUNOZ
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 150.00

---

**3.9**   **Nonpriority creditor's name and mailing address**

ANDREA WALLE
2737 GARVIN AVENUE
RICHMOND, CA 94804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 125.00

---

**3.10**   **Nonpriority creditor's name and mailing address**

ANNE MARIE DANNENBERG, LMFT
836 SOUTHAMPTON RD, STE B
BOX 101
BENICIA, CA 94510

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,080.00

---

**3.11**   **Nonpriority creditor's name and mailing address**

ANTHONY CAVIGLIA
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 150.00

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.12** | **Nonpriority creditor's name and mailing address**

BEST LIVING CARE, LLC
2401 MERCED STREET, STE 300
SAN LEANDRO, CA 94577

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                2,660.00

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address**

BISHOP MICHAEL BARBER, S.J.
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

$                300.00

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address**

BRAD IKEGAMI
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Stale Check

$                100.00

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address**

BREANA M. TOWNSEND
555 63RD STREET
OAKLAND, CA 94609

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                150.00

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address**

CAROLYN STEELE
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Expense Reimbursement

$                379.90

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.17**

**Nonpriority creditor's name and mailing address**

CATHOLIC CHARITIES OF THE EAST BAY
433 JEFFERSON STREET
OAKLAND, CA 94607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 1,147.00

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18**

**Nonpriority creditor's name and mailing address**

CATHOLIC COMMUNITYofPLEASANTON
3999 BERNAL AVENUE
PLEASANTON, CA 94566

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Training Reimbursement

$ 644.76

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19**

**Nonpriority creditor's name and mailing address**

CECILIA DONALDSON
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Expense Reimbursement

$ 539.43

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20**

**Nonpriority creditor's name and mailing address**

CELESTE WINANT
3115 WHEELER STREET
BERKELEY, CA 94705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

$ 840.00

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.21**

**Nonpriority creditor's name and mailing address**

CELESTE WINANT
3115 WHEELER STREET
BERKELEY, CA 94705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 340.00

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22**

**Nonpriority creditor's name and mailing address**

CELESTE WINANT
3115 WHEELER STREET
BERKELEY, CA 94705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 140.00

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.23**

**Nonpriority creditor's name and mailing address**

CHINESE PASTORAL and CULTURAL CENTER
c/o DEACON DANNY WONG
2935 CANYON VIEW COURT
ANTIOCH, CA 94531

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

$ 390.00

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.24**

**Nonpriority creditor's name and mailing address**

CHRISTINA TOMASETTI
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

$ 100.00

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.25**

**Nonpriority creditor's name and mailing address**

CHRISTOPHER A. THORPE
P.O. BOX 165
MILLBRAE, CA 94030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 3,645.00

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.26**

**Nonpriority creditor's name and mailing address**

CHRISTOPHER MARIO LEWIS
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 120.00

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.27** **Nonpriority creditor's name and mailing address**

CHURCH OF THE GOOD SHEPHERD
3200 HARBOR STREET
PITTSBURG, CA 94565

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Expense Reimbursement

$ 300.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.28** **Nonpriority creditor's name and mailing address**

CITY OF OAKLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

$ 11,655.46

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.29** **Nonpriority creditor's name and mailing address**

CONVENTUAL FRANCISCANS
19697 REDWOOD ROAD
CASTRO VALLEY, CA 94546-3456

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

$ 6,220.69

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.30** **Nonpriority creditor's name and mailing address**

CONVENTUAL FRANCISCANS
19697 REDWOOD ROAD
CASTRO VALLEY, CA 94546-3456

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 2,612.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.31** **Nonpriority creditor's name and mailing address**

CONVENTUAL FRANCISCANS
19697 REDWOOD ROAD
CASTRO VALLEY, CA 94546-3456

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Expense Reimbursement

$ 125.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Case: 23-40523   Doc# 54   Filed: 05/22/23   Entered: 05/22/23 16:43:50   Page 46 of 169

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** **Nonpriority creditor's name and mailing address**

CRISTINA TORRES
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 41.36

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.33** **Nonpriority creditor's name and mailing address**

DAVID ALAN KLEIN
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 43.70

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.34** **Nonpriority creditor's name and mailing address**

DEANNA BETSCHART
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Expense Reimbursement

$ 263.22

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.35** **Nonpriority creditor's name and mailing address**

DIABLO LIVE SCAN LLC
3721 SUNSET LANE #103
ANTIOCH, CA 94509

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 400.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.36** **Nonpriority creditor's name and mailing address**

DIANA GONZALEZ
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

$ 540.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Case: 23-40523    Doc# 54    Filed: 05/22/23    Entered: 05/22/23 16:43:50    Page 47 of 169

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.37** **Nonpriority creditor's name and mailing address**

DIVINE MERCY of the DIOCESE OF OAKLAND
c/o ST. MICHAEL CHURCH
458 MAPLE STREET
LIVERMORE, CA 94550-3238

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

$ 100.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.38** **Nonpriority creditor's name and mailing address**

DOMINICAN FRIARS
ST. ALBERT'S PRIORY
5890 BIRCH COURT
OAKLAND, CA 94618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Training Reimbursement

$ 375.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.39** **Nonpriority creditor's name and mailing address**

E.B.A. & M. CORP.
18002 COWAN
IRVINE, CA 92614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 9,163.71

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.40** **Nonpriority creditor's name and mailing address**

ELIZABETH RAMIREZ CHILD & FAMILY COUNSELING INC.
1267 S MAIN STREET
SALINAS, CA 93901-2293

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

$ 520.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.41** **Nonpriority creditor's name and mailing address**

EMERLINDA ANGELES
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Expense Reimbursement

$ 154.34

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.42** **Nonpriority creditor's name and mailing address**

EMPLOYMENT DEVELOPMENT DEPARTMENT
P.O. BOX 826219
ATTN: CASHIER-RB
SACRAMENTO, CA 94230-6219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Government Programs

$ 15,540.48

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.43** **Nonpriority creditor's name and mailing address**

ENRIQUE RODRIGUEZ
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 75.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.44** **Nonpriority creditor's name and mailing address**

FR. IVAN TOU, CSP
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Training Reimbursement

$ 200.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.45** **Nonpriority creditor's name and mailing address**

FR. JOHN WYDEVEN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 100.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.46** **Nonpriority creditor's name and mailing address**

FR. KAPIOLANI KAKALA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

$ 40.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 250.00 |
| --- | --- | --- | --- |

FR. LUIS ALEXANDER LOPEZ
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 100.00 |
| --- | --- | --- | --- |

FR. LUIS ALEXANDER LOPEZ
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Training Reimbursement

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 100.00 |
| --- | --- | --- | --- |

FR. MICHAEL CASTORI, SJ
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Training Reimbursement

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 150.00 |
| --- | --- | --- | --- |

FR. OEUDRAOGO BASILE, SJ
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Training Reimbursement

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 225.00 |
| --- | --- | --- | --- |

FR. RAFAEL HINOJOSA AVALOS
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Training Reimbursement

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.52**

**Nonpriority creditor's name and mailing address**

FR. ROBBY SULLIVAN
OUR LADY STAR OF THE SEA
515 FREDERICK STREET
SANTA CRUZ, CA 95062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Stale Check

$ 200.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.53**

**Nonpriority creditor's name and mailing address**

FREEDOM PROFESSIONAL SERVICES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

$ 40.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.54**

**Nonpriority creditor's name and mailing address**

GLENDA ARAGON
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Expense Reimbursement

$ 125.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.55**

**Nonpriority creditor's name and mailing address**

GLORIA LARA
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Stale Check

$ 800.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.56**

**Nonpriority creditor's name and mailing address**

GREGORY WONG, SE
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Stale Check

$ 1,800.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Case: 23-40523   Doc# 54   Filed: 05/22/23   Entered: 05/22/23 16:43:50   Page 51 of 169

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.57**

**Nonpriority creditor's name and mailing address**

HERMANAS DOMINICAS
1432 - 101ST AVENUE
OAKLAND, CA 94603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 200.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.58**

**Nonpriority creditor's name and mailing address**

HOA BINH HA
ST. ISIDORE CHURCH
440 LA GONDA WAY
DANVILLE, CA 94526-2562

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

$ 700.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.59**

**Nonpriority creditor's name and mailing address**

IKE ALEXANDER
211 WEST AVENUE
SANTA CRUZ, CA 95060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 120.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.60**

**Nonpriority creditor's name and mailing address**

JANELL HAMPTON

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 75.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.61**

**Nonpriority creditor's name and mailing address**

JANET ANG
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Expense Reimbursement

$ 139.58

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Case: 23-40523    Doc# 54    Filed: 05/22/23    Entered: 05/22/23 16:43:50    Page 52 of 169

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.62

**Nonpriority creditor's name and mailing address**

JESUS TAPIA
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 200.00

### 3.63

**Nonpriority creditor's name and mailing address**

JESUS TAPIA
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Expense Reimbursement

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 150.00

### 3.64

**Nonpriority creditor's name and mailing address**

JOSEPH NUFABLE
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 154.38

### 3.65

**Nonpriority creditor's name and mailing address**

KANEEZ MUNJEE
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Expense Reimbursement

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 120.00

### 3.66

**Nonpriority creditor's name and mailing address**

KARIN SHELTON
2330 PROFESSIONAL DRIVE, STE 100
ROSEVILLE, CA 95661

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 520.00

Case: 23-40523    Doc# 54    Filed: 05/22/23    Entered: 05/22/23 16:43:50    Page 53 of 169

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.67** **Nonpriority creditor's name and mailing address**

LAWRENCE ROCKWOOD
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 225.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68** **Nonpriority creditor's name and mailing address**

LEWIS PATZNER
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 390.02

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.69** **Nonpriority creditor's name and mailing address**

LIVE SCAN IDENTITY
39159 PASEO PADRE PKWY, STE 219
FREMONT, CA 94538

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 275.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.70** **Nonpriority creditor's name and mailing address**

LUMEN CHRISTI ACADEMIES
2121 HARRISON STREET, STE 100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

$ 1,700.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.71** **Nonpriority creditor's name and mailing address**

MADGE ELLIS
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 300.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.72** **Nonpriority creditor's name and mailing address**

MARIA CAMPOS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 81.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.73** **Nonpriority creditor's name and mailing address**

MARIA GUADALUPE LIZARDO
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Expense Reimbursement

$ 200.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.74** **Nonpriority creditor's name and mailing address**

MARISA STREETT
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Expense Reimbursement

$ 300.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.75** **Nonpriority creditor's name and mailing address**

MARTIN PADILLA
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 48.50

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.76** **Nonpriority creditor's name and mailing address**

MARYKNOLL FATHERS & BROTHERS
P.O. BOX 302
MARYKNOLL, NY 10545-0302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 2,000.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.77** **Nonpriority creditor's name and mailing address**

MATHEUS COURA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 310.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.78** **Nonpriority creditor's name and mailing address**

MICHELLE MARTINEZ-KILTY
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Expense Reimbursement

$ 236.59

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.79** **Nonpriority creditor's name and mailing address**

NAKAYA LANDSCAPING
205 ANO AVENUE
SAN LORENZO, CA 94580

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

$ 800.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.80** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

$ 5,850.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.81** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 4,500.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82**

**Nonpriority creditor's name and mailing address**

NAME ON FILE_21011982
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.83**

**Nonpriority creditor's name and mailing address**

NAME ON FILE_21012783
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.84**

**Nonpriority creditor's name and mailing address**

NAME ON FILE_21014095
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.85**

**Nonpriority creditor's name and mailing address**

NAME ON FILE_21014908
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.86**

**Nonpriority creditor's name and mailing address**

NAME ON FILE_21018003
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

Case: 23-40523   Doc# 54   Filed: 05/22/23   Entered: 05/22/23 16:43:50   Page 57 of 169

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87** | **Nonpriority creditor's name and mailing address**

NAME ON FILE_22011188
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address**

NAME ON FILE_22012218
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address**

NAME ON FILE_22012355
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address**

NAME ON FILE_22013475_22006158
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address**

NAME ON FILE_22016430
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.92** **Nonpriority creditor's name and mailing address**

NAME ON FILE_22018702
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.93** **Nonpriority creditor's name and mailing address**

NAME ON FILE_22018906
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.94** **Nonpriority creditor's name and mailing address**

NAME ON FILE_22019139_22010040
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.95** **Nonpriority creditor's name and mailing address**

