1  GREGORY S. POWELL, State Bar No. 182199
   Assistant United States Trustee
2  JASON BLUMBERG (CA SBN 330150)
   Trial Attorney
3  TREVOR R. FEHR (CA SBN 316699)
   Trial Attorney
4  PHILLIP J. SHINE (CA SBN 318840)
   Trial Attorney
5  Office of the United States Trustee
   450 Golden Gate Avenue, Room 05-0153
6  San Francisco, California 94102
   Phone: (415) 705-3333
7  Facsimile: (415) 705-3379
   Email: jason.blumberg@usdoj.gov

8  Attorneys for Tracy Hope Davis,
   United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,<br><br>　　　　　　Debtor. | Bankruptcy Case<br>No. 23-40523 WJL<br><br>Chapter 11 |

**APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

　　Pursuant to 11 U.S.C. § 1102(a), Tracy Hope Davis, the United States Trustee for Region 17, hereby appoints the following unsecured creditors to be members of the official committee of unsecured creditors in the above-captioned case:

1. John-Norman Kalama Houo Ka Ikaika Cobb
2. Scott Brian Drescher
3. Jason Jaye
4. Jenna McCarthy
5. Kelly O'Lague
6. David Sheltraw
7. Judy Roberts
8. Sherry Waterworth
9. Steven Woodall

Dated: May 23, 2023

                                                  Respectfully Submitted,

                                                  TRACY HOPE DAVIS
                                                  UNITED STATES TRUSTEE

By:   */s/ Gregory S. Powell*
       Gregory S. Powell
       Assistant United States Trustee