FOLEY & LARDNER LLP
Jeffrey R. Blease (CA Bar. No. 134933)
Tel: (617) 226-3155; jblease@foley.com
Thomas F. Carlucci (CA Bar No. 135767)
Tel: (415) 984-9824; tcarlucci@foley.com
Shane J. Moses (CA Bar No. 250533)
Tel: (415) 438-6404; smoses@foley.com
Emil P. Khatchatourian (CA Bar No. 265290)
Tel: (312) 832-5156; ekhatchatourian@foley.com
Ann Marie Uetz (admitted *pro hac vice*)
Tel: (313) 234-7114; auetz@foley.com
Matthew D. Lee (admitted *pro hac vice*)
Tel: (608) 258-4203; mdlee@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520

*Proposed Counsel for the Debtor
and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

In re:

THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,

Debtor.

Case No. 23-40523 WJL

Chapter 11

**REQUEST TO BE ADDED TO CORE SERVICE LIST**

PLEASE TAKE NOTICE that pursuant to the Court's *Interim Order Approving Debtor's Motion for an Order Authorizing and Approving Special Noticing and Confidentiality Procedures* [Dkt. No. 35], you may request to be added to the Core Service List for the above-captioned bankruptcy case.

PLEASE TAKE NOTICE that if you choose to be added, you will receive service of any pleadings which are required to be served on the Core Service List via email and/or first-class mail.

PLEASE TAKE NOTICE that you are not required to submit a request to be included on the Core Service List, and you will still receive notice of any deadline to file claims, and certain motions and information which must be served on all creditors, including information related to any plan of reorganization filed in this case.

PLEASE TAKE NOTICE that you may obtain free copies of all pleadings filed in the bankruptcy case on the website maintained by the Debtor's claims and noticing agent: https://www.kccllc.net/rcbo

PLEASE TAKE NOTICE THAT THE NAMES AND ADDRESSES ON THE CORE SERVICE LIST WILL BE ACCESSIBLE TO THE PUBLIC.

By providing the information below and signing below where indicated, you are representing that you wish to be added to the Core Service List for the above-captioned chapter 11 case.

**Name:**

Richard Simons, Esq  SBN 72676

**Address:**

6589 Bellhurst Lane

Street Number and Name

Castro Valley, California 94552

City, State, ZIP Code

**Email address:**

rick@fjslaw.com

*[signature]*

Signature

**This form must be filed by CM/ECF if the Requesting Party is an authorized CM/ECF user, or mailed to:**
The Clerk of the United States Bankruptcy Court
for the Northern District of California
Oakland Division
1300 Clay Street, Suite 300
Oakland, CA, 94612

**You must also send a written copy of this request to Debtor's proposed counsel:**

Ann Marie Uetz
Foley & Lardner LLP
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
auetz@foley.com

REQUEST TO BE ADDED TO CORE SERVICE LIST

4860-9490-1859.1

PLEASE TAKE NOTICE THAT THE NAMES AND ADDRESSES ON THE CORE SERVICE LIST WILL BE ACCESSIBLE TO THE PUBLIC.

By providing the information below and signing below where indicated, you are representing that you wish to be added to the Core Service List for the above-captioned chapter 11 case.

**Name:**

Suizi Lin, Esq  SBN 245710

**Address:**

6589 Bellhurst Lane

Street Number and Name

Castro Valley, California 94552

City, State, ZIP Code

**Email address:**

slin@fjslaw.com

Signature

This form must be filed by CM/ECF if the Requesting Party is an authorized CM/ECF user, or mailed to:
The Clerk of the United States Bankruptcy Court
for the Northern District of California
Oakland Division
1300 Clay Street, Suite 300
Oakland, CA, 94612

**You must also send a written copy of this request to Debtor's proposed counsel:**

Ann Marie Uetz
Foley & Lardner LLP
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
auetz@foley.com

REQUEST TO BE ADDED TO CORE SERVICE LIST

4860-9490-1859.1

DATED: May 18, 2023

**FOLEY & LARDNER LLP**
Jeffrey R. Blease
Thomas F. Carlucci
Shane J. Moses
Emil P. Khatchatourian
Ann Marie Uetz
Matthew D. Lee

*/s/ Thomas F. Carlucci*
THOMAS F. CARLUCCI

*Proposed Counsel for the Debtor
and Debtor in Possession*