1  GREGORY S. POWELL (SBN 182199)
   Assistant United States Trustee
2  JASON BLUMBERG (SBN 330150)
   Trial Attorney
3  TREVOR R. FEHR (CA SBN 316699)
   Trial Attorney
4  PHILLIP J. SHINE (CA SBN 318840)
   Trial Attorney
5  Office of the United States Trustee
   450 Golden Gate Avenue, Room 05-0153
6  San Francisco, California 94102
   Phone: (415) 705-3333
7  Facsimile: (415) 705-3379
   Email:  jason.blumberg@usdoj.gov
8
   Attorneys for TRACY HOPE DAVIS
9  United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND,<br><br>Debtor. | Case No. 23-40523 WJL<br><br>Chapter 11 |

**NOTICE OF CORRECT TELEPHONE NUMBER AND PASSCODE FOR THE SECTION 341(a) MEETING OF CREDITORS**

**PLEASE TAKE NOTICE** that the correct access information for the Rule 341(a) Meeting of Creditors scheduled for June 21, 2023 at 11:00 a.m. is as follows:

  Call-in Telephone Number:   (888) 455-9641
  Passcode:   5500517

Additional information is available on Kurtzman Carson Consultants LLC's website: https://www.kccllc.net/RCBO.

Dated: June 5, 2023

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

/s/ *Jason Blumberg*
Trial Attorney for United States Trustee