# EXHIBIT A
## California Superior Court Suits

| Case Number | Name of Court |
| --- | --- |
| RG19041044 | Superior Court of California, County of Alameda |
| RG19041044 | Superior Court of California, County of Alameda |
| 21CV000055 | Superior Court of California, County of Alameda |
| HG20053989 | Superior Court of California, County of Alameda |
| HG20053983 | Superior Court of California, County of Alameda |
| RG20055438 | Superior Court of California, County of Alameda |
| RG20075233 | Superior Court of California, County of Alameda |
| RG20075233 | Superior Court of California, County of Alameda |
| 22CV004880 | Superior Court of California, County of Alameda |
| RG20056654 | Superior Court of California, County of Alameda |
| RG20078903 | Superior Court of California, County of Alameda |
| 22CV019949 | Superior Court of California, County of Alameda |
| 22CV020101 | Superior Court of California, County of Alameda |
| HG20053992 | Superior Court of California, County of Alameda |
| HG20053951 | Superior Court of California, County of Alameda |
| RG20053984 | Superior Court of California, County of Alameda |
| RG20057425 | Superior Court of California, County of Alameda |
| HG19048685 | Superior Court of California, County of Alameda |
| HG20053924 | Superior Court of California, County of Alameda |
| RG20057493 | Superior Court of California, County of Alameda |
| HG20055763 | Superior Court of California, County of Alameda |
| HG19042086 | Superior Court of California, County of Alameda |
| RG20048852 | Superior Court of California, County of Alameda |
| RG19039073 | Superior Court of California, County of Alameda |
| RG19039073 | Superior Court of California, County of Alameda |

| Case Number | Name of Court |
|---|---|
| RG19039073 | Superior Court of California, County of Alameda |
| C19-02227 | Superior Court of California, County of Contra Costa |
| HG19048691 | Superior Court of California, County of Alameda |
| RG20061260 | Superior Court of California, County of Alameda |
| RG20064221 | Superior Court of California, County of Alameda |
| RG20056258 | Superior Court of California, County of Alameda |
| RG20056258 | Superior Court of California, County of Alameda |
| RG20056258 | Superior Court of California, County of Alameda |
| RG20066518 | Superior Court of California, County of Alameda |
| RG20067225 | Superior Court of California, County of Alameda |
| RG20065425 | Superior Court of California, County of Alameda |
| RG20065264 | Superior Court of California, County of Alameda |
| RG20061429 | Superior Court of California, County of Alameda |
| RG20065437 | Superior Court of California, County of Alameda |
| RG20065435 | Superior Court of California, County of Alameda |
| RG20064084 | Superior Court of California, County of Alameda |
| RG20067602 | Superior Court of California, County of Alameda |
| RG20064685 | Superior Court of California, County of Alameda |
| RG20064759 | Superior Court of California, County of Alameda |
| RG20049371 | Superior Court of California, County of Alameda |
| RG20073791 | Superior Court of California, County of Alameda |
| RG20079359 | Superior Court of California, County of Alameda |
| RG20075700 | Superior Court of California, County of Alameda |
| RG21087706 | Superior Court of California, County of Alameda |
| RG20074690 | Superior Court of California, County of Alameda |

# EXHIBIT A
## California Superior Court Suits

| Case Number | Name of Court |
| --- | --- |
| RG20068095 | Superior Court of California, County of Alameda |
| RG20085048 | Superior Court of California, County of Alameda |
| RG20068867 | Superior Court of California, County of Alameda |
| RG20075018 | Superior Court of California, County of Alameda |
| RG21086498 | Superior Court of California, County of Alameda |
| RG21096482 | Superior Court of California, County of Alameda |
| MSC21-01242 | Superior Court of California, County of Contra Costa |
| RG21105426 | Superior Court of California, County of Alameda |
| RG21105583 | Superior Court of California, County of Alameda |
| RG21110490 | Superior Court of California, County of Alameda |
| RG20069692 | Superior Court of California, County of Alameda |
| CGC-20-584124 | Superior Court of California, County of San Francisco |
| 21CV002646 | Superior Court of California, County of Alameda |
| 21CV003945 | Superior Court of California, County of Alameda |
| 21CV002553 | Superior Court of California, County of Alameda |
| 21CV003362 | Superior Court of California, County of Alameda |
| C22-00044 | Superior Court of California, County of Contra Costa |
| 22CV006696 | Superior Court of California, County of Alameda |
| 22CV006473 | Superior Court of California, County of Alameda |
| 22CV006519 | Superior Court of California, County of Alameda |
| 22CV006624 | Superior Court of California, County of Alameda |
| 22CV008082 | Superior Court of California, County of Alameda |
| 21CV002261 | Superior Court of California, County of Alameda |
| 21CV003446 | Superior Court of California, County of Alameda |
| 22CV010527 | Superior Court of California, County of Alameda |

