# **Exhibit 3**

**FOLEY & LARDNER LLP**
Jeffrey R. Blease (CA Bar. No. 134933)
Tel: (617) 226-3155; jblease@foley.com
Thomas F. Carlucci (CA Bar No. 135767)
Tel: (415) 984-9824; tcarlucci@foley.com
Shane J. Moses (CA Bar No. 250533)
Tel: (415) 438-6404; smoses@foley.com
Emil P. Khatchatourian (CA Bar No. 265290)
Tel: (312) 832-5156; ekhatchatourian@foley.com
Ann Marie Uetz (admitted *pro hac vice*)
Tel: (313) 234-7114; auetz@foley.com
Matthew D. Lee (admitted *pro hac vice*)
Tel: (608) 258-4203; mdlee@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520

*Counsel for the Debtor
and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,<br><br>Debtor. | Case No. 23-40523 WJL<br><br>Chapter 11<br><br>**CONFIDENTIAL SEXUAL ABUSE PROOF OF CLAIM**<br><br>Judge: Hon. William J. Lafferty |

**THIS COMPLETED FORM MUST BE RECEIVED NO LATER THAN <u>SEPTEMBER 11, 2023 AT 5:00 P.M. (PACIFIC TIME)</u>**

**DO NOT FILE THIS DOCUMENT WITH THE COURT**

    This Sexual Abuse Proof of Claim (this "**Sexual Abuse Proof of Claim**") must be **received** no later than **5:00 p.m. (Pacific Time)** on <u>**September 11, 2023**</u> (the "**Bar Date**"). Please carefully read the following instructions included with this Sexual Abuse Proof of Claim and complete all applicable questions to the extent of your knowledge or recollection.

    If you do not know the answer to an open-ended question, you can write "I don't know" or "I don't recall" if either is the case. If a question does not apply, please write "N/A." If you are completing this form in hard copy, please write or type clearly using blue or black ink.

    Claims properly filed in accordance with these instructions may later be amended to, among other things, supplement, modify, correct, or clarify the information provided herein by

properly filing a subsequent Sexual Abuse Proof of Claim and referring back to the originally filed claim.

To file this Sexual Abuse Proof of Claim, it must be actually received by Kurtzman Carson Consultants, the claims and noticing agent (the "**Claims Agent**") for The Roman Catholic Bishop of Oakland ("**RCBO**" or the "**Debtor**") by either filing it:

(i) Electronically using the interface available at: https://www.kccllc.net/rcbo;

(ii) by mail to the Claims Agent at the following address: The Roman Catholic Bishop of Oakland Claims Processing Center c/o RCBO Claims Processing Center, 222 N. Pacific Coast Highway, Suite 300, c/o KCC, El Segundo, CA 90245; or

(iii) by overnight mail or hand-delivery to the Claims Agent at the following address: The Roman Catholic Bishop of Oakland Claims Processing Center c/o RCBO Claims Processing Center, 222 N. Pacific Coast Highway, Suite 300, c/o KCC, El Segundo, CA 90245.

Sexual Abuse Proofs of Claim sent by any other means (such as facsimile transmission or email, or through a different manner than described in (i) and (ii) above) **will not** be accepted.

**You May Consult An Attorney Regarding This Matter.**

**Failure To Timely Complete And Return This Form by the Bar Date May Result In Your Inability To Vote on a Plan of Reorganization and Receive a Distribution in the above-captioned Chapter 11 Case.**

"**You**" and/or "**Sexual Abuse Claimant**" refers to the person asserting a Sexual Abuse Claim against RCBO related to the Sexual Abuse Claimant's Sexual Abuse.

For this claim to be valid, the Sexual Abuse Claimant, or his/her attorney, must sign this form. If the Sexual Abuse Claimant is deceased or incapacitated, the form must be signed by the Sexual Abuse Claimant's representative or the attorney for the Sexual Abuse Claimant's estate.

If the Sexual Abuse Claimant is a minor, the form must be signed by the Sexual Abuse Claimant's parent, legal guardian, or attorney. Any Sexual Abuse Proof of Claim signed by a representative or legal guardian must attach documentation establishing such person's authority to sign the claim for the Sexual Abuse Claimant.

