# Exhibit 5

**FOLEY & LARDNER LLP**
Jeffrey R. Blease (CA Bar. No. 134933)
Tel: (617) 226-3155; jblease@foley.com
Thomas F. Carlucci (CA Bar No. 135767)
Tel: (415) 984-9824; tcarlucci@foley.com
Shane J. Moses (CA Bar No. 250533)
Tel: (415) 438-6404; smoses@foley.com
Emil P. Khatchatourian (CA Bar No. 265290)
Tel: (312) 832-5156; ekhatchatourian@foley.com
Ann Marie Uetz (admitted *pro hac vice*)
Tel: (313) 234-7114; auetz@foley.com
Matthew D. Lee (admitted *pro hac vice*)
Tel: (608) 258-4203; mdlee@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520

*Counsel for the Debtor
and Debtor in Possession*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. 23-40523 WJL |
| THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole, | Chapter 11 |
| Debtor. | **NOTICE OF DEADLINES REQUIRING FILING OF PROOFS OF CLAIM** |
| | Judge: Hon. William J. Lafferty |

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST THE ROMAN CATHOLIC BISHOP OF OAKLAND (THE "DEBTOR"):**

The General Bar Date. The United States Bankruptcy Court for the Northern District of California, Oakland Division (the "Court") has entered an order (the "Bar Date Order") establishing **September 11, 2023 at 5:00 p.m.**, prevailing Pacific Time as the last date and time for each person (excluding "Governmental Units," as defined in section 101(27) of the Bankruptcy Code) to file a proof of claim (such deadline, the "General Bar Date") against the Debtor.

Sexual Abuse Claims. Survivors of sexual abuse should file a General Proof of Claim Form and a Sexual Abuse Proof of Claim Form by the General Bar Date, copies of which are enclosed herein and

-1-

which also may be found at https://www.kccllc.net/rcbo. See Section 3 below for more information. If you have a claim arising from other types of abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, and you have not filed a proof of claim prior to the entry of the Bar Date Order, you must file a General Proof of Claim Form as set forth in the Bar Date Order and this Notice.

The Governmental Bar Date. The General Bar Date and the procedures set forth below for filing proofs of claim apply to all claims against the Debtor that arose before May 8, 2023 (the "Petition Date"), the date on which the Debtor commenced its case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), including claims arising under section 503(b)(9) of the Bankruptcy Code, and excluding claims held by those listed in Section 6 below that are specifically excluded from the Bar Date filing requirement. "Governmental Units" (as defined in section 101(27) of the Bankruptcy Code) have until **November 6, 2023 at 5:00 p.m.** (prevailing Pacific Time), the date that is one-hundred and eighty (180) days after the order for relief (the "Governmental Bar Date"), to file proofs of claim against the Debtor.

The Rejection Damages Bar Date. Counterparties to the Debtor's executory contracts and unexpired leases have until the later of (i) the General Bar Date or Governmental Bar Date, as applicable and (ii) 5:00 p.m. (prevailing Pacific Time) on the date that is thirty (30) days after entry of the order authorizing the rejection of such contract or lease (the "Rejection Damages Bar Date"), to file proofs of claim for rejection damages against the Debtor.

The Amended Schedules Bar Date. With respect to amendments or supplements to the Debtor's schedules of assets and liabilities (the "Schedules"), claimants have until the later of (i) the General Bar Date or the Governmental Bar Date, as applicable and (ii) 5:00 p.m. (prevailing Pacific Time) on the date that is thirty (30) days from the date on which the Debtor provides notice of previously unfiled Schedules (as defined herein) or an amendment or supplement to the Schedules (the "Amended Schedules Bar Date" and together with the General Bar Date, the Governmental Bar Date, and the Rejection Damages Bar Date, the "Bar Dates"), to file proofs of claim against the Debtor.

