| | |
|---|---|
| 1 | **FOLEY & LARDNER LLP** |
| | Jeffrey R. Blease (CA Bar. No. 134933) |
| 2 | Tel: (617) 226-3155; jblease@foley.com |
| | Thomas F. Carlucci (CA Bar No. 135767) |
| 3 | Tel: (415) 984-9824; tcarlucci@foley.com |
| | Shane J. Moses (CA Bar No. 250533) |
| 4 | Tel: (415) 438-6404; smoses@foley.com |
| | Emil P. Khatchatourian (CA Bar No. 265290) |
| 5 | Tel: (312) 832-5156; ekhatchatourian@foley.com |
| | Ann Marie Uetz (admitted *pro hac vice*) |
| 6 | Tel: (313) 234-7114; auetz@foley.com |
| | Matthew D. Lee (admitted *pro hac vice*) |
| 7 | Tel: (608) 258-4203; mdlee@foley.com |
| | 555 California Street, Suite 1700 |
| 8 | San Francisco, CA 94104-1520 |

*Counsel for the Debtor
and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. 23-40523 WJL |
| THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole, | Chapter 11 |
| Debtor. | **NOTICE OF HEARING ON MOTION OF THE DEBTOR FOR AN ORDER ESTABLISHING DEADLINES FOR FILINGS PROOFS OF CLAIM AND GRANTING RELATED RELIEF** |
| | Judge: Hon. William J. Lafferty |
| | Date: July 18, 2023<br>Time: 9:00 a.m.<br>Place: United States Bankruptcy Court<br>1300 Clay Street<br>Courtroom 220<br>Oakland, CA 94612 |
| | [In person or via Zoom] |

  **PLEASE TAKE NOTICE THAT** a hearing will be held on **Tuesday, July 18, 2023, at 9:00 a.m.** (the "Hearing"), and will take place at the United States Bankruptcy Court, 1300 Clay Street, Oakland, California, before the Honorable William J. Lafferty, United States Bankruptcy Judge, to consider the *Motion of the Debtor for an Order Establishing Deadlines for Filings Proofs of Claim and Granting Related Relief* (the "Motion"), filed concurrently herewith by The Roman Catholic Bishop of Oakland, a California corporation sole, and the debtor and debtor in possession (the "Debtor" or "RCBO") in the above-captioned chapter 11 bankruptcy case (the "Bankruptcy Case").

The Motion seeks an order approving: 1) certain deadlines for the filing of proofs of claim in the Chapter 11 Case by all parties, including governmental entities and other claimants, and 2) procedures related to the filing of proofs of claim, including various forms for filing proofs of claim and notice to be provided to parties in interest, as well as 3) procedures intended to protect the confidentiality of information contained in proofs of claim.

The Motion is based upon this Notice; the Motion and the memorandum of points and authorities set forth therein; any declaration filed in support thereof; any and all supplemental papers that may be filed by the Debtor; the papers on file in this bankruptcy case; and on such arguments or evidence as may be presented at the hearing. Copies of the Motion and papers filed in support thereof, and all pleadings and papers filed in this Bankruptcy Case, can be obtained from the website maintained by the Debtor's claims and noticing agent, Kurtzman Carson Consultants LLC, at https://www.kccllc.net/rcbo.

**PLEASE TAKE FURTHER NOTICE THAT** the Hearing will be held in person in the courtroom, provided that (1) counsel, parties, and other interested parties may attend the hearing in person or by Zoom; (2) additional information is available on Judge Lafferty's Procedures page on the Court's website, which is http://www.canb.uscourts.gov; and (3) information on how to attend the hearing by Zoom will be included with each calendar posted under Judge Lafferty's Calendar on the court's website. All parties should review Judge Lafferty's Practices and Procedures for In-Person Hearings, found on the Court's website.

**PLEASE TAKE FURTHER NOTICE THAT** <u>**opposition, if any, to the granting of the relief sought in the Motion must be in writing, filed with the Bankruptcy Court not later than seven (7) days before the date set for the Hearing**</u>. Any opposition must be filed in writing with Clerk of the Bankruptcy Court at 1300 Clay Street, Suite 300, Oakland, California, 94612 (mailing address: P.O. Box 2070, Oakland, California, 94604) and must be served on counsel for the Debtor at the address listed above. Unless a timely objection is filed, the Court may grant the relief requested in the Motion without a hearing. **Failure to file and serve a timely objection may result waiver of any objection**.

DATED: June 27, 2023  **FOLEY & LARDNER LLP**
Jeffrey R. Blease
Thomas F. Carlucci
Shane J. Moses
Emil P. Khatchatourian
Ann Marie Uetz
Matthew D. Lee

*/s/ Shane J. Moses*
Shane J. Moses

Counsel for the Debtor
and Debtor in Possession