**LOWENSTEIN SANDLER LLP**
JEFFREY D. PROL (admitted *pro hac vice*)
jprol@lowenstein.com
BRENT WEISENBERG (admitted *pro hac vice*)
bweisenberg@lowenstein.com
COLLEEN M. RESTEL (admitted *pro hac vice*)
crestel@lowenstein.com
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
tkeller@kbkllp.com
JANE KIM (Cal. Bar No. 298192)
jkim@kbkllp.com
GABRIELLE L. ALBERT (Cal. Bar No. 190895)
galbert@kbkllp.com
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Proposed Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,<br><br>Debtor. | Case No. 23-40523 WJL<br><br>Chapter 11<br><br>**DECALARATION OF TOBIAS S. KELLER IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING RETENTION OF KELLER BENVENUTTI KIM LLP AS LOCAL COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE ROMAN CATHOLIC BISHOP OF OAKLAND EFFECTIVE JUNE 1, 2023** |

I, Tobias S. Keller, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney licensed to practice by the State of California and admitted to practice before this Court. I am a partner of the firm Keller Benvenutti Kim LLP ("KBK" or the "Firm"), proposed local counsel to the Committee.

2. I submit this declaration in support of the Committee's *Application for Order Authorizing Retention of Keller Benvenutti Kim LLP as Local Counsel for the Official Committee of Unsecured Creditors of the Roman Catholic Bishop of Oakland Effective June 1, 2023* (the "Application")[1], *nunc pro tunc* to the Selection Date (as defined herein).

3. The facts set forth in this declaration are personally known to me, and, if called as a witness, I could and would competently testify thereto. To the extent that any information disclosed herein requires subsequent amendment and/or modification, KBK will use reasonable best efforts to file a supplemental declaration reflecting such amended and/or modified information.

4. The Committee has retained KBK as its local bankruptcy counsel in this case, subject to approval of this Court. KBK is a boutique law firm focused on bankruptcy and restructuring. The attorneys at KBK have served as committee counsel on a wide range of chapter 11 cases. In addition to their work as committee counsel, the attorneys at KBK have played various roles in numerous chapter 11 cases and have extensive chapter 11 experience.

5. The Committee has filed, or expects to file shortly, an application to employ Lowenstein as lead counsel.

6. On May 30, 2023, the Committee selected Lowenstein as its lead counsel and on June 1, 2023, the Selection Date, KBK as local counsel. KBK began to perform services on behalf of the Committee on the Selection Date.

7. I anticipate that KBK will render the legal services to the Committee described in the Application. Based on KBK's extensive bankruptcy experience, KBK is well-qualified to perform the foregoing services and represent the Committee's interests in this chapter 11 case.

---

[1] Capitalized terms used but not defined herein shall have the definitions contained in the Application.

8. KBK will charge for its legal services on an hourly basis in accordance with the ordinary and customary hourly rates in effect as of January 1, 2023, as revised from time to time. KBK's hourly fees are comparable to those charged by attorneys of similar experience for engagements of scope and complexity similar to this chapter 11 case. KBK's disbursement policies pass through all out-of-pocket expenses at actual cost, or at estimated actual cost when the actual cost is difficult to determine. These expenses include photocopying, express or overnight delivery charges, facsimiles, toll calls, overtime meals, computerized research, deliveries, court costs, transcript fees, travel, clerk fees, certain secretarial and other overtime expenses, and other expenses.

9. The attorneys and legal professionals that I anticipate will or may work on this matter, and their current hourly rates, are as follows:

> Tobias S. Keller (Partner): $950
>
> Jane Kim (Partner): $850
>
> David Taylor (Partner): $750
>
> Gabrielle L. Albert (Associate): $650
>
> Jullian Sekona (Associate): $390
>
> Colin Mitsuoka (Staff): $175

The above-listed rates are the normal billing rates charged by KBK for each respective attorney in both bankruptcy and non-bankruptcy matters.

