# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re:

THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,

Debtor.

Case No. 23-40523 WJL

Chapter 11

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

Judge: Hon. William J. Lafferty

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On June 23, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Correct Telephone Number and Passcode for the Section 341(a) Meeting of Creditors** [Docket No. 92]

Dated: July 5, 2023

/s Heather Fellows
Heather Fellows
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**

Creditor Matrix Service List

Served via First Class Mail

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Trieu Gentry | 2121 Harrison St | Oakland | CA | 94612 |

Page 1 of 1

In re The Roman Catholic Bishop of Oakland
Case No. 23-40523 (WJL)  Case: 23-40523   Doc# 193   Filed: 07/05/23   Entered: 07/05/23 22:21:14   Page 3 of 3