The following constitutes the order of the Court.
Signed: July 8, 2023

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

**LOWENSTEIN SANDLER LLP**
JEFFREY D. PROL (admitted *pro hac vice*)
jprol@lowenstein.com
BRENT WEISENBERG (admitted *pro hac vice*)
bweisenberg@lowenstein.com
COLLEEN M. RESTEL (admitted *pro hac vice*)
crestel@lowenstein.com
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
tkeller@kbkllp.com
JANE KIM (Cal. Bar No. 298192)
jkim@kbkllp.com
GABRIELLE L. ALBERT (Cal. Bar No. 190895)
galbert@kbkllp.com
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Proposed Counsel for the Official Committee of
Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,<br><br>Debtor. | Case No. 23-40523 WJL<br><br>Chapter 11<br><br>**ORDER AUTHORIZING RETENTION OF LOWENSTEIN SANDLER LLP AS LEAD COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE ROMAN CATHOLIC BISHOP OF OAKLAND, EFFECTIVE AS OF MAY 30, 2023** |

Upon the Application, dated June 27, 2023 (the "Application"),[1] of the Official Committee of Unsecured Creditors of the Roman Catholic Bishop of Oakland (the "Committee") pursuant to

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Application.

section 1103(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for authority to retain Lowenstein Sandler LLP ("Lowenstein") as lead counsel for the Committee in the above-captioned chapter 11 case (the "Chapter 11 Case"), effective as of May 30, 2023, as more fully set forth in the Application; and this Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "Bankruptcy Local Rules"); and consideration of the Application and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§1408 and 1409; and due and proper notice of the Application having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and this Court having reviewed the Application and the declarations of Jeffrey D. Prol, a partner at Lowenstein, and the Committee Chairperson; and this Court having found and determined that the relief sought in the Application is in the best interest of the Debtor, its estate, creditors, shareholders, and all parties in interest; and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as provided herein.

2. The Committee is authorized, pursuant to section 1103(a) of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016, to retain and employ Lowenstein as its counsel in this Chapter 11 Case, in accordance with Lowenstein's customary hourly rates, all as set forth in the Application, effective as of May 30, 2023.

3. Lowenstein is authorized to render the following professional services:

    (a) advise the Committee with respect to its rights, duties, and powers in this Chapter 11 Case;

(b) assist and advise the Committee in its consultations and communications with the Debtor concerning administration of this Chapter 11 Case;

(c) assist the Committee in analyzing the claims of the Debtor's creditors, including negotiating and mediating issues relating to the value and payment of claims held by the Committee's constituency, which is comprised of Survivors;

(d) assist the Committee in analyzing the Debtor's capital structure;

(e) assist the Committee in its investigation of the acts, conduct, assets liabilities, and financial condition of the Debtor and of the operation of the Debtor;

(f) assist the Committee in its investigation of the liens and claims of the holders of the Debtor's prepetition debt and the prosecution of any claims or causes of action revealed by such investigation;

(g) assist the Committee in its analysis of, and negotiations with, the Debtor or any third party concerning matters related to, among other things, the assumption or rejection of certain leases of nonresidential real property and executory contracts, asset dispositions, financing of other transactions and the terms of any chapter 11 plans for the Debtor and accompanying disclosure statements and related plan documents;

(h) assist the Committee in its analysis of insurance policies procured by the Debtor and negotiations with the underlying insurers concerning all matters related to same;

(i) assist and advise the Committee as to its communications to unsecured creditors regarding significant matters in this Chapter 11 Case;

(j) represent the Committee at hearings and other proceedings;

(k) review and analyze applications, orders, statements of operations, and schedules filed with this Court and advise the Committee as to their propriety;

(l) assist the Committee in preparing pleadings and applications as may be necessary in furtherance of the Committee's interests and objectives;

(m) prepare, on behalf of the Committee, any pleadings, including without limitation, motions, memoranda, complaints, adversary complaints, objections, or comments in connection with any of the foregoing as may be necessary in furtherance of the Committee's

interests and objectives in this Chapter 11 Case, including without limitation, the preparation of retention applications and fee applications for the Committee's professionals, including Lowenstein Sandler; and

(n) performing such other legal services as may be required or are otherwise deemed to be in the interests of the Committee in accordance with the Committee's powers and duties as set forth in the Bankruptcy Code, Bankruptcy Rules, or other applicable law.

4. Lowenstein shall be compensated in accordance with, and will file, interim and final fee applications for allowance of its compensation and expenses and shall be subject to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, the Fee Guidelines, and any order of the Court.

5. Lowenstein shall be reimbursed for reasonable and necessary expenses as permitted by the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, the Fee Guidelines, and any order of the Court.

6. Lowenstein shall use its best efforts to avoid any duplication of services provided by any of the Committee's other retained professionals in this Chapter 11 Case.

7. Notice of the Application as provided therein is deemed good and sufficient notice of the Application.

8. Notwithstanding anything to the contrary in this Order or the Application, the Court is not approving the terms and conditions of Lowenstein's employment under 11 U.S.C. § 328(a).

9. Lowenstein shall provide reasonable notice to the Debtor and the U.S. Trustee of any increase of Lowenstein's hourly rates as set forth in the Prol Declaration.

10. For the avoidance of doubt, Lowenstein shall not withdraw from representation of the Committee in this Chapter 11 Case absent Court approval.

11. Notwithstanding anything to the contrary in the Application (including paragraph 15 thereof), the Court is not approving any terms of any plan of reorganization at this time.

12. To the extent the Application is inconsistent with this Order, the terms of this Order shall govern.

13. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **

**Service List**