```
 1  FOLEY & LARDNER LLP
    Jeffrey R. Blease (CA Bar. No. 134933)
 2  Tel: (617) 226-3155; jblease@foley.com
    Thomas F. Carlucci (CA Bar No. 135767)
 3  Tel: (415) 984-9824; tcarlucci@foley.com
    Shane J. Moses (CA Bar No. 250533)
 4  Tel: (415) 438-6404; smoses@foley.com
    Emil P. Khatchatourian (CA Bar No. 265290)
 5  Tel: (312) 832-5156; ekhatchatourian@foley.com
    Ann Marie Uetz (admitted pro hac vice)
 6  Tel: (313) 234-7114; auetz@foley.com
    Matthew D. Lee (admitted pro hac vice)
 7  Tel: (608) 258-4203; mdlee@foley.com
    555 California Street, Suite 1700
 8  San Francisco, CA 94104-1520

 9  Counsel for the Debtor
    and Debtor in Possession
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| In re: | Case No. 23-40523 WJL |
|---|---|
| THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole, | Chapter 11 |
| Debtor. | **NOTICE OF HEARING ON DEBTOR'S MOTION FOR ORDER APPROVING INSURANCE PREMIUM FINANCE AND SECURITY AGREEMENT AND GRANTING POST-PETITION SECURITY INTEREST** |
| | Judge:  Hon. William J. Lafferty |
| | Date:   July 12, 2023<br>Time:   1:30 p.m.<br>Place:  United States Bankruptcy Court<br>          1300 Clay Street<br>          Courtroom 220<br>          Oakland, CA 94612 |
| | [In person or via Zoom] |

    **PLEASE TAKE NOTICE THAT** a hearing will be held on **Wednesday, July 12, 2023, at 1:30 p.m.** (the "Hearing"), and will take place at the United States Bankruptcy Court, 1300 Clay Street, Oakland, California, before the Honorable William J. Lafferty, United States Bankruptcy Judge, to consider the *Debtor's Motion for Order Approving Insurance Premium Finance and Security Agreement and Granting Post-Petition Security Interest* [Docket No. 197] (the "Motion"), filed on July 7, 2023 by The Roman Catholic Bishop of Oakland, a California corporation sole, and the debtor and debtor in possession (the "Debtor" or "RCBO") in the above-captioned chapter 11 bankruptcy case (the "Bankruptcy Case").

The Motion seeks entry of an order approving the Debtor's entry into a new Commercial Insurance Premium Finance and Security Agreement (the "Finance Agreement") with BankDirect Capital Finance, a division of AFCO Acceptance Corporation ("BankDirect"), and granting related relief including granting a post-petition security interest to BankDirect pursuant to 11 U.S.C. §364 as provided in the Finance Agreement.

The Motion is based upon this Notice; the Motion and the memorandum of points and authorities set forth therein; the declaration of Paul Bongiovanni filed in support thereof; any and all supplemental papers that may be filed by the Debtor; the papers on file in this bankruptcy case; and on such arguments or evidence as may be presented at the hearing. Copies of the Motion and papers filed in support thereof, and all pleadings and papers filed in this Bankruptcy Case, can be obtained from the website maintained by the Debtor's claims and noticing agent, Kurtzman Carson Consultants LLC, at https://www.kccllc.net/rcbo.

**PLEASE TAKE FURTHER NOTICE THAT** the Hearing will be held in person in the courtroom, provided that (1) counsel, parties, and other interested parties may attend the hearing in person or by Zoom; (2) additional information is available on Judge Lafferty's Procedures page on the Court's website, which is http://www.canb.uscourts.gov; and (3) information on how to attend the hearing by Zoom will be included with each calendar posted under Judge Lafferty's Calendar on the court's website. All parties should review Judge Lafferty's Practices and Procedures for In-Person Hearings, found on the Court's website.

**PLEASE TAKE FURTHER NOTICE THAT** that the Hearing was set on shortened time, and that **opposition, if any, to the granting of the relief sought in the Motion may be made in writing and filed with the Court and served on counsel for the Debtor in advance of the Hearing or may be may at the Hearing.**

DATED: July 10, 2023  **FOLEY & LARDNER LLP**
Jeffrey R. Blease
Thomas F. Carlucci
Shane J. Moses
Emil P. Khatchatourian
Ann Marie Uetz
Matthew D. Lee

*/s/ Shane J. Moses*
Shane J. Moses

Counsel for the Debtor
and Debtor in Possession