**FOLEY & LARDNER LLP**
Jeffrey R. Blease (CA Bar. No. 134933)
Tel: (617) 226-3155; jblease@foley.com
Thomas F. Carlucci (CA Bar No. 135767)
Tel: (415) 984-9824; tcarlucci@foley.com
Shane J. Moses (CA Bar No. 250533)
Tel: (415) 438-6404; smoses@foley.com
Emil P. Khatchatourian (CA Bar No. 265290)
Tel: (312) 832-5156; ekhatchatourian@foley.com
Ann Marie Uetz (admitted *pro hac vice*)
Tel: (313) 234-7114; auetz@foley.com
Matthew D. Lee (admitted *pro hac vice*)
Tel: (608) 258-4203; mdlee@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520

*Counsel for the Debtor
and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. 23-40523 WJL |
| THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole, | Chapter 11 |
| Debtor. | **NOTICE OF CORE SERVICE LIST AS OF JULY 10, 2023** |

Pursuant to paragraph 5 of the *Third Interim Order Approving Debtor's Motion for an Order Authorizing and Approving Special Noticing and Confidentiality Procedures,* entered on June 12, 2023 [Docket No. 121], attached hereto as **Exhibit 1** is the updated Core Service List for the above-referenced case as of July 10, 2023.

///

| | |
|---|---|
| DATED: July 10, 2023 | **FOLEY & LARDNER LLP**<br>Jeffrey R. Blease<br>Thomas F. Carlucci<br>Shane J. Moses<br>Emil P. Khatchatourian<br>Ann Marie Uetz<br>Matthew D. Lee |
| | */s/ Shane J. Moses*<br>SHANE J. MOSES |
| | *Counsel for The Debtor*<br>*And Debtor in Possession* |

