# CLERK'S NOTICE
## RE: Zoom Webinar Information
## Courtroom 220

WHEN: **July 12, 2023 at 1:30 PM** Pacific Time (US and Canada)
TOPIC: **23-40523 The Roman Catholic Bishop of Oakland**

If you are not attending the hearing in person, please use the link below to join the Zoom webinar:

https://www.zoomgov.com/j/1611864848?pwd=Rm1vc3orb3Z6QTMzM05SRlRQN0V4QT09
Password: 636346

To Join by Telephone:

**Note: Parties who dial-in via phone are in listen-only mode. They will not have a live line to address the Court.**

US: +1 (669) 254-5252 or +1 (646) 828-7666
Webinar ID: 161 186 4848
Password: 636346
International numbers available: https://www.zoomgov.com/u/acZbG4LtFe

**Attorneys and parties intending to appear and be heard on matters on this calendar should NOT register with CourtCall as they had in the past.**

**All parties must wear business professional attire.**

**If you are making an appearance, your name must list the Line #, Your First Name, Your Last Name, and Representation. Otherwise, for security reasons, you will not be allowed into the Zoom hearing.**

**Please ensure you are connected via Zoom 15 minutes prior to the start of the hearing.**

## Important Notice to the Media and Public

Unless authorized by the Court, any recording of a court proceeding held by video or teleconference, including "screen-shots" or other visual or audio copying of a hearing, is absolutely prohibited. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted or denial of entry to future hearings, or any other sanction the Court deems necessary.
Please see https://www.canb.uscourts.gov/policy-and-procedure-appearances-televideoconference for information on preparing for and
participating in a Zoom Webinar. Counsel are instructed to familiarize themselves with and practice Zoom Webinar functions, and to test their internet, video, and audio capabilities prior to the hearing. * General Order 38 (Eighth Amended): Matters Pending in The Northern District of California
in Re: Covid-19 Public Health Emergency, at paragraph 4; United States District Court, Northern District of California General Order 58, at paragraph III