# **EXHIBIT D**



35 W. Wacker Drive
Chicago, IL 60601
T +1 (312) 558-5600
F +1 (312) 558-5700

MATTHEW CARTER
Partner
+1 312-558-3181
MCarter@winston.com

NORTH AMERICA   SOUTH AMERICA   EUROPE   ASIA

July 7, 2023

<u>Via Email</u>

Brent Weisenberg, Esq.
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
Email: bweisenberg@lowenstein.com

      **Re:**   *In re The Roman Catholic Bishop of Oakland*
              Case No. 23-40523 WJL (Bankr. N.D. Cal.)

Dear Mr. Weisenberg:

I write in response to your June 26, 2023 letter sent on behalf of the Official Committee of Unsecured Creditors (the "Committee") requesting the Roman Catholic Bishop of Oakland (the "Bishop") to produce to the Committee all documents concerning allegations of sexual abuse of children against two priests the Bishop employs. As mentioned in Ann Marie Uetz's June 30, 2023 letter, Dan Webb and I represent the two priests who were referenced, but not identified by name, during the Rule 341(a) Meeting of Creditors held on June 21, 2023.

First, our clients categorically deny any allegations of sexual abuse against children. The Roman Catholic Bishop of Oakland retained a former Assistant United States Attorney to independently review the allegations against our clients and found the allegations were not credible.

Second, we object to your request for documents outlined in your June 26, 2023 letter. California Code of Civil Procedure Section 340.1(l) strictly prohibits the public naming of individuals and institutions accused of childhood sexual assault absent a series of steps not taken with respect to our clients. Public policy requires the bar set forth in Section 340.1 to protect the innocent from false, public allegations. Further, as employees of Bishop, the personnel files are protected from disclosure under the California Constitutional right to privacy. We have requested the files for review prior to any potential production. Additionally, we will be filing a motion to protect our client's confidentiality and privacy rights with the state court in JCCP No. 5108 on or before August 1, 2023 in an attempt to set a hearing on or about August 25, 2023 at the next JCCP 5108 Case Management Conference. It is our position that any personnel files or documents concerning these allegations and our clients are not disclosed or released.



Sincerely,


*/s/ Matthew Carter*
Matthew Carter


CC:    Jeffrey R. Blease, Esq.
        Thomas F. Carlucci, Esq.
        Michael Kaplan, Esq.
        Matthew D. Lee, Esq.
        Jeffrey Prol, Esq.
        Colleen M. Restel, Esq.
        Ann Marie Uetz, Esq.
        Dan Webb, Esq.