# EXHIBIT B



24050543

**FILED**
**ALAMEDA COUNTY**

MAY 2 6 2021

CLERK OF THE SUPERIOR COURT
By

Deputy

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**IN AND FOR THE COUNTY OF ALAMEDA**

| | |
|---|---|
| Coordinated Proceeding | No. JCCP 5108 |
| Special Title (Rule 3.550) | [PROPOSED] ORDER APPROVING C.C.P. 340.1(g) AND (m) CERTIFICATE FORMS |
| **NORTHERN CALIFORNIA CLERGY CASES** | Judge: Hon. Winifred Smith |
| | Coordination Trial Judge |
| | Dept: 21 |

The Court, having reviewed the proposed forms for Certificate of Merit (Attorney), Certificate of Merit (Mental Health Care Provider) and Certificate of Corroborative Facts, copies of which are attached as Exhibit 1 to this Order, and No Objection having been made by Defendants' Liaison Counsel, hereby Orders that the forms are Approved for use in this Coordination Proceeding. Counsel for Individual Plaintiffs are further Ordered to use these forms for *in camera* requests made under seal pursuant to C.C.P. 340.1 (g) and (m).

The Court also has reviewed and approves the forms for Order Approving Certificate of Merits and Permitting Filing of First Amended Complaint, Order Approving Certificate of Corroborative Facts and Permitting Filing of First Amended Complaint, and Order Approving

-1-

Certificates of Merit and Corroborative Facts and Permitting Amendment of Complaint, attached as Exhibit 2 to this Order, and Orders the applicable Proposed Order be submitted with all in camera Applications for Approval.

DATED: *May 26, 2021*

*Winifred Y Smith*

Hon. Winifred Smith

Coordination Trial Judge

# EXHIBIT 1

1  XXXXXXXXX
   XXXXXXXXX
2  XXXXXXXXX
   XXXXXXXXX
3

4  Attorneys for Plaintiff _____

5

6

7

8              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                      **FOR THE COUNTY OF ALAMEDA**

10  _____, an individual          )   Case No. JCCP 5108
                                              )
11                          Plaintiff,        )   Original Filing No: (XXXXXX County, action
                                              )   # XXXXXXXXX)
12         vs.                                )
                                              )   **CERTIFICATE OF MERIT FOR**
13                                            )   **PLAINTIFF [XXXXXXX] VERSUS**
    DOE 1, a Religious Corporation Sole,      )   **DEFENDANT DOE [IDENTIFY DOE #],**
14                                            )   **PURSUANT TO CODE OF CIVIL**
    DOE 2, a religious entity form unknown,   )   **PROCEDURE SECTION 340.1(g)(1)**
15                                            )
    and DOE 3 through DOE 100.                )   **Filed Pursuant to Code of Civil Procedure**
16                                            )   **Section 340.1, as amended by Assembly Bill**
                            Defendant(s).     )   **218**
17                                            )
                                              )   Judge: Hon. Winifred Smith
18                                            )           Coordination Trial Judge
                                              )
19                                            )   Complaint Filed:
                                              )   Trial Date:        None Set
20  _____ )

21

22          **LODGED CONFIDENTIALLY FOR _IN CAMERA_ REVIEW ONLY**
          **PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 340.1(g)(1)**

23
        This Certificate of Merit and Declaration in Support thereof is submitted by the
24
    undersigned **confidentially for _in camera_ review only**, pursuant to California _Code of Civil_
25
    _Procedure_ section 340.1(g)(1).
26

27

28

                                        - 1 -
                CERTIFICATE OF MERIT (ATTORNEY) - DOE [IDENTIFY DOE #]

# **CERTIFICATE OF MERIT AND DECLARATION OF (ATTORNEY NAME)**

I, _____, declare:

    1.    I am an attorney licensed to practice law in all of the Courts of the State of California.

    2.    I am an attorney of record in the above-entitled action.

    3.    I have reviewed the facts of the above-entitled case. I have consulted with DR._____, Ph.D, a mental health practitioner licensed to practice and practicing in this state. I reasonably believe that DR._____, Ph.D is knowledgeable of the relevant facts and issues involved in this action.

    4.    DR._____, Ph.D is not a party to the litigation.

    5.    On the foregoing basis, I have concluded that there is reasonable and meritorious cause for filing of the action against Defendant DOE [IDENTIFY DOE #; SEPARATE CERTIFICATE NEEDED FOR EACH DOE]_____.


