# EXHIBIT A

**LOWENSTEIN SANDLER LLP**
JEFFREY D. PROL (Admitted Pro Hac Vice)
jprol@lowenstein.com
BRENT WEISENBERG (Admitted Pro Hac Vice)
bweisenberg@lowenstein.com
COLLEEN M. RESTEL (Admitted Pro Hac Vice)
crestel@lowenstein.com
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
tkeller@kbkllp.com
JANE KIM (Cal. Bar No. 298192)
jkim@kbkllp.com
GABRIELLE L. ALBERT (Cal. Bar No. 190895)
galbert@kbkllp.com
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| *In re:* <br><br> THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole, <br><br> Debtor. | Case No. 23-40523 WJL <br><br> Chapter 11 <br><br> **ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' EX PARTE APPLICATION FOR ENTRY OF AN ORDER UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004** |

**THIS MATTER** having been brought before the Court upon the motion (the "**Motion**") of the Official Committee of Unsecured Creditors for The Roman Catholic Bishop of Oakland (the "**Committee**"), by and through its attorneys, Lowenstein Sandler LLP and Keller Benvenutti Kim LLP, for entry of an order pursuant to Federal Rule of Bankruptcy Procedure ("**Rule**") 2004 and

Bankruptcy Local Rule for the Northern District of California 2004-1, compelling the Debtor to comply with a subpoena (the "**Subpoena**") issued to it by the Committee under Rule 2004; and due notice having been provided; and the Court having considered the papers submitted and the arguments presented; and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The Committee's Motion is hereby granted in its entirety.

2. The Debtor shall furnish all documents requested in the Subpoena and shall produce same to the Committee's counsel within fourteen (14) days of entry of this Order.

3. The Debtor shall appear for the taking of a Rule 2004 examination within fourteen (14) days of completion of the production of documents responsive to the Subpoena, on a date to be mutually agreed upon by the parties.

Dated: July __, 2023