**FOLEY & LARDNER LLP**
Jeffrey R. Blease (CA Bar. No. 134933)
Tel: (617) 226-3155; jblease@foley.com
Thomas F. Carlucci (CA Bar No. 135767)
Tel: (415) 984-9824; tcarlucci@foley.com
Shane J. Moses (CA Bar No. 250533)
Tel: (415) 438-6404; smoses@foley.com
Emil P. Khatchatourian (CA Bar No. 265290)
Tel: (312) 832-5156; ekhatchatourian@foley.com
Ann Marie Uetz (admitted *pro hac vice*)
Tel: (313) 234-7114; auetz@foley.com
Matthew D. Lee (admitted *pro hac vice*)
Tel: (608) 258-4203; mdlee@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520

*Counsel for the Debtor
and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. 23-40523 |
| THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole, | Chapter 11 |
| Debtor. | **NOTICE REGARDING REVISED EXHIBITS TO MOTION OF THE DEBTOR FOR AN ORDER ESTABLISHING DEADLINES FOR FILING PROOFS OF CLAIM AND GRANTING RELATED RELIEF** |
| | Judge: Hon. William J. Lafferty |
| | Date: July 18, 2023<br>Time: 9:00 a.m.<br>Place: United States Bankruptcy Court<br>1300 Clay Street<br>Courtroom 220<br>Oakland, CA 94612 |

The Roman Catholic Bishop of Oakland, a California corporation sole, and the debtor and debtor in possession (the "Debtor" or "RCBO") in the above-captioned chapter 11 bankruptcy case (the "Chapter 11 Case" or the "Bankruptcy Case"), hereby files this notice regarding agreed revised forms of final order and other forms in connection with the *Motion of The Debtor For an Order Establishing Deadlines For Filing Proofs of Claim and Granting Related Relief*, dated June 27, 2023 [Docket No. 181] (the "Motion").[1]

The Debtor and the Committee have engaged in extensive discussions regarding the Motion and the *Objection of The Official Committee of Unsecured Creditors to The Motion of The Debtor For an Order Establishing Deadlines For Filing Proofs of Claim and Granting Related Relief* filed by the Committee [Docket No. 217] (the "Committee Objection"). Both the US Trustee and the Committee provided the Debtor with specific requested changes to the bar date order and related documents and asked that the Debtor respond to questions about the specific requested changes. The Debtor has therefore engaged in good faith negotiations with each in an attempt to resolve their specific requested changes. The Debtor previously filed a notice of a revised form of proposed order (the "Revised Order") based on those discussions [Docket No. 248].

Attached hereto are revised forms of certain exhibits to the Motion (collectively, the "Revised Exhibits"), which the Debtor believes resolves substantially all of the issues raised by the US Trustee and the Committee as to these forms, subject to final agreement, as follows:

- Attached hereto as **Exhibit A** is a proposed form of Optional Supplement to Official Form 410 for Use by Sexual Abuse Claimants (the "Supplement"), which replaces the Sexual Abuse Proof of Claim Form attached as Exhibit 3 to the Motion. Attached hereto as **Exhibit B** is a redline of the Supplement against the form Sexual Abuse of Proof of Claim attached to the Motion.

- Attached hereto as **Exhibit C** is a revised form of Confidentiality Agreement. Attached hereto as **Exhibit D** is a redline of the revised Confidentiality Agreement against the version attached as Exhibit 4 to the Motion.

---

[1] Capitalized terms not defined in this notice have the meaning ascribed to them in the Motion.

Case: 23-40523    Doc# 249    Filed: 07/17/23    Entered: 07/17/23 19:55:15    Page 2 of 3
4863-3886-6801.1

The Debtor believes that the attached Revised Exhibits, together with the previously filed Revised Order, resolve substantially all of the issues raised by the US Trustee and the Committee, formal and informal, regarding the form of proof of claim to be used for abuse claims, and the form of Confidentiality Agreement;[2] however, all parties reserve their rights with respect to these and additional changes prior to the hearing on the Motion. Additionally, the Debtor and the Committee remain in discussions regarding the form of additional exhibits to the Motion as referenced in the Revised Order.

DATED: July 17, 2023

**FOLEY & LARDNER LLP**
Jeffrey R. Blease
Thomas F. Carlucci
Shane J. Moses
Ann Marie Uetz
Matthew D. Lee

*/s/ Shane J. Moses*
SHANE J. MOSES

*Counsel for the Debtor
and Debtor in Possession*

---

[2] Continental Casualty Company and certain other insurers also filed an objection to the Motion [Docket No. 218] (the "Insurer Objection"). The Debtor does not anticipate that the attached form of Revised Order resolves the objections raised therein.