STEPHEN H. WARREN (S.B. #136895)
TANCRED V. SCHIAVONI
   (*pro hac vice*)
KAREN RINEHART (S.B. #185996)
ADAM P. HABERKORN
   (*pro hac vice*)
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: swarren@omm.com
       tschiavoni@omm.com
       krinehart@omm.com
       ahaberkorn@omm.com

*Attorneys for Pacific Indemnity Company, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Pacific Employers Insurance Company*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND,<br><br>      Debtor. | Case No. 23-40523-WJL<br><br>Chapter 11<br><br>**PACIFIC'S LIMITED OBJECTION TO PROPOSED COMMITTEE LETTER TO HOLDERS OF SEXUAL ABUSE CLAIMS**<br><br>[No Hearing Requested]<br><br>ECF No. 264 |

Pacific Employers Insurance Company ("Pacific") makes this submission to address the contents of the proposed *Letter from the Committee to holders of Sexual Abuse Claims* (ECF No. 264 Ex. 5) (the "Committee Letter").

1. While the Committee represented that the letter would strongly encourage the completion of the questionnaire, as presently worded, it is likely to have the opposite result given

- 1 -
LIMITED OBJECTION TO PROPOSED COMMITTEE
LETTER TO HOLDERS OF SEXUAL ABUSE CLAIMS

how it emphasizes the optional nature of the questionnaire. This issue can be addressed through a modest tweak to the text reflected in the attached blackline.

2. It is unnecessary and misleading to provide assurance that the allegations of claimants may not be subject to verification through discovery. *See In re Boy Scouts of America*, Case No. 20-10343-LSS (D. Del. Sept. 16, 2020), ECF No. 1331 at 7 (finding that "statements suggesting that Sexual Abuse Survivors will never have to be deposed, appear in court or otherwise prove their claims" made and communications concerning a bar date order are "false and misleading") (attached as Exhibit C hereto). This sentence should be deleted.

3. It is misleading for the Committee to state that only the Debtor will review the questionnaires when they will also be available to the US Trustee and insurers. This issue can be addressed through a modest clarification of the text.

4. It could be concerning to claimants and subject to misinterpretation for the letter to state that the addressee was identified by the Debtor as someone who may have a claim. The Committee is distributing the letter, likely through plaintiff counsel, and not the Debtor. This sentence should be deleted.

WHEREFORE, Pacific respectfully requests that the Court direct the Committee to adopt the modest modifications indicated in the blacklined attached hereto as Exhibit A, a clean form of which is attached as Exhibit B hereto, in the appropriate final order entered in these Chapter 11 proceedings.

Dated: July 21, 2023                    Respectfully Submitted,

/s/ Karen Rinehart

O'MELVENY & MYERS LLP
Stephen Warren (State Bar No. 136895)
Karen Rinehart (State Bar No. 185996)
Tancred Schiavoni (*pro hac vice*)
Adam Haberkorn (*pro hac vice*)
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone:   (213) 430-6000
Facsimile:   (213) 430-6407
Email: swarren@omm.com,
             krinehart@omm.com,
             tschiavoni@omm.com,
             ahaberkorn@omm.com

*Attorneys for Pacific Indemnity Company, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Pacific Employers Insurance Company*

4894-5559-9217.2
07/21/23