# EXHIBIT B

# THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
# THE ROMAN CATHOLIC BISHOP OF OAKLAND

c/o
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
Jeffrey D. Prol, Esq.
Brent Weisenberg, Esq.
Colleen Restel, Esq.
Email: jprol@lowenstein.com
Email: bweisenberg@lowenstein.com
Email: crestel@lowenstein.com

July [●], 2023

**To: Potential Holders of Sexual Abuse Claims in the Bankruptcy Case of The Roman Catholic Bishop of Oakland (Case No. 23-40523 WJL)**

**TRIGGER WARNING: This letter address potentially sensitive issues relating to the filing of claims against The Roman Catholic Bishop of Oakland arising out of sexual abuse. The Committee acknowledges that this letter may be difficult for survivors of sexual abuse to review and digest and may, at times, cause re-traumatization or other serious effects on survivors. We do not intend to place any undue pressure or stress on any survivors. But these matters are vital to every survivor's recovery from The Roman Catholic Bishop of Oakland and its affiliates and are time sensitive. The Committee's counsel is available at any time to discuss these issues with survivors. We also encourage you to care for your safety and well-being.**

Dear Survivor:

On May 8, 2023, The Roman Catholic Bishop of Oakland (the "**Debtor**") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of California (the "**Court**"), commencing the Debtor's chapter 11 case (the "**Chapter 11 Case**"). The Official Committee of Unsecured Creditors (the "**Committee**") represents the interests of survivors of sexual abuse holding claims against the Debtor but not any survivor in their individual capacity.

You are receiving this letter because the ***Court has required that all persons holding claims against the Debtor must file proofs of claim so that they are received no later than 5:00 p.m. (prevailing Pacific time) on September 11, 2023*** (the "**Claims Bar Date**").

This letter is being delivered to you as part of a claims package which includes a notice of the Claims Bar Date, a copy of the official proof of claim form (the "**Required Proof of Claim Form**") and a supplement titled "*Optional Supplement to Official Form 410 for Use by Sexual Abuse Claimants*" (the "**Confidential Sexual Abuse Claim Supplement**"). To assert a claim against the Debtor, you are only required to complete and file the Required Proof of Claim Form using the instructions accompanying this letter.

1

***The Committee strongly recommends that any person asserting a sexual abuse claim also fill out the Confidential Sexual Abuse Claim Supplement in full and submit it with the Required Proof of Claim Form***.  Filling out the Confidential Sexual Abuse Claim Supplement in full will allow the Debtor and the Committee to understand the facts supporting your sexual abuse claim against the Debtor.  This information will be used by the Debtor and the Committee in, among other things, their efforts to consensually resolve the issues in the Chapter 11 Case.

Any information you provide on the Confidential Sexual Abuse Claim Supplement will be kept confidential pursuant to certain confidentiality procedures approved by the Bankruptcy Court as set out in paragraph 14 of the bar date order which is enclosed.  Certain parties will have access to the information, such as the Debtor, its attorneys and insurers, legal counsel for the Committee, and the United States Trustee, but your information will only be shared with this limited group in accordance with such confidentiality procedures imposed by the Bankruptcy Court.

If you have any questions about this letter, completing the Required Proof of Claim Form or the Confidential Sexual Abuse Claim Supplement, please contact Lowenstein Sandler LLP by emailing Jeffrey Prol at jprol@lowenstein.com, Brent Weisenberg at bweisenberg@lowenstein.com or Colleen Restel at crestel@lowenstein.com.

Very truly yours,

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE ROMAN CATHOLIC BISHOP OF OAKLAND

4884-1056-2673.3