1  STEPHEN H. WARREN (S.B. #136895)
   TANCRED V. SCHIAVONI
2      (*pro hac vice*)
   KAREN RINEHART (S.B. #185996)
3  ADAM P. HABERKORN
       (*pro hac vice*)
4  **O'MELVENY & MYERS LLP**
   400 South Hope Street, 18th Floor
5  Los Angeles, California 90071
   Telephone: (213) 430-6000
6  Facsimile: (213) 430-6407
   Email: swarren@omm.com
7         tschiavoni@omm.com
          krinehart@omm.com
8         ahaberkorn@omm.com

9  *Attorneys for Pacific Indemnity Company, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Pacific Employers Insurance Company*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND,<br><br>Debtor. | Case No. 23-40523-WJL<br><br>Chapter 11<br><br>**CERTIFICATION OF COUNSEL REGARDING ORDER TO VACATE ORDER APPROVING CONFIDENTIALITY AGREEMENT AND STIPULATED PROTECTIVE ORDER**<br><br>ECF Nos. 282, 269, 267, 255, 236 |

The undersigned hereby certifies as follows:

1. Pacific shared a draft of the attached proposed form of order to vacate (the "Order to Vacate") the *Order Approving Confidentiality Agreement and Stipulated Protective Order* (ECF No. 269) with counsel for the Debtor and Committee, accepted their comments and obtained their consent to the proposed form of Order to Vacate that is attached.

- 1 -
CERTIFICATION OF COUNSEL RE: ORDER TO VACATE ORDER APPROVING CONFIDENTIALITY AGREEMENT AND STIPULATED PROTECTIVE ORDER

2. Attached hereto is a proposed form of Order to Vacate.

WHEREFORE, Pacific hereby respectfully submits to the Court the Order to Vacate attached hereto to enter at the Court's earliest convenience.

Dated: July 25, 2023

Respectfully submitted,

/s/ Karen Rinehart

O'MELVENY & MYERS LLP
Stephen Warren (State Bar No. 136895)
Karen Rinehart (State Bar No. 185996)
Tancred Schiavoni (*pro hac vice*)
Adam Haberkorn (*pro hac vice*)
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: swarren@omm.com,
krinehart@omm.com,
tschiavoni@omm.com,
ahaberkorn@omm.com

*Attorneys for Pacific Indemnity Company, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Pacific Employers Insurance Company*

4856-3149-9634.3