1  STEPHEN H. WARREN (S.B. #136895)
   TANCRED V. SCHIAVONI
2     (*pro hac vice*)
   KAREN RINEHART (S.B. #185996)
3  ADAM P. HABERKORN
      (*pro hac vice*)
4  **O'MELVENY & MYERS LLP**
   400 South Hope Street, 18th Floor
5  Los Angeles, California  90071
   Telephone:    (213) 430-6000
6  Facsimile:    (213) 430-6407
   Email: swarren@omm.com
7         tschiavoni@omm.com
          krinehart@omm.com
8         ahaberkorn@omm.com

9  *Attorneys for Pacific Indemnity Company, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Pacific Employers Insurance Company*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND,<br><br>Debtor. | Case No. 23-40523-WJL<br><br>Chapter 11<br><br>**ORDER VACATING ORDER APPROVING CONFIDENTIALITY AGREEMENT AND STIPULATED PROTECTIVE ORDER**<br><br>ECF Nos. 282, 269, 267, 255, 236 |

For the reasons set forth during the hearing that took place at 1:00pm (PDT) on July 24, 2023,

**IT IS HEREBY ORDERED:**

1. The *Order Approving Confidentiality Agreement and Stipulated Protective Order* (ECF No. 269), entered on July 21, 2023, is vacated.

2. This Court shall retain jurisdiction with respect to all matters arising from or

relating to the implementation of or interpretation of this Order.

**APPROVED AS TO FORM:**

*/s/ Karen Rinehart*

O'MELVENY & MYERS LLP
Stephen Warren (State Bar No. 136895)
Karen Rinehart (State Bar No. 185996)
Tancred Schiavoni (*pro hac vice*)
Adam Haberkorn (*pro hac vice*)
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: swarren@omm.com,
 krinehart@omm.com,
 tschiavoni@omm.com,
 ahaberkorn@omm.com

*Attorneys for Pacific Indemnity Company, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Pacific Employers Insurance Company*

*** END OF ORDER ***

## COURT SERVICE LIST

All ECF Recipients.

4871-2321-8034.4
07/25/23