# UNITED STATES BANKRUPTCY COURT

NORTHERN  DISTRICT OF  CALIFORNIA

OAKLAND DIVISION

In Re. THE ROMAN CATHOLIC BISHOP OF
OAKLAND

§
§
§
§

Case No.  23-40523

Debtor(s)

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 06/30/2023

Petition Date: 05/08/2023

Months Pending: 2

Industry Classification: | 8 | 6 | 6 | 1 |

Reporting Method:               Accrual Basis  ⦿               Cash Basis  ○

Debtor's Full-Time Employees (current):               45

Debtor's Full-Time Employees (as of date of order for relief):               45

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒        Statement of cash receipts and disbursements
☒        Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒        Statement of operations (profit or loss statement)
☒        Accounts receivable aging
☐        Postpetition liabilities aging
☐        Statement of capital assets
☐        Schedule of payments to professionals
☒        Schedule of payments to insiders
☒        All bank statements and bank reconciliations for the reporting period
☐        Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Paul Bongiovanni
Signature of Responsible Party

Paul Bongiovanni
Printed Name of Responsible Party

07/31/2023
Date

2121 Harrison Street, Suite 100, Oakland, CA 94612
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R.
§ 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $37,820,174 | |
| b.  Total receipts (net of transfers between accounts) | $7,363,391 | $9,369,689 |
| c.  Total disbursements (net of transfers between accounts) | $5,905,908 | $6,567,781 |
| d.  Cash balance end of month (a+b+c) | $39,277,656 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $5,905,908 | $6,567,781 |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $7,432,681 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $2,074,072 |
| c.  Inventory     (Book ◯   Market ◯   Other ◉   (attach explanation)) | $0 |
| d   Total current assets | $91,718,283 |
| e.  Total assets | $99,528,713 |
| f.  Postpetition payables (excluding taxes) | $21,714,256 |
| g.  Postpetition payables past due (excluding taxes) | $0 |
| h.  Postpetition taxes payable | $0 |
| i.  Postpetition taxes past due | $0 |
| j.  Total postpetition debt (f+h) | $21,714,256 |
| k.  Prepetition secured debt | $25,872,322 |
| l.  Prepetition priority debt | $0 |
| m.  Prepetition unsecured debt | $35,019,178 |
| n.  Total liabilities (debt) (j+k+l+m) | $82,605,756 |
| o.  Ending equity/net worth (e-n) | $16,922,957 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $41,847 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $1,227,297 | |
| c.  Gross profit (a-b) | $-1,185,451 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | $0 | |
| f.  Other expenses | $-100,107 | |
| g.  Depreciation and/or amortization (not included in 4b) | $0 | |
| h.  Interest | $-240,401 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $-1,567,805 | $-2,322,370 |

UST Form 11-MOR (12/01/2021)

## Part 5: Professional Fees and Expenses

|  |  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* |  | $0 |  |  |  |
|  | *Itemized Breakdown by Firm* |  |  |  |  |  |
|  | Firm Name | Role |  |  |  |  |
| i |  |  | $0 |  |  |  |
| ii |  |  |  |  |  |  |
| iii |  |  |  |  |  |  |
| iv |  |  |  |  |  |  |
| v |  |  |  |  |  |  |
| vi |  |  |  |  |  |  |
| vii |  |  |  |  |  |  |
| viii |  |  |  |  |  |  |
| ix |  |  |  |  |  |  |
| x |  |  |  |  |  |  |
| xi |  |  |  |  |  |  |
| xii |  |  |  |  |  |  |
| xiii |  |  |  |  |  |  |
| xiv |  |  |  |  |  |  |
| xv |  |  |  |  |  |  |
| xvi |  |  |  |  |  |  |
| xvii |  |  |  |  |  |  |
| xviii |  |  |  |  |  |  |
| xix |  |  |  |  |  |  |
| xx |  |  |  |  |  |  |
| xxi |  |  |  |  |  |  |
| xxii |  |  |  |  |  |  |
| xxiii |  |  |  |  |  |  |
| xxiv |  |  |  |  |  |  |
| xxv |  |  |  |  |  |  |
| xxvi |  |  |  |  |  |  |
| xxvii |  |  |  |  |  |  |
| xxviii |  |  |  |  |  |  |
| xxix |  |  |  |  |  |  |
| xxx |  |  |  |  |  |  |
| xxxi |  |  |  |  |  |  |
| xxxii |  |  |  |  |  |  |
| xxxiii |  |  |  |  |  |  |
| xxxiv |  |  |  |  |  |  |
| xxxv |  |  |  |  |  |  |
| xxxvi |  |  |  |  |  |  |

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $25,307 | $44,675 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

### Part 7: Questionnaire - During this reporting period:

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○   No ● |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○   No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ●   No ○ |
| d. | Are you current on postpetition tax return filings? | Yes ●   No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ●   No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●   No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○   No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○   No ○   N/A ● |
| i. | Do you have:   Worker's compensation insurance? | Yes ●   No ○ |
| | If yes, are your premiums current? | Yes ●   No ○   N/A ○   (if no, see Instructions) |
| | Casualty/property insurance? | Yes ●   No ○ |
| | If yes, are your premiums current? | Yes ●   No ○   N/A ○   (if no, see Instructions) |
| | General liability insurance? | Yes ●   No ○ |
| | If yes, are your premiums current? | Yes ●   No ○   N/A ○   (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○   No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○   No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ●   No ○ |

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Paul Bongiovanni
_____

Signature of Responsible Party

Chief Financial Officer
_____

Title

Paul Bongiovanni
_____

Printed Name of Responsible Party

07/31/2023
_____

Date



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)



PageThree



PageFour

**Note:** Responses for each question on the form are captured on respective exhibit forms contained herein.

*General Notes:* On May 8, 2023 (the "Petition Date"), the Roman Catholic Bishop of Oakland (the "Debtor"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"), thereby commencing the instant case (the "Chapter 11 Case"). The Debtor is authorized to operate its ministry and manage its properties as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. All information in this Monthly Operating Report relates solely to the Debtor and excludes the churches and non-Debtor Catholic entities.

The Debtor is providing the information and documents provided herewith (collectively, the "Monthly Operating Report") in response to the U.S. Trustee's *Uniform Periodic Reports in Cases Filed Under Chapter 11 of Title 11* . The following notes and statements and limitations should be referred to, and referenced in connection with, any review of the Monthly Operating Report.

*Basis of Presentation:* The Debtor is submitting its Monthly Operating Report solely for purposes of complying with requirements applicable in the Chapter 11 Case. The financial information included in the Monthly Operating Report is unaudited and has not been prepared in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP") and does not include all of the information and footnotes required by U.S. GAAP. The Monthly Operating Report is not intended to reconcile to any financial statements otherwise prepared or distributed by the Debtor. The financial information contained herein is presented per the Debtor's books and records without, among other things, all adjustments or reclassification that may be necessary or typical in accordance with U.S. GAAP. It is possible that not all assets, liabilities, income, or expenses have been recorded at the time of production.

The financial information included in the Monthly Operating Report has not been subjected to procedures that would typically be applied to financial information presented in accordance with U.S. GAAP or any other recognized financial reporting framework, and upon application of such procedures, the Debtor believes that the financial information could be subject to changes, and these changes could be material.

The results of operations contained in the financial statements provided with this Monthly Operating Report are not necessarily indicative of results that may be expected from any other period or for the full year and may not necessarily reflect the results of operations and financial position of the Debtor in the future.

*Reservation of Rights:* The Debtor reserves all rights to amend or supplement its Monthly Operating Report in all respects, as may be necessary or appropriate. Nothing contained in this Monthly Operating Report shall constitute a waiver of any of the Debtor's rights under any applicable law or an admission with respect to any issue in the Chapter 11 Case.

| ($ in Millions) | Unaudited |
| --- | --- |
| | 6/1/23 - 6/30/23 |

*Receipts*

| | | |
| --- | --- | --- |
| Bishop's Ministry Appeal & Assessments | $ | 1.1 |
| Gifts, Grants & Other Contributions | | 1.2 |
| Rental Income | | 1.2 |
| Insurance Related (Pass-through) | | 2.8 |
| Parochial Fund Management Fee | | - |
| Other Income | | 0.9 |
| **Total Receipts** | **$** | **7.2** |

*Disbursements*

| | | |
| --- | --- | --- |
| Payroll Related Expenses | $ | (0.5) |
| Facilities Related Expenses | | (0.9) |
| Insurance Related Expenses / Pass-through | | (3.7) |
| Program Costs and G&A Other | | (0.9) |
| **Total Operating Disbursements** | **$** | **(5.9)** |
| **Operating Cash Flow** | **$** | **1.3** |
| **Financing Activities** | **$** | **-** |
| **BK Related & Professional Fees** | **$** | **-** |
| **Net Cash Flow** | **$** | **1.3** |
| **Beginning Cash** | **$** | **37.8** |
| Net Cash Flow | | 1.3 |
| Voided Checks | | 0.2 |
| **Ending Cash** | **$** | **39.3** |

**Footnote:** The Debtor's cash flows for the month ended June 30, 2023 is provided herewith. The financial statements and information provided are unaudited, and therefore subject to change as discussed in the Global Notes.

| ($ in Actuals) | | 6/30/2023 |
|---|---|---|
| **Assets** | | |
| Cash | $ | 39,277,656 |
| Investments | | 710 |
| Loan and Other Accounts Receivable | | 52,439,917 |
| Net Land, Buildings, Equipment | | 3,657,434 |
| Other Assets | | 4,152,997 |
| **Total Assets** | **$** | **99,528,713** |
| | | |
| **Liabilities** | | |
| Short-Term Liabilities | $ | 6,237,053 |
| Short-Term Debt Liabilities | | - |
| Long-Term Liabilities | | 61,131,901 |
| Other Liabilities | | 15,237,552 |
| Restricted Deposits | | (750) |
| **Total Liabilities** | **$** | **82,605,756** |
| | | |
| **Net Assets** | | |
| Restricted Assets | $ | 3,440,504 |
| Undesignated Assets | | 13,482,454 |
| **Total Net Assets** | **$** | **16,922,957** |
| | | |
| **Total Liabilities & Net Assets** | **$** | **99,528,713** |

**Footnote:** The Debtor's balance sheet for the month ended June 30, 2023 is provided herewith. The financial statements and information provided are unaudited, and therefore subject to change as discussed in the Global Notes.

**Note on 2c:** The Debtor does not hold inventory.

| ($ in Actuals) Description | Current | 0-30 | 31-60 | 61-90 | 90+ | Total Due |
|---|---|---|---|---|---|---|
| Health Benefits A/R | $ 1,474,644 | $ 107,207 | $ 34,427 | $ 24,438 | $ 3,038,763 | $ 4,679,479 |
| Operations A/R | 3,657,420 | - | - | 60,473 | 4,039,598 | 7,757,490 |
| **Total A/R** | **$ 5,132,064** | **$ 107,207** | **$ 34,427** | **$ 84,910** | **$ 7,078,360** | **$ 12,436,969** |

**Footnote:** The Debtor's Gross A/R Aging for the month ended June 30, 2023 is provided herewith. The Debtor does not age its allowance for uncollectible receivables. The financial statements and information provided is unaudited, and therefore subject to change as discussed in the Global Notes.

There were no assets sold or transferred from 6/1/23 - 6/30/23.

| ($ in Actuals) | Unaudited |
|---|---|
| | 6/1/23 - 6/30/23 |
| **Revenues & Other Additions** | |
| Diocesan Appeal Income | $ 249,373 |
| Parish Assessments | 542,068 |
| Rental Income | 333,334 |
| Parochial Fund Management Fees | - |
| Bequests, Grants, & Other Income | 413,417 |
| Total Ordinary Income | $ 1,538,191 |
| Net Insurance Income | (1,496,345) |
| **Operating Revenue** | **$ 41,847** |
| | |
| **Expenses and Other Deductions** | |
| Chancery Expenses | $ 968,590 |
| Other Expenses | 19,261 |
| Parish & Diocesan Expenses | 281,293 |
| **Total Expenses & Other Deductions** | **$ 1,269,144** |
| | |
| **Net Operating Income (Deficit)** | **$ (1,227,297)** |
| | |
| **Other Income (Expense)** | **$ (340,508)** |
| | |
| **Change in Net Assets** | **$ (1,567,805)** |

**Footnote:** The Debtor's income statement for June 2023 is provided herewith. The financial statements and information provided are unaudited, and therefore subject to change as discussed in the Global Notes.

There were no restructuring professional fee payments from 6/1/23 - 6/30/23.

There were no ordinary course professional fee payments from 6/1/23 - 6/30/23.

| *($ in Actuals)* |
|---|
| **Total Amounts Expended for Gross Payroll in the MOR Period:** |
| $                                              373,091 |

| *($ in Actuals)* | **Amounts Collected, Received, Deducted, or Paid in the MOR Period:** | |
|---|---|---|
| **Taxing Agency** | **Amount** | **Date(s) of Payment** |
| Internal Revenue Service | $                    17,469.76 | 6/15/2023 |
| Social Security Administration | $                    20,872.76 | 6/15/2023 |
| Centers for Medicare & Medicaid Services | $                      4,881.38 | 6/15/2023 |
| California Franchise Tax Board | $                      7,798.49 | 6/15/2023 |
| Internal Revenue Service | $                    16,894.38 | 6/30/2023 |
| Social Security Administration | $                    20,147.76 | 6/30/2023 |
| Centers for Medicare & Medicaid Services | $                      4,711.96 | 6/30/2023 |
| California Franchise Tax Board | $                      7,477.18 | 6/30/2023 |

**Footnote:** The Debtor's only tax payments in June 2023 relate to payroll taxes. The information set forth herein constitutes the tax-related disclosures required by Paragraph 6 of the *Order for Payment of State and Federal Taxes* [Docket No. 33] and is being filed concurrently with this Monthly Operating Report in accordance with Paragraph 4(c) of the *Order (1) Pursuant to L.B.R. 2015-2(e) Extending Time to File Monthly Operating Reports, and (2) Modifying Order for Payment of State and Federal Taxes* [Docket No. 165].

| ($ in Actuals) | | | | |
| --- | --- | --- | --- | --- |
| **Insider Recipient** | **Payment Date** | **Payment Amount** | **Reason for Payment or Transfer** | **Account Used** |
| Paul Bongiovanni | 6/15/2023 | $ 8,107.90 | Semi-Monthly Payroll (6/1 - 6/15) | x2798 |
| Bishop Michael C. Barber | 6/15/2023 | 1,699.35 | Semi-Monthly Payroll (6/1 - 6/15) | x2798 |
| Rick Medeiros | 6/15/2023 | 7,729.17 | Semi-Monthly Payroll (6/1 - 6/15) | x2798 |
| Paul Bongiovanni | 6/30/2023 | 8,107.90 | Semi-Monthly Payroll (6/16 - 6/30) | x2798 |
| Bishop Michael C. Barber | 6/30/2023 | 1,699.35 | Semi-Monthly Payroll (6/16 - 6/30) | x2798 |
| Rick Medeiros | 6/30/2023 | 7,729.17 | Semi-Monthly Payroll (6/16 - 6/30) | x2798 |
| Fr. Lawrence D 'Anjou[1] | 6/23/2023 | 2,245.38 | Payroll Reimbursement | x2798 |
| Fr. Lawrence D 'Anjou[1] | 6/23/2023 | 50.00 | Cell Phone Reimbursement | x2798 |

**Footnote (1):** Fr. Lawrence D 'Anjou splits his time and effort fulfilling responsibilities as both the pastor of St. Bonaventure Church in Concord and as the vicar general for the Roman Catholic Bishop of Oakland. On average, he splits that time and effort 50/50 between the two assignments. As a matter of administrative effectiveness and efficiency, St. Bonaventure Church pays Fr. D 'Anjou's full salary as well as his full health and other benefits, then bills the Roman Catholic Bishop of Oakland central office for its 50% share/responsibility at the end of each month. Amounts shown above reflect RCBO's share of Fr. Lawrence D 'Anjou's wages and benefits. For further information, reference amounts listed in Statement 4 of the Schedules of Assets and Liabilities filed on the court docket (#0054).

