**FOLEY & LARDNER LLP**
Jeffrey R. Blease (CA Bar. No. 134933)
Tel: (617) 226-3155; jblease@foley.com
Thomas F. Carlucci (CA Bar No. 135767)
Tel: (415) 984-9824; tcarlucci@foley.com
Shane J. Moses (CA Bar No. 250533)
Tel: (415) 438-6404; smoses@foley.com
Emil P. Khatchatourian (CA Bar No. 265290)
Tel: (312) 832-5156; ekhatchatourian@foley.com
Ann Marie Uetz (admitted *pro hac vice*)
Tel: (313) 234-7114; auetz@foley.com
Matthew D. Lee (admitted *pro hac vice*)
Tel: (608) 258-4203; mdlee@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520

*Counsel for the Debtor
and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,<br><br>Debtor. | Case No. 23-40523 WJL<br><br>Chapter 11<br><br>**NOTICE OF FILING OF SUMMARY OF PREPETITION COMPENSATION AND EXPENSE REIMBURSEMENTS PAID TO EMPLOYEES AND CONTRACTORS** |

Pursuant to paragraph 14 of the *Final Order Authorizing the Debtor to (I) Pay Prepetition Employee Wages, Salaries, Benefits and Other Related Items; (II) Reimburse Prepetition Employee Business Expenses; (III) Continue Employee Benefit Programs; and (IV) Pay All Costs and Expenses Incident to the Foregoing,* entered on June 22, 2023 [Docket No. 164] (the "Final Wages Order"), attached hereto as **Exhibit 1** is a summary of compensation and expense reimbursements paid to Employees and Contractors for the period of June 1, 2023 through June 30, 2023.[1]

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Final Wages Order.

| | | |
|---|---|---|
| 1 | DATED: July 31, 2023 | **FOLEY & LARDNER LLP**<br>Jeffrey R. Blease<br>Thomas F. Carlucci<br>Shane J. Moses<br>Emil P. Khatchatourian<br>Ann Marie Uetz<br>Matthew D. Lee |

*/s/ Shane J. Moses*
SHANE J. MOSES

*Counsel for the Debtor
and Debtor in Possession*

**EXHIBIT 1**

*Roman Catholic Bishop of Oakland*
*Case Number: 23-40523*
*Summary of Payments Pursuant to Wages Order [Docket No. 164] (6/1/23 - 6/30/23)*

| Description | Payment Amount |
|---|---|
| Employee / Contractor Compensation | $ 15,268.46 |
| Business Expenses | 994.46 |
| Benefit Obligations | 16,625.51 |
| Payroll Costs | 290.76 |
| **Total** | **$ 33,179.19** |