**LOWENSTEIN SANDLER LLP**
JEFFREY D. PROL (admitted pro hac vice)
jprol@lowenstein.com
BRENT WEISENBERG (admitted pro hac vice)
bweisenberg@lowenstein.com
COLLEEN M. RESTEL (admitted pro hac vice)
crestel@lowenstein.com
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
tkeller@kbkllp.com
JANE KIM (Cal. Bar No. 298192)
jkim@kbkllp.com
GABRIELLE L. ALBERT (Cal. Bar No. 190895)
galbert@kbkllp.com
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Counsel for the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| *In re:* <br><br> THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole, <br><br> Debtor. | Case No. 23-40523 WJL <br><br> Chapter 11 <br><br> **MONTHLY PROFESSIONAL FEE STATEMENT FOR KELLER BENVENUTTI KIM LLP [JUNE 1, 2023, THROUGH JUNE 30, 2023]** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD**:

**NOTICE IS HEREBY GIVEN** that Keller Benvenutti Kim LLP ("**KBK**"), co-counsel to The Official Committee of Unsecured Creditors (the "**Committee**") of The Roman Catholic Bishop of Oakland (the "**Debtor**"), hereby files its Monthly Professional Fee Statement for the Period of

1

June 1, 2023, through June 30, 2023 (the "**Monthly Fee Statement**"). Pursuant to the Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. 170] (the "**Interim Fee Order**")[1] entered by the Court on June 23, 2023, the total legal fees and costs expended by KBK on account of the Committee for the period of June 1, 2023, through June 30, 2023, is as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| June 1 – June 30, 2023 | $39,676.00 | $1,438.91 | $41,114.91 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $31,740.80 | $1,438.91 | $33,179.71 |

The itemized billing statements for the fees and costs billed are attached hereto as **Exhibit A**. Notice Parties have ten (10) days from the date of service of this Monthly Fee Statement to file an objection thereto. If no objection is filed, KBK may file a certificate of no objection (or if an Objection was timely served, a certificate of partial objection) with the Court after which the Debtor, without further order of the Court, shall pay KBK an amount equal to the lesser of: (1) 80% of the fees and 100% of the expenses requested in the Monthly Fee Statement, and (2) if an Objection was served, 80% of the fees and 100% of the expenses to which there was no Objection no later than five (5) business days after the filing of the relevant certificate.

Dated: July 31, 2023

**LOWENSTEIN SANDLER LLP**
**KELLER BENVENUTTI KIM LLP**

By: *Gabrielle L. Albert*
Gabrielle L. Albert
*Counsel for the Official Committee of Unsecured Creditors*

---

[1] Capitalized terms not otherwise defined shall have the meaning ascribed to them in the Interim Fee Order.

# Exhibit A



650 California Street, Ste. 1900
San Francisco, CA 94108
US
admin@kbkllp.com
www.kbkllp.com
O: 4154696723

| Number | 2022 |
|---|---|
| Issue Date | 7/12/2023 |

The Official Committee of Unsecured Creditors of the Roman Catholic Bishop of Oakland

## 00283- B110 Case Administration

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| 6/2/2023<br>Email to B. Weisenberg regarding LS support and misc. correspondence with LS regarding initial filings. | Tobias Keller | $950.00 | 0.30 | $285.00 |
| 6/5/2023<br>Call with B. Weisenberg re: continued first day hearing. | Gabrielle Albert | $650.00 | 0.20 | $130.00 |
| 6/5/2023<br>Analyze revisions to first day orders. | Gabrielle Albert | $650.00 | 0.20 | $130.00 |
| 6/6/2023<br>E-mails to B. Weisenberg and T. Keller re June 6 continued first day hearing. | Gabrielle Albert | $650.00 | 0.20 | $130.00 |
| 6/6/2023<br>Calls with B. Weisenberg re second day hearings. | Gabrielle Albert | $650.00 | 0.30 | $195.00 |
| 6/7/2023<br>Draft memo to B. Weisenberg and J. Prol re general Northern District procedures. | Gabrielle Albert | $650.00 | 0.20 | $130.00 |
| 6/8/2023<br>Call with B. Weisenberg re committee issues. | Gabrielle Albert | $650.00 | 0.20 | $130.00 |
| 6/12/2023<br>Revise opposition to claims bar date motion. | Gabrielle Albert | $650.00 | 1.60 | $1,040.00 |
| 6/13/2023<br>Revise, finalize and file objection to Debtor's motion for confidentiality. | Gabrielle Albert | $650.00 | 0.80 | $520.00 |
| 6/15/2023<br>Call with B. Weisenberg re 341(a) meeting and Debtor's confidentiality motion. | Gabrielle Albert | $650.00 | 0.30 | $195.00 |
| 6/16/2023<br>Review/analyze Debtor's reply re confidentiality motion. | Gabrielle Albert | $650.00 | 1.10 | $715.00 |
| 6/16/2023<br>Review large case requirements for professionals, etc., in case admnistration. | Tobias Keller | $950.00 | 0.30 | $285.00 |
| 6/16/2023<br>Confer with B. Weisenberg re objection to confidentiality motion. | Gabrielle Albert | $650.00 | 0.20 | $130.00 |
| 6/17/2023<br>Confer with B. Weisenberg re confidentiality motion. | Gabrielle Albert | $650.00 | 0.30 | $195.00 |
| 6/17/2023<br>Research re opposition to confidentiality motion. | Gabrielle Albert | $650.00 | 0.30 | $195.00 |
| | **Time Entries Total** | | **6.50** | **$4,405.00** |

