**FOLEY & LARDNER LLP**
Jeffrey R. Blease (CA Bar. No. 134933)
Tel: (617) 226-3155; jblease@foley.com
Thomas F. Carlucci (CA Bar No. 135767)
Tel: (415) 984-9824; tcarlucci@foley.com
Shane J. Moses (CA Bar No. 250533)
Tel: (415) 438-6404; smoses@foley.com
Emil P. Khatchatourian (CA Bar No. 265290)
Tel: (312) 832-5156; ekhatchatourian@foley.com
Ann Marie Uetz (admitted *pro hac vice*)
Tel: (313) 234-7114; auetz@foley.com
Matthew D. Lee (admitted *pro hac vice*)
Tel: (608) 258-4203; mdlee@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520

*Counsel for the Debtor*
*and Debtor in Possession*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. 23-40523 WJL |
| THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole, | Chapter 11 |
| Debtor. | **STIPULATION TO CONTINUE HEARING ON THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' EX PARTE APPLICATION FOR ENTRY OF AN ORDER UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004** |
| | Judge: Hon. William J. Lafferty |

4874-7176-1780.1

## INTRODUCTION

The Roman Catholic Bishop of Oakland, a California corporation sole, and the debtor and debtor in possession (the "Debtor" or "RCBO") in the above-captioned chapter 11 bankruptcy case (the "Chapter 11 Case") and the Official Committee of Unsecured Creditors appointed in the Chapter 11 Case (the "Committee" and together with the Debtor the "Parties") by and through their respective counsel of record, hereby stipulate and agree as follows.

## RECITALS

A.      On July 14, 2023, the Committee filed its *The Official Committee of Unsecured Creditors' Ex Parte Application for Entry of an Order Under Federal Rule of Bankruptcy Procedure 2004* [Docket No. 239] (the "2004 Application").

B.      At a hearing on July 18, 2023, the Court approved the agreement of the Parties to set the 2004 Application for hearing on August 8, 2023, at 9:00 a.m., with any opposition or response to be filed not later than August 1, 2023, and any reply to be filed not later than August 4, 2023.

C.      The Parties have further met and conferred regarding the 2004 Application, and wish to continue the hearing on the 2004 Application, as set forth herein.

## STIPULATION

Based on the foregoing, the Parties hereby stipulate and agree as follows:

1.      The hearing on the 2004 Application shall be continued to September 12, 2023, at 9:00 a.m., subject to the approval of the Court.

2.      Any opposition or other response to the 2004 Application shall be filed not later than September 5, 2023, and any reply shall be filed not later than September 8, 2023.

3.      The Parties request that the Court enter an order in the form attached hereto as **Exhibit A** approving this Stipulation and the dates agreed.

[*Signatures on following page*]

**SO STIPULATED:**

Dated:  August 1, 2023          FOLEY & LARDNER LLP


_____ /s/ Shane J. Moses_____
Shane J. Moses
Attorneys for the Debtor


**SO STIPULATED:**

Dated:  August 1, 2023          LOWENSTEIN SANDLER LLP


_____ /s/ Michael A. Kaplan_____
Michael A. Kaplan
Attorneys for the
Official Committee of Unsecured Creditors