# EXHIBIT A

**FOLEY & LARDNER LLP**
Jeffrey R. Blease (CA Bar. No. 134933)
Tel: (617) 226-3155; jblease@foley.com
Thomas F. Carlucci (CA Bar No. 135767)
Tel: (415) 984-9824; tcarlucci@foley.com
Shane J. Moses (CA Bar No. 250533)
Tel: (415) 438-6404; smoses@foley.com
Emil P. Khatchatourian (CA Bar No. 265290)
Tel: (312) 832-5156; ekhatchatourian@foley.com
Ann Marie Uetz (admitted *pro hac vice*)
Tel: (313) 234-7114; auetz@foley.com
Matthew D. Lee (admitted *pro hac vice*)
Tel: (608) 258-4203; mdlee@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520

*Counsel for the Debtor*
*and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,<br><br>Debtor. | Case No. 23-40523 WJL<br><br>Chapter 11<br>**PROPOSED**<br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' EX PARTE APPLICATION FOR ENTRY OF AN ORDER UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**<br><br>Judge:   Hon. William J. Lafferty |

The Court having reviewing the *Stipulation to Continue Hearing on The Official Committee of Unsecured Creditors' Ex Parte Application for Entry of an Order Under Federal Rule of Bankruptcy Procedure 2004* (the "Stipulation"), entered into between the Roman Catholic Bishop of Oakland, a California corporation sole, and the debtor and debtor in possession (the "Debtor" or "RCBO") in the above-captioned chapter 11 bankruptcy case, and the Official Committee of Unsecured Creditors (the

4864-2816-7284

"Committee" and together with the Debtor the "Parties"); and after due deliberation and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1.      The Stipulation is approved.

2.      The hearing on the *The Official Committee of Unsecured Creditors' Ex Parte Application for Entry of an Order Under Federal Rule of Bankruptcy Procedure 2004* [Docket No. 239] (the "2004 Application") is hereby continued to September 12, 2023, at 9:00 a.m.

3.      Any opposition or other response to the 2004 Application shall be filed not later than September 5, 2023, and any reply shall be filed not later than September 8, 2023.

4.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

**END OF ORDER**

4864-2816-7284

1

<u>**COURT SERVICE LIST**</u>

2 All ECF Recipients.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER APPROVING STIPULATION

4864-2816-7284