**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,<br><br>Debtor. | Case No. 23-40523 WJL<br><br>Chapter 11<br><br>Hon. William J. Lafferty<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF MONSIGNOR RONNY E. JENKINS** |

I, Ronny E. Jenkins, hereby declare as follows:

1. I am a Professor of Canon Law at the Catholic University of America.

2. The Roman Catholic Bishop of Oakland, a California corporation sole, and the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case, has requested that I provide canonical consulting services to the Debtor, and I have agreed to provide those services in my individual capacity (the "Services").

3. The Services include, but are not limited to, the following:
Serving as an expert in canon law to advise the Debtor regarding its obligation under canon law and related issues.

4. I may have performed services in the past and may perform services in the future, in matters unrelated to this chapter 11 case, for persons that are parties in interest in the Debtor's chapter 11 case. As part of my customary practice, I am retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtor, or may represent or be other parties in interest in this chapter 11 case. I do not perform services for any such person in connection with this Chapter 11 Case. In addition, I do not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtor or its estate with respect to the matters on which I am to be retained.

5. I have not agreed to share or will share any portion of the compensation to be received from the Debtor with any other person.

6. I, insofar as I have been able to ascertain, do not hold or represent any interest materially adverse to the Debtor or its estate with respect to the matters on which I am to be retained.

7. As of the commencement of this chapter 11 case, the Debtor owed me $0.00 for prepetition services rendered to the Debtor.

8. I will conduct further inquiries regarding its retention by any creditors of the Debtor as necessary, and upon conclusion of such inquiry, or at any time during the period of its employment, if I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on July 24, 2023, at Washington, DC.

_____
Ronny E. Jenkins