UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re:

THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,

Debtor.

Case No. 23-40523

Chapter 11

Hon. William J. Lafferty

**RETENTION QUESTIONNAIRE**

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by The Roman Catholic Bishop of Oakland, a California corporation sole, and the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   Ronny E. Jenkins

   School of Canon Law

   The Catholic University of America

   Washington, DC 20064

2. Date of retention: March 1, 2023

3. Type of services to be provided:

   Serving as an expert in canon law to advise the Debtor regarding its obligation under canon law and related issues.

4. Brief description of services to be provided:

   Chiefly to review documents and provide canonical legal counsel.

5. Arrangements for compensation (hourly, contingent, etc.):

   Hourly

   (a) Average hourly rate (if applicable): $150.00

-1-

Case: 23-40523    Doc# 329-1    Filed: 08/03/23    Entered: 08/03/23 09:44:07    Page 1 of 2

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

$800.00

6. Prepetition claims against the Debtor held by the company:

   Amount of claim: $00.00

   Date claim arose: N/A

   Nature of claim: N/A

7. Prepetition claims against the Debtor held individually by any member, associate, or employee of the company:

   Name: N/A

   Status: N/A

   Amount of claim: $N/A

   Date claim arose: N/A

   Nature of claim: N/A

8. Disclose the nature and provide a brief description of any interest adverse to the Debtor or to the estate for the matters on which the professional is to be employed:

   N/A

9. Name and title of individual completing this form:

   Ronny E. Jenkins

Dated: July 24, 2023

_____
Signature of Individual Completing Form