

**FOLEY & LARDNER LLP**
Jeffrey R. Blease (CA Bar. No. 134933)
Tel: (617) 226-3155; jblease@foley.com
Thomas F. Carlucci (CA Bar No. 135767)
Tel: (415) 984-9824; tcarlucci@foley.com
Shane J. Moses (CA Bar No. 250533)
Tel: (415) 438-6404; smoses@foley.com
Emil P. Khatchatourian (CA Bar No. 265290)
Tel: (312) 832-5156; ekhatchatourian@foley.com
Ann Marie Uetz (admitted *pro hac vice*)
Tel: (313) 234-7114; auetz@foley.com
Matthew D. Lee (admitted *pro hac vice*)
Tel: (608) 258-4203; mdlee@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520

*Counsel for the Debtor
and Debtor in Possession*

The following constitutes the order of the Court.
Signed: August 4, 2023

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,<br><br>Debtor. | Case No. 23-40523 WJL<br><br>Chapter 11<br><br>**ORDER APPROVING REVISED CONFIDENTIALITY AGREEMENT AND STIPULATED PROTECTIVE ORDER** |

The Court having reviewed the *Revised Confidentiality Agreement and Stipulated Protective Order*, dated July 24, 2023 [Docket No. 288] (the "Stipulated Protective Order"), entered into between the Roman Catholic Bishop of Oakland, a California corporation sole, and the debtor and debtor in possession (the "Debtor" or "RCBO") in the above-captioned chapter 11 bankruptcy case (the "Chapter 11 Case"), and the Official Committee of Unsecured Creditors appointed in the Chapter 11 Case (the "Committee"); and after due deliberation and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Stipulated Protective Order is approved.

2. All objections to entry of this Stipulated Protective Order are overruled.

3. The terms and provisions of the Stipulated Protective Order shall be effective upon entry of this Order, and shall be enforceable as an order of this Court.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of or interpretation of this Order and the Stipulated Protective Order.

**APPROVED AS TO FORM**:

LOWENSTEIN SANDLER LLP

By: ___/s/ Michael A. Kaplan_____
Michael A. Kaplan
Attorneys for the
Official Committee of Unsecured Creditors

*** END OF ORDER ***

**COURT SERVICE LIST**

All ECF Recipients.