Entered on Docket
August 04, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**FOLEY & LARDNER LLP**
Jeffrey R. Blease (CA Bar. No. 134933)
Tel: (617) 226-3155; jblease@foley.com
Thomas F. Carlucci (CA Bar No. 135767)
Tel: (415) 984-9824; tcarlucci@foley.com
Shane J. Moses (CA Bar No. 250533)
Tel: (415) 438-6404; smoses@foley.com
Emil P. Khatchatourian (CA Bar No. 265290)
Tel: (312) 832-5156; ekhatchatourian@foley.com
Ann Marie Uetz (admitted *pro hac vice*)
Tel: (313) 234-7114; auetz@foley.com
Matthew D. Lee (admitted *pro hac vice*)
Tel: (608) 258-4203; mdlee@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520

*Counsel for the Debtor
and Debtor in Possession*

The following constitutes the order of the Court.
Signed: August 4, 2023

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,<br><br>Debtor. | Case No. 23-40523 WJL<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' EX PARTE APPLICATION FOR ENTRY OF AN ORDER UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**<br><br>**Hearing Continued:**<br>Date: 9/12/23<br>Time: 9:00 am<br>Place: 1300 Clay St, Ctrm 220/Zoom, Oakland, CA 94612 |

The Court having reviewing the *Stipulation to Continue Hearing on The Official Committee of Unsecured Creditors' Ex Parte Application for Entry of an Order Under Federal Rule of Bankruptcy Procedure 2004* (the "Stipulation"), entered into between the Roman Catholic Bishop of Oakland, a California corporation sole, and the debtor and debtor in possession (the "Debtor" or "RCBO") in the above-captioned chapter 11 bankruptcy case, and the Official Committee of Unsecured Creditors (the

"Committee" and together with the Debtor the "Parties"); and after due deliberation and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

2. The hearing on the *The Official Committee of Unsecured Creditors' Ex Parte Application for Entry of an Order Under Federal Rule of Bankruptcy Procedure 2004* [Docket No. 239] (the "2004 Application") is hereby continued to September 12, 2023, at 9:00 a.m.

3. Any opposition or other response to the 2004 Application shall be filed not later than September 5, 2023, and any reply shall be filed not later than September 8, 2023.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

**END OF ORDER**

# COURT SERVICE LIST

All ECF Recipients.