

**FOLEY & LARDNER LLP**
Jeffrey R. Blease (CA Bar. No. 134933)
Tel: (617) 226-3155; jblease@foley.com
Thomas F. Carlucci (CA Bar No. 135767)
Tel: (415) 984-9824; tcarlucci@foley.com
Shane J. Moses (CA Bar No. 250533)
Tel: (415) 438-6404; smoses@foley.com
Emil P. Khatchatourian (CA Bar No. 265290)
Tel: (312) 832-5156; ekhatchatourian@foley.com
Ann Marie Uetz (admitted *pro hac vice*)
Tel: (313) 234-7114; auetz@foley.com
Matthew D. Lee (admitted *pro hac vice*)
Tel: (608) 258-4203; mdlee@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520

*Counsel for the Debtor
and Debtor in Possession*

The following constitutes the order of the Court.
Signed: August 22, 2023

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,<br><br>Debtor. | Case No. 23-40523 WJL<br><br>Chapter 11<br><br>**ORDER EXTENDING EXCLUSIVE PERIODS FOR THE DEBTOR TO FILE AND SOLICIT ACCEPTANCE OF A CHAPTER 11 PLAN**<br><br>Judge:  Hon. William J. Lafferty<br><br>Date:   August 22, 2023<br>Time:  1:30 p.m.<br>Place:  United States Bankruptcy Court<br>         1300 Clay Street<br>         Courtroom 220<br>         Oakland, CA 94612 |

Upon the *Debtor's Motion for Order Extending Exclusive Periods For The Debtor To File and Solicit Acceptance of a Chapter 11 Plan*, dated August 1, 2023 (the "Motion"),[1] filed by the Roman Catholic Bishop of Oakland, a California corporation sole, and the debtor and debtor in possession (the

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

"Debtor") in the above-captioned chapter 11 bankruptcy case (the "Chapter 11 Case"), for entry of an order pursuant to section 1121(d) of the Bankruptcy Code extending the exclusive periods during which only the Debtor may file and solicit acceptance of a chapter 11 plan as provided in sections 1121(b) and (c)(3) of the Bankruptcy Code; the Court having reviewed and considered the Motion, the Bongiovanni Declaration in support thereof, all other filings in support of or in opposition to the Motion, and the arguments made at the hearing on the Motion; the Court finding it has jurisdiction over this matter, venue in this Court is proper, and notice of the Motion and the hearing thereon was reasonable and sufficient under the circumstances; and the Court finding the relief requested in the Motion is in the best interests of the Debtor, its creditors, and other parties in interest; and after due deliberation and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. The Motion is granted as set forth herein.

2. Pursuant to 11 U.S.C. § 1121(d), the Exclusive Filing Period during which the Debtor has the exclusive right to file a chapter 11 plan, as provided in 11 U.S.C. § 1121(b) and (c)(2), is hereby extended to January 5, 2024.

3. Pursuant to 11 U.S.C. § 1121(d), the Exclusive Solicitation Period during which the Debtor has the exclusive right to solicit acceptance of a chapter 11 plan, as provided in 11 U.S.C. § 1121(c)(3), is hereby extended to March 4, 2024.

4. This order is without prejudice to any further requests for extension of the Debtor's Exclusive Periods.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of or interpretation of this Order.

*** END OF ORDER ***

**COURT SERVICE LIST**

All ECF Recipients.

ORDER EXTENDING EXCLUSIVITY

4877-4150-4368.2