United States Bankruptcy Court

Northern District of California

| | |
|---|---|
| In re: | Case No. 23-40523-WJL |
| The Roman Catholic Bishop of Oakland | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0971-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 25, 2023 | Form ID: TRANSC | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Miranda H. Turner, Crowell & Moring LLP, 1001 Pennsylvania Ave., N.W., Washington, DC 20004-2595 |
| | + | EILEEN R. RIDLEY, EMIL P. KHATCHATOURIAN, ESQ., Foley & Lardner LLP, 555 California Street Suite 1700, San Francisco, CA 94104-1531 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 27, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam P. Haberkorn | on behalf of Creditor Pacific Indemnity Company  Insurance Company of North America, and Pacific Employers Insurance Company ahaberkorn@omm.com, adam-haberkorn-2269@ecf.pacerpro.com |
| Alyssa Sheets Wolf | on behalf of Creditor Travelers Indemnity Company alyssa.wolf@dentons.com |
| Andrew Mina | on behalf of Defendant Certain Underwriters at Lloyd's of London Subscribing to Slip Nos. CU 1001  K66034, K78138 and CU 3061 amina@duanemorris.com |
| Ann Marie Uetz | on behalf of Debtor The Roman Catholic Bishop of Oakland auetz@foley.com |
| Blaise S Curet | |

　　　　　　　　　　　　　　　　　　on behalf of Creditor Westport Insurance Corporation bcuret@spcclaw.com

Brent Weisenberg

　　　　　　　　　　　　　　　　　　on behalf of Creditor Committee Official Committee of Unsecured Creditors of the Roman Catholic Bishop of Oakland bweisenberg@lowenstein.com

Catalina Sugayan

　　　　　　　　　　　　　　　　　　on behalf of Defendant Certain Underwriters at Lloyd's of London Subscribing to Slip Nos. CU 1001  K66034, K78138 and CU 3061 catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Colleen Restel

　　　　　　　　　　　　　　　　　　on behalf of Creditor Committee Official Committee of Unsecured Creditors of the Roman Catholic Bishop of Oakland crestel@lowenstein.com

Dennis Craig Reich

　　　　　　　　　　　　　　　　　　on behalf of Creditor Charlie Lattimore dreich@reichandbinstock.com

Eileen Ridley

　　　　　　　　　　　　　　　　　　on behalf of Plaintiff The Roman Catholic Bishop of Oakland eridley@foley.com

Emma L. Jones

　　　　　　　　　　　　　　　　　　on behalf of Creditor Pacific Indemnity Company  Insurance Company of North America, and Pacific Employers Insurance Company epersson@omm.com, emma-persson-2606@ecf.pacerpro.com

Evan Gershbein

　　　　　　　　　　　　　　　　　　ECFpleadings@kccllc.com

Gabrielle L. Albert

　　　　　　　　　　　　　　　　　　on behalf of Creditor Committee Official Committee of Unsecured Creditors galbert@kbkllp.com

George Calhoun

　　　　　　　　　　　　　　　　　　on behalf of Defendant United States Fire Insurance george@ifrahlaw.com

Gregory S. Powell

　　　　　　　　　　　　　　　　　　on behalf of U.S. Trustee Office of the U.S. Trustee/Oak greg.powell@usdoj.gov  Tina.L.Spyksma@usdoj.gov

Hagop T. Bedoyan

　　　　　　　　　　　　　　　　　　on behalf of Interested Party The Roman Catholic Bishop of Fresno hagop.bedoyan@mccormickbarstow.com  ecf@kleinlaw.com

Harris Winsberg

　　　　　　　　　　　　　　　　　　on behalf of Creditor Westport Insurance Corporation hwinsberg@phrd.com

Jane Kim

　　　　　　　　　　　　　　　　　　on behalf of Creditor Committee Official Committee of Unsecured Creditors jkim@kbkllp.com

Jason Blumberg

　　　　　　　　　　　　　　　　　　on behalf of U.S. Trustee Office of the U.S. Trustee/Oak jason.blumberg@usdoj.gov  ustpregion17.sf.ecf@usdoj.gov

Jeff D. Kahane

　　　　　　　　　　　　　　　　　　on behalf of Defendant Certain Underwriters at Lloyd's of London Subscribing to Slip Nos. CU 1001  K66034, K78138 and CU 3061 jkahane@duanemorris.com

Jeffrey D. Prol

　　　　　　　　　　　　　　　　　　on behalf of Creditor Committee Official Committee of Unsecured Creditors jprol@lowenstein.com

Jesse Bair

　　　　　　　　　　　　　　　　　　on behalf of Creditor Committee Official Committee of Unsecured Creditors of the Roman Catholic Bishop of Oakland jbair@burnsbair.com

