**LOWENSTEIN SANDLER LLP**
JEFFREY D. PROL (admitted *pro hac vice*)
jprol@lowenstein.com
BRENT WEISENBERG (admitted *pro hac vice*)
bweisenberg@lowenstein.com
COLLEEN M. RESTEL (admitted *pro hac vice*)
crestel@lowenstein.com
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
tkeller@kbkllp.com
JANE KIM (Cal. Bar No. 298192)
jkim@kbkllp.com
GABRIELLE L. ALBERT (Cal. Bar No. 190895)
galbert@kbkllp.com
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,<br><br>Debtor. | Case No. 23-40523 WJL<br><br>Chapter 11<br><br>**FIRST SUPPLEMENTAL DECLARATION OF JEFFREY D. PROL IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING RETENTION OF LOWENSTEIN SANDLER LLP AS LEAD COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE ROMAN CATHOLIC BISHOP OF OAKLAND EFFECTIVE AS OF MAY 30, 2023** |

I, Jeffrey D. Prol, hereby declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner of the law firm of Lowenstein Sandler LLP ("<u>Lowenstein</u>"), lead counsel to the Official Committee of Unsecured Creditors ("the "<u>Committee</u>") of the Roman Catholic Bishop of Oakland (the "<u>Debtor</u>"). I am admitted to this Court *pro hac vice*.

2. I submit this declaration as a supplement to my declaration dated June 27, 2023 [Docket No. 175] (the "<u>Original Declaration</u>") in support of the Committee's Application for Entry of an Order Authorizing Retention of Lowenstein Sandler LLP as Lead Counsel to the Official Committee of Unsecured Creditors of the Roman Catholic Bishop of Oakland Effective as of May 30, 2023 [Docket No. 173] (the "<u>Application</u>").[1] The Application was approved by order of this Court dated July 8, 2023 [Docket No. 205].

3. The following is my response provided pursuant to Paragraph D.1 of The Appendix B Guidelines and supplements the response in paragraph 30 of the Original Declaration. The language below more accurately describes the agreement between the Committee and Lowenstein. The original terms of the engagement have not changed. For the sake of clarity, the new language has been italicized:

**Question:** Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

Response: Yes. Lowenstein has agreed to reduce its hourly rates for the benefit of the Committee's constituency (i.e., holders of sexual abuse claims against the Debtor). In order to assure that any price reduction inures solely to the benefit of the Committee's constituency, Lowenstein will hold ten percent of all fees received in this Chapter 11 Case in a trust account to benefit sexual abuse claimants. The funds will be held until a trust is established through a plan of reorganization. If no such trust is created, the funds will be donated to a child advocacy organization to be selected by the Committee at the conclusion of the Chapter 11 Case. Additionally, Lowenstein has agreed not to charge the Committee for its travel time *between New Jersey and the Bay Area and has further agreed to charge other travel time at a 50% discounted rate*.

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Application.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 30th day of August 2023, in Roseland, New Jersey.

By: /s/ Jeffrey D. Prol
Jeffrey D. Prol