**LOWENSTEIN SANDLER LLP**
JEFFREY D. PROL (admitted pro hac vice)
jprol@lowenstein.com
BRENT WEISENBERG (admitted pro hac vice)
bweisenberg@lowenstein.com
COLLEEN M. RESTEL (admitted pro hac vice)
crestel@lowenstein.com
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
tkeller@kbkllp.com
JANE KIM (Cal. Bar No. 298192)
jkim@kbkllp.com
GABRIELLE L. ALBERT (Cal. Bar No. 190895)
galbert@kbkllp.com
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

**BURNS BAIR LLP**
TIMOTHY W. BURNS (admitted pro hac vice)
tburns@burnsbair.com
JESSE J. BAIR (admitted pro hac vice)
jbair@burnsbair.com
10 E. Doty Street, Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2302

*Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| *In re*: <br><br> THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole, <br><br> Debtor. | Case No. 23-40523 WJL <br><br> Chapter 11 <br><br> **MONTHLY PROFESSIONAL FEE STATEMENT FOR BURNS BAIR LLP [JULY 14, 2023 THROUGH JULY 31, 2023]** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD**:

**NOTICE IS HEREBY GIVEN** that Burns Bair LLP ("**Burns Bair**"), special insurance counsel to The Official Committee of Unsecured Creditors (the "**Committee**") of The Roman Catholic Bishop of Oakland (the "**Debtor**"), hereby files its Monthly Professional Fee Statement for the Period of July 14, 2023, through July 31, 2023 (the "**Monthly Fee Statement**"). Pursuant to the Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. 170] (the "**Interim Fee Order**")[1] entered by the Court on June 23, 2023, the total legal fees and costs expended by Burns Bair on account of the Committee for the period of July 14, 2023, through July 31, 2023, is as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| July 14, 2023 – July 31, 2023 | $40,868.80 | $0 | $40,868.80 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $32,695.04 | $0 | $32,695.04 |

The itemized billing statements for the fees and costs billed are attached hereto as **Exhibit A**. Notice Parties have ten (10) days from the date of service of this Monthly Fee Statement to file an objection thereto. If no objection is filed, Burns Bair may file a certificate of no objection (or if an Objection was timely served, a certificate of partial objection) with the Court after which the Debtor, without further order of the Court, shall pay Burns Bair an amount equal to the lesser of: (1) 80% of the fees and 100% of the expenses requested in the Monthly Fee Statement, and (2) if an Objection was served, 80% of the fees and 100% of the expenses to which there was no Objection no later than five (5) business days after the filing of the relevant certificate.

Dated: August 28, 2023      **BURNS BAIR LLP**

By: *Timothy W. Burns*
Timothy W. Burns
*Special Insurance Counsel for the Official Committee of Unsecured Creditors*

---

[1] Capitalized terms not otherwise defined shall have the meaning ascribed to them in the Interim Fee Order.