# Burns | Bair

10 E. Doty Street, Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Diocese of Oakland UCC**  **Issue Date:** 8/28/2023

**Bill #:** 01212

**Matter:** Insurance

## PROFESSIONAL SERVICES RENDERED

### COMMITTEE MEETINGS

| Date | Timekeeper | Narrative | Hours | Amount |
| --- | --- | --- | --- | --- |
| 7/19/2023 | Jesse Bair | Review agenda for upcoming Committee meeting and correspond with B. Weisenberg re same (.2); | 0.20 | $180.00 |
| 7/19/2023 | Timothy Burns | Reviewed email from B. Weisenberg and attachments re Committee meeting, including POC form and supplement, and agenda for meeting (.4); | 0.40 | $448.00 |
| 7/20/2023 | Timothy Burns | Participate in portion of Committee meeting for insurance purposes (.9); | 0.90 | $1,008.00 |
| 7/20/2023 | Jesse Bair | Participate in portion of Committee meeting for insurance purposes (.9); | 0.90 | $810.00 |
| | | **Total for Committee Meetings:** | | **$2,446.00** |

### INSURANCE ADVERSARY PROCEEDING

| Date | Timekeeper | Narrative | Hours | Amount |
| --- | --- | --- | --- | --- |
| 7/19/2023 | Jesse Bair | Review B. Weisenberg correspondence re case update and proof of claim hearing outcome (.1); | 0.10 | $90.00 |
| 7/20/2023 | Jesse Bair | Correspondence with J. Prol re case insurance meeting (.1); | 0.10 | $90.00 |
| 7/20/2023 | Timothy Burns | Participate in Committee meeting post-call with J. Bair re next steps re case insurance strategy (.2); | 0.20 | $224.00 |
| 7/20/2023 | Jesse Bair | Participate in Committee meeting post-call with T. Burns re next steps re case insurance strategy (.2); | 0.20 | $180.00 |
| 7/24/2023 | Brian Cawley | Begin reviewing and analyzing recently received Diocesan insurance document production (3.5); | 3.50 | $1,925.00 |
| 7/24/2023 | Timothy Burns | Participate in call with certain state court counsel and J. Bair re case insurance strategy (.3); | 0.30 | $336.00 |
| 7/24/2023 | Timothy Burns | Participate in BB team meeting re case status and related insurance assignments (.1); | 0.10 | $112.00 |
| 7/24/2023 | Leakhena Au | Participate in BB team meeting re case status and related insurance assignments (.1); | 0.10 | $55.00 |
| 7/24/2023 | Jesse Bair | Participate in call with Lowenstein team and T. Burns re case insurance strategy and next-steps (.9); | 0.90 | $810.00 |
| 7/24/2023 | Jesse Bair | Correspond with B. Cawley re analysis needed of case insurance materials received from the Diocese (.1); answer follow-up questions from B. Cawley re same (.2); | 0.30 | $270.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 7/24/2023 | Jesse Bair | Participate in BB team meeting re case status and related insurance assignments (.1); | 0.10 | $90.00 |
| 7/24/2023 | Katie Sticklen | Begin reviewing and analyzing recently received Diocesan insurance document production (4.4); | 4.40 | $1,663.20 |
| 7/24/2023 | Leakhena Au | Begin reviewing and analyzing recently received Diocesan insurance document production (1.8); | 1.80 | $990.00 |
| 7/24/2023 | Karen Dempski | Download/upload Diocesan insurance document production (.7); | 0.70 | $238.00 |
| 7/24/2023 | Brian Cawley | Discuss questions re insurance document review project with J. Bair (.2); | 0.20 | $110.00 |
| 7/24/2023 | Nathan Kuenzi | Participate in BB team meeting re case status and related insurance assignments (.1); | 0.10 | $55.00 |
| 7/24/2023 | Brian Cawley | Participate in BB team meeting re case status and related insurance assignments (.1); | 0.10 | $55.00 |
| 7/24/2023 | Timothy Burns | Participate in call with Lowenstein team and J. Bair re case insurance strategy and next-steps (.9); | 0.90 | $1,008.00 |
