## EXHIBIT A

Professional Services rendered by Lowenstein Sandler LLP, through August 31, 2023

In re: Chapter 11 Proceeding

## I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Boxer, A. Matthew | 1995 | Partner/Litigation | 1.70 | $1,090.00 | $1,853.00 |
| Citron, Lowell A. | 1994 | Partner/Corporate / Tax | 1.10 | $1,355.00 | $1,490.50 |
| Kaplan, Michael A. | 2011 | Partner/Litigation | 22.90 | $955.00 | $21,869.50 |
| *Kaplan, Michael A. - Travel Time | 2011 | Partner/Litigation | 7.00 | $477.50 | $3,342.50 |
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 34.30 | $1,155.00 | $39,616.50 |
| *Prol, Jeffrey D. - Travel Time | 1989 | Partner/Bankruptcy | 8.50 | $577.50 | $4,908.75 |
| Restel, Colleen M. | 2015 | Counsel/Bankruptcy | 23.00 | $895.00 | $20,585.00 |
| *Restel, Colleen M. - Travel Time | 2015 | Counsel/Bankruptcy | 5.40 | $447.50 | $2,416.50 |
| Weisenberg, Brent I. | 2001 | Counsel/Bankruptcy | 63.10 | $975.00 | $61,522.50 |
| *Weisenberg, Brent I. - Travel Time | 2001 | Counsel/Bankruptcy | 8.10 | $487.50 | $3,948.75 |
| Chahil, Rasmeet K. | 2017 | Associate/Litigation | 1.70 | $785.00 | $1,334.50 |
| Clark, Brittany M. | 2023 | Associate/Bankruptcy | 46.70 | $545.00 | $25,451.50 |
| Connors, Richard F. | 2022 | Associate/Litigation | 60.00 | $545.00 | $32,700.00 |
| Lindsey, Ryan Andrew | 2021 | Associate/Corporate / Tax | 2.50 | $600.00 | $1,500.00 |
| Mannix, Erica G. | 2018 | Associate/Bankruptcy | 57.00 | $820.00 | $46,740.00 |
| Terry, Jessica M. | 2020 | Associate/Litigation | 69.50 | $690.00 | $47,955.00 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 3.70 | $340.00 | $1,258.00 |
| Pagano, Jamie J. | N/A | Paralegal/Practice Support | 5.40 | $365.00 | $1,971.00 |
| Parente, Mary | N/A | Paralegal/Corporate / Tax | 0.30 | $365.00 | $109.50 |
| **TOTAL FEES** | | | **421.90** | | **$320,573.00** |

**Attorney Blended Rate**  $769.05

\*      Reflects 50% rate reduction due to non-working travel time

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|

**B100 - Administration**

**B110 Case Administration**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B110 | 08/01/23 | DC | Review docket, update critical dates memo and attorney calendar | 0.50 | $170.00 |
| B110 | 08/01/23 | JDP | E-mails from/to A. Uetz re: follow-up in person meeting (.1); attention to logistics (.2) | 0.30 | $346.50 |
| B110 | 08/14/23 | DC | Review and circulate transcripts and update electronic files | 0.20 | $68.00 |
| B110 | 08/14/23 | DC | Review court docket for pending deadlines and update critical dates memo | 0.30 | $102.00 |
| B110 | 08/21/23 | DC | Review docket, circulate agenda and judge's calendar for 8/22/23 hearing | 0.20 | $68.00 |
| B110 | 08/28/23 | DC | Review and circulate transcript from 8/22/23 hearing and review Judge Lafferty's calendar for 9/6/23 hearing date | 0.20 | $68.00 |
| B110 | 08/29/23 | DC | Review docket, update critical dates memo and attorney calendar | 0.60 | $204.00 |
| B110 | 08/31/23 | BIW | Confer with G. Albert on upcoming hearings | 0.20 | $195.00 |

