# Burns | Bair

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**The Bishop of Oakland UCC**

**Issue Date :** 9/25/2023

**Bill # :** 01220

**Matter:** Insurance

## PROFESSIONAL SERVICES RENDERED

### Committee Meetings

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 8/3/2023 | Timothy Burns | Participate in weekly state court counsel meeting for insurance purposes re insurance case strategy and status (.9); | 0.90 | $1,008.00 |
| 8/3/2023 | Jesse Bair | Review agenda for upcoming Committee meeting (.1); | 0.10 | $90.00 |
| 8/4/2023 | Timothy Burns | Participate in Committee meeting and present on case insurance issues (1.2); | 1.20 | $1,344.00 |
| 8/4/2023 | Timothy Burns | Prepare for upcoming Committee meeting (.9); | 0.90 | $1,008.00 |
| 8/17/2023 | Timothy Burns | Prepare for state court counsel meeting (.3); | 0.30 | $336.00 |
| 8/17/2023 | Timothy Burns | Participate in state court counsel meeting for insurance purposes (1.0); | 1.00 | $1,120.00 |
| 8/17/2023 | Jesse Bair | Participate in state court counsel meeting for insurance purposes (1.0); | 1.00 | $900.00 |
| 8/17/2023 | Jesse Bair | Review agenda for upcoming state court counsel meeting (.1); | 0.10 | $90.00 |
| | | **Totals for Committee Meetings** | **5.50** | **$5,896.00** |

### Fee Applications

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 8/24/2023 | Jesse Bair | Correspond with G. Albert re Burns Bair monthly fee application (.1); participate in telephone call with G. Albert re same (.3); | 0.40 | $360.00 |
| 8/24/2023 | Jesse Bair | Provide instructions to B. Horn re preparing Burns Bair's first monthly fee application (.2); follow-up correspondence with B. Horn re same (.1); | 0.30 | $270.00 |

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 8/28/2023 | Jesse Bair | Review and edit Burns Bair's monthly fee application for July time (.2); correspondence with B. Horn re same (.1); | 0.30 | $270.00 |
| 8/28/2023 | Brenda Horn-Edwards | Draft Burns Bair monthly professional fee statement and accompanying exhibit (.8); | 0.80 | $272.00 |
| | | **Totals for Fee Applications** | **1.80** | **$1,172.00** |

**Hearings**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 8/8/2023 | Timothy Burns | Participate in motion to intervene oral argument (2.8); | 2.80 | $3,136.00 |
| 8/8/2023 | Jesse Bair | Participate in motion to intervene hearing (2.8); | 2.80 | $2,520.00 |
| 8/22/2023 | Jesse Bair | Participate in motion to intervene oral ruling hearing (1.1); | 1.10 | $990.00 |
| | | **Totals for Hearings** | **6.70** | **$6,646.00** |

