**FOLEY & LARDNER LLP**
Jeffrey R. Blease (CA Bar. No. 134933)
Tel: (617) 226-3155; jblease@foley.com
Thomas F. Carlucci (CA Bar No. 135767)
Tel: (415) 984-9824; tcarlucci@foley.com
Shane J. Moses (CA Bar No. 250533)
Tel: (415) 438-6404; smoses@foley.com
Emil P. Khatchatourian (CA Bar No. 265290)
Tel: (312) 832-5156; ekhatchatourian@foley.com
Ann Marie Uetz (admitted *pro hac vice*)
Tel: (313) 234-7114; auetz@foley.com
Matthew D. Lee (admitted *pro hac vice*)
Tel: (608) 258-4203; mdlee@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520

*Counsel for the Debtor
and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. 23-40523 WJL |
| THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole, | Chapter 11 |
| Debtor. | **NOTICE OF CORE SERVICE LIST AS OF OCTOBER 9, 2023** |
| | Judge: Hon. William J. Lafferty |

Pursuant to paragraph 5 of the *Final Order Authorizing and Approving Special Noticing and Confidentiality Procedures,* entered on July 25, 2023 [Docket No. 292], attached hereto as **Exhibit 1** is the updated Core Service List for the above-referenced case as of October 9, 2023.

///

4855-8171-2005

DATED: October 9, 2023

**FOLEY & LARDNER LLP**
Jeffrey R. Blease
Thomas F. Carlucci
Shane J. Moses
Emil P. Khatchatourian
Ann Marie Uetz
Matthew D. Lee

