# Burns | Bair

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**The Bishop of Oakland UCC**      Issue Date: 10/11/2023

Bill #: 01243

**Matter:** Insurance

## PROFESSIONAL SERVICES RENDERED

### Committee Meetings

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 9/6/2023 | Jesse Bair | Review agenda for upcoming state court counsel meeting (.1); | 0.10 | $90.00 |
| 9/7/2023 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re case status, strategy, and mediation issues (.8); | 0.80 | $720.00 |
| 9/8/2023 | Jesse Bair | Prepare for Committee meeting (.1); | 0.10 | $90.00 |
| 9/8/2023 | Jesse Bair | Participate in Committee meeting for insurance purposes re case status and strategy (1.1); | 1.10 | $990.00 |
| 9/14/2023 | Timothy Burns | Participate in state court counsel meeting for insurance purposes re mediator selection and related case issues (1.2); | 1.20 | $1,344.00 |
| 9/14/2023 | Timothy Burns | Prepare for state court counsel meeting (.3); | 0.30 | $336.00 |
| 9/14/2023 | Timothy Burns | Analysis regarding insurance action items following state court counsel meeting (.2); | 0.20 | $224.00 |
| 9/20/2023 | Timothy Burns | Review materials regarding potential mediators in preparation for state court counsel meeting (.1); review related correspondence with state court counsel and Lowenstein re same (.1); | 0.20 | $224.00 |
| 9/20/2023 | Jesse Bair | Review agenda for upcoming state court counsel meeting (.1); | 0.10 | $90.00 |
| 9/21/2023 | Timothy Burns | Participate in weekly state court counsel meeting for insurance purposes (.6); | 0.60 | $672.00 |
| 9/21/2023 | Timothy Burns | Prepare summary of state court counsel meeting (.2); | 0.20 | $224.00 |
| 9/22/2023 | Jesse Bair | Participate in Committee meeting for insurance purposes (.9); | 0.90 | $810.00 |
| | | **Totals for Committee Meetings** | **5.80** | **$5,814.00** |

**Fee Applications**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 9/18/2023 | Jesse Bair | Participate in call with G. Albert re Committee interim fee applications (.1); | 0.10 | $90.00 |
| 9/18/2023 | Brenda Horn-Edwards | Draft BB monthly professional fee statement (.4); generate and edit Exhibit A to same (.1); | 0.50 | $170.00 |
| 9/24/2023 | Jesse Bair | Review and edit Burns Bair invoice for inclusion as exhibit in monthly fee submission (.8); | 0.80 | $720.00 |
| 9/25/2023 | Jesse Bair | Review and edit Burns Bair monthly fee application (.2); correspondence with G. Albert re same (.1); | 0.30 | $270.00 |
| | | **Totals for Fee Applications** | **1.70** | **$1,250.00** |

**Hearings**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 9/6/2023 | Jesse Bair | Participate in insurance status hearing (1.5); | 1.50 | $1,350.00 |
| 9/26/2023 | Jesse Bair | Participate in portion of case status conference and hearing on the insurers' Rule 2004 motion (1.8); | 1.80 | $1,620.00 |
| 9/26/2023 | Timothy Burns | Attend portion of case status conference and hearing on the insurers' Rule 2004 motion (1.8); | 1.80 | $2,016.00 |
| | | **Totals for Hearings** | **5.10** | **$4,986.00** |

