**LOWENSTEIN SANDLER LLP**
JEFFREY D. PROL (admitted pro hac vice)
jprol@lowenstein.com
BRENT WEISENBERG (admitted pro hac vice)
bweisenberg@lowenstein.com
COLLEEN M. RESTEL (admitted pro hac vice)
crestel@lowenstein.com
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
tkeller@kbkllp.com
JANE KIM (Cal. Bar No. 298192)
jkim@kbkllp.com
GABRIELLE L. ALBERT (Cal. Bar No. 190895)
galbert@kbkllp.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Counsel for the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| *In re:*<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,<br><br>Debtor. | Case No. 23-40523 WJL<br><br>Chapter 11<br><br>**CERTIFICATE OF NO OBJECTION REGARDING FOURTH MONTHLY FEE STATEMENT OF KELLER BENVENUTTI KIM LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**<br><br>**[Re: Dkt No. 564]**<br><br>**Objection Deadline**: November 9, 2023 @ 4:00 p.m. (Pacific) |

# THE MONTHLY FEE STATEMENT

On October 30 2023, Keller Benvenutti Kim LLP (the "**Applicant**"), attorneys for The Official Committee of Unsecured Creditors (the "**Committee**"), filed its *Monthly Professional Fee Statement for Keller Benvenutti Kim LLP [September 1, 2023 Through September 30, 2023]* [Docket No. 564] (the "**Monthly Fee Statement**"), pursuant to the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on June 23, 2023 [Docket No. 170] (the "**Interim Compensation Procedures Order**").

The Monthly Fee Statement was served on October 30, 2023. The deadline to file responses or oppositions to the Monthly Fee Statement was November 9, 2023, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the above captioned debtor and debtor in possession is authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A.**

# DECLARATION OF NO RESPONSE RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am an attorney of the firm of Keller Benvenutti Kim LLP, co-counsel for the Committee.

2. I certify that I have reviewed the Court's docket in this case and have not received any response or opposition to the Monthly Fee Statement.

3. This declaration was executed in San Francisco, California.

Dated: November 14, 2023  By: */s/ Gabrielle L. Albert*
Gabrielle L. Albert (Cal. Bar No. 190895)
*Counsel for the Official Committee of Unsecured Creditors*

**Exhibit A**

Professional Fees and Expenses
Monthly Fee Application

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Total Net Allowed (80% of Fees and 100% of Costs) | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|---|
| **Keller Bevenutti Kim LLP** (Attorneys for Official Committee of Unsecured Creditors) | **Fourth Monthly** (09.1.23 to 09.30.23) [Dkt. 564; filed 10.30.23] | $27,469.00 | $1,458.05 | 11.09.23 | $21,975.20 | $1,458.05 | $23,433.25 | $5,493.80 |