**Burns | Bair**

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**The Roman Catholic Bishop of Oakland UCC**

| | |
|---|---|
| Issue Date : | 11/27/2023 |
| Bill # : | 01270 |

**Matter:** Insurance

## PROFESSIONAL SERVICES RENDERED

### Committee Meetings

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 10/13/2023 | Jesse Bair | Participate in Committee meeting for insurance purposes re case status, strategy, and next-steps (1.3); | 1.30 | $1,170.00 |
| 10/13/2023 | Timothy Burns | Participate in portion of Committee meeting for insurance purposes re case status, strategy, and next-steps (.8); | 0.80 | $896.00 |
| 10/26/2023 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re case status, strategy, and next-steps (.4); participate in post-meeting conference with T. Burns re outcome of state court counsel meeting (.1); | 0.50 | $450.00 |
| 10/27/2023 | Jesse Bair | Participate in Committee meeting for insurance purposes re case status, strategy, and next-steps (.7); | 0.70 | $630.00 |
| 10/27/2023 | Timothy Burns | Participate in Committee meeting for insurance purposes re case status, strategy, and next-steps (.7); | 0.70 | $784.00 |
| | | **Totals for Committee Meetings** | **4.00** | **$3,930.00** |

### Fee Applications

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 10/11/2023 | Brenda Horn-Edwards | Draft BB monthly professional fee statement (.4); generate and edit Exhibit A to same (.1); | 0.50 | $170.00 |
| 10/11/2023 | Jesse Bair | Review and edit Burns Bair invoices for inclusion as exhibit with monthly fee submission (1.5); | 1.50 | $1,350.00 |

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 10/12/2023 | Jesse Bair | Review and finalize Burns Bair's monthly fee submission (.1); correspondence with G. Albert re same (.1); | 0.20 | $180.00 |
| | | **Totals for Fee Applications** | **2.20** | **$1,700.00** |

### Hearings

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 10/2/2023 | Karin Jonch-Clausen | Attend hearing on Order re the insurers' Motion for Rule 2004 discovery from the Debtor (.3); | 0.30 | $165.00 |
| 10/2/2023 | Karin Jonch-Clausen | Draft summary of outcome of hearing re Order on the insurers' Motion for Rule 2004 discovery on the debtor (.3); | 0.30 | $165.00 |
| 10/18/2023 | Timothy Burns | Attend insurance motion to dismiss hearing and portion of case status conference (3.3); | 3.30 | $3,696.00 |
| 10/18/2023 | Jesse Bair | Participate in pre-hearing conferences with the insurers and Debtor re case insurance issues (.3); | 0.30 | $270.00 |
| 10/18/2023 | Jesse Bair | Participate in insurer motion to dismiss hearing and portion of case status conference (3.3); | 3.30 | $2,970.00 |
| 10/18/2023 | Nathan Kuenzi | Attend via Zoom case status conference (.9); | 0.90 | $495.00 |
| 10/18/2023 | Timothy Burns | Participate in pre-hearing conferences with the insurers and Debtor re case insurance issues (.3); | 0.30 | $336.00 |
| | | **Totals for Hearings** | **8.70** | **$8,097.00** |

