1  **O'MELVENY & MYERS LLP**
   STEPHEN H. WARREN (S.B. #136895)
2  KAREN RINEHART (S.B. #185996)
   400 South Hope Street, 18th Floor
3  Los Angeles, California 90071
   Telephone: (213) 430-6000
4  Facsimile: (213) 430-6407
   Email: swarren@omm.com
5         krinehart@omm.com

6  TANCRED SCHIAVONI (*pro hac vice*)
   ADAM HABERKORN (*pro hac vice*)
7  Times Square Tower
   7 Times Square
8  New York, NY 10036
   Telephone: (212) 326-2000
9  Email: tschiavoni@omm.com
          ahaberkorn@omm.com

11 EMMA L. JONES (*pro hac vice*)
   2501 N. Harwood St., Suite 1700
   Dallas, TX 75201
12 Telephone: (972) 360-1900
   Email: eljones@omm.com

*Attorneys for Insurance Company of North America;*
*Pacific Indemnity Company; and Pacific Employers*
*Insurance Company*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| *In re:* <br><br> THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole, <br><br> Debtor. | Case No. 23-40523 WJL <br><br> Chapter 11 <br><br> **PACIFIC'S OBJECTION TO THE MOTION TO ALLOW FILING OF LATE FILED PROOFS OF CLAIM** <br><br> Judge: Hon. William J. Lafferty <br> Hearing Date: December 13, 2023 <br> Hearing Time: 10:30 a.m. <br> Place: United States Bankruptcy Court <br> 1300 Clay Street, Courtroom 220 <br> Oakland, CA 94612 |

Lloyd's London accurately states the law supporting the enforcement of the Bar Date Order and the important policy reasons for the law in the *Certain Underwriters at Lloyd's, London's Opposition to the Motion to Allow Filing of Late Proofs of Claim; Objections to Declaration of Erika J. Scott (Filed Concurrently Herewith)* [Dkt. No. 663]. Insurance Company of North America, Pacific Indemnity Company, and Pacific Employers Insurance Company join Lloyd's London legal arguments and authority for enforcing the Bar Date Order.

1. With one exception, none of the 18 complaints that the Movants filed identify the defendant as The Roman Catholic Bishop of Oakland. The complaints are pled generically as "Doe Diocese" as the defendant. *See* Declaration of Adam P. Haberkorn in Support of Pacific's Objection to the Motion to Allow Filing of Late Proofs of Claim filed herewith. Movants acknowledge that the late-filed proofs of claim were not attested to by the claimants but rather were prepared by an associate who was not responsible for the matter who by definition unable to verify the contents of the proofs of claim under the oath required.[1] The Movant provides no support that this unidentified associate or legal assistant have personal knowledge of the facts asserted in any of the late-filed proofs of claim. The only individual identified as having any direct involvement with any of the 18 claimants was Ms. Scott, as she states herself "I am responsible for overseeing all of the firm's Catholic Clergy Abuse Cases, including those of the eighteen (18) claimants" that are the subject of the Motion. Scott Decl. ¶ 2; *see also* Motion, ¶ 2. And she did not prepare the proofs of claim.

2. A proof of claim is signed under an oath that requires counsel to attest under penalty of perjury that they have made an investigation of the contents of such proof of claim. The oath for the Official Form 410 reads "I have examined the information in this Proof of Claim and have reasonable belief that the information is true and correct. I declare under penalty of perjury that

---

[1] The Motion states that the attorney responsible for each of the 18 claimants, Erika J. Scott, was on maternity leave when the Debtor filed for bankruptcy and when the Bar Date passed, and the Movant admits that during that time "Ms. Scott's **associate** was responsible for preparing all proofs of claim for review prior to submission to the bankruptcy court," Motion, ¶ 9, the *Declaration of Erika J. Scott in Support of Motion to Allow Filing of Late Proofs of Claim*, ¶ 10, Dkt. No. 608 ("Scott Decl.") (emphasis added), and that "[Ms. Scott] instructed her associate and legal assistant to immediately file all claims on September 12, 2023." Motion, ¶ 12, Scott Decl., ¶ 13. Ms. Scott only "made minor edits" to the late-filed proofs of claim, she did not sign them. Motion, ¶ 10, Scott Decl. ¶ 11.

the foregoing is true and correct." A substantially similar oath is included in the signature block for the Optional Supplement to Official From 410 For Use by Sexual Abuse Claimants, which reads in bold "I have examined the information in this Supplement and have a reasonable belief that the information is true and correct. I declare under penalty of perjury that the foregoing statements are true and correct."

3. The Official Form 410 further provides at the top-left of the signature block in Part 3 that "[t]he person completing this proof of claim must sign and date it. FRBP 9011(b)." Rule 9011(b) of the Federal Rule of Bankruptcy Procedure ("FRBP") provides that, by signing the proof of claim and presenting it to the court, the signatory "is certifying that to the best of the person's knowledge, information, and belief after an inquiry reasonable under the circumstances . . . (3) the allegations and other factual contentions have evidentiary support, or, if specifically so identified, are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery." There is no indication that the late-filed proofs of claim were signed by an individual with first-hand knowledge or anyone who has conducted a modicum of investigation into the contents of the late-filed proofs of claim.

## CONCLUSION

WHEREFORE, Pacific respectfully requests that the Motion be denied and the Late Claims not be deemed timely filed.

| | | |
|---|---|---|
| Dated: December 6, 2023 | | By: /s/ Karen Rinehart |

**O'MELVENY & MYERS LLP**
STEPHEN H. WARREN (S.B. #136895)
KAREN RINEHART (S.B. #185996)
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: swarren@omm.com
　　　　krinehart@omm.com

TANCRED V. SCHIAVONI (*pro hac vice*)
ADAM P. HABERKORN (*pro hac vice*)
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Email: tschiavoni@omm.com
　　　　ahaberkorn@omm.com

EMMA L. JONES (*pro hac vice*)
2501 N. Harwood St., Suite 1700
Dallas, TX 75201
Telephone: (972) 360-1900
Email: eljones@omm.com

*Attorneys for Insurance Company of North America; Pacific Indemnity Company; and Pacific Employers Insurance Company*