**FOLEY & LARDNER LLP**
Jeffrey R. Blease (CA Bar. No. 134933)
Tel: (617) 226-3155; jblease@foley.com
Thomas F. Carlucci (CA Bar No. 135767)
Tel: (415) 984-9824; tcarlucci@foley.com
Shane J. Moses (CA Bar No. 250533)
Tel: (415) 438-6404; smoses@foley.com
Emil P. Khatchatourian (CA Bar No. 265290)
Tel: (312) 832-5156; ekhatchatourian@foley.com
Ann Marie Uetz (admitted *pro hac vice*)
Tel: (313) 234-7114; auetz@foley.com
Matthew D. Lee (admitted *pro hac vice*)
Tel: (608) 258-4203; mdlee@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520

*Counsel for the Debtor
and Debtor in Possession*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,<br><br>Debtor. | Case No. 23-40523<br><br>Chapter 11<br><br>**CERTIFICATE OF NO OBJECTION TO FIFTH MONTHLY FEE STATEMENT OF FOLEY & LARDNER LLP, AS GENERAL BANKRUPTCY COUNSEL TO THE DEBTOR, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**<br><br>Judge: Hon. William J. Lafferty |

On November 30, 2023, Foley & Lardner LLP (the "Applicant"), general bankruptcy counsel for The Roman Catholic Bishop of Oakland, a California corporation sole, and the debtor and debtor in possession (the "Debtor" or "RCBO") in the above-captioned chapter 11 bankruptcy case (the "Chapter 11 Case" or the "Bankruptcy Case"), filed its *Fifth Monthly Fee Statement of Foley & Lardner LLP, as General Bankruptcy Counsel to the Debtor, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of October 1, 2023 through October 31, 2023* [Docket No.

650] (the "<u>Monthly Fee Statement</u>"), pursuant to the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 170] (the "<u>Compensation Procedures Order</u>").

On November 30, 2023, the Monthly Fee Statement was served via email pursuant to the terms of the Compensation Procedures Order, on the Notice Parties (as defined therein).

The deadline for each notice party to file any objection to the Monthly Fee Statement was December 11, 2023, under the Compensation Procedures Order. No objections to the Monthly Fee Statement have been filed with the Court or received by the Applicant as of the date hereof. Pursuant to the Compensation Procedures Order, the Debtor is authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement without the need of a further order of the Court.

**DECLARATION OF NO OBJECTION**

The undersigned hereby declares as follows:

1. I am an attorney with the firm of Foley & Lardner, LLP, counsel to the Debtor in this Chapter 11 Case.

2. I certify that I have reviewed the Court's docket in this Chapter 11 Case and no objection or response to the Monthly Fee Statement has been filed, and that no objection or response has been received by Applicant.

3. This declaration was executed in Washington, D.C.

DATED: December 12, 2023  **FOLEY & LARDNER LLP**
Jeffrey R. Blease
Thomas F. Carlucci
Shane J. Moses
Ann Marie Uetz
Matthew D. Lee

*/s/ Eileen R. Ridley*
EILEEN R. RIDLEY

*Counsel for the Debtor
and Debtor in Possession*