United States Bankruptcy Court
Northern District of California

In re:                                                                              Case No. 23-40523-WJL
The Roman Catholic Bishop of Oakland                                              Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-4                                User: admin                                Page 1 of 4
Date Rcvd: Dec 11, 2023                      Form ID: TRANSC                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2023:**

**Recip ID**           **Recipient Name and Address**
aty                  +   Matthew D. Lee, Foley & Lardner LLP, 150 E. Gilman Street, Suite 5000, Madison, WI 53703-1482

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2023                              Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam P. Haberkorn | on behalf of Creditor Pacific Indemnity Company  Insurance Company of North America, and Pacific Employers Insurance Company ahaberkorn@omm.com, adam-haberkorn-2269@ecf.pacerpro.com |
| Alison Valerie Lippa | on behalf of Defendant American Home Assurance Co. alippa@nicolaidesllp.com  chash@nicolaidesllp.com |
| Alyssa Sheets Wolf | on behalf of Creditor Travelers Casualty & Surety Company alyssa.wolf@dentons.com |
| Amy Klie | on behalf of Defendant American Home Assurance Co. aklie@nicolaidesllp.com |
| Andrew Mina | on behalf of Defendant Certain Underwriters at Lloyd's of London Subscribing to Slip Nos. CU 1001  K66034, K78138 and CU 3061 amina@duanemorris.com |

Ann Marie Uetz
    on behalf of Debtor The Roman Catholic Bishop of Oakland auetz@foley.com

Betty Luu
    on behalf of Defendant Certain Underwriters at Lloyd's of London Subscribing to Slip Nos. CU 1001  K66034, K78138 and CU 3061 bluu@duanemorris.com

Blaise S Curet
    on behalf of Creditor Westport Insurance Corporation bcuret@spcclaw.com

Bradley Puklin
    on behalf of Interested Party Certain Underwriters at Lloyd's of London Subscribing to Slip Nos. CU 1001  K66034, K78138 and CU 3061 bradley.puklin@clydeco.us

Brent Weisenberg
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of the Roman Catholic Bishop of Oakland bweisenberg@lowenstein.com

Catalina Sugayan
    on behalf of Defendant Certain Underwriters at Lloyd's of London Subscribing to Slip Nos. CU 1001  K66034, K78138 and CU 3061 catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Colleen Restel
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of the Roman Catholic Bishop of Oakland crestel@lowenstein.com

Dennis Craig Reich
    on behalf of Creditor Charlie Lattimore dreich@reichandbinstock.com

Edward J. Tredinnick
    on behalf of Creditor WBS Claimants etredinnick@foxrothschild.com

Eileen Ridley
    on behalf of Debtor The Roman Catholic Bishop of Oakland eridley@foley.com

Emma L. Jones
    on behalf of Creditor Pacific Indemnity Company  Insurance Company of North America, and Pacific Employers Insurance Company epersson@omm.com, emma-persson-2606@ecf.pacerpro.com

Evan Gershbein
    ECFpleadings@kccllc.com

Gabrielle L. Albert
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of the Roman Catholic Bishop of Oakland galbert@kbkllp.com

George Calhoun
    on behalf of Defendant United States Fire Insurance george@ifrahlaw.com

Gregory S. Powell
    on behalf of U.S. Trustee Office of the U.S. Trustee/Oak greg.powell@usdoj.gov  Tina.L.Spyksma@usdoj.gov

Hagop T. Bedoyan
    on behalf of Interested Party The Roman Catholic Bishop of Fresno hagop.bedoyan@mccormickbarstow.com  ecf@kleinlaw.com

Harris Winsberg
    on behalf of Creditor Westport Insurance Corporation hwinsberg@phrd.com

Jane Kim
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of the Roman Catholic Bishop of Oakland jkim@kbkllp.com

Jason Blumberg
    on behalf of U.S. Trustee Office of the U.S. Trustee/Oak jason.blumberg@usdoj.gov  ustpregion17.sf.ecf@usdoj.gov

Jeff D. Kahane
    on behalf of Defendant Certain Underwriters at Lloyd's of London Subscribing to Slip Nos. CU 1001  K66034, K78138 and CU 3061 jkahane@duanemorris.com

Jeffrey D. Prol
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of the Roman Catholic Bishop of Oakland jprol@lowenstein.com

Jesse Bair
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of the Roman Catholic Bishop of Oakland jbair@burnsbair.com

Jillian Dennehy
    on behalf of Defendant United States Fire Insurance jillian.dennehy@kennedyslaw.com