NAME ON FILE_22019639
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.96** **Nonpriority creditor's name and mailing address**

NAME ON FILE_22020161
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

Case: 23-40523   Doc# 54   Filed: 05/22/23   Entered: 05/22/23 16:43:50   Page 59 of 169

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.97** **Nonpriority creditor's name and mailing address**

NAME ON FILE_22022175
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.98** **Nonpriority creditor's name and mailing address**

NAME ON FILE_22022224
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.99** **Nonpriority creditor's name and mailing address**

NAME ON FILE_22022474
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.100** **Nonpriority creditor's name and mailing address**

NAME ON FILE_22023340_22013308
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.101** **Nonpriority creditor's name and mailing address**

NAME ON FILE_22024146
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102** Nonpriority creditor's name and mailing address

NAME ON FILE_22024199
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Potential Claim

$     Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.103** Nonpriority creditor's name and mailing address

NAME ON FILE_22024427
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Potential Claim

$     Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.104** Nonpriority creditor's name and mailing address

NAME ON FILE_22024575
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Potential Claim

$     Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.105** Nonpriority creditor's name and mailing address

NAME ON FILE_22024579
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Potential Claim

$     Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.106** Nonpriority creditor's name and mailing address

NAME ON FILE_23006474
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Potential Claim

$     Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107**

**Nonpriority creditor's name and mailing address**

NAME ON FILE_23006766_22021737
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

$         Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108**

**Nonpriority creditor's name and mailing address**

NAME ON FILE_23007143
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

$         Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.109**

**Nonpriority creditor's name and mailing address**

NAME ON FILE_23007321
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

$         Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.110**

**Nonpriority creditor's name and mailing address**

NAME ON FILE_23008054
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

$         Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111**

**Nonpriority creditor's name and mailing address**

NAME ON FILE_23008153
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

$         Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 23-40523    Doc# 54    Filed: 05/22/23    Entered: 05/22/23 16:43:50    Page 62 of 169

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.112**

**Nonpriority creditor's name and mailing address**

NAME ON FILE_23008316
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.113**

**Nonpriority creditor's name and mailing address**

NAME ON FILE_23008519
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.114**

**Nonpriority creditor's name and mailing address**

NAME ON FILE_23008842
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115**

**Nonpriority creditor's name and mailing address**

NAME ON FILE_23009176
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116**

**Nonpriority creditor's name and mailing address**

NAME ON FILE_23009348
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.117**

**Nonpriority creditor's name and mailing address**

NAME ON FILE_23009450
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.118**

**Nonpriority creditor's name and mailing address**

NAME ON FILE_23009946
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.119**

**Nonpriority creditor's name and mailing address**

NAME ON FILE_23011349
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.120**

**Nonpriority creditor's name and mailing address**

NAME ON FILE_23011358
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.121**

**Nonpriority creditor's name and mailing address**

NICOLE JOHNSON, LMFT, CSAT
726 14TH STREET, STE G
MODESTO, CA 95354

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 420.00

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122** **Nonpriority creditor's name and mailing address**

NOEL MENDOZA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

$ 250.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.123** **Nonpriority creditor's name and mailing address**

OFFICE INFORMATION SYSTEMS
7730 PARDEE LANE #112
OAKLAND, CA 94621

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 812.50

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.124** **Nonpriority creditor's name and mailing address**

ORDER OF MALTA CLINIC
33 BELLEVUE AVENUE
PIEDMONT, CA 94611

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

$ 150.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.125** **Nonpriority creditor's name and mailing address**

PAT MORINO

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 75.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126** **Nonpriority creditor's name and mailing address**

PAUL BONGIOVANNI
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Expense Reimbursement

$ 2,241.02

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.127** Nonpriority creditor's name and mailing address

PAULA GARCIA
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Stale Check

$ 75.00

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.128** Nonpriority creditor's name and mailing address

PETER KENTON

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Uncashed Check

$ 200.00

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.129** Nonpriority creditor's name and mailing address

PETER LAWONGKERD
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Stale Check

$ 175.00

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.130** Nonpriority creditor's name and mailing address

PLAINTIFF_00002701
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Complaint for Damages - 22CV020632

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.131** Nonpriority creditor's name and mailing address

PLAINTIFF_00002702
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Complaint for Damages - 22CV020136

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Case: 23-40523    Doc# 54    Filed: 05/22/23    Entered: 05/22/23 16:43:50    Page 66 of 169

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.132** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002703
C/O DONAHOO & ASSOCIATES, PC
440 W. FIRST STREET, SUITE 101
TUSTIN, CA 92780

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG20078903

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.133** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002706
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020474

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.134** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002707
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020389

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.135** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002708
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV024472

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.136** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002709
C/O MATTHEWS & ASSOCIATES
250 VALLOMBROSA AVENUE, SUITE 266
CHICO, CA 95926

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG20067225

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.137** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002710
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020085

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.138** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002711
C/O PANISH SHEA BOYLE RAVIPUDI LLP
11111 SANTA MONICA BOULEVARD, SUITE 700
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV023329

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002712
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020437

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.140** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002713
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020455

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.141** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002715
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV023536

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.142 Nonpriority creditor's name and mailing address**

PLAINTIFF_00002717
C/O GROSS & BELSKY P.C.
201 SPEAR STREET, SUITE 1100
SAN FRANCISCO, CA 94105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - RG20068867

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.143 Nonpriority creditor's name and mailing address**

PLAINTIFF_00002718
C/O PAUL MONES, P.C.
13101 WASHINGTON BOULEVARD, SUITE 240
LOS ANGELES, CA 90066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - HG20055763

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.144 Nonpriority creditor's name and mailing address**

PLAINTIFF_00002719
C/O BOUCHER LLP
21600 OXNARD STREET, SUITE 600
WOODLAND HILLS, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - RG20075700

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.145 Nonpriority creditor's name and mailing address**

PLAINTIFF_00002721
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV020795

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.146 Nonpriority creditor's name and mailing address**

PLAINTIFF_00002722
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV020399

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 23-40523    Doc# 54    Filed: 05/22/23    Entered: 05/22/23 16:43:50    Page 69 of 169

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.147

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002723
C/O HERMAN LAW
9434 DESCHUTES ROAD, SUITE 1000
PALO CEDRO, CA 96073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 21CV003945

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.148

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002725
C/O PANISH SHEA BOYLE RAVIPUDI LLP
11111 SANTA MONICA BOULEVARD, SUITE 700
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG20048852

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.149

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002726
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV024532

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.150

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002727
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020298

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.151

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002728
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020672

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.152** | **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002729
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - HG20053983

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.153** | **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002731
C/O WALKUP, MELODIA, KELLY & SCHOENBERGER
650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CA 94108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - RG20074690

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.154** | **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002732
C/O BOUCHER LLP
21600 OXNARD STREET, SUITE 600
WOODLAND HILLS, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV017002

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.155** | **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002733
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV021136

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.156** | **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002734
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV021953

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

Case: 23-40523    Doc# 54    Filed: 05/22/23    Entered: 05/22/23 16:43:50    Page 71 of 169

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.157** Nonpriority creditor's name and mailing address

PLAINTIFF_00002735
C/O THE ZALKIN LAW FIRM, P.C.
10590 WEST OCEAN AIR DRIVE, SUITE 125
SAN DIEGO, CA 92130

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Complaint for Damages - 22CV017963

$ Undetermined

Date or dates debt was incurred     Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.158** Nonpriority creditor's name and mailing address

PLAINTIFF_00002736
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Complaint for Damages - 22CV020322

$ Undetermined

Date or dates debt was incurred     Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.159** Nonpriority creditor's name and mailing address

PLAINTIFF_00002737
C/O WINER, BURRITT & SCOTT, LLP
1901 HARRISON STREET, SUITE 1100
OAKLAND, CA 94612

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Complaint for Damages - 22CV018172

$ Undetermined

Date or dates debt was incurred     Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.160** Nonpriority creditor's name and mailing address

PLAINTIFF_00002738
C/O GROSS & BELSKY P.C.
201 SPEAR STREET, SUITE 1100
SAN FRANCISCO, CA 94105

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Complaint for Damages - RG20064685

$ Undetermined

Date or dates debt was incurred     Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.161** Nonpriority creditor's name and mailing address

PLAINTIFF_00002740
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Complaint for Damages - 22CV020082

$ Undetermined

Date or dates debt was incurred     Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.162** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002741
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV019889

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.163** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002743
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV022037

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.164** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002744
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020636

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.165** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002746
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Survival Action - 22CV004880

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.166** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002747
C/O BOUCHER LLP
21600 OXNARD STREET, SUITE 600
WOODLAND HILLS, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG21110490

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.167** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002748
C/O BOUCHER LLP
21600 OXNARD STREET, SUITE 600
WOODLAND HILLS, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV021226

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.168** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002749
C/O LIAKOS LAW, APC
955 DEEP VALLEY DRIVE, SUITE 3900
PALOS VERDES PENNINSULA, CA 90274

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV024087

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.169** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002751
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV021962

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.170** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002752
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020348

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.171** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002753
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020661

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.172** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002754
C/O WINER, BURRITT & SCOTT, LLP
1901 HARRISON STREET, SUITE 1100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG20062996

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.173** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002755
C/O MANLY, STEWART & FINALDI
19100 VON KARMAN AVE, SUITE 800
IRVINE, CA 92612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV017872

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.174** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002756
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV019959

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.175** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002757
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020101

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.176** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002758
C/O THE ZALKIN LAW FIRM, P.C.
10590 WEST OCEAN AIR DRIVE, SUITE 125
SAN DIEGO, CA 92130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV021441

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.177** | **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002759
C/O BOUCHER LLP
21600 OXNARD STREET, SUITE 600
WOODLAND HILLS, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 21CV003446

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002760
C/O MATTHEWS & ASSOCIATES
250 VALLOMBROSA AVENUE, SUITE 266
CHICO, CA 95926

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG20075018

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002761
C/O WINER, BURRITT & SCOTT, LLP
1901 HARRISON STREET, SUITE 1100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV018167

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002762
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV021958

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002763
C/O MANLY, STEWART & FINALDI
19100 VON KARMAN AVE, SUITE 800
IRVINE, CA 92612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG20056258

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.182** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002764
C/O EDWARDS & DE LA CERDA, PLLC
3500 MAPLE AVENUE, SUITE 1100
DALLAS, TX 75219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV024031

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.183** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002765
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV019903

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.184** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002766
C/O THE ZALKIN LAW FIRM, P.C.
10590 WEST OCEAN AIR DRIVE, SUITE 125
SAN DIEGO, CA 92130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV022806

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.185** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002767
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV023077

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.186** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002768
C/O NYE, STIRLING, HALE & MILLER, LLP
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CA 93101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV04375

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 23-40523    Doc# 54    Filed: 05/22/23    Entered: 05/22/23 16:43:50    Page 77 of 169

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.187

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002769
C/O LAW OFFICE OF DAVEY L. TURNER
215 NORTH SAN JOAQUIN STREET
STOCKTON, CA 95202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG20065437

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

### 3.188

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002770
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - HG19048685

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

### 3.189

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002771
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG20057425

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

### 3.190

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002772
C/O NYE, STIRLING, HALE & MILLER, LLP
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CA 93101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV006696

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

### 3.191

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002773
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020161

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

Case: 23-40523    Doc# 54    Filed: 05/22/23    Entered: 05/22/23 16:43:50    Page 78 of 169

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.192** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002775
C/O REICH AND BINSTOCK LLP
4265 SAN FELIPE, SUITE 1000
HOUSTON, TX 77027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV024385

$                          Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.193** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002776
C/O LAW OFFICES OF JOSEPH C. GEORGE, PH.D.
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - RG19039073

$                          Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.194** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002777
C/O BOUCHER LLP
21600 OXNARD STREET, SUITE 600
WOODLAND HILLS, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV024931

$                          Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.195** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002778
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV020388

$                          Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.196** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002779
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV019923

$                          Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.197** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002782
C/O GROSS & BELSKY P.C.
201 SPEAR STREET, SUITE 1100
SAN FRANCISCO, CA 94105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV022809

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.198** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002783
C/O BOUCHER LLP
21600 OXNARD STREET, SUITE 600
WOODLAND HILLS, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV016748

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.199** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002784
C/O HERMAN LAW
9434 DESCHUTES ROAD, SUITE 1000
PALO CEDRO, CA 96073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 21CV002646

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.200** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002785
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020287

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.201** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002786
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV022009

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:  Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.202** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002787
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV024587

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.203** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002788
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV019944