# EXHIBIT A
## California Superior Court Suits

| Case Number | Name of Court |
| --- | --- |
| 21CV000053 | Superior Court of California, County of Alameda |
| 22CV011957 | Superior Court of California, County of Alameda |
| 22CV012253 | Superior Court of California, County of Alameda |
| 22CV019472 | Superior Court of California, County of Alameda |
| 22CV021898 | Superior Court of California, County of Alameda |
| 22CV015043 | Superior Court of California, County of Alameda |
| 22CV018533 | Superior Court of California, County of Alameda |
| 22CV015210 | Superior Court of California, County of Alameda |
| 22CV017826 | Superior Court of California, County of Alameda |
| 22CV023336 | Superior Court of California, County of Alameda |
| 22CV015938 | Superior Court of California, County of Alameda |
| 22CV022518 | Superior Court of California, County of Alameda |
| 22CV022476 | Superior Court of California, County of Alameda |
| 22CV022809 | Superior Court of California, County of Alameda |
| 22CV023917 | Superior Court of California, County of Alameda |
| 22CV023363 | Superior Court of California, County of Alameda |
| 22CV022633 | Superior Court of California, County of Alameda |
| 22CV022056 | Superior Court of California, County of Alameda |
| 22CV016748 | Superior Court of California, County of Alameda |
| 22CV022502 | Superior Court of California, County of Alameda |
| 22CV022456 | Superior Court of California, County of Alameda |
| 22CV022547 | Superior Court of California, County of Alameda |
| 22CV023118 | Superior Court of California, County of Alameda |
| 22CV020631 | Superior Court of California, County of Alameda |
| 22CV018880 | Superior Court of California, County of Alameda |

# EXHIBIT A
## California Superior Court Suits

| Case Number | Name of Court |
| --- | --- |
| 22CV018875 | Superior Court of California, County of Alameda |
| 22CV017872 | Superior Court of California, County of Alameda |
| 22CV020696 | Superior Court of California, County of Alameda |
| 22CV019943 | Superior Court of California, County of Alameda |
| 22CV018172 | Superior Court of California, County of Alameda |
| 22CV019944 | Superior Court of California, County of Alameda |
| 22CV019889 | Superior Court of California, County of Alameda |
| 22CV019890 | Superior Court of California, County of Alameda |
| 22CV019888 | Superior Court of California, County of Alameda |
| 22CV020197 | Superior Court of California, County of Alameda |
| 22CV023109 | Superior Court of California, County of Alameda |
| 22CV020519 | Superior Court of California, County of Alameda |
| 22CV020661 | Superior Court of California, County of Alameda |
| 22CV020654 | Superior Court of California, County of Alameda |
| 22CV020808 | Superior Court of California, County of Alameda |
| 22CV020602 | Superior Court of California, County of Alameda |
| 22CV020491 | Superior Court of California, County of Alameda |
| 22CV020636 | Superior Court of California, County of Alameda |
| 22CV019871 | Superior Court of California, County of Alameda |
| 22CV024211 | Superior Court of California, County of Alameda |
| 22CV020607 | Superior Court of California, County of Alameda |
| 22CV022358 | Superior Court of California, County of Alameda |
| 22CV020323 | Superior Court of California, County of Alameda |
| 22CV017850 | Superior Court of California, County of Alameda |
| 22CV018167 | Superior Court of California, County of Alameda |

Page 5 of 14

Case: 23-40523   Doc# 163-1   Filed: 06/22/23   Entered: 06/22/23 19:18:35   Page 5 of 14