### Who Should File a Sexual Abuse Proof of Claim?

This Sexual Abuse Proof of Claim is only for people who have experienced Sexual Abuse (as defined below) on or before the date the Debtor filed for bankruptcy protection, May 8, 2023. This Sexual Abuse Proof of Claim is the manner and process through which you can make a claim against RCBO based on Sexual Abuse (as defined below). Any person making a claim based on anything other than Sexual Abuse (as defined below) should file a General Proof of Claim (Official Bankruptcy Form 410).

### Who Is a Sexual Abuse Claimant?

The term Sexual Abuse Claimant refers to a person who experienced Sexual Abuse as defined below.

### What is Sexual Abuse?

For the purposes of this Sexual Abuse Proof of Claim, a "**Sexual Abuse Claim**" is any claim (as defined in section 101(5) of the Bankruptcy Code) against RCBO resulting or arising in whole or in part, directly or indirectly from any actual or alleged sexual conduct or misconduct, sexual abuse or molestation, indecent assault and/or battery, rape, pedophilia, ephebophilia, or sexually-related physical, sexually-related psychological, or sexually-related emotional harm, or contacts, or interactions of a sexual nature between a child and an adult, or an adult and another adult regardless of whether consensual or nonconsensual, sexual assault, sexual battery, sexual psychological or emotional abuse, humiliation, or intimidation, or any other conduct constituting a sexual offense of any type, kind, nature or description, incest, or use of a child in a sexual performance, and seeking monetary damages or any other relief, under any theory of liability, including vicarious liability, any negligence-based theory, contribution, indemnity, or any other theory based on any acts or failures to act by RCBO or any other person or entity for whose acts or failures to act RCBO is or was allegedly responsible.

CONFIDENTIAL SEXUAL ABUSE PROOF OF CLAIM

"**Sexual Abuse**" is defined as an act of sexual contact or sexual penetration between a child under the age of 18 years and an adult.

    a. "**Sexual contact**" means an intentional touching by the victim or actor, either directly or through clothing, of the victim's or actor's intimate parts for the purpose of sexually arousing or sexually gratifying the actor. Sexual contact of the adult with himself must be in view of the victim whom the adult knows to be present.

    b. "**Sexual penetration**" means vaginal intercourse, cunnilingus, fellatio, digital penetration, or anal intercourse between persons or insertion of the hand, finger or object into the anus or vagina either by the adult or upon the adult's instruction.

    c. "**Intimate parts**" means the following body parts: sexual organs, genital area, anal area, inner thigh, groin, buttock or breast of a person.

    d. "**Injury** or **illness**" includes psychological injury or illness, whether or not accompanied by physical injury or illness.

If you have a claim arising from other types of abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, you should file a General Proof of Claim form (Official Bankruptcy Form 410).

**You May Wish to Consult an Attorney Regarding This Matter.**

You may also obtain information from the Claims Agent by: (1) calling toll free at (888) 733-1425 or (2) visiting the case website at https://www.kccllc.net/rcbo to submit an inquiry or chat with a live representative (do not contact the Claims Agent for legal advice).

You may also obtain information from counsel for the Official Committee of Unsecured Creditors (the "**Committee**"), Lowenstein Sandler LLP, by sending an email to: jprol@lowenstein.com or bweisenberg@lowenstein.com.

**Penalty for presenting fraudulent claim: Fine of up to $500,000, imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

CONFIDENTIAL SEXUAL ABUSE PROOF OF CLAIM

4

## PART 1: CONFIDENTIALITY

Pursuant to the *Final Order Approving Debtor's Motion for an Order Authorizing and Approving Special Noticing and Confidentiality Procedures* [Docket No. __] entered by the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**"), the Sexual Abuse Claimant's identity and all portions of this Sexual Abuse Proof of Claim will be kept strictly confidential, under seal, and outside the public record pending further order of the Bankruptcy Court allowing or requiring disclosure of such identity or the information contained herein. If any such disclosure is authorized or required, the Sexual Abuse Claimants will be notified at the time of the disclosure of their Sexual Abuse Proof of Claim.

However, this Sexual Abuse Proof of Claim may be provided, pursuant to confidentiality procedures approved by the Bankruptcy Court, to the Debtor, the Committee, their respective counsel, the United States Trustee, and to such other persons as the Bankruptcy Court may authorize. In addition, Sexual Abuse Proofs of Claim may be required to be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions. If any such disclosure is made to a governmental authority, Sexual Abuse Claimants will be notified at the time of the disclosure of their Sexual Abuse Proof of Claim.