NOTICE OF DEADLINES REQUIRING FILING PROOFS OF CLAIM
-2-

Case: 23-40523    Doc# 181-5    Filed: 06/27/23    Entered: 06/27/23 16:39:09    Page 3 of 10

1.  **WHO MUST FILE A PROOF OF CLAIM**

You MUST file a proof of claim to vote on a chapter 11 plan filed by the Debtor or to share in distributions from the Debtor's bankruptcy estate if you have a claim that arose before the Petition Date, and it is not one of the types of claims described in Section 6 below. Claims based on acts or omissions of the Debtor that occurred before the Petition Date must be filed on or before the Bar Dates, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Petition Date.

Under section 101(5) of the Bankruptcy Code and as used in this notice, the word "claim" means (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

2.  **WHAT TO FILE FOR GENERAL CLAIMS**

If you have a General Claim, your filed proof of claim must conform substantially to Official Form 410 (the "General Proof of Claim Form"). If your claim is listed on the schedules of assets and liabilities filed by the Debtor (collectively, the "Schedules"), the proof of claim form also sets forth the amount of your claim as listed on the Schedules, and whether the claim is scheduled as "disputed," "contingent," or "unliquidated." You will receive a different proof of claim form for each claim listed in your name on the Schedules. You may utilize the proof of claim form(s) provided by the Debtor to file your claim. Additional proof of claim forms and instructions may be obtained at (a) the website established by the Debtor's Court-approved claims and noticing agent, Kurtzman Carson Consultants ("KCC"), located at https://www.kccllc.net/rcbo or (b) the Bankruptcy Court's website located at www.uscourts.gov/forms/bankruptcy-forms.

All proof of claim forms must be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency (using the exchange rate, if applicable, as of the Petition Date). You also should attach to your

completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or explanation as to why the documents are not available.

Your proof of claim form must not contain complete social security numbers or taxpayer identification numbers (only the last four (4) digits), a complete birth date (only the year), the name of a minor (only the minor's initials), or a financial account number (only the last four (4) digits of such account number).

**3.     WHAT TO FILE FOR SEXUAL ABUSE CLAIMS**

If you have a Sexual Abuse Claim, you must file a General Proof of Claim Form **AND** a Sexual Abuse Proof of Claim Form, copies of which are enclosed and which also may be found at https://www.kccllc.net/rcbo. For the avoidance of doubt, if you have a Sexual Abuse Claim and you have not filed a proof of claim prior to the entry of the Bar Date Order, you must complete a Sexual Abuse Proof of Claim Form **AND** a General Proof of Claim Form.

You may have a Sexual Abuse Claim if you experienced sexual abuse as a result of activities related to the Roman Catholic Bishop of Oakland on or before May 8, 2023. "**Sexual Abuse**" is defined as an act of sexual contact or sexual penetration between a child under the age of 18 years and an adult.

- a. "**Sexual contact**" means an intentional touching by the victim or actor, either directly or through clothing, of the victim's or actor's intimate parts for the purpose of sexually arousing or sexually gratifying the actor. Sexual contact of the adult with himself must be in view of the victim whom the adult knows to be present.

- b. "**Sexual penetration**" means vaginal intercourse, cunnilingus, fellatio, digital penetration, or anal intercourse between persons or insertion of the hand, finger or object into the anus or vagina either by the adult or upon the adult's instruction.

- c. "**Intimate parts**" means the following body parts: sexual organs, genital area, anal area, inner thigh, groin, buttock or breast of a person.

- d. "**Injury** or **illness**" includes psychological injury or illness, whether or not accompanied by physical injury or illness.

**If you have a claim arising from other types of abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing and you have not filed a proof of claim prior to the**

NOTICE OF DEADLINES REQUIRING FILING PROOFS OF CLAIM
-4-

Case: 23-40523    Doc# 181-5    Filed: 06/27/23    Entered: 06/27/23 16:39:09    Page 5 of 10

entry of the Bar Date Order, you must file a General Proof of Claim Form as set forth in the Bar Date Order and this Notice.

4.  **CONFIDENTIALITY PROTOCOL GOVERNING SUBMISSION OF SEXUAL ABUSE PROOFS OF CLAIM**

The Bar Date Order provides that a Confidentiality Protocol shall govern the submission of certain proofs of claim.