10. KBK will maintain detailed, contemporaneous time records in six-minute intervals and apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses, and any additional procedures that may be established by the Court in this Chapter 11 Case. KBK has agreed to accept as compensation and reimbursement such sums as may be allowed by the Court. KBK understands that interim and final fee awards are subject to approval by this Court.

11. KBK received from Debtor's counsel a schedule of key parties in interest in this case a copy of which is attached hereto as **Exhibit 1**.

12. To check and clear potential conflicts of interest in this case, as well as to identify all "connections" (as such term is used in Bankruptcy Rule 2014) to the Debtor, its creditors, other parties in interest, their respective attorneys and accountants, the United States Trustee for the Northern District of California (the "U.S. Trustee"), any person employed in the office of the U.S. Trustee, the lawyers at KBK each reviewed Exhibit 1 to determine whether they have or had any relationships with any entity represented thereon.

13. KBK is co-counsel for debtors and debtors-in-possession PG&E Corporation and Pacific Gas and Electric Company (together, "PG&E") in chapter 11 case nos. 19-30088 *et seq.* (DM) (Bankr. N.D. Cal.). PG&E is one of the primary utility providers in Northern California and a potential interested party and has waived all potential conflicts of this nature. I am aware of no actual conflict involving both PG&E and the Debtor.

14. KBK has been co-counsel with Gough & Hancock in the PG&E-related matters. None of these matters had any relation to the Debtor.

15. Peter Benvenutti, a partner at KBK, represented the Franciscan Friars of California, Inc. while a partner at Heller Ehrman LLP. That matter concluded over fifteen years ago. Although KBK does not believe that such representation creates any conflict, Mr. Benvenutti and KBK have agreed to screen Mr. Benvenutti from this chapter 11 case such that he will have no role or participation in it.

16. Gabrielle Albert, an associate at KBK, attended church at Holy Spirit/Newman Hall Church in Berkeley, California, in the 1990s. She has no other connections to the Debtor.

17. On April 4, 2023, KBK was selected as local counsel to the Official Committee of Unsecured Creditors of the Roman Catholic Bishop of Santa Rosa (the "Santa Rosa Committee"). I believe that this representation does not constitute an actual conflict but may be a "connection" within the meaning of Bankruptcy Rule 2014 or is otherwise a relationship that should be disclosed.

18.     Certain Committee members are represented by attorneys who represent committee members sitting on the Santa Rosa Committee. Those attorneys are: Jeff Anderson & Associates PA; Pfau Cochran Vertetis Amala PLLC; Slater Slater Schulman LLP; the Zalkin Law Firm; and Joseph George, Jr. Law Corporation.

19.     KBK has worked with Armanino LLP ("Armanino") in its capacity as an assignee for the benefit of creditors under applicable state statutes but has never represented it as a client. I am aware of no actual conflict involving Armanino.

20.     Other than as described in the foregoing, after diligent inquiry, I have ascertained (a) no connection, as such term is used in section 101(14)(C) of the Bankruptcy Code, as modified by section 1107(b) and Bankruptcy Rule 2014(a), between KBK and any party in interest in this chapter 11 case, including with the Debtor, its creditors, the U.S. Trustee, any person employed in the office of the U.S. Trustee or any other party with an actual or potential interest in this chapter 11 case or their respective attorneys or accountants; (b) KBK is not a creditor, equity security holder, or insider of the Debtor; (c) none of KBK's lawyers is, or was within two years of the Petition Date, a director, officer, or employee of the Debtor; and (d) KBK neither holds nor represents an interest adverse to the Debtor, its estate, or any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in the Debtor, or for any other reason. For the foregoing reasons, the Committee believes that KBK is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code.

21.     KBK did not provide the Committee or any informal group of creditors of the Debtor with legal services prior to the Selection Date. Accordingly, KBK has not received any prepetition compensation from the Committee or from any of its members.