# **Exhibit 1**

Core Service List

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Phone | Fax | Email | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Allen, Glaessner, Hazelwood and Werth, LLP | Peter Glaessner | 180 Montgomery Street, Suite 1200 | | San Francisco | CA | 94104 | | 415-813-2045 | pglaessner@aghwlaw.com | Counsel to the RCC |
| Binder & Malter LLP | Robert G. Harris | 2775 Park Avenue | | Santa Clara | CA | 95050 | 408-295-1700 | 408-295-1531 | Rob@BinderMalter.com | Counsel for Salesians Society and Franciscan Friars California, Inc. |
| California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | Sacramento | CA | 95814-2919 | 916-445-9555 | | | Office of the California Attorney General |
| Crowell & Moring LLP | Mark D. Plevin | Three Embarcadero Center, 26th Fl | | San Francisco | CA | 94111 | 415-986-2800 | 415-986-2827 | mplevin@crowell.com | Counsel to Continental Casualty Company |
| Crowell & Moring LLP | Miranda H. Turner, Jordan A. Hess | 1001 Pennsylvania Ave, N.W. | | Washington | DC | 20004 | 202-624-2500 | 202-628-5116 | mturner@crowell.com; Jhess@crowell.com | Counsel to Continental Casualty Company |
| Davey L. Turner | | 215 N. San Joaquin St. | | Stockton | CA | 95202 | | | dturner@drivonlaw.com | Interested Party |
| Foley & Lardner LLP | Jeffrey R. Blease, Thomas F. Carlucci, Shane J. Moses, Ann Marie Uetz, Matthew D. Lee , Emil Khatchatourian | 555 California Street, Suite 1700 | | San Francisco | CA | 94104-1520 | 415-434-4484 | 415-434-4507 | jblease@foley.com; tcarlucci@foley.com; smoses@foley.com; auetz@foley.com; mdlee@foley.com; ekhatchatourian@foley.com | Counsel for the Debtor and Debtor in Possession |
| Jackson Lewis | Leila Nourani, Esq. | 725 South Figueroa Street, Suite 2500 | | Los Angeles | CA | 90017 | 213-630-8218 | | Leila.Nourani@jacksonlewis.com | Counsel for Salesians Society |
| James Mulvaney | | 4724 Mira Vista Dr | | Castro Valley | CA | 94546 | | | ohmyeye@pacbell.net | Interested Party |
| Jeffrey Jackson | | 627 Crane Ave | | Foster City | CA | 94404-1310 | | | JLJackson53@gmail.com | Interested Party |
| Keller Benvenutti Kim LLP | Tobias S. Keller, Jane Kim, Gabrielle L. Albert | 650 California St, Suite 1900 | | San Francisco | CA | 94108 | 415-496-6723 | | tkeller@kbkllp.com; jkim@kbkllp.com; galbert@kbkllp.com | Proposed Counsel to the Unsecured Creditors' Committee |
| Kurtzman Carson Consultants LLC | Andres Estrada | 222 N Pacific Coast Highway Suite 300 | | El Segundo | CA | 90245 | 310-823-9000 | | RCBOInfo@kccllc.com | Claims and Noticing Agent |
| Lee and Associates - San Francisco | David Klein | 242 California Street | | San Francisco | CA | 94011 | | | dklein@lee-associates.com | Interested Party |
| Lisa Horn Chainey | | 5866 McBryde Ave | | Richmond | CA | 94805 | | | lisachainey@sbcglobal.net | Interested Party |
| Lowenstein Sandler LLP | Jeffrey Cohen, Jeffrey D. Prol, Lynda A. Bennett, Michael A. Kaplan, Eric Jesse, Brent Weisenberg, Colleen M. Restel | One Lowenstein Drive | | Roseland | NJ | 07068 | 973-597-2500 | 973-597-2400 | jcohen@lowenstein.com; jprol@lowenstein.com; lbennett@lowenstein.com; mkaplan@lowenstein.com; ejesse@lowenstein.com; bweisenberg@lowenstein.com; crestel@lowenstein.com | Proposed Counsel to the Unsecured Creditors' Committee |
| McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Hagop T. Bedoyan | 7647 North Fresno Street | | Fresno | CA | 93720 | 559-433-1300 | | hagop.bedoyan@mccormickbarstow.com | Counsel to the Roman Catholic Bishop of Fresno |
| Office of The United States Trustee | Greg Powell, Jason Blumberg | 450 Golden Gate Avenue, 5th Floor | Suite #05-0153 | San Francisco | CA | 94102 | 415-705-3333 | 415-705-3379 | Greg.Powell@usdoj.gov; jason.blumberg@usdoj.gov | Office of the United States Trustee for Region 17 |
| Office of the United States Trustee for Region 17 | Office of The United States Trustee | Attn Jason Blumberg and Trevor R. Fehr | 501 I Street, Suite 7-500 | Sacramento | CA | 95814 | | | Jason.blumberg@usdoj.gov; Trevor.Fehr@usdoj.gov | Counsel to Tracy Hope Davis |
| Office of the United States Trustee for Region 17 | Office of The United States Trustee | Attn Phillip J. Shine | 280 South First Street, Rm. 268 | San Jose | CA | 95113 | | | phillip.shine@usdoj.gov | Counsel to Tracy Hope Davis |
| Ransome Company | | 1933 Williams Street | | San Leandro | CA | 94577 | | | mfeissa@ransomeco.com | Interested Party |
| Shalom Center, Inc. | | PO Box 1148 | | Splendora | TX | 77372 | | | dkidd@shalomcenterinc.org | Interested Party |
| Suizi Lin, Richard Simons | | 6589 Bellhurst Lane | | Castro Valley | CA | 94552 | | | rick@fjslaw.com; slin@fjslaw.com | Interested Party |
| The Roman Catholic Bishop of Oakland | Paul Bongiovanni | 2121 Harrison Street, Suite 100 | | Oakland | CA | 94612 | 510-893-4711 | 510-893-0945 | PBongiovanni@oakdiocese.org | Debtor |
| Thomas Duong Binh-Minh | | 3300 Narvaez Ave SPC 50 | | San Jose | CA | 95136 | | | tomasminh51@gmail.com | Interested Party |