    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


DATED: _____


                                      _____

                                        __(Attorney)_, Declarant

1  XXXXXXXX
    XXXXXXXX
2  XXXXXXXX
    XXXXXXXX
3

4  Attorneys for Plaintiff _____

5

6

7

8          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                   **FOR THE COUNTY OF ALAMEDA**

| | |
|---|---|
| _____, an individual | Case No. JCCP 5108 |
|         Plaintiff, | Original Filing No: (XXXXXX County, action # XXXXXXXXX) |
|   vs. | **MENTAL HEALTH CARE PROVIDER'S CERTIFICATE OF MERIT** |
| DOE 1, a Religious Corporation Sole, | **[C.C.P. 340.1]** |
| DOE 2, a religious entity form unknown, | Judge: Hon. Winifred Smith |
| and DOE 3 through DOE 100. |        Coordination Trial Judge |
| Defendant(s). | Complaint Filed: |
| | Trial Date:    None Set |

<u>**CONDITIONALLY SUBMITTED UNDER SEAL PURSUANT TO CALIFORNIA RULES OF COURT RULE 2.551 AND CODE OF CIVIL PROCEDURE SECTION 340.1(g)(2)**</u>

    This Certificate of Merit and Declaration in Support thereof is submitted by the undersigned pursuant to California *Code of Civil Procedure* section 340.1(g)(2).

- 1 -
CERTIFICATE OF MERIT (MENTAL HEALTH PRACTITIONER)

## <u>DECLARATION OF DR. [MHC Provider Name]</u>

I, [Mental Health Care Provider Name], do hereby declare:

      1.    I am a mental health practitioner licensed to practice in the State of California, am currently practicing in _____, California.

      2.    I am not a party to this action.

      3.    I am not now, nor have I ever, seen Plaintiff _____ for purposes of treatment.

      4.    I have interviewed Plaintiff _____ and am knowledgeable of the relevant facts and issues involved in this particular action.

      5.    Based on my education, experience, understanding of the relevant facts and issues and after having interviewed Plaintiff _____, it is my professional opinion that there is a reasonable basis to believe that _____ was sexually abused as a minor.


      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. As to the foregoing statements made by me upon information and belief, I believe them to be true.


Dated: _____

                                     _____

                                     Dr. _____

1   XXXXXXXX
    XXXXXXXX
2   XXXXXXXX
    XXXXXXXX
3

4   Attorneys for Plaintiff _____

5

6

7

8           **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                  **FOR THE COUNTY OF ALAMEDA**

10  XXXXXXXXXXX, an individual          )   Case No. JCCP 5108
                                        )
11              Plaintiff,              )   Original Filing No: (XXXXXX County, action
                                        )   # XXXXXXXXX)
12          vs.                         )
                                        )   **ATTORNEY'S CERTIFICATE OF**
13  DOE 1, a Religious Corporation Sole,)   **CORROBORATIVE FACT**
                                        )
14  DOE 2, a Religious Entity Form Unknown, )
                                        )
15  and DOE 3 through DOE 100.          )   Judge: Hon. Winifred Smith
                                        )        Coordination Trial Judge
16                                      )
                Defendant(s).           )   Complaint Filed:
17                                      )   Trial Date:        None Set
                                        )
18  _____)

19

20          **CONDITIONALLY SUBMITTED UNDER SEAL**
        **PURSUANT TO CALIFORNIA RULES OF COURT RULE 2.551 &**
21          **CODE OF CIVIL PROCEDURE SECTION 340.1 (l-o)**

22

23

24

25

26

27

28

- 1 -
Attorney Certificate of Corroborative Fact

This Certificate of Corroborative Fact is supported by this Declaration of (ATTORNEY)

I (ATTORNEY) hereby Declare as follows:

1. I am an attorney, licensed to practice law in the State of California, and an attorney for Plaintiff.

2. I have discovered and I am aware of numerous corroborative facts that confirm or support one or more of Plaintiff's charging allegations (as alleged in Plaintiff's Complaint For Damages at paragraphs _____ and _____) against a defendant or defendants in this action.