Not applicable.

 **U.S. bank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3952    ARP         7101  S          Y      ST01



Account Number:
████████2798
Statement Period:
Jun 1, 2023
through
Jun 30, 2023

Page 1 of 4

|.|..|..|.|.|..|..|..|.|||..|.||.|..|.|..|.|.|..|..|..|.||.|..||.|.|
000003611 01 SP     106481776965283 S
ROMAN CATHOLIC BISHOP OF OAKLAND
DEBTOR IN POSSESSION- CASE 23-40523
GENERAL ACCT
ATTN: CONTROLLER
2121 HARRISON ST STE 100
OAKLAND CA  94612-3788

☎                                      *To Contact U.S. Bank*
                                    **Commercial Customer**
                                    **Service:**              800-898-6466

                                    **U.S. Bank accepts Relay Calls**
                                    **Internet:**                  usbank.com

## INFORMATION YOU SHOULD KNOW

Effective August 14, 2023, important updates will be made to the *Your Deposit Account Agreement* document which may affect your rights. The changes are generally described below, but you should review the changes in their entirety.

Beginning July 10, 2023, you can review and download the full revised disclosure at **usbank.com/YDAA** or you may also call your customer service team at the phone number listed at the top of this statement.

**Here's what you should know:**
- Updated section title from Electronic Banking Agreement to Electronic Fund Transfers, for Consumer Customers and Business Customers.
- For all references to the Returned Deposited and Cashed Items, updated title to Returned Deposited Items for Business Accounts Only. The Returned Deposited Item Fee or Cashed Check Fee was removed for consumer only on February 13, 2023 and will no longer be charged.
- Moved Real Time Payment/Prohibition on Foreign Payments section to the U.S. Bank *Digital Services Agreement* (DSA). You can view the DSA online at **usbank.com/dsa**.
- Under the Changes to Our Agreement with You section, added additional detail to include changing and/or adding terms to the agreement and added details regarding Resolution of Disputes by Arbitration.
- Under the Levies, Garnishments and Other Legal Process section, updated our garnishment terms.
- Under Resolution of Disputes by Arbitration section, removed references to JAMS and added additional information regarding Small Claims Jurisdiction and Arbitration Procedures and Arbitration Costs.
- Under Terms Applicable to All Accounts section, added a sub-section titled Litigation Class Action Waiver.
- Under Longer Delays May Apply section, added a sub-section titled Large Deposits.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added sub-section titled Virtual Debit Card.
- Removed the Minnesota Liability Disclosure.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added clarification to refer to the *Digital Services Agreement*.

If you have questions or need to request a copy of the current *Your Deposit Account Agreement*, visit **usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this statement.

## ANALYZED CHECKING

.S. Bank National Association                                                    *Member FDIC*

**Account Number**  ████████2798

### Account Summary

|                          | # Items |    |              |
|--------------------------|---------|----|--------------|
| Beginning Balance on Jun 1 |         | $  | 2,252,874.91 |
| Other Deposits           | 17      |    | 2,208,565.25 |
| Other Withdrawals        | 21      |    | 2,040,232.53- |
| Summary Post             | 104     |    | 959,194.86-  |
| **Ending Balance on Jun 30, 2023** | $ | | **1,462,012.77** |

### Other Deposits

| Date | Description of Transaction |                | Ref Number  | Amount |
|------|----------------------------|----------------|-------------|--------|
| Jun 1 | Check 131637 | Refer to Maker   SPT Return<br>Location/Ser#0000131637 | 0601020244 | $  120.00 |


## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3. Enter the ending balance shown on this statement.   $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.   $_____

5. Total lines 3 and 4.   $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7. Subtract line 6 from line 5.  This is your balance.   $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

### IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
‣ Tell us your name and account number.
‣ Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
‣ Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
     *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

### IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

### CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

**What To Do If You Think You Find A Mistake on Your Statement**

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
‣ **Account information:** Your name and account number.
‣ **Dollar Amount:** The dollar amount of the suspected error.
‣ **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
‣ We cannot try to collect the amount in question, or report you as delinquent on that amount.
‣ The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
‣ While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
‣ We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

### REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### CONSUMER REPORT DISPUTES

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Case: 23-40523    Doc# 303    Filed: 07/31/23    Entered: 07/31/23 12:07:00    Page 25 of 97

EQUAL HOUSING LENDER



DEBTOR IN POSSESSION- CASE 23-40523
GENERAL ACCT
ATTN: CONTROLLER
2121 HARRISON ST STE 100
OAKLAND CA 94612-3788

Account Number:
▮▮▮▮2798
Statement Period:
Jun 1, 2023
through
Jun 30, 2023

Page 2 of 4



## ANALYZED CHECKING (CONTINUED)

U.S. Bank National Association     **Account Number** ▮▮▮▮2798

### Other Deposits (continued)

| Date | | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|---|
| Jun | 1 | Check 132025 | Refer to Maker   SPT Return<br>Location/Ser#0000132025 | 0601020245 | 200.00 |
| Jun | 15 | Check 130918 | Stale Date   SPT Return<br>Location/Ser#0000130918 | 0615010081 | 100.00 |
| Jun | 16 | Electronic Deposit<br>REF=231660116999190N00 | From USPS ACCTVERIFY<br>413564151724750312362QW0CE3MFFAPEM<br>U | | 0.11 |
| Jun | 16 | Electronic Deposit<br>REF=231660116999210N00 | From USPS ACCTVERIFY<br>413564151724750312372QW0CE3WDQL4E<br>GO | | 0.69 |
| Jun | 20 | Check 131677 | Refer to Maker   SPT Return<br>Location/Ser#0000131677 | 0620020050 | 70.00 |
| Jun | 20 | Check 132005 | Refer to Maker   SPT Return<br>Location/Ser#0000132005 | 0620020051 | 70.00 |
| Jun | 27 | Check 6099 | Refer to Maker   SPT Return<br>Location/Ser#0000006099 | 0627020080 | 233.70 |
| Jun | 28 | Wire Credit REF013854<br>ORG=PRINCIPAL BANK PCS | WELLS SF    230628030155<br>FUNDING ACCOUNT | | 2,659.71 |
| Jun | 29 | Check 6103 | Refer to Maker   SPT Return<br>Location/Ser#0000006103 | 0629010097 | 9,411.89 |
| Jun | 29 | Electronic Funds Transfer | From Account 157536151358 | | 1,494,257.73 |
| Jun | 30 | Electronic Funds Transfer<br>Zero out Adventus | From Account 158300212616<br>Clearing Account | | 25.00 |
| Jun | 30 | Electronic Funds Transfer<br>Zero out CFDO Acct | From Account 158300246549<br>1436 | | 80.00 |
| Jun | 30 | Electronic Funds Transfer<br>Return OPF Church | From Account 158300246531<br>DLS Investment opening fu | | 10,000.00 |
| Jun | 30 | Electronic Funds Transfer<br>FSA (2022 plan) | From Account 158300245269<br>3/31/23 Favorable Adjustmen | | 141,336.42 |
| Jun | 30 | Electronic Funds Transfer<br>clear 5/15 Payroll | From Account 157536151333<br>deposit not issued from | | 250,000.00 |
| Jun | 30 | Electronic Funds Transfer<br>Reimburse RCBO for | From Account 157536146945<br>4/4/23 DCS Withdrawal fr | | 300,000.00 |

| | | | **Total Other Deposits** | **$** | **2,208,565.25** |
|---|---|---|---|---|---|

### Other Withdrawals

| Date | | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|---|
| Jun | 2 | Electronic Withdrawal<br>REF=231530080602630N00 | To eCatholic / Shee<br>0383913206PAYMENT   200318102973 | | $   77.85- |
| Jun | 2 | Electronic Withdrawal<br>REF=231520094466670N00 | To RETA TRUST<br>2942329720CASH CONC Reta Contributi | | 1,481,148.52- |
| Jun | 5 | Electronic Withdrawal<br>REF=231530129241340N00 | To ADP PAYROLL FEES<br>9659605001ADP FEES 400055850806 | | 284.84- |
| Jun | 6 | Electronic Withdrawal<br>REF=231560183377010Y00 | To SUPERIORUSA CORP<br>1331197652ACH    C004 Roman Cath | | 19,333.60- |
| Jun | 13 | Wire Debit REF000631<br>BNF=ACCOUNTING | MELLON PIT    230612051011<br>PRINCIPALS, INC | | 2,744.96- |
| Jun | 13 | Wire Debit REF000621<br>BNF=USPS | WELLS SF    230612051009 | | 14,173.41- |
| Jun | 13 | Wire Debit REF000643<br>BNF=ADP PAYROLL DEPOSIT | DBTCO AMERICAS NYC 230612051007<br>CUSTODIAL ACCOU SAN DIM | | 51,022.39- |
| Jun | 13 | Wire Debit REF000632<br>BNF=MOSS ADAMS LLP NEW | JPMORGAN CHASE BK   230612051017<br>YORK NY | | 114,000.00- |
| Jun | 13 | Wire Debit REF000620<br>BNF=ADP PAYROLL DEPOSIT | DBTCO AMERICAS NYC 230612051005<br>CUSTODIAL ACCOU SAN DIM | | 137,276.15- |
| Jun | 14 | Wire Debit REF002380<br>BNF=NET@WORK, INC. | CITIBANK OF NEW YO   230614027666 | | 3,300.00- |



DEBTOR IN POSSESSION- CASE 23-40523
GENERAL ACCT
ATTN: CONTROLLER
2121 HARRISON ST STE 100
OAKLAND CA 94612-3788

Account Number:
████2798
Statement Period:
Jun 1, 2023
through
Jun 30, 2023

Page 3 of 4

# ANALYZED CHECKING (CONTINUED)

U.S. Bank National Association     Account Number ████2798

## Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Jun 16 | Electronic Withdrawal REF=231660116999150N00 | To USPS ACCTVERIFY 413564151724750328812QW0CE34B9B64L8 | | 0.11- |
| Jun 16 | Electronic Withdrawal REF=231660116999110N00 | To USPS ACCTVERIFY 413564151724750321432QW0CE35KUM8WFJ | | 0.69- |
| Jun 16 | Electronic Withdrawal REF=231660112983010N00 | To COMCK DIRECT-CCD 2133556755WEB PMT  584770857 | | 211.00- |
| Jun 21 | Electronic Withdrawal REF=231710170395710Y00 | To SUPERIORUSA CORP 1331197652ACH    C004 Roman Cath | | 9,286.09- |
| Jun 21 | Electronic Withdrawal REF=231710160560950N00 | To USPS1000030923 413564151724760819712QWDEN21AW697EH | | 14,287.06- |
| Jun 27 | Wire Debit REF000405 BNF=ADP PAYROLL DEPOSIT | DBTCO AMERICAS NYC 230627006326    CUSTODIAL ACCOU NEW YOR | | 49,231.33- |
| Jun 27 | Wire Debit REF000397 BNF=ADP PAYROLL DEPOSIT | DBTCO AMERICAS NYC 230627006325    CUSTODIAL ACCOU NEW YOR | | 132,753.39- |
| Jun 30 | Electronic Funds Transfer Chancery FSA | To Account 158300245269 | | 1,211.32- |
| Jun 30 | Electronic Funds Transfer BBMS 5/10/23 | To Account 157536151374 | | 2,322.32- |
| Jun 30 | Electronic Funds Transfer Cover Adventus | To Account 158300212616 6/30/23 Checkrun | | 3,507.50- |
| Jun 30 | Electronic Funds Transfer January to May 2023 | To Account 157536151374 Donations to Carmelites | | 4,060.00- |
| | | | **Total Other Withdrawals** $ | **2,040,232.53-** |

## Summary Post

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|-----------|--------|
| Jun 1 | Summary Post of | 6 Items | $ 4,289.86- |
| Jun 2 | Summary Post of | 4 Items | 1,767.44- |
| Jun 5 | Summary Post of | 6 Items | 7,382.51- |
| Jun 6 | Summary Post of | 3 Items | 12,345.00- |
| Jun 7 | Summary Post of | 1 Items | 400.00- |
| Jun 8 | Summary Post of | 1 Items | 600.00- |
| Jun 9 | Summary Post of | 2 Items | 1,013.25- |
| Jun 12 | Summary Post of | 2 Items | 16,945.58- |
| Jun 13 | Summary Post of | 2 Items | 833.22- |
| Jun 14 | Summary Post of | 2 Items | 200.00- |
| Jun 15 | Summary Post of | 1 Items | 120.00- |
| Jun 16 | Summary Post of | 3 Items | 290.00- |
| Jun 20 | Summary Post of | 3 Items | 625.00- |
| Jun 21 | Summary Post of | 1 Items | 287.00- |
| Jun 22 | Summary Post of | 1 Items | 5,001.84- |
| Jun 26 | Summary Post of | 2 Items | 1,730.45- |
| Jun 27 | Summary Post of | 4 Items | 1,294.30- |
| Jun 28 | Summary Post of | 26 Items | 43,815.77- |
| Jun 29 | Summary Post of | 19 Items | 841,751.77- |
| Jun 30 | Summary Post of | 15 Items | 18,501.87- |
| | | **Total (104) Summary Post** $ | **959,194.86-** |

## Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Jun 1 | 2,248,905.05 | Jun 7 | 726,165.29 | Jun 13 | 387,556.33 |
| Jun 2 | 765,911.24 | Jun 8 | 725,565.29 | Jun 14 | 384,056.33 |
| Jun 5 | 758,243.89 | Jun 9 | 724,552.04 | Jun 15 | 384,036.33 |
| Jun 6 | 726,565.29 | Jun 12 | 707,606.46 | Jun 16 | 383,535.33 |



DEBTOR IN POSSESSION- CASE 23-40523
GENERAL ACCT
ATTN: CONTROLLER
2121 HARRISON ST STE 100
OAKLAND CA 94612-3788

Account Number:
2798
Statement Period:
Jun 1, 2023
through
Jun 30, 2023

Page 4 of 4



## ANALYZED CHECKING                                    (CONTINUED)
.S. Bank National Association                 **Account Number** 2798
### Balance Summary (continued)

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| un 20 | 383,050.33 | Jun 26 | 352,457.89 | Jun 29 | 790,174.36 |
| un 21 | 359,190.18 | Jun 27 | 169,412.57 | Jun 30 | 1,462,012.77 |
| un 22 | 354,188.34 | Jun 28 | 128,256.51 | | |

Balances only appear for days reflecting change.

This page intentionally left blank



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3961    TRN        S        Y    ST01

**Business Statemen**
Account Numbe
13:
Statement Perio
Jun 1, 202
throug
Jun 30, 202

Page 1 o



000069113 01  AB  0.507  000638507974453 P  Y
THE ROMAN CATHOLIC BISHOP OF OAKLAND
PARISH ASSESSMENTS
2121 HARRISON ST STE 100
OAKLAND CA  94612-3788

☎                                      _To Contact U.S. Ba_

**Commercial Customer
Service:**                                        _800-285-75_

**U.S. Bank accepts Relay Calls
Internet:**                                          usbank.cc

---

## INFORMATION YOU SHOULD KNOW

Effective August 14, 2023, important updates will be made to the _Your Deposit Account Agreement_ document which may affect your rights. The changes are generally described below, but you should review the changes in their entirety.

Beginning July 10, 2023, you can review and download the full revised disclosure at **usbank.com/YDAA** or you may also call your customer service team at the phone number listed at the top of this statement.