|  |  | Total for 00283- B110 Case Administration | $4,405.00 |
| --- | --- | --- | --- |

## 00283-B120 Asset Analysis and Recovery

| Time Entries | Billed By | Rate | Hours | Sub |
| --- | --- | --- | --- | --- |
| 6/23/2023<br>Call with B. Weinsenberg and M. Kaplan re 2004 exam of debtor. | Gabrielle Albert | $650.00 | 0.20 | $130.00 |
| 6/23/2023<br>Prepare memo to Lowenstein re 2004 exam procedures. | Gabrielle Albert | $650.00 | 0.40 | $260.00 |
| 6/23/2023<br>Confer with G. Albert regarding 2004 requests in ND Cal and advice to Lowenstein re same. | Tobias Keller | $950.00 | 0.20 | $190.00 |
| 6/23/2023<br>Confer with T. Keller re local standards for 2004 exam of Debtor. | Gabrielle Albert | $650.00 | 0.20 | $130.00 |
| 6/29/2023<br>Revise memo re Debtor's statements and schedules. | Gabrielle Albert | $650.00 | 0.50 | $325.00 |
| 6/30/2023<br>Revise motion to intervene and related pleadings for compliance with local standards. | Gabrielle Albert | $650.00 | 2.30 | $1,495.00 |
| 6/30/2023<br>Revise Answer to First Amended Complaint and Motion to Intervene. | Colin Mitsuoka | $175.00 | 3.90 | $682.50 |
| 6/30/2023<br>Draft notice of motion to intervene. | Jullian Sekona | $390.00 | 0.80 | $312.00 |
|  | **Time Entries Total** |  | **8.50** | **$3,524.50** |

|  |  | Total for 00283-B120 Asset Analysis and Recovery | $3,524.50 |
| --- | --- | --- | --- |

## 00283-B150 Meetings of and Communications with Creditors

| Time Entries | Billed By | Rate | Hours | Sub |
| --- | --- | --- | --- | --- |
| 6/8/2023<br>Attend committee meeting. | Gabrielle Albert | $650.00 | 1.00 | $650.00 |
| 6/9/2023<br>Attend committee meeting. | Gabrielle Albert | $650.00 | 1.00 | $650.00 |
| 6/12/2023<br>Attend state court counsel committee meeting. | Gabrielle Albert | $650.00 | 0.60 | $390.00 |
| 6/15/2023<br>Attend committee litigation counsel meeting. | Gabrielle Albert | $650.00 | 0.60 | $390.00 |
| 6/16/2023<br>Attend committee meeting. | Gabrielle Albert | $650.00 | 0.60 | $390.00 |
| 6/21/2023<br>Attend 341(a) meeting via phone (in two parts). | Gabrielle Albert | $650.00 | 2.20 | $1,430.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| 6/21/2023<br>Draft summary of 341(a) meeting. | Gabrielle Albert | $650.00 | 1.00 | $650.00 |
| 6/22/2023<br>Attend state court counsel committee meeting. | Gabrielle Albert | $650.00 | 0.70 | $455.00 |
| 6/23/2023<br>Attend Committee Meeting. | Gabrielle Albert | $650.00 | 1.00 | $650.00 |
| 6/28/2023<br>Review slides regarding bankruptcy process. | Jane Kim | $850.00 | 0.40 | $340.00 |
| 6/29/2023<br>Attend Committee meeting with state court counsel. | Gabrielle Albert | $650.00 | 0.90 | $585.00 |
| 6/30/2023<br>Call with B. Weisenberg re July 20 committee meeting presentation. | Gabrielle Albert | $650.00 | 0.20 | $130.00 |
| 6/30/2023<br>Attend Committee Meeting. | Gabrielle Albert | $650.00 | 1.00 | $650.00 |
| **Time Entries Total** | | | **11.20** | **$7,360.00** |

| | |
|---|---|
| Total for 00283-B150 Meetings of and Communications with Creditors | $7,360.00 |