Jillian Dennehy

　　　　　　　　　　　　　　　　　　on behalf of Defendant United States Fire Insurance jillian.dennehy@kennedyslaw.com

John Bucheit

　　　　　　　　　　　　　　　　　　on behalf of Creditor Westport Insurance Corporation jbucheit@phrd.com

John Grossbart

　　　　　　　　　　　　　　　　　　on behalf of Creditor Travelers Indemnity Company john.grossbart@dentons.com

Jullian Sekona

　　　　　　　　　　　　　　　　　　on behalf of Creditor Committee Official Committee of Unsecured Creditors jsekona@kbkllp.com

Karen Rinehart

　　　　　　　　　　　　　　　　　　on behalf of Creditor Pacific Employers Insurance Company krinehart@omm.com  karen-rinehart-3320@ecf.pacerpro.com

Lynda Bennett

　　　　　　　　　　　　　　　　　　on behalf of Creditor Committee Official Committee of Unsecured Creditors of the Roman Catholic Bishop of Oakland lbennett@lowenstein.com

Mark Moore

　　　　　　　　　　　　　　　　　　on behalf of Debtor The Roman Catholic Bishop of Oakland mmoore@foley.com

Mark D. Plevin

　　　　　　　　　　　　　　　　　　on behalf of Interested Party Continental Casualty Company mplevin@crowell.com

mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Matt Lee
on behalf of Plaintiff The Roman Catholic Bishop of Oakland mdlee@foley.com

Matthew Roberts
on behalf of Creditor Westport Insurance Corporation mroberts@phrd.com

Matthew Michael Weiss
on behalf of Creditor Westport Insurance Corporation mweiss@phrd.com

Michael A. Kaplan
on behalf of Creditor Committee Official Committee of Unsecured Creditors of the Roman Catholic Bishop of Oakland mkaplan@lowenstein.com

Nathan W. Reinhardt
on behalf of Defendant Certain Underwriters at Lloyd's of London Subscribing to Slip Nos. CU 1001  K66034, K78138 and CU 3061 nreinhardt@duanemorris.com

Office of the U.S. Trustee/Oak
USTPRegion17.OA.ECF@usdoj.gov

Patrick Maxcy
on behalf of Creditor Travelers Indemnity Company patrick.maxcy@dentons.com  docket.general.lit.chi@dentons.com

Phillip John Shine
on behalf of U.S. Trustee Office of the U.S. Trustee/Oak phillip.shine@usdoj.gov

Rebecca J. Winthrop
on behalf of Creditor Roman Catholic Cemeteries of the Diocese of Oakland rebecca.winthrop@nortonrosefulbright.com diana.cardenas@nortonrosefulbright.com

Robert G. Harris
on behalf of Creditor Franciscan Friars California Inc. rob@bindermalter.com  RobertW@BinderMalter.com

Shane J. Moses
on behalf of Debtor The Roman Catholic Bishop of Oakland smoses@foley.com  llanglois@foley.com

Tancred Schiavoni
on behalf of Creditor Pacific Indemnity Company  Insurance Company of North America, and Pacific Employers Insurance Company tschiavoni@omm.com

Thomas F. Carlucci
on behalf of Debtor The Roman Catholic Bishop of Oakland tcarlucci@foley.com

Timothy W. Burns
on behalf of Creditor Committee Official Committee of Unsecured Creditors of the Roman Catholic Bishop of Oakland tburns@burnsbair.com

Tobias S. Keller
on behalf of Creditor Committee Official Committee of Unsecured Creditors tkeller@kbkllp.com

Travis Richard Wall
on behalf of Defendant United States Fire Insurance travis.wall@kennedyslaw.com  alice.probst@kennedyslaw.com

Trevor Ross Fehr
on behalf of U.S. Trustee Office of the U.S. Trustee/Oak trevor.fehr@usdoj.gov

TOTAL: 47

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| **In re Debtor(s):**<br><br>The Roman Catholic Bishop of Oakland<br>dba  Diocese of Oakland<br>dba  Roman Catholic Diocese of Oakland | Case No.: 23−40523 WJL 11<br>Chapter: 11 |

**NOTICE OF FILING OF TRANSCRIPT**
**AND DEADLINES RELATED TO RESTRICTION AND REDACTION**

A transcript of the proceeding held on 8/22/2023 was filed on August 25, 2023. The following deadlines apply:

The parties have until Friday, September 1, 2023 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Friday, September 15, 2023.

If a request for redaction is filed, the redacted transcript is due Monday, September 25, 2023.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Monday, November 27, 2023, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 8/28/23

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court