| 7/24/2023 | Jesse Bair | Participate in call with certain state court counsel and T. Burns re case insurance strategy (.3); | 0.30 | $270.00 |
| 7/25/2023 | Jesse Bair | Correspondence with G. Albert re Burns Bair retention application (.1); | 0.10 | $90.00 |
| 7/25/2023 | Jesse Bair | Preliminary review re insurance adversary complaint (.1); correspondence with B. Cawley re same and ongoing review of recently received case insurance materials (.1); | 0.20 | $180.00 |
| 7/25/2023 | Brian Cawley | Continue reviewing and analyzing recently received Diocesan insurance document production (.7); | 0.70 | $385.00 |
| 7/25/2023 | Katie Sticklen | Continued detailed review and analysis of recently received Diocesan insurance document production (8.0); | 8.00 | $3,024.00 |
| 7/25/2023 | Brian Cawley | Correspondence with J. Bair re ongoing insurance document review project (.1); | 0.10 | $55.00 |
| 7/25/2023 | Leakhena Au | Continue reviewing and analyzing recently received Diocesan insurance document production (1.9); | 1.90 | $1,045.00 |
| 7/25/2023 | Brian Cawley | Analyze complaint for insurance policy details (.3); | 0.30 | $165.00 |
| 7/25/2023 | Brian Cawley | Begin creating Diocesan coverage chart (3.2); | 3.20 | $1,760.00 |
| 7/26/2023 | Jesse Bair | Analysis re firm connections to debtor and other parties in connection with Burns Bair retention application (.2); | 0.20 | $180.00 |
| 7/26/2023 | Jesse Bair | Review and edit Burns declaration in support of Burns Bair retention application (.2); | 0.20 | $180.00 |
| 7/26/2023 | Brian Cawley | Correspond with J. Bair and K. Sticklen regarding Diocesan coverage chart (.2); | 0.20 | $110.00 |
| 7/26/2023 | Brian Cawley | Edit Diocesan coverage chart based on newly discovered policy information (3.1); | 3.10 | $1,705.00 |
| 7/26/2023 | Katie Sticklen | Continue detailed review and analysis of recently received Diocesan insurance document production (8.2); | 8.20 | $3,099.60 |
| 7/26/2023 | Leakhena Au | Continue reviewing and analyzing recently received Diocesan insurance document production (7.7); | 7.70 | $4,235.00 |
| 7/26/2023 | Brian Cawley | Continue reviewing and analyzing recently received Diocesan insurance document production (.8); | 0.80 | $440.00 |
| 7/26/2023 | Jesse Bair | Review and edit Burns Bair retention motion (.5); | 0.50 | $450.00 |
| 7/27/2023 | Jesse Bair | Prepare for meeting with the Diocese and Lowenstein re insurance issues, including reviewing insurance charts, document production material summary, and adversary complaint (.7); | 0.70 | $630.00 |
| 7/27/2023 | Jesse Bair | Participate in meeting with the Diocese, Lowenstein, and T. Burns re case insurance issues (.8); | 0.80 | $720.00 |
| 7/27/2023 | Jesse Bair | Continue analyzing firm connections to debtor and other parties in connection with Burns Bair retention application (.4); | 0.40 | $360.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 7/27/2023 | Leakhena Au | Continue reviewing and analyzing recently received Diocesan insurance document production (.3); | 0.30 | $165.00 |
| 7/27/2023 | Brian Cawley | Correspond with J. Bair regarding Diocesan insurance coverage (.3) | 0.30 | $165.00 |
| 7/27/2023 | Timothy Burns | Prepare for meeting with the Diocese and Lowenstein re insurance issues, including reviewing relevant case insurance materials (1.4); | 1.40 | $1,568.00 |
| 7/27/2023 | Brian Cawley | Research insurance document questions raised by J. Bair (2.2); | 2.20 | $1,210.00 |
| 7/27/2023 | Timothy Burns | Participate in meeting with the Diocese, Lowenstein, and J. Bair re case insurance issues (.8); | 0.80 | $896.00 |
| 7/27/2023 | Timothy Burns | Participate in conference with J. Bair re outcome of insurance meeting with the Diocese and potential insurance next-steps (.1); | 0.10 | $112.00 |