|  |  |  | **Total B110 - Case Administration** | 2.50 | $1,221.50 |

**B120 Asset Analysis and Recovery**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B120 | 08/01/23 | BIW | Review research on resulting trusts and ownership of assets and analyze issue based on information on hand | 2.40 | $2,340.00 |
| B120 | 08/01/23 | BIW | Draft email on additional research needed on resulting trusts and ownership of assets | 0.30 | $292.50 |
| B120 | 08/01/23 | CMR | Confer via email re: adjournment of Rule 2004 Motion and document production | 0.10 | $89.50 |
| B120 | 08/01/23 | EGM | Review and edit draft memo on disposition of assets | 0.50 | $410.00 |
| B120 | 08/01/23 | MAK | Review, analyze and outline supplemental discovery topics | 2.30 | $2,196.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B120 | 08/01/23 | RFC | Review recently received production of documents and analyze | 0.20 | $109.00 |
| B120 | 08/02/23 | BIW | Confer with M. Lee on document production | 0.30 | $292.50 |
| B120 | 08/02/23 | BIW | Meet with E. Mannix and J. Prol to discuss legal research on ownership of certain assets | 0.30 | $292.50 |
| B120 | 08/02/23 | CMR | Analyze issues re: documents produced | 0.30 | $268.50 |
| B120 | 08/02/23 | EGM | Meet with B. Weisenberg and J. Prol re memo on analysis of property of the estate (.3); review cases and conduct research re same (2.3) | 2.60 | $2,132.00 |
| B120 | 08/02/23 | JDP | Confer with LS team re: strategy for review of document production | 0.30 | $346.50 |
| B120 | 08/02/23 | JDP | Review memo re: status of review of document production and comment on same | 0.30 | $346.50 |
| B120 | 08/02/23 | JDP | Direct work re: document production | 1.20 | $1,386.00 |
| B120 | 08/02/23 | MAK | Review, analyze and outline supplemental discovery topics | 1.60 | $1,528.00 |
| B120 | 08/03/23 | BIW | Confer with J. Prol, M. Kaplan, and C. Restel to discuss document production and analysis thereof | 0.50 | $487.50 |
| B120 | 08/03/23 | BIW | Review research on claims to recover assets | 0.80 | $780.00 |
| B120 | 08/03/23 | CMR | Analyze issues and strategize re: document review and analysis (1.3); Call with J. Prol, M. Kaplan, and B. Weisenberg re: same (.5) | 1.80 | $1,611.00 |
| B120 | 08/03/23 | JDP | Review, analyze and comment on summary of docs produced to date | 0.80 | $924.00 |
| B120 | 08/03/23 | JDP | Confer with LS team re: document production and case strategy | 0.50 | $577.50 |
| B120 | 08/03/23 | JJP | Transfer and process new documents into the case database | 2.20 | $803.00 |
| B120 | 08/03/23 | MAK | Call with LS team re: document review | 0.50 | $477.50 |
| B120 | 08/03/23 | RFC | Conduct review of documents produced by Debtor | 1.70 | $926.50 |
| B120 | 08/04/23 | BIW | Confer with E. Mannix to discuss asset analysis | 0.30 | $292.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B120 | 08/04/23 | BIW | Draft email to M. Lee re: Catholic Charities Document Request | 0.10 | $97.50 |
| B120 | 08/04/23 | CMR | Strategize re: document review and attention to documents produced (.4); Call with J. Terry re: same (.2) | 0.60 | $537.00 |
| B120 | 08/04/23 | EGM | Continue research re property of the estate and draft memo re same (6.6); confer with B. Weisenberg re: same (.3) | 6.90 | $5,658.00 |
| B120 | 08/04/23 | JJP | Process new documents into the case database | 0.80 | $292.00 |
| B120 | 08/04/23 | JMT | Attend meeting with C. Restel regarding document review and analysis assignment | 0.20 | $138.00 |
| B120 | 08/05/23 | EGM | Review adversary complaints and other pleadings from other diocesan cases (2.8); continue drafting memo re property of the estate and potential causes of action (2.3) | 5.10 | $4,182.00 |
| B120 | 08/07/23 | BIW | Confer with E. Mannix on asset analysis memo | 0.90 | $877.50 |
| B120 | 08/07/23 | BIW | Review and comment on Asset Analysis memo | 0.50 | $487.50 |
| B120 | 08/07/23 | BIW | Confer with BRG re: third-parties in possession of relevant information on assets of the estate | 0.40 | $390.00 |
| B120 | 08/07/23 | BIW | Review certain documents produced by Debtor | 0.40 | $390.00 |
| B120 | 08/07/23 | BIW | Review decisions and pleadings on assets of estate in context of diocese bankruptcies | 1.10 | $1,072.50 |
| B120 | 08/07/23 | CMR | Analyze documents produced (.8); Call with BRG re: third party discovery (.5); Analyze legal issues re: Rule 2004 Application (.1) | 1.40 | $1,253.00 |
| B120 | 08/07/23 | EGM | Call with B. Weisenberg re research on property of the estate and other potential issues that will arise in this case (.9); continue revising internal memo on property of the estate issues (1.4) | 2.30 | $1,886.00 |
| B120 | 08/07/23 | JDP | Preliminary research re: CA statute of limitations (.6); confer with B. Weisenberg to direct research project | 0.80 | $924.00 |
| B120 | 08/07/23 | MAK | Conference with BRG re: third-party discovery | 0.50 | $477.50 |
| B120 | 08/07/23 | RFC | Review documents produced by debtor | 1.40 | $763.00 |
| B120 | 08/08/23 | BIW | Review research on CA fraudulent transfer issues | 1.20 | $1,170.00 |
| B120 | 08/08/23 | BIW | Review memo on issues for discovery and revise same | 0.60 | $585.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B120 | 08/08/23 | CMR | Attention to issues re: document production (.1) and Rule 2004 Application (.1) | 0.20 | $179.00 |
| B120 | 08/08/23 | JDP | Follow-up on statute of limitations research | 0.40 | $462.00 |
| B120 | 08/08/23 | JJP | Incorporate production documents into the case database as requested by C. Restel | 1.00 | $365.00 |
| B120 | 08/08/23 | RFC | Review documents produced by debtor | 2.40 | $1,308.00 |
| B120 | 08/09/23 | BMC | Confer with R. Connors re: review of Debtors' documents (.3); draft memorandum re: review strategy for internal review team (.3) | 0.60 | $327.00 |
| B120 | 08/09/23 | CMR | Analyze issues re: document review | 0.40 | $358.00 |
| B120 | 08/09/23 | JDP | Prepare for in-person meeting with Debtor's advisors | 0.40 | $462.00 |
| B120 | 08/09/23 | JDP | Review summaries of docs produced and underlying documents | 1.50 | $1,732.50 |
| B120 | 08/09/23 | JMT | Review doc review emails from C. Restel including document request attachments (.9); emails with J. Pagano re: doc review batches and tag creation (.2); conduct document review (3.7); draft summary (.7) | 5.50 | $3,795.00 |
| B120 | 08/09/23 | RFC | Review documents produced by Debtor from debtor | 2.80 | $1,526.00 |
| B120 | 08/10/23 | CMR | Review status of documents review | 0.40 | $358.00 |
| B120 | 08/10/23 | EGM | Further research property of the estate issues and certain related causes of action (3.5); continue drafting internal memo summarizing and analyzing same (4.2) | 7.70 | $6,314.00 |
| B120 | 08/10/23 | JMT | Review and analyze documents received from RCBO (6.7); draft summaries of review including compiling hot documents (1.4); respond to emails and commuications with the team re: review process (.3) | 8.40 | $5,796.00 |
| B120 | 08/10/23 | MAK | Review and analysis of flagged documents from RCBO production | 2.40 | $2,292.00 |
| B120 | 08/11/23 | BIW | Analyze legal and factual asset of the estate issues | 1.20 | $1,170.00 |
| B120 | 08/11/23 | BIW | Confer with M. Kaplan and J. Prol on document production and review | 0.50 | $487.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B120 | 08/11/23 | CMR | Confer with M. Babcock via email re: third party discovery (.1); Analyze documents produced by Debtor (.2) | 0.30 | $268.50 |
| B120 | 08/11/23 | EGM | Further research property of the estate issues and certain related causes of action (2.9); continue drafting internal memo summarizing and analyzing same (4.0); review and analyze complaints filed in other diocesan cases (2.2) | 9.10 | $7,462.00 |
| B120 | 08/11/23 | JDP | Call with M. Kaplan and B. Weisenberg re: status of document production and strategy moving forward | 0.50 | $577.50 |
| B120 | 08/11/23 | JMT | Call with M. Kaplan re: doc review update and questions (.1); review and analyze documents (4.6); emails with team (.1); draft review summary emails with hot docs to C. Restel and M. Kaplan (.4) | 5.20 | $3,588.00 |
| B120 | 08/11/23 | MAK | Review and analysis of flagged documents from RCBO production | 1.80 | $1,719.00 |
| B120 | 08/11/23 | MAK | Confer with J. Prol and B. Weisenberg re: discovery issues | 0.50 | $477.50 |
| B120 | 08/12/23 | CMR | Call with M. Kaplan re: document review and analysis | 0.20 | $179.00 |
| B120 | 08/13/23 | MAK | Confer with C. Restel re: discovery issues | 0.20 | $191.00 |
| B120 | 08/13/23 | MAK | Review and analysis of flagged documents from RCBO production | 0.80 | $764.00 |
| B120 | 08/14/23 | BIW | Review and revise memo outlining property of the estate issue, along with related causes of action (.9); research issues in connection with same (1.2) | 2.10 | $2,047.50 |
| B120 | 08/14/23 | RFC | Review and analyze documents produced by debtor | 3.80 | $2,071.00 |
| B120 | 08/15/23 | BIW | Confer with E. Mannix on research into resulting trusts | 0.40 | $390.00 |
| B120 | 08/15/23 | BIW | Review and revise memo summarizing property of the estate issues and causes of action to address disputes re: same | 1.70 | $1,657.50 |
| B120 | 08/15/23 | BIW | Continue to review and revise memo summarizing property of the estate issues and causes of action to address disputes re: same | 1.10 | $1,072.50 |
| B120 | 08/15/23 | BMC | Review and analzye Debtors' document production | 2.60 | $1,417.00 |
| B120 | 08/15/23 | CMR | Attention to issues re: review of documents | 0.10 | $89.50 |

Case: 23-40523   Doc# 451-1   Filed: 09/18/23   Entered: 09/18/23 11:45:42   Page 6 of 26