**Insurance Adversary Proceeding**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 8/1/2023 | Jesse Bair | Review the Diocese's response to the Committee's intervention motion (.1); participate in call with B. Weisenberg and T. Burns re same, hearing, and potential objections from insurers (.3); participate in post-call meeting with T. Burns re same and next-steps (.1); | 0.50 | $450.00 |
| 8/1/2023 | Timothy Burns | Participate in call with B. Weisenberg and J. Bair re intervention and the Diocese's response brief re same (.3); participate in post-call discussion with J. Bair re same and next-steps (.1); | 0.40 | $448.00 |
| 8/2/2023 | Karen Dempski | Discuss with C. Mitsuoka the filing requirements for pro hac vice admission (.2); | 0.20 | $68.00 |
| 8/2/2023 | Nathan Kuenzi | Assist in drafting outline of Committee intervention reply brief (1.0); | 1.00 | $550.00 |
| 8/2/2023 | Timothy Burns | Review the Committee's motion to intervene (.6); | 0.60 | $672.00 |
| 8/2/2023 | Timothy Burns | Met with J. Bair re motion to intervene objections (.2); | 0.20 | $224.00 |
| 8/2/2023 | Jesse Bair | Preliminary review of Committee intervention decisions from New York diocesan cases in connection with the insurers' intervention objection in Oakland (.2); | 0.20 | $180.00 |
| 8/2/2023 | Jesse Bair | Review the Committee's opening intervention brief (.2); | 0.20 | $180.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 8/2/2023 | Jesse Bair | Review LMI's objection to the Committee's opening intervention brief (.2); | 0.20 | $180.00 |
| 8/2/2023 | Timothy Burns | Participate in call with B. Weisenberg re state court counsel meeting and intervention briefing (.1); | 0.10 | $112.00 |
| 8/2/2023 | Jesse Bair | Review other insurers' objection to the Committee's opening intervention brief (.3); | 0.30 | $270.00 |
| 8/2/2023 | Timothy Burns | Participate in conference with J. Prol, B. Weisenberg, and J. Bair re the Committee's reply to the insurers' intervention objection (.6); | 0.60 | $672.00 |
| 8/2/2023 | Leakhena Au | Review adversary complaint, motion to intervene, and objections to motion and strategize reply w/ partners (3.7); | 3.70 | $2,035.00 |
| 8/2/2023 | Jesse Bair | Participate in additional conference with T. Burns re Committee intervention reply and hearing strategy (.3); | 0.30 | $270.00 |
| 8/2/2023 | Jesse Bair | Draft correspondence summarizing additional potential responses to the insurers' arguments (.4); | 0.40 | $360.00 |
| 8/2/2023 | Timothy Burns | Analysis re associate projects needed in connection with Committee intervention reply brief (.2); | 0.20 | $224.00 |
| 8/2/2023 | Timothy Burns | Review draft Status Conference Statement (.2); | 0.20 | $224.00 |
| 8/2/2023 | Timothy Burns | Prepare outline of intervention reply brief factual points (1.3); | 1.30 | $1,456.00 |
| 8/2/2023 | Timothy Burns | Conference with J. Bair re Committee intervention reply and hearing strategy (.3); | 0.30 | $336.00 |
| 8/2/2023 | Jesse Bair | Participate in conference with J. Prol, B. Weisenberg, and T. Burns re the Committee's reply to the insurers' intervention objection (.6); | 0.60 | $540.00 |
| 8/2/2023 | Timothy Burns | Review email from J. Bair to L. Au re briefing points (.1); | 0.10 | $112.00 |
| 8/2/2023 | Jesse Bair | Review T. Burns correspondence re potential responses to the insurers' intervention objection motion (.2); | 0.20 | $180.00 |
| 8/2/2023 | Timothy Burns | Additional review of motion to intervene briefing (.9); | 0.90 | $1,008.00 |
| 8/2/2023 | Jesse Bair | Participate in call with T. Burns re insurer motion to intervene objections (.2); participate in call with B. Weisenberg re same (.1); | 0.30 | $270.00 |
| 8/2/2023 | Leakhena Au | Research 9th Circuit caselaw regarding intervention (3.6). | 3.60 | $1,980.00 |