*/s/ Shane J. Moses*
SHANE J. MOSES

*Counsel for The Debtor*
*And Debtor in Possession*

NOTICE OF CORE SERVICE LIST AS OF OCTOBER 9, 2023

4855-8171-2005

# **Exhibit 1**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to the RCC | Allen, Glaessner, Hazelwood and Werth, LLP | Peter Glaessner | 180 Montgomery Street, Suite 1200 | | San Francisco | CA | 94104 | | 415-813-2045 | pglaessner@aghwlaw.com |
| Counsel for Salesian Society and Franciscan Friars California, Inc. | Binder & Malter LLP | Robert G. Harris | 2775 Park Avenue | | Santa Clara | CA | 95050 | 408-295-1700 | 408-295-1531 | Rob@BinderMalter.com; |
| Counsel for the Official Committee of Unsecured Creditors | Burns Bair LLP | Timothy W. Burns and Jesse J. Bair | 10 E. Doty Street, Suite 600 | | Madison | WI | 53703-3392 | 608-286-2302 | | tburns@burnsbair.com; jbair@burnsbair.com |
| Office of the California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | Sacramento | CA | 95814-2919 | 916-445-9555 | | |
| Counsel to Certain Underwriters at Lloyd's, London, subscribing severally and not jointly to Slip Nos. CU 1001 and K 66034 issued to the Roman Catholic Archbishop of San Francisco, and Nos. K 78138 and CU 3061 issued to the Roman Catholic Bishop of Oakland | Clyde & Co US LLP | Catalina J. Sugayan | 55 W Monroe St., Unit 3000 | | Chicago | IL | 60603 | 312-635-6917 | | Catalina.Sugayan@clydeco.us |
| Counsel to Westport Insurance Corporation, f/k/a Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn Robin D. Craig | 2001 Addison Street, Suite 300 | | Berkeley | CA | 94704 | 510-549-3330 | | rcraig@craig-winkelman.com |
| Counsel to Continental Casualty Company | Crowell & Moring LLP | Mark D. Plevin | Three Embarcadero Center, 26th Fl | | San Francisco | CA | 94111 | 415-986-2800 | 415-986-2827 | mplevin@crowell.com |
| Counsel to Continental Casualty Company | Crowell & Moring LLP | Miranda H. Turner, Jordan A. Hess | 1001 Pennsylvania Ave, N.W. | | Washington | DC | 20004 | 202-624-2500 | 202-628-5116 | mturner@crowell.com; Jhess@crowell.com |
| Interested Party | Davey L. Turner | | 215 N. San Joaquin St. | | Stockton | CA | 95202 | | | dturner@drivonlaw.com |
| Counsel to Travelers Indemnity Company | Dentons US LLP | Alyssa S. Wolf | 1999 Harrison Street, Suite 1300 | | Oakland | CA | 94612 | 415-882-5000 | 415-882-0300 | alyssa.wolf@dentons.com |
| Counsel to Travelers Indemnity Company | Dentons US LLP | Patrick C. Maxcy and John Grossbart | 233 South Wacker Drive, Suite 5900 | | Chicago | IL | 60606 | 312-876-8000 | 312-876-7934 | patrick.maxcy@dentons.com; john.grossbart@dentons.com |
| Counsel to Certain Underwriters at Lloyd's of London Subscribing to Slip Nos. CU 1001, K66034, K78138 and CU 3061 | Duane Morris LLP | Jeff D. Kahane, Andrew Mina, Russell W. Roten, and Nathan Reinhardt | 865 S. Figueroa Street, Suite 3100 | | Los Angeles | CA | 90017-5450 | 213- 689-7400 | 213-689-7401 | JKahane@duanemorris.com; AMina@duanemorris.com; RWRoten@duanemorris.com; NReinhardt@duanemorris.com |
| Interested Party | Elizabeth Otis | | 2089 Meppen Dr. | | Idaho Falls | ID | 83401 | | | emotis2000@gmail.com |
| Counsel for the Debtor and Debtor in Possession | Foley & Lardner LLP | Jeffrey R. Blease, Thomas F. Carlucci, Shane J. Moses, Ann Marie Uetz, Matthew D. Lee , Emil Khatchatourian | 555 California Street, Suite 1700 | | San Francisco | CA | 94104-1520 | 415-434-4484 | 415-434-4507 | jblease@foley.com; tcarlucci@foley.com; smoses@foley.com; auetz@foley.com; mdlee@foley.com; ekhatchatourian@foley.com |
| Counsel for Salesians Society | Jackson Lewis | Leila Nourani, Esq. | 725 South Figueroa Street, Suite 2500 | | Los Angeles | CA | 90017 | 213-630-8218 | | Leila.Nourani@jacksonlewis.com |
| Interested Party | James Mulvaney | | 4724 Mira Vista Dr | | Castro Valley | CA | 94546 | | | ohmyeye@pacbell.net |
| Interested Party | Jeffrey Jackson | | 627 Crane Ave | | Foster City | CA | 94404-1310 | | | JLJackson53@gmail.com |
| Counsel to the Unsecured Creditors' Committee | Keller Benvenutti Kim LLP | Tobias S. Keller, Jane Kim, Gabrielle L. Albert | 650 California St, Suite 1900 | | San Francisco | CA | 94108 | 415-496-6723 | | tkeller@kbkllp.com; jkim@kbkllp.com; galbert@kbkllp.com |