**Insurance Adversary Proceeding**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 9/1/2023 | Timothy Burns | Conference with J. Bair re case insurance developments and ongoing projects (.4); | 0.40 | $448.00 |
| 9/1/2023 | Jesse Bair | Correspondence with M. Kaplan re the insurers' motion to dismiss and Rule 2004 motion (.1); | 0.10 | $90.00 |
| 9/1/2023 | Jesse Bair | Conference with T. Burns re case insurance developments and ongoing projects (.4); | 0.40 | $360.00 |
| 9/1/2023 | Jesse Bair | Correspondence with B. Weisenberg and G. Albert re finalization of the Committee insurance intervention order (.2): | 0.20 | $180.00 |
| 9/1/2023 | Jesse Bair | Correspondence with B. Weisenberg re upcoming insurance status conference (.1); correspondence with the Debtor re same (.1); | 0.20 | $180.00 |
| 9/2/2023 | Jesse Bair | Begin preparing for insurance status hearing (.1); | 0.10 | $90.00 |
| 9/2/2023 | Timothy Burns | Review Debtor's preliminary response re the insurers' Rule 2004 motion and the Committee's joinder re same (.2); | 0.20 | $224.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/2/2023 | Jesse Bair | Review preliminary order re the insurers' 2004 motion (.1): | 0.10 | $90.00 |
| 9/2/2023 | Timothy Burns | Correspondence with Lowenstein team re the insurers' objection to the Committee's draft intervention order (.2); | 0.20 | $224.00 |
| 9/2/2023 | Jesse Bair | Brief review of the insurers' motions to dismiss papers (.1); | 0.10 | $90.00 |
| 9/2/2023 | Jesse Bair | Analyze the insurers' objection to the Committee's intervention order (.3); | 0.30 | $270.00 |
| 9/2/2023 | Timothy Burns | Review the insurers' Objection to the Committee's draft intervention order (.2); | 0.20 | $224.00 |
| 9/4/2023 | Jesse Bair | Review certain excess insurers' motion to dismiss the insurance adversary complaint (.4); | 0.40 | $360.00 |
| 9/4/2023 | Timothy Burns | Review the insurers' San Francisco DJ complaint in connection with the insurers' motion to dismiss the Oakland adversary proceeding (.2): | 0.20 | $224.00 |
| 9/4/2023 | Timothy Burns | Review the insurers' Rule 2004 exam papers (.3); | 0.30 | $336.00 |
| 9/4/2023 | Jesse Bair | Review Pacific Indemnity's motion to dismiss the insurance adversary complaint (.3); | 0.30 | $270.00 |
| 9/4/2023 | Jesse Bair | Review Travelers' answer and affirmative defenses (.2); | 0.20 | $180.00 |
| 9/4/2023 | Jesse Bair | Review the insurers' Rule 2004 motion (.4); | 0.40 | $360.00 |
| 9/4/2023 | Timothy Burns | Review Pacific's motion to dismiss and motion for more definite state (.3); | 0.30 | $336.00 |
| 9/4/2023 | Jesse Bair | Review the Debtor's preliminary response to the insures' Rule 2004 motion (.1); review the Committee's joinder re same (.1); | 0.20 | $180.00 |
| 9/4/2023 | Timothy Burns | Reviewed certain insurers' motion to dismiss (.2); | 0.20 | $224.00 |
| 9/5/2023 | Jesse Bair | Provide instructions to B. Cawley re research needed in connection with insurance discovery issue (.1); | 0.10 | $90.00 |
| 9/5/2023 | Brian Cawley | Email J. Bair regarding claims file research project (.1); | 0.10 | $55.00 |
| 9/5/2023 | Jesse Bair | Draft response to the insurers' objection to the Committee's intervention order (1.9); | 1.90 | $1,710.00 |
| 9/5/2023 | Jesse Bair | Review correspondence with the Debtor re the insurers' Rule 2004 motion (.1); | 0.10 | $90.00 |
| 9/5/2023 | Brian Cawley | Create exhibits for Bair declaration in response to the insurers' objection to the Committee's draft intervention order (.3); | 0.30 | $165.00 |
| 9/5/2023 | Jesse Bair | Participate in insurance strategy meeting with Lowenstein team re insurer motion to dismiss, 2004 motion, and intervention order objection (.7); | 0.70 | $630.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/5/2023 | Jesse Bair | Draft revised proposed Order approving the Committee's intervention in the insurance adversary proceeding (.2); | 0.20 | $180.00 |
| 9/5/2023 | Jesse Bair | Participate in meeting with the Diocese and Lowenstein re case insurance issues (.7); | 0.70 | $630.00 |