### Insurance Adversary Proceeding

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 10/1/2023 | Jesse Bair | Review correspondence with the Debtor and the insurers re protective order issues (.1); | 0.10 | $90.00 |
| 10/2/2023 | Jesse Bair | Participate in conference with T. Burns re ongoing projects and associate assignments (.2); | 0.20 | $180.00 |
| 10/2/2023 | Karin Jonch-Clausen | Participate in BB team meeting re case developments and assignments (.1); | 0.10 | $55.00 |
| 10/2/2023 | Jesse Bair | Prepare for case insurance discussion call with the Debtor (.2); | 0.20 | $180.00 |
| 10/2/2023 | Timothy Burns | Review and suggest revisions to draft Rule 2004 requests to the insurers (.8); | 0.80 | $896.00 |
| 10/2/2023 | Brian Cawley | Participate in BB team meeting re case development and ongoing assignments (.1); | 0.10 | $55.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/2/2023 | Jesse Bair | Brief review re the Committee's draft Rule 2004 requests to the insurers (.2); draft correspondence to B. Cawley re analysis needed to finalize same (.2); | 0.40 | $360.00 |
| 10/2/2023 | Jesse Bair | Participate in BB team meeting re case development and ongoing assignments (.1); | 0.10 | $90.00 |
| 10/2/2023 | Timothy Burns | Review draft order re the insurers' Rule 2004 motion (.1); review correspondence with the Debtor and the insurers re same (.1); | 0.20 | $224.00 |
| 10/2/2023 | Jesse Bair | Participate in case insurance meeting with the Diocese re various insurance issues, including the insurers' motion to dismiss and insurance document productions (.8); | 0.80 | $720.00 |
| 10/2/2023 | Timothy Burns | Review summary of hearing on Order re the insurers' Rule 2004 Motion (.1); | 0.10 | $112.00 |
| 10/2/2023 | Jesse Bair | Review K. Jonch-Clausen email summary re outcome of hearing on Order on the Insurers' Rule 2004 motion (.1); | 0.10 | $90.00 |
| 10/2/2023 | Alyssa Turgeon | Participate in BB team meeting re case development and ongoing assignments (.1); | 0.10 | $34.00 |
| 10/2/2023 | Jesse Bair | Review draft order granting the insurers' Rule 2004 motion (.1); review correspondence with the Debtor and the insurers re same (.1); | 0.20 | $180.00 |
| 10/2/2023 | Timothy Burns | Participate in conference with J. Bair re ongoing projects and associate assignments (.2); | 0.20 | $224.00 |
| 10/2/2023 | Timothy Burns | Participate in BB team meeting re case development and ongoing assignments (.1); | 0.10 | $112.00 |
| 10/3/2023 | Jesse Bair | Continue reviewing relevant case law in connection with the Committee's response to the insurers' motions to dismiss the insurance adversary proceeding (.3); | 0.30 | $270.00 |
| 10/3/2023 | Brian Cawley | Review and edit the Committee's draft Rule 2004 motion and accompanying discovery topics to the insurers, including drafting additional section addressing the pending proceeding rule (4.0); | 4.00 | $2,200.00 |
| 10/3/2023 | Brian Cawley | Correspond with T. Burns and J. Bair regarding suggested edits to the Committee's Rule 2004 motion and discovery topics to the insurers (.2); | 0.20 | $110.00 |
| 10/3/2023 | Jesse Bair | Review the Debtor's opposition to the Third Amended Proposed Order Granting Moving Insurers' Rule 2004 motion (.1); | 0.10 | $90.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/3/2023 | Jesse Bair | Review T. Burns' suggested edits to the Committee's Rule 2004 Motion and discovery topics to the insurers (.2); draft correspondence to B. Cawley and K. Jonch-Clausen re same and instructions for revising the Committee's Rule 2004 insurance motion and document requests (.2); | 0.40 | $360.00 |
| 10/3/2023 | Jesse Bair | Continue drafting revised version of the Committee's response to the insurers' motions to dismiss the insurance adversary proceeding (3.0); | 3.00 | $2,700.00 |
| 10/3/2023 | Jesse Bair | Additional review of current draft of the Committee's Rule 2004 motion against the insurers (.1); | 0.10 | $90.00 |
| 10/4/2023 | Jesse Bair | Analysis re post-1987 Diocesan insurance coverage (.1); | 0.10 | $90.00 |
| 10/4/2023 | Jesse Bair | Correspondence with Lowenstein team re suggested revisions to the Committee's Rule 2004 motion and discovery topics to the insurers (.1); | 0.10 | $90.00 |
| 10/4/2023 | Timothy Burns | Review draft of the Committee's opposition to the insurers' motion to dismiss and motion for more definite statement (.4); | 0.40 | $448.00 |
| 10/4/2023 | Jesse Bair | Review M. Kaplan's suggested edits to the Committee's response to the insurers' motions to dismiss the insurance adversary proceeding (.1); | 0.10 | $90.00 |
| 10/4/2023 | Karin Jonch-Clausen | Revise and edit the Committee's opposition to the insurers' motion to dismiss the insurance adversary complaint (2.2); | 2.20 | $1,210.00 |
| 10/4/2023 | Jesse Bair | Participate in call with M. Kaplan re the Committee's Rule 2004 requests on the insurers (.1); | 0.10 | $90.00 |