John Bucheit
    on behalf of Creditor Westport Insurance Corporation jbucheit@phrd.com

John Grossbart
    on behalf of Creditor Travelers Indemnity Company john.grossbart@dentons.com

Joseph M. Breall
    on behalf of Debtor The Roman Catholic Bishop of Oakland jmbreall@breallaw.com

Joshua Sternberg
    on behalf of Creditor Emma Macias js@sternberglawgroup.com

Joshua K Haevernick
    on behalf of Creditor Travelers Casualty & Surety Company joshua.haevernick@dentons.com

Jullian Sekona
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of the Roman Catholic Bishop of Oakland jsekona@kbkllp.com

Karen Rinehart
    on behalf of Creditor Century Indemnity Company  as successor to CCI Insurance Company, as successor to Insurance Company of North America krinehart@omm.com, karen-rinehart-3320@ecf.pacerpro.com

Lauren M. Macksoud
    on behalf of Creditor Travelers Indemnity Company lauren.macksoud@dentons.com

Lynda Bennett
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of the Roman Catholic Bishop of Oakland lbennett@lowenstein.com

Mark Moore
    on behalf of Debtor The Roman Catholic Bishop of Oakland mmoore@foley.com

Mark D. Plevin
    on behalf of Defendant CNA Insurance Company mplevin@crowell.com  mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Matt Lee
    on behalf of Plaintiff The Roman Catholic Bishop of Oakland mdlee@foley.com

Matthew Roberts
    on behalf of Creditor Westport Insurance Corporation mroberts@phrd.com

Matthew Michael Weiss
    on behalf of Creditor Westport Insurance Corporation mweiss@phrd.com

Michael A. Kaplan
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of the Roman Catholic Bishop of Oakland mkaplan@lowenstein.com

Michael David Compean
    on behalf of Defendant California Insurance Guarantee Association mcompean@blackcompeanhall.com

Nathan W. Reinhardt
    on behalf of Defendant Certain Underwriters at Lloyd's of London Subscribing to Slip Nos. CU 1001  K66034, K78138 and CU 3061 nreinhardt@duanemorris.com

Office of the U.S. Trustee/Oak
    USTPRegion17.OA.ECF@usdoj.gov

Patrick Maxcy
    on behalf of Creditor Travelers Indemnity Company patrick.maxcy@dentons.com  docket.general.lit.chi@dentons.com

Phillip John Shine
    on behalf of U.S. Trustee Office of the U.S. Trustee/Oak phillip.shine@usdoj.gov

Rebecca J. Winthrop
    on behalf of Creditor Roman Catholic Cemeteries of the Diocese of Oakland rebecca.winthrop@nortonrosefulbright.com diana.cardenas@nortonrosefulbright.com

Robert G. Harris
    on behalf of Creditor Franciscan Friars California Inc. rob@bindermalter.com  RobertW@BinderMalter.com

Shane J. Moses
    on behalf of Debtor The Roman Catholic Bishop of Oakland smoses@foley.com  llanglois@foley.com

Tancred Schiavoni
    on behalf of Creditor Pacific Indemnity Company  Insurance Company of North America, and Pacific Employers Insurance Company tschiavoni@omm.com

Thomas F. Carlucci
    on behalf of Debtor The Roman Catholic Bishop of Oakland tcarlucci@foley.com

Timothy W. Burns
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of the Roman Catholic Bishop of Oakland tburns@burnsbair.com

Tobias S. Keller
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of the Roman Catholic Bishop of Oakland tkeller@kbkllp.com

Todd C. Jacobs
    on behalf of Creditor Westport Insurance Corporation tjacobs@phrd.com

Travis Richard Wall
    on behalf of Defendant United States Fire Insurance travis.wall@kennedyslaw.com alice.probst@kennedyslaw.com

Trevor Ross Fehr
    on behalf of U.S. Trustee Office of the U.S. Trustee/Oak trevor.fehr@usdoj.gov

TOTAL: 58

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| **In re Debtor(s):**<br><br>The Roman Catholic Bishop of Oakland<br>dba  Diocese of Oakland<br>dba  Roman Catholic Diocese of Oakland | Case No.: 23−40523 WJL 11<br>Chapter: 11 |

# NOTICE OF FILING OF TRANSCRIPT
# AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on December 1, 2023 was filed on December 11, 2023. The following deadlines apply:

The parties have until Monday, December 18, 2023 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Tuesday, January 2, 2024.

If a request for redaction is filed, the redacted transcript is due Thursday, January 11, 2024.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Monday, March 11, 2024, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 12/13/23

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court