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.204** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002789
C/O BOUCHER LLP
21600 OXNARD STREET, SUITE 600
WOODLAND HILLS, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV023764

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.205** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002790
C/O BOUCHER LLP
21600 OXNARD STREET, SUITE 600
WOODLAND HILLS, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV024592

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.206** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002791
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV023400

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Case: 23-40523   Doc# 54   Filed: 05/22/23   Entered: 05/22/23 16:43:50   Page 81 of 169

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.207**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002792
C/O HERMAN LAW
9434 DESCHUTES ROAD, SUITE 1000
PALO CEDRO, CA 96073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV024183

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.208**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002793
C/O THE ZALKIN LAW FIRM, P.C.
10590 WEST OCEAN AIR DRIVE, SUITE 125
SAN DIEGO, CA 92130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV023416

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.209**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002794
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020135

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.210**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002795
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV019941

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.211**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002796
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020375

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Case: 23-40523    Doc# 54    Filed: 05/22/23    Entered: 05/22/23 16:43:50    Page 82 of 169

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.212**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002797
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - RG20053984

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.213**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002798
C/O THE ZALKIN LAW FIRM, P.C.
10590 WEST OCEAN AIR DRIVE, SUITE 125
SAN DIEGO, CA 92130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV023423

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.214**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002799
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - HG19048691

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.215**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002800
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV020398

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.216**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002802
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV020434

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

<table>
<tr><td colspan="2"><strong>Part 2:</strong>     <strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.217** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002803
C/O PANISH SHEA BOYLE RAVIPUDI LLP
11111 SANTA MONICA BOULEVARD, SUITE 700
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV022502

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.218** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002804
C/O EDWARDS & DE LA CERDA, PLLC
3500 MAPLE AVENUE, SUITE 1100
DALLAS, TX 75219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV024400

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.219** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002807
C/O PANISH SHEA BOYLE RAVIPUDI LLP
11111 SANTA MONICA BOULEVARD, SUITE 700
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 21CV000053

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.220** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002808
C/O PAUL MONES, P.C.
13101 WASHINGTON BOULEVARD, SUITE 240
LOS ANGELES, CA 90066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG21086498

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.221** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002809
C/O THE ZALKIN LAW FIRM, P.C.
10590 WEST OCEAN AIR DRIVE, SUITE 125
SAN DIEGO, CA 92130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV022358

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.222** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002811
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV020393

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.223** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002812
C/O WATERS, KRAUS & PAUL
222 NORTH PACIFIC COAST HIGHWAY, SUITE 1900
EL SEGUNDO, CA 90245

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - RG21105583

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.224** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002813
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV019943

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.225** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002815
C/O RIBERA LAW FIRM
157 WEST PORTAL AVENUE, SUITE 2
SAN FRANCISCO, CA 94127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV023968

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.226** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002816
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV020822

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.227**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002817
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV006473

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.228**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002819
C/O WINER, BURRITT & SCOTT, LLP
1901 HARRISON STREET, SUITE 1100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV015043

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.229**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002820
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV023756

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.230**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002821
C/O EDWARDS & DE LA CERDA, PLLC
3500 MAPLE AVENUE, SUITE 1100
DALLAS, TX 75219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV023509

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.231**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002822
C/O BOUCHER LLP
21600 OXNARD STREET, SUITE 600
WOODLAND HILLS, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV017158

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.232** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002823
C/O MARY ALEXANDER & ASSOCIATES, P.C.
44 MONTGOMERY STREET, SUITE 1303
SAN FRANCISCO, CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV024859

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.233** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002824
C/O DIMARCO ARAUJO MONTEVIDEO
1324 NORTH BROADWAY
SANTA ANA, CA 92706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020746

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.234** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002825
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV024069

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.235** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002826
C/O PANISH SHEA BOYLE RAVIPUDI LLP
11111 SANTA MONICA BOULEVARD, SUITE 700
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV024465

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.236** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002827
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020347

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 23-40523   Doc# 54   Filed: 05/22/23   Entered: 05/22/23 16:43:50   Page 87 of 169

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.237** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002829
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV023068

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.238** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002830
C/O MATTHEWS & ASSOCIATES
250 VALLOMBROSA AVENUE, SUITE 266
CHICO, CA 95926

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV023118

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.239** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002831
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV019926

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.240** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002832
C/O MANLY, STEWART & FINALDI
19100 VON KARMAN AVE, SUITE 800
IRVINE, CA 92612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - CGC-20-584124

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.241** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002833
C/O BOUCHER LLP
21600 OXNARD STREET, SUITE 600
WOODLAND HILLS, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV023766

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.242 Nonpriority creditor's name and mailing address**

PLAINTIFF_00002834
C/O HERMAN LAW
9434 DESCHUTES ROAD, SUITE 1000
PALO CEDRO, CA 96073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV013335

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.243 Nonpriority creditor's name and mailing address**

PLAINTIFF_00002835
C/O LAW OFFICES OF JOSEPH C. GEORGE, PH.D.
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG19041044

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.244 Nonpriority creditor's name and mailing address**

PLAINTIFF_00002836
C/O THE ZALKIN LAW FIRM, P.C.
10590 WEST OCEAN AIR DRIVE, SUITE 125
SAN DIEGO, CA 92130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV022956

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.245 Nonpriority creditor's name and mailing address**

PLAINTIFF_00002837
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG20061260

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.246 Nonpriority creditor's name and mailing address**

PLAINTIFF_00002839
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV021959

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

Case: 23-40523   Doc# 54   Filed: 05/22/23   Entered: 05/22/23 16:43:50   Page 89 of 169

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.247** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002840
C/O EDWARDS & DE LA CERDA, PLLC
3500 MAPLE AVENUE, SUITE 1100
DALLAS, TX 75219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV024749

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.248** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002841
C/O EDWARDS & DE LA CERDA, PLLC
3500 MAPLE AVENUE, SUITE 1100
DALLAS, TX 75219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV023501

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.249** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002843
C/O BOUCHER LLP
21600 OXNARD STREET, SUITE 600
WOODLAND HILLS, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV017589

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.250** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002844
C/O HERMAN LAW
9434 DESCHUTES ROAD, SUITE 1000
PALO CEDRO, CA 96073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV023513

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.251** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002845
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020369

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 23-40523    Doc# 54    Filed: 05/22/23    Entered: 05/22/23 16:43:50    Page 90 of 169

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.252** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002846
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV023092

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.253** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002848
C/O MARY ALEXANDER & ASSOCIATES, P.C.
44 MONTGOMERY STREET, SUITE 1303
SAN FRANCISCO, CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV008082

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.254** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002849
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - RG20073791

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.255** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002850
C/O PAUL MONES, P.C.
13101 WASHINGTON BOULEVARD, SUITE 240
LOS ANGELES, CA 90066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV006519

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.256** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002852
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - RG20085048

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.257**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002853
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV019921

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.258**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002854
C/O HERMAN LAW
9434 DESCHUTES ROAD, SUITE 1000
PALO CEDRO, CA 96073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV013310

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.259**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002855
C/O GROSS & BELSKY P.C.
201 SPEAR STREET, SUITE 1100
SAN FRANCISCO, CA 94105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV024582

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.260**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002856
C/O LAW OFFICE OF DAVEY L. TURNER
215 NORTH SAN JOAQUIN STREET
STOCKTON, CA 95202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG20065425

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.261**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002857
C/O HERMAN LAW
9434 DESCHUTES ROAD, SUITE 1000
PALO CEDRO, CA 96073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - C22-02006

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.262** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002858
C/O MANLY, STEWART & FINALDI
19100 VON KARMAN AVE, SUITE 800
IRVINE, CA 92612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - RG20056654

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.263** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002859
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV020631

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.264** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002860
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV019900

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.265** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002861
C/O RIBERA LAW FIRM
157 WEST PORTAL AVENUE, SUITE 2
SAN FRANCISCO, CA 94127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - RG21087706

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.266** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002862
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV023242

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 23-40523   Doc# 54   Filed: 05/22/23   Entered: 05/22/23 16:43:50   Page 93 of 169

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.267** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002864
C/O MANLY, STEWART & FINALDI
19100 VON KARMAN AVE, SUITE 800
IRVINE, CA 92612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020696

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.268** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002865
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG20057493

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.269** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002866
C/O LAW OFFICE OF DAVEY L. TURNER
215 NORTH SAN JOAQUIN STREET
STOCKTON, CA 95202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG20065435

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.270** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002867
C/O HERMAN LAW
9434 DESCHUTES ROAD, SUITE 1000
PALO CEDRO, CA 96073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - C22-00044

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.271** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002870
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV022583

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Case: 23-40523    Doc# 54    Filed: 05/22/23    Entered: 05/22/23 16:43:50    Page 94 of 169

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.272** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002871
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - HG20053992

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.273** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002872
C/O MANLY, STEWART & FINALDI
19100 VON KARMAN AVE, SUITE 800
IRVINE, CA 92612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG20064084

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.274** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002874
C/O BOUCHER LLP
21600 OXNARD STREET, SUITE 600
WOODLAND HILLS, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV019472

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.275** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002875
C/O EDWARDS & DE LA CERDA, PLLC
3500 MAPLE AVENUE, SUITE 1100
DALLAS, TX 75219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV024157

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.276** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002876
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020837

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.277** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002877
C/O EDWARDS & DE LA CERDA, PLLC
3500 MAPLE AVENUE, SUITE 1100
DALLAS, TX 75219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV024154

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.278** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002878
C/O LAW OFFICE OF DAVEY L. TURNER
215 NORTH SAN JOAQUIN STREET
STOCKTON, CA 95202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV023336

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.279** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002879
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020391

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.280** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002880
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV021982

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.281** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002881
C/O MANLY, STEWART & FINALDI
19100 VON KARMAN AVE, SUITE 800
IRVINE, CA 92612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG20064221

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Roman Catholic Bishop of Oakland | Case number (*If known*) | 23-40523 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.282** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002883
C/O DIMARCO ARAUJO MONTEVIDEO
1324 NORTH BROADWAY
SANTA ANA, CA 92706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV023763

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.283** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002884
C/O REICH AND BINSTOCK LLP
4265 SAN FELIPE, SUITE 1000
HOUSTON, TX 77027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV024556

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.284** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002885
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV021229

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.285** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002886
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020343

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.286** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002887
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV019910

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 23-40523    Doc# 54    Filed: 05/22/23    Entered: 05/22/23 16:43:50    Page 97 of 169

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.287** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002888
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV022326

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.288** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002892
C/O WINER, BURRITT & SCOTT, LLP
1901 HARRISON STREET, SUITE 1100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV010527

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.289** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002893
C/O LAW OFFICES OF JOSEPH C. GEORGE, PH.D.
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG19041044

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.290** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002894
C/O PANISH SHEA BOYLE RAVIPUDI LLP
11111 SANTA MONICA BOULEVARD, SUITE 700
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG20049371

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.291** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002895
C/O WINER, BURRITT & SCOTT, LLP
1901 HARRISON STREET, SUITE 1100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV017826

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 23-40523   Doc# 54   Filed: 05/22/23   Entered: 05/22/23 16:43:50   Page 98 of 169

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.292**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002897
C/O HERMAN LAW
9434 DESCHUTES ROAD, SUITE 1000
PALO CEDRO, CA 96073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV018558

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.293**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002898
C/O THE ZALKIN LAW FIRM, P.C.
10590 WEST OCEAN AIR DRIVE, SUITE 125
SAN DIEGO, CA 92130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV023669

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.294**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002899
C/O MANLY, STEWART & FINALDI
19100 VON KARMAN AVE, SUITE 800
IRVINE, CA 92612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG20056258

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.295**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002900
C/O HERMAN LAW
9434 DESCHUTES ROAD, SUITE 1000
PALO CEDRO, CA 96073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - C22-01820

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.296**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002901
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV019884

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 23-40523    Doc# 54    Filed: 05/22/23    Entered: 05/22/23 16:43:50    Page 99 of 169

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.297** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002902
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020000

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.298** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002903
C/O GROSS & BELSKY P.C.
201 SPEAR STREET, SUITE 1100
SAN FRANCISCO, CA 94105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV024635

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.299** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002905
C/O WINER, BURRITT & SCOTT, LLP
1901 HARRISON STREET, SUITE 1100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG20068095

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.300** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002906
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV019890

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.301** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002907
C/O BOUCHER LLP
21600 OXNARD STREET, SUITE 600
WOODLAND HILLS, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV023397