# EXHIBIT A
## California Superior Court Suits

| Case Number | Name of Court |
|---|---|
| RG21108531 | Superior Court of California, County of Alameda |
| 22CV020455 | Superior Court of California, County of Alameda |
| 22CV020287 | Superior Court of California, County of Alameda |
| 22CV020136 | Superior Court of California, County of Alameda |
| 22CV020135 | Superior Court of California, County of Alameda |
| 22CV020082 | Superior Court of California, County of Alameda |
| 22CV020085 | Superior Court of California, County of Alameda |
| 22CV020075 | Superior Court of California, County of Alameda |
| 22CV020073 | Superior Court of California, County of Alameda |
| 22CV020347 | Superior Court of California, County of Alameda |
| 22CV020434 | Superior Court of California, County of Alameda |
| 22CV020349 | Superior Court of California, County of Alameda |
| 22CV020432 | Superior Court of California, County of Alameda |
| 22CV020438 | Superior Court of California, County of Alameda |
| 22CV020478 | Superior Court of California, County of Alameda |
| 22CV020348 | Superior Court of California, County of Alameda |
| 22CV020369 | Superior Court of California, County of Alameda |
| 22CV020333 | Superior Court of California, County of Alameda |
| 22CV020487 | Superior Court of California, County of Alameda |
| 22CV021638 | Superior Court of California, County of Alameda |
| 22CV020431 | Superior Court of California, County of Alameda |
| 22CV020378 | Superior Court of California, County of Alameda |
| 22CV020436 | Superior Court of California, County of Alameda |
| 22CV020382 | Superior Court of California, County of Alameda |
| 22CV020474 | Superior Court of California, County of Alameda |

# EXHIBIT A
## California Superior Court Suits

| Case Number | Name of Court |
|---|---|
| 22CV020374 | Superior Court of California, County of Alameda |
| 22CV020437 | Superior Court of California, County of Alameda |
| 22CV020388 | Superior Court of California, County of Alameda |
| 22CV020322 | Superior Court of California, County of Alameda |
| 22CV020473 | Superior Court of California, County of Alameda |
| 22CV020375 | Superior Court of California, County of Alameda |
| 22CV020325 | Superior Court of California, County of Alameda |
| 22CV020485 | Superior Court of California, County of Alameda |
| 22CV020343 | Superior Court of California, County of Alameda |
| 22CV020435 | Superior Court of California, County of Alameda |
| 22CV022806 | Superior Court of California, County of Alameda |
| 22CV022956 | Superior Court of California, County of Alameda |
| 22CV020164 | Superior Court of California, County of Alameda |
| 22CV020298 | Superior Court of California, County of Alameda |
| 22CV020321 | Superior Court of California, County of Alameda |
| 22CV021712 | Superior Court of California, County of Alameda |
| 22CV018198 | Superior Court of California, County of Alameda |
| 22CV017382 | Superior Court of California, County of Alameda |
| 22CV020795 | Superior Court of California, County of Alameda |
| 22CV020423 | Superior Court of California, County of Alameda |
| 22CV020389 | Superior Court of California, County of Alameda |
| 22CV020391 | Superior Court of California, County of Alameda |
| 22CV020393 | Superior Court of California, County of Alameda |
| 22CV020398 | Superior Court of California, County of Alameda |
| 22CV020399 | Superior Court of California, County of Alameda |

# EXHIBIT A
## California Superior Court Suits

| Case Number | Name of Court |
| --- | --- |
| 22CV019910 | Superior Court of California, County of Alameda |
| 22CV019900 | Superior Court of California, County of Alameda |
| 22CV020396 | Superior Court of California, County of Alameda |
| 22CV020000 | Superior Court of California, County of Alameda |
| 22CV019887 | Superior Court of California, County of Alameda |
| 22CV019923 | Superior Court of California, County of Alameda |
| 22CV019926 | Superior Court of California, County of Alameda |
| 22CV019941 | Superior Court of California, County of Alameda |
| 22CV019921 | Superior Court of California, County of Alameda |
| 22CV019884 | Superior Court of California, County of Alameda |
| 22CV019959 | Superior Court of California, County of Alameda |
| 22CV019961 | Superior Court of California, County of Alameda |
| 22CV019903 | Superior Court of California, County of Alameda |
| 22CV019960 | Superior Court of California, County of Alameda |
| 22CV019899 | Superior Court of California, County of Alameda |
| 22CV019892 | Superior Court of California, County of Alameda |
| 22CV019893 | Superior Court of California, County of Alameda |
| 22CV019898 | Superior Court of California, County of Alameda |
| 22CV019896 | Superior Court of California, County of Alameda |
| 22CV019902 | Superior Court of California, County of Alameda |
| 22CV017963 | Superior Court of California, County of Alameda |
| 22CV023198 | Superior Court of California, County of Alameda |
| 22CV015576 | Superior Court of California, County of Alameda |
| 22CV021944 | Superior Court of California, County of Alameda |
| 22CV021136 | Superior Court of California, County of Alameda |