## PART 2: IDENTIFYING INFORMATION

**A.  Identity of Sexual Abuse Claimant**

First Name _____ Middle Initial ____ Last Name _____ Jr/Sr/III _____

Mailing Address (If Sexual Abuse Claimant is incapacitated, is a minor, or is deceased, provide the address of the individual submitting the claim. If you are in jail or prison, provide the address of your place of incarceration):

| Number and Street: | | | |
|---|---|---|---|
| City: | | State: | Zip Code: |
| Country (not USA): | | Email Address: | |
| Telephone (Home): | | Telephone (Cell): | |
| Attorney Email: | | Attorney Phone: | |

For communications regarding this claim you may use (check the appropriate boxes):
Email ☐     US Mail ☐     Home Voicemail ☐     Cell Voicemail ☐     Counsel listed below ☐

Social Security Number of Sexual Abuse Claimant (last four digits <u>only</u>): XXX- XX-____

If the Sexual Abuse Claimant is in jail or prison, provide the Sexual Abuse Claimant's identification number:

_____

Birthdate of Sexual Abuse Claimant (only the month and year): (MM/YYYY): ____ / _____

Any other name, or names, by which the Sexual Abuse Claimant has ever been known:
_____

Gender of Sexual Abuse Claimant:     Male ☐     Female ☐     Other (specify)_____

**B.  If you have hired an attorney relating to the Sexual Abuse described in this Sexual Abuse Proof of Claim, please provide his or her name and contact information**

| Law Firm Name: | | | |
|---|---|---|---|
| Attorney's Name: | | | |
| Number and Street: | | | |
| City: | | State: | Zip Code: |
| Country (not USA): | | Email Address #1: | |
| Telephone (Work): | | Email Address #2: | |
| Telephone (Cell): | | Fax No.: | |

CONFIDENTIAL SEXUAL ABUSE PROOF OF CLAIM

6

## PART 3: NATURE OF THE SEXUAL ABUSE

**(Attach additional sheets if necessary)**

**For each of the questions listed below, please complete your answers to the best of your recollection.**

**Note:** <u>If you have previously filed a lawsuit about your Sexual Abuse in state or federal court, you must attach a copy of the complaint</u>. If you have not filed a lawsuit, or if the complaint does not contain all of the information requested below, you must provide the information below to the extent of your recollection.

Please answer each of the following questions as best as you are able. **If you do not know or recall an answer, you may indicate that you do not know or recall the answer and move on to the next question.**

A. Please identify each person who sexually abused you. If you do not remember the name of the sexual abuser(s), provide as much information about the individual that you recall and their relationship to RCBO. What was the sexual abuser's position, title, or role?

_____
_____
_____
_____

B. Where did the Sexual Abuse occur? Please be as specific as possible and provide all relevant information that you recall including the City and State, name of the religious parish, school, or orphanage (if applicable). Did it occur in more than one location? If so, please be as specific as possible and provide all relevant information that you recall including the City and State, names of the religious parish or school or orphanage (if applicable) or any other locations.

_____
_____
_____

C. When did the first act of Sexual Abuse take place? If you do not remember the calendar date, please provide a range of dates.

_____
_____

CONFIDENTIAL SEXUAL ABUSE PROOF OF CLAIM

7

D. If the Sexual Abuse took place on more than one date, please state approximately how many times it occurred and when it stopped. If you do not remember the calendar date(s), please provide a range of dates.

_____
_____
_____

E. If you were sexually abused by more than one sexual abuser, indicate when the Sexual Abuse by each of the sexual abusers started and stopped. If you do not remember the calendar date, please provide a range of dates.

_____
_____
_____

F. Please describe how you believe you were impacted, harmed, damaged, or injured as a result of the Sexual Abuse you described above. You can check the boxes, fill in the narrative, or both. **Please note that the boxes are not meant to limit the characterization or description of the impact(s) of your Sexual Abuse** (Check all that apply).