Individuals filing Sexual Abuse Proofs of Claim are directed not to file their General Proof of Claim Forms or Sexual Abuse Proof of Claim Forms with the Court. Instead, such Proof of Claim Forms must be (a) sent by first-class mail, overnight mail, or hand-delivery to the Claims Agent at the following address: RCBO Claims Processing Center, 222 N. Pacific Coast Highway, Suite 300, c/o KCC, El Segundo, CA 90245, or (b) filed through the Electronic Filing System via the website located at https://www.kccllc.net/rcbo. Sexual Abuse Proof of Claim Forms submitted by individuals with claims arising from sexual abuse will not be available to the general public unless such claimant requests, solely in his or her discretion, for such proof of claim to be made public by so indicating in his or her Sexual Abuse Proof of Claim.

5.  **WHEN AND WHERE TO FILE**

All proofs of claim must be filed so as to be received on or before **September 11, 2023 at 5:00 p.m**. (prevailing Pacific Time) (for all persons except Governmental Units) or **November 6, 2023 at 5:00 p.m**. (prevailing Pacific Time) (for all Governmental Units) as follows:

IF BY U.S. POSTAL SERVICE MAIL, HAND DELIVERY, OR OVERNIGHT DELIVERY

> RCBO Claims Processing Center
> 222 N. Pacific Coast Highway, Suite 300
> c/o KCC
> El Segundo, CA 90245

IF ELECTRONICALLY:

The website established by the Claims Agent, using the interface available on such website located at https://www.kccllc.net/rcbo (the "Electronic Filing System") and following the instructions provided.

Proofs of claim will be deemed filed only when actually received at the addresses listed above or via the Electronic Filing System on or before the applicable Bar Date. Proofs of claim may not be delivered by facsimile, telecopy, or electronic mail transmission.

**6.     CLAIMS FOR WHICH PROOFS OF CLAIM NEED NOT BE FILED**

The Bar Date Order further provides that the following entities, whose claims otherwise would be subject to the General Bar Date or the Governmental Bar Date, need not file proofs of claim:

(a) any person or entity that already has filed a proof of claim against the Debtor in a form substantially similar to Official Bankruptcy Form No. 410; provided, however, that any holder of a Sexual Abuse Claim who files a proof of claim on account of a Sexual Abuse Claim using a form substantially similar to Official Bankruptcy Form No. 410 rather than the Sexual Abuse Proof of Claim Form may subsequently be required to complete the Sexual Abuse Proof of Claim Form or otherwise answer additional questions regarding such Sexual Abuse Claim, including the questions set forth in the Sexual Abuse Proof of Claim Form, in connection with the administration of his or her Sexual Abuse Claim;

(b) any person or entity whose claim is listed on the Schedules filed by the Debtor, provided that (i) the claim is not scheduled as "disputed", "contingent", or "unliquidated" and (ii) the claimant does not disagree with the amount, nature and priority of the claim as set forth in the Schedules;

(c) any holder of a claim that heretofore has been allowed by Order of this Court;

(d) any person or entity whose claim has been paid in full by the Debtor;

(e) any holder of a claim for which specific deadlines have previously been fixed by this Court; and

(f) any officer, director, employee, or independent contractor of the Debtor who held such position as of the Petition Date and has a claim against the Debtor for indemnification, contribution, or reimbursement; provided, however, that any of the foregoing parties that wishes to assert a claim other than a claim arising from or relating to indemnification, contribution, or reimbursement will be required to file a proof of claim by the General Bar Date, unless another exception identified in this section 6 applies.

This Notice is being sent to many persons and entities that have had some relationship with or have done business with the Debtor but may not have an unpaid claim against the Debtor. The fact that you have received this Notice does not mean that you have a claim or that the Debtor or the Court believe that you have a claim against the Debtor.

NOTICE OF DEADLINES REQUIRING FILING PROOFS OF CLAIM
-6-

Case: 23-40523    Doc# 181-5    Filed: 06/27/23    Entered: 06/27/23 16:39:09    Page 7 of 10

**7. EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

If you have a claim arising out of the rejection of an executory contract or unexpired lease, you must file your claim by the applicable Rejection Damages Bar Date (as defined herein).