**STATEMENT REGARDING UST GUIDELINES**

22.     As this Court is aware, the Executive Office for United States Trustees ("EOUST") has adopted the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "Appendix B Guidelines"). By their terms, the Appendix B Guidelines "apply to the USTP's review of applications for compensation filed by attorneys in larger chapter 11 cases," and are intended as

an update to the original Guidelines (the "Appendix A Guidelines") adopted by the EOUST in 1996. The Appendix A Guidelines have been a part of this Court's local procedures for years.

23. Among other things, the Appendix B Guidelines ask attorneys in larger chapter 11 cases to provide additional documentation and make significant new disclosures in connection with their retention under section 327 and compensation under section 330 of the Bankruptcy Code. As the Appendix B Guidelines themselves acknowledge, "the Guidelines do not supersede local rules, court orders, or other controlling authority."

24. KBK intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the Appendix B Guidelines both in connection with this Application and the interim and final fee applications to be filed by KBK in the course of its engagement. It is KBK's intention to work cooperatively with the U.S. Trustee to address the concerns that prompted the EOUST to adopt the Appendix B Guidelines; however, in doing so, KBK reserves all rights as to the relevance and substantive legal effect of the Appendix B Guidelines in respect of any application for employment or compensation in these cases that falls within the ambit of the Appendix B Guidelines.

25. No promises have been received by KBK, or any partner, counsel, or associate of KBK, as to payment or compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and the Fee Guidelines. Furthermore, the Firm has no agreement with any other entity to share compensation received by the Firm or by such entity.

**ATTORNEY STATEMENT PURSUANT TO APPENDIX B GUIDELINES**

26. The following is provided in response to the request for additional information set forth in Paragraph D.1. of the Appendix B Guidelines.

**Question:** Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

Response: No, the billing arrangement for the Committee is KBK's standard and customary billing arrangement.

**Question:** Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

| | | |
|---|---|---|
| Response: | | No, KBK's professionals included in this engagement have not varied their rate based on the geographic location of the Chapter 11 Case. |
| **Question:** | | If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition period. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference. |
| Response: | | KBK did not represent the Committee prior to the Petition Date. |
| **Question:** | | Has your client approved your prospective budget and staffing plan and, if so, for what budget period? |
| Response: | | The Committee has reviewed KBK's proposed hourly billing rates and staffing plan for the first three months of the case. In accordance with the U.S. Trustee Guidelines, the budget may be amended as necessary to reflect changed or unanticipated developments in the Chapter 11 Case. |

27. The foregoing constitutes KBK's statement pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016.

28. I will amend or supplement this declaration to the extent I learn that (a) any of the within representations are incorrect or (b) there is any change of circumstances relating thereto.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 27th day of June 2023, in San Francisco, California.

By: */s/ Tobias S. Keller*
      Tobias S. Keller

# EXHIBIT 1

## Potential Parties in Interest

**BANKRUPTCY PROFESSIONALS – RETAINED**

ALVAREZ & MARSAL

FOLEY & LARDNER LLP

KURTZMAN CARSON CONSULTANTS LLC (KCC)

**BANKS/LENDER/UCC LIEN PARTIES/ADMINISTRATIVE AGENTS**

PRINCIPAL FINANCIAL GROUP

ROMAN CATHOLIC CEMETERIES OF THE DIOCESE OF OAKLAND

UNION BANK

WELLS FARGO INST RETIREMENT & TRUST

U.S. BANK

ALBERTSONS/SAFEWAY

AMERICAN EXPRESS

APPLE FINANCIAL SERVICES

C T CORPORATION SYSTEM

CHASE CARDMEMBER SERVICE

CIT BANK

CIT FINANCE LLC

CITI BANK

DEUTSCHE BANK NATIONAL TRUST COMPANY

GENERAL ELECTRIC CAPITAL CORPORATION

HOME DEPOT CREDIT SERVICES

NATIONAL EUCHARISTIC CONGRESS, INC.

RICOH BUSINESS SOLUTIONS

RICOH USA INC

SCHWAB BANK

THE SHERWIN WILLIAMS CO.