**Corroborative Facts That Confirm or Support**
**One Of Plaintiff's Charging Allegations That Father (Perpetrator name)**
**Committed Acts of Childhood Sexual Assault Against Children while Employed By Defendant**

3. That I have personally obtained evidence of corroborative facts in this action demonstrating Father _____, the perpetrator of the childhood sexual assaults upon Plaintiff, is a known fixated serial pedophile with untold victims including numerous victims while serving as a Roman Catholic Priest of Defendant DOE 1.

4. [OPTION 1}: I have personal knowledge of the contents of a corroborative fact DOCUMENT, that on or about February 2019, Defendant DOE 1, released and published via the world wide web a list of clergy whom have been "credibly accused" of sexually abusing children. (https://oakdiocese.org/credible-accusations#priests). Father _____ is one of 64 clerics identified on Defendant DOE 1's, public list of clergy credibly accused of sexually abusing children: [COPY WEB PAGE INFO]
The location of Defendant DOE 1's public list of "credibly accused" clergy is the world wide web.

5. [OPTION 2]: I have personal knowledge of the contents of a corroborative fact DOCUMENT, that Father _____ is listed on California's Megan Law Website as a criminal convicted of a violation of Penal Code 288a, (Lewd or lascivious acts with a child under 14) ; https://www.meganslaw.ca.gov/mobile/Search.aspx#OffenderDetailPage. The location of

- 2 -

Attorney Certificate of Corroborative Fact

California's Megan Law Website is the world wide web. I personally represented the victim of that criminal sexual assault in a civil action against Doe 1, which was settled.

6. {OPTION 3} I have personal knowledge of corroborative fact statements of a witness(es) and know that there are numerous other victims/survivors who have been sexually assaulted as children by Father (Perpetrator).: (BASIS OF KNOWLEDGE) I am counsel for numerous other victims/survivors who credibly state they were sexually assaulted (as children) by Father _____. The identity and location of the other witnesses (victims/survivors of childhood sexual assault) is protected by attorney client communication confidentiality. See Evidence Code Section 954. However, some of the evidence corroborating the repetitive sexual assaults of children by _____ while a priest in the employment of Doe 1, the Bishop of Oakland corporation sole, is public. This evidence includes public statements reported by Press accounts dated _____, including _____, made by victim _____, stating on or about _____ he was sexually molested as a child at _____ by Perpetrator when Perpetrator was employed by Defendant Doe 1. (The true name of Doe 1 is _____) and admissions by the Doe 3 Bishop (Or other official title) that Perpetrator was (include substance and dates/places/custodian of statement(s)).

7. [OPTION 4] That in Judicial Council Coordination Proceeding Number 4359, *In Re Clergy Cases III,* (approximately 2003 – 2006) {Or Other Legal Proceedings specifically identified) Lawsuit(s) were filed and settled by Doe 1 that stated that the Plaintiff(s) _____ were sexually assaulted as children by (Perpetrator). [OPTION: I personally represent(ed) two victims/survivors whom, as children were sexually abused by Father _____ , and [OPTION} am personally aware of at least four others, represented by _____, which are in the possession of the Diocese of Oakland, Doe 1, and include _____(Case names and action #s) that are in the files and records of the respective courts. [OPTION] I am also aware of ____ pending cases (in this JCCP) in which individual Plaintiffs allege and this court's records

- 3 -

contain pleadings stating that _____ (Perp) sexually assaulted the Plaintiffs in those cases while employed by DOE 1. Those cases are: _____ (identify)

        8. [OPTION 5]: I have personal knowledge of the contents of a corroborative fact DOCUMENT, that through formal civil discovery/ public records/ from my client/ etc. and are in the possession of _____, , (described as police reports, personnel file materials, etc) corroborating childhood sexual assault by Perpetrator while a priest of DOE 1. The locations of each corroborative fact DOCUMENT include _____.

### Corroborative Facts that Confirm or Support One Of Plaintiff's Charging Allegations, That Defendant DOE 1 Negligently Supervised Father

        The numerous corroborative facts (identified above) that confirm or support one or more of Plaintiff's charging allegations as alleged in Plaintiff's Complaint For Damages in this action at paragraphs _____, are sufficiently corroborative as to allow the Court to grant Plaintiff's Application for Order Allowing Plaintiff to Amend the Complaint to substitute Defendant DOE 1 for the true name of Defendant as _____, a corporation sole, and [IF APPLICABLE] Defendant DOE 2, for the true name of Defendant as_____, a Religious Entity Form Unknown.