**Here's what you should know:**

- Updated section title from Electronic Banking Agreement to Electronic Fund Transfers, for Consumer Customers and Business Customers.
- For all references to the Returned Deposited and Cashed Items, updated title to Returned Deposited Items for Business Accounts Only. The Returned Deposited Item Fee or Cashed Check Fee was removed for consumer only on February 13, 2023 and will no longer be charged.
- Moved Real Time Payment/Prohibition on Foreign Payments section to the U.S. Bank _Digital Services Agreement_ (DSA). You can view the DSA online at **usbank.com/dsa**.
- Under the Changes to Our Agreement with You section, added additional detail to include changing and/or adding terms to the agreement and added details regarding Resolution of Disputes by Arbitration.
- Under the Levies, Garnishments and Other Legal Process section, updated our garnishment terms.
- Under Resolution of Disputes by Arbitration section, removed references to JAMS and added additional information regarding Small Claims Jurisdiction and Arbitration Procedures and Arbitration Costs.
- Under Terms Applicable to All Accounts section, added a sub-section titled Litigation Class Action Waiver.
- Under Longer Delays May Apply section, added a sub-section titled Large Deposits.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added sub-section titled Virtual Debit Card.
- Removed the Minnesota Liability Disclosure.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added clarification to refer to the _Digital Services Agreement_.

If you have questions or need to request a copy of the current _Your Deposit Account Agreement_, visit **usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this statement.

---

## ANALYZED CHECKING WITH INTEREST                                   _Member FD_

U.S. Bank National Association                                    Account Number ███████13:
### Account Summary

|  | # Items |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Beginning Balance on Jun 1 |  | $ | 323,103.19 | Interest Paid this Year | $ | 1,884.10 |
| Other Deposits | 4 |  | 807,315.99 | Number of Days in Statement Period |  | 30 |
| **Ending Balance on Jun 30, 2023** | $ | **1,130,419.18** |  |  |  |  |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amoun |
|---|---|---|---|---|---|
| Jun 13 | Consolidated Image Check | Deposit 1 Items 0000000000 | | $ | 317,656.86 |
| Jun 22 | Consolidated Image Check | Deposit 1 Items 0000000000 | | | 346,419.25 |

 **bank**

## BALANCE YOUR ACCOUNT
To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.  $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.  $_____

5. Total lines 3 and 4.  $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7. Subtract line 6 from line 5. This is your balance.  $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
**What To Do If You Think You Find A Mistake on Your Statement**
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar Amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC

EQUAL HOUSING LENDER



THE ROMAN CATHOLIC BISHOP OF OAKLAND
PARISH ASSESSMENTS
2121 HARRISON ST STE 100
OAKLAND CA 94612-3788



**Business Statemen**
Account Numbe
132
Statement Period
Jun 1, 202
throug
Jun 30, 202

Page 2 of

## ANALYZED CHECKING WITH INTEREST                    (CONTINUED

U.S. Bank National Association                                    Account Number          32

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Jun 28 | Consolidated Image Check | Deposit 1 Items 0000000000 | | 141,739.71 |
| Jun 30 | Interest Paid | | 3000004060 | 1,500.13 |
| | | **Total Other Deposits** | **$** | **807,315.99** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Jun 13 | 640,760.05 | Jun 28 | 1,128,919.05 | Jun 30 | 1,130,419.18 |
| Jun 22 | 987,179.34 | | | | |

Balances only appear for days reflecting change.



This page intentionally left blank



**Business Stateme**

Account Numbe

13

Statement Perio

Jun 1, 20

throu

Jun 30, 20

Page 1 o

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3961   TRN       S      Y     ST01



000069117 01  AB  0.507  000638507974457 P  Y
THE ROMAN CATHOLIC BISHOP OF OAKLAND
GENERAL UNRESTRICTED
2121 HARRISON ST STE 100
OAKLAND CA  94612-3788

☎            **To Contact U.S. Ba**

**Commercial Customer
Service:**       800-285-75

**U.S. Bank accepts Relay Calls**

**Internet:**       usbank.co

---

# INFORMATION YOU SHOULD KNOW

Effective August 14, 2023, important updates will be made to the *Your Deposit Account Agreement* document which may affect
your rights. The changes are generally described below, but you should review the changes in their entirety.

Beginning July 10, 2023, you can review and download the full revised disclosure at **usbank.com/YDAA** or you may also call
your customer service team at the phone number listed at the top of this statement.

**Here's what you should know:**

- Updated section title from Electronic Banking Agreement to Electronic Fund Transfers, for Consumer Customers and
  Business Customers.
- For all references to the Returned Deposited and Cashed Items, updated title to Returned Deposited Items for Business
  Accounts Only. The Returned Deposited Item Fee or Cashed Check Fee was removed for consumer only on February
  13, 2023 and will no longer be charged.
- Moved Real Time Payment/Prohibition on Foreign Payments section to the U.S. Bank *Digital Services Agreement* (DSA).
  You can view the DSA online at **usbank.com/dsa**.
- Under the Changes to Our Agreement with You section, added additional detail to include changing and/or adding terms
  to the agreement and added details regarding Resolution of Disputes by Arbitration.
- Under the Levies, Garnishments and Other Legal Process section, updated our garnishment terms.
- Under Resolution of Disputes by Arbitration section, removed references to JAMS and added additional information
  regarding Small Claims Jurisdiction and Arbitration Procedures and Arbitration Costs.
- Under Terms Applicable to All Accounts section, added a sub-section titled Litigation Class Action Waiver.
- Under Longer Delays May Apply section, added a sub-section titled Large Deposits.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added sub-section titled Virtual Debit
  Card.
- Removed the Minnesota Liability Disclosure.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added clarification to refer to the
  *Digital Services Agreement*.

If you have questions or need to request a copy of the current *Your Deposit Account Agreement*, visit
**usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this
statement.

---

# ANALYZED CHECKING

*Member FD*

U.S. Bank National Association

**Account Summary**                                 **Account Number**     13

| | # Items | | | |
|---|---|---|---|---|
| Beginning Balance on Jun 1 | | $ | 565,042.43 | |
| Other Deposits | 40 | | 2,394,556.81 | |
| Other Withdrawals | 5 | | 270,528.52- | |
| **Ending Balance on  Jun 30, 2023** | | **$** | **2,689,070.72** | |

**Other Deposits**

| Date | Description of Transaction | | Ref Number | | Amoun |
|---|---|---|---|---|---|
| Jun 1 | Electronic Deposit | From MERCHANT BANKCD | | $ | 300.0 |
| | REF=231520032432560N00 | G592126793DEPOSIT  496406331884 | | | |
| Jun 2 | Electronic Deposit | From MERCHANT BANKCD | | | 40.0 |
| | REF=231530077072210N00 | G592126793DEPOSIT  496406331884 | | | |



## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

**What To Do If You Think You Find A Mistake on Your Statement**

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar Amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about your account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC

EQUAL HOUSING LENDER



THE ROMAN CATHOLIC BISHOP OF OAKLAND
GENERAL UNRESTRICTED
2121 HARRISON ST STE 100
OAKLAND CA  94612-3788

**Business Statemen**

Account Numbe
|33
Statement Perio
Jun 1, 202
throug
Jun 30, 202

Page 2 of



## ANALYZED CHECKING

**(CONTINUED**

U.S. Bank National Association

Account Number |33

**Other Deposits (continued)**

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jun 2 | Consolidated Image Check | Deposit 2 Items 0000000000 | | 15,758.40 |
| Jun 5 | Electronic Deposit REF=231560103788840N00 | From MERCHANT BANKCD G592126793DEFOSIT  496406331884 | | 20.00 |
| Jun 5 | Electronic Deposit REF=231560140289070N00 | From MERCHANT BANKCD G592126793DEPOSIT  496406331884 | | 20.00 |
| Jun 5 | Wire Credit REF019863 ORG=CATHOLIC CHURCH | WELLS SF        230605052463 SUPPORT SERVICES 4750 WILLO | | 824,096.66 |
| Jun 6 | Electronic Deposit REF=231570080441960N00 | From MERCHANT BANKCD G592126793DEPOSIT  496406331884 | | 20.00 |
| Jun 6 | Wire Credit REF000455 ORG=THE ROMAN CATHOLIC | WELLS SF        230606001353 CEMETERIES OF TH DIOCESE | | 861,249.30 |
| Jun 8 | Electronic Deposit REF=231590021167920N00 | From MERCHANT BANKCD G592126793DEPOSIT  496406331884 | | 20.00 |
| Jun 9 | Electronic Deposit REF=231600021661450N00 | From MERCHANT BANKCD G592126793DEPOSIT  496406331884 | | 45.00 |
| Jun 9 | Wire Credit REF017969 ORG=WF EXC RTN TO SNDR | WELLS SF        230609050055 721 WIP MAC F8235-024 | | 14,173.41 |
| Jun 12 | Electronic Deposit REF=231630020718000N00 | From MERCHANT BANKCD G592126793DEPOSIT  496406331884 | | 660.00 |
| Jun 12 | Electronic Deposit REF=231630025494860N00 | From MERCHANT BANKCD G592126793DEPOSIT  496406331884 | | 700.00 |
| Jun 13 | Electronic Deposit REF=231640070649270N00 | From MERCHANT BANKCD G592126793DEPOSIT  496406331884 | | 80.00 |
| Jun 14 | Electronic Deposit REF=231650084507480N00 | From MERCHANT BANKCD G592126793DEPOSIT  496406331884 | | 20.00 |
| Jun 14 | Consolidated Image Check | Deposit 1 Items 0000000000 | | 232,985.70 |
| Jun 15 | Electronic Deposit REF=231660027442560N00 | From MERCHANT BANKCD G592126793DEPOSIT  496406331884 | | 460.00 |
| Jun 16 | Electronic Deposit REF=231670045221410N00 | From MERCHANT BANKCD G592126793DEPOSIT  496406331884 | | 340.00 |
| Jun 20 | Electronic Deposit REF=231710067804330N00 | From MERCHANT BANKCD G592126793DEPOSIT  496406331884 | | 20.00 |
| Jun 20 | Electronic Deposit REF=231710073368140N00 | From MERCHANT BANKCD G592126793DEPOSIT  496406331884 | | 320.00 |
| Jun 20 | Electronic Deposit REF=231710105550890N00 | From MERCHANT BANKCD G592126793DEPOSIT  496406331884 | | 320.00 |
| Jun 20 | Electronic Deposit REF=231710058550440N00 | From MERCHANT BANKCD G592126793DEPOSIT  496406331884 | | 660.00 |
| Jun 20 | Consolidated Image Check | Deposit 2 Items 0000000000 | | 5,013.88 |
| Jun 21 | Electronic Deposit REF=231720080982630N00 | From MERCHANT BANKCD G592126793DEPOSIT  496406331884 | | 100.00 |
| Jun 22 | Electronic Deposit REF=231730024831520N00 | From MERCHANT BANKCD G592126793DEPOSIT  496406331884 | | 100.00 |
| Jun 22 | Consolidated Image Check | Deposit 1 Items 0000000000 | | 31,629.96 |
| Jun 23 | Electronic Deposit REF=231740032815900N00 | From MERCHANT BANKCD G592126793DEPOSIT  496406331884 | | 420.00 |
| Jun 26 | Electronic Deposit REF=231770065649230N00 | From MERCHANT BANKCD G592126793DEPOSIT  496406331884 | | 40.00 |
| Jun 26 | Electronic Deposit REF=231770044102410N00 | From MERCHANT BANKCD G592126793DEPOSIT  496406331884 | | 360.00 |
| Jun 26 | Electronic Deposit REF=231740032815900N00 | From MERCHANT BANKCD G592126793DEPOSIT  496406331884 | | 620.00 |

CASE-23-40523-CN Doc# 303   Filed 07/31/23 Entered 07/31/23 12:07:00   Page 36 of 97



THE ROMAN CATHOLIC BISHOP OF OAKLAND
GENERAL UNRESTRICTED
2121 HARRISON ST STE 100
OAKLAND CA 94612-3788

**Business Statement**

Account Number:
█████1333

Statement Period:
Jun 1, 2023
through
Jun 30, 2023

Page 3 of 3

## ANALYZED CHECKING                                    (CONTINUED)

U.S. Bank National Association                   Account Number ████1333

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Jun 27 | Electronic Deposit | From MERCHANT BANKCD | | 40.00 |
| | REF=231780096515790N00 | G592126793DEPOSIT   496406331884 | | |
| Jun 27 | Consolidated Image Check | Deposit 1 Items | | 8,560.75 |
| | | 0000000000 | | |
| Jun 28 | Electronic Deposit | From MERCHANT BANKCD | | 20.00 |
| | REF=231790019447540N00 | G592126793DEPOSIT   496406331884 | | |
| Jun 29 | Electronic Deposit | From MERCHANT BANKCD | | 640.00 |
| | REF=231800076149880N00 | G592126793DEPOSIT   496406331884 | | |
| Jun 29 | Consolidated Image Check | Deposit 1 Items | | 383,485.75 |
| | | 0000000000 | | |
| Jun 30 | Electronic Deposit | From MERCHANT BANKCD | | 180.00 |
| | REF=231810093876870N00 | G592126793DEPOSIT   496406331884 | | |
| Jun 30 | Consolidated Image Check | Deposit 1 Items | | 1,200.00 |
| | | 0000000000 | | |
| Jun 30 | Electronic Funds Transfer | From Account 157536151341 | | 9,838.00 |
| | 6/2/23Deposit | Correction | | |
| | | | **Total Other Deposits** $ | **2,394,556.81** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Jun 5 | Electronic Withdrawal | To MERCHANT BANKCD | $ | 189.56- |
| | REF=231560103790570N00 | G592126793DEPOSIT   496406331884 | | |
| Jun 9 | Wire Debit REF004154 | WELLS SF      230609044745 | | 14,173.41- |
| | BNF=USPS - RCBO ACCOUNT | 2121 HARRISON STREET, S | | |
| Jun 14 | Analysis Service Charge | | 1400000000 | 1,311.67- |
| Jun 30 | Electronic Funds Transfer | To Account 158300246531 | | 4,853.88- |
| | Bendy Trust | | | |
| Jun 30 | Electronic Funds Transfer | To Account 158300212798 | | 250,000.00- |
| | clear 5/15 Payroll | deposit not issued from | | |
| | | | **Total Other Withdrawals** $ | **270,528.52-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Jun 1 | 565,342.43 | Jun 13 | 2,267,862.23 | Jun 23 | 2,538,940.10 |
| Jun 2 | 581,140.83 | Jun 14 | 2,499,556.26 | Jun 26 | 2,539,960.10 |
| Jun 5 | 1,405,087.93 | Jun 15 | 2,500,016.26 | Jun 27 | 2,548,560.85 |
| Jun 6 | 2,266,357.23 | Jun 16 | 2,500,356.26 | Jun 28 | 2,548,580.85 |
| Jun 8 | 2,266,377.23 | Jun 20 | 2,506,690.14 | Jun 29 | 2,932,706.60 |
| Jun 9 | 2,266,422.23 | Jun 21 | 2,506,790.14 | Jun 30 | 2,689,070.72 |
| Jun 12 | 2,267,782.23 | Jun 22 | 2,538,520.10 | | |

Balances only appear for days reflecting change.



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3961     TRN              S              Y     ST01

**Business Stateme**

Account Numb[ ]13

Statement Peric
Jun 1, 20
throu
Jun 30, 20

Page 1 o

000069120 01 AB 0.507 00638507974460 P Y
THE ROMAN CATHOLIC BISHOP OF OAKLAND
BISHOP'S MINISTRIES APPEAL
2121 HARRISON ST STE 100
OAKLAND CA 94612-3788



☎                                      *To Contact U.S. Ba*

**Commercial Customer
Service:**                              800-285-75

**U.S. Bank accepts Relay Calls**

**Internet:**                           usbank.co

---

## INFORMATION YOU SHOULD KNOW

Effective August 14, 2023, important updates will be made to the *Your Deposit Account Agreement* document which may affect your rights. The changes are generally described below, but you should review the changes in their entirety.

Beginning July 10, 2023, you can review and download the full revised disclosure at **usbank.com/YDAA** or you may also call your customer service team at the phone number listed at the top of this statement.