## 00283-B160 Fee/Employment Applications

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| 6/1/2023<br>Review potential conflict list from debtors and circulate to firm. | Gabrielle Albert | $650.00 | 0.50 | $325.00 |
| 6/2/2023<br>Review and revise Interim Compensation Order. | Gabrielle Albert | $650.00 | 0.50 | $325.00 |
| 6/8/2023<br>Draft KBK Retention Application, Keller Decl. in Support, and Proposed Order. | Jullian Sekona | $390.00 | 2.00 | $780.00 |
| 6/9/2023<br>Revise application to employ KBK, supporting declaration and proposed order. | Gabrielle Albert | $650.00 | 1.50 | $975.00 |
| 6/14/2023<br>Revise KBK employment application pleadings. | Gabrielle Albert | $650.00 | 1.10 | $715.00 |
| 6/14/2023<br>Review conflict check documents. | Jullian Sekona | $390.00 | 0.80 | $312.00 |
| 6/15/2023<br>Draft and revise declaration of committee chairperson in support of the Keller Benvutti Kim LLP Retention Application. | Jullian Sekona | $390.00 | 0.60 | $234.00 |
| 6/15/2023<br>Review and analyze conflict check documents for disclosure of confidential parties. | Jullian Sekona | $390.00 | 1.90 | $741.00 |
| 6/16/2023<br>Revise application to employ KBK to comply with large case guidelines. | Gabrielle Albert | $650.00 | 0.20 | $130.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| 6/16/2023<br>Revise Keller declaration in support of application to employ KBK to comply with large case guidelines. | Gabrielle Albert | $650.00 | 0.30 | $195.00 |
| 6/16/2023<br>Revise Woodall declaration in support of application to employ KBK. | Gabrielle Albert | $650.00 | 0.40 | $260.00 |
| 6/16/2023<br>Revisions to the Keller Benvenutti Kim LLP Application and Keller Declaration in support. | Jullian Sekona | $390.00 | 0.80 | $312.00 |
| 6/16/2023<br>Draft work plan in support of KBK employment application. | Gabrielle Albert | $650.00 | 0.60 | $390.00 |
| 6/22/2023<br>Revise employment application and supporting documents to conform with LS documents and local standards. | Gabrielle Albert | $650.00 | 2.90 | $1,885.00 |
| 6/22/2023<br>Review documentation relating to conflicts check. | Colin Mitsuoka | $175.00 | 0.20 | $35.00 |
| 6/27/2023<br>Review and finalize Keller Benvenutti Kim LLP Retention Application. | Jullian Sekona | $390.00 | 1.10 | $429.00 |
| 6/28/2023<br>Research regarding employment application and objection period. | Jullian Sekona | $390.00 | 1.00 | $390.00 |
| 6/28/2023<br>Attend to the filing of the Keller Benvenutti Kim retention application. | Jullian Sekona | $390.00 | 0.50 | $195.00 |
| | **Time Entries Total** | | **16.90** | **$8,628.00** |

| | | |
|---|---|---|
| Total for 00283-B160 Fee/Employment Applications | | $8,628.00 |

## 00283-B190 Other Contested Matters (excluding assumption/rejection motions)

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| 6/28/2023<br>Call with B. Weisberg re application of automatic stay to disclosures of accused persons. | Tobias Keller | $950.00 | 0.20 | $190.00 |
| | **Time Entries Total** | | **0.20** | **$190.00** |

| | | |
|---|---|---|
| Total for 00283-B190 Other Contested Matters (excluding assumption/rejection motions) | | $190.00 |

## 00283-B310 Claims Administration and Objections

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| 6/27/2023<br>Call with B. Weisenberg re Debtor's motion for claims bar date and claim form. | Gabrielle Albert | $650.00 | 0.20 | $130.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| 6/30/2023<br>Draft memo to Lowenstein re hearing on Santa Rosa claims forms motion. | Gabrielle Albert | $650.00 | 0.90 | $585.00 |
| | **Time Entries Total** | | **1.10** | **$715.00** |

| | Total for 00283-B310 Claims Administration and Objections | $715.00 |
|---|---|---|