| 7/27/2023 | Timothy Burns | Review Burns Bair retention application (.8); | 0.80 | $896.00 |
| 7/27/2023 | Jesse Bair | Participate in conference with T. Burns re outcome of insurance meeting with the Diocese and potential insurance next-steps (.1); | 0.10 | $90.00 |
| 7/27/2023 | Jesse Bair | Draft Schedule A to Burns Bair retention application outlining connections of firm to relevant entities (.2); | 0.20 | $180.00 |
| 7/27/2023 | Jesse Bair | Continue reviewing and editing T. Burns declaration in support of Burns Bair retention application (.5); | 0.50 | $450.00 |
| 7/27/2023 | Jesse Bair | Draft Burns Bair interim budget in connection with Burns Bair retention application (.4); | 0.40 | $360.00 |
| 7/27/2023 | Jesse Bair | Review proposed Order granting Burns Bair retention (.1); | 0.10 | $90.00 |
| 7/27/2023 | Jesse Bair | Review draft declaration of Committee chair in support of Burns Bair retention (.1); | 0.10 | $90.00 |
| 7/27/2023 | Jesse Bair | Continue reviewing and editing Burns Bair retention motion (.1); | 0.10 | $90.00 |
| 7/27/2023 | Jesse Bair | Correspondence with T. Burns re Burns Bair retention application (.1); | 0.10 | $90.00 |
| 7/28/2023 | Jesse Bair | Analysis re potential connections between the firm and the debtor and related parties (.3); | 0.30 | $270.00 |
| 7/28/2023 | Jesse Bair | Draft revised version of Burns Bair retention motion and declaration incorporating additional connection information (.2); | 0.20 | $180.00 |
| 7/28/2023 | Jesse Bair | Review correspondence with B. Weisenberg and T. Burns re potential edits to Burns Bair retention application (.1); | 0.10 | $90.00 |
| 7/28/2023 | Brian Cawley | Analyze California case law re certain key coverage issues in connection with sexual abuse claims (1.3); | 1.30 | $715.00 |
| 7/28/2023 | Jesse Bair | Review B. Weisenberg case update correspondence to state court counsel (.1); | 0.10 | $90.00 |
| 7/28/2023 | Jesse Bair | Review and respond to correspondence with B. Weisenberg re Burns Bair retention application and potential edits to same (.2); | 0.20 | $180.00 |
| 7/28/2023 | Jesse Bair | Review and respond to correspondence with G. Albert re Burns Bair interim budget (.1); correspondence with the Committee re same (.1); | 0.20 | $180.00 |
| 7/29/2023 | Jesse Bair | Review and incorporate additional suggested edits from B. Weisenberg into Burns Bair retention papers and budget (.2); | 0.20 | $180.00 |
| 7/29/2023 | Jesse Bair | Correspondence with Lowenstein and G. Albert re Burns Bair retention papers and budget (.1); | 0.10 | $90.00 |
| 7/31/2023 | Jesse Bair | Correspondence with J. Prol and B. Weisenberg re final Burns Bair retention application edits (.1); edit and finalize Burns Bair retention papers (.3); edit and finalize Burns Bair interim budget (.1); | 0.50 | $450.00 |
| 7/31/2023 | Timothy Burns | Review revised version of Burns Bair engagement application materials (.8); | 0.80 | $896.00 |
| 7/31/2023 | Brian Cawley | Continue analyzing California case law re certain key coverage issues in connection with sexual abuse claims (2.3); | 2.30 | $1,265.00 |
| | | **Total for Insurance Adversary Proceeding:** | | **$38,422.80** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Brian Cawley | 18.30 | $550.00 | $10,065.00 |
| Jesse Bair | 9.70 | $900.00 | $8,730.00 |
| Karen Dempski | 0.70 | $340.00 | $238.00 |
| Katie Sticklen | 20.60 | $378.00 | $7,786.80 |
| Leakhena Au | 11.80 | $550.00 | $6,490.00 |
| Nathan Kuenzi | 0.10 | $550.00 | $55.00 |
| Timothy Burns | 6.70 | $1,120.00 | $7,504.00 |

**Total Due This Invoice: $40,868.80**