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B120 | 08/15/23 | EGM | Review Parochial Fund agreements and incorporate into memorandum re property of the estate | 1.80 | $1,476.00 |
| B120 | 08/15/23 | JDP | Prepare for meeting with Foley and A&M | 0.50 | $577.50 |
| B120 | 08/15/23 | JMT | Create production tracker with compilation of review summaries and hot docs (1.7); review and analyze RCBO production (2.4); respond and communicate with review team re: the review (.1) | 4.20 | $2,898.00 |
| B120 | 08/15/23 | RFC | Review and analzye documents produced by Debtor | 5.30 | $2,888.50 |
| B120 | 08/16/23 | BIW | Attend in-person meeting with Diocese professionals re: Debtor structure and assets | 3.30 | $3,217.50 |
| B120 | 08/16/23 | BMC | Review and analyze Debtor's document production | 3.30 | $1,798.50 |
| B120 | 08/16/23 | CMR | Meeting with the Debtor's professionals re: assets of the estate | 3.30 | $2,953.50 |
| B120 | 08/16/23 | JDP | Attend meeting between committee and debtor professionals re: asset structure and insurance asset | 3.30 | $3,811.50 |
| B120 | 08/16/23 | JMT | Annotate reviewed production to include document descriptions (.9); continue review and analysis of debtor's production (.8) | 1.70 | $1,173.00 |
| B120 | 08/16/23 | MAK | Meeting with debtor's professionals re; background and mediation | 3.30 | $3,151.50 |
| B120 | 08/17/23 | BIW | Review and revise analysis of asset ownership | 0.60 | $585.00 |
| B120 | 08/17/23 | BIW | Confer with E. Mannix re: property of the estate | 0.30 | $292.50 |
| B120 | 08/17/23 | BMC | Review and analyze Debtors' document production | 5.50 | $2,997.50 |
| B120 | 08/17/23 | EGM | Call with B. Weisenberg re property of the estate issues (.3); emails with BRG team re same (.2); continue research and analysis of property of the estate issues and causes of action (2.0) | 2.50 | $2,050.00 |
| B120 | 08/17/23 | JMT | Review and analyze debtor's production (4.6); research on priests based on flagged documents for analysis and timeline context (.6) | 5.20 | $3,588.00 |
| B120 | 08/17/23 | MAK | Review and analysis of flagged documents from RCBO production | 1.70 | $1,623.50 |
| B120 | 08/18/23 | BIW | Call with M. Babcock re: property of the estate | 0.30 | $292.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B120 | 08/18/23 | BIW | Review and revise memo analyzing property of the estate issues and analyze related cases and pleadings | 3.60 | $3,510.00 |
| B120 | 08/18/23 | BMC | Review Debtors' document production | 4.20 | $2,289.00 |
| B120 | 08/18/23 | CMR | Analyze issues re: document production and requests (.5); Prepare letter re: discovery requests (1.3) | 1.80 | $1,611.00 |
| B120 | 08/18/23 | EGM | Call with M. Babcock and B. Weisenberg re property of the estate analysis and related document requests (.3); further revise internal memo re property of the estate and case law on standing for the Committee (2.4) | 2.70 | $2,214.00 |
| B120 | 08/18/23 | JDP | Review memo re: avoidance theories | 0.30 | $346.50 |
| B120 | 08/18/23 | JMT | Review and analyze debtor's production (3.6); update tracker (.3); emails with C. Restel re: discovery (.4) | 4.40 | $3,036.00 |
| B120 | 08/18/23 | MAK | Review and analysis of flagged documents from RCBO production | 3.30 | $3,151.50 |
| B120 | 08/20/23 | RFC | Review and analyze debtor's document production on a rolling basis | 0.50 | $272.50 |
| B120 | 08/21/23 | AMB | Edit summary re: information learned in witness interview | 0.50 | $545.00 |
| B120 | 08/21/23 | AMB | Read documents provided by witness | 0.40 | $436.00 |
| B120 | 08/21/23 | BMC | Review and analyze Debtors' document production | 3.20 | $1,744.00 |
| B120 | 08/21/23 | JDP | Review status of document review (1.2); confer with M. Kaplan re: same (.3) | 1.50 | $1,732.50 |
| B120 | 08/21/23 | JMT | Review and analyze Debtors production | 2.30 | $1,587.00 |
| B120 | 08/21/23 | MAK | Confer with J. Prol re: document production issues | 0.30 | $286.50 |
| B120 | 08/21/23 | RFC | Review and analyze debtor's document production | 6.80 | $3,706.00 |
| B120 | 08/22/23 | BMC | Review Debtors' document production (4.1); update document production into Tracker (1.6) | 5.70 | $3,106.50 |
| B120 | 08/22/23 | CMR | Attention to issues re: requests for documents | 0.60 | $537.00 |
| B120 | 08/22/23 | EGM | Conduct research regarding property of the estate and related causes of action and review B. Weisenberg comments to memo re same | 0.60 | $492.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B120 | 08/22/23 | JMT | Review and analysis of Debtor's production (5.1); emails with team re: plan for phase 2 of analysis (.1) | 5.20 | $3,588.00 |
| B120 | 08/22/23 | RFC | Review debtor's produced documents for relevant/responsive tags, updating internal document tracker/hot docs tracker on a rolling basis as necessary | 6.30 | $3,433.50 |
| B120 | 08/23/23 | AMB | Read additional documents sent by witness | 0.20 | $218.00 |
| B120 | 08/23/23 | BMC | Create claims chart (.8); provide an overview of the Debtor's documents to C. Restel and R. Chahil via zoom (.4); summarize certain Debtors' documents into spreadsheet (2.2); create timeline for Debtors' documents (.6) | 4.00 | $2,180.00 |
| B120 | 08/23/23 | CMR | Finalize and send third party discovery requests (.5); Attention to issues re: discovery (.2); Meeting with R. Chahil, J. Terry, R. Connors, and B. Clark re: document production and analysis (.4) | 1.10 | $984.50 |