| 8/3/2023 | Karen Dempski | Review pro hac vice admission procedure (.2); discuss with G. Albert (.1); begin pro hac vice admission process through PACER (.2); | 0.50 | $170.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 8/3/2023 | Timothy Burns | Conduct legal research and prepare revised outline of Committee reply to the insurers' objections to the Committee's intervention motion (4.6); | 4.60 | $5,152.00 |
| 8/3/2023 | Leakhena Au | Draft initial version of the Committee's intervention reply brief (6.1); | 6.10 | $3,355.00 |
| 8/3/2023 | Jesse Bair | Participate in conference with T. Burns re outcome of state court counsel meeting (.2); | 0.20 | $180.00 |
| 8/3/2023 | Timothy Burns | Met with J. Bair re motion to intervene reply brief arguments (.2); | 0.20 | $224.00 |
| 8/3/2023 | Timothy Burns | Participate in call with B. Weisenberg re motion to intervene issues (.5); | 0.50 | $560.00 |
| 8/3/2023 | Jesse Bair | Participate in additional conference with T. Burns re Committee intervention reply brief arguments (.2); | 0.20 | $180.00 |
| 8/3/2023 | Jesse Bair | Review and edit J. Bair and T. Burns pro hac vice applications (.2); | 0.20 | $180.00 |
| 8/3/2023 | Jesse Bair | Review B. Weisenberg and G. Albert correspondence re no objection to Burns Bair retention application (.1); | 0.10 | $90.00 |
| 8/3/2023 | Timothy Burns | Participate in conference with J. Bair re outcome of state court counsel meeting (.2); | 0.20 | $224.00 |
| 8/3/2023 | Leakhena Au | Research CA law on protectable interest for motion to intervene reply brief (2.0); | 2.00 | $1,100.00 |
| 8/4/2023 | Timothy Burns | Begin preparing for motion to intervene oral argument (4.3); | 4.30 | $4,816.00 |
| 8/4/2023 | Leakhena Au | Revise motion to intervene reply brief and send to partners (3.8); | 3.80 | $2,090.00 |
| 8/4/2023 | Jesse Bair | Participate in conference with T. Burns re Committee meeting outcome and next-steps (.1); | 0.10 | $90.00 |
| 8/4/2023 | Jesse Bair | Analyze case law in connection with the Committee's motion to intervene reply brief (.5); | 0.50 | $450.00 |
| 8/4/2023 | Jesse Bair | Draft revised version of the Committee's motion to intervene reply brief (3.2); | 3.20 | $2,880.00 |
| 8/4/2023 | Timothy Burns | Conference with J. Bair re outcome of Committee meeting and case next-steps (.1); | 0.10 | $112.00 |
| 8/5/2023 | Timothy Burns | Participate in call with J. Bair re motion to intervene oral argument (.1); | 0.10 | $112.00 |
| 8/5/2023 | Timothy Burns | Review email from B. Weisenberg re intervention reply brief (.1); | 0.10 | $112.00 |
| 8/5/2023 | Jesse Bair | Participate in call with T. Burns re motion to intervene oral argument (.1); | 0.10 | $90.00 |
| 8/5/2023 | Timothy Burns | Continue preparing for motion to intervene oral argument (1.7); | 1.70 | $1,904.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 8/6/2023 | Timothy Burns | Continue preparing for motion to intervene oral argument (2.8); | 2.80 | $3,136.00 |
| 8/7/2023 | Jesse Bair | Conference with T. Burns and J. Prol re motion to intervene hearing and overall case insurance strategy (.5); | 0.50 | $450.00 |
| 8/7/2023 | Jesse Bair | Participate in supplemental conference with T. Burns re motion to intervene preparations and strategy (.4); | 0.40 | $360.00 |
| 8/7/2023 | Brian Cawley | Analysis re status of insurer responsive pleadings in insurance adversary proceeding (.3); | 0.30 | $165.00 |
| 8/7/2023 | Jesse Bair | Review the Debtor's status conference statement (.2); review Pacific Insurance's response to same (.1); | 0.30 | $270.00 |
| 8/7/2023 | Karen Dempski | File with court pro hac vice admissions for T. Burns and J. Bair (.3); | 0.30 | $102.00 |
| 8/7/2023 | Timothy Burns | Continue preparing for motion to intervene oral argument (5.7); | 5.70 | $6,384.00 |
| 8/7/2023 | Brian Cawley | Analysis regarding insurer coverage denials or reservations based on prior settlement agreements (.9); | 0.90 | $495.00 |
| 8/7/2023 | Timothy Burns | Continue preparing for motion to intervene oral argument (1.6); | 1.60 | $1,792.00 |