| Claims and Noticing Agent | Kurtzman Carson Consultants LLC | Andres Estrada | 222 N Pacific Coast Highway Suite 300 | | El Segundo | CA | 90245 | 310-823-9000 | | RCBOInfo@kccllc.com |
| Interested Party | Lee and Associates - San Francisco | David Klein | 242 California Street | | San Francisco | CA | 94011 | | | dklein@lee-associates.com |
| Interested Party | Lisa Horn Chainey | | 5866 McBryde Ave | | Richmond | CA | 94805 | | | lisachainey@sbcglobal.net |
| Counsel to the Unsecured Creditors' Committee | Lowenstein Sandler LLP | Jeffrey Cohen, Jeffrey D. Prol, Lynda A. Bennett, Michael A. Kaplan, Eric Jesse, Brent Weisenberg, Colleen M. Restel | One Lowenstein Drive | | Roseland | NJ | 07068 | 973-597-2500 | 973-597-2400 | jcohen@lowenstein.com; jprol@lowenstein.com; lbennett@lowenstein.com; mkaplan@lowenstein.com; ejesse@lowenstein.com; bweisenberg@lowenstein.com; crestel@lowenstein.com |
| Counsel to the Roman Catholic Bishop of Fresno | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Hagop T. Bedoyan | 7647 North Fresno Street | | Fresno | CA | 93720 | 559-433-1300 | | hagop.bedoyan@mccormickbarstow.com |
| Counsel to Roman Catholic Cemeteries of the Diocese of Oakland | Norton Rose Fulbright US LLP | Rebecca Winthrop and Scott Kortmeyer | 555 South Flower Street, 41st Floor | | Los Angeles | CA | 90071 | 213-892-9200; 213-892-9494 | | rebecca.winthrop@nortonrosefulbright.com; scott.kortmeyer@nortonrosefulbright.com |
| Counsel to Roman Catholic Cemeteries of the Diocese of Oakland | Norton Rose Fulbright US LLP | Ryan E. Manns | 2200 Ross Ave, Ste. 3600 | | Dallas | TX | 75201-7932 | 241-855-8000; 241-855-8200 | | ryan.manns@nortonrosefulbright.com |
| Office of the United States Trustee for Region 17 | Office of The United States Trustee | Greg Powell, Jason Blumberg | 450 Golden Gate Avenue, 5th Floor | Suite #05-0153 | San Francisco | CA | 94102 | 415-705-3333 | 415-705-3379 | Greg.Powell@usdoj.gov; jason.blumberg@usdoj.gov |
| Counsel to Tracy Hope Davis | Office of the United States Trustee for Region 17 | Office of The United States Trustee | Attn Jason Blumberg and Trevor R. Fehr | 501 I Street, Suite 7-500 | Sacramento | CA | 95814 | | | Jason.blumberg@usdoj.gov; Trevor.Fehr@usdoj.gov |
| Counsel to Tracy Hope Davis | Office of the United States Trustee for Region 17 | Office of The United States Trustee | Attn Phillip J. Shine | 280 South First Street, Rm. 268 | San Jose | CA | 95113 | | | phillip.shine@usdoj.gov |
| Counsel to Westport Insurance Corporation, f/k/a Employers Reinsurance Corporation | Parker, Hudson, Rainer & Dobbs LLP | Attn Harris B. Winsberg, Matthew M. Weiss and Matthew G. Roberts | 303 Peachtree St NE, Suite 3600 | | Atlanta | GA | 30308 | 404-523-5300 | 404-522-8409 | hwinsberg@phrd.com; mweiss@phrd.com; mroberts@phrd.com |
| Counsel to Westport Insurance Corporation, f/k/a Employers Reinsurance Corporation | Parker, Hudson, Rainer & Dobbs LLP | Attn Todd Jacobs and John E. Bucheit | Two N. Riverside Plaza, Suite 1850 | | Chicago | IL | 60606 | 312-477-3306 - Todd; 312-477-3305 - John | | tjacobs@phrd.com; jbucheit@phrd.com |
| Interested Party | Ransome Company | | 1933 Williams Street | | San Leandro | CA | 94577 | | | mfeissa@ransomeco.com |
| Interested Party | Romanucci & Blandin Law | Valerie Letko | 321 N. Clark St. Ste. 900 | | Chicago | IL | 60610 | | | vletko@rblaw.net |
| Interested Party | Shalom Center, Inc. | | PO Box 1148 | | Splendora | TX | 77372 | | | dkidd@shalomcenterinc.org |

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Westport Insurance Corporation, f/k/a Employers Reinsurance Corporation | Sinnott, Puebla, Campagne & Curet, APLC | Attn Blaise S. Curet | 2000 Powell Street, Suite 830 | | Emeryville | CA | 94608 | 415-352-6200 | 415-352-6224 | bcuret@spcclaw.com |
| Interested Party | Suizi Lin, Richard Simons | | 6589 Bellhurst Lane | | Castro Valley | CA | 94552 | | | rick@fjslaw.com; slin@fjslaw.com |
| Debtor | The Roman Catholic Bishop of Oakland | Paul Bongiovanni | 2121 Harrison Street, Suite 100 | | Oakland | CA | 94612 | 510-893-4711 | 510-893-0945 | PBongiovanni@oakdiocese.org |
| Interested Party | Thomas Duong Binh-Minh | | 3300 Narvaez Ave SPC 50 | | San Jose | CA | 95136 | | | tomasminh51@gmail.com |
| Interested Party | Waters, Kraus & Paul | Susan Ulrich, Esq. | 11601 Wilshire Boulevard, Suite 1900 | | Los Angeles | CA | 90025 | | | sulrich@waterskraus.com |