| 9/5/2023 | Jesse Bair | Prepare for meeting with the Diocese re case insurance issues (.1); | 0.10 | $90.00 |
| 9/5/2023 | Jesse Bair | Prepare for insurance strategy meeting with the Lowenstein team (.1); | 0.10 | $90.00 |
| 9/5/2023 | Jesse Bair | Preliminary review re declaratory judgment action filed by certain insurers against the Archbishop of San Francisco in relation to arguments made by certain insures in this case to dismiss the Diocese's insurance complaint (.2); correspondence with the Diocese re same (.1): | 0.30 | $270.00 |
| 9/5/2023 | Jesse Bair | Draft Bair declaration and related exhibits in support of the Committee's response to the insurers' objection to the Committee's intervention order (.2); | 0.20 | $180.00 |
| 9/5/2023 | Jesse Bair | Research and analyze case law in connection with the insurers' objection to the Committee's intervention order (.3); | 0.30 | $270.00 |
| 9/6/2023 | Timothy Burns | Correspondence with J. Bair re insurance status hearing and hearing on Committee intervention order (.2); | 0.20 | $224.00 |
| 9/6/2023 | Jesse Bair | Prepare for insurance status hearing (.4); | 0.40 | $360.00 |
| 9/6/2023 | Timothy Burns | Review correspondence with J. Bair and the Debtor re the insurers' document productions (.1); | 0.10 | $112.00 |
| 9/6/2023 | Timothy Burns | Review Committee intervention order (.1); | 0.10 | $112.00 |
| 9/6/2023 | Jesse Bair | Correspondence with T. Burns re outcome of insurance status hearing (.1); | 0.10 | $90.00 |
| 9/6/2023 | Brian Cawley | Research discoverability of claims files under California law (3.7); | 3.70 | $2,035.00 |
| 9/6/2023 | Jesse Bair | Review the insurers' reply to the Debtor's response to the insurers' Rule 2004 motion (.1); | 0.10 | $90.00 |
| 9/6/2023 | Timothy Burns | Correspondence with J. Bair re state court counsel meeting re case mediation issues (.1); | 0.10 | $112.00 |
| 9/6/2023 | Jesse Bair | Correspondence with the Debtor re the insurers' recent policy document productions (.1); | 0.10 | $90.00 |
| 9/6/2023 | Jesse Bair | Prepare final Word version of Committee insurance intervention order (.1); | 0.10 | $90.00 |
| 9/7/2023 | Jesse Bair | Correspondence with B. Weisenberg and M. Kaplan re the insurers' Rule 2004 motion (.1); | 0.10 | $90.00 |
| 9/7/2023 | Brian Cawley | Continue researching the discoverability of claim files under California law (1.9); | 1.90 | $1,045.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/8/2023 | Jesse Bair | Review correspondence with the Debtor and the insurers re Rule 2004 meet and confer and adversary proceeding Rule 26 conference (.2); | 0.20 | $180.00 |
| 9/8/2023 | Brian Cawley | Finish researching the discoverability of claim files under California law and draft memorandum summarizing research results for J. Bair (3.1); | 3.10 | $1,705.00 |
| 9/8/2023 | Jesse Bair | Review insurer letter to the Diocese re requested documents (.1); | 0.10 | $90.00 |
| 9/8/2023 | Alyssa Turgeon | Additional analysis of Diocesan coverage correspondence and continue drafting detailed spreadsheet summarizing same (4.0); | 4.00 | $1,360.00 |
| 9/10/2023 | Jesse Bair | Correspondence with the Diocese re the Diocese's proposed insurance adversary proceeding protective order and the Committee's suggested edits to same (.1); | 0.10 | $90.00 |
| 9/10/2023 | Jesse Bair | Review and edit the Diocese's proposed insurance adversary proceeding protective order (.8); | 0.80 | $720.00 |
| 9/12/2023 | Jesse Bair | Correspondence with the Debtor re case insurance materials and recent insurer document production (.1); | 0.10 | $90.00 |
| 9/12/2023 | Timothy Burns | Review correspondence from the Debtor re insurance adversary proceeding protective order (.1); | 0.10 | $112.00 |
| 9/12/2023 | Timothy Burns | Review T. Schiavoni correspondence re insurance protective order (.1); | 0.10 | $112.00 |
| 9/13/2023 | Jesse Bair | Review the debtor's proposed adversary proceeding schedule (.1); correspondence with M. Kaplan and T. Burns re same and potential revisions (.2); correspondence with the debtor re same (.1); | 0.40 | $360.00 |