| 10/4/2023 | Timothy Burns | Review and respond to correspondence re claims valuation with Lowenstein, J. Bair, and Stout (.1); | 0.10 | $112.00 |
| 10/4/2023 | Timothy Burns | Review revised version of the Committee's Rule 2004 motion to the insurers (.1); review correspondence with J. Bair and Lowenstein re same (.1); | 0.20 | $224.00 |
| 10/4/2023 | Timothy Burns | Review final version of the Committee's motion to dismiss response brief (.1); review J. Bair correspondence re same (.1); | 0.20 | $224.00 |
| 10/4/2023 | Timothy Burns | Review B. Weisenberg correspondence re recent case developments (.1); | 0.10 | $112.00 |
| 10/4/2023 | Jesse Bair | Review correspondence with the Court and the insurers re final order approving the insurers' Rule 2004 motion (.1); | 0.10 | $90.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/4/2023 | Jesse Bair | Review and edit revised version of the Committee's Rule 2004 motion and discovery topics to the insurers (.9); | 0.90 | $810.00 |
| 10/4/2023 | Jesse Bair | Review B. Weisenberg correspondence re case status and developments (.1); | 0.10 | $90.00 |
| 10/4/2023 | Nathan Kuenzi | Prepare for and participate in discussion with J. Bair on issues in Oakland excess carriers (.2); | 0.20 | $110.00 |
| 10/4/2023 | Jesse Bair | Review and respond to correspondence with Lowenstein and Stout re upcoming meeting re POC analysis (.1); | 0.10 | $90.00 |
| 10/4/2023 | Jesse Bair | Revise, edit, and finalize the Committee's response to the insurers' motions to dismiss the insurance adversary proceeding (1.4); | 1.40 | $1,260.00 |
| 10/5/2023 | Timothy Burns | Participate in conference with K. Jonch-Clausen re research assignment re prior insurance settlements entered into by the Debtor (.2); | 0.20 | $224.00 |
| 10/5/2023 | Jesse Bair | Review the Debtor's response to Pacific Insurance's motion to dismiss (.3); | 0.30 | $270.00 |
| 10/5/2023 | Timothy Burns | Review Diocese's response to excess insurers' motion to dismiss (.4); | 0.40 | $448.00 |
| 10/5/2023 | Karin Jonch-Clausen | Participate in conference with T. Burns re research assignment re prior insurance settlements entered into by the Debtor (.2); | 0.20 | $110.00 |
| 10/5/2023 | Jesse Bair | Review the debtor's request for judicial notice in support of its motion to dismiss responses (.1); | 0.10 | $90.00 |
| 10/5/2023 | Timothy Burns | Review case update email from Lowenstein to the Committee (.1); participate in conference with J. Bair re upcoming insurance motion to dismiss hearing (.1); | 0.20 | $224.00 |
| 10/5/2023 | Jesse Bair | Conference with T. Burns re upcoming insurance motion to dismiss hearing (.1); | 0.10 | $90.00 |
| 10/5/2023 | Karin Jonch-Clausen | Research case law in connection with the insurers' argument that certain settlement agreements entered into with the Debtor during the first window purportedly limit coverage for current CVA claims (4.2); | 4.20 | $2,310.00 |
| 10/5/2023 | Jesse Bair | Review the Debtor's response to certain excess insurers' motion to dismiss (.4); | 0.40 | $360.00 |
| 10/5/2023 | Jesse Bair | Review B. Wieseberg correspondence to the Committee and state court counsel re case updates and next-steps (.1); | 0.10 | $90.00 |
| 10/5/2023 | Timothy Burns | Review the Debtor's response to the Chubb insurers' motion to dismiss (.4); | 0.40 | $448.00 |
| 10/6/2023 | Jesse Bair | Review current status of insurance productions received from the Debtor (.1); correspondence with C. Restel re same (.1); | 0.20 | $180.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/6/2023 | Jesse Bair | Review final version of the Committee's Rule 2004 requests on the insurers (.1); | 0.10 | $90.00 |
| 10/6/2023 | Jesse Bair | Review CIGA's motion to dismiss the insurance adversary complaint (.4); | 0.40 | $360.00 |
| 10/6/2023 | Karin Jonch-Clausen | Continue researching case law in connection with the insurers' argument that certain settlement agreements entered into with the Debtor during the first window purportedly limit coverage for current CVA claims (3.5); | 3.50 | $1,925.00 |
| 10/6/2023 | Jesse Bair | Participate in call with Stout and Lowenstein team re proof of claim review and analysis (.5); | 0.50 | $450.00 |
| 10/8/2023 | Karin Jonch-Clausen | Draft summary of research results re case law in connection with the insurers' argument that certain settlement agreements entered into with the Debtor during the first window purportedly limit coverage for current CVA claims (2.2); | 2.20 | $1,210.00 |
| 10/9/2023 | Jesse Bair | Review correspondence with the Debtor and the insurers re protective order issues and suggested edits (.2); | 0.20 | $180.00 |
| 10/9/2023 | Nathan Kuenzi | Draft summary of CIGA-related research findings for J. Bair (.9); | 0.90 | $495.00 |
| 10/9/2023 | Jesse Bair | Review the Committee's proposed Rule 2004 scheduling order (.1); | 0.10 | $90.00 |