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Case: 23-40523    Doc# 54    Filed: 05/22/23    Entered: 05/22/23 16:43:50    Page 100 of 169

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.302**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002910
C/O BOUCHER LLP
21600 OXNARD STREET, SUITE 600
WOODLAND HILLS, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV024896

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.303**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002911
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV019960

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.304**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002912
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV021638

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.305**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002913
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020396

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.306**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00002914
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV019887

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.307** Nonpriority creditor's name and mailing address

PLAINTIFF_00002916
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Complaint for Damages - 22CV020073

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.308** Nonpriority creditor's name and mailing address

PLAINTIFF_00002917
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Complaint for Damages - 22CV020602

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.309** Nonpriority creditor's name and mailing address

PLAINTIFF_00002918
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Complaint for Damages - HG20053951

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.310** Nonpriority creditor's name and mailing address

PLAINTIFF_00002920
C/O PANISH SHEA BOYLE RAVIPUDI LLP
11111 SANTA MONICA BOULEVARD, SUITE 700
LOS ANGELES, CA 90025

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Complaint for Damages - 22CV022056

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.311** Nonpriority creditor's name and mailing address

PLAINTIFF_00002921
C/O MANLY, STEWART & FINALDI
19100 VON KARMAN AVE, SUITE 800
IRVINE, CA 92612

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Complaint for Damages - 22CV023996

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.312** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002922
C/O HERMAN LAW
9434 DESCHUTES ROAD, SUITE 1000
PALO CEDRO, CA 96073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 21CV002553

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.313** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002923
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV023239

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.314** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002924
C/O LAW OFFICES OF JOSEPH C. GEORGE, PH.D.
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG19039073

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.315** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002925
C/O PANISH SHEA BOYLE RAVIPUDI LLP
11111 SANTA MONICA BOULEVARD, SUITE 700
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV022633

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.316** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002927
C/O FURTADO, JASPOVICE & SIMONS
6589 BELLHURST LANE
CASTRO VALLEY, CA 94552

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV024022

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Case: 23-40523    Doc# 54    Filed: 05/22/23    Entered: 05/22/23 16:43:50    Page 103 of 169

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.317 Nonpriority creditor's name and mailing address**

PLAINTIFF_00002928
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020374

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.318 Nonpriority creditor's name and mailing address**

PLAINTIFF_00002930
C/O HERMAN LAW
9434 DESCHUTES ROAD, SUITE 1000
PALO CEDRO, CA 96073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG21096482

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.319 Nonpriority creditor's name and mailing address**

PLAINTIFF_00002932
C/O WINER, BURRITT & SCOTT, LLP
1901 HARRISON STREET, SUITE 1100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV018533

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.320 Nonpriority creditor's name and mailing address**

PLAINTIFF_00002933
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020423

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.321 Nonpriority creditor's name and mailing address**

PLAINTIFF_00002934
C/O FURTADO, JASPOVICE & SIMONS
6589 BELLHURST LANE
CASTRO VALLEY, CA 94552

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV024630

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.322** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002935
C/O EDWARDS & DE LA CERDA, PLLC
3500 MAPLE AVENUE, SUITE 1100
DALLAS, TX 75219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV024200

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.323** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002936
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV019893

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.324** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002937
C/O HERMAN LAW
9434 DESCHUTES ROAD, SUITE 1000
PALO CEDRO, CA 96073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV017854

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.325** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002938
C/O HERMAN LAW
9434 DESCHUTES ROAD, SUITE 1000
PALO CEDRO, CA 96073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV023917

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.326** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002939
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV019902

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.327** | **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002940
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020378

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.328** | **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002941
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020164

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.329** | **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002942
C/O THE ZALKIN LAW FIRM, P.C.
10590 WEST OCEAN AIR DRIVE, SUITE 125
SAN DIEGO, CA 92130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV021736

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.330** | **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002943
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - HG20053989

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.331** | **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002944
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020436

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.332** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002945
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV019899

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.333** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002946
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV019949

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.334** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002947
C/O THE ZALKIN LAW FIRM, P.C.
10590 WEST OCEAN AIR DRIVE, SUITE 125
SAN DIEGO, CA 92130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV023091

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.335** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002948
C/O MATTHEWS & ASSOCIATES
250 VALLOMBROSA AVENUE, SUITE 266
CHICO, CA 95926

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG20066518

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.336** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002951
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV024471

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.337** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002952
C/O GROSS & BELSKY P.C.
201 SPEAR STREET, SUITE 1100
SAN FRANCISCO, CA 94105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG20064759

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.338** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002953
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV021712

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.339** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002954
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV019892

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.340** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002955
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV023062

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.341** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002956
C/O BOUCHER LLP
21600 OXNARD STREET, SUITE 600
WOODLAND HILLS, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 23CV025256

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 23-40523    Doc# 54    Filed: 05/22/23    Entered: 05/22/23 16:43:50    Page 108 of 169

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.342 Nonpriority creditor's name and mailing address**

PLAINTIFF_00002957
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020323

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.343 Nonpriority creditor's name and mailing address**

PLAINTIFF_00002958
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV021947

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.344 Nonpriority creditor's name and mailing address**

PLAINTIFF_00002959
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV024880

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.345 Nonpriority creditor's name and mailing address**

PLAINTIFF_00002960
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020473

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.346 Nonpriority creditor's name and mailing address**

PLAINTIFF_00002963
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV019896

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.347** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002964
C/O BOUCHER LLP
21600 OXNARD STREET, SUITE 600
WOODLAND HILLS, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV024898

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.348** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002965
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV022330

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.349** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002966
C/O DIMARCO ARAUJO MONTEVIDEO
1324 NORTH BROADWAY
SANTA ANA, CA 92706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV022803

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.350** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002967
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG20075233

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.351** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002968
C/O EDWARDS & DE LA CERDA, PLLC
3500 MAPLE AVENUE, SUITE 1100
DALLAS, TX 75219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV023502

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.352** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002969
C/O MANLY, STEWART & FINALDI
19100 VON KARMAN AVE, SUITE 800
IRVINE, CA 92612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG20069692

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.353** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002970
C/O RIBERA LAW FIRM
157 WEST PORTAL AVENUE, SUITE 2
SAN FRANCISCO, CA 94127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV023623

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.354** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002971
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV024838

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.355** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002972
C/O WINER, BURRITT & SCOTT, LLP
1901 HARRISON STREET, SUITE 1100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV017382

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.356** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002973
C/O PANISH SHEA BOYLE RAVIPUDI LLP
11111 SANTA MONICA BOULEVARD, SUITE 700
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 21CV000055

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.357** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002974
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020491

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.358** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002975
C/O THE ZALKIN LAW FIRM, P.C.
10590 WEST OCEAN AIR DRIVE, SUITE 125
SAN DIEGO, CA 92130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV023960

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.359** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002976
C/O EDWARDS & DE LA CERDA, PLLC
3500 MAPLE AVENUE, SUITE 1100
DALLAS, TX 75219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV024091

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.360** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002977
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV021944

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.361** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002978
C/O DRIVON LAW FIRM
3439 BROOKSIDE ROAD, SUITE 104
STOCKTON, CA 95219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV024730

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 23-40523    Doc# 54    Filed: 05/22/23    Entered: 05/22/23 16:43:50    Page 112 of 169

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.362** | **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002979
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV020808

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.363** | **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002980
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - RG20067602

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.364** | **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002981
C/O WINER, BURRITT & SCOTT, LLP
1901 HARRISON STREET, SUITE 1100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV018875

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.365** | **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002982
C/O PAUL MONES, P.C.
13101 WASHINGTON BOULEVARD, SUITE 240
LOS ANGELES, CA 90066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV024846

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.366** | **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002983
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV024942

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.367** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002984
C/O ARIAS SANGUINETTI WANG & TORRIJOS LLP
6701 CENTER DRIVE WEST, SUITE 1400
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV022825

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.368** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002986
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020519

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.369** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002987
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV017318

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.370** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002988
C/O BOUCHER LLP
21600 OXNARD STREET, SUITE 600
WOODLAND HILLS, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV011957

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.371** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002989
C/O FIORE ACHERMANN
340 PINE STREET, SUITE 503
SAN FRANCISCO, CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG21105426

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.372** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002990
C/O LIAKOS LAW, APC
955 DEEP VALLEY DRIVE, SUITE 3900
PALOS VERDES PENNINSULA, CA 90274

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV022760

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.373** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002991
C/O MARY ALEXANDER & ASSOCIATES, P.C.
44 MONTGOMERY STREET, SUITE 1303
SAN FRANCISCO, CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV023759

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.374** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002993
C/O MANLY, STEWART & FINALDI
19100 VON KARMAN AVE, SUITE 800
IRVINE, CA 92612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG20056258

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.375** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002994
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV021591

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.376** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002995
C/O SCHMIDT NATIONAL LAW GROUP
3033 FIFTH AVENUE, SUITE 335
SAN DIEGO, CA 92103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV024139

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.377** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002998
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020197

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.378** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00002999
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020432

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.379** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003000
C/O LAW OFFICES OF JOSEPH C. GEORGE, PH.D.
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - HG19042086

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.380** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003002
C/O LAW OFFICES OF JOSEPH C. GEORGE, PH.D.
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG19039073

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.381** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003003
C/O PANISH SHEA BOYLE RAVIPUDI LLP
11111 SANTA MONICA BOULEVARD, SUITE 700
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV022476

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.382** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003006
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020490

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.383** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003007
C/O WINER, BURRITT & SCOTT, LLP
1901 HARRISON STREET, SUITE 1100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV014047

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.384** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003008
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020075

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.385** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003009
C/O WINER, BURRITT & SCOTT, LLP
1901 HARRISON STREET, SUITE 1100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV018880

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.386** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003010
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV019961

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.387** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003011
C/O MANLY, STEWART & FINALDI
19100 VON KARMAN AVE, SUITE 800
IRVINE, CA 92612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG20061429

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.388** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003012
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020485

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.389** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003014
C/O HERMAN LAW
9434 DESCHUTES ROAD, SUITE 1000
PALO CEDRO, CA 96073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - MSC21-01242

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.390** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003015
C/O THE ZALKIN LAW FIRM, P.C.
10590 WEST OCEAN AIR DRIVE, SUITE 125
SAN DIEGO, CA 92130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020607

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.391** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003016
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG20079359

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.392 Nonpriority creditor's name and mailing address**

PLAINTIFF_00003017
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020349

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.393 Nonpriority creditor's name and mailing address**

PLAINTIFF_00003018
C/O MATTHEWS & ASSOCIATES
250 VALLOMBROSA AVENUE, SUITE 266
CHICO, CA 95926

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV022604

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.394 Nonpriority creditor's name and mailing address**

PLAINTIFF_00003019
C/O LAW OFFICES OF JOSEPH C. GEORGE, PH.D.
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - C19-02227

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.395 Nonpriority creditor's name and mailing address**

PLAINTIFF_00003020
C/O THE ZALKIN LAW FIRM, P.C.
10590 WEST OCEAN AIR DRIVE, SUITE 125
SAN DIEGO, CA 92130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV022787

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.396 Nonpriority creditor's name and mailing address**

PLAINTIFF_00003021
C/O EDWARDS & DE LA CERDA, PLLC
3500 MAPLE AVENUE, SUITE 1100
DALLAS, TX 75219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV024195

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.397** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003022
C/O LIAKOS LAW, APC
955 DEEP VALLEY DRIVE, SUITE 3900
PALOS VERDES PENNINSULA, CA 90274

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV024003

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.398** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003023
C/O HERMAN LAW
9434 DESCHUTES ROAD, SUITE 1000
PALO CEDRO, CA 96073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 21CV002261

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.399** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003024
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020325

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.400** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003026
C/O RIBERA LAW FIRM
157 WEST PORTAL AVENUE, SUITE 2
SAN FRANCISCO, CA 94127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 21CV003362

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.401** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003027
C/O PANISH SHEA BOYLE RAVIPUDI LLP
11111 SANTA MONICA BOULEVARD, SUITE 700
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV022534

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | Roman Catholic Bishop of Oakland | Case number (*If known*) | 23-40523 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.402**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00003028
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV019898

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                Undetermined

---

**3.403**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00003029
C/O WINER, BURRITT & SCOTT, LLP
1901 HARRISON STREET, SUITE 1100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV018198

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                Undetermined