# EXHIBIT A
## California Superior Court Suits

| Case Number | Name of Court |
| --- | --- |
| 22CV020490 | Superior Court of California, County of Alameda |
| 22CV020161 | Superior Court of California, County of Alameda |
| C22-02006 | Superior Court of California, County of Contra Costa |
| 22CV015393 | Superior Court of California, County of Alameda |
| 22CV013310 | Superior Court of California, County of Alameda |
| 22CV023397 | Superior Court of California, County of Alameda |
| 22CV013335 | Superior Court of California, County of Alameda |
| 22CV017318 | Superior Court of California, County of Alameda |
| C22-01820 | Superior Court of California, County of Contra Costa |
| 22CV04375 | Superior Court of California, County of Santa Barbara |
| 22CV024896 | Superior Court of California, County of Alameda |
| 22CV021229 | Superior Court of California, County of Alameda |
| 22CV020746 | Superior Court of California, County of Alameda |
| 22CV014047 | Superior Court of California, County of Alameda |
| 22CV023763 | Superior Court of California, County of Alameda |
| 22CV017002 | Superior Court of California, County of Alameda |
| 22CV020632 | Superior Court of California, County of Alameda |
| 22CV021959 | Superior Court of California, County of Alameda |
| 22CV020524 | Superior Court of California, County of Alameda |
| 22CV021619 | Superior Court of California, County of Alameda |
| 22CV022330 | Superior Court of California, County of Alameda |
| 22CV021958 | Superior Court of California, County of Alameda |
| 22CV021982 | Superior Court of California, County of Alameda |
| 22CV021962 | Superior Court of California, County of Alameda |
| 22CV023092 | Superior Court of California, County of Alameda |

# EXHIBIT A
## California Superior Court Suits

| Case Number | Name of Court |
|---|---|
| 22CV023077 | Superior Court of California, County of Alameda |
| 22CV017854 | Superior Court of California, County of Alameda |
| 22CV023536 | Superior Court of California, County of Alameda |
| 22CV021953 | Superior Court of California, County of Alameda |
| 22CV022583 | Superior Court of California, County of Alameda |
| 22CV024069 | Superior Court of California, County of Alameda |
| 22CV023062 | Superior Court of California, County of Alameda |
| 22CV021736 | Superior Court of California, County of Alameda |
| 22CV024183 | Superior Court of California, County of Alameda |
| 22CV023960 | Superior Court of California, County of Alameda |
| 22CV022787 | Superior Court of California, County of Alameda |
| 22CV020837 | Superior Court of California, County of Alameda |
| 22CV021909 | Superior Court of California, County of Alameda |
| 22CV023239 | Superior Court of California, County of Alameda |
| 22CV024880 | Superior Court of California, County of Alameda |
| 22CV023669 | Superior Court of California, County of Alameda |
| 22CV018558 | Superior Court of California, County of Alameda |
| 22CV023416 | Superior Court of California, County of Alameda |
| 22CV024635 | Superior Court of California, County of Alameda |
| 22CV023091 | Superior Court of California, County of Alameda |
| 22CV022037 | Superior Court of California, County of Alameda |
| 22CV023242 | Superior Court of California, County of Alameda |
| 22CV021591 | Superior Court of California, County of Alameda |
| 22CV023423 | Superior Court of California, County of Alameda |
| 22CV020822 | Superior Court of California, County of Alameda |