☐ Psychological / emotional health (including depression, anxiety, shame, suicidal thoughts, feeling numb, feeling of worthlessness, difficulty managing or feeling emotions including anger)

☐ Post-traumatic stress reactions (including intrusive images, feelings from the abuse, numbing or avoidance behaviors, emotion dissociation behaviors)

☐ Mental Health diagnoses (including Obsessive Compulsive Disorder-OCD, Bipolar Disorder, Borderline Personality, Post Traumatic Stress Disorder-PTSD, Severe Depression, Generalized Anxiety)

☐ Physical health (including chronic disease, chronic undiagnosed pain or physical problems)

☐ Education (failing grades, not graduating high school, or being unable to finish other training or education)

If this box is checked, please also indicate your highest level of education completed or degree obtained:

No High School Degree or GED ☐
High School/GED ☐     Some College ☐
Associate's Degree ☐     Bachelor's Degree ☐
Masters, PhD, MD, JD, or other higher education ☐

CONFIDENTIAL SEXUAL ABUSE PROOF OF CLAIM

☐ Employment (including difficulties with supervisors, difficulty maintaining steady employment, being fired from jobs)

If this box is checked please also indicate:

Are you currently employed: Yes ☐ No ☐

If yes, please provide your current occupation and employer:

_____

If no, please provide your former occupation:

_____

☐ Intimate relationships (including difficulty maintaining emotional attachments with significant others, difficulty with sexual behavior, marriage, or infidelity)

If this box is checked, please also indicate:

Are you currently married: Yes ☐ No ☐
Have you ever been divorced: Yes ☐ No ☐

☐ Difficulties with parenting children, whether through challenges to attachment or overly protective parental behaviors

☐ Social relationships (including distrust of others, isolating yourself, not being able to keep healthy relationships)

☐ Alcohol, prescription or illegal drug use, narcotics, self-harm (i.e. cutting), and/or substance abuse

☐ Other addictive behaviors, including gambling and sex addiction

☐ Loss of faith, religion, and/or spirituality

☐ Other (please explain and add any other information you remember to the categories above)

_____
_____
_____
_____

G. NARRATIVE SUMMARY (*NOTE THIS IS OPTIONAL AND YOU DO NOT NEED TO PROVIDE A NARRATIVE SUMMARY IF YOU PREFER TO NOT PROVIDE IT*): Please describe the Sexual Abuse in as much detail as you can recall in the lines below. You may attach additional pages if needed.

_____
_____
_____
_____
_____
_____

## PART 4: ADDITIONAL INFORMATION

A. **Prior Litigation.** Was a lawsuit regarding the Sexual Abuse you have described in this Sexual Abuse Proof of Claim filed by you or on your behalf?

Yes ☐     No ☐

If "Yes", please identify the lawsuit. You are also required to attach a copy of any filed lawsuit.

B. **Prior Bankruptcy Claims.** Have you filed any claims in any other bankruptcy case relating to the Sexual Abuse you have described in this Sexual Abuse Proof of Claim?

Yes ☐     No ☐

If "Yes", please identify the bankruptcy case. You are also required to attach a copy of any completed claim form.

C. **Settlements.** Regardless of whether a lawsuit was ever filed against any party because of the Sexual Abuse, have you settled any claim relating to the Sexual Abuse you have described in this Sexual Abuse Proof of Claim?

Yes ☐     No ☐

If "Yes," please describe the settlement, including parties to the settlement. You are also required to attach a copy of any settlement agreement.

_____
_____
_____
_____

## SIGNATURE

**To be valid, this Sexual Abuse Proof of Claim must be signed by you or your attorney.** If the Sexual Abuse Claimant is deceased or incapacitated, the form must be signed by the Sexual Abuse Claimant's representative or the attorney for the Sexual Abuse Claimant's estate. If the Sexual Abuse Claimant is a minor, the form must be signed by the Sexual Abuse Claimant's parent or legal guardian, or the Sexual Abuse Claimant's attorney. (Any form signed by a representative or legal guardian <u>must</u> attach documentation establishing such person's authority to sign this form for the Sexual Abuse Claimant.)

**Penalty for presenting a fraudulent claim is a fine of up to $500,000, imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

**Check the appropriate box:**

☐     I am the Sexual Abuse Claimant.
☐     I am the Sexual Abuse Claimant's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.
☐     Other (describe):

**I have examined the information in this Sexual Abuse Proof of Claim and have a reasonable belief that the information is true and correct.**

**I declare under penalty of perjury that the foregoing statements are true and correct.**

Date: _____

Signature: _____

Print Name: _____

Relationship to Sexual Abuse Claimant (if not signed by the Sexual Abuse Claimant):
_____

Address: _____
_____

Contact Phone: _____

Email: _____