**8. AMENDMENTS TO THE DEBTOR'S SCHEDULES**

If you have a claim arising out of any amendments that the Debtor files to its Schedules, you must file it by the Amended Schedules Bar Date (as defined herein).

**9. CONSEQUENCES OF FAILURE TO FILE A CLAIM**

ANY HOLDER OF A CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THIS ORDER, AS SET FORTH IN SECTION 6 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING ON ANY PLAN OF REORGANIZATION FILED IN THIS CASE AND PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTOR'S CASES ON ACCOUNT OF SUCH CLAIM.

**10. THE DEBTOR'S SCHEDULES AND ACCESS THERETO**

To determine if and how you are listed on the Schedules, please refer to the descriptions set forth on the enclosed proof of claim form(s) regarding the nature, amount, and status of your claim(s). If you received postpetition payments from the Debtor (as authorized by the Bankruptcy Court) on account of your claim(s), the enclosed proof of claim form(s) should reflect the net amount of your claim(s).

IF YOU RELY ON THE DEBTOR'S SCHEDULES OR THE ENCLOSED PROOF OF CLAIM FORM(S), IT IS YOUR RESPONSIBILITY TO DETERMINE THAT THE CLAIM ACCURATELY IS LISTED ON THE SCHEDULES.

As set forth above, if you agree with the nature, amount, and status of your claim as listed in the Schedules, and if your claim is not described as "disputed," "contingent," or "unliquidated," you need not file a proof of claim. Otherwise, or if you decide to file a proof of claim, you must do so before the applicable Bar Date, in accordance with the procedures set forth in this notice.

Copies of the Schedules are available for inspection on (a) the website established by the Claims Agent at https://www.kccllc.net/rcbo and (b) on the Bankruptcy Court's website at

http://www.canb.uscourts.gov. A login and password to the Bankruptcy Court's Public Access to Electronic Records ("PACER") are required to access this information on the Bankruptcy Court's website and can be obtained through the PACER Service Center at http://www.pacer.gov. Copies of the Schedules also may be examined between the hours of 9:00 a.m. and 4:30 p.m., Monday through Friday at the Office of the Clerk of the Bankruptcy Court, located at 1300 Clay Street, Suite 300, Oakland, CA 94612. Copies of the Schedules also may be obtained by request to the Claims Agent:

By mail:

> RCBO Claims Processing Center
> 222 N. Pacific Coast Highway, Suite 300
> c/o KCC
> El Segundo, CA 90245

**11. ADDITIONAL INFORMATION**

If you have any questions regarding the claims process and/or you wish to obtain a copy of the Bar Date Notice, a proof of claim form, or related documents you may do so by: (i) calling the Debtor's restructuring hotline at (888) 733-1425 (US toll-free) or (310) 751-2631 (International); (ii) visiting the Debtor's restructuring website at: https://www.kccllc.net/rcbo; and/or (iii) writing to RCBO Claims Processing Center, 222 N. Pacific Coast Highway, Suite 300, c/o KCC, El Segundo, CA 90245. **Please note** that the Claims Agent **cannot** offer legal advice or advise whether you should file a proof of claim.

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTOR SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

**BY ORDER OF THE COURT.**

//

//

NOTICE OF DEADLINES REQUIRING FILING PROOFS OF CLAIM
-8-

Case: 23-40523   Doc# 181-5   Filed: 06/27/23   Entered: 06/27/23 16:39:09   Page 9 of 10

| | | |
|---|---|---|
| DATED: June 27, 2023 | | **FOLEY & LARDNER LLP**<br>Jeffrey R. Blease<br>Thomas F. Carlucci<br>Shane J. Moses<br>Emil P. Khatchatourian<br>Ann Marie Uetz<br>Matthew D. Lee |

*/s/ Shane J. Moses*

SHANE J. MOSES

*Counsel for the Debtor
and Debtor in Possession*