U.S. BANK EQUIPMENT FINANCE

VAR RESOURCES LLC

WELLS FARGO VENDOR FINANCIAL SERVICES

XEROX FINANCIAL SERVICES

**BISHOP**

BISHOP CHAD ZIELINSKI

BISHOP GORDON BENNETT, SJ

BISHOP MICHAEL BARBER, S.J.

BISHOP ROY CAMPBELL, JR.

**CHANCELLOR**

RICK MEDEIROS

**DEACON**

DEACON JORGE ANGEL

DN. NOE GONZALEZ-ALFARO

DN. DAVID G. YOUNG

**DEBTORS**

ROMAN CATHOLIC BISHOP OF OAKLAND

**DIRECTOR/OFFICER/OTHER INSIDERS**

FATHER LAWRENCE C. D'ANJOU

PAUL BONGIOVANNI

THE MOST REVEREND MICHAEL C. BARBER, SJ

ADVENTUS

BISHOP EMERITUS JOHN S. CUMMINS

CATHOLIC CATHEDRAL CORPORATION OF EAST BAY

CATHOLIC CHARITIES OF THE DIOCESE OF OAKLAND

CATHOLIC CHURCH SUPPORT SERVICES

CATHOLIC FOUNDATION OF THE DIOCESE OF OAKLAND

CATHOLICA SOCIETATE

CHRIST THE LIGHT CATHEDRAL CORP

HAYWORD MORTUARY, INC.

LUMEN CHRISTI ACADEMIES

OAKLAND SOCIETY FOR THE PROPAGATION OF THE FAITH

RICK MEDEIROS

ROMAN CATHOLIC BISHOP OF OAKLAND LAY EMPLOYEES MONEY PURCHASE PENSION PLAN

ROMAN CATHOLIC CEMETERIES OF THE DIOCESE OF OAKLAND

ROMAN CATHOLIC FUNERAL SERVICES OF THE DIOCESE OF OAKLAND

ROMAN CATHOLIC WELFARE CORPORATION OF OAKLAND

THE CATHOLIC FUNERAL TRUST OF NORTHERN CALIFORNIA

THE DIOCESE OF OAKLAND PRIEST LONG TERM CARE PLAN

THE DIOCESE OF OAKLAND PRIEST PENSION PLAN

THE DIOCESE OF OAKLAND PRIEST SUPPLEMENTAL RETIREMENT PLAN

THE OAKLAND PAROCHIAL FUND, INC.

**HISTORICAL INSURANCE**

AETNA INSURANCE COMPANY

AMERICAN HOME INSURANCE

CNA INSURANCE COMPANY

COMMERCIAL UNION

EMPLOYERS REINSURANCE

INA (ACE INSURANCE COMPANY)

INDUSTRIAL INDEMNITY

INSURANCE COMPANY OF AMERICA

LLOYD'S OF LONDON SYNDICATES 2623 (AFB) AND 623 (AFB)

ORDINARY MUTUAL

PACIFIC EMPLOYERS REINSURANCE

PACIFIC INDEMNITY

TRAVELERS INSURANCE COMPANY

UNITED STATES FIRE INSURANCE

**INSURANCE**

ALLIED WORLD NATIONAL ASSURANCE COMPANY

ARTHUR J. GALLAGHER & CO.

ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, LLC

CALIFORNIA PRIVATE SCHOOL SELF INSURANCE GROUP (CAPS SIG)

CHURCH MUTUAL

ENDURANCE INSURANCE

FAIR AMERICAN INSURANCE AND REINSURANCE COMPANY

GALLAGHER BASSETT

HOUSTON CASUALTY COMPANY

HUDSON INSURANCE COMPANY (EUCLID)

LANDMARK AMERICAN INSURANCE CO

LEXINGTON INSURANCE COMPANY

LIBERTY SURPLUS INSURANCE

LLOYDS OF LONDON

NATIONAL CATHOLIC RRG INC.