        I declare and certify under penalty of perjury that the above is true and correct, that I have personal knowledge of the facts stated herein, and am competent to testify thereto

DATED:                          _____

                               _____
                               Attorney for Plaintiff

Attorney Certificate of Corroborative Fact

# EXHIBIT 2

1

2

3

4

5

6

7

8

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9

**FOR THE COUNTY OF ALAMEDA**

10

11 _____, an individual  ) Case No. JCCP 5108
                                          )
12                       Plaintiff,        ) Original Filing No: (XXXXXX County, action
                                          ) # XXXXXXXXX)
13         vs.                             )
                                          ) **[PROPOSED] ORDER**
14                                         )
   DOE 1, a Religious Corporation Sole,   ) **GRANTING PLAINTIFF'S APPLICATION**
15                                         ) **FOR *IN CAMERA* FINDING OF**
   DOE 2, a religious entity form unknown, ) **REASONABLE AND MERITORIOUS**
16                                         ) **CAUSE FOR FILING OF ACTION;**
   and DOE 3 through DOE 100.              ) **ORDER TO SEAL AND KEEP**
17                                         ) **CONFIDENTIAL ALL CERTIFICATES OF**
   Defendant(s).                          ) **MERIT**
18                                         )
                                          ) Judge: Hon. Winifred Smith
19                                         )        Coordination Trial Judge
                                          )
20                                         )
                                          ) Complaint Filed:
21                                         ) Trial Date:      None Set
                                          )
22 _____)

23

24                              **[PROPOSED] ORDER**

25         The COURT, having read and considered Plaintiff's Application for *In Camera* Finding of

26 Reasonable and Meritorious Cause for Filing of Action and Order to Seal and Keep Confidential

27 All Certificates of Merit, the Memorandum of Points and Authorities filed in support thereof, and

28 the Certificates of Merit confidentially lodged by Plaintiff for *in camera* review, and good cause

appearing, **IT IS HEREBY ORDERED THAT:**

---

**[PROPOSED] ORDER - 1**

1. The Court has found, by *in camera* review, that there is reasonable and meritorious cause for the filing of the action against Defendant DOE 1;

2. The Court has found, by *in camera* review, that there is reasonable and meritorious cause for the filing of the action against Defendant DOE 2;

3. The Court has found, by *in camera* review, that there is reasonable and meritorious cause for the filing of the action against Defendant [ADD DOES AS NEEDED];

4. CERTIFICATE OF MERIT (by Mental Health Practitioner) for Plaintiff versus Defendants DOE 1 and DOE 2 [ADD DOES AS NEEDED] and pursuant to the Code of Civil Procedure section 340.1(g)(2), previously lodged with the Court for *in camera* review only, shall be sealed from the public record and kept confidential absent further ORDER of this Court;

5. CERTIFICATE OF MERIT (by Attorney) for Plaintiff versus Defendant DOE 1, pursuant to the Code of Civil Procedure section 340.1(g)(1), previously lodged with the Court for *in camera* review only, shall be sealed from the public record and kept confidential absent further ORDER of this Court; and

6. CERTIFICATE OF MERIT (by Attorney) for Plaintiff versus Defendant DOE 2, pursuant to the Code of Civil Procedure section 340.1(g)(1), previously lodged with the Court for *in camera* review only, shall be sealed from the public record and kept confidential absent further ORDER of this Court.

7. CERTIFICATE OF MERIT (by Attorney) for Plaintiff versus Defendant [ADD DOES AS NEEDED], pursuant to the Code of Civil Procedure section 340.1(g)(1), previously lodged with the Court for *in camera* review only, shall be sealed from the public record and kept confidential absent further ORDER of this Court.