**Here's what you should know:**

- Updated section title from Electronic Banking Agreement to Electronic Fund Transfers, for Consumer Customers and Business Customers.
- For all references to the Returned Deposited and Cashed Items, updated title to Returned Deposited Items for Business Accounts Only. The Returned Deposited Item Fee or Cashed Check Fee was removed for consumer only on February 13, 2023 and will no longer be charged.
- Moved Real Time Payment/Prohibition on Foreign Payments section to the U.S. Bank *Digital Services Agreement* (DSA). You can view the DSA online at **usbank.com/dsa**.
- Under the Changes to Our Agreement with You section, added additional detail to include changing and/or adding terms to the agreement and added details regarding Resolution of Disputes by Arbitration.
- Under the Levies, Garnishments and Other Legal Process section, updated our garnishment terms.
- Under Resolution of Disputes by Arbitration section, removed references to JAMS and added additional information regarding Small Claims Jurisdiction and Arbitration Procedures and Arbitration Costs.
- Under Terms Applicable to All Accounts section, added a sub-section titled Litigation Class Action Waiver.
- Under Longer Delays May Apply section, added a sub-section titled Large Deposits.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added sub-section titled Virtual Debit Card.
- Removed the Minnesota Liability Disclosure.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added clarification to refer to the *Digital Services Agreement*.

If you have questions or need to request a copy of the current *Your Deposit Account Agreement*, visit **usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this statement.

---

## ANALYZED CHECKING WITH INTEREST                          *Member FD*

U.S. Bank National Association                              **Account Number** ▮▮▮▮13
**Account Summary**

|  | # Items |  |  |  |  |
|---|---|---|---|---|---|
| Beginning Balance on Jun 1 | | $ | 1,020,688.82 | Interest Paid this Year | $ 8.20 |
| Other Deposits | 18 | | 283,240.08 | Number of Days in Statement Period | 30 |
| Other Withdrawals | 5 | | 15,747.69- | | |
| **Ending Balance on Jun 30, 2023** | | **$** | **1,288,181.21** | | |

**Other Deposits**

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jun 2 | Consolidated Image Check | Deposit 2 Items 0000000000 | | $ | 9,838.00 |
| Jun 5 | Electronic Deposit From | 4270465600BB0 | MerchanST-W8T4S5D2E6V0 | | 12,714.58 |
| | REF=231560115006660N00 | | | | |

Electronic 23-40523   Doc# 303 Filed 07/31/23   Entered: 07/31/23 12:07:00   Page 38 of 97



## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
| **TOTAL** | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL** | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.  $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.  $_____

5. Total lines 3 and 4.  $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7. Subtract line 6 from line 5. This is your balance.  $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

### IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

### IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

### CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

**What To Do If You Think You Find A Mistake on Your Statement**

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar Amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

### REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### CONSUMER REPORT DISPUTES

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC

EQUAL HOUSING LENDER

 **bank.**

THE ROMAN CATHOLIC BISHOP OF OAKLAND
BISHOP'S MINISTRIES APPEAL
2121 HARRISON ST STE 100
OAKLAND CA 94612-3788

**Business Statemen**
Account Numbe
134
Statement Perioc
Jun 1, 202
throug
Jun 30, 202
Page 2 of



## ANALYZED CHECKING WITH INTEREST                                    (CONTINUED

U.S. Bank National Association

Account Number ████████ 134

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jun 8 | Consolidated Image Check | Deposit 3 Items 0000000000 | | 81,495.94 |
| Jun 9 | Consolidated Image Check | Deposit 1 Items 0000000000 | | 14,508.33 |
| Jun 12 | Electronic Deposit REF=231630031653040N00 | From 20843 4270465600BB MerchanST-A7L1G7V3K8L5 | | 19,624.22 |
| Jun 16 | Consolidated Image Check | Deposit 1 Items 0000000000 | | 12,441.00 |
| Jun 20 | Consolidated Image Check | Deposit 1 Items 0000000000 | | 13,173.93 |
| Jun 21 | Electronic Deposit REF=231710190129630N00 | From 20843 4270465600BB MerchanST-S6E8L3Q2V4V4 | | 31,863.90 |
| Jun 23 | Consolidated Image Check | Deposit 1 Items 0000000000 | | 21,210.00 |
| Jun 26 | Consolidated Image Check | Deposit 1 Items 0000000000 | | 21,413.00 |
| Jun 27 | Electronic Deposit REF=231770124349220N00 | From 20843 4270465600BB MerchanST-N8W6Q5I5Z3M0 | | 7,237.42 |
| Jun 27 | Consolidated Image Check | Deposit 1 Items 0000000000 | | 33,990.56 |
| Jun 30 | Interest Paid | | 3000004061 | 4.73 |
| Jun 30 | Consolidated Image Check | Deposit 1 Items 0000000000 | | 790.50 |
| Jun 30 | Electronic Funds Transfer Gift Stock Donation | From Account 157536151374 from Jennifer Wong | | 2,933.97 |
| | | **Total Other Deposits** | **$** | **283,240.08** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jun 14 | Analysis Service Charge | | 1400000000 | $ 671.69- |
| Jun 20 | Deposited Item Returned | | 1000101608 | 200.00- |
| Jun 28 | Deposited Item Returned | | 1000102443 | 100.00- |
| Jun 30 | Electronic Funds Transfer 6/9/23 Deposit | To Account 157536151374 Correction | | 4,938.00- |
| Jun 30 | Electronic Funds Transfer 6/2/23Deposit | To Account 157536151333 Correction | | 9,838.00- |
| | | **Total Other Withdrawals** | **$** | **15,747.69-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jun 2 | 1,030,526.82 | Jun 14 | 1,158,198.20 | Jun 26 | 1,258,100.03 |
| Jun 5 | 1,043,241.40 | Jun 16 | 1,170,639.20 | Jun 27 | 1,299,328.01 |
| Jun 8 | 1,124,737.34 | Jun 20 | 1,183,613.13 | Jun 28 | 1,299,228.01 |
| Jun 9 | 1,139,245.67 | Jun 21 | 1,215,477.03 | Jun 30 | 1,288,181.21 |
| Jun 12 | 1,158,869.89 | Jun 23 | 1,236,687.03 | | |

Balances only appear for days reflecting change.



This page intentionally left blank

 **usbank.**

**Business Statemen**

Account Numb 13

Statement Perio

Jun 1, 20

throu

Jun 30, 20

Page 1 o

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3961          TRN          6480  S          Y     ST01



000069123 01  AB  0.507  000638507974463 P  Y
THE ROMAN CATHOLIC BISHOP OF OAKLAND
EMPLOYEE HEALTH BENEFITS INSURANCE
2121 HARRISON ST STE 100
OAKLAND CA  94612-3788

☎                                    *To Contact U.S. Ba*

**Commercial Customer**
**Service:**                                800-285-75

**U.S. Bank accepts Relay Calls**
**Internet:**                               usbank.cc

---

## INFORMATION YOU SHOULD KNOW

Effective August 14, 2023, important updates will be made to the *Your Deposit Account Agreement* document which may affect your rights. The changes are generally described below, but you should review the changes in their entirety.

Beginning July 10, 2023, you can review and download the full revised disclosure at **usbank.com/YDAA** or you may also call your customer service team at the phone number listed at the top of this statement.

**Here's what you should know:**
- Updated section title from Electronic Banking Agreement to Electronic Fund Transfers, for Consumer Customers and Business Customers.
- For all references to the Returned Deposited and Cashed Items, updated title to Returned Deposited Items for Business Accounts Only. The Returned Deposited Item Fee or Cashed Check Fee was removed for consumer only on February 13, 2023 and will no longer be charged.
- Moved Real Time Payment/Prohibition on Foreign Payments section to the U.S. Bank *Digital Services Agreement* (DSA). You can view the DSA online at **usbank.com/dsa.**
- Under the Changes to Our Agreement with You section, added additional detail to include changing and/or adding terms to the agreement and added details regarding Resolution of Disputes by Arbitration.
- Under the Levies, Garnishments and Other Legal Process section, updated our garnishment terms.
- Under Resolution of Disputes by Arbitration section, removed references to JAMS and added additional information regarding Small Claims Jurisdiction and Arbitration Procedures and Arbitration Costs.
- Under Terms Applicable to All Accounts section, added a sub-section titled Litigation Class Action Waiver.
- Under Longer Delays May Apply section, added a sub-section titled Large Deposits.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added sub-section titled Virtual Debit Card.
- Removed the Minnesota Liability Disclosure.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added clarification to refer to the *Digital Services Agreement.*

If you have questions or need to request a copy of the current *Your Deposit Account Agreement*, visit **usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this statement.

---

## ANALYZED CHECKING

U.S. Bank National Association                                                                 *Member FD*

**Account Summary**                                                          Account Number     13

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Jun 1 | | $ | 2,923,262.30 |
| Customer Deposits | 1 | | 123,930.91 |
| Other Deposits | 12 | | 1,467,470.94 |
| Other Withdrawals | 2 | | 1,495,224.86- |
| **Ending Balance on Jun 30, 2023** | | **$** | **3,019,439.29** |

**Customer Deposits**

| Number | Date | Ref Number | Amount |
|---|---|---|---|
| | Jun 2 | 9214581805 | 123,930.91 |
| | | **Total Customer Deposits** | **$    123,930.91** |

<span style="color:red">Case: 23-40523    Doc# 303    Filed: 07/31/23    Entered: 07/31/23 12:07:00    Page 42 of 97</span>



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
Reserve Line Balance Computation Method: To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.


EQUAL HOUSING LENDER

Member FDIC

Case: 23-40523    Doc# 303    Filed: 07/31/23    Entered: 07/31/23 12:07:00    Page 43 of 97



THE ROMAN CATHOLIC BISHOP OF OAKLAND
EMPLOYEE HEALTH BENEFITS INSURANCE
2121 HARRISON ST STE 100
OAKLAND CA  94612-3788

**Business Statemer**
Account Numbe
135
Statement Perio
Jun 1, 202
throug
Jun 30, 202

Page 2 of

 

## ANALYZED CHECKING (CONTINUED

U.S. Bank National Association                                   Account Number          135

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|---|-----------|---|--------|
| Jun 12 | Wholesale Lockbox Deposit | Location/Ser#0000045889 | 8015211799 | $ | 18,094.58 |
| Jun 13 | Wholesale Lockbox Deposit | Location/Ser#0000045889 | 8314672609 | | 268,237.33 |
| Jun 14 | Wholesale Lockbox Deposit | Location/Ser#0000045889 | 8613407965 | | 33,638.99 |
| Jun 15 | Wholesale Lockbox Deposit | Location/Ser#0000045889 | 8912990953 | | 17,981.56 |
| Jun 16 | Wholesale Lockbox Deposit | Location/Ser#0000045889 | 9213340966 | | 49,167.95 |
| Jun 20 | Wholesale Lockbox Deposit | Location/Ser#0000045889 | 8314565653 | | 19,715.76 |
| Jun 20 | Consolidated Image Check | Deposit 1 Items | | | 902,297.21 |
| | | 0000000000 | | | |
| Jun 21 | Wholesale Lockbox Deposit | Location/Ser#0000045889 | 8615271721 | | 40,137.33 |
| Jun 23 | Wholesale Lockbox Deposit | Location/Ser#0000045889 | 9212454938 | | 16,141.13 |
| Jun 26 | Wholesale Lockbox Deposit | Location/Ser#0000045889 | 8014034531 | | 14,856.45 |
| Jun 30 | Wholesale Lockbox Deposit | Location/Ser#0000045889 | 9213108142 | | 39,567.95 |
| Jun 30 | Wholesale Lockbox Deposit | Location/Ser#0000045889 | 9212516183 | | 47,634.70 |

| | | | | Total Other Deposits | $ | 1,467,470.94 |
|---|---|---|---|---|---|---|

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|---|-----------|---|--------|
| Jun 14 | Analysis Service Charge | | 1400000000 | $ | 967.13- |
| Jun 29 | Electronic Funds Transfer | To Account 158300212798 | | | 1,494,257.73- |

| | | | Total Other Withdrawals | $ | 1,495,224.86- |
|---|---|---|---|---|---|

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Jun  2 | 3,047,193.21 | Jun 15 | 3,384,178.54 | Jun 23 | 4,411,637.92 |
| Jun 12 | 3,065,287.79 | Jun 16 | 3,433,346.49 | Jun 26 | 4,426,494.37 |
| Jun 13 | 3,333,525.12 | Jun 20 | 4,355,359.46 | Jun 29 | 2,932,236.64 |
| Jun 14 | 3,366,196.98 | Jun 21 | 4,395,496.79 | Jun 30 | 3,019,439.29 |

Balances only appear for days reflecting change.

Case: 23-40523     Doc# 303     Filed: 07/31/23     Entered: 07/31/23 12:07:00     Page 44 of
97



This page intentionally left blank


# us bank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3961    TRN    6480 S    Y    ST01

**Business Stateme**
Account Numb
13
Statement Period
Jun 1, 20
throu
Jun 30, 20

Page 1 o



||||||||||||||||||||||||||||||||||||||||||||
000069108 01  AB  0.507  000638507974448 P  Y
THE ROMAN CATHOLIC BISHOP OF OAKLAND
PACKAGE & WORKERS'COMPENSATION INSURANCE
2121 HARRISON ST STE 100
OAKLAND CA  94612-3788



☎                                          *To Contact U.S. Ba*

**Commercial Customer
Service:**                                800-285-75

**U.S. Bank accepts Relay Calls**

**Internet:**                             usbank.co

---

## INFORMATION YOU SHOULD KNOW

Effective August 14, 2023, important updates will be made to the *Your Deposit Account Agreement* document which may affect your rights. The changes are generally described below, but you should review the changes in their entirety.

Beginning July 10, 2023, you can review and download the full revised disclosure at **usbank.com/YDAA** or you may also call your customer service team at the phone number listed at the top of this statement.

**Here's what you should know:**

- Updated section title from Electronic Banking Agreement to Electronic Fund Transfers, for Consumer Customers and Business Customers.
- For all references to the Returned Deposited and Cashed Items, updated title to Returned Deposited Items for Business Accounts Only. The Returned Deposited Item Fee or Cashed Check Fee was removed for consumer only on February 13, 2023 and will no longer be charged.
- Moved Real Time Payment/Prohibition on Foreign Payments section to the U.S. Bank *Digital Services Agreement* (DSA). You can view the DSA online at **usbank.com/dsa**.
- Under the Changes to Our Agreement with You section, added additional detail to include changing and/or adding terms to the agreement and added details regarding Resolution of Disputes by Arbitration.
- Under the Levies, Garnishments and Other Legal Process section, updated our garnishment terms.
- Under Resolution of Disputes by Arbitration section, removed references to JAMS and added additional information regarding Small Claims Jurisdiction and Arbitration Procedures and Arbitration Costs.
- Under Terms Applicable to All Accounts section, added a sub-section titled Litigation Class Action Waiver.
- Under Longer Delays May Apply section, added a sub-section titled Large Deposits.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added sub-section titled Virtual Debit Card.
- Removed the Minnesota Liability Disclosure.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added clarification to refer to the *Digital Services Agreement*.

If you have questions or need to request a copy of the current *Your Deposit Account Agreement*, visit **usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this statement.