## 00283-B320 Plan and Disclosure Statement (including Business Plan)

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| 6/28/2023<br>Research re 9th Circuit law on releases. | Gabrielle Albert | $650.00 | 3.40 | $2,210.00 |
| | **Time Entries Total** | | **3.40** | **$2,210.00** |

| | Total for 00283-B320 Plan and Disclosure Statement (including Business Plan) | $2,210.00 |
|---|---|---|

## 00283-Expenses

| Expenses | Price | Qty | Sub |
|---|---|---|---|
| Trial transcripts<br>6/9/2023<br>eScribers invoice no.: 739924 (June 6, 2023 Hearing Transcript). | $242.00 | 1.00 | $242.00 |
| Outside printing<br>6/20/2023<br>Clear Discovery Invoice No. 2179 | $567.71 | 1.00 | $567.71 |
| Trial transcripts<br>6/22/2023<br>eScribers Invoice No.: 747123 (June 20, 2023 Hearing Transcript). | $629.20 | 1.00 | $629.20 |
| **Expenses Total:** | | **3.00** | **$1,438.91** |

| | Total for 00283-Expenses | $1,438.91 |
|---|---|---|

## 00283-Fee/Employment Applications of Others

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| 6/1/2023<br>Confer with G. Albert regarding pro hac vice applications. | Colin Mitsuoka | $175.00 | 0.30 | $52.50 |
| 6/1/2023<br>Confer with C. Mitsuoka re notice of appearance and pro hac vice applications for Lowenstein. | Gabrielle Albert | $650.00 | 0.30 | $195.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| 6/1/2023<br>Draft pro hac vice applications and orders for Lowenstein Sandler LLP attorneys. | Colin Mitsuoka | $175.00 | 1.60 | $280.00 |
| 6/1/2023<br>Review and revise Lowenstein and KBK Notice of Appearance. | Gabrielle Albert | $650.00 | 0.50 | $325.00 |
| 6/1/2023<br>E-mails with J. Prol and B. Weisenberg re Pro Hac Vice applications and notice of appearance. | Gabrielle Albert | $650.00 | 0.20 | $130.00 |
| 6/1/2023<br>Call with T. Keller re initial pro hac vice applications and support for lead counsel. | Gabrielle Albert | $650.00 | 0.20 | $130.00 |
| 6/1/2023<br>Confer with G. Albett regarding notice of appearances, pro hac vice applications, and general support of lead counsel. | Tobias Keller | $950.00 | 0.20 | $190.00 |
| 6/2/2023<br>Draft e-mail to B. Weisenberg re Notice of appearance. | Gabrielle Albert | $650.00 | 0.10 | $65.00 |
| 6/2/2023<br>Revise pro hac vice applications for seven Lowenstein Sandler attorneys. | Gabrielle Albert | $650.00 | 1.40 | $910.00 |
| 6/2/2023<br>Call with B. Weisenberg re Interim compensation order and second day hearings. | Gabrielle Albert | $650.00 | 0.20 | $130.00 |
| 6/2/2023<br>Revise Pro Hac Vice Applications and Orders for Lowenstein Sandler LLP attorneys. | Colin Mitsuoka | $175.00 | 0.80 | $140.00 |
| 6/5/2023<br>E-mails with D. Claussen re Pro Hac Vice applications. | Gabrielle Albert | $650.00 | 0.10 | $65.00 |
| 6/5/2023<br>Revise Pro Hac Vice Applications and Orders for Lowenstein Sandler LLP attorneys. | Colin Mitsuoka | $175.00 | 0.70 | $122.50 |
| 6/5/2023<br>Finalize for filing Lowenstein Sandler pro hac vice applications. | Gabrielle Albert | $650.00 | 0.40 | $260.00 |
| 6/6/2023<br>Emails with team regarding Oakland pro hac vice applications. | Jane Kim | $850.00 | 0.20 | $170.00 |
| 6/6/2023<br>E-mails with D. Claussen re Pro Hac Vice applications. | Gabrielle Albert | $650.00 | 0.20 | $130.00 |
| 6/6/2023<br>Emails to C. Mitsuoka, J. Kim and T. Keller pro hac vice applications. | Gabrielle Albert | $650.00 | 0.20 | $130.00 |
| 6/6/2023<br>Meet with Court clerk regarding pro hac application and preferred processes for admitting Lowenstein attorneys. | Tobias Keller | $950.00 | 0.30 | $285.00 |