| B120 | 08/23/23 | EGM | Conduct further research and revise memo on property of the estate issues and potential causes of action | 4.50 | $3,690.00 |
| B120 | 08/23/23 | JJP | Provide assistance to J. Terry re: database searches | 0.10 | $36.50 |
| B120 | 08/23/23 | JMT | Compile hot docs identified in Debtor's production since last team update email (.7); draft summaries of production reviewed and hot docs of multiple batches (2.0); update production tracker (.9); begin reviewing and analyzing final batch of Debtors production (1.8); attend call with RCBO team re: phase 2 review analysis (.4) | 5.80 | $4,002.00 |
| B120 | 08/23/23 | RFC | Meeting with Oakland Diocese team re: review of debtor's produced documents and start of second-level review (.40); Finalize update of internal document tracker (.50); Search for and review state settlement agreements (.30); Begin second-level review of documents produced by debtor (.30) | 1.50 | $817.50 |
| B120 | 08/23/23 | RKC | Strategize re: review of priest files and proofs of claim | 0.60 | $471.00 |
| B120 | 08/23/23 | RKC | Confer with Lowenstein team re: document review | 0.40 | $314.00 |
| B120 | 08/24/23 | AMB | Draft memorandum re: information obtained in witness interviews | 0.60 | $654.00 |
| B120 | 08/24/23 | CMR | Analyze issues re: review of documents produced by Debtor | 0.50 | $447.50 |
| B120 | 08/24/23 | EGM | Conduct further research re property of the estate issues and viable causes of action | 1.10 | $902.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B120 | 08/24/23 | JJP | Process new documents into the case database | 1.30 | $474.50 |
| B120 | 08/24/23 | JMT | Review and analyze RCBO production (4.8); summarize hot docs and update tracker for investigation team (1.1); search earlier productions for settlement agreements and state court complaints (.8); implement M. Boxer's edits to interview memos and finalize (.5); draft and respond to emails with C. Restel (.8) | 8.30 | $5,727.00 |
| B120 | 08/24/23 | RFC | Conduct second-level review of documents produced by debtor | 2.00 | $1,090.00 |
| B120 | 08/25/23 | CMR | Analyze issues and prepare summary of document review status | 0.60 | $537.00 |
| B120 | 08/25/23 | JMT | Respond to emails with team re: review information (.2); confirm state court information received from Debtor (.3); review spreadsheets for analysis components (.2); plan for compiling personnel files per priest for timeline (.5) | 1.20 | $828.00 |
| B120 | 08/25/23 | RFC | Review debtor's latest produced documents, updating tracker of document requests/fulfillments on rolling basis | 5.80 | $3,161.00 |
| B120 | 08/25/23 | RKC | Confer with team re: review/tracking of proofs of claim | 0.10 | $78.50 |
| B120 | 08/28/23 | BMC | Draft memorandum re: Debtors' produced documents (.30); review Debtors' documents (1.10); conduct second-level review of Debtor's produced documents (.20) | 1.60 | $872.00 |
| B120 | 08/28/23 | CMR | Attention to issues re: review and analysis of documents produced | 0.10 | $89.50 |
| B120 | 08/28/23 | JDP | Review summary of docs produced and develop strategy | 1.50 | $1,732.50 |
| B120 | 08/28/23 | JDP | Review and direct further research re: avoidance power theories | 0.60 | $693.00 |
| B120 | 08/28/23 | RFC | Review produced documents from debtor in first-level review, updating internal tracker (.80); Correspondence with review team re: second-level review (.20) | 1.00 | $545.00 |
| B120 | 08/29/23 | BMC | Conduct second-level review of Debtor's produced documents | 0.20 | $109.00 |
| B120 | 08/29/23 | CMR | Analyze issues re: documents produced by Debtor | 0.70 | $626.50 |
| B120 | 08/29/23 | JDP | Review and direct further research re: avoidance theories | 1.40 | $1,617.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B120 | 08/29/23 | JMT | Analyze priest files and begin to build out timeline for credibly accused priests | 4.90 | $3,381.00 |
| B120 | 08/29/23 | RFC | Conduct second-level review of state court complaints | 5.50 | $2,997.50 |
| B120 | 08/30/23 | BMC | Conduct second-level review of Debtor's produced documents | 4.10 | $2,234.50 |
| B120 | 08/30/23 | BMC | Update document production tracker | 0.30 | $163.50 |
| B120 | 08/30/23 | CMR | Analyze documents produced and confer with team re: same (2.4); Call with Debtor re: discovery issues (.2) | 2.60 | $2,327.00 |
| B120 | 08/30/23 | JMT | Analyze settlement agreements and populate settlement tracker (4.5); emails with team re: the same (2.); | 4.70 | $3,243.00 |
| B120 | 08/30/23 | RFC | Conduct second-level review of documents produced by Debtor, specifically reviewing, categorizing, and logging state court complaints with cross-references to settlement agreements and incoming proofs of claim | 6.90 | $3,760.50 |
| B120 | 08/30/23 | RKC | Confer with team re: review of historical settlement agreements | 0.60 | $471.00 |
| B120 | 08/31/23 | BMC | Conduct second-level review of Debtor's produced documents | 6.50 | $3,542.50 |
| B120 | 08/31/23 | CMR | Attention to issues re: discovery | 0.20 | $179.00 |
| B120 | 08/31/23 | JMT | Analyze priest files and build out timeline of abuse | 2.30 | $1,587.00 |
| B120 | 08/31/23 | RFC | Conduct second-level review of documents produced by Debtor, focusing on analysis of state court complaints (6.10) | 6.10 | $3,324.50 |
| | | | **Total B120 - Asset Analysis and Recovery** | 305.00 | $224,101.00 |