| 8/7/2023 | Katie Sticklen | Additional analysis regarding insurer coverage denials or reservations based on prior settlement agreements (1.3); | 1.30 | $491.40 |
| 8/7/2023 | Brian Cawley | Correspond with J. Bair and T. Burns regarding outstanding insurance case issues (.2); | 0.20 | $110.00 |
| 8/7/2023 | Jesse Bair | Review CNA's coverage disclaimer to the Diocese re purported earlier settlement agreement (.1); review the Diocese's response to same (.1); | 0.20 | $180.00 |
| 8/7/2023 | Timothy Burns | Participate in supplemental conference with J. Bair re motion to intervene preparations and strategy (.4); | 0.40 | $448.00 |
| 8/7/2023 | Timothy Burns | Conference with J. Bair and J. Prol re motion to intervene hearing and overall case insurance strategy (.5); | 0.50 | $560.00 |
| 8/8/2023 | Timothy Burns | Participate in post-hearing conference with J. Bair re hearing outcome and next-steps (.4); | 0.40 | $448.00 |
| 8/8/2023 | Brian Cawley | Continue analyzing California case law re certain key coverage issues in connection with sexual abuse claims for inclusion in omnibus memo re California insurance law re same (1.8); | 1.80 | $990.00 |
| 8/8/2023 | Jesse Bair | Participate in post-hearing conference with T. Burns re hearing outcome and next-steps (.4); | 0.40 | $360.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 8/8/2023 | Timothy Burns | Participate in pre-hearing meeting with J. Bair, J. Prol, and T. Keller re hearing strategy and related case issues (.5); | 0.50 | $560.00 |
| 8/8/2023 | Timothy Burns | Final preparations for motion to intervene oral argument (3.8); | 3.80 | $4,256.00 |
| 8/8/2023 | Timothy Burns | Review and execute Bar Date Motion Confidentiality Agreement (.3); | 0.30 | $336.00 |
| 8/8/2023 | Jesse Bair | Prepare for motion to intervene hearing (.6); | 0.60 | $540.00 |
| 8/8/2023 | Timothy Burns | Participate in call with J. Prol and J. Bair re hearing outcome and insurance next-steps (.3); | 0.30 | $336.00 |
| 8/8/2023 | Jesse Bair | Review B. Weisenberg correspondence with the Committee and state court counsel re case developments and next steps (.1); | 0.10 | $90.00 |
| 8/8/2023 | Timothy Burns | Participate in call with state court counsel re motion to intervene hearing outcome (.2); | 0.20 | $224.00 |
| 8/8/2023 | Jesse Bair | Participate in call with J. Prol and T. Burns re hearing outcome and insurance next-steps (.3); | 0.30 | $270.00 |
| 8/8/2023 | Jesse Bair | Participate in pre-hearing meeting with T. Burns, J. Prol, and T. Keller re hearing strategy and related case issues (.5); | 0.50 | $450.00 |
| 8/9/2023 | Jesse Bair | Review B. Weisenberg question re LMI coverage (.1); analysis re B. Cawley assessment of same (.1); review relevant LMI policy documents re same (.1); respond to B. Weisenberg re LMI coverage issue (.1); | 0.40 | $360.00 |
| 8/9/2023 | Brian Cawley | Analysis re LMI policy documents in connection with question from B. Weisenberg re coverage under same and relationship to Archbishop policies (.8); | 0.80 | $440.00 |
| 8/9/2023 | Brian Cawley | Email J. Bair preliminary answer to question re LMI coverage (.1); | 0.10 | $55.00 |
| 8/9/2023 | Jesse Bair | Review correspondence from the Debtor and J. Prol re potential insurance meeting with the Debtor (.1); | 0.10 | $90.00 |
| 8/9/2023 | Brian Cawley | Draft email memorandum summarizing answer to LMI coverage question and relationship to Archbishop policies (.5); | 0.50 | $275.00 |
| 8/10/2023 | Timothy Burns | Participate in conference with certain state court counsel re motion to intervene hearing outcome (.4); | 0.40 | $448.00 |
| 8/11/2023 | Brian Cawley | Continue reseraching key issues under California law impacting sexual abuse cases (1.7); | 1.70 | $935.00 |
| 8/14/2023 | Jesse Bair | Identify relevant insurance materials for upcoming meeting with the Diocese and correspond with T. Burns re same (.2); | 0.20 | $180.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 8/15/2023 | Nathan Kuenzi | Conference with T. Burns regarding occurrence research project (.1); | 0.10 | $55.00 |