| 9/13/2023 | Timothy Burns | Participate in call with J. Bair re insurance strategy and next-steps (.2); | 0.20 | $224.00 |
| 9/13/2023 | Alyssa Turgeon | Additional analysis of Diocesan coverage correspondence and continue drafting detailed spreadsheet summarizing same (5.5); | 5.50 | $1,870.00 |
| 9/13/2023 | Jesse Bair | Review correspondence with the debtor and the insurers re proposed adversary proceeding protective order (.1); | 0.10 | $90.00 |
| 9/13/2023 | Jesse Bair | Participate in call with T. Burns re insurance strategy and next-steps (.2); | 0.20 | $180.00 |
| 9/14/2023 | Timothy Burns | Review correspondence with Lowenstein and state court counsel re mediation issues (.2); | 0.20 | $224.00 |
| 9/14/2023 | Jesse Bair | Review correspondence with Lowenstein and state court counsel re potential mediators (.1); | 0.10 | $90.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/14/2023 | Jesse Bair | Review B. Weisenberg correspondence re retention of valuation expert and case update (.1); | 0.10 | $90.00 |
| 9/14/2023 | Timothy Burns | Consideration concerning and email to J. Bair re ongoing case insurance projects (.1); | 0.10 | $112.00 |
| 9/14/2023 | Jesse Bair | Correspondence with the Diocese re insurance document production status (.1); | 0.10 | $90.00 |
| 9/14/2023 | Timothy Burns | Review correspondence with Lowenstein, the Committee, and state court counsel re committee meeting and ongoing projects (.1); | 0.10 | $112.00 |
| 9/14/2023 | Jesse Bair | Review the Debtor's limited objection to the insurers' 2004 motion (.3); | 0.30 | $270.00 |
| 9/14/2023 | Jesse Bair | Review the Committee's objection to the insurers' 2004 motion (.2); | 0.20 | $180.00 |
| 9/14/2023 | Jesse Bair | Participate in meet and confer with the Diocese and the insurers re the insurers' Rule 2004 motion (1.0); | 1.00 | $900.00 |
| 9/15/2023 | Timothy Burns | Review and consider issues pertaining to stipulation re Rule 2004 motion (.2); | 0.20 | $224.00 |
| 9/15/2023 | Jesse Bair | Leave voice-message for Debtor insurance counsel re Diocesan coverage materials (.1); | 0.10 | $90.00 |
| 9/15/2023 | Timothy Burns | Review the Diocese's limited objection to the insurers' Rule 2004 request (.4); | 0.40 | $448.00 |
| 9/15/2023 | Timothy Burns | Review and consider transcript of 9/6 insurance hearing (.7); | 0.70 | $784.00 |
| 9/15/2023 | Jesse Bair | Participate in call with B. Weisenberg re Claro retention and insurance allocation work (.2); | 0.20 | $180.00 |
| 9/17/2023 | Timothy Burns | Review new California law on time-limited demands (.5); | 0.50 | $560.00 |
| 9/18/2023 | Jesse Bair | Analysis re current version of Diocesan coverage chart (.1); correspondence with BB team re follow-up question in connection with same (.1); | 0.20 | $180.00 |
| 9/18/2023 | Brian Cawley | Analyze insurance materials for response to J. Bair question regarding SIRs and aggregates (.4); | 0.40 | $220.00 |
| 9/18/2023 | Jesse Bair | Participate in conference with T. Burns re case status and insurance action items (.2); | 0.20 | $180.00 |
| 9/18/2023 | Jesse Bair | Participate in call with Debtor insurance counsel re case insurance issues (.1); | 0.10 | $90.00 |
| 9/18/2023 | Alyssa Turgeon | Draft email summary to T. Burns re analysis of all Diocesan coverage correspondence (.2); | 0.20 | $68.00 |
| 9/18/2023 | Brian Cawley | Additional analysis re new California law re time-limited demands (.5); | 0.50 | $275.00 |
| 9/18/2023 | Timothy Burns | Participate in conference with J. Bair re case status and insurance action items (.2); | 0.20 | $224.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/18/2023 | Jesse Bair | Correspondence with the Diocese re insurer Rule 26(f) conference (.1); | 0.10 | $90.00 |
| 9/18/2023 | Timothy Burns | Analysis re status of Diocesan insurance document productions (.1); | 0.10 | $112.00 |
| 9/18/2023 | Nathan Kuenzi | Review spreadsheet providing summary of all Diocesan coverage correspondence (.2); | 0.20 | $110.00 |
| 9/19/2023 | Jesse Bair | Review the Debtor's status conference statement (.2); | 0.20 | $180.00 |