| 10/9/2023 | Jesse Bair | Review correspondence from Pacific re the Committee's Rule 2004 motion, scheduling, and meet and confer (.1); review correspondence with M. Kaplan and the Debtor re same (.1); | 0.20 | $180.00 |
| 10/9/2023 | Nathan Kuenzi | Conduct preliminary research analyzing CIGA processes, procedures, and limits for covered claims (3.4); | 3.40 | $1,870.00 |
| 10/9/2023 | Jesse Bair | Provide instructions to N. Kuenzi re research needed re the California Insurance Guarantee Association (.1); | 0.10 | $90.00 |
| 10/10/2023 | Timothy Burns | Prepare for insurance meeting with the Debtor (.1); | 0.10 | $112.00 |
| 10/10/2023 | Jesse Bair | Participate in conference with T. Burns re case status, projects, and overall case insurance strategy (.3); | 0.30 | $270.00 |
| 10/10/2023 | Jesse Bair | Review correspondence from Pacific re protective order issues and ISO disclosures (.1); | 0.10 | $90.00 |
| 10/10/2023 | Jesse Bair | Respond to correspondence with C. Restel and BB team re supplemental insurance document production from the Debtor (.1); | 0.10 | $90.00 |
| 10/10/2023 | Jesse Bair | Review correspondence with the Debtor re Rule 2004 meet and confer with the insurers (.1); | 0.10 | $90.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/10/2023 | Nathan Kuenzi | Review J. Bair correspondence regarding newly-obtained Diocesan insurance materials and document review re same (.1); | 0.10 | $55.00 |
| 10/10/2023 | Jesse Bair | Participate in call with the Debtor and Lowenstein re case insurance issues, including the insurance Protective Order and Rule 26(f) statement (.4); | 0.40 | $360.00 |
| 10/10/2023 | Jesse Bair | Brief review of alternative protective order proposed by the insurers (.1); | 0.10 | $90.00 |
| 10/10/2023 | Timothy Burns | Review correspondence with J. Bair and BB team re insurance document review (.1); | 0.10 | $112.00 |
| 10/10/2023 | Timothy Burns | Review correspondence with Lowenstein re insurance document review materials and Rule 2004 meet and confer with the insurers (.1); | 0.10 | $112.00 |
| 10/10/2023 | Timothy Burns | Participate in conference with J. Bair re case status, projects, and overall case insurance strategy (.3); | 0.30 | $336.00 |
| 10/10/2023 | Timothy Burns | Participate in call with the Debtor and Lowenstein re case insurance issues (.4); | 0.40 | $448.00 |
| 10/11/2023 | Timothy Burns | Review meet and confer correspondence with the Debtor, the insurers, and Lowenstein (.2); | 0.20 | $224.00 |
| 10/11/2023 | Timothy Burns | Review status conference notice (.1); | 0.10 | $112.00 |
| 10/11/2023 | Nathan Kuenzi | Review and analyze recently-produced Diocesan insurance materials (1.4); | 1.40 | $770.00 |
| 10/11/2023 | Jesse Bair | Correspondence with Stout and Lowenstein re proof of claim review (.1); | 0.10 | $90.00 |
| 10/11/2023 | Timothy Burns | Review correspondence with Lowenstein and Stout re claim valuation analysis (.1); | 0.10 | $112.00 |
| 10/11/2023 | Timothy Burns | Review Stout retention order (.1); | 0.10 | $112.00 |
| 10/11/2023 | Jesse Bair | Review correspondence with the Debtor and the insurers re Rule 2004 meet and confer (.1); | 0.10 | $90.00 |
| 10/12/2023 | Jesse Bair | Review the Debtor's status conference statement (.2); | 0.20 | $180.00 |
| 10/12/2023 | Jesse Bair | Review the insurers' motion for entry of an insurance protective order (.1); review the insurers' ex parte motion to shorten time in connection with same (.1); brief review of the insurers' proposed insurance protective order (.1); | 0.30 | $270.00 |
| 10/12/2023 | Timothy Burns | Review correspondence with T. Schiavoni and M. Kaplan re insurers' request re proof of claim information for experts (.2); | 0.20 | $224.00 |
| 10/12/2023 | Jesse Bair | Prepare for Rule 2004 meet and confer with the insurers (.6); | 0.60 | $540.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/12/2023 | Timothy Burns | Participate in meet and confer with the insurers re the Committee's Rule 2004 requests (.6); | 0.60 | $672.00 |
| 10/12/2023 | Timothy Burns | Review correspondence with Lowenstein and the insurers re hearing date re the Committee's Rule 2004 motion to the insurers (.1); | 0.10 | $112.00 |
| 10/12/2023 | Timothy Burns | Participate in conference with J. Bair re meet and confer with insurers re the Committee's Rule 2004 requests (.2); | 0.20 | $224.00 |
| 10/12/2023 | Jesse Bair | Review the Committee's motion for a protective order to prevent disclosure of survivor information to the Insurance Services Office (.2); | 0.20 | $180.00 |
| 10/12/2023 | Timothy Burns | Review the Debtor's Rule 26 case management statement (.2); review the debtor's response to the Committee's Rule 2004 motion to the insurers (.1) review the debtor's response to the Committee's Rule 2004 motion to certain financial institutions (.1); | 0.40 | $448.00 |