---

**3.404**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00003030
C/O HERMAN LAW
9434 DESCHUTES ROAD, SUITE 1000
PALO CEDRO, CA 96073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - C22-02698

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                Undetermined

---

**3.405**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00003031
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020321

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                Undetermined

---

**3.406**

**Nonpriority creditor's name and mailing address**

PLAINTIFF_00003033
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020524

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                Undetermined

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.407** | **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003034
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV021909

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.408** | **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003035
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020487

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.409** | **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003036
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020438

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.410** | **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003037
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV021619

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.411** | **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003039
C/O BOUCHER LLP
21600 OXNARD STREET, SUITE 600
WOODLAND HILLS, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV012253

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.412** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003040
C/O WINER, BURRITT & SCOTT, LLP
1901 HARRISON STREET, SUITE 1100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV015210

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.413** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003041
C/O WINER, BURRITT & SCOTT, LLP
1901 HARRISON STREET, SUITE 1100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV017850

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.414** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003042
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020333

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.415** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003044
C/O VAN BLOIS LAW
7677 OAKPORT STREET, SUITE 565
OAKLAND, CA 94621

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG20065264

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.416** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003046
C/O PANISH SHEA BOYLE RAVIPUDI LLP
11111 SANTA MONICA BOULEVARD, SUITE 700
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV022518

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.417** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003047
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV019888

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.418** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003048
C/O DIMARCO ARAUJO MONTEVIDEO
1324 NORTH BROADWAY
SANTA ANA, CA 92706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV015393

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.419** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003049
C/O PAUL MONES, P.C.
13101 WASHINGTON BOULEVARD, SUITE 240
LOS ANGELES, CA 90066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV006624

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.420** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003050
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV023538

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.421** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003051
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - RG20075233

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.422** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003052
C/O THE ZALKIN LAW FIRM, P.C.
10590 WEST OCEAN AIR DRIVE, SUITE 125
SAN DIEGO, CA 92130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV024839

$      Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.423** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003053
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020431

$      Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.424** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003054
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV021946

$      Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.425** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003056
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020382

$      Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.426** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003057
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV020435

$      Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Roman Catholic Bishop of Oakland | Case number (*If known*) | 23-40523 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.427** Nonpriority creditor's name and mailing address

PLAINTIFF_00003060
C/O EDWARDS & DE LA CERDA, PLLC
3500 MAPLE AVENUE, SUITE 1100
DALLAS, TX 75219

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Complaint for Damages - 22CV023676

$      Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.428** Nonpriority creditor's name and mailing address

PLAINTIFF_00003061
C/O WINER, BURRITT & SCOTT, LLP
1901 HARRISON STREET, SUITE 1100
OAKLAND, CA 94612

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Complaint for Damages - 22CV021898

$      Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.429** Nonpriority creditor's name and mailing address

PLAINTIFF_00003062
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Complaint for Damages - 22CV020654

$      Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.430** Nonpriority creditor's name and mailing address

PLAINTIFF_00003063
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Complaint for Damages - 22CV020478

$      Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.431** Nonpriority creditor's name and mailing address

PLAINTIFF_00003065
C/O BOUCHER LLP
21600 OXNARD STREET, SUITE 600
WOODLAND HILLS, CA 91367

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Complaint for Damages - 22CV024892

$      Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Case: 23-40523   Doc# 54   Filed: 05/22/23   Entered: 05/22/23 16:43:50   Page 126 of 169

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.432** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003276
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV023950

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.433** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003289
C/O FERNANDO HILDALGO; L/O FERNANDO HILDAGO
4230 MISSION STREET
SAN FRANCISCO, CA 94112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation, Case # CIVMSC21-01138

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.434** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003295
C/O ELIZABETH MUNRO FARRUGIA, VAZARI LAW GROUP, APC
5757 WILSHIRE BLVD., SUITE 670
LOS ANGELES, CA 90036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation, Case # HG21087907

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.435** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003299
C/O FERNANDO HILDALGO; L/O FERNANDO HILDAGO
4230 MISSION STREET
SAN FRANCISCO, CA 94112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation, Case # CIVMSC21-01138

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.436** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003316
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Complaint for Damages - 22CV023240

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.437** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003317
C/O SLATER SLATER SCHULMAN LLP
8383 WILSHIRE BOULEVARD, SUITE 255
BEVERLY HILLS, CA 90211

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Complaint for Damages - 22CV024007

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.438** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003318
C/O SLATER SLATER SCHULMAN LLP
8383 WILSHIRE BOULEVARD, SUITE 255
BEVERLY HILLS, CA 90211

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Complaint for Damages - 22CV018779

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.439** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003319
C/O SLATER SLATER SCHULMAN LLP
8383 WILSHIRE BOULEVARD, SUITE 255
BEVERLY HILLS, CA 90211

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Complaint for Damages - 22CV024008

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.440** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003320
C/O SLATER SLATER SCHULMAN LLP
8383 WILSHIRE BOULEVARD, SUITE 255
BEVERLY HILLS, CA 90211

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Complaint for Damages - 22CV023710

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.441** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003321
C/O SLATER SLATER SCHULMAN LLP
8383 WILSHIRE BOULEVARD, SUITE 255
BEVERLY HILLS, CA 90211

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Complaint for Damages - 22CV023195

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.442** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003322
C/O SLATER SLATER SCHULMAN LLP
8383 WILSHIRE BOULEVARD, SUITE 255
BEVERLY HILLS, CA 90211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV024019

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.443** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003323
C/O HERMAN LAW
9434 DESCHUTES ROAD, SUITE 1000
PALO CEDRO, CA 96073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV018715

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.444** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003324
C/O MANLY, STEWART & FINALDI
19100 VON KARMAN AVE, SUITE 800
IRVINE, CA 92612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV023663

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.445** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003325
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV024988

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.446** **Nonpriority creditor's name and mailing address**

PLAINTIFF_00003404
C/O ANDREWS & THORNTON
4701 VON KARMAN AVENUE, SUITE 300
NEWPORT BEACH, CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Complaint for Damages - 22CV023363

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.447** **Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002704
C/O SLATER SLATER SCHULMAN LLP
8383 WILSHIRE BOULEVARD, SUITE 255
BEVERLY HILLS, CA 90211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.448** **Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002705
C/O MATTHEWS & ASSOCIATES
250 VALLOMBROSA AVENUE, SUITE 266
CHICO, CA 95926

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.449** **Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002714
C/O MATTHEWS & ASSOCIATES
250 VALLOMBROSA AVENUE, SUITE 266
CHICO, CA 95926

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.450** **Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002716
C/O PANISH SHEA BOYLE RAVIPUDI LLP
11111 SANTA MONICA BOULEVARD, SUITE 700
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.451** **Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002724
C/O WINER, BURRITT & SCOTT, LLP
1901 HARRISON STREET, SUITE 1100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.452**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002730
C/O AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC
17 E. MAIN STREET, SUITE 200
PENSACOLA, FL 32502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.453**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002742
C/O MANLY, STEWART & FINALDI
19100 VON KARMAN AVE, SUITE 800
IRVINE, CA 92612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.454**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002745
C/O MATTHEWS & ASSOCIATES
250 VALLOMBROSA AVENUE, SUITE 266
CHICO, CA 95926

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.455**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002750
C/O SLATER SLATER SCHULMAN LLP
8383 WILSHIRE BOULEVARD, SUITE 255
BEVERLY HILLS, CA 90211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.456**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002774
C/O SLATER SLATER SCHULMAN LLP
8383 WILSHIRE BOULEVARD, SUITE 255
BEVERLY HILLS, CA 90211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.457**    **Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002781
C/O SLATER SLATER SCHULMAN LLP
8383 WILSHIRE BOULEVARD, SUITE 255
BEVERLY HILLS, CA 90211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.458**    **Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002801
C/O PANISH SHEA BOYLE RAVIPUDI LLP
11111 SANTA MONICA BOULEVARD, SUITE 700
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.459**    **Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002805
C/O ANDREWS & THORNTON
4701 VON KARMAN AVENUE, SUITE 300
NEWPORT BEACH, CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.460**    **Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002806
C/O MATTHEWS & ASSOCIATES
250 VALLOMBROSA AVENUE, SUITE 266
CHICO, CA 95926

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.461**    **Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002810
C/O MARY ALEXANDER & ASSOCIATES, P.C.
44 MONTGOMERY STREET, SUITE 1303
SAN FRANCISCO, CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.462**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002814
C/O WINER, BURRITT & SCOTT, LLP
1901 HARRISON STREET, SUITE 1100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.463**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002818
C/O MATTHEWS & ASSOCIATES
250 VALLOMBROSA AVENUE, SUITE 266
CHICO, CA 95926

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.464**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002828
C/O MATTHEWS & ASSOCIATES
250 VALLOMBROSA AVENUE, SUITE 266
CHICO, CA 95926

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.465**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002838
C/O BOUCHER LLP
21600 OXNARD STREET, SUITE 600
WOODLAND HILLS, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.466**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002842
C/O SLATER SLATER SCHULMAN LLP
8383 WILSHIRE BOULEVARD, SUITE 255
BEVERLY HILLS, CA 90211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.467**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002847
C/O SLATER SLATER SCHULMAN LLP
8383 WILSHIRE BOULEVARD, SUITE 255
BEVERLY HILLS, CA 90211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

**3.468**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002851
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

**3.469**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002863
C/O SLATER SLATER SCHULMAN LLP
8383 WILSHIRE BOULEVARD, SUITE 255
BEVERLY HILLS, CA 90211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

**3.470**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002868
C/O SLATER SLATER SCHULMAN LLP
8383 WILSHIRE BOULEVARD, SUITE 255
BEVERLY HILLS, CA 90211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

**3.471**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002869
C/O MATTHEWS & ASSOCIATES
250 VALLOMBROSA AVENUE, SUITE 266
CHICO, CA 95926

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.472** **Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002873
C/O SLATER SLATER SCHULMAN LLP
8383 WILSHIRE BOULEVARD, SUITE 255
BEVERLY HILLS, CA 90211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

$  Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.473** **Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002882
C/O JOSEPH GEORGE, JR. LAW CORPORATION
601 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

$  Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.474** **Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002889
C/O SLATER SLATER SCHULMAN LLP
8383 WILSHIRE BOULEVARD, SUITE 255
BEVERLY HILLS, CA 90211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

$  Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.475** **Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002890
C/O MATTHEWS & ASSOCIATES
250 VALLOMBROSA AVENUE, SUITE 266
CHICO, CA 95926

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

$  Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.476** **Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002891
C/O ANDREWS & THORNTON
4701 VON KARMAN AVENUE, SUITE 300
NEWPORT BEACH, CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

$  Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.477** **Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002896
C/O SLATER SLATER SCHULMAN LLP
8383 WILSHIRE BOULEVARD, SUITE 255
BEVERLY HILLS, CA 90211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.478** **Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002908
C/O MANLY, STEWART & FINALDI
19100 VON KARMAN AVE, SUITE 800
IRVINE, CA 92612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.479** **Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002909
C/O SAUNDERS & WALKER, P.A.
1901 AVENUE OF THE STARS, 2ND FLOOR
LOS ANGELES, CA 90067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.480** **Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002915
C/O PANISH SHEA BOYLE RAVIPUDI LLP
11111 SANTA MONICA BOULEVARD, SUITE 700
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.481** **Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002919
C/O SLATER SLATER SCHULMAN LLP
8383 WILSHIRE BOULEVARD, SUITE 255
BEVERLY HILLS, CA 90211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

| Debtor | Roman Catholic Bishop of Oakland | Case number (*If known*) | 23-40523 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.482** **Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002926
C/O MATTHEWS & ASSOCIATES
250 VALLOMBROSA AVENUE, SUITE 266
CHICO, CA 95926

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.483** **Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002929
C/O SLATER SLATER SCHULMAN LLP
8383 WILSHIRE BOULEVARD, SUITE 255
BEVERLY HILLS, CA 90211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.484** **Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002931
C/O MANLY, STEWART & FINALDI
19100 VON KARMAN AVE, SUITE 800
IRVINE, CA 92612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.485** **Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002949
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.486** **Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002950
C/O BOUCHER LLP
21600 OXNARD STREET, SUITE 600
WOODLAND HILLS, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