# EXHIBIT A
## California Superior Court Suits

| Case Number | Name of Court |
|---|---|
| C22-02698 | Superior Court of California, County of Contra Costa |
| 22CV021946 | Superior Court of California, County of Alameda |
| 22CV023400 | Superior Court of California, County of Alameda |
| 23CV025256 | Superior Court of California, County of Alameda |
| 22CV023623 | Superior Court of California, County of Alameda |
| 22CV023968 | Superior Court of California, County of Alameda |
| 22CV022911 | Superior Court of California, County of Alameda |
| 22CV023764 | Superior Court of California, County of Alameda |
| 22CV024846 | Superior Court of California, County of Alameda |
| 22CV022326 | Superior Court of California, County of Alameda |
| 22CV021947 | Superior Court of California, County of Alameda |
| 22CV023068 | Superior Court of California, County of Alameda |
| 22CV024587 | Superior Court of California, County of Alameda |
| 22CV024532 | Superior Court of California, County of Alameda |
| 22CV023756 | Superior Court of California, County of Alameda |
| 22CV024471 | Superior Court of California, County of Alameda |
| 22CV024838 | Superior Court of California, County of Alameda |
| 22CV024931 | Superior Court of California, County of Alameda |
| 22CV020672 | Superior Court of California, County of Alameda |
| 22CV023538 | Superior Court of California, County of Alameda |
| 22CV024139 | Superior Court of California, County of Alameda |
| 22CV024839 | Superior Court of California, County of Alameda |
| 22CV022009 | Superior Court of California, County of Alameda |
| 22CV022825 | Superior Court of California, County of Alameda |
| 22CV024898 | Superior Court of California, County of Alameda |

# EXHIBIT A
## California Superior Court Suits

| Case Number | Name of Court |
|---|---|
| 22CV024592 | Superior Court of California, County of Alameda |
| 22CV023513 | Superior Court of California, County of Alameda |
| 22CV024582 | Superior Court of California, County of Alameda |
| 22CV024022 | Superior Court of California, County of Alameda |
| 22CV024942 | Superior Court of California, County of Alameda |
| 22CV024472 | Superior Court of California, County of Alameda |
| 22CV023950 | Superior Court of California, County of Alameda |
| 22CV023240 | Superior Court of California, County of Alameda |
| 22CV024988 | Superior Court of California, County of Alameda |
| RG20062996 | Superior Court of California, County of Alameda |
| RG19008221 | Superior Court of California, County of Alameda |
| 22CV024200 | Superior Court of California, County of Alameda |
| 22CV022534 | Superior Court of California, County of Alameda |
| 22CV022803 | Superior Court of California, County of Alameda |
| 22CV024385 | Superior Court of California, County of Alameda |
| 22CV023501 | Superior Court of California, County of Alameda |
| 22CV023996 | Superior Court of California, County of Alameda |
| 22CV024749 | Superior Court of California, County of Alameda |
| 22CV023766 | Superior Court of California, County of Alameda |
| 22CV022760 | Superior Court of California, County of Alameda |
| 22CV023502 | Superior Court of California, County of Alameda |
| 22CV017158 | Superior Court of California, County of Alameda |
| 22CV024465 | Superior Court of California, County of Alameda |
| 22CV024087 | Superior Court of California, County of Alameda |
| 22CV022604 | Superior Court of California, County of Alameda |

# EXHIBIT A
## California Superior Court Suits

| Case Number | Name of Court |
| --- | --- |
| 22CV023676 | Superior Court of California, County of Alameda |
| 22CV024630 | Superior Court of California, County of Alameda |
| 22CV017589 | Superior Court of California, County of Alameda |
| 22CV024556 | Superior Court of California, County of Alameda |
| 22CV024730 | Superior Court of California, County of Alameda |
| 22CV024031 | Superior Court of California, County of Alameda |
| 22CV024157 | Superior Court of California, County of Alameda |
| 22CV023759 | Superior Court of California, County of Alameda |
| 22CV024400 | Superior Court of California, County of Alameda |
| 22CV024195 | Superior Court of California, County of Alameda |
| 22CV024892 | Superior Court of California, County of Alameda |
| 22CV024154 | Superior Court of California, County of Alameda |
| 22CV024859 | Superior Court of California, County of Alameda |
| 22CV024091 | Superior Court of California, County of Alameda |
| 22CV023329 | Superior Court of California, County of Alameda |
| 22CV021441 | Superior Court of California, County of Alameda |
| 22CV023509 | Superior Court of California, County of Alameda |
| 22CV024003 | Superior Court of California, County of Alameda |
| 22CV021226 | Superior Court of California, County of Alameda |
| 22CV023663 | Superior Court of California, County of Alameda |
| 22CV018715 | Superior Court of California, County of Alameda |
| 22CV024019 | Superior Court of California, County of Alameda |
| 22CV024008 | Superior Court of California, County of Alameda |
| 22CV024007 | Superior Court of California, County of Alameda |
| 22CV023710 | Superior Court of California, County of Alameda |

# EXHIBIT A
## California Superior Court Suits

| Case Number | Name of Court |
|---|---|
| 22CV023195 | Superior Court of California, County of Alameda |
| 22CV018779 | Superior Court of California, County of Alameda |