PRUDENTIAL INSURANCE COMPANY

THE HANOVER INSURANCE GROUP

TRAVELERS PROPERTY CASUALTY CO OF AMERICA

WESTCHESTER SURPLUS LINES INSURANCE

BANKDIRECT CAPITAL FINANCE, LLC

GALLAGHER BASSETT SERVICES, INC.

HUMANA INSURANCE COMPANY

MYERS-STEVENS & TOOHEY & CO., INC.

STANDARD INSURANCE COMPANY

WESTERN CATHOLIC INS CO, RISK RETENTION GRP, INC

ARTHUR J. GALLAGHER – LONDON

CAPS-SIG

MARKEL INSURANCE COMPANY

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

**INTER-DIOCESAN ENTITY**

CATHOLIC CATHEDRAL CORP OF THE EAST BAY

LUMEN CHRISTI ACADEMIES

CARMEL OF JESUS, MARY & JOSEPH

CATHOLIC CHARITIES OF THE EAST BAY

CHINESE PASTORAL AND CULTURAL CENTER

F.A.C.E.

KOREAN PASTORAL CENTER

SPRED

**KNOWN AFFILIATES**

ADVENTUS

CATHOLIC CATHEDRAL CORPORATION OF EAST BAY

CATHOLIC CHARITIES OF THE DIOCESE OF OAKLAND

CATHOLIC CHURCH SUPPORT SERVICES

CATHOLIC FOUNDATION OF THE DIOCESE OF OAKLAND

CATHOLICA SOCIETATE

FURRER PROPERTIES, INC.

HAYWORD MORTUARY, INC.

LUMEN CHRISTI ACADEMIES

OAKLAND SOCIETY FOR THE PROPAGATION OF THE FAITH

ROMAN CATHOLIC BISHOP OF OAKLAND LAY EMPLOYEES MONEY PURCHASE PENSION PLAN

ROMAN CATHOLIC DIOCESE OF OAKLAND

ROMAN CATHOLIC FUNERAL SERVICES OF THE DIOCESE OF OAKLAND

ROMAN CATHOLIC WELFARE CORPORATION OF OAKLAND

SCHOOL DEPT-DIOCESE OF OAKLAND

THE CATHOLIC FUNERAL TRUST OF NORTHERN CALIFORNIA

THE DIOCESE OF OAKLAND PRIEST LONG TERM CARE PLAN

THE DIOCESE OF OAKLAND PRIEST PENSION PLAN

THE DIOCESE OF OAKLAND PRIEST SUPPLEMENTAL RETIREMENT PLAN

THE OAKLAND PAROCHIAL FUND, INC.

ROMAN CATHOLIC CEMETERIES OF THE DIOCESE OF OAKLAND

**LANDLORDS**

CATHOLIC CATHEDRAL CORPORATION OF EAST BAY

**ORDINARY COURSE PROFESSIONALS**

ARMANINO LLP

MOSS-ADAMS LLP

VERACRUZ ADVISORY, LLC

ALLEN, GLAESSNER, HAZELWOOD & WERTH LLP

GOUGH & HANCOCK LLP

THE HALEY LAW OFFICES, P.C.

THE KAMER GROUP, INC.
WEYAND LAW FIRM
BEACON POINTE ADVISORS
GREATER WINGS, LLC
LEE & ASSOCIATES
MONSIGNOR RONNY JENKINS
NICOLAY CONSULTING GROUP, INC.
PATTI'S CATHOLIC CORNER
PLAGEMAN, LUND & CANNON LLP
SITRICK & COMPANY

**PARISH**

ALL SAINTS
ASSUMPTION PARISH
CCOP – ST AUGUSTINE
CHRIST THE KING
CHRIST THE LIGHT CATHEDRAL CORP
CORPUS CHRISTI FREMONT PARISH
CORPUS CHRISTI PIEDMONT PARISH
DIVINE MERCY OF THE DIOCESE OF OAKLAND
GOOD SHEPHERD
HOLY SPIRIT
HOLY SPIRIT/NH (CSP)
IMM HEART MARY
LADY QUEEN WORLD
MOST HOLY ROSARY
OUR LADY ROSARY
OUR LADY GOOD COUNSEL
OUR LADY GRACE (OFM CONV)
OUR LADY GUADALUPE (MF)
OUR LADY OF LOURDES
OUR LADY OF MERCY (OP)
QUEEN OF ALL SAINTS