Case 23-40523   Doc# 235-2   Filed: 07/14/23   Entered: 07/14/23 13:09:06   Page 15 of 22

1   **IT IS SO ORDERED.**

2   DATE:

3                                          _____
                                           Honorable Winifred Smith

4                                          Coordination Trial Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF ALAMEDA**

| | |
|---|---|
| 11 | _____, an individual ) Case No. JCCP 5108 |
| 12 | Plaintiff, ) Original Filing No: (XXXXXX County, action |
| 13 | vs. ) # XXXXXXXXX) |
| 14 | ) **[PROPOSED] ORDER** |
| 15 | DOE 1, a Religious Corporation Sole, ) |
| 16 | DOE 2, a religious entity form unknown, ) **GRANTING PLAINTIFF'S APPLICATION FOR *IN CAMERA* FINDING THAT** |
| 17 | and DOE 3 through DOE 100. ) **DEFENDANT DOE DESIGNATION(S) MAY BE SUBSTITUTED FOR TRUE** |
| 18 | Defendant(s). ) **NAME(S); AND ORDER TO SEAL AND KEEP CONFIDENTIAL CERTIFICATE** |

Case No. JCCP 5108

Original Filing No: (XXXXXX County, action # XXXXXXXXX)

**[PROPOSED] ORDER**

**GRANTING PLAINTIFF'S APPLICATION FOR *IN CAMERA* FINDING THAT DEFENDANT DOE DESIGNATION(S) MAY BE SUBSTITUTED FOR TRUE NAME(S); AND ORDER TO SEAL AND KEEP CONFIDENTIAL CERTIFICATE OF CORROBORATIVE FACTS**

Judge: Hon. Winifred Smith
    Coordination Trial Judge

Complaint Filed:
Trial Date:    None Set

---

**[PROPOSED] ORDER**

The COURT, having read and considered Plaintiff's Application for *In Camera* Finding of that Plaintiff may substitute the Defendants' true names for the fictitious DOE designations and Order to Seal and Keep Confidential the Certificate of Corroborative Fact, confidentially lodged by Plaintiff for *in camera* review, **IT IS ORDERED:**

---

**[PROPOSED] ORDER - 1**

1. Pursuant to Code of Civil Procedure section 340.1(l-o), the Court has found, by *in camera* review of Plaintiff's Certificate of Corroborative Fact, that Plaintiff may substitute the true name [TRUE NAME OF DEFEDANT DOE 1], a corporation sole, for Defendant DOE 1;

2. Pursuant to Code of Civil Procedure section 340.1(l-o), the Court has found, by *in camera* review of Plaintiff's Certificate of Corroborative Fact, that Plaintiff may substitute the true name [TRUE NAME OF DEFENDANT DOE 2], a religious entity form unknown, for Defendant DOE 2;

3. Pursuant to Code of Civil Procedure section 340.1(l-o), the Court has found, by *in camera* review of Plaintiff's Certificate of Corroborative Fact, that Plaintiff may substitute the true name [TRUE NAME OF DEFENDANT DOES AS NEEDED], for Defendant [ADD DOES AS NEEDED]; and

4. Pursuant to Code of Civil Procedure section 340.1(l-o), the Court ORDERS that Plaintiff's Certificate of Corroborative Fact remain under seal, confidential from the public and all parties to this litigation, other than Plaintiff, until further ORDER of the Court.

**IT IS SO ORDERED.**

DATE: _____

                                               _____
Honorable Winifred Smith
Coordination Trial Judge

---

1

2

3

4

5

6

7

8

9           **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10                  **FOR THE COUNTY OF ALAMEDA**

11

| | |
|---|---|
| _____, an individual | Case No. JCCP 5108 |
| Plaintiff, | Original Filing No: (XXXXXX County, action # XXXXXXXXX) |
| vs. | **[PROPOSED] ORDER** |
| DOE 1, a Religious Corporation Sole, | **GRANTING PLAINTIFF'S APPLICATION FOR _IN CAMERA_ FINDING OF REASONABLE AND MERITORIOUS CAUSE FOR FILING OF ACTION; ORDER TO SEAL AND KEEP CONFIDENTIAL ALL CERTIFICATES OF MERIT;** |
| DOE 2, a religious entity form unknown, | |
| and DOE 3 through DOE 100. | |
| Defendant(s). | **GRANTING PLAINTIFF'S APPLICATION FOR _IN CAMERA_ FINDING THAT DEFENDANT DOE DESIGNATION(S) MAY BE SUBSTITUTED FOR TRUE NAME(S); AND ORDER TO SEAL AND KEEP CONFIDENTIAL CERTIFICATE OF CORROBORATIVE FACTS** |
| | Judge: Hon. Winifred Smith |
| |         Coordination Trial Judge |
| | Complaint Filed: |
| | Trial Date:     None Set |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