---

## ANALYZED CHECKING

*Member FD*

U.S. Bank National Association

### Account Summary

Account Number ████ 13

|  | # Items |  |  |
|---|---|---|---|
| Beginning Balance on Jun 1 |  | $ | 4,183,623.78 |
| Other Deposits | 5 |  | 1,371,915.80 |
| Other Withdrawals | 5 |  | 498,241.62- |
| **Ending Balance on Jun 30, 2023** |  | **$** | **5,057,297.96** |

### Other Deposits

| Date | Description of Transaction |  | Ref Number | Amoun |
|---|---|---|---|---|
| Jun 13 | Consolidated Image Check | Deposit 1 Items 0000000000 | $ | 217,775.3 |
| Jun 14 | Consolidated Image Check | Deposit 1 Items 0000000000 |  | 375,817.0 |



## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.  $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.  $_____

5. Total lines 3 and 4.  $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7. Subtract line 6 from line 5. This is your balance.  $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

### IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

### IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

### CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

**What To Do If You Think You Find A Mistake on Your Statement**

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar Amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

### REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### CONSUMER REPORT DISPUTES

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC

EQUAL HOUSING LENDER



THE ROMAN CATHOLIC BISHOP OF OAKLAND
PACKAGE & WORKERS'COMPENSATION INSURANCE
2121 HARRISON ST STE 100
OAKLAND CA  94612-3788

**Business Statemen**
Account Number
136
Statement Perio
Jun 1, 202
throug
Jun 30, 202
Page 2 of



## ANALYZED CHECKING                                                                (CONTINUED
U.S. Bank National Association                                    **Account Number** ████ 136

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jun 20 | Consolidated Image Check | Deposit 1 Items 0000000000 | | 89,500.00 |
| Jun 21 | Consolidated Image Check | Deposit 1 Items 0000000000 | | 523,068.97 |
| Jun 29 | Consolidated Image Check | Deposit 1 Items 0000000000 | | 165,754.49 |
| | | | **Total Other Deposits** $ | **1,371,915.80** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jun 2 | Wire Debit REF003110 BNF=BANKDIRECT CAPITAL | TEXAS CAPITAL BANK  230602032574 FINANCE, LLC | | $ 286,672.83- |
| Jun 14 | Analysis Service Charge | | 1400000000 | 485.44- |
| Jun 23 | Wire Debit REF000561 BNF=GALLAGHER BASSETT | CITIBANK OF NEW YO  230623007812 SERVICES NEW YORK NY | | 59,464.82- |
| Jun 23 | Wire Debit REF000553 BNF=GALLAGHER BASSETT | CITIBANK OF NEW YO  230623007813 SERVICES | | 66,057.15- |
| Jun 23 | Wire Debit REF000682 BNF=METLIFE | JPMCHASE NYC    230623007814 INSTITUTIONAL BUSINESS NEW YORK NY | | 85,561.38- |
| | | | **Total Other Withdrawals** $ | **498,241.62-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jun 2 | 3,896,950.95 | Jun 20 | 4,579,557.85 | Jun 23 | 4,891,543.47 |
| Jun 13 | 4,114,726.29 | Jun 21 | 5,102,626.82 | Jun 29 | 5,057,297.96 |
| Jun 14 | 4,490,057.85 | | | | |

Balances only appear for days reflecting change.



This page intentionally left blank



**us**bank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3961        TRN        6480  S        Y        ST01

**Business Statemen**

Account Numbe
☐☐☐☐☐ 13☐

Statement Period
Jun 1, 20☐
throu
Jun 30, 20☐

Page 1 o☐



ılı|ıl|ınıı|ıllı|ıl|ıll|ıl|ıılı|ılıllılııllıılı|ılı|ılıllılılıl|ılılı
000069110 01 AB 0.507 000638507974450 P Y
THE ROMAN CATHOLIC BISHOP OF OAKLAND
HELD IN TRUST
2121 HARRISON ST STE 100
OAKLAND CA 94612-3788

☎

*To Contact U.S. Ba☐*

**Commercial Customer
Service:**                    800-285-75☐

**U.S. Bank accepts Relay Calls
Internet:**                    usbank.c☐

## INFORMATION YOU SHOULD KNOW

Effective August 14, 2023, important updates will be made to the *Your Deposit Account Agreement* document which may affect your rights. The changes are generally described below, but you should review the changes in their entirety.

Beginning July 10, 2023, you can review and download the full revised disclosure at **usbank.com/YDAA** or you may also call your customer service team at the phone number listed at the top of this statement.

**Here's what you should know:**

- Updated section title from Electronic Banking Agreement to Electronic Fund Transfers, for Consumer Customers and Business Customers.
- For all references to the Returned Deposited and Cashed Items, updated title to Returned Deposited Items for Business Accounts Only. The Returned Deposited Item Fee or Cashed Check Fee was removed for consumer only on February 13, 2023 and will no longer be charged.
- Moved Real Time Payment/Prohibition on Foreign Payments section to the U.S. Bank *Digital Services Agreement* (DSA). You can view the DSA online at **usbank.com/dsa**.
- Under the Changes to Our Agreement with You section, added additional detail to include changing and/or adding terms to the agreement and added details regarding Resolution of Disputes by Arbitration.
- Under the Levies, Garnishments and Other Legal Process section, updated our garnishment terms.
- Under Resolution of Disputes by Arbitration section, removed references to JAMS and added additional information regarding Small Claims Jurisdiction and Arbitration Procedures and Arbitration Costs.
- Under Terms Applicable to All Accounts section, added a sub-section titled Litigation Class Action Waiver.
- Under Longer Delays May Apply section, added a sub-section titled Large Deposits.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added sub-section titled Virtual Debit Card.
- Removed the Minnesota Liability Disclosure.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added clarification to refer to the *Digital Services Agreement*.

If you have questions or need to request a copy of the current *Your Deposit Account Agreement*, visit **usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this statement.

## ANALYZED CHECKING

U.S. Bank National Association

*Member FD☐*

**Account Summary**

Account Number ████████ 13█

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Jun 1 | | $ | 1,559,081.81 |
| Other Deposits | 16 | | 132,788.37 |
| Other Withdrawals | 2 | | 3,481.54- |
| Checks Paid | 2 | | 1,640.00- |
| **Ending Balance on  Jun 30, 2023** | | **$** | **1,686,748.64** |

**Other Deposits**

| Date | Description of Transaction | | | Ref Number | Amoun☐ |
|---|---|---|---|---|---|
| Jun 2 | Wire Credit REF010703 | WELLS SF | 230602024713 | | $ | 12,280.0☐ |

Case 23-40523    Doc# 303    Filed 07/31/23    Entered 07/31/23 12:07:00    Page 50 of 97



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                    $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.    $_____

5. Total lines 3 and 4.                                                  $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance.                   $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, you must hear from us no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
     *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC


EQUAL HOUSING LENDER



THE ROMAN CATHOLIC BISHOP OF OAKLAND
HELD IN TRUST
2121 HARRISON ST STE 100
OAKLAND CA  94612-3788

**Business Statemen**
Account Numbe
137
Statement Perioc
Jun 1, 202
throug
Jun 30, 202
Page 2 of



## ANALYZED CHECKING                                                    (CONTINUED

U.S. Bank National Association

**Account Number** ▉137

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|--|-----------|--------|
| Jun 5 | Electronic Deposit | From 20843-2 | | 640.95 |
| | REF=231560115006420N00 | 4270465600BB MerchanST-W8J8E6O5R5B2 | | |
| Jun 5 | Electronic Deposit | From 20843-4 | | 4,445.03 |
| | REF=231560115004200N00 | 4270465600BB MerchanST-I4R6Z6R0R9O9 | | |
| Jun 12 | Electronic Deposit | From 20843-2 | | 134.69 |
| | REF=231630031653390N00 | 4270465600BB MerchanST-Y4E6E5N7Z4N2 | | |
| Jun 12 | Electronic Deposit | From 20843-4 | | 2,731.29 |
| | REF=231630031660060N00 | 4270465600BB MerchanST-V9N2M2P7A7W7 | | |
| Jun 15 | Consolidated Image Check | Deposit 1 Items | | 62,117.50 |
| | | 0000000000 | | |
| Jun 16 | Consolidated Image Check | Deposit 1 Items | | 1,050.00 |
| | | 0000000000 | | |
| Jun 20 | Wire Credit REF005418 | WELLS SF    230620007585 | | 7,100.78 |
| | ORG=ROMAN CATHOLIC | BISHOP OF OAKLA 2121 HARRISO | | |
| Jun 21 | Electronic Deposit | From 20843-2 | | 2,820.20 |
| | REF=231710190127130N00 | 4270465600BB MerchanST-Y8S0P3B8U3S3 | | |
| Jun 22 | Consolidated Image Check | Deposit 1 Items | | 15,713.90 |
| | | 0000000000 | | |
| Jun 27 | Consolidated Image Check | Deposit 1 Items | | 500.00 |
| | | 0000000000 | | |
| Jun 27 | Electronic Deposit | From 20843-2 | | 961.94 |
| | REF=231770124349330N00 | 4270465600BB MerchanST-I6Z4S6P0B5B9 | | |
| Jun 27 | Electronic Deposit | From 20843-4 | | 10,971.77 |
| | REF=231770124349240N00 | 4270465600BB MerchanST-C3R1Z5V8G9M7 | | |
| Jun 30 | Electronic Funds Transfer | From Account 158300212798 | | 2,322.32 |
| | BBMS 5/10/23 | | | |
| Jun 30 | Electronic Funds Transfer | From Account 158300212798 | | 4,060.00 |
| | January to May 2023 | Donations to Carmelites | | |
| Jun 30 | Electronic Funds Transfer | From Account 157536151341 | | 4,938.00 |
| | 6/9/23 Deposit | Correction | | |
| | | **Total Other Deposits** | **$** | **132,788.37** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|--|-----------|--------|
| Jun 14 | Analysis Service Charge | | 1400000000 | 547.57- |
| Jun 30 | Electronic Funds Transfer | To Account 157536151341 | | 2,933.97- |
| | Gift Stock Donation | from Jennifer Wong | | |
| | | **Total Other Withdrawals** | **$** | **3,481.54-** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|-------|------|-----------|--------|
| 1039 | Jun 29 | 8914109307 | 650.00 | 1045* | Jun 30 | 9214835836 | 990.00 |

| | | | | | | | |
|--|--|--|--|--|--|--|--|
| * Gap in check sequence | | | | **Conventional Checks Paid (2)** | | **$** | **1,640.00** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Jun 2 | 1,571,361.81 | Jun 15 | 1,640,883.70 | Jun 22 | 1,667,568.58 |
| Jun 5 | 1,576,447.79 | Jun 16 | 1,641,933.70 | Jun 27 | 1,680,002.29 |
| Jun 12 | 1,579,313.77 | Jun 20 | 1,649,034.48 | Jun 29 | 1,679,352.29 |
| Jun 14 | 1,578,766.20 | Jun 21 | 1,651,854.68 | Jun 30 | 1,686,748.64 |

Balances only appear for days reflecting change.



This page intentionally left blank



**P.O. Box 1800**
Saint Paul, Minnesota 55101-0800

3961    TRN        6480 S            Y        ST01



**Business Statemen**

Account Numbe
13

Statement Period
Jun 1, 20:
throug
Jun 30, 20:

Page 1 o



ı|ı|ıı··ı|ıılı··ıı|ı||ı|ı|ıılı·ıl·ıl··ıı|ıılı··ı|ı
000069114 01  AB  0.507  000638507974454  P  Y
THE ROMAN CATHOLIC BISHOP OF OAKLAND
UTILITIES "ADEQUATE ASSURANCE"
2121 HARRISON ST STE 100
OAKLAND CA  94612-3788

☎                                        **To Contact U.S. Bar**

**Commercial Customer**
**Service:**                              800-285-75

**U.S. Bank accepts Relay Calls**
**Internet:**                             usbank.co

---

## INFORMATION YOU SHOULD KNOW

Effective August 14, 2023, important updates will be made to the *Your Deposit Account Agreement* document which may affect your rights. The changes are generally described below, but you should review the changes in their entirety.

Beginning July 10, 2023, you can review and download the full revised disclosure at **usbank.com/YDAA** or you may also call your customer service team at the phone number listed at the top of this statement.

**Here's what you should know:**
- Updated section title from Electronic Banking Agreement to Electronic Fund Transfers, for Consumer Customers and Business Customers.
- For all references to the Returned Deposited and Cashed Items, updated title to Returned Deposited Items for Business Accounts Only. The Returned Deposited Item Fee or Cashed Check Fee was removed for consumer only on February 13, 2023 and will no longer be charged.
- Moved Real Time Payment/Prohibition on Foreign Payments section to the U.S. Bank *Digital Services Agreement* (DSA). You can view the DSA online at **usbank.com/dsa**.
- Under the Changes to Our Agreement with You section, added additional detail to include changing and/or adding terms to the agreement and added details regarding Resolution of Disputes by Arbitration.
- Under the Levies, Garnishments and Other Legal Process section, updated our garnishment terms.
- Under Resolution of Disputes by Arbitration section, removed references to JAMS and added additional information regarding Small Claims Jurisdiction and Arbitration Procedures and Arbitration Costs.
- Under Terms Applicable to All Accounts section, added a sub-section titled Litigation Class Action Waiver.
- Under Longer Delays May Apply section, added a sub-section titled Large Deposits.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added sub-section titled Virtual Debit Card.
- Removed the Minnesota Liability Disclosure.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added clarification to refer to the *Digital Services Agreement*.

If you have questions or need to request a copy of the current *Your Deposit Account Agreement*, visit **usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this statement.

---

## ANALYZED CHECKING

U.S. Bank National Association                                         *Member FD*
### Account Summary                              Account Number ████-13

|                          | # Items |      |           |
|--------------------------|---------|------|-----------|
| Beginning Balance on Jun 1 |       | $    | 3,812.00  |
| Other Withdrawals        | 1       |      | 501.64-   |
| **Ending Balance on  Jun 30, 2023** | | $ | **3,310.36** |

### Other Withdrawals

| Date   | Description of Transaction |  | Ref Number |   | Amount |
|--------|----------------------------|--|------------|---|--------|
| Jun 14 | Analysis Service Charge    |  | 1400000000 | $ | 501.64- |
|        | **Total Other Withdrawals** |  |           | $ | 501.64- |



## BALANCE YOUR ACCOUNT
To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.    $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.    $_____

5. Total lines 3 and 4.    $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.    $_____

7. Subtract line 6 from line 5. This is your balance.    $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
* *Account information:* Your name and account number.
* *Dollar Amount:* The dollar amount of the suspected error.
* *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
* We cannot try to collect the amount in question, or report you as delinquent on that amount.
* The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
* While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
* We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is the one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC

EQUAL HOUSING LENDER

 **usbank.**

THE ROMAN CATHOLIC BISHOP OF OAKLAND
UTILITIES "ADEQUATE ASSURANCE"
2121 HARRISON ST STE 100
OAKLAND CA  94612-3788

**Business Statemen**
Account Numbe
138
Statement Perioc
Jun 1, 202
throug
Jun 30, 202

Page 2 of



## ANALYZED CHECKING                                                   (CONTINUED

U.S. Bank National Association                              Account Number ⬛⬛⬛⬛⬛-138

**Balance Summary**

| Date | Ending Balance |
| --- | --- |
| Jun 14 | 3,310.36 |

Balances only appear for days reflecting change.



This page intentionally left blank



**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3961        TRN              S            Y      ST01

Account Number
139

Statement Period
Jun 1, 20
through
Jun 30, 20

Page 1 of



000069118 01  AB  0.507  000638507974458  P  Y
THE ROMAN CATHOLIC BISHOP OF OAKLAND
PAROCHIAL FUND LOAN
2121 HARRISON ST STE 100
OAKLAND CA  94612-3788

☎        To Contact U.S. Ba

**Commercial Customer
Service:**        800-285-75

**U.S. Bank accepts Relay Calls**

**Internet:**        usbank.co

## INFORMATION YOU SHOULD KNOW

Effective August 14, 2023, important updates will be made to the *Your Deposit Account Agreement* document which may affect your rights. The changes are generally described below, but you should review the changes in their entirety.

Beginning July 10, 2023, you can review and download the full revised disclosure at **usbank.com/YDAA** or you may also call your customer service team at the phone number listed at the top of this statement.