| 6/7/2023<br>Call with D. Claussen re Northern District procedure for pro hac vice filings. | Gabrielle Albert | $650.00 | 0.20 | $130.00 |
| 6/7/2023<br>Draft e-mail to D. Claussen re pro hac vice filing. | Gabrielle Albert | $650.00 | 0.20 | $130.00 |
| 6/13/2023<br>Review and revise LS employment pleadings for compliance with local rules and guidelines. | Gabrielle Albert | $650.00 | 0.60 | $390.00 |
| 6/14/2023<br>Draft e-mail to Lowenstein team re UST requirements in employment applications. | Gabrielle Albert | $650.00 | 0.20 | $130.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| 6/15/2023 | Gabrielle Albert | $650.00 | 0.10 | $65.00 |
| 6/23/2023<br>Review Order Authorizing Procedures for Interim Compensation; calendar deadlines. | Jullian Sekona | $390.00 | 1.00 | $390.00 |
| 6/26/2023<br>Revise application to employ BRG. | Gabrielle Albert | $650.00 | 1.20 | $780.00 |
| 6/26/2023<br>Draft Application and Proposed Order for employment of Berkeley Research Group. | Colin Mitsuoka | $175.00 | 1.50 | $262.50 |
| 6/27/2023<br>Revise Babcock declaration in support of BRG employment application. | Gabrielle Albert | $650.00 | 0.90 | $585.00 |
| 6/27/2023<br>Call with J. Sekona re Lowenstein and KBK fee applications. | Gabrielle Albert | $650.00 | 0.30 | $195.00 |
| 6/27/2023<br>Review LS employment application for local compliance prior to filing. | Gabrielle Albert | $650.00 | 0.20 | $130.00 |
| 6/27/2023<br>Review draft application and proposed order to employ Berkeley Research Group. | Jullian Sekona | $390.00 | 0.70 | $273.00 |
| 6/27/2023<br>Review and revise Lowenstein Retention Application. Oakland (Note: changes not adopted, no charge?) | Jullian Sekona | $390.00 | 0.70 | $273.00 |
| 6/28/2023<br>Revise BRG employment application and supporting documents. | Gabrielle Albert | $650.00 | 1.10 | $715.00 |
| 6/29/2023<br>Attend to US Trustee concerns re proposed employment orders and e-mail J. Blumberg re same. | Gabrielle Albert | $650.00 | 0.20 | $130.00 |
| 6/29/2023<br>Call with D. Dale re LS and KBK employment orders; relay same to US Trustee. | Gabrielle Albert | $650.00 | 0.10 | $65.00 |
| 6/29/2023<br>Revise BRG employment pleadings. | Gabrielle Albert | $650.00 | 0.50 | $325.00 |
| 6/29/2023<br>Cold read and markup of BRG application. | Tobias Keller | $950.00 | 0.30 | $285.00 |
| **Time Entries Total** | | | **17.90** | **$8,963.50** |

| | |
|---|---|
| Total for 00283-Fee/Employment Applications of Others | $8,963.50 |

## 00283-Hearings

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| 6/6/2023<br>Attend continued first day hearing. | Gabrielle Albert | $650.00 | 0.80 | $520.00 |
| 6/6/2023<br>Prepare for (0.3) and attend (0.7) first day hearing in Oakland Bankruptcy Court. | Tobias Keller | $950.00 | 1.00 | $950.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| 6/20/2023<br>Attend hearing re confidentiality motion. | Gabrielle Albert | $650.00 | 3.40 | $2,210.00 |
| | **Time Entries Total** | | **5.20** | **$3,680.00** |

| | |
|---|---|
| Total for 00283-Hearings | $3,680.00 |

| | |
|---|---|
| Total (USD) | $41,114.91 |
| Paid | $0.00 |
| Balance | $41,114.91 |

## Timekeeper Totals

| Name | Rate | Hours | Total |
|---|---|---|---|
| Tobias Keller | $950.00 | 2.80 | $2,660.00 |
| Gabrielle Albert | $650.00 | 46.60 | $30,290.00 |
| Colin Mitsuoka | $175.00 | 9.00 | $1,575.00 |
| Jullian Sekona | $390.00 | 11.90 | $4,641.00 |
| Jane Kim | $850.00 | 0.60 | $510.00 |