<u>B120A Investigation of Prepetition Lenders</u>

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B120A | 08/01/23 | LAC | Review and revision of lien memo | 1.10 | $1,490.50 |
| B120A | 08/02/23 | BIW | Meet with R. Lyndsay to discuss his analysis of Cemeteries secured transactions | 0.30 | $292.50 |
| B120A | 08/02/23 | BIW | Meet with R. Lindsey to discuss his analysis of Cemeteries financing transaction | 0.30 | $292.50 |
| B120A | 08/02/23 | BMC | Review and analyze Debtors' documents production | 1.30 | $708.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B120A | 08/02/23 | RAL | Discuss validity and extent of Roman Catholic Cemeteries liens with B. Weisenberg; review and revise lien review memorandum | 1.60 | $960.00 |
| B120A | 08/08/23 | RAL | Review and revise lien review memorandum | 0.90 | $540.00 |
| B120A | 08/09/23 | BIW | Review revised memo on Catholic Charities secured transaction | 0.40 | $390.00 |
| | | | **Total B120A - Investigation of Prepetition Lenders** | 5.90 | $4,674.00 |

B150 Meetings of and Communication with Creditors

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B150 | 08/01/23 | BIW | Confer with counsel for Committee member inquiring about filing of claims | 0.40 | $390.00 |
| B150 | 08/01/23 | BIW | Draft emails to counsel for Committee member inquiring about filing proofs of claim | 0.40 | $390.00 |
| B150 | 08/02/23 | BIW | Draft email to counsel for Committee members setting forth call agenda | 0.20 | $195.00 |
| B150 | 08/02/23 | BIW | Calls with counsel for survivors inquiring about case (2 @ .3 each) | 0.60 | $585.00 |
| B150 | 08/02/23 | JDP | Calls with SCC re: claim process | 0.40 | $462.00 |
| B150 | 08/03/23 | BIW | Confer with counsel for Committee member to discuss case strategy | 0.60 | $585.00 |
| B150 | 08/03/23 | BIW | Confer with survivor inquiring about case | 0.30 | $292.50 |
| B150 | 08/03/23 | BIW | Confer with counsel for Committee member to discuss case strategy | 0.60 | $585.00 |
| B150 | 08/03/23 | BIW | Confer with counsel for Committee member to discuss case strategy | 0.40 | $390.00 |
| B150 | 08/03/23 | BIW | Confer with Committee member re: questions on filing POC | 0.40 | $390.00 |
| B150 | 08/03/23 | BIW | Conference call with counsel for Committee members | 1.00 | $975.00 |
| B150 | 08/03/23 | JDP | Prepare for (.3) and participate in update and strategy call with SCC (1.0) | 1.30 | $1,501.50 |
| B150 | 08/03/23 | MAK | Participate (partial) in call with state court counsel | 0.40 | $382.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B150 | 08/04/23 | BIW | Confer with counsel for Committee member about mediator selection process | 0.50 | $487.50 |
| B150 | 08/04/23 | BIW | Confer with counsel for Committee member about mediator selection process | 1.00 | $975.00 |
| B150 | 08/04/23 | BIW | Attend weekly Committee call | 1.10 | $1,072.50 |
| B150 | 08/04/23 | BIW | Confer with counsel for Committee member about filing claims | 0.30 | $292.50 |
| B150 | 08/04/23 | CMR | Weekly Committee Call | 1.10 | $984.50 |
| B150 | 08/04/23 | JDP | Participate in committee update call | 1.10 | $1,270.50 |
| B150 | 08/07/23 | BIW | Confer with counsel for Survivor inquiring about case | 0.30 | $292.50 |
| B150 | 08/07/23 | JDP | Review e-mail from SCC re: bar date notice provision that POC's will be public and respond | 0.20 | $231.00 |
| B150 | 08/07/23 | JDP | Call with committee member re: status and strategy | 0.30 | $346.50 |
| B150 | 08/08/23 | BIW | Draft email to counsel for Committee members updating them on case | 0.30 | $292.50 |
| B150 | 08/08/23 | BIW | Confer with Committee Chairperson Steve Woodall on miscellaneous case issues | 0.20 | $195.00 |
| B150 | 08/08/23 | BIW | Confer with counsel for Committee member to discuss mediator selection | 0.80 | $780.00 |
| B150 | 08/08/23 | BIW | Draft email to counsel for survivor having publicly filed POC | 0.20 | $195.00 |
| B150 | 08/08/23 | BIW | Draft email to Committee updating it on developments in case | 0.20 | $195.00 |
| B150 | 08/08/23 | JDP | Review and edit draft summary and recommendation to committee on exclusivity motion | 0.20 | $231.00 |
| B150 | 08/09/23 | BIW | Revise email to Committee explaining exclusivity and Debtor's request to extend same | 0.30 | $292.50 |
| B150 | 08/09/23 | BIW | Confer with counsel for Committee members on mediators (2 @ .4 each) | 0.80 | $780.00 |
| B150 | 08/09/23 | JDP | Review and comment on revised summary of exclusivity motion | 0.10 | $115.50 |
| B150 | 08/11/23 | BIW | Draft emails to counsel for Committee members regarding filing claims (2 @.2 each) | 0.40 | $390.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B150 | 08/11/23 | BIW | Confer with counsel for Survivor asking about status of case | 0.60 | $585.00 |
| B150 | 08/11/23 | JDP | Follow-up with SCC re: POC's | 0.20 | $231.00 |
| B150 | 08/14/23 | BIW | Draft emails to counsel for Committee member responding to inquiry about filing proofs of claim | 0.20 | $195.00 |
| B150 | 08/14/23 | BIW | Confer with counsel for survivor inquiring about filing claim | 0.60 | $585.00 |
| B150 | 08/14/23 | BIW | Confer with counsel for survivor inquiring about his client's claim | 0.60 | $585.00 |
| B150 | 08/15/23 | BIW | Confer with counsel for Committee member re: allegations made against Priest | 0.30 | $292.50 |
| B150 | 08/15/23 | BIW | Confer with counsel for Committee member to discuss progress of discovery | 0.50 | $487.50 |
| B150 | 08/15/23 | JDP | Call with SCC re: claims vs employed priests | 0.30 | $346.50 |
| B150 | 08/15/23 | JDP | Call with SCC re: asset investigation | 0.60 | $693.00 |
| B150 | 08/15/23 | MAK | Call with R. Simon re: background | 0.60 | $573.00 |
| B150 | 08/16/23 | BMC | Draft memorandum to the Committee re: Debtor's motion to extend assumption or rejection deadline | 2.00 | $1,090.00 |
| B150 | 08/17/23 | BIW | Confer with Committee member to update him on previous day's SCC meeting (.2) Draft email to Committee updating it on previous day's SCC meeting (.3) | 0.50 | $487.50 |
| B150 | 08/17/23 | BIW | Draft emails to each counsel to a Committee member to assist with the filing of proofs of claim | 0.90 | $877.50 |
| B150 | 08/17/23 | BIW | Confer with counsel for Committee member to discuss asset analysis | 0.40 | $390.00 |
| B150 | 08/17/23 | BIW | Draft email to Committee providing update on case | 0.30 | $292.50 |
| B150 | 08/17/23 | BIW | Attend State Court Counsel weekly call | 1.00 | $975.00 |
| B150 | 08/17/23 | BIW | Confer with counsel for Committee member to discuss assets of Diocese available for distribution | 0.40 | $390.00 |
| B150 | 08/17/23 | BIW | Confer with Committee member asking about mediation | 0.30 | $292.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B150 | 08/17/23 | BIW | Confer with counsel for Committee member re: filing proof of claim | 0.40 | $390.00 |
| B150 | 08/17/23 | BMC | Incorporate comments from B. Weisenberg into memorandum to the Committee re: motion to extend assumption or rejection deadline | 0.40 | $218.00 |
| B150 | 08/17/23 | JDP | Review and edit update e-mail to committee | 0.20 | $231.00 |
| B150 | 08/17/23 | JDP | Participate in update and strategy call with SCC | 1.00 | $1,155.00 |
| B150 | 08/17/23 | MAK | Participate in state court counsel call | 1.00 | $955.00 |
| B150 | 08/22/23 | BIW | Confer with counsel for Committee member inquiring about completing proof of claim | 0.50 | $487.50 |
| B150 | 08/23/23 | JDP | Confer with LS team re: canceling SCC and Committee weekly calls | 0.10 | $115.50 |
| B150 | 08/24/23 | BIW | Draft email to Committee updating it in lieu of call | 0.20 | $195.00 |
| B150 | 08/24/23 | CMR | Confer via email with Survivors re: proof of claim form | 0.20 | $179.00 |
| B150 | 08/26/23 | BIW | Draft email to Committee summarizing status of document review | 0.50 | $487.50 |
| B150 | 08/28/23 | BIW | Revise email to Committee on status of document review | 0.20 | $195.00 |
| B150 | 08/28/23 | CMR | Attention to questions re: filing proofs of claim | 0.50 | $447.50 |
| B150 | 08/28/23 | JDP | Review and edit update e-mail to the committee | 0.20 | $231.00 |
| B150 | 08/28/23 | JDP | Review and edit update e-mail to committee | 0.20 | $231.00 |
| B150 | 08/29/23 | CMR | Prepare for (.3); and Particpate in (.5) call with SCC re: filing Proof of Claim logistics | 0.80 | $716.00 |
| B150 | 08/30/23 | BIW | Confer with counsel for Committee member to discuss filing proof of claim | 0.30 | $292.50 |
| B150 | 08/30/23 | BIW | Draft emails and review responses to same re: filing proofs of claim | 0.30 | $292.50 |
| B150 | 08/31/23 | BIW | Draft email to counsel for Survivor inquiring about claim submission | 0.30 | $292.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| | | | **Total B150 - Meetings of and Communication with Creditors** | 34.00 | $33,022.00 |

**B155 Mediation**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B155 | 08/03/23 | BIW | Confer with J. Kim to discuss mediator selection | 0.50 | $487.50 |
| B155 | 08/04/23 | BIW | Call with J. Prol re: mediation | 0.30 | $292.50 |
| B155 | 08/04/23 | JDP | Call with B. Weisenberg re: mediation strategy | 0.50 | $577.50 |
| B155 | 08/07/23 | BIW | Confer with M. Kaplan on proposed mediators | 0.20 | $195.00 |
| B155 | 08/07/23 | BIW | Diligence potential mediators | 0.90 | $877.50 |
| B155 | 08/08/23 | BIW | Confer with J. Prol on mediator selection | 0.80 | $780.00 |
| B155 | 08/09/23 | BIW | Review and research mediator candidates | 0.50 | $487.50 |
| B155 | 08/17/23 | BIW | Confer with G. Albert to discuss mediation issues and selection | 0.30 | $292.50 |
| B155 | 08/17/23 | BIW | Draft email to UCC Professionals re: prospective retention of mediators | 0.30 | $292.50 |
| B155 | 08/17/23 | BIW | Confer with G. Albert to discuss local practice on mediator selection | 0.30 | $292.50 |
| | | | **Total B155 - Mediation** | 4.60 | $4,575.00 |