| 8/15/2023 | Nathan Kuenzi | Conference with BB team re policy denial and reservation of rights assignment (.2); | 0.20 | $110.00 |
| 8/15/2023 | Timothy Burns | Prepare for upcoming meeting with Diocese (.8); | 0.80 | $896.00 |
| 8/15/2023 | Timothy Burns | Review preliminary research memo re occurrence issue (.1); | 0.10 | $112.00 |
| 8/15/2023 | Nathan Kuenzi | Revise omnibus California sexual abuse insurance memo with additional research re number of occurrence issue (.6); | 0.60 | $330.00 |
| 8/15/2023 | Timothy Burns | Conference with BB team re policy denial and reservation of rights assignment (.2); | 0.20 | $224.00 |
| 8/15/2023 | Alyssa Turgeon | Conference with BB team re policy denial and reservation of rights assignment (.2); | 0.20 | $68.00 |
| 8/15/2023 | Alyssa Turgeon | Begin second level review of all Diocesan coverage correspondence and begin drafting detailed spreadsheet summarizing same (2.0); | 2.00 | $680.00 |
| 8/15/2023 | Timothy Burns | Conference with N. Kuenzi re occurrence research project (.1); | 0.10 | $112.00 |
| 8/15/2023 | Nathan Kuenzi | Draft follow-on email addressing Westport case re occurrence issue (.1); | 0.10 | $55.00 |
| 8/15/2023 | Karen Dempski | Conference with BB team re policy denial and reservation of rights assignment (.2); | 0.20 | $68.00 |
| 8/15/2023 | Nathan Kuenzi | Research issues relating to occurrence based policies and triggers of coverage for sexual abuse under California law and draft email memorandum summarizing the same (.7); | 0.70 | $385.00 |
| 8/16/2023 | Alyssa Turgeon | Continue second level review of all Diocesan coverage correspondence and continue drafting detailed spreadsheet summarizing same (6.5); | 6.50 | $2,210.00 |
| 8/16/2023 | Timothy Burns | Participate in in-person meeting with the Diocese for insurance purposes (3.3); | 3.30 | $3,696.00 |
| 8/16/2023 | Timothy Burns | Prepare for meeting with Diocese (.8); | 0.80 | $896.00 |
| 8/16/2023 | Jesse Bair | Participate in post-meeting conference with T. Burns re outcome of meeting with the Diocese, developments re same, and potential next-steps (.4); | 0.40 | $360.00 |
| 8/16/2023 | Timothy Burns | Participate in post-meeting conference with J. Bair re outcome of meeting with the Diocese, developments re same, and potential next-steps (.4); | 0.40 | $448.00 |
| 8/16/2023 | Jesse Bair | Analyze case insurance materials in preparation for in-person meeting with the Diocese (.7); | 0.70 | $630.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 8/16/2023 | Jesse Bair | Participate in conference with T. Burns re strategy for insurance meeting with the Diocese (.2); | 0.20 | $180.00 |
| 8/16/2023 | Timothy Burns | Participate in conference with J. Bair re strategy for insurance meeting with the Diocese (.2); | 0.20 | $224.00 |
| 8/16/2023 | Jesse Bair | Participate in in-person meeting with the Diocese re insurance and other case issues (3.3); | 3.30 | $2,970.00 |
| 8/17/2023 | Timothy Burns | Review debtor's motion papers re employment of additional insurance counsel (.2); | 0.20 | $224.00 |
| 8/17/2023 | Timothy Burns | Review email from B. Weisenberg to UCC re case developments (.1); | 0.10 | $112.00 |
| 8/17/2023 | Alyssa Turgeon | Continue second level review of all Diocesan coverage correspondence and continue drafting detailed spreadsheet summarizing same (4.5); | 4.50 | $1,530.00 |
| 8/17/2023 | Timothy Burns | Email to A. Turgeon re obtaining potential mediator biographical materials (.1); | 0.10 | $112.00 |
| 8/17/2023 | Timothy Burns | Review and respond to email from B. Weisenberg re potential mediators (.2); | 0.20 | $224.00 |
| 8/18/2023 | Jesse Bair | Review B. Weisenberg correspondence re case developments and updates (.1); | 0.10 | $90.00 |
| 8/18/2023 | Jesse Bair | Analysis re potential mediator candidates for case mediation from insurance perspective (.2); | 0.20 | $180.00 |