| 9/19/2023 | Nathan Kuenzi | Draft email memorandum for J. Bair summarizing research results re Review and analyze Ninth Circuit and California case law re exhaustion requirements in connection with responding to the insurers' motions to dismiss (2.6); | 2.60 | $1,430.00 |
| 9/19/2023 | Jesse Bair | Analysis re follow-up research needed in connection with responding to the insurers' motions to dismiss (.2); provide instructions to N. Kuenzi re same (.1); preliminary analysis of N. Kuenzi research results re exhaustion issue (.2); | 0.50 | $450.00 |
| 9/19/2023 | Nathan Kuenzi | Review and analyze Ninth Circuit and California case law re exhaustion requirements in connection with responding to the insurers' motions to dismiss (5.0); | 5.00 | $2,750.00 |
| 9/19/2023 | Jesse Bair | Analyze the insurers' Rule 2004 reply brief and accompanying amended Order approving same (.5); | 0.50 | $450.00 |
| 9/19/2023 | Jesse Bair | Correspondence with B. Weisenberg and K. McNally re call to discuss case overview, scope of work, and insurance issues (.1); | 0.10 | $90.00 |
| 9/20/2023 | Jesse Bair | Prepare for call with Lowenstein team re strategy for hearing on the insurers' Rule 2004 motion (.1); participate in call with Lowenstein team re same (.4); | 0.50 | $450.00 |
| 9/20/2023 | Timothy Burns | Review Status Conference Statement (.2); | 0.20 | $224.00 |
| 9/20/2023 | Timothy Burns | Review the insurers' reply in support of their Rule 2004 motion (.2); | 0.20 | $224.00 |
| 9/20/2023 | Nathan Kuenzi | Continue reviewing spreadsheet providing summary of all Diocesan coverage correspondence (.4); | 0.40 | $220.00 |
| 9/20/2023 | Nathan Kuenzi | Prepare public insurance materials for potential valuation expert (.2); | 0.20 | $110.00 |
| 9/20/2023 | Timothy Burns | Participate in call with J. Bair re strategy for insurer 2004 hearing (.1); | 0.10 | $112.00 |
| 9/20/2023 | Jesse Bair | Correspondence with N. Kuenzi re publicly available insurance information needed by potential valuation expert (.1); | 0.10 | $90.00 |
| 9/20/2023 | Jesse Bair | Participate in call with T. Burns re strategy for insurer 2004 hearing (.1); | 0.10 | $90.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/20/2023 | Jesse Bair | Prepare for call with potential valuation expert (.1); participate in call with B. Weisenberg and potential valuation expert (.4); | 0.50 | $450.00 |
| 9/21/2023 | Jesse Bair | Participate in call with T. Burns re state court counsel meeting outcome and follow up (.1); | 0.10 | $90.00 |
| 9/21/2023 | Jesse Bair | Correspondence with valuation expert re public Diocesan insurance information (.1); | 0.10 | $90.00 |
| 9/21/2023 | Timothy Burns | Participate in call with J. Bair re state court counsel meeting outcome and follow up (.1); | 0.10 | $112.00 |
| 9/22/2023 | Jesse Bair | Participate in Rule 26(f) conference with the insurers (.9); | 0.90 | $810.00 |
| 9/22/2023 | Jesse Bair | Correspondence with the Diocese re Rule 26 conference with the carriers (.1); | 0.10 | $90.00 |
| 9/22/2023 | Jesse Bair | Participate in call with T. Burns re outcome of Rule 26(f) conference with the insurers (.1); | 0.10 | $90.00 |
| 9/22/2023 | Jesse Bair | Review the Diocese's draft Rule 26 case management statement (.1); | 0.10 | $90.00 |
| 9/22/2023 | Timothy Burns | Participate in call with J. Bair re outcome of Rule 26(f) conference with the insurers (.1); | 0.10 | $112.00 |
| 9/24/2023 | Jesse Bair | Brief review of comprehensive chart re Diocesan coverage correspondence (.2); | 0.20 | $180.00 |
| 9/25/2023 | Jesse Bair | Correspondence with Lowenstein re additional insurance meeting with the Diocese (.1); | 0.10 | $90.00 |
| 9/25/2023 | Jesse Bair | Draft outline of the Committee's response to the insurers' motions to dismiss (.5); | 0.50 | $450.00 |
| 9/25/2023 | Jesse Bair | Participate for insurance purposes in portion of meeting between Committee and Diocese (2.1); | 2.10 | $1,890.00 |
| 9/26/2023 | Jesse Bair | Answer B. Cawley questions re the Committee's response to the insurers' motions to dismiss the insurance adversary complaint (.1); | 0.10 | $90.00 |