| 10/12/2023 | Jesse Bair | Participate in conference with T. Burns re upcoming Rule 2004 meet and confer with the insurers (.2); | 0.20 | $180.00 |
| 10/12/2023 | Timothy Burns | Participate in pre-meet and confer conference with C. Restel and J. Bair re insurance strategy (.2); | 0.20 | $224.00 |
| 10/12/2023 | Jesse Bair | Review correspondence with the insurers, Lowenstein, and the court re hearing date on the insurers' protective order motion and the Committee's Rule 2004 motion (.1); | 0.10 | $90.00 |
| 10/12/2023 | Timothy Burns | Post meet and confer discussion with J. Bair re strategy (.1); | 0.10 | $112.00 |
| 10/12/2023 | Timothy Burns | Review the debtor's status conference statement for bankruptcy case (.2); | 0.20 | $224.00 |
| 10/12/2023 | Timothy Burns | Review the insurers' motion for protective order (.2); review the insurers' proposed protective order (.3); | 0.50 | $560.00 |
| 10/12/2023 | Jesse Bair | Participate in pre-meet and confer conference with C. Restel and T. Burns re insurance strategy (.2); | 0.20 | $180.00 |
| 10/12/2023 | Jesse Bair | Review the insurers' motion to share the proofs of claim with insurer experts (.1); | 0.10 | $90.00 |
| 10/12/2023 | Timothy Burns | Prepare for meet and confer with the insurers re the Committee's Rule 2004 requests (.8); | 0.80 | $896.00 |
| 10/12/2023 | Jesse Bair | Participate in Rule 2004 meet and confer with the insurers (.6); | 0.60 | $540.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/12/2023 | Jesse Bair | Review the insurers' preliminary response to the Committee's Rule 2004 motion (.1); participate in post-meet and confer conference with T. Burns re outcome of same and related strategy (.1); | 0.20 | $180.00 |
| 10/12/2023 | Timothy Burns | Review insurers' ex parte application shortening time for hearing re protective order (.2); | 0.20 | $224.00 |
| 10/12/2023 | Timothy Burns | Review the insurers' preliminary response to the Committee's Rule 2004 request (.1); review correspondence from the insurers re meet and confer (.1); review the insurers' motion re proof of claim access for experts and accompanying order (.2); | 0.40 | $448.00 |
| 10/13/2023 | Jesse Bair | Analyze Pacific's motion to dismiss reply brief (.7); | 0.70 | $630.00 |
| 10/13/2023 | Nathan Kuenzi | Continue reviewing and analyzing recently produced Diocesan insurance production (6.0); | 6.00 | $3,300.00 |
| 10/13/2023 | Jesse Bair | Draft correspondence to BB team re insurance research project re impact of reservation of rights defense on stating breach of contract and DJ action (.2); | 0.20 | $180.00 |
| 10/13/2023 | Brian Cawley | Discuss coverage chart and missing policy information with N. Kuenzi (.4); | 0.40 | $220.00 |
| 10/13/2023 | Jesse Bair | Review correspondence with C. Restel and CNA re Rule 2004 scheduling issues (.1); | 0.10 | $90.00 |
| 10/13/2023 | Nathan Kuenzi | Participate in discussion with B. Cawley re Oakland coverage chart and policy documents (.4); | 0.40 | $220.00 |
| 10/13/2023 | Jesse Bair | Analyze certain excess insurers' motion to dismiss reply brief (.5); | 0.50 | $450.00 |
| 10/13/2023 | Alyssa Turgeon | Create motion to dismiss hearing preparation binder (1.0); | 1.00 | $340.00 |
| 10/13/2023 | Nathan Kuenzi | Participate in conference with J. Bair re status of Debtor insurance document production (.1); | 0.10 | $55.00 |
| 10/13/2023 | Alyssa Turgeon | Assist with reviewing and analyzing recently produced Diocesan insurance document production (4.5); | 4.50 | $1,530.00 |
| 10/13/2023 | Brian Cawley | Identify key cases and other materials in connection with insurer motion to dismiss oral argument preparations (1.2); | 1.20 | $660.00 |
| 10/13/2023 | Jesse Bair | Participate in conference with N. Kuenzi re status of Debtor insurance document production (.1); | 0.10 | $90.00 |
| 10/13/2023 | Jesse Bair | Review the Committee's letter to the insurers re expert proof of claim usage (.1); | 0.10 | $90.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/14/2023 | Jesse Bair | Review Pacific's request for judicial notice and reservation of rights exhibit in connection with its motion to dismiss reply (.6); | 0.60 | $540.00 |
| 10/14/2023 | Karin Jonch-Clausen | Analyze case law re impact of reservation of rights defense on stating breach of contract and DJ action (2.5); | 2.50 | $1,375.00 |
| 10/14/2023 | Jesse Bair | Correspondence with T. Burns and B. Cawley re motion to dismiss hearing preparations (.1); | 0.10 | $90.00 |
| 10/15/2023 | Jesse Bair | Prepare for motion to dismiss oral argument, including review of relevant case law and beginning to draft argument outline (3.0); | 3.00 | $2,700.00 |
| 10/16/2023 | Brian Cawley | Identify additional materials for inclusion in motion to dismiss oral argument binder (.2); | 0.20 | $110.00 |