## Part 2:  Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.487**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002961
C/O MANLY, STEWART & FINALDI
19100 VON KARMAN AVE, SUITE 800
IRVINE, CA 92612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.488**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002962
C/O PANISH SHEA BOYLE RAVIPUDI LLP
11111 SANTA MONICA BOULEVARD, SUITE 700
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.489**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002985
C/O BOUCHER LLP
21600 OXNARD STREET, SUITE 600
WOODLAND HILLS, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.490**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002996
C/O SLATER SLATER SCHULMAN LLP
8383 WILSHIRE BOULEVARD, SUITE 255
BEVERLY HILLS, CA 90211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.491**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00002997
C/O BOUCHER LLP
21600 OXNARD STREET, SUITE 600
WOODLAND HILLS, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.492**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00003001
C/O SLATER SLATER SCHULMAN LLP
8383 WILSHIRE BOULEVARD, SUITE 255
BEVERLY HILLS, CA 90211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.493**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00003004
C/O JEFF ANDERSON & ASSOCIATES
12011 SAN VICENTE BOULEVARD, SUITE 700
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.494**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00003005
C/O BOUCHER LLP
21600 OXNARD STREET, SUITE 600
WOODLAND HILLS, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.495**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00003013
C/O MATTHEWS & ASSOCIATES
250 VALLOMBROSA AVENUE, SUITE 266
CHICO, CA 95926

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.496**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00003025
C/O ANDREWS & THORNTON
4701 VON KARMAN AVENUE, SUITE 300
NEWPORT BEACH, CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.497**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00003032
C/O BOUCHER LLP
21600 OXNARD STREET, SUITE 600
WOODLAND HILLS, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.498**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00003038
C/O SLATER SLATER SCHULMAN LLP
8383 WILSHIRE BOULEVARD, SUITE 255
BEVERLY HILLS, CA 90211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.499**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00003043
C/O MATTHEWS & ASSOCIATES
250 VALLOMBROSA AVENUE, SUITE 266
CHICO, CA 95926

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.500**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00003045
C/O ANDREWS & THORNTON
4701 VON KARMAN AVENUE, SUITE 300
NEWPORT BEACH, CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.501**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00003055
C/O MATTHEWS & ASSOCIATES
250 VALLOMBROSA AVENUE, SUITE 266
CHICO, CA 95926

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.502**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00003058
C/O MANLY, STEWART & FINALDI
19100 VON KARMAN AVE, SUITE 800
IRVINE, CA 92612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.503**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00003059
C/O PANISH SHEA BOYLE RAVIPUDI LLP
11111 SANTA MONICA BOULEVARD, SUITE 700
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.504**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00003064
C/O ANDREWS & THORNTON
4701 VON KARMAN AVENUE, SUITE 300
NEWPORT BEACH, CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.505**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00003282
C/O SAUNDERS & WALKER PA
1901 AVENUE OF THE STARS, 2D FL.
LOS ANGELES, CA 90067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.506**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00003283
C/O MICHAEL MERTZ, HIURLEY MCKENNA & MERTZ
33 N. DEARBORN ST., SUITE 1430
CHICAGO, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.507** **Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00003284
C/O DANIEL LEVIN, LEVIN, SEDRAN & BERMAN
510 WALNUT STREET
PHILADELPHIA, PA 19106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.508** **Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00003285
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.509** **Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00003286
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.510** **Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00003287
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.511** **Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00003290
C/O HERMAN LAW
1800 N. MILITARY TRAIL, SUITE 160
BOCA RATON, FL 33431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 23-40523    Doc# 54    Filed: 05/22/23    Entered: 05/22/23 16:43:50    Page 142 of 169

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.512**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00003291
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.513**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00003292
C/O ERIKA J.SCOTT; WINER, BURRITT & SCOTT LLP
1901 HARRISON, SUITE 1100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.514**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00003294
C/O DONNA MACK, EMERALD LAW GROUP
12055 15TH AVENUE NE
SEATTLE, WA 98125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.515**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00003298
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.516**

**Nonpriority creditor's name and mailing address**

POTENTIAL CLAIMANT_00003301
C/O JAKE WORLOW; LAW OFFICES OF GARY GREEN
1001 LAHARPE BLVD
LITTLE ROCK,, AR 72201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.517** **Nonpriority creditor's name and mailing address**

PRECIOSO G. PAQUIA
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 150.00

---

**3.518** **Nonpriority creditor's name and mailing address**

RAUL PEREZ CONSTRUCTION
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,825.00

---

**3.519** **Nonpriority creditor's name and mailing address**

REV. BENJAMIN MAC LINGO
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Training Reimbursement

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 125.00

---

**3.520** **Nonpriority creditor's name and mailing address**

REV. CANDELARIO JIMENEZ
ST. ISIDORE CHURCH
440 LAGONDA WAY
DANVILLE, CA 94526-2562

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 375.00

---

**3.521** **Nonpriority creditor's name and mailing address**

REV. CHRISTOPHER BERBENA
ST. JOHN VIANNEY CHURCH
1650 YGNACIO VALLEY ROAD
WALNUT CREEK, CA 94598-3123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 70.00

Case: 23-40523    Doc# 54    Filed: 05/22/23    Entered: 05/22/23 16:43:50    Page 144 of
169

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.522 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 130.00 |
|---|---|---|---|

REV. JERRY BROWN
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.523 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 50.00 |
|---|---|---|---|

REV. JESUS HERNANDEZ
ST. PETER MARTYR CHURCH
740 BLACK DIAMOND STREET
PITTSBURG, CA 94565-2148

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Stale Check

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.524 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 50.00 |
|---|---|---|---|

REV. JOSEPH SEBASTIAN
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Stale Check

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.525 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 100.00 |
|---|---|---|---|

REV. KEVIN SCHINDLER-McGRAW, OFM Conv.
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Training Reimbursement

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.526 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 200.00 |
|---|---|---|---|

REV. MICHAEL SWEENEY, O.P.
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Training Reimbursement

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.527** **Nonpriority creditor's name and mailing address**

REV. PAUL ROSS VASSAR
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 84.00

---

**3.528** **Nonpriority creditor's name and mailing address**

REV. RONALD CLEMO
ST. ANNE CHURCH
P.O. BOX 476
BYRON, CA 94514

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 100.00

---

**3.529** **Nonpriority creditor's name and mailing address**

REV. STEPHAN KAPPLER
THE SOUTHDOWN INSTITUTE
18798 OLD YONGE STREET
HOLLAND LANDING, ON L9N0L1
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 50.00

---

**3.530** **Nonpriority creditor's name and mailing address**

REV. TIMOTHY K. JOHNSON
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 140.00

---

**3.531** **Nonpriority creditor's name and mailing address**

REV. TIMOTHY K. JOHNSON
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 70.00

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.532**

**Nonpriority creditor's name and mailing address**

REV. WAYNE CAMPBELL
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 434.60

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.533**

**Nonpriority creditor's name and mailing address**

REV. XAVIER LAVAGETTO, O.P.
CATHOLIC COMMUNITY AT STANFORD
P.O. BOX 20301
STANFORD, CA 94309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 2,920.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.534**

**Nonpriority creditor's name and mailing address**

REY GONZALEZ
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Expense Reimbursement

$ 150.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.535**

**Nonpriority creditor's name and mailing address**

RICHARD DOMENICO, LCSW
266 BEACON STREET, STE 4
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 480.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.536**

**Nonpriority creditor's name and mailing address**

RICHARD LUC DENOIX
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Expense Reimbursement

$ 100.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.537** | **Nonpriority creditor's name and mailing address**

RITA LILLY
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

$ 200.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.538** | **Nonpriority creditor's name and mailing address**

ROBERT HALF
P.O. BOX 743295
LOS ANGELES, CA 90074-3295

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,333.48

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.539** | **Nonpriority creditor's name and mailing address**

RODOLFO QUINTEROS
ST. PATRICK'S SEMINARY
320 MIDDLEFIELD ROAD
MENLO PARK, CA 94025-3562

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

$ 350.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.540** | **Nonpriority creditor's name and mailing address**

ROMAN CATHOLIC ARCHDIOCESE OF BOSTON
ATTN: ACCOUNTS RECEIVABLE
66 BROOKS DRIVE
BRAINTREE, MA 02184

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 9,396.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.541** | **Nonpriority creditor's name and mailing address**

ROMAN CATHOLIC WELFARE CORPORATION OF OAKLAND
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 92.57

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.542** **Nonpriority creditor's name and mailing address**

RYAN BRADFORD
2459 GILL PORT LANE
WALNUT CREEK, CA 94598

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 220.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.543** **Nonpriority creditor's name and mailing address**

SAMUEL ISRAEL SIEGEL
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 510.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.544** **Nonpriority creditor's name and mailing address**

SAMUEL P. FAUSTINE
214 HOFFMAN AVENUE
SAN FRANCISCO, CA 94114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 110.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.545** **Nonpriority creditor's name and mailing address**

SHAWNEE CUZZILLO, PhD
1540 LEROY AVENUE
BERKELEY, CA 94708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 750.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.546** **Nonpriority creditor's name and mailing address**

SHRITI KHATI
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 38.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Case: 23-40523    Doc# 54    Filed: 05/22/23    Entered: 05/22/23 16:43:50    Page 149 of 169

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.547**

**Nonpriority creditor's name and mailing address**

SISTERS OF MERCY
CONVENT OF MERCY, GREEN HILL
CARRICK ON SUIR
COUNTY TIPPERARY, E32VO23
IRELAND (EIRE)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Expense Reimbursement

$ 700.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.548**

**Nonpriority creditor's name and mailing address**

ST. ANNE CHURCH
32223 CABELLO STREET
UNION CITY, CA 94587-3929

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

$ 120.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.549**

**Nonpriority creditor's name and mailing address**

ST. ANTHONY CHURCH
971 O'HARA AVENUE
OAKLEY, CA 94561

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 1,053.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.550**

**Nonpriority creditor's name and mailing address**

ST. BEDE CHURCH
26950 PATRICK AVENUE
HAYWARD, CA 94544

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

$ 200.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.551**

**Nonpriority creditor's name and mailing address**

ST. BEDE CYO
26950 PATRICK AVENUE
HAYWARD, CA 94544

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

$ 320.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.552** | **Nonpriority creditor's name and mailing address**

ST. BONAVENTURE CHURCH
5562 CLAYTON ROAD
CONCORD, CA 94521

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 2,700.82

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.553** | **Nonpriority creditor's name and mailing address**

ST. CORNELIUS CHURCH
205 - 28TH STREET
RICHMOND, CA 94804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 3,025.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.554** | **Nonpriority creditor's name and mailing address**

ST. ELIZABETH CHURCH
1500 - 34TH AVENUE
OAKLAND, CA 94601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 3,500.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.555** | **Nonpriority creditor's name and mailing address**

ST. ELIZABETH CYO
1516 - 33RD AVENUE
OAKLAND, CA 94601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

$ 490.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.556** | **Nonpriority creditor's name and mailing address**

ST. LEO THE GREAT CHURCH
176 RIDGEWAY AVENUE
OAKLAND, CA 94611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

$ 750.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.557**

**Nonpriority creditor's name and mailing address**

ST. RAYMOND PENAFORT CHURCH
11555 SHANNON AVENUE
DUBLIN, CA 94568

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Expense Reimbursement

$ 244.04

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.558**

**Nonpriority creditor's name and mailing address**

ST. STEPHEN CHURCH
1101 KEAVENY COURT
WALNUT CREEK, CA 94597

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Training Reimbursement

$ 200.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.559**

**Nonpriority creditor's name and mailing address**

ST. THERESA CHURCH
30 MANDALAY ROAD
OAKLAND, CA 94618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

$ 200.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.560**

**Nonpriority creditor's name and mailing address**

ST. THERESA CYO
30 MANDALAY ROAD
OAKLAND, CA 94618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

$ 80.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.561**

**Nonpriority creditor's name and mailing address**

STELLA HONG
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 300.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.562** **Nonpriority creditor's name and mailing address**

STEVE'S PLUMBING
P.O. BOX 5409
WALNUT CREEK, CA 94596

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 110.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.563** **Nonpriority creditor's name and mailing address**

SYLVIA MARTINEZ
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Expense Reimbursement

$ 821.63

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.564** **Nonpriority creditor's name and mailing address**

TIM SILVA
1367 MONTEREY STREET
RICHMOND, CA 94804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 140.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.565** **Nonpriority creditor's name and mailing address**

TRIEU GENTRY
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 27.16

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.566** **Nonpriority creditor's name and mailing address**

ULTRA CLEAN
4624 STILLWATER
CONCORD, CA 94521

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stale Check

$ 480.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.567**

**Nonpriority creditor's name and mailing address**

VERONICA ROSAS
2121 HARRISON STREET
ST. #100
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Housing Stipend