SACRED HEART (OMI)
SANTA MARIA
ST. AGNES
ST. AMBROSE
ST. ANNE BYRON PARISH
ST. ANNE UNION CITY PARISH
ST. ANNE WALNUT CREEK PARISH
ST. ANTHONY
ST. ANTHONY – MARY HC
ST. AUGUSTINE
ST. BARNABAS
ST. BEDE
ST. BENEDICT
ST. BERNARD (SVD)
ST. BONAVENTURE
ST. CALLISTUS
ST. CATHERINE SIENA
ST. CHARLES BORROMEO
ST. CLEMENT
ST. COLUMBA
ST. CORNELIUS
ST. DAVID OF WALES
ST. EDWARD
ST. ELIZABETH (OFM)
ST. FELICITAS
ST. FRANCIS OF ASSISI
ST. IGNATIUS
ST. ISIDORE
ST. JAMES
ST. JARLATH (OFM CONV)
ST. JEROME
ST. JOACHIM (SVD)
ST. JOAN OF ARC

ST. JOHN BAPTIST EL CERRITO PARISH

ST. JOHN BAPTIST SAN LORENTO PARISH

ST. JOHN VIANNEY

ST. JOSEPH BASILICA

ST. JOSEPH FREMONT PARISH

ST. JOSEPH PINOLE PARISH

ST. JOSEPH WORKER

ST. LEANDER

ST. LEO

ST. LOUIS BERTRAND

ST. MARGARET MARY

ST. MARK

ST. MARY

ST. MARY MAGDALEN

ST. MICHAEL

ST. MONICA

ST. PATRICK OAKLAND PARISH

ST. PATRICK RODEO PARISH

ST. PAUL (OFM CONV)

ST. PERPETUA

ST. PETER MARTYR

ST. PHILIP – ST. ALBERT (MF)