                              **[PROPOSED] ORDER - 1**

# [~~PROPOSED~~] ORDER

The COURT, having read and considered Plaintiff's Application for *In Camera* Finding of Reasonable and Meritorious Cause for Filing of Action and Order to Seal and Keep Confidential All Certificates of Merit, the Memorandum of Points and Authorities filed in support thereof, and the Certificates of Merit confidentially lodged by Plaintiff for *in camera* review, and good cause appearing, **IT IS HEREBY ORDERED THAT:**

1. The Court has found, by *in camera* review, that there is reasonable and meritorious cause for the filing of the action against Defendant DOE 1;

2. The Court has found, by *in camera* review, that there is reasonable and meritorious cause for the filing of the action against Defendant DOE 2;

3. The Court has found, by *in camera* review, that there is reasonable and meritorious cause for the filing of the action against Defendant [ADD DOES AS NEEDED];

4. CERTIFICATE OF MERIT (by Mental Health Practitioner) for Plaintiff versus Defendants DOE 1 and DOE 2 [ADD DOES AS NEEDED] and pursuant to the Code of Civil Procedure section 340.1(g)(2), previously lodged with the Court for *in camera* review only, shall be sealed from the public record and kept confidential absent further ORDER of this Court;

5. CERTIFICATE OF MERIT (by Attorney) for Plaintiff versus Defendant DOE 1, pursuant to the Code of Civil Procedure section 340.1(g)(1), previously lodged with the Court for *in camera* review only, shall be sealed from the public record and kept confidential absent further ORDER of this Court; and

6. CERTIFICATE OF MERIT (by Attorney) for Plaintiff versus Defendant DOE 2, pursuant to the Code of Civil Procedure section 340.1(g)(1), previously lodged with the Court for *in camera* review only, shall be sealed from the public record and kept confidential absent further ORDER of this Court.

7. CERTIFICATE OF MERIT (by Attorney) for Plaintiff versus Defendant [ADD DOES AS NEEDED], pursuant to the Code of Civil Procedure section 340.1(g)(1), previously lodged with the Court for *in camera* review only, shall be sealed from the public record and kept confidential absent further ORDER of this Court.

The COURT, having read and considered Plaintiff's Application for *In Camera* Finding of that Plaintiff may substitute the Defendants' true names for the fictitious DOE designations and Order to Seal and Keep Confidential the Certificate of Corroborative Fact, confidentially lodged by Plaintiff for *in camera* review, **IT IS FURTHER ORDERED:**

8. Pursuant to Code of Civil Procedure section 340.1(l-o), the Court has found, by *in camera* review of Plaintiff's Certificate of Corroborative Fact, that Plaintiff may substitute the true name [TRUE NAME OF DEFEDANT DOE 1], a corporation sole, for Defendant DOE 1;

9. Pursuant to Code of Civil Procedure section 340.1(l-o), the Court has found, by *in camera* review of Plaintiff's Certificate of Corroborative Fact, that Plaintiff may substitute the true name [TRUE NAME OF DEFENDANT DOE 2], a religious entity form unknown, for Defendant DOE 2; and

10. Pursuant to Code of Civil Procedure section 340.1(l-o), the Court ORDERS that Plaintiff's Certificate of Corroborative Fact remain under seal, confidential from the public and all parties to this litigation, other than Plaintiff, until further ORDER of the Court.

**IT IS SO ORDERED.**

DATE: May 26, 2021

_____
Honorable Winifred Smith
Coordination Trial Judge

[PROPOSED] ORDER - 3

Superior Court of California, County of Alameda
Department 21, Administration Building

Case Number: JCCP005108
Case Name: Northern California Clergy Cases

RE: ORDER APPROVING CCP 340.1(G) AND (M) CERTIFICATE FORMS

## DECLARATION OF ELECTRONIC SERVICE

I certify that I am not a party to these cases and that a true and correct copy of the foregoing document was served electronically pursuant to "Order Authorizing Electronic Service", entered in these coordinated proceedings on January 25, 2021, via the CASE ANYWHERE system. Execution of this certificate occurred at 1221 Oak Street, Oakland, California.

Executed on May 28, 2021

Executive Officer/Clerk of the Superior Court

By *Belinda Mercado*
Deputy Clerk