**Here's what you should know:**
- Updated section title from Electronic Banking Agreement to Electronic Fund Transfers, for Consumer Customers and Business Customers.
- For all references to the Returned Deposited and Cashed Items, updated title to Returned Deposited Items for Business Accounts Only. The Returned Deposited Item Fee or Cashed Check Fee was removed for consumer only on February 13, 2023 and will no longer be charged.
- Moved Real Time Payment/Prohibition on Foreign Payments section to the U.S. Bank *Digital Services Agreement* (DSA). You can view the DSA online at **usbank.com/dsa**.
- Under the Changes to Our Agreement with You section, added additional detail to include changing and/or adding terms to the agreement and added details regarding Resolution of Disputes by Arbitration.
- Under the Levies, Garnishments and Other Legal Process section, updated our garnishment terms.
- Under Resolution of Disputes by Arbitration section, removed references to JAMS and added additional information regarding Small Claims Jurisdiction and Arbitration Procedures and Arbitration Costs.
- Under Terms Applicable to All Accounts section, added a sub-section titled Litigation Class Action Waiver.
- Under Longer Delays May Apply section, added a sub-section titled Large Deposits.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added sub-section titled Virtual Debit Card.
- Removed the Minnesota Liability Disclosure.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added clarification to refer to the *Digital Services Agreement*.

If you have questions or need to request a copy of the current *Your Deposit Account Agreement*, visit **usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this statement.

## ANALYZED CHECKING WITH INTEREST

*Member FDI*

U.S. Bank National Association                                    Account Number        139
### Account Summary

| | # Items | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Jun 1 | | $ | 22,536,988.60 | Interest Paid this Year | $ 92,676.67 |
| Other Deposits | 1 | | 55,632.07 | Number of Days in Statement Period | 30 |
| Other Withdrawals | 1 | | 3,474.08- | | |
| **Ending Balance on  Jun 30, 2023** | | **$** | **22,589,146.59** | | |

### Other Deposits

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Jun 30 | Interest Paid | 3000004062 | $ | 55,632.07 |
| | | Total Other Deposits | $ | 55,632.07 |

Case: 23-40523    Doc# 303    Filed: 07/31/23    Entered: 07/31/23 12:09:00    Page 58 of 97


**us bank.**

## BALANCE YOUR ACCOUNT
To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

### Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

### Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                                  $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.             $_____

5. Total lines 3 and 4.                                                               $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.       $_____

7. Subtract line 6 from line 5. This is your balance.                                 $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
  *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
**What To Do If You Think You Find a Mistake on Your Statement**
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar Amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

EQUAL HOUSING LENDER

 **bank.**

THE ROMAN CATHOLIC BISHOP OF OAKLAND
PAROCHIAL FUND LOAN
2121 HARRISON ST STE 100
OAKLAND CA 94612-3788

**Business Statemen**
Account Numbe
139
Statement Perioc
Jun 1, 202
throug
Jun 30, 202
Page 2 of



## ANALYZED CHECKING WITH INTEREST                                    (CONTINUED

U.S. Bank National Association                                    Account Number ▇▇▇▇-139

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|------|---------------------------|-----------|---|--------|
| Jun 14 | Analysis Service Charge | 1400000000 | $ | 3,474.08- |
| | **Total Other Withdrawals** | | **$** | **3,474.08-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|----------------|
| Jun 14 | 22,533,514.52 | Jun 30 | 22,589,146.59 |

Balances only appear for days reflecting change.



This page intentionally left blank



**U.S. bank.**

**Business Statemen**

Account Numbe

14

Statement Perio

Jun 1, 20

throu

Jun 30, 20

Page 1 o

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3961        TRN                S                Y        ST01



000006912101 01  AB  0.507  000638507974461 P  Y
THE ROMAN CATHOLIC BISHOP OF OAKLAND
REAL ESTATE SALES
2121 HARRISON ST STE 100
OAKLAND CA  94612-3788

☎        *To Contact U.S. Ba*

**Commercial Customer
Service:**        *800-285-75*

**U.S. Bank accepts Relay Calls**

**Internet:**        *usbank.cc*

## INFORMATION YOU SHOULD KNOW

Effective August 14, 2023, important updates will be made to the *Your Deposit Account Agreement* document which may affect your rights. The changes are generally described below, but you should review the changes in their entirety.

Beginning July 10, 2023, you can review and download the full revised disclosure at **usbank.com/YDAA** or you may also call your customer service team at the phone number listed at the top of this statement.

**Here's what you should know:**

- Updated section title from Electronic Banking Agreement to Electronic Fund Transfers, for Consumer Customers and Business Customers.
- For all references to the Returned Deposited and Cashed Items, updated title to Returned Deposited Items for Business Accounts Only. The Returned Deposited Item Fee or Cashed Check Fee was removed for consumer only on February 13, 2023 and will no longer be charged.
- Moved Real Time Payment/Prohibition on Foreign Payments section to the U.S. Bank *Digital Services Agreement* (DSA). You can view the DSA online at **usbank.com/dsa**.
- Under the Changes to Our Agreement with You section, added additional detail to include changing and/or adding terms to the agreement and added details regarding Resolution of Disputes by Arbitration.
- Under the Levies, Garnishments and Other Legal Process section, updated our garnishment terms.
- Under Resolution of Disputes by Arbitration section, removed references to JAMS and added additional information regarding Small Claims Jurisdiction and Arbitration Procedures and Arbitration Costs.
- Under Terms Applicable to All Accounts section, added a sub-section titled Litigation Class Action Waiver.
- Under Longer Delays May Apply section, added a sub-section titled Large Deposits.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added sub-section titled Virtual Debit Card.
- Removed the Minnesota Liability Disclosure.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added clarification to refer to the *Digital Services Agreement*.

If you have questions or need to request a copy of the current *Your Deposit Account Agreement*, visit **usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this statement.

## ANALYZED CHECKING WITH INTEREST        *Member FDI*

U.S. Bank National Association        **Account Number**        14
**Account Summary**

|  | # Items |  |  |  |  |
|---|---|---|---|---|---|
| Beginning Balance on Jun 1 |  | $ | 9,961.19 | Interest Paid this Year | $ 41.06 |
| Other Deposits | 1 |  | 23.87 | Number of Days in Statement Period | 30 |
| Other Withdrawals | 1 |  | 513.74- |  |  |
| **Ending Balance on  Jun 30, 2023** | **$** | | **9,471.32** |  |  |

**Other Deposits**

| Date | Description of Transaction |  | Ref Number |  | Amount |
|---|---|---|---|---|---|
| Jun 30 | Interest Paid |  | 3000004063 | $ | 23.87 |
|  |  | **Total Other Deposits** |  | **$** | **23.87** |



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.   $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.   $_____

5. Total lines 3 and 4.   $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7. Subtract line 6 from line 5. This is your balance.   $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
  *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find a Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate,** use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.** Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC

EQUAL HOUSING LENDER



THE ROMAN CATHOLIC BISHOP OF OAKLAND
REAL ESTATE SALES
2121 HARRISON ST STE 100
OAKLAND CA  94612-3788

**Business Statemen**
Account Numbe
140
Statement Perioc
Jun 1, 202
throug
Jun 30, 202

Page 2 of



## ANALYZED CHECKING WITH INTEREST                                (CONTINUED
U.S. Bank National Association                                    **Account Number** 140

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|------|---------------------------|-----------|---|--------|
| Jun 14 | Analysis Service Charge | 1400000000 | $ | 513.74- |
| | **Total Other Withdrawals** | | **$** | **513.74-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|
| Jun 14 | 9,447.45 | Jun 30 | 9,471.32 |

Balances only appear for days reflecting change.



This page intentionally left blank



**Business Stateme**

Account Numb

14

Statement Perio

Jun 1, 20
throu
Jun 30, 20

Page 1 o

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3961     TRN          6480 S          Y     ST01



||·|·ᵖ·ᵖʰᵖᵖ·||ᵖʰᵖ·|ᵖ·|ᵖ·ᵖ·ᵖʰ·|ᵖᵖ|||ᵖᵖᵖ|ᵖᵖ|ʰᵖ·ᵖ·ᵖᵖᵖᵖᵖ|ᵖ||ʰᵖ||·
000069124 01  AB  0.507  000638507974464 P  Y
THE ROMAN CATHOLIC BISHOP OF OAKLAND
ENDOWMENT FUNDS
2121 HARRISON ST STE 100
OAKLAND CA  94612-3788

☎          **To Contact U.S. Ba**

**Commercial Customer
Service:**          800-285-75

**U.S. Bank accepts Relay Calls**

**Internet:**          usbank.co

---

## INFORMATION YOU SHOULD KNOW

Effective August 14, 2023, important updates will be made to the *Your Deposit Account Agreement* document which may affect your rights. The changes are generally described below, but you should review the changes in their entirety.

Beginning July 10, 2023, you can review and download the full revised disclosure at **usbank.com/YDAA** or you may also call your customer service team at the phone number listed at the top of this statement.

**Here's what you should know:**
- Updated section title from Electronic Banking Agreement to Electronic Fund Transfers, for Consumer Customers and Business Customers.
- For all references to the Returned Deposited and Cashed Items, updated title to Returned Deposited Items for Business Accounts Only. The Returned Deposited Item Fee or Cashed Check Fee was removed for consumer only on February 13, 2023 and will no longer be charged.
- Moved Real Time Payment/Prohibition on Foreign Payments section to the U.S. Bank *Digital Services Agreement* (DSA). You can view the DSA online at **usbank.com/dsa**.
- Under the Changes to Our Agreement with You section, added additional detail to include changing and/or adding terms to the agreement and added details regarding Resolution of Disputes by Arbitration.
- Under the Levies, Garnishments and Other Legal Process section, updated our garnishment terms.
- Under Resolution of Disputes by Arbitration section, removed references to JAMS and added additional information regarding Small Claims Jurisdiction and Arbitration Procedures and Arbitration Costs.
- Under Terms Applicable to All Accounts section, added a sub-section titled Litigation Class Action Waiver.
- Under Longer Delays May Apply section, added a sub-section titled Large Deposits.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added sub-section titled Virtual Debit Card.
- Removed the Minnesota Liability Disclosure.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added clarification to refer to the *Digital Services Agreement*.

If you have questions or need to request a copy of the current *Your Deposit Account Agreement*, visit **usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this statement.

---

## ANALYZED CHECKING WITH INTEREST                    *Member FD*

U.S. Bank National Association                                   Account Number          14
**Account Summary**

|  | # Items |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Beginning Balance on Jun 1 | | $ | 2,462,566.14 | Interest Paid this Year | $ | 10,329.51 |
| Other Deposits | 2 | | 13,631.91 | Number of Days in Statement Period | | 3( |
| Other Withdrawals | 1 | | 699.12- | | | |
| **Ending Balance on Jun 30, 2023** | | **$** | **2,475,498.93** | | | |

**Other Deposits**

| Date | Description of Transaction | | | Ref Number | | Amoun |
|---|---|---|---|---|---|---|
| Jun 28 | Wire Credit REF013855 | WELLS SF | 230628030154 | | $ | 7,551.7 |
| | ORG=PRINCIPAL BANK PCS | FUNDING ACCOUNT | | | | |

Case: 23-40523     Doc# 303     Filed: 07/31/23     Entered: 07/31/23 12:07:00     Page 66 of 97



## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                                    $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.        $_____

5.  Total lines 3 and 4.                                                                                      $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7.  Subtract line 6 from line 5.  This is your balance.                                        $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
**What To Do If You Think You Find A Mistake on Your Statement**
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC

EQUAL HOUSING LENDER



THE ROMAN CATHOLIC BISHOP OF OAKLAND
ENDOWMENT FUNDS
2121 HARRISON ST STE 100
OAKLAND CA 94612-3788

**Business Statemen**
Account Numbe
141
Statement Perio
Jun 1, 202
throug
Jun 30, 202

Page 2 of



## ANALYZED CHECKING WITH INTEREST           (CONTINUED

U.S. Bank National Association        **Account Number** 141

### Other Deposits (continued)

| Date | Description of Transaction | Ref Number | Amount |
|------|----------------------------|------------|--------|
| Jun 30 | Interest Paid | 3000004064 | 6,080.20 |
| | **Total Other Deposits** | **$** | **13,631.91** |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|------|----------------------------|------------|---|--------|
| Jun 14 | Analysis Service Charge | 1400000000 | $ | 699.12- |
| | **Total Other Withdrawals** | | **$** | **699.12-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Jun 14 | 2,461,867.02 | Jun 28 | 2,469,418.73 | Jun 30 | 2,475,498.93 |

Balances only appear for days reflecting change.



This page intentionally left blank

 **U.S. bank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3952     TRN          S          Y     ST01

Account Number:
███████5269
Statement Period:
Jun 1, 2023
through
Jun 30, 2023

Page 1 of 2



ևիիիիիիիիիիիիիիիիիիիիիիիիիիիիիիիիիիիիիիիիիի
000141622 00 SP      106481777613844 S
ROMAN CATHOLIC BISHOP OF OAKLAND
DEBTOR IN POSSESSION- CASE 23-40523
FLEXIBLE BENEFITS ACCOUNT
ATTN: CONTROLLER
2121 HARRISON ST STE 100
OAKLAND CA 94612-3788

☎                                    *To Contact U.S. Bank*

*Commercial Customer*
*Service:*                                800-898-6466

*U.S. Bank accepts Relay Calls*
*Internet:*                               *usbank.com*

---

## NEWS FOR YOU



Scan here with your phone's camera to download the U.S. Bank Mobile App.

---

## INFORMATION YOU SHOULD KNOW

Effective August 14, 2023, important updates will be made to the *Your Deposit Account Agreement* document which may affect your rights. The changes are generally described below, but you should review the changes in their entirety.

Beginning July 10, 2023, you can review the full revised disclosure at **usbank.com/YDAA**, by calling 800-673-3555 or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

- Updated section title from Electronic Banking Agreement to Electronic Fund Transfers, for Consumer Customers and Business Customers.
- For all references to the Returned Deposited and Cashed Items, updated title to Returned Deposited Items for Business Accounts Only. The Returned Deposited Item Fee or Cashed Check Fee was removed for consumer only on February 13, 2023 and will no longer be charged.
- Moved Real Time Payment/Prohibition on Foreign Payments section to the U.S. Bank *Digital Services Agreement* (DSA). You can view the DSA online at **usbank.com/dsa**.
- Under the Changes to Our Agreement with You section, added additional detail to include changing and/or adding terms to the agreement and added details regarding Resolution of Disputes by Arbitration.
- Under the Levies, Garnishments and Other Legal Process section, updated our garnishment terms.
- Under Resolution of Disputes by Arbitration section, removed references to JAMS and added additional information regarding Small Claims Jurisdiction and Arbitration Procedures and Arbitration Costs.
- Under Terms Applicable to All Accounts section, added a sub-section titled Litigation Class Action Waiver.
- Under Longer Delays May Apply section, added a sub-section titled Large Deposits.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added sub-section titled Virtual Debit Card.
- Removed the Minnesota Liability Disclosure.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added clarification to refer to the *Digital Services Agreement*.

If you have questions, please call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

Analysis Service Charge Updates:

As previously communicated in the Business Banking and Corporate & Commercial account transition guide (on page 6), monthly account maintenance fees, transactions fees and certain activity fees are assessed on the tenth business day of the month following the month in which they occurred for all business checking products (except for IOLTA and RETA products). These fees



To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

### Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

### Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.     $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.     $_____

5. Total lines 3 and 4.     $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.     $_____

7. Subtract line 6 from line 5. This is your balance.     $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

### IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

### IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to transactions on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

### CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

**What To Do If You Think You Find A Mistake on Your Statement**
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

### REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### CONSUMER REPORT DISPUTES

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC    EQUAL HOUSING LENDER



**Business Statement**

DEBTOR IN POSSESSION- CASE 23-40523
FLEXIBLE BENEFITS ACCOUNT
ATTN: CONTROLLER
2121 HARRISON ST STE 100
OAKLAND CA  94612-3788

Account Number:
_____5269
Statement Period:
Jun 1, 2023
through
Jun 30, 2023
Page 2 of 2



## INFORMATION YOU SHOULD KNOW                                          (CONTINUED)

are billed through account analysis, which is the process used to calculate deposit and treasury management service charges on accounts.

Due to the timing of the transition to U.S. Bank, the following updates are important to note:

- Transaction fees and certain activity fees for May 30 and 31 will not be charged.
- Our analysis service will begin in June. **The analysis service charge for June activity will be delayed and assessed on approximately July 28.** Details will be included in your July business statement.