**B160 Fee/Employment Applications**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B160 | 08/09/23 | MP | Draft email to C. Restel, J. Prol and B. Weisenberg re: draft of Certificate of No Objection to LS First Monthly Fee Statement | 0.30 | $109.50 |
| B160 | 08/15/23 | DC | Commence preparation of July monthly fee statement | 0.30 | $102.00 |
| B160 | 08/28/23 | DC | Revise LS' second monthly fee statement for July 2023 and prepare exhibits | 0.60 | $204.00 |
| B160 | 08/28/23 | JDP | Review and edit LS July fee statement | 0.50 | $577.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| | | | **Total B160 - Fee/Employment Applications** | 1.70 | $993.00 |

B165 Employment and Retention Applications - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B165 | 08/01/23 | JDP | Review UST comments to Burns Bair retention application | 0.10 | $115.50 |
| B165 | 08/03/23 | CMR | Analyze issues re: Ordinary Course Professional Questionnaires | 0.90 | $805.50 |
| B165 | 08/03/23 | JDP | Review OCP affidavit and arrange for review of all OCP affidvits to ensure compliance with OCP order | 0.20 | $231.00 |
| B165 | 08/07/23 | EGM | Review and analyze declarations of proposed ordinary course professionals and summarize same in chart (1.6); research professionals' payments prepetition, involvement in other diocesan cases, and other potential issues (.8); email same to B. Weisenberg for review (.1) | 2.50 | $2,050.00 |
| B165 | 08/09/23 | BIW | Draft email on retention of certain professionals as OCPs | 0.20 | $195.00 |
| B165 | 08/09/23 | CMR | Confer with B. Weisenber and Debtor via email throughout the day re: Ordinary Course Professional Declarations | 0.30 | $268.50 |
| B165 | 08/11/23 | CMR | Confer with Debtor and LS Team re: Ordinary Course Professionals | 0.40 | $358.00 |
| B165 | 08/14/23 | BIW | Confer with C. Restel re: ordinary course professional retention | 0.20 | $195.00 |
| B165 | 08/14/23 | BIW | Confer with M. Lee re: VeraCruz retention issues | 0.20 | $195.00 |
| B165 | 08/14/23 | CMR | Confer via email re: Ordinary Course Professional Declarations (.1); Call with B. Weisenberg re: same (.2); Call with M. Lee and B. Weisenberg re: same (.2) | 0.50 | $447.50 |
| B165 | 08/17/23 | CMR | Confer via email with M. Lee and B. Weisenberg re: Ordinary Course Professional issues | 0.10 | $89.50 |
| B165 | 08/18/23 | BIW | Confer with M. Lee of Foley to negotiate VeraCruz engagement | 0.40 | $390.00 |
| B165 | 08/22/23 | JDP | Call with K. McNally re: retention to assist with claims evaluation | 0.40 | $462.00 |
| B165 | 08/28/23 | JDP | Review KMK 2nd monthly fee application | 0.20 | $231.00 |
| | | | **Total B165 - Employment and Retention Applications - Others** | 6.60 | $6,033.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B175 Fee Applications and Invoices - Others | | | | | |
| B175 | 08/01/23 | EGM | Call with B. Weisenberg to discuss review of other professionals' fee applications (.2); emails with B. Weisenberg and G. Alpert re Committee reimbursements (.1); draft chart tracker re same (.2) | 0.50 | $410.00 |
| B175 | 08/06/23 | EGM | Review monthly fee statements of Debtor's professionals and analyze same | 1.90 | $1,558.00 |
| B175 | 08/07/23 | EGM | Continue review of monthly fee applications of Debtor's professionals and summarize same in chart (2.3); email chart to B. Weisenberg (.1) | 2.40 | $1,968.00 |
| B175 | 08/16/23 | EGM | Revise summary of time analysis and send same to J. Prol and B. Weisenberg | 0.20 | $164.00 |
| B175 | 08/21/23 | CMR | Confer via email re: payment of Committee member expenses | 0.10 | $89.50 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 5.10 | $4,189.50 |
| B185 Assumption/Rejection of Leases and Contracts | | | | | |
| B185 | 08/17/23 | BIW | Review and revise summary of Diocese 365(d)(4) motion | 0.40 | $390.00 |
| B185 | 08/23/23 | JDP | Review and edit memo to committee re: motion to extend time to assume/reject real estate leases | 0.10 | $115.50 |
| | | | **Total B185 - Assumption/Rejection of Leases and Contracts** | 0.50 | $505.50 |
| B195 Non-Working Travel | | | | | |
| B195 | 08/14/23 | JDP | Travel to Michigan for meeting with Foley and A&M | 3.50 | $2,021.25 |
| B195 | 08/16/23 | BIW | Travel from Home to Detroit for meeting with Diocese professionals | 4.00 | $1,950.00 |
| B195 | 08/16/23 | BIW | Travel from Detroit to Home re: in-person meeting with Diocese professionals | 4.10 | $1,998.75 |
| B195 | 08/16/23 | CMR | Travel (partial) to and from Detroit for meeting with Debtor's professionals | 5.40 | $2,416.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B195 | 08/16/23 | JDP | Travel to meeting at Foley Lardner Detroit | 0.50 | $288.75 |
| B195 | 08/16/23 | JDP | Return travel from Detroit to NJ | 4.50 | $2,598.75 |
| B195 | 08/16/23 | MAK | Travel to and from Detroit, MI for meeting with debtor's counsel and professionals | 7.00 | $3,342.50 |
| | | | **Total B195 - Non-Working Travel** | 29.00 | $14,616.50 |

B200 - Operations

B210 Business Operations

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B210 | 08/01/23 | BIW | Review June Monthly Operating Report | 0.30 | $292.50 |
| B210 | 08/01/23 | JDP | Review June MOR and raise questions re: line items | 0.20 | $231.00 |
| B210 | 08/31/23 | BIW | Review July MOR | 0.40 | $390.00 |
| | | | **Total B210 - Business Operations** | 0.90 | $913.50 |

B220 Employee Benefits/Pensions

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B220 | 08/04/23 | BIW | Draft email to M. Lee re: freezing of funds in SERP plan | 0.10 | $97.50 |
| B220 | 08/09/23 | BIW | Review newly produced documents on certain alleged abusers | 0.90 | $877.50 |
| | | | **Total B220 - Employee Benefits/Pensions** | 1.00 | $975.00 |