| 8/21/2023 | Alyssa Turgeon | Continue second level review of all Diocesan coverage correspondence and continue drafting detailed spreadsheet summarizing same (4.6); | 4.60 | $1,564.00 |
| 8/21/2023 | Alyssa Turgeon | Organize potential mediator materials for review for T.Burns (1.0); | 1.00 | $340.00 |
| 8/22/2023 | Jesse Bair | Review correspondence with J. Prol and state court counsel re outcome of motion to intervene hearing (.1); | 0.10 | $90.00 |
| 8/22/2023 | Jesse Bair | Prepare for motion to intervene oral ruling hearing (.2): | 0.20 | $180.00 |
| 8/22/2023 | Alyssa Turgeon | Continue second level review of all Diocesan coverage correspondence and continue drafting detailed spreadsheet summarizing same (6.5); | 6.50 | $2,210.00 |
| 8/22/2023 | Timothy Burns | Correspond with J. Bair re motion to intervene oral ruling (.1); emails with J. Prol and state court counsel re same (.2); | 0.30 | $336.00 |
| 8/22/2023 | Jesse Bair | Correspondence with T. Burns re outcome of motion to intervene oral ruling (.1); | 0.10 | $90.00 |
| 8/23/2023 | Jesse Bair | Review B. Weisenberg correspondence with state court counsel re case developments and update (.1); | 0.10 | $90.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 8/24/2023 | Jesse Bair | Correspondence with B. Weisenberg re Committee retention of claim valuation expert (.1); | 0.10 | $90.00 |
| 8/24/2023 | Timothy Burns | Review emails between committee professionals re retention of expert (.1); | 0.10 | $112.00 |
| 8/24/2023 | Alyssa Turgeon | Continue second level review of all Diocesan coverage correspondence and continue drafting detailed spreadsheet summarizing same (5.0); | 5.00 | $1,700.00 |
| 8/24/2023 | Jesse Bair | Review and incorporate J. Prol's suggested edits into proposed Order approving the Committee's insurance intervention motion (.2); | 0.20 | $180.00 |
| 8/24/2023 | Jesse Bair | Correspondence with Lowenstein team re proposed Order approving the Committee's insurance intervention motion (.1); | 0.10 | $90.00 |
| 8/24/2023 | Jesse Bair | Draft proposed Order approving the Committee's insurance intervention motion (.4); | 0.40 | $360.00 |
| 8/25/2023 | Jesse Bair | Correspondence with B. Weisenberg re valuation expert retention (.1); | 0.10 | $90.00 |
| 8/25/2023 | Jesse Bair | Finalize proposed Order approving the Committee's insurance intervention motion (.1); correspondence with Lowenstein re same (.1); analysis re insurer party information (.1); correspondence with the Debtor and the insurers re same (.1); | 0.40 | $360.00 |
| 8/25/2023 | Alyssa Turgeon | Continue second level review of all Diocesan coverage correspondence and continue drafting detailed spreadsheet summarizing same (6.3); | 6.30 | $2,142.00 |
| 8/28/2023 | Timothy Burns | Reviewed transcript of August 22 hearing and developed action Plan re same (1.6); | 1.60 | $1,792.00 |
| 8/28/2023 | Alyssa Turgeon | Continue second level review of all Diocesan coverage correspondence and continue drafting detailed spreadsheet summarizing same (7.0); | 7.00 | $2,380.00 |
| 8/29/2023 | Brian Cawley | Analysis re pending CVA lawsuits against the Diocese (.3); | 0.30 | $165.00 |
| 8/30/2023 | Jesse Bair | Review correspondence with T. Burns and B. Weisenberg re Committee intervention in second insurance adversary proceeding (.1); | 0.10 | $90.00 |
| 8/30/2023 | Jesse Bair | Brief review re additional insurance adversary proceeding filed by the Debtor (.1); | 0.10 | $90.00 |
| 8/30/2023 | Jesse Bair | Review correspondence with B. Weisenberg, T. Burns, and J. Prol re insurance status conference (.1); | 0.10 | $90.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 8/30/2023 | Nathan Kuenzi | Analyze newly filed Diocesan insurance adversary proceeding against AIG (.4); | 0.40 | $220.00 |
| 8/31/2023 | Timothy Burns | Analysis re overall case insurance strategy (.6); | 0.60 | $672.00 |
| | | **Totals for Insurance Adversary Proceeding** | **136.50** | **$96,362.40** |