| 9/26/2023 | Timothy Burns | Participate in conference with J. Bair re strategy for hearing on the insurers' Rule 2004 motion (.1); | 0.10 | $112.00 |
| 9/26/2023 | Brian Cawley | Begin drafting the Committee's response to the insures' motions to dismiss (6.4); | 6.40 | $3,520.00 |
| 9/26/2023 | Jesse Bair | Participate in call with T. Burns re strategy for upcoming hearing on the insurers' Rule 2004 hearing (.1); | 0.10 | $90.00 |
| 9/26/2023 | Jesse Bair | Review the insurers' status conference statement (.1); | 0.10 | $90.00 |
| 9/26/2023 | Brian Cawley | Review motion to dismiss materials and other filings in preparation for drafting the Committee's response to same (1.2); | 1.20 | $660.00 |
| 9/26/2023 | Jesse Bair | Correspondence with the Diocese re supplemental insurance call (.1); | 0.10 | $90.00 |
| 9/27/2023 | Brian Cawley | Continue drafting the Committee's response to the insures' motions to dismiss (5.4); | 5.40 | $2,970.00 |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 9/28/2023 | Jesse Bair | Correspondence with Lowenstein re potential 2004 request on the insurers (.1); | 0.10 | $90.00 |
| 9/28/2023 | Jesse Bair | Review correspondence with the Diocese and the insurers re Rule 26(f) report and adversary proceeding protective order (.1); | 0.10 | $90.00 |
| 9/28/2023 | Timothy Burns | Conference with J. Bair re hearing outcome re the insurers' 2004 motion and next-steps (.1); | 0.10 | $112.00 |
| 9/28/2023 | Jesse Bair | Analysis re insurance question from state court counsel (.1); correspondence with B. Weisenberg re same (.1); | 0.20 | $180.00 |
| 9/28/2023 | Timothy Burns | Review correspondence with Lowenstein and the Committee re Rule 2004 hearing (.1); | 0.10 | $112.00 |
| 9/28/2023 | Timothy Burns | Review correspondence with BB and the Debtor re coverage information (.1); | 0.10 | $112.00 |
| 9/28/2023 | Jesse Bair | Correspondence with the Diocese re insurance call and document requests (.1); | 0.10 | $90.00 |
| 9/28/2023 | Jesse Bair | Conference with T. Burns re hearing outcome re the insurers' 2004 motion and next-steps (.1); | 0.10 | $90.00 |
| 9/28/2023 | Timothy Burns | Review correspondence with the Debtor and the insurers re protective order issues (.1); | 0.10 | $112.00 |
| 9/29/2023 | Jesse Bair | Participate in call with M. Kaplan and B. Weisenberg re case insurance strategy, including upcoming mediation session, Rule 2004 motion, and motion to dismiss response (.5); | 0.50 | $450.00 |
| 9/29/2023 | Jesse Bair | Participate in call with state court counsel re answer to certain Diocesan insurance questions (.3); | 0.30 | $270.00 |
| 9/29/2023 | Jesse Bair | Participate in call with B. Weisenberg re state court counsel insurance questions (.2); | 0.20 | $180.00 |
| 9/29/2023 | Jesse Bair | Review correspondence with the Debtor and the insurers re protective order and Rule 2004 issues (.1); | 0.10 | $90.00 |
| 9/29/2023 | Jesse Bair | Analysis in connection with upcoming insurance presentation to the Committee (.1); | 0.10 | $90.00 |
| 9/30/2023 | Jesse Bair | Analyze relevant case law and related pleadings in connection with drafting revised version of the Committee's response to the insurers' motions to dismiss (.6); | 0.60 | $540.00 |
| 9/30/2023 | Jesse Bair | Begin drafting revised version of the Committee's response to the insurers' motions to dismiss (2.0); | 2.00 | $1,800.00 |
| | | **Totals for Insurance Adversary Proceeding** | **72.60** | **$50,370.00** |
| **Total Hours and Fees** | | | **85.20** | **$62,420.00** |

## Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Alyssa Turgeon | Paralegal | 9.70 | $340.00 | $3,298.00 |
| Brenda Horn-Edwards | Paralegal | 0.50 | $340.00 | $170.00 |
| Brian Cawley | Associate | 23.00 | $550.00 | $12,650.00 |
| Jesse Bair | Partner | 32.50 | $900.00 | $29,250.00 |
| Nathan Kuenzi | Associate | 8.40 | $550.00 | $4,620.00 |
| Timothy Burns | Partner | 11.10 | $1,120.00 | $12,432.00 |

**Total Due This Invoice:** **$62,420.00**