| 10/16/2023 | Jesse Bair | Continue preparing for motion to dismiss oral argument, including drafting of oral argument outline and review of relevant case law (4.0); | 4.00 | $3,600.00 |
| 10/16/2023 | Timothy Burns | Participate in conference with J. Bair re motion to dismiss oral argument (.2); | 0.20 | $224.00 |
| 10/16/2023 | Jesse Bair | Participate in conference with T. Burns re motion to dismiss oral argument (.2); | 0.20 | $180.00 |
| 10/17/2023 | Timothy Burns | Analyze Rule 2004 motion briefing and related case law in connection with upcoming oral argument (2.4); | 2.40 | $2,688.00 |
| 10/17/2023 | Timothy Burns | Conference with J. Bair re motion to dismiss oral argument prep and strategy (.4); | 0.40 | $448.00 |
| 10/17/2023 | Jesse Bair | Continue preparing for motion to dismiss oral argument, including revising oral argument outline and reviewing relevant case law (4.3); | 4.30 | $3,870.00 |
| 10/17/2023 | Jesse Bair | Participate in conference with T. Burns re motion to dismiss oral argument prep and strategy (.4); | 0.40 | $360.00 |
| 10/18/2023 | Jesse Bair | Continue preparing for motion to dismiss oral argument (1.9); | 1.90 | $1,710.00 |
| 10/18/2023 | Jesse Bair | Review the insurers' Rule 26 case management statement (.2); | 0.20 | $180.00 |
| 10/18/2023 | Jesse Bair | Review the Debtor's motion for entry of a protective order in the insurance adversary proceeding (.1); | 0.10 | $90.00 |
| 10/18/2023 | Nathan Kuenzi | Draft summary of outcome of case management conference (.3); | 0.30 | $165.00 |
| 10/18/2023 | Jesse Bair | Review the Debtor's Rule 26 case management statement in the insurance adversary proceeding (.1); | 0.10 | $90.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/18/2023 | Nathan Kuenzi | Review and analyze Oakland coverage materials produced in discovery and cross-reference with Diocesan coverage chart (.5); | 0.50 | $275.00 |
| 10/18/2023 | Timothy Burns | Review the insurers' case management report (.3); | 0.30 | $336.00 |
| 10/18/2023 | Timothy Burns | Prepare for motion to dismiss and case status hearing (.8); | 0.80 | $896.00 |
| 10/18/2023 | Timothy Burns | Review N. Kuenzi's report re case status hearing (.1); | 0.10 | $112.00 |
| 10/18/2023 | Jesse Bair | Review N. Kuenzi email memo re outcome of case status conference (.1); | 0.10 | $90.00 |
| 10/18/2023 | Jesse Bair | Participate in conference with T. Burns re outcome of insurer motion to dismiss hearing and next-steps re case insurance strategy (.3); | 0.30 | $270.00 |
| 10/18/2023 | Timothy Burns | Conference with J. Bair re motion to dismiss hearing outcome and next-steps re case insurance strategy (.3); | 0.30 | $336.00 |
| 10/18/2023 | Jesse Bair | Review the Committee's response to the insurers' Rule 2004 preliminary statement (.1); | 0.10 | $90.00 |
| 10/18/2023 | Jesse Bair | Review the Debtor's preliminary responses to the Committee Rule 2004 requests (.1); | 0.10 | $90.00 |
| 10/19/2023 | Jesse Bair | Correspondence with the Debtor re insurance review meeting (.1); | 0.10 | $90.00 |
| 10/19/2023 | Timothy Burns | Review B. Weisenberg correspondence with the Committee re case updates and next-steps (.1) review correspondence with the Debtor and J. Bair re insurance review meeting (1); | 0.20 | $224.00 |
| 10/19/2023 | Jesse Bair | Review B. Weisenberg correspondence with the Committee re case updates and next-steps (.1); | 0.10 | $90.00 |
| 10/20/2023 | Brian Cawley | Research insurer consent to settle and duty to settle issues under California law (3.4); | 3.40 | $1,870.00 |
| 10/23/2023 | Brian Cawley | Continue researching insurer consent to settle and duty to settle issues under California law (3.7); | 3.70 | $2,035.00 |
| 10/23/2023 | Jesse Bair | Correspondence with the Debtor re case insurance meeting (.1); | 0.10 | $90.00 |
| 10/23/2023 | Jesse Bair | Review information re potential Debtor insurance archaeologist (.1); correspondence with T. Burns re same (.1); | 0.20 | $180.00 |
| 10/23/2023 | Jesse Bair | Correspondence with the Debtor re CIGA's motion to dismiss (.1); | 0.10 | $90.00 |
| 10/24/2023 | Brian Cawley | Participate in BB team meeting re case status, next-steps, and ongoing projects (.1); | 0.10 | $55.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/24/2023 | Jesse Bair | Correspondence with the Debtor re insurance archaeologist (.1); | 0.10 | $90.00 |
| 10/24/2023 | Nathan Kuenzi | Participate in BB team meeting re case status, next-steps, and ongoing projects (.1); | 0.10 | $55.00 |
| 10/24/2023 | Jesse Bair | Participate in BB team meeting re case status, next-steps, and ongoing projects (.1); | 0.10 | $90.00 |
| 10/24/2023 | Jesse Bair | Prepare for call with the Debtor re opposition to CIGA's motion to dismiss (.1); participate in call with the Debtor re same (.2); | 0.30 | $270.00 |
| 10/24/2023 | Alyssa Turgeon | Participate in BB team meeting re case status, next-steps, and ongoing projects (.1); | 0.10 | $34.00 |