$ 370.12

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.568**

**Nonpriority creditor's name and mailing address**

VIANNEY VOCATIONS LLC
3425 BANNERMAN ROAD, STE 105
TALLAHASSEE, FL 32312

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

$ 261.40

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.569**

**Nonpriority creditor's name and mailing address**

VILLAGE POST & PARCEL BUSINESS CENTER
15934 HESPERIAN BLVD.
SAN LORENZO, CA 94580

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 780.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.570**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.571**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Case: 23-40523    Doc# 54    Filed: 05/22/23    Entered: 05/22/23 16:43:50    Page 154 of 169

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |
| 4.1 PLAINTIFF_00003066<br>C/O FURTADO, JASPOVICE & SIMONS<br>6589 BELLHURST LANE<br>CASTRO VALLEY, CA 94552 | Line 3.212<br><br>☐ Not listed.  Explain | |
| 4.2 PLAINTIFF_00003067<br>C/O PFAU COCHRAN VERTETIS AMALA PLLC<br>701 5TH AVENUE, SUITE 4300<br>SEATTLE, WA 98104 | Line 3.310<br><br>☐ Not listed.  Explain | |
| 4.3 PLAINTIFF_00003068<br>C/O PEARSON WARSHAW, LLP<br>15165 VENTURA BOULEVARD, SUITE 400<br>SHERMAN OAKS, CA 91403 | Line 3.177<br><br>☐ Not listed.  Explain | |
| 4.4 PLAINTIFF_00003069<br>C/O AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC<br>17 EAST MAIN STREET, SUITE 200<br>PENSACOLA, FL 32502 | Line 3.356<br><br>☐ Not listed.  Explain | |
| 4.5 PLAINTIFF_00003070<br>C/O PEARSON WARSHAW LLP<br>15165 VENTURA BOULEVARD, SUITE 400<br>SHERMAN OAKS, CA 91403 | Line 3.166<br><br>☐ Not listed.  Explain | |
| 4.6 PLAINTIFF_00003071<br>C/O FURTADO, JASPOVICE & SIMONS<br>6589 BELLHURST LANE<br>CASTRO VALLEY, CA 94552 | Line 3.152<br><br>☐ Not listed.  Explain | |
| 4.7 PLAINTIFF_00003072<br>C/O MARY ALEXANDER & ASSOCIATES, P.C.<br>44 MONTGOMERY STREET, SUITE 1303<br>SAN FRANCISCO, CA 94104 | Line 3.245<br><br>☐ Not listed.  Explain | |
| 4.8 PLAINTIFF_00003073<br>C/O PEARSON WARSHAW LLP<br>15165 VENTURA BOULEVARD, SUITE 400<br>SHERMAN OAKS, CA 91403 | Line 3.241<br><br>☐ Not listed.  Explain | |
| 4.9 PLAINTIFF_00003074<br>C/O PEARSON WARSHAW LLP<br>15165 VENTURA BOULEVARD, SUITE 400<br>SHERMAN OAKS, CA 91403 | Line 3.249<br><br>☐ Not listed.  Explain | |

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.10 PLAINTIFF_00003075<br>C/O FURTADO, JASPOVICE & SIMONS<br>6589 BELLHURST LANE<br>CASTRO VALLEY, CA 94552 | Line 3.268<br><br>☐ Not listed. Explain | |
| 4.11 PLAINTIFF_00003076<br>C/O PEARSON WARSHAW LLP<br>15165 VENTURA BOULEVARD, SUITE 400<br>SHERMAN OAKS, CA 91403 | Line 3.167<br><br>☐ Not listed. Explain | |
| 4.12 PLAINTIFF_00003077<br>C/O JAMES, VERNON & WEEKS, P.A.<br>1626 LINCOLN WAY<br>COEUR D'ALENE, ID 83814 | Line 3.132<br><br>☐ Not listed. Explain | |
| 4.13 PLAINTIFF_00003078<br>C/O FURTADO, JASPOVICE & SIMONS<br>6589 BELLHURST LANE<br>CASTRO VALLEY, CA 94552 | Line 3.188<br><br>☐ Not listed. Explain | |
| 4.14 PLAINTIFF_00003081<br>C/O FURTADO, JASPOVICE & SIMONS<br>6589 BELLHURST LANE<br>CASTRO VALLEY, CA 94552 | Line 3.391<br><br>☐ Not listed. Explain | |
| 4.15 PLAINTIFF_00003082<br>C/O PFAU COCHRAN VERTETIS AMALA PLLC<br>701 5TH AVENUE, SUITE 4300<br>SEATTLE, WA 98104 | Line 3.381<br><br>☐ Not listed. Explain | |
| 4.16 PLAINTIFF_00003083<br>C/O PEARSON WARSHAW LLP<br>15165 VENTURA BOULEVARD, SUITE 400<br>SHERMAN OAKS, CA 91403 | Line 3.347<br><br>☐ Not listed. Explain | |
| 4.17 PLAINTIFF_00003085<br>C/O PFAU COCHRAN VERTETIS AMALA PLLC<br>701 5TH AVENUE, SUITE 4300<br>SEATTLE, WA 98104 | Line 3.138<br><br>☐ Not listed. Explain | |
| 4.18 PLAINTIFF_00003086<br>C/O BERGER MONTAGUE PC<br>12544 HIGH BLUFF DRIVE, SUITE 340<br>SAN DIEGO, CA 92130 | Line 3.186<br><br>☐ Not listed. Explain | |
| 4.19 PLAINTIFF_00003087<br>C/O FURTADO, JASPOVICE & SIMONS<br>6589 BELLHURST LANE<br>CASTRO VALLEY, CA 94552 | Line 3.330<br><br>☐ Not listed. Explain | |
| 4.20 PLAINTIFF_00003088<br>C/O JEFF ANDERSON & ASSOCIATES<br>12011 SAN VICENTE BOULEVARD, SUITE 700<br>LOS ANGELES, CA 90049 | Line 3.316<br><br>☐ Not listed. Explain | |

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|----------------------------------------------------------------------------|------------------------------------------|
| 4.21 PLAINTIFF_00003089<br>C/O SALIM-BEASLEY, LLC<br>1901 TEXAS STREET<br>NATCHITOCHES, LA 71457 | Line 3.431<br><br>☐ Not listed. Explain | |
| 4.22 PLAINTIFF_00003090<br>C/O THE BRASLOW FIRM, LLC<br>230 SUGARTOWN ROAD, SUITE 20<br>WAYNE, PA 19087 | Line 3.371<br><br>☐ Not listed. Explain | |
| 4.23 PLAINTIFF_00003091<br>C/O FURTADO, JASPOVICE & SIMONS<br>6589 BELLHURST LANE<br>CASTRO VALLEY, CA 94552 | Line 3.189<br><br>☐ Not listed. Explain | |
| 4.24 PLAINTIFF_00003092<br>C/O FURTADO, JASPOVICE & SIMONS<br>6589 BELLHURST LANE<br>CASTRO VALLEY, CA 94552 | Line 3.272<br><br>☐ Not listed. Explain | |
| 4.25 PLAINTIFF_00003093<br>C/O FURTADO, JASPOVICE & SIMONS<br>6589 BELLHURST LANE<br>CASTRO VALLEY, CA 94552 | Line 3.165<br><br>☐ Not listed. Explain | |
| 4.26 PLAINTIFF_00003094<br>C/O PFAU COCHRAN VERTETIS AMALA PLLC<br>701 5TH AVENUE, SUITE 4300<br>SEATTLE, WA 98104 | Line 3.217<br><br>☐ Not listed. Explain | |
| 4.27 PLAINTIFF_00003095<br>C/O FURTADO, JASPOVICE & SIMONS<br>6589 BELLHURST LANE<br>CASTRO VALLEY, CA 94552 | Line 3.369<br><br>☐ Not listed. Explain | |
| 4.28 PLAINTIFF_00003096<br>C/O PEARSON WARSHAW, LLP<br>15165 VENTURA BOULEVARD, SUITE 400<br>SHERMAN OAKS, CA 91403 | Line 3.154<br><br>☐ Not listed. Explain | |
| 4.29 PLAINTIFF_00003097<br>C/O FURTADO, JASPOVICE & SIMONS<br>6589 BELLHURST LANE<br>CASTRO VALLEY, CA 94552 | Line 3.214<br><br>☐ Not listed. Explain | |
| 4.30 PLAINTIFF_00003098<br>C/O FURTADO, JASPOVICE & SIMONS<br>6589 BELLHURST LANE<br>CASTRO VALLEY, CA 94552 | Line 3.309<br><br>☐ Not listed. Explain | |
| 4.31 PLAINTIFF_00003099<br>C/O FURTADO, JASPOVICE & SIMONS<br>6589 BELLHURST LANE<br>CASTRO VALLEY, CA 94552 | Line 3.227<br><br>☐ Not listed. Explain | |

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.32 PLAINTIFF_00003100<br>C/O PEARSON WARSHAW, LLP<br>15165 VENTURA BOULEVARD, SUITE 400<br>SHERMAN OAKS, CA 91403 | Line 3.144<br><br>☐ Not listed. Explain | |
| 4.33 PLAINTIFF_00003101<br>C/O PFAU COCHRAN VERTETIS AMALA PLLC<br>701 5TH AVENUE, SUITE 4300<br>SEATTLE, WA 98104 | Line 3.356<br><br>☐ Not listed. Explain | |
| 4.34 PLAINTIFF_00003103<br>C/O FURTADO, JASPOVICE & SIMONS<br>6589 BELLHURST LANE<br>CASTRO VALLEY, CA 94552 | Line 3.350<br><br>☐ Not listed. Explain | |
| 4.35 PLAINTIFF_00003104<br>C/O SCHLESINGER LAW OFFICES, P.A.<br>1212 SE THIRD AVENUE<br>FORT LAUDERDALE, FL 33316 | Line 3.376<br><br>☐ Not listed. Explain | |
| 4.36 PLAINTIFF_00003105<br>C/O PFAU COCHRAN VERTETIS AMALA PLLC<br>701 5TH AVENUE, SUITE 4300<br>SEATTLE, WA 98104 | Line 3.315<br><br>☐ Not listed. Explain | |
| 4.37 PLAINTIFF_00003106<br>C/O PFAU COCHRAN VERTETIS AMALA PLLC<br>701 5TH AVENUE, SUITE 4300<br>SEATTLE, WA 98104 | Line 3.235<br><br>☐ Not listed. Explain | |
| 4.38 PLAINTIFF_00003108<br>C/O PFAU COCHRAN VERTETIS AMALA PLLC<br>701 5TH AVENUE, SUITE 4300<br>SEATTLE, WA 98104 | Line 3.416<br><br>☐ Not listed. Explain | |
| 4.39 PLAINTIFF_00003109<br>C/O SALIM-BEASLEY, LLC<br>1901 TEXAS STREET<br>NATCHITOCHES, LA 71457 | Line 3.341<br><br>☐ Not listed. Explain | |
| 4.40 PLAINTIFF_00003110<br>C/O FURTADO, JASPOVICE & SIMONS<br>6589 BELLHURST LANE<br>CASTRO VALLEY, CA 94552 | Line 3.363<br><br>☐ Not listed. Explain | |
| 4.41 PLAINTIFF_00003111<br>C/O FURTADO, JASPOVICE & SIMONS<br>6589 BELLHURST LANE<br>CASTRO VALLEY, CA 94552 | Line 3.254<br><br>☐ Not listed. Explain | |
| 4.42 PLAINTIFF_00003112<br>C/O ROMANUCCI AND BLANDIN, LLC<br>321 N. CLARK STREET, SUITE 900<br>CHICAGO, IL 60654 | Line 3.422<br><br>☐ Not listed. Explain | |