ST. RAYMOND

ST. ROSE – ST. PATRICK

ST. STEPHEN

ST. THERESA

TRANSFIGURATION PARISH

ALL SAINTS CHURCH

ALL SAINTS SCHOOL

ASPIRE PUBLIC SCHOOLS

BISHOP O'DOWD HIGH SCHOOL

CATHEDRAL OF CHRIST THE LIGHT

CATHOLIC COMMUNITY OF PLEASANTON

CHRIST THE KING CHURCH

CHURCH OF THE ASSUMPTION

CHURCH OF THE GOOD SHEPHERD

COMMISSARIAT OF THE HOLY LAND

CONGREGATION OF FAITHFUL COMPANIONS OF JESUS

CORPUS CHRISTI CHURCH

DIVINE MERCY CHURCH

FR. VINCENT LAMPERT

HOLY NAMES HIGH SCHOOL

HOLY SPIRIT CHURCH

HOLY SPIRIT/NEWMAN HALL CHURCH

HOLY TRINITY CATHOLIC CHURCH

IMMACULATE HEART OF MARY CHURCH

MATTHEW VINCENT

MOREAU CATHOLIC HIGH SCHOOL

MOST HOLY ROSARY CHURCH

OUR LADY OF GOOD COUNSEL

OUR LADY OF GRACE CHURCH

OUR LADY OF GUADALUPE CHURCH

OUR LADY OF LOURDES CHURCH

OUR LADY OF MERCY CHURCH

OUR LADY OF THE ROSARY CHURCH

OUR LADY QUEEN OF THE WORLD

PARISH SAFETY

POPE ST. JOHN XXIII NATIONAL SEMINARY

QUEEN OF ALL SAINTS CHURCH

ROMAN CATHOLIC CHURCH IN THE STATE OF HAWAII

SACRED HEART CATHEDRAL PREPARATORY

SACRED HEART CHURCH

SANTA MARIA CHURCH

SHEA PROPERTIES

SISTERS OF MERCY

SISTERS OF ST. JOSEPH

SISTERS OF THE HOLY CROSS

SRS. OF ST. JOSEPH OF CARONDELET

ST. AGNES CHURCH

ST. AGNES SCHOOL

ST. ALBERT'S PRIORY

ST. AMBROSE CHURCH

ST. ANNE CHURCH

ST. ANNE'S HOME

ST. ANTHONY CHURCH

ST. ANTHONY SCHOOL

ST. ANTHONY-MARY HELP OF CHRISTIANS CHURCH

ST. ANTHONY-MARY, HELP OF CHRISTIANS

ST. AUGUSTINE CHURCH

ST. BARNABAS CHURCH

ST. BEDE CHURCH

ST. BENEDICT CHURCH

ST. BERNARD CHURCH

ST. BONAVENTURE CHURCH

ST. BONIFACE CHURCH

ST. CALLISTUS CHURCH

ST. CATHERINE OF SIENA CHURCH

ST. CHARLES BORROMEO CHURCH

ST. CLEMENT CHURCH

ST. CLEMENT SCHOOL

ST. COLUMBA CHURCH

ST. CORNELIUS CHURCH

ST. DAVID OF WALES CHURCH

ST. EDWARD CHURCH

ST. ELIZABETH CHURCH

ST. ELIZABETH CYO

ST. ELIZABETH ELEMENTARY SCHOOL

ST. FELICITAS CHURCH

ST. FELICITAS SCHOOL

ST. FRANCIS OF ASSISI CHURCH

ST. FRANCIS OF ASSISI SCHOOL

ST. IGNATIUS OF ANTIOCH CHURCH

ST. ISIDORE CHURCH

ST. JAMES CATHEDRAL

ST. JAMES THE APOSTLE CHURCH

ST. JARLATH CHURCH

ST. JEROME CHURCH

ST. JOACHIM CHURCH

ST. JOACHIM SCHOOL

ST. JOAN OF ARC CHURCH

ST. JOHN THE BAPTIST CHURCH

ST. JOHN VIANNEY CHURCH

ST. JOSEPH CHURCH

ST. JOSEPH NOTRE DAME HIGH SCHOOL

ST. JOSEPH SCHOOL

ST. JOSEPH THE WORKER CHURCH

ST. LEANDER CHURCH

ST. LEANDER SCHOOL

ST. LEO THE GREAT CHURCH

ST. LEO THE GREAT SCHOOL

ST. LOUIS BERTRAND CHURCH

ST. MARGARET MARY CHURCH

ST. MARK CHURCH

ST. MARY CHURCH

ST. MARY MAGDALEN CHURCH

ST. MICHAEL CHURCH

ST. MONICA CHURCH

ST. PATRICK CHURCH

ST. PATRICK MISSION

ST. PATRICK'S SEMINARY & UNIVERSITY

ST. PAUL CHURCH

ST. PAUL SCHOOL

ST. PERPETUA CHURCH

ST. PETER MARTYR CHURCH

ST. PHILIP NERI CHURCH

ST. PHILIP NERI SCHOOL

ST. RAYMOND PENAFORT CHURCH

ST. RAYMOND SCHOOL

ST. ROSE OF LIMA CHURCH

ST. STEPHEN CHURCH

ST. THERESA CHURCH

THE CANONS REGULAR OF ST. JOHN CANTIUS

TRANSFIGURATION CHURCH

USCCB-CHURCH IN CENTRAL & EASTERN EUROPE

**TAXING AUTHORITY/GOVERNMENTAL/REGULATORY AGENCIES**

CALIFORNIA DEPARTMENT OF TAX & FEE ADMINISTRATION

CITY OF FREMONT

CITY OF OAKLAND

CONTRA COSTA COUNTY TAX COLLECTOR

HENRY C. LEVY, TAX COLLECTOR

TOWN OF DANVILLE