Starting with July activity, the analysis service charge will be assessed on the tenth business day of the month following the month in which the activity occurred (e.g. August 14 for July activity).

**Non-Profit Checking accounts:** Please note, there is no monthly maintenance fee for this type of account and the transactions and cash deposit fees are charged on a per calendar year (e.g. January 2024 for 2023 activity).

For more details regarding additional fees and how they are defined, calculated and applied, please refer to the Business Pricing Information disclosure starting on page 28 of the transition guide.

## NON PROFIT CHECKING                                                     *Member FDIC*

U.S. Bank National Association                                    **Account Number** _____5269

### Account Summary

| | # Items | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Jun 1 | | $ | 191,361.54 | Interest Paid this Year | $ | 0.86 |
| Other Deposits | 3 | | 27,634.45 | Number of Days in Statement Period | | 30 |
| Other Withdrawals | 5 | | 163,764.35- | | | |
| **Ending Balance on  Jun 30, 2023** | | **$** | **55,231.64** | | | |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jun 27 | Consolidated Image Check | Deposit 1 Items 7696300000 | | $ | 26,422.40 |
| Jun 30 | Interest Paid | | 3000004343 | | 0.73 |
| Jun 30 | Electronic Funds Transfer Chancery FSA | From Account 158300212798 | | | 1,211.32 |
| | | | **Total Other Deposits** | **$** | **27,634.45** |

### Other Withdrawals

| Date | Description of Transaction | | | Ref Number | | Amount |
|---|---|---|---|---|---|---|
| Jun 13 | Wire Debit REF000643 BNF=BENEFIT ALLOCATION | BK AMER NYC SYSTEMS INC | 230612051110 | | $ | 12,496.28- |
| Jun 22 | Wire Debit REF002796 BNF=BENEFIT ALLOCATION | BK AMER NYC SYSTEMS INC | 230622032491 | | | 4,091.37- |
| Jun 27 | Wire Debit REF000402 BNF=BENEFIT ALLOCATION | BK AMER NYC SYSTEMS INC | 230627006393 | | | 3,716.44- |
| Jun 28 | Deposited Item Returned | | 1000101412 | | | 2,123.84- |
| Jun 30 | Electronic Funds Transfer FSA (2022 plan) | To Account 158300212798 3/31/23 Favorable Adjustmen | | | | 141,336.42- |
| | | | | **Total Other Withdrawals** | **$** | **163,764.35-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jun 13 | 178,865.26 | Jun 27 | 197,479.85 | Jun 30 | 55,231.64 |
| Jun 22 | 174,773.89 | Jun 28 | 195,356.01 | | |

Balances only appear for days reflecting change.



This page intentionally left blank

 **U.S. bank.**

Account Number: ████6333

Statement Period:
Jun 1, 2023
through
Jun 30, 2023

Page 1 of 1

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3952    TRN          S       Y    ST01



000122996 00 SP    106481777595218 S
ROMAN CATHOLIC BISHOP OF OAKLAND
BISHOP'S CHECKING
DEBTOR IN POSSESSION- CASE 23-40523
2121 HARRISON ST STE 100
OAKLAND CA 94612-3788

☎ _____ ***To Contact U.S. Bank***

***Commercial Customer
Service:***             800-898-6466

***U.S. Bank accepts Relay Calls***

***Internet:***             *usbank.com*

## NFORMATION YOU SHOULD KNOW

Effective August 14, 2023, important updates will be made to the *Your Deposit Account Agreement* document which may affect your rights. The changes are generally described below, but you should review the changes in their entirety.

Beginning July 10, 2023, you can review and download the full revised disclosure at **usbank.com/YDAA** or you may also call your customer service team at the phone number listed at the top of this statement.

**Here's what you should know:**

- Updated section title from Electronic Banking Agreement to Electronic Fund Transfers, for Consumer Customers and Business Customers.
- For all references to the Returned Deposited and Cashed Items, updated title to Returned Deposited Items for Business Accounts Only. The Returned Deposited Item Fee or Cashed Check Fee was removed for consumer only on February 13, 2023 and will no longer be charged.
- Moved Real Time Payment/Prohibition on Foreign Payments section to the U.S. Bank *Digital Services Agreement* (DSA). You can view the DSA online at **usbank.com/dsa**.
- Under the Changes to Our Agreement with You section, added additional detail to include changing and/or adding terms to the agreement and added details regarding Resolution of Disputes by Arbitration.
- Under the Levies, Garnishments and Other Legal Process section, updated our garnishment terms.
- Under Resolution of Disputes by Arbitration section, removed references to JAMS and added additional information regarding Small Claims Jurisdiction and Arbitration Procedures and Arbitration Costs.
- Under Terms Applicable to All Accounts section, added a sub-section titled Litigation Class Action Waiver.
- Under Longer Delays May Apply section, added a sub-section titled Large Deposits.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added sub-section titled Virtual Debit Card.
- Removed the Minnesota Liability Disclosure.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added clarification to refer to the *Digital Services Agreement.*

If you have questions or need to request a copy of the current *Your Deposit Account Agreement*, visit **usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this statement.

## ANALYZED CHECKING

*Member FDIC*

.S. Bank National Association

**Account Number** ████6333

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on Jun 1 | $ | 5,480.00 |
| **Ending Balance on Jun 30, 2023** | **$** | **5,480.00** |



To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What To Do If You Think A Mistake on Your Statement

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar Amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.** Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC

EQUAL HOUSING LENDER



CITIBANK, N.A.
CUSTOMER SERVICE DEPT
1 PENNS WAY
NEW CASTLE DE 19720

THE ROMAN CATHOLIC BISHOP OF OAKLAN

(PRIMARY)   GALLAGHER BASSETT SERVICES INC
            ATTN:
            2850 GOLF ROAD
            ATTN:
            ROLLING MEADOWS
            60008-0000                      IL

(RECONCILEMENT)   NONE

RECONCILEMENT FOR ACCOUNT          6706   000
NAME:   THE ROMAN CATHOLIC BISHOP OF OAKLAN

RULE-OFF PERIOD FROM:   06/01/2023   TO   06/30/2023

CUSTOMER CONTACT:   ERIC WAGNER

FOR INQUIRIES CONCERNING YOUR ACCOUNT
CONTACT:   GB-CLIENT FINANCIAL SERVICES          (800)445-9087

SPECIAL INSTRUCTIONS:
NONE
ROUTING INSTRUCTIONS:

REPORTS
STATEMENT
BACKVALUE DETAIL
PROOF OF OUTSTANDING
PAID AND OUTSTANDING
CANCELED CHECKS DETAIL
STOP PAYMENT DETAIL
ADDITIONAL ISSUANCE
AGED ITEMS DETAIL
PAID AND OUTSTANDING SUMMARY BY BENEFIT INDICATIVE
ISSUANCE SUMMARY

CUSTOMER E-MAIL:
GB.CFS.BANK.ACKNOWLEDGEMENTS@GBTPA.COM
RDIMACULANGAN@OAKDIOCESE.ORG
PBONGIOVANNI@OAKDIOCESE.ORG

ACCOUNT NAME - THE ROMAN CATHOLIC BISHOP OF O          ACCOUNT [    ]6706  RULE OFF FROM 06/01/23 TO 06/30/23
                                                                           STATEMENT

|  |  |  | OPENING LEDGER BALANCE | 18,942.85 |
|  |  |  | OPENING AVAILABLE BALANCE | 18,942.85 |

| DATE | REFERENCE #/ BATCH TRACK | TRANSACTION DESCRIPTION | DEBITS | CREDITS | LEDGER BALANCE |
|---|---|---|---|---|---|
| 06/08/23 | 22315900933 650000000571 | SAME DAY CR TRANSFER GID:D03315903499O1 BOOK REF: PAY BK ID:30476923 PAY BK:GB RECOVERY ACCOUNT ORDER:GB RECOVERY ACCOUNT CLIENT FINANCIAL SERVICES 2850 GOLF ROAD, 3RD FLOOR ROLLING MEADOWS IL DETAILS:DIOCESE OF OAKLAND 000730-RB-01 INSTRUCT DATE:06/08/23 ADVICE TYPE:NONE |  | 2,268.01 | 21,210.86 |
| 06/23/23 | 22317400935 650000000571 | SAME DAY CR TRANSFER GID:F01317400278C01 FED20230623L31LF151C000561 REF:PREFUND - OKLND PAY BK ID:121122676 PAY BK:US BANK NA ORDER:THE ROMAN CATHOLIC BISHOP OF 2121 HARRISON ST STE 100 OAKLAND,CA,94612 US DETAILS:BSD WESTERN REGION - DIOCESE OF OAK INSTRUCT DATE:06/23/23 ADVICE TYPE:NONE |  | 59,464.82 | 80,675.68 |
| 06/23/23 | 22317400934 650000000571 | SAME DAY CR TRANSFER GID:F01317400278D01 FED20230623I1Q73AGC000553 REF:FUNDING 06/01 PAY BK ID:121122676 PAY BK:US BANK NA ORDER:THE ROMAN CATHOLIC BISHOP OF 2121 HARRISON ST STE 100 OAKLAND,CA,94612 US DETAILS:DIOCESE OF OAKLAND INSTRUCT DATE:06/23/23 ADVICE TYPE:NONE |  | 66,057.15 | 146,732.83 |
| 06/28/23 | 32317900936 31791482S462 | SDR FUNDING DEBIT SDR - CONSOLIDATED DEBIT FOR 1 CHECK(S) FOR PLAN # 6922 | 126.00 |  | 146,606.83 |

| TOTALS | DEBITS | CREDITS | BALANCE |
|---|---|---|---|
|  | 126.00 | 127,789.98 | 146,606.83 |

|  | ITEMS |  |
|---|---|---|
| DEBITS | 1 |  |
| CREDITS | 3 |  |

| CLOSING LEDGER AS OF 06/30/23 | 146,606.83 |
| CLOSING AVAILABLE AS OF 06/30/23 | 146,606.83 |

REPORT DATE 07/05/23                    ACCOUNT ████5706   RULE OFF FROM 06/01/23 TO 06/30/23          RUN DATE 07/05/23 TIME  10:49
                                                          BACKVALUE DETAIL REPORT                                           PAGE    1

ACCOUNT NAME - THE ROMAN CATHOLIC BISHOP OF O

                    NO DATA PRODUCED FOR THIS REPORT AT THIS TIME

RULE OFF   BANK RECONCILEMENT

SUB-ACCOUNT ████6706   THE ROMAN CATHOLIC BISHOP OF O    PERIOD 06/01/2023 TO 06/30/2023

PROOF OF OUTSTANDING

| | 6922- - FSI | | | |
|---|---|---|---|---|
| | PLAN ITEMS | AMOUNT | ITEMS | AMOUNT |
| ISSUANCE ADJUSTMENT FROM PRIOR PERIOD: | | | | |
| OUTSTANDING AS OF 05/31/2023 | | | | |
| PRIOR OUTSTANDING | 0 | 0.00 | 0 | 0.00 |
| + INITIAL ISSUANCE | 5 | 8,378.56 | | |
| + ADDITIONAL CHECKS ISSUED | 0 | 0.00 | | |
| TOTAL ISSUANCE ENTERED: | | | 5 | 8,378.56 |
| - CHANGES TO OUTSTANDING STATUS: | | | | |
| STOPS | 0 | 0.00 | | |
| CANCELS | 0 | 0.00 | | |
| AGED ITEMS | 0 | 0.00 | | |
| TOTAL STOP/CANCEL: | | | 0 | 0.00 |
| TOTAL STOP/CANCEL/AGED: | | | 0 | 0.00 |
| - RECONCILED CHECKS | 1 | 126.00 | | |
| TOTAL CHECKS RECONCILED: | | | 1 | 126.00 |
| = CLOSING OUTSTANDING 06/30/2023 | | | 4 | 8,252.56 |

                              BANK  RECONCILEMENT
                          RULE OFF PERIOD 06/01/2023 TO    06/30/2023
                              PAID AND OUTSTANDING REPORT

SUB-ACCOUNT  ███6706   THE ROMAN CATHOLIC BISHOP OF O          PLAN       6922- - - FSI  N/A
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
SERIAL #    ISSUE DATE OUTSTANDING AMT   RECON DATE   PAID AMOUNT STAT  ADDITIONAL DATA          SOURCE

189417327   06/27/2023    6,380.08                                 IS   000809RB01 LCA ARCHITECTS
189439605   06/27/2023                   06/28/2023      126.00     FR   000838GD01 SCA APPRAISAL COMPA    EFT
189461302   06/28/2023      780.00                                 IS   000726GB02 INSCITECH, INC.
189461303   06/28/2023    1,046.00                                 IS   000726GB02 INSCITECH, INC.
189497553   06/29/2023       46.48                                 IS   000814RB01 ST JARLATH

LN/FSI OUTSTANDING TOTALS:                           PAID TOTALS:
     4 ITEMS  $     8,252.56                            1 ITEMS  $      126.00
SUBACCT OUTSTANDING TOTALS:                          PAID TOTALS:
     4 ITEMS  $     8,252.56                            1 ITEMS  $      126.00

STATUS CODES:   RE - RECONCILED,  FR - FORCE RECONCILE  IS - OUTSTANDING ISSUANCE,
SOURCE CODES:   EFT - ELECTRONIC FUNDS TRANSFER,   ZEL - ZELLE FUNDS TRANSFER   C - CONVERSION

BANK  RECONCILEMENT
RULE OFF PERIOD  06/01/2023  TO  06/30/2023
CANCELED CHECKS DETAIL REPORT

SUB-ACCOUNT  █████ 6706  THE ROMAN CATHOLIC BISHOP OF O

NO DATA PRODUCED FOR THIS REPORT AT THIS TIME

JUL 5,2023  10:03

BANK RECONCILEMENT
RULE OFF PERIOD 06/01/2023 TO  06/30/2023
STOP PAYMENT DETAIL

PAGE:  1

SUB-ACCOUNT ██████6706  THE ROMAN CATHOLIC BISHOP OF O

NO DATA PRODUCED FOR THIS REPORT AT THIS TIME

JUL 5,2023   10:03                                    BANK RECONCILEMENT                          PAGE:      1
                                    RULE OFF PERIOD  06/01/2023 TO  06/30/2023
                                         ADDITIONAL ISSUANCE REPORT

SUB-ACCOUNT   ████6706   THE ROMAN CATHOLIC BISHOP OF O
---------------------------------------------------------------------------------

                        NO DATA PRODUCED FOR THIS REPORT AT THIS TIME

BANK  RECONCILEMENT
RULE OFF PERIOD 06/01/2023  TO  06/30/2023
AGED  ITEMS  DETAIL  REPORT

6706  THE ROMAN CATHOLIC BISHOP OF O

SUB-ACCOUNT

NO DATA PRODUCED FOR THIS REPORT AT THIS TIME

BANK RECONCILEMENT
RULE OFF PERIOD 06/01/2023 TO 06/30/2023
PAID AND OUTSTANDING SUMMARY
LOSS PROGRAM / CLAIM PERIOD

SUB-ACCOUNT ███ 6706 THE ROMAN CATHOLIC BISHOP OF O    PLAN    6922- --FSI    N/A

| LOSS PROGRAM/CLAIM PERIOD | OUTSTANDING AMOUNT | ITEMS | OUTSTANDING BREAK TOTALS AMOUNT | ITEMS | PAID AMOUNT | ITEMS | PAID BREAK TOTALS AMOUNT | ITEMS |
|---|---|---|---|---|---|---|---|---|
| 01 004 | 1,826.00 | 2 | | | 0.00 | 0 | | |
| 01 006 | 0.00 | 0 | | | 126.00 | 1 | | |
| LOSS PROGRAM 01 | | | $1,826.00 | 2 | | | $126.00 | 1 |
| 04 003 | 6,426.56 | 2 | $6,426.56 | 2 | 0.00 | 0 | $0.00 | 0 |
| LOSS PROGRAM 04 | | | $6,426.56 | 2 | | | | |
| PLN/FSI TOTAL | | | $8,252.56 | 4 | | | $126.00 | 1 |
| PLAN TOTAL | | | $8,252.56 | 4 | | | $126.00 | 1 |
| SUBACCT TOTAL | | | $8,252.56 | 4 | | | $126.00 | 1 |

```
                              BANK  RECONCILEMENT
                 RULE OFF PERIOD 06/01/2023 TO 06/30/2023
SUB-ACCOUNT                   ISSUANCE SUMMARY
- - - - - - - - 8706   THE ROMAN CATHOLIC BISHOP OF O - - - - - - - -

                              6922- - - FSI
                         - - PLAN
                         ITEMS                    AMOUNT
                    - - - - - - - - - - - - - - - - - - - - - - - - -

ISSUANCE ADJUSTMENT          0                0.00
INITIAL ISSUANCE             5            8,378.56
ADDITIONAL CHECKS ISSUED     0                0.00
TOTAL ISSUANCE ENTERED:             5            8,378.56
  STOPS                      0                0.00
  CANCELS                    0                0.00
  AGED ITEMS                 0                0.00
TOTAL STOP/CANCEL:                  0            0.00
TOTAL STOP/CANCEL/AGED:             0            0.00
NET ISSUED :                        5            8,378.56
```

*charles*
SCHWAB

Schwab One® Account of
**ROMAN CATHOLIC BISHOP OF OAKLA**

**Account Number**
‌1468

**Statement Period**
June 1-30, 2023

## Manage Your Account

**Questions about this statement**
1 (800) 435-4000 - 24/7 Customer service
**For the most current records on your account visit us at**
schwab.com/login *Statements are archived up to 10 years online*

## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures at schwab.com/transparency

ROMAN CATHOLIC BISHOP OF OAKLA
2121 HARRISON ST
OAKLAND CA          94612-3788

06J00-00000-TTII3035-151559*1-4

Schwab One® Account of
ROMAN CATHOLIC BISHOP OF OAKLA

Account Number
1468

Statement Period
June 1-30, 2023

# Terms and Conditions

## GENERAL INFORMATION AND KEY TERMS:

This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise indicated, products and services described herein are provided by Schwab. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content against your own records.