B300 - Claims and Plan

B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 08/01/23 | BIW | Confer with M. Moore to discuss the filing of claims | 0.20 | $195.00 |
| B310 | 08/02/23 | DC | Review transcripts for bar date hearing and circulate same to attorney team | 0.10 | $34.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B310 | 08/03/23 | BIW | Confer with M. Moore to discuss claims noticing issue | 0.40 | $390.00 |
| B310 | 08/04/23 | BIW | Confer with M. Kaplan about expert in claims valuation process | 0.30 | $292.50 |
| B310 | 08/04/23 | MAK | Call with B. Weisenberg re: retention of valuation expert | 0.30 | $286.50 |
| B310 | 08/12/23 | EGM | Review certification of compliance re bar date order and required notices | 0.80 | $656.00 |
| B310 | 08/16/23 | EGM | Continue review for compliance with the Bar Date Order and summarize same for B. Weisenberg | 1.30 | $1,066.00 |
| B310 | 08/17/23 | BIW | Confer with M. Kaplan re: retention of valuation expert | 0.20 | $195.00 |
| B310 | 08/17/23 | CMR | Call with M. Kaplan re: research re: survivor claims | 0.30 | $268.50 |
| B310 | 08/17/23 | MAK | Confer with C. Restel re: claims process | 0.30 | $286.50 |
| B310 | 08/17/23 | MAK | Call with B. Weisenberg re: claims valuation expert | 0.20 | $191.00 |
| B310 | 08/18/23 | BIW | Draft emails to, and review emails from, M. Moore re: filing proofs of claim and Supplements | 0.30 | $292.50 |
| B310 | 08/22/23 | BIW | Confer with prospective claims valuators | 0.60 | $585.00 |
| B310 | 08/22/23 | MAK | Conference call with potential claims valuation consultant | 0.60 | $573.00 |
| B310 | 08/24/23 | BIW | Confer with prospective claim valuation expert | 0.40 | $390.00 |
| | | | **Total B310 - Claims Administration and Objections** | 6.30 | $5,701.50 |

B320 Plan and Disclosure Statement (including Business Plan)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 08/02/23 | BIW | Review Debtor's Exclusivity Motion | 0.20 | $195.00 |
| B320 | 08/08/23 | BIW | Draft email to counsel for Committee members re: exclusivity made by Diocese | 0.40 | $390.00 |
| | | | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | 0.60 | $585.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|

### B400 - Bankruptcy-Related Advice

### B430A Court Hearings

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B430A | 08/02/23 | BIW | Review Debtor's Status Conference Statement | 0.20 | $195.00 |
| B430A | 08/07/23 | BIW | Review Pacific's Reply to Status Conference Report | 0.10 | $97.50 |
| B430A | 08/07/23 | JDP | Meeting with T. Burns and J. Bair to prepare for hearing on motion to intervene and status conference | 1.00 | $1,155.00 |
| B430A | 08/08/23 | BIW | Virtually attend hearing on Committee Intervention motion and Status Conference | 2.50 | $2,437.50 |
| B430A | 08/08/23 | JDP | Attend status conference and hearing on committee motion to intervene in insurance dec relief action | 2.50 | $2,887.50 |
| B430A | 08/22/23 | JDP | Participate in status conference and listen to Court's decision on motion to intervene | 1.40 | $1,617.00 |
| | | | **Total B430A - Court Hearings** | 7.70 | $8,389.50 |

### B460 Other - Insurance Matters

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B460 | 08/01/23 | BIW | Confer with T. Burns and J. Bair re: preparation for hearing on Insurance Intervention Motion | 0.20 | $195.00 |
| B460 | 08/01/23 | MAK | Emails re: stipulated adjournment of Rule 2004 motion | 0.30 | $286.50 |
| B460 | 08/02/23 | BIW | Confer with T. Burns and J. Bair re: response to Insurers' objection to UCC Motion to Intervene | 0.50 | $487.50 |
| B460 | 08/02/23 | BIW | Review two objections filed to UCC Intervention Motion and make notes for Special Insurance Counsel to consider in its reply | 1.10 | $1,072.50 |
| B460 | 08/02/23 | BIW | Confer with J. Bair re: two objections filed to UCC Motion to Intervene | 0.20 | $195.00 |
| B460 | 08/02/23 | CMR | Summary review of Objections to Motion to Intervene in Insurance Adversary Proceeding | 0.50 | $447.50 |
| B460 | 08/02/23 | JDP | Review and analyze insurer objections to motion to intervene (.6); preliminary research re: reply (.3); strategize with insurance counsel re: reply (.5) | 1.40 | $1,617.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B460 | 08/03/23 | BIW | Confer with T. Burns to devise insurance recovery strategy | 0.50 | $487.50 |
| B460 | 08/04/23 | BIW | Review UCC Reply to Objections filed by Insurers re: Motion to Intervene | 0.30 | $292.50 |
| B460 | 08/05/23 | JDP | Review committee reply in support of intervention motion | 0.50 | $577.50 |
| B460 | 08/07/23 | BMC | Prepare trial binder re: motion to intervene | 1.20 | $654.00 |
| B460 | 08/07/23 | JDP | Review pleadings and prepare for status conference and hearing on Committee motion to intervene on insurance dec relief action | 2.40 | $2,772.00 |
| B460 | 08/14/23 | DC | Prepare and file Notice of Appearance for J. Prol in insurance adversary proceeding | 0.50 | $170.00 |
| B460 | 08/24/23 | JDP | Review and edit draft order authorizing committee to intervene in insurance dec relief action (.3); draft e-mail response to J. Bair (.1) | 0.40 | $462.00 |
| B460 | 08/31/23 | BIW | Review 2004 motion filed by Insurers | 0.30 | $292.50 |
| B460 | 08/31/23 | DC | Review adversary docket 23-04037 and download pleadings | 0.20 | $68.00 |

|  |  |  | **Total B460 - Other - Insurance Matters** | 10.50 | $10,077.00 |

**Timekeeper Summary (by Task):**

| Task | Task Description | Hours | Fees |
|------|-----------------|-------|------|
| B110 | Case Administration | 2.50 | $1,221.50 |
| B120 | Asset Analysis and Recovery | 305.00 | $224,101.00 |
| B120A | Investigation of Prepetition Lenders | 5.90 | $4,674.00 |
| B150 | Meetings of and Communication with Creditors | 34.00 | $33,022.00 |
| B155 | Mediation | 4.60 | $4,575.00 |
| B160 | Fee/Employment Applications | 1.70 | $993.00 |
| B165 | Employment and Retention Applications - Others | 6.60 | $6,033.50 |
| B175 | Fee Applications and Invoices - Others | 5.10 | $4,189.50 |
| B185 | Assumption/Rejection of Leases and Contracts | 0.50 | $505.50 |
| B195 | Non-Working Travel | 29.00 | $14,616.50 |
| B210 | Business Operations | 0.90 | $913.50 |
| B220 | Employee Benefits/Pensions | 1.00 | $975.00 |
| B310 | Claims Administration and Objections | 6.30 | $5,701.50 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 0.60 | $585.00 |
| B430A | Court Hearings | 7.70 | $8,389.50 |
| B460 | Other - Insurance Matters | 10.50 | $10,077.00 |
| | **Total** | **421.90** | **$320,573.00** |

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II. Summary of Disbursement Charges**

| | |
|---|---|
| Printing and Duplicating Services - External | $15.60 |
| Computerized legal research | $777.62 |
| Travel | $3,592.65 |
| Meals | $118.54 |
| **Total Disbursements** | **$4,504.41** |

The above charges are based upon time and expense records available on or about the date of the attached letter. Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future. Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