| | | | | |
|---|---|---|---|---|
| **Total Hours and Fees** | | | **150.50** | **$110,076.40** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 08/07/2023 | Pro Hac Vice Application, J. Bair (NDCA Bankruptcy) | $317.00 |
| 08/07/2023 | Hotel, J. Bair (1 night) | $263.11 |
| 08/07/2023 | United Airlines Inflight Wi-Fi, J. Bair | $10.00 |
| 08/07/2023 | Hotel, T. Burns (1 night) | $266.11 |
| 08/07/2023 | United Airlines, T. Burns (MSN-SFO, Aug. 7) | $1,107.00 |
| 08/07/2023 | Travel meal, J. Bair | $7.79 |
| 08/07/2023 | Pro Hac Vice Application, T. Burns (NDCA Bankruptcy) | $317.00 |
| 08/07/2023 | Car Service, J. Bair and T. Burns (SFO to hotel) | $114.36 |
| 08/07/2023 | United Airlines Inflight Wi-Fi, T. Burns | $8.00 |
| 08/07/2023 | United Airlines, J. Bair (MSN-SFO, Aug. 7) | $1,107.00 |
| 08/08/2023 | Travel meal, J. Bair | $16.47 |
| 08/08/2023 | Uber, J. Bair and T. Burns (hotel to airport) | $109.37 |
| 08/08/2023 | Delta Airlines, T. Burns (SFO-MSP, Aug. 8) | $214.45 |
| 08/08/2023 | Delta Airlines, J. Bair (SFO-MSP, Aug. 8) | $214.45 |
| 08/16/2023 | Travel meal, J. Bair | $15.27 |
| 08/16/2023 | Uber, J. Bair and T. Burns (Foley to airport) | $121.80 |
| 08/16/2023 | Taxi, J. Bair and T. Burns | $97.20 |
| 08/16/2023 | Delta Airlines, T. Burns for meeting with Diocese (MSN-DTW, Aug. 16) | $927.80 |
| 08/16/2023 | Airport parking, J. Bair | $10.00 |
| 08/16/2023 | Delta Airlines, J. Bair for meeting with Diocese (MSN-DTW, Aug. 16) | $927.80 |
| **Total Expenses** | | **$6,171.98** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alyssa Turgeon (Paralegal) | 43.60 | $340.00 | $14,824.00 |
| Brenda Horn-Edwards (Paralegal) | 0.80 | $340.00 | $272.00 |
| Brian Cawley (Associate) | 6.60 | $550.00 | $3,630.00 |
| Jesse Bair (Partner) | 24.90 | $900.00 | $22,410.00 |

|  | Hours | Rate | Amount |
|---|---:|---:|---:|
| Karen Dempski (Paralegal) | 1.20 | $340.00 | $408.00 |
| Katie Sticklen (Summer Associate) | 1.30 | $378.00 | $491.40 |
| Leakhena Au (Associate) | 19.20 | $550.00 | $10,560.00 |
| Nathan Kuenzi (Associate) | 3.10 | $550.00 | $1,705.00 |
| Timothy Burns (Partner) | 49.80 | $1,120.00 | $55,776.00 |

**Total Due This Invoice: $116,248.38**