| 10/24/2023 | Timothy Burns | Participate in BB team meeting re case status, next-steps, and ongoing projects (.1); | 0.10 | $112.00 |
| 10/25/2023 | Timothy Burns | Participate in BB team meeting re case status, next-steps, and ongoing projects (.1); | 0.10 | $112.00 |
| 10/25/2023 | Jesse Bair | Review correspondence with the Debtor re upcoming insurance meeting (.1); | 0.10 | $90.00 |
| 10/25/2023 | Jesse Bair | Review the Debtor's opposition to CIGA's motion to dismiss (.3); correspondence with the Debtor re same and Committee joinder (.1); | 0.40 | $360.00 |
| 10/25/2023 | Timothy Burns | Review correspondence with M. Kaplan, debtor's counsel, and insurers' counsel re Rule 2004 hearing scheduling (.2); | 0.20 | $224.00 |
| 10/25/2023 | Timothy Burns | Review correspondence with the Debtor and J. Bair re Committee joinder re the Debtor's response to CIGA's motion to dismiss (.2); review the Committee's joinder (.1); review debtor's objection to CIGA's motion to dismiss (.2); | 0.50 | $560.00 |
| 10/25/2023 | Jesse Bair | Draft the Committee's joinder in support of the Debtor's opposition to CIGA's motion to dismiss (.6); | 0.60 | $540.00 |
| 10/25/2023 | Jesse Bair | Review correspondence with the Debtor, M. Kaplan, and the insurers re Rule 2004 hearing and briefing schedule (.1); | 0.10 | $90.00 |
| 10/26/2023 | Jesse Bair | Correspondence with C. Restel re newly produced Diocesan insurance materials (.1); | 0.10 | $90.00 |
| 10/26/2023 | Timothy Burns | Review Pacific's response re proposed scheduling order (.1); review correspondence between parties re scheduling order and proposed briefing schedule (.1); | 0.20 | $224.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/26/2023 | Timothy Burns | Review Lowenstein correspondence re production of Diocesan insurance documents (.1); participate in conference with J. Bair re outcome of state court counsel meeting (.1); | 0.20 | $224.00 |
| 10/27/2023 | Karin Jonch-Clausen | Participate in conference with T. Burns re preparations for insurer objections to the Committee's Rule 2004 discovery (.4); | 0.40 | $220.00 |
| 10/27/2023 | Timothy Burns | Participate in conference with K. Jonch-Clausen re preparations for insurer objections to the Committee's Rule 2004 discovery (.4); review correspondence with Lowenstein and J. Bair re same (.1); | 0.50 | $560.00 |
| 10/27/2023 | Jesse Bair | Analysis re hearing and briefing issues in connection with the Committee's Rule 2004 insurance requests (.1); | 0.10 | $90.00 |
| 10/27/2023 | Timothy Burns | Participate in conference with J. Bair re Rule 2004 briefing and hearing issues (.2); participate in additional conference with J. Bair re same (.2); | 0.40 | $448.00 |
| 10/27/2023 | Jesse Bair | Participate in additional conference with T. Burns re insurance Rule 2004 strategy (.2); | 0.20 | $180.00 |
| 10/27/2023 | Jesse Bair | Participate in conference with T. Burns re Rule 2004 briefing and hearing issues (.2); correspondence with M. Kaplan re same (.1); | 0.30 | $270.00 |
| 10/27/2023 | Jesse Bair | Correspondence with N. Kuenzi re new Diocesan insurance document production (.1); | 0.10 | $90.00 |
| 10/27/2023 | Nathan Kuenzi | Review recently produced Diocesan insurance documents and draft summary of findings (.4); | 0.40 | $220.00 |
| 10/30/2023 | Karin Jonch-Clausen | Research parameters of discovery in bad faith cases in California in preparation for reply to insurers' objection to 2004 motion (2.1); | 2.10 | $1,155.00 |
| 10/30/2023 | Jesse Bair | Conference with T. Burns re preparations for insurer 2004 hearing (.1); | 0.10 | $90.00 |
| 10/30/2023 | Jesse Bair | Review Pacific's filing re Rule 2004 and other motion briefing deadlines (.1); | 0.10 | $90.00 |
| 10/30/2023 | Timothy Burns | Begin initial preparations for Rule 2004 insurance hearing (.4); conference with J. Bair re same (.1); | 0.50 | $560.00 |
| 10/31/2023 | Timothy Burns | Participate in conference with J. Bair re Rule 2004 insurer briefing and hearing strategy (.2); participate in call with M. Kaplan and J. Bair re same (.3); | 0.50 | $560.00 |
| 10/31/2023 | Timothy Burns | Met with J. Bair re motion to dismiss issues (.1); review and respond to correspondence from B. Weisenberg re same (.1); | 0.20 | $224.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/31/2023 | Jesse Bair | Conference with T. Burns re motion to dismiss issues (.1); | 0.10 | $90.00 |
| 10/31/2023 | Karin Jonch-Clausen | Review Arrowood objection to 2004 motion in DRVC in preparation for Reply to insurers objection to 2004 motion (.2); | 0.20 | $110.00 |
| 10/31/2023 | Jesse Bair | Participate in conference with T. Burns re Rule 2004 insurer briefing and hearing strategy (.2); participate in call with M. Kaplan and T. Burns re same (.3); | 0.50 | $450.00 |
| | | **Totals for Insurance Adversary Proceeding** | **104.40** | **$78,885.00** |