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.43 | PLAINTIFF_00003113<br>C/O PEARSON WARSHAW, LLP<br>15165 VENTURA BOULEVARD, SUITE 400<br>SHERMAN OAKS, CA 91403 | Line 3.274<br>☐ Not listed. Explain | |
| 4.44 | PLAINTIFF_00003115<br>C/O FURTADO, JASPOVICE & SIMONS<br>6589 BELLHURST LANE<br>CASTRO VALLEY, CA 94552 | Line 3.421<br>☐ Not listed. Explain | |
| 4.45 | POTENTIAL CLAIMANT_00003079<br>C/O PFAU COCHRAN VERTETIS AMALA PLLC<br>701 5TH AVENUE, SUITE 4300<br>SEATTLE, WA 98104 | Line 3.450<br>☐ Not listed. Explain | |
| 4.46 | POTENTIAL CLAIMANT_00003080<br>C/O PFAU COCHRAN VERTETIS AMALA PLLC<br>701 5TH AVENUE, SUITE 4300<br>SEATTLE, WA 98104 | Line 3.503<br>☐ Not listed. Explain | |
| 4.47 | POTENTIAL CLAIMANT_00003102<br>C/O PFAU COCHRAN VERTETIS AMALA PLLC<br>701 5TH AVENUE, SUITE 4300<br>SEATTLE, WA 98104 | Line 3.458<br>☐ Not listed. Explain | |
| 4.48 | POTENTIAL CLAIMANT_00003114<br>C/O PFAU COCHRAN VERTETIS AMALA PLLC<br>701 5TH AVENUE, SUITE 4300<br>SEATTLE, WA 98104 | Line 3.480<br>☐ Not listed. Explain | |

| Debtor | Roman Catholic Bishop of Oakland | Case number (If known) | 23-40523 |
|---|---|---|---|
| | Name | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | | Total of claim amounts |
|---|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | $ | 22,909.89 |
| 5b. | Total claims from Part 2 | 5b. **+** | $ | 138,170.46 |
| | | | | + Undetermined Amounts |
| 5c. | Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 161,080.35 |
| | | | | + Undetermined Amounts |

Case: 23-40523   Doc# 54   Filed: 05/22/23   Entered: 05/22/23 16:43:50   Page 159 of 169

Debtor name  Roman Catholic Bishop of Oakland

United States Bankruptcy Court for the:  Northern District of California

Case number (If known):  23-40523

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CREDIT CARD SERVICES AGREEMENT | ALBERTSONS/SAFEWAY<br>P.O. BOX 742918<br>LOS ANGELES, CA 90074-2918 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CREDIT CARD SERVICES AGREEMENT | AMERICAN EXPRESS<br>P.O. BOX 60189<br>CITY OF INDUSTRY, CA 91716-0189 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PEST CONTROL SERVICES AGREEMENT | ANIMAL DAMAGE MANAGEMENT<br>16170 VINEYARD BLVD. #150<br>MORGAN HILL, CA 95037 |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | WORKER'S COMPENSATION INSURANCE CLIENT SERVICES AGREEMENT<br>DATED: 12/12/2020 | ARTHUR J. GALLAGHER & CO. INSURANCE BROKERS OF CALIFORNIA, INC.<br>595 MARKET STREET<br>SUITE 2100<br>SAN FRANCISCO, CA 94105 |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PACKAGE INSURANCE RENEWAL CLIENT SERVICES AGREEMENT<br>DATED: 7/13/2022 | ARTHUR J. GALLAGHER & CO. INSURANCE BROKERS OF CALIFORNIA, INC.<br>595 MARKET STREET<br>SUITE 2100<br>SAN FRANCISCO, CA 94105 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | PHONE SERVICES AGREEMENT | AT&T ONE AT&T WAY BEDMINSTER, NJ 07921 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | INVESTMENT CONSULTING AGREEMENT (AND ALL AMENDMENTS) DATED: 3/9/2004 | BEACON POINTE ADVISORS, LLC 610 NEWPORT CENTER DRIVE SUITE 750 NEWPORT BEACH, CA 92660 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | IT SUPPORT AGREEMENT | BEEZWAX DATATOOLS, INC. 200 FRANK H. OGAWA PLAZA, 7TH FLR OAKLAND, CA 94612 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | RAISERS EDGE SUBSCRIPTION DATED: 1/15/2022 | BLACKBAUD 65 FAIRCHILD STREET CHARLESTON, SC 29492 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | ADVANCED WEALTH ANALYTICS SUBSCRIPTION DATED: 4/29/2021 | BLACKBAUD 65 FAIRCHILD STREET CHARLESTON, SC 29492 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | SECURITY SERVICES | CALLAWAY SECURITY P.O. BOX 8249 PITTSBURG, CA 94565 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | CREDIT CARD SERVICES AGREEMENT | CHASE CARDMEMBER SERVICE P.O. BOX 6294 CAROL STREAM, IL 60197-6294 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G      Schedule G: Executory Contracts and Unexpired Leases      Page 2 of 8



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | FIRE ALARM SERVICES | CINTAS FIRE PROTECTION<br>CINTAS FIRE 636525<br>P.O. BOX 636525<br>CINCINNATI, OH 45263-6525 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | BANKING SERVICES AGREEMENT | CITIBANK<br>P.O. BOX 6214<br>CAROL STREAM, IL 60197-6214 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | WEBSITE HOSTING SERVICES | eCATHOLIC<br>P.O. BOX 207588<br>DALLAS, TX 75320-7588 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | SAFE ENVIRONMENT SERVICES | EVERFI, INC<br>P.O. BOX 200034<br>PITTSBURGH, PA 15251-0034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHING AND COMMUNICATIONS AGREEMENT<br>DATED: 1/14/2021 | FAITH CATHOLIC<br>1500 EAST SAGINAW STREET<br>LANSING, MI 48906 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | CLAIMS PROCESSING SERVICES AGREEMENT<br>DATED: 7/23/2022 | GALLAGHER BASSETT SERVICES, INC.<br>ATTN: LEGAL DEPARTMENT<br>2850 GOLF ROAD<br>ROLLING MEADOWS, IL 60008-4050 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT AS INTERIM DIRECTOR OF COMMUNICATIONS<br>DATED: 1/1/2017 | HELEN OSMAN<br>3006 POST RIVER ROAD<br>CEDAR PARK, TX 78613 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | CREDIT CARD SERVICES AGREEMENT | HOME DEPOT CREDIT SERVICES DEPT. 32-2142597800 P.O. BOX 9001030 LOUISVILLE, KY 40290-1030 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | RCBO INVESTMENT CATHOLIC VALUES SCREENING SERVICES AGREEMENT DATED: 12/4/2022 | INSTITUTIONAL SHAREHOLDER SERVICES INC. 702 KING FARM BLVD SUITE 400 ROCKVILLE, MD 20850-4045 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | THE JAMES AND RAMONA MULVANEY CHARITABLE UNITRUST DATED: 5/29/2008 | JAMES P. MULVANEY AND RAMONA G. MULVANEY 4724 MIRA VISTA DRIVE CASTRO VALLEY, CA 94546 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | PRIEST HOUSING AGREEMENT (AND ALL AMENDMENTS AND SERVICE AGREEMENTS) DATED: 2/12/1987 | MERCY RETIREMENT AND CARE CENTER 3431 FOOTHILL BOULEVARD OAKLAND, CA 94601 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | TRIPLE NET LEASE DATED: 7/1/2011 | MOREAU CATHOLIC HIGH SCHOOL 27170 MISSION BOULEVARD HAYWARD, CA 94544 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTED SERVICES AGREEMENT | OFFICE INFORMATION SYSTEMS 7730 PARDEE LANE #112 OAKLAND, CA 94621 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING AGREEMENT | PARISH DATA SYSTEM/ACS TECNOLOGIES P.O. BOX 202010 FLORENCE, SC 29502-2010 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Case: 23-40523    Doc# 54    Filed: 05/22/23    Entered: 05/22/23 16:43:50    Page 163 of 169

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | RETIREMENT CONTRIBUTIONS MANAGEMENT | PRINCIPAL CUSTODY SOLUTIONS ATTN: ADMINISTRATOR 222 SOUTH 9TH STREET, STE 1400 MINNEAPOLIS, MN 55402 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER AGREEMENT | QUADIENT LEASING USA, INC. DEPT 3682 P.O. BOX 123682 DALLAS, TX 75312-3682 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | CALIFORNIA PRIVATE SCHOOLS SELF-INSURANCE GROUP DATED: 11/12/2018 | RISK PLACEMENT SERVICES, INC. DBA RPS MONUMENT, ACTING PURSUANT TO A POWER OF ATTORNEY GRANTED BY CALIFORNIA PRIVATE SCHOOLS SELF-INSURANCE GROUP (CAPS-SIG) 255 GREAT VALLEY PARKWAY SUITE 200 MALVERN, PA 19355 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING AGREEMENT | SAGE SOFTWARE, INC. 14855 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | BANKING SERVICES AGREEMENT | SCHWAB P.O. BOX 52013 PHOENIX, AZ 85072 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | PEST CONTROL SERVICES AGREEMENT | TERMINIX COMMERCIAL 32980 ALVARADO NILES ROAD 826 UNION CITY, CA 94587 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | FACILITIES USE AGREEMENT | THE CATHOLIC CATHEDRAL CORPORATION OF THE EAST BAY c/o CBRE 2121 HARRISON STREET, STE 130 OAKLAND, CA 94612 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT | THE COMPUTER DEPARTMENT, INC. P.O. BOX 9231 SPRINGFIELD, IL 62791-9231 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | PAROCHIAL FUND AGREEMENT DATED: 5/4/2023 | THE OAKLAND PAROCHIAL FUND, INC. 2121 HARRISON ST. STE. 100 OAKLAND, CA 94612 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | PAROCHIAL FUND TERM LOAN AGREEMENT DATED: 4/28/2023 | THE OAKLAND PAROCHIAL FUND, INC. 2121 HARRISON ST. STE. 100 OAKLAND, CA 94612 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | PAROCHIAL FUND INVESTMENT ACCOUNT AGREEMENT (RCBO) DATED: 4/1/2023 | THE OAKLAND PAROCHIAL FUND, INC. 2121 HARRISON ST. STE. 100 OAKLAND, CA 94612 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | PAROCHIAL FUND MANAGEMENT SERVICES AGREEMENT DATED: 4/1/2023 | THE OAKLAND PAROCHIAL FUND, INC. 2121 HARRISON ST. STE. 100 OAKLAND, CA 94612 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | GROUND LEASE AGREEMENT (AND ALL AMENDMENTS) DATED: 1/1/2006 | THE ROMAN CATHOLIC CEMETERIES OF THE DIOCESE OF OAKLAND (F/K/A HAYWARD MORTUARY, INC.) C/O CATHOLIC FUNERAL AND CEMETERY SERVICES 4750 WILLOW ROAD, SUITE 200 PLEASANTON, CA 94588-2963 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | TRIPLE NET LEASE DATED: 7/1/2011 | THE ROMAN CATHOLIC WELFARE CORPORATION OF OAKLAND 2121 HARRISON ST. STE. 100 OAKLAND, CA 94612 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WEBSITE PROVIDER SERVICES<br><br>THE SHARPE GROUP<br>855 RIDGE LAKE BLVD., STE 300<br>MEMPHIS, TN 38120 |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CREDIT CARD SERVICES AGREEMENT<br><br>THE SHERWIN WILLIAMS CO.<br>1476 CONTRA COSTA BLVD.<br>PLEASANT HILL, CA 94523-2458 |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CELL TOWER CONSULTANT AGREEMENT<br><br>TOURNAMENT WIRELESS HOLDINGS, LLC<br>552 N. MISSION DRIVE<br>SAN GABRIEL, CA 91775 |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BANKING SERVICES AGREEMENT<br><br>U.S. BANK<br>CM-9690<br>P.O. BOX 70870<br>ST. PAUL, MN 55170-9690 |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CREDIT CARD SERVICES AGREEMENT<br><br>U.S. BANK<br>CM-9690<br>P.O. BOX 70870<br>ST. PAUL, MN 55170-9690 |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BANKING SERVICES AGREEMENT<br><br>UNION BANK<br>P.O. BOX 650349<br>DALLAS, TX 75265-0349 |
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PHONE SERVICES AGREEMENT<br><br>VERIZON WIRELESS<br>22001 LOUDOUN COUNTY PKWY<br>ASHBURN, VA 20147 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.48**

STORAGE CENTER AGREEMENT

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

VITAL RECORDS CONTROL
P.O. BOX 80493
CITY OF INDUSTRY, CA 91716

**2.49**

EQUIPMENT LEASE

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

XEROX CORPORATION
P.O. BOX 7405
PASADENA, CA 91109-7405

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

☐ Check if this is an
amended filing

# Official Form 206H
## Schedule H: Codebtors                                                      12/15

Be as complete and accurate as possible.   If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/22/2023__          ✗ *Paul Bongiovanni*
MM / DD / YYYY                          Signature of individual signing on behalf of debtor

Paul Bongiovanni
Printed name

Chief Financial Officer
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**