**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information regarding the remuneration Schwab receives is available upon request.

**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.

**As an agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your Cash Feature account(s).** Deposit accounts held through bank sweep features constitute direct obligations of one or more FDIC-insured banks ("Affiliated Banks") that are affiliated with Schwab and are not obligations of Schwab. Funds swept to Affiliated Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your account, please refer to the Cash Features Disclosure Statement available online or from your Schwab representative.

**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.

**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.

**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement. Interest rates may or may not vary. Schwab One Interest balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the bank sweep feature(s), interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day of the current month.

If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held in banks affiliated with Schwab through the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.

**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account (maintained as required under Regulation T of the Federal Reserve Board) as the permanent record of the separate account as required by Regulation T is available for your inspection.

Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include:

- Schwab can increase its "house" maintenance margin requirements at any time and is not required to provide you with advance written notice.
- Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you.
- You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call.
- Schwab can increase its "house" maintenance margin requirements at any time and the maintenance margin requirements for your account are available on our website, www.schwab.com, and are detailed on a trade confirmation upon request.

**Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation is available (a security's price has not changed). In some cases, a price may be obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Assets Not held at Schwab Are not held in your Account or covered by the Account's SIPC account protection and are designated as Assets Not Held as being provided as a courtesy to you. Information on Assets Not Held at Schwab, including but not limited to valuations, is reported solely based on information you provide to Schwab. Schwab can neither validate nor verify such information and is not responsible for the accuracy, completeness or timeliness of the information about Assets Not Held at Schwab, whether provided by you or otherwise. Descriptions of Assets Not Held at Schwab may be abbreviated or truncated. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report or reflect the most current market price and are indicated as Stale Priced. Certain Limited Partnership (direct participation programs) and unlisted Real Estate Investment Trust (REIT) securities, for which you may see a value as your monthly Account statement that reflects the issuer's appraised estimated value, you are not able to sell such securities, and are generally illiquid. Even if you are able to sell such securities, the price received may be less than the per share appraised estimated value provided on the account statement.

**Market Value:** The Market Value for a security is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts.

**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of Certain Non-Publicly Traded Securities may be furnished by a third party as provided by the Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.

**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Money Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a payout. An affiliate of Schwab acts, and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.

**Securities Products and Services:** Securities products and services

are offered by Charles Schwab & Co., Inc., **Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits of or guaranteed by a bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held in any bank affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features. Please see your Cash Feature Disclosure Statement. For more information on insurance coverage.**

**Yield to Maturity:** This is the actual average annual return on a note if held to maturity.

**Gain** (or Loss): Unrealized Gain or (Loss) and Realized Gain or (Loss) generally represent how much a position has gained or lost in value since it was purchased as indicated in the cost basis summary of your Account. This information has been provided as a service to you at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. Schwab does not provide tax advice and recommends that you consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.

**Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account.

**IN CASE OF ERRORS OR DISCREPANCIES: If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us in writing no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. Any oral communications should be re-confirmed in writing to further protect your rights, including your rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**

**IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to the Client Advocacy Team at Schwab & Co., Inc., Attention: Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA.

**or call Schwab Signature Alliance at 800-515-2157.**

**Address Changes:** If you fail to object in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account.

**Tax/Cost Information:**

We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third party trademarks appearing herein are the property of their respective owners.

Schwab, the Schwab logo, and Schwab Signature Alliance are each other and subsidiaries of the Charles Schwab Corporation.

© 2023 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. **Member SIPC.**

(0822-20UL)

Case: 23-40523    Doc# 303    Filed: 07/31/23    Entered: 07/31/23 12:07:00    Page 89 of 97



**Schwab One® Account of**
ROMAN CATHOLIC BISHOP OF OAKLA

Account Number
1468

**Statement Period**
June 1-30, 2023

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| Bank Sweep ˣ·ᶻ | 12,297.14 | 6.00 | 100% |
| **Total Bank Sweep** | **12,297.14** | **6.00** | **100%** |
| **Total Bank Sweep** | | **6.00** | **100%** |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only and are derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EAI and EY are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

| **Total Investment Detail** | **6.00** |
|---|---|
| **Total Account Value** | **6.00** |
| ***Total Cost Basis*** | ***N/A*** |

## Realized Gain or (Loss)

| Short Term | Quantity/Par | Acquired/ Opened | Sold/ Closed | Total Proceeds | Cost Basis | Realized Gain or (Loss) |
|---|---|---|---|---|---|---|
| APPLE INC: AAPL | 30.0000 | 06/08/23 | 06/12/23 | 5,437.46 | N/A | N/A |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Case: 23-40523    Doc# 303    Filed: 07/31/23    Entered: 07/31/23 12:07:00    Page 90 of 97



Schwab One® Account of
**ROMAN CATHOLIC BISHOP OF OAKLA**

**Account Number**
▉1468

**Statement Period**
**June 1-30, 2023**

Page 6 of 9

## Realized Gain or (Loss) (continued)

**Short Term** (continued)

| | Quantity/Par | Acquired/ Opened | Sold/ Closed | Total Proceeds | Cost Basis | Realized Gain or (Loss) |
|---|---|---|---|---|---|---|
| VANGUARD SMALL CAP INDEX ADM: VSMDZ | 16.0000 | 06/12/23 | 06/13/23 | 1,516.16 | N/A | N/A |
| **Total Short Term** | | | | **6,953.62** | **N/A** [1] | **N/A** [1] |
| **Total Realized Gain or (Loss)** | | | | **6,953.62** | **N/A** [1] | **N/A** [1] |

*Schwab has provided accurate realized gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. If all data for a given investment is not available, the investment will not be listed here.*
*Option Customers: Realized gain/loss of underlying securities is adjusted to reflect the premiums of assigned or exercised options. Please consult IRS publication 550, Investment Income and Expenses, for additional information on Options.*

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Dat | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| 06/14/23 | 06/12/23 | Sold | APPLE INC. AAPL | (30.0000) | 181.2500 | 0.04 | 5,437.46 |
| | | | Includes Exchange Processing Fee $0.04 | | | | |
| **Total Equities Activity** | | | | | | | **5,437.46** |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Case: 23-40523     Doc# 303     Filed: 07/31/23     Entered: 07/31/23 12:07:00     Page 91 of 97

**charles SCHWAB**

Schwab One® Account of
ROMAN CATHOLIC BISHOP OF OAKLA

Account Number
1468

Statement Period
June 1-30, 2023

## Account Value as of 06/30/2023: $ 6.00

### Change in Account Value

| | This Period | Year to Date | |
|---|---|---|---|
| **Starting Value** | **$ 12,297.14** | **$ 89,563.57** | |
| Credits | 166.02 | 111,472.02 | 90000 |
| Debits | (19,410.78) | (277,605.78) | 75001 |
| Transfer of Securities (In/Out) | 6,914.22 | 77,334.66 | 60002 |
| Income Reinvested | 0.00 | 0.00 | 45003 |
| Change in Value of Investments | 39.40 | (758.47) | 30004 |
| **Ending Value on 06/30/2023** | **$ 6.00** | **$ 6.00** | 15005 |
| **Total Change in Account Value** | **$ (12,291.14)** | **$ (89,557.57)** | 6 |
| | **(99.95)%** | **(99.99)%** | |

**Account Value**



### Asset Composition

| | Market Value | % of Account Assets |
|---|---|---|
| Bank Sweep<sup>x,z</sup> | $ 6.00 | 100% |
| **Total Assets Long** | **$ 6.00** | |
| **Total Account Value** | **$ 6.00** | **100%** |

Case: 23-40523    Doc# 303    Filed: 07/31/23    Entered: 07/31/23 12:07:00    Page 92 of 97

**charles SCHWAB**

Schwab One® Account of
ROMAN CATHOLIC BISHOP OF OAKLA

**Account Number**
███ 1468

**Statement Period**
June 1-30, 2023

## Gain or (Loss) Summary

| | Realized Gain or (Loss) This Period | | | Unrealized Gain or (Loss) |
|---|---|---|---|---|
| **All Investments** | Short Term | | Long Term | |
| | N/A[i] | | $0.00 | $0.00 |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Income Summary

| | This Period | | | Year to Date | |
|---|---|---|---|---|---|
| | Federally Tax-Exempt | Federally Taxable | | Federally Tax-Exempt | Federally Taxable |
| Bank Sweep Interest | 0.00 | 1.66 | | 0.00 | 40.66 |
| **Total Income** | **0.00** | **1.66** | | **0.00** | **40.66** |

## Cash Transactions Summary

| | This Period | Year to Date |
|---|---|---|
| **Starting Cash**[*] | **$ 12,297.14** | **$ 57,661.73** |
| Deposits and other Cash Credits | 164.36 | 111,431.36 |
| Investments Sold | 6,953.62 | 108,478.03 |
| Dividends and Interest | 1.66 | 40.66 |
| Withdrawals and other Debits | (19,380.78) | (277,530.78) |
| Investments Purchased | 0.00 | 0.00 |
| Fees and Charges | (30.00) | (75.00) |
| **Total Cash Transaction Detail** | **(12,291.14)** | **(57,655.73)** |
| **Ending Cash**[*] | **$ 6.00** | **$ 6.00** |

[*]Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 4 of 9

Case: 23-40523    Doc# 303    Filed: 07/31/23    Entered: 07/31/23 12:07:00    Page 93 of 97

Schwab One® Account of
**ROMAN CATHOLIC BISHOP OF OAKLA**

Account Number
■■■468

**Statement Period**
**June 1-30, 2023**

## Transaction Detail - Purchases & Sales (continued)

### Equity Funds Activity

| Settle Date | Trade Dat | Transaction | Description | Quantity | Location | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|---|
| 06/14/23 | 06/13/23 | Sold | VANGUARD SMALL CAP INDEX ADM: VSMAX | (16.0000) | | 94.7600 | 0.00 | 1,516.16 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Total Equity Funds Activity** | | | | | | | | **1,516.16** |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Total Purchases & Sales** | | | | | | | | **6,953.62** |

## Transaction Detail - Deposits & Withdrawals

| Transaction Process Date | Date | Activity | Description | | | | | Credit/(Debit) |
|---|---|---|---|---|---|---|---|---|
| 06/02/23 | 06/02/23 | Funds Paid | WIRED FUNDS DISBURSED | | | | | (12,280.00) |
| 06/05/23 | 06/05/23 | Journaled Funds | J4 /BENE FR31656221 | | | | | 164.35 |
| 06/05/23 | 06/05/23 | Journaled Funds | J4 /BENE FR21752069 | | | | | 0.01 |
| 06/20/23 | 06/20/23 | Funds Paid | WIRED FUNDS DISBURSED | | | | | (7,100.78) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Total Deposits & Withdrawals** | | | | | | | | **(19,216.42)** |

*handwritten:* 164.3 / 164.7 ... 19,380.78

The total deposits activity for the statement period was $164.36. The total withdrawals activity for the statement period was $19,380.78.

## Transaction Detail - Transfers

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| 06/08/23 | 06/08/23 | Account Transfer | APPLE INC: AAPL | 30.0000 | 180.5700 | 5,417.10 |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.


Case: 23-40523    Doc# 303    Filed: 07/31/23    Entered: 07/31/23 12:07:00    Page 94 of 97



Schwab One® Account of
**ROMAN CATHOLIC BISHOP OF OAKLA**

## Transaction Detail - Transfers (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| 06/12/23 | 06/12/23 | Account Transfer | VANGUARD SMALL CAP INDEX ADM: VSMAX | 16.0000 | 93.5700 | 1,497.12 |
| **Total Transfers** | | | | | | **6,914.22** |

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Process Date | Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| 06/15/23 | 06/16/23 | Bank Interest ˣ·ᶻ | BANK INT 051623-061523 | 1.66 |
| **Total Dividends & Interest** | | | | **1.66** |

## Transaction Detail - Fees & Charges

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| 06/02/23 | 06/02/23 | Service Fee | WIRED FUNDS FEE | (15.00) |
| 06/20/23 | 06/20/23 | Service Fee | WIRED FUNDS FEE | (15.00) |
| **Total Fees & Charges** | | | | **(30.00)** |

*Margin interest charged to your Account during the statement period is included in this section of the statement.*

**Total Transaction Detail**    (5,376.92)

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.


Schwab One® Account of
ROMAN CATHOLIC BISHOP OF OAKLA

**Account Number**
1468

**Statement Period**
June 1-30, 2023

## Bank Sweep Activity

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance x,z |
|---|---|---|---|---|---|
| **Opening Balance x,z** | | | | | **12,297.14** |
| 06/05/23 | Auto Transfer | BANK TRANSFER TO BROKERAGE | 12,295.00 | | 2.14 |
| 06/06/23 | Auto Transfer | BANK CREDIT FROM BROKERAGE x | | 164.36 | 166.50 |
| 06/15/23 | Interest Paid x,z | BANK INTEREST | | 1.66 | 168.16 |
| 06/15/23 | Auto Transfer | BANK CREDIT FROM BROKERAGE x | | 6,953.62 | 7,121.78 |
| 06/21/23 | Auto Transfer | BANK TRANSFER TO BROKERAGE | 7,115.78 | | 6.00 |
| **Total Activity** | | | **19,410.78** | **7,119.64** | |
| **Ending Balance x,z** | | | | | **6.00** |

*Bank Sweep: Interest Rate as of 06/30/23 was 0.45%. Your interest period was 05/16/23 - 06/15/23. z*

## Endnotes For Your Account

Symbol   Endnote Legend

i   Value includes incomplete cost basis. If cost basis is not available for an investment, you may be able to provide updates. Please refer to the first page of this statement for instructions or contact information.

x   Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc.

z   For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period.

For information on how Schwab pays its representatives, go to http://www.schwab.com/transparency.

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Case: 23-40523    Doc# 303    Filed: 07/31/23    Entered: 07/31/23 12:07:00    Page 96 of 97