**DISBURSEMENT DETAIL:**

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 08/15/23 | Outside Printing and Duplicating Services VENDOR: Prol, Jeffrey D. INVOICE#: 6113095108220206 DATE: 8/22/2023 ; 08/15/23; Outside Copies; Attend debtor meeting in Detroit | $15.60 |
| 08/07/23 | Meals (out of town travel) VENDOR: Prol, Jeffrey D. INVOICE#: 6097272708100204 DATE: 8/10/2023 ; 08/07/23; Dinner with J. Bair, T. Burns, Jeffrey Prol; Attend 8.8.23 hearing in CA | $110.05 |
| 08/16/23 | Meals (out of town travel) VENDOR: Weisenberg, Brent I. INVOICE#: 6115598008220206 DATE: 8/22/2023 ; 08/16/23; Meals Other with Brent Weisenberg; Oakland Diocese (Detroit, MI) | $8.49 |
| 08/08/23 | Travel - Accommodations VENDOR: Prol, Jeffrey D. INVOICE#: 6097272708100204 DATE: 8/10/2023 ; 08/08/23; Hotel - Lodging; Attend 8.8.23 hearing in CA | $171.91 |
| 08/16/23 | Travel - Accommodations VENDOR: Prol, Jeffrey D. INVOICE#: 6113095108220206 DATE: 8/22/2023 ; 08/16/23; Hotel - Lodging; Attend debtor meeting in Detroit | $181.42 |
| 08/01/23 | Travel - Airfare VENDOR: Weisenberg, Brent I. INVOICE#: 6083144908030206 DATE: 8/16/23; Airfare; FROM: EWR; TO: DTW | $817.70 |
| 08/02/23 | Travel - Airfare VENDOR: Prol, Jeffrey D. INVOICE#: 6113095108220206 DATE: 8/22/2023 ; 08/02/23; Airfare; FROM: EWR; TO: DTW; Attend debtor meeting in Detroit | $730.95 |
| 08/07/23 | Travel - Airfare VENDOR: Prol, Jeffrey D. INVOICE#: 6097272708100204 DATE: 8/10/2023 ; 08/07/23; Air WiFi; Attend 8.8.23 hearing in CA | $8.00 |
| 08/08/23 | Travel - Airfare VENDOR: Prol, Jeffrey D. INVOICE#: 6097272708100204 DATE: 8/10/2023 ; 08/08/23; Air WiFi; Attend 8.8.23 hearing in CA | $8.00 |
| 08/16/23 | Travel - Airfare VENDOR: Weisenberg, Brent I. INVOICE#: 6115598008220206 DATE: 8/22/2023 ; 08/16/23; Air WiFi; Oakland Diocese (Detroit, MI). WiFi from Detroit to EWR | $8.00 |
| 08/16/23 | Travel - Airfare VENDOR: Weisenberg, Brent I. INVOICE#: 6115598008220206 DATE: 8/22/2023 ; 08/16/23; Air WiFi; Oakland Diocese (Detroit, MI) WiFi Newark to Detroit. | $8.00 |
| 08/16/23 | Travel - Airfare VENDOR: Maker, Colleen M. INVOICE#: 6114438908210201 DATE: 8/21/2023 ; 08/16/23; Airfare; FROM: EWR; TO: DTW; Roman Catholic Bishop Committee | $718.95 |
| 08/16/23 | Travel - Airfare VENDOR: Maker, Colleen M. INVOICE#: 6114438908210201 DATE: 8/21/2023 ; 08/16/23; Air WiFi; Roman Catholic Bishop Committee | $8.00 |
| 08/18/23 | Travel - Airfare VENDOR: Weisenberg, Brent I. INVOICE#: 6115598008220206 DATE: 8/22/2023 ; 08/18/23; Airfare; FROM: EWR; TO: DTW; Oakland Diocese (Detroit, MI) | $45.00 |
| 08/07/23 | Out of town ground travel (mileage, taxi, tolls etc...)  VENDOR: Prol, Jeffrey D. INVOICE#: 6097272708100204 DATE: 8/10/2023 ; 08/07/23; Taxi/Car Service; FROM: airport; TO: hotel; Attend 8.8.23 hearing in CA | $65.92 |
| 08/08/23 | Out of town ground travel (mileage, taxi, tolls etc...) VENDOR: Prol, Jeffrey D. INVOICE#: 6097272708100204 DATE: 8/10/2023 ; 08/08/23; Taxi/Car Service; FROM: court; TO: airport; Attend 8.8.23 hearing in CA | $79.91 |
| 08/16/23 | Out of town ground travel (mileage, taxi, tolls etc...) VENDOR: Maker, Colleen M. INVOICE#: 6114438908210201 DATE: | $46.95 |

|          |                                                                                                                                                                                                            |          |
|----------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|
|          | 8/21/2023 ; 08/16/23; Taxi/Car Service; FROM: Romulus, MI; TO: Detroit, MI; Roman Catholic Bishop Committee                                                                                                |          |
| 08/16/23 | Out of town ground travel (mileage, taxi, tolls etc...) VENDOR: Maker, Colleen M. INVOICE#: 6114438908210201 DATE: 8/21/2023 ; 08/16/23; Taxi/Car Service; FROM: Newark Airport; TO: Hoboken, NJ; Roman Catholic Bishop Committee | $74.90   |
| 08/18/23 | Out of town ground travel (mileage, taxi, tolls etc...) VENDOR: Maker, Colleen M. INVOICE#: 6114438908210201 DATE: 8/21/2023 ; 08/18/23; Taxi/Car Service; FROM: Hoboken, NJ; TO: Newark Airport; Roman Catholic Bishop Committee | $34.97   |
| 08/16/23 | Travel - Rental Car VENDOR: Prol, Jeffrey D. INVOICE#: 6113095108220206 DATE: 8/22/2023 ; 08/16/23; Car Rental; Attend debtor meeting in Detroit                                                           | $137.63  |
| 08/07/23 | Local Travel VENDOR: Prol, Jeffrey D. INVOICE#: 6097272708100204 DATE: 8/10/2023 ; 08/07/23; Taxi/Car Service; FROM: home; TO: airport; Attend 8.8.23 hearing in CA                                         | $80.14   |
| 08/09/23 | Local Travel VENDOR: Prol, Jeffrey D. INVOICE#: 6097272708100204 DATE: 8/10/2023 ; 08/09/23; Taxi/Car Service; FROM: airport; TO: home; Attend 8.8.23 hearing in CA                                         | $71.04   |
| 08/14/23 | Local Travel VENDOR: Prol, Jeffrey D. INVOICE#: 6113095108220206 DATE: 8/22/2023 ; 08/14/23; Taxi/Car Service; FROM: home; TO: airport; Attend debtor meeting in Detroit                                    | $68.69   |
| 08/16/23 | Local Travel VENDOR: Prol, Jeffrey D. INVOICE#: 6113095108220206 DATE: 8/22/2023 ; 08/16/23; Taxi/Car Service; FROM: airport; TO: home; Attend debtor meeting in Detroit                                    | $90.67   |
| 08/16/23 | Local Travel VENDOR: Weisenberg, Brent I. INVOICE#: 6115598008220206 DATE: 8/22/2023 ; 08/16/23; Taxi/Car Service; FROM: Newark Airport, NJ; TO: Home; Oakland Diocese (Detroit, MI)                        | $82.10   |
| 08/16/23 | Local Travel VENDOR: Weisenberg, Brent I. INVOICE#: 6115598008220206 DATE: 8/22/2023 ; 08/16/23; Taxi/Car Service; FROM: Home ; TO: Newark Airport, Newark, NJ; Oakland Diocese (Detroit, MI)              | $53.80   |
| 08/23/23 | Computerized legal research: Westlaw: User Name: MANNIX,ERICA / Duration of Search: 00:00 / Transaction: 61 / Docs/Lines: 0                                                                                | $777.62  |
|          | Total Disbursements                                                                                                                                                                                        | $4,504.41 |