| | | | | |
|---|---|---|---|---|
| **Total Hours and Fees** | | | **119.30** | **$92,612.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 10/01/2023 | Third Quarter 2023 PACER | $171.40 |
| 10/17/2023 | Hotel, J. Bair (1 night) | $380.63 |
| 10/17/2023 | United Airlines, J. Bair (MSN-SFO Oct. 17-18) | $1,259.79 |
| 10/17/2023 | Hotel, T. Burns (1 night) | $380.63 |
| 10/17/2023 | United Airlines, T. Burns (MSN-SFO Oct. 17-18) | $1,259.79 |
| 10/17/2023 | United Airlines Inflight Wi-Fi, J. Bair | $10.00 |
| 10/18/2023 | United Airlines Inflight Wi-Fi, T. Burns | $8.00 |
| 10/18/2023 | Uber, J. Bair and T. Burns (hotel to courthouse) | $100.89 |
| 10/18/2023 | Airport parking, T. Burns | $20.00 |
| 10/18/2023 | United Airlines Inflight Wi-Fi, J. Bair | $10.00 |
| 10/18/2023 | Uber, J. Bair and T. Burns (courthouse to airport) | $171.24 |
| 10/18/2023 | Airport parking, J. Bair | $20.00 |
| 10/18/2023 | Travel meal, J. Bair | $12.32 |
| **Total Expenses** | | **$3,804.69** |

## Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Alyssa Turgeon | Paralegal | 5.70 | $340.00 | $1,938.00 |
| Brenda Horn-Edwards | Paralegal | 0.50 | $340.00 | $170.00 |
| Brian Cawley | Associate | 13.30 | $550.00 | $7,315.00 |
| Jesse Bair | Partner | 44.70 | $900.00 | $40,230.00 |
| Karin Jonch-Clausen | Associate | 18.20 | $550.00 | $10,010.00 |
| Nathan Kuenzi | Associate | 14.70 | $550.00 | $8,085.00 |
| Timothy Burns | Partner | 22.20 | $1,120.00 | $24,864.00 |
| | | | **Total Due This Invoice:** | **$96,416.69** |