# EXHIBIT A



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**The Roman Catholic Bishop of Oakland UCC**

**Issue Date :**    12/21/2023

**Bill # :**    01294

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

**Committee Meetings**

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 11/16/2023 | Timothy Burns | Participate in state court counsel meeting for insurance purposes (.8); | 0.80 | $896.00 |
| 11/16/2023 | Jesse Bair | Participate in portion of state court counsel meeting for insurance purposes (.5); | 0.50 | $450.00 |
| 11/16/2023 | Jesse Bair | Review agenda for upcoming Committee meeting (.1); | 0.10 | $90.00 |
| 11/17/2023 | Jesse Bair | Draft insurance update for upcoming Committee meeting (.2); | 0.20 | $180.00 |
| | | **Totals for Committee Meetings** | **1.60** | **$1,616.00** |

**Fee Applications**

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 11/25/2023 | Jesse Bair | Review and edit Burns Bair invoice for inclusion as exhibit with monthly fee submission (2.3); | 2.30 | $2,070.00 |
| 11/26/2023 | Brenda Horn-Edwards | Correspond with J. Bair re monthly professional fee statement (.1); | 0.10 | $34.00 |
| 11/26/2023 | Brenda Horn-Edwards | Draft monthly professional fee statement (.4); generate and edit Exhibit A (.1); | 0.50 | $170.00 |
| 11/27/2023 | Jesse Bair | Review and edit Burns Bair monthly fee submission (.1); | 0.10 | $90.00 |
| | | **Totals for Fee Applications** | **3.00** | **$2,364.00** |

**Hearings**

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 11/4/2023 | Timothy Burns | Review scheduling order re November 14 hearing (.1); | 0.10 | $112.00 |

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 11/6/2023 | Jesse Bair | Correspondence with B. Weisenberg and G. Albert re upcoming CIGA motion to dismiss hearing (.1); | 0.10 | $90.00 |
| 11/8/2023 | Jesse Bair | Participate in call with T. Burns re outcome of hearing on CIGA's motion to dismiss (.2); | 0.20 | $180.00 |
| 11/8/2023 | Jesse Bair | Participate in hearing on CIGA's motion to dismiss (1.4); | 1.40 | $1,260.00 |
| 11/8/2023 | Timothy Burns | Participate in call with J. Bair re outcome of hearing on CIGA's motion to dismiss (.2); | 0.20 | $224.00 |
| 11/14/2023 | Jesse Bair | Participate in pre-hearing conference with Lowenstein and T. Burns re upcoming hearing, strategy, and overall case insurance issues (.8); | 0.80 | $720.00 |
| 11/14/2023 | Jesse Bair | Participate in hearing on the Committee's insurance Rule 2004 motion, case management conference, and various other pending motions (4.5); | 4.50 | $4,050.00 |
| 11/14/2023 | Jesse Bair | Participate in post-hearing conference with T. Burns re outcome of hearing and next-steps (.3); | 0.30 | $270.00 |
| 11/14/2023 | Timothy Burns | Participate in post-hearing conference with J. Bair re outcome of hearing and next-steps (.3); participate in post-hearing call with state court counsel re same (.2); | 0.50 | $560.00 |
| 11/14/2023 | Timothy Burns | Participate in pre-hearing conference with Lowenstein and J. Bair re upcoming hearing, strategy, and overall case insurance issues (.8); | 0.80 | $896.00 |
| 11/14/2023 | Timothy Burns | Participate in hearing on the Committee's insurance Rule 2004 motion, case management conference, and various other pending motions (4.5); | 4.50 | $5,040.00 |
| 11/29/2023 | Timothy Burns | Review transcript of November 22 hearing (.2); | 0.20 | $224.00 |
| | | **Totals for Hearings** | **13.60** | **$13,626.00** |

**Insurance Adversary Proceeding**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 11/1/2023 | Karin Jonch-Clausen | Research case law re privileges in 2004 discovery and bad faith cases in preparation for reply to insurers' 2004 motion objections (1.6); | 1.60 | $880.00 |
| 11/1/2023 | Jesse Bair | Analysis re the Committee's Rule 2004 reply strategy (.1); participate in conference with K. Jonch-Clausen re same (.1); | 0.20 | $180.00 |
| 11/1/2023 | Jesse Bair | Brief review of the insurers' Rule 2004 objection (.1); | 0.10 | $90.00 |
| 11/1/2023 | Karin Jonch-Clausen | Conference re reply to insurer 2004 objection with J. Bair (.1); | 0.10 | $55.00 |

| | | | | |
|---|---|---|---|---|
| 11/1/2023 | Karin Jonch-Clausen | Review insurers' objection to the Committee's Rule 2004 motion in preparation for work on Committee's reply to same (.4); | 0.40 | $220.00 |
| 11/2/2023 | Jesse Bair | Participate in conference with K. Jonch-Clausen re the Committee's reply to the insurers' Rule 2004 objection (.2); | 0.20 | $180.00 |
| 11/2/2023 | Timothy Burns | Review and analyze the insurers' objection to the Committee's Rule 2004 motion (.8); | 0.80 | $896.00 |
| 11/2/2023 | Nathan Kuenzi | Analyze historical Diocesan insurance coverage documents from 1962-1987 in connection with revised Diocesan coverage chart project (4.0); | 4.00 | $2,200.00 |
| 11/2/2023 | Jesse Bair | Participate in conference with N. Kuenzi re status of insurance document review coverage chart project (.1); follow-up correspondence with N. Kuenzi re same (.1); | 0.20 | $180.00 |
| 11/2/2023 | Karin Jonch-Clausen | Analyze case law cited by the insurers re the discoverability of claims files, reserves, and reinsurance (1.4); | 1.40 | $770.00 |
| 11/2/2023 | Jesse Bair | Review the insurers' Rule 2004 opposition brief (.8); | 0.80 | $720.00 |
| 11/2/2023 | Karin Jonch-Clausen | Review exhibits to insurers' objection to 2004 motion in preparation for reply (.3); | 0.30 | $165.00 |
| 11/2/2023 | Jesse Bair | Correspondence with B. Weisenberg and Stout re call to discuss proof of claim review issues (.1); | 0.10 | $90.00 |
| 11/2/2023 | Jesse Bair | Correspondence with Lowenstein team re call to discuss Rule 2004 insurance reply brief (.1); | 0.10 | $90.00 |
| 11/2/2023 | Nathan Kuenzi | Participate in conference with J. Bair re status of insurance document review coverage chart project (.1); review J. Bair follow-up correspondence re same (.1); | 0.20 | $110.00 |
| 11/3/2023 | Jesse Bair | Participate in conference with T. Burns re the Committee's Rule 2004 reply brief (.2); | 0.20 | $180.00 |
| 11/3/2023 | Karin Jonch-Clausen | Participate in conference with J. Bair re preparing insurance section of the Committee's Rule 2004 reply brief (.3); | 0.30 | $165.00 |
| 11/3/2023 | Jesse Bair | Participate in conference with T. Burns re outcome of Stout call and upcoming insurance meeting with the Debtor (.1); | 0.10 | $90.00 |
| 11/3/2023 | Jesse Bair | Participate in call with Stout and B. Weisenberg re proof of claim review and associated insurance issues (.8); | 0.80 | $720.00 |
| 11/3/2023 | Karin Jonch-Clausen | Begin drafting insurance section of the Committee's reply to the insurers' objections to the Committee's Rule 2004 requests (3.6); | 3.60 | $1,980.00 |

| 11/3/2023 | Timothy Burns | Participate in conference with J. Bair re the Committee's Rule 2004 reply to the insurers' objection (.2); conference with K. Jonch-Clausen re same (.1); | 0.30 | $336.00 |
|---|---|---|---|---|
| 11/3/2023 | Jesse Bair | Participate in conference with K. Jonch-Clausen re preparing insurance section of the Committee's Rule 2004 reply brief (.3); | 0.30 | $270.00 |
| 11/3/2023 | Jesse Bair | Participate in conference with N. Kuenzi re result of insurance document review coverage chart review project and issues needed for discussion with the Debtor (.9); | 0.90 | $810.00 |
| 11/3/2023 | Jesse Bair | Detailed review of the Committee's 2004 requests in response to the insurers' objections to same (.7); | 0.70 | $630.00 |
| 11/3/2023 | Karin Jonch-Clausen | Participate in call with Lowenstein team, J. Bair, and T. Burns re the insurers' Rule 2004 objection and the Committee's reply to same (.6); | 0.60 | $330.00 |
| 11/3/2023 | Karin Jonch-Clausen | Participate in follow-up meeting with J. Bair re preparing the Committee's Rule 2004 reply brief (.2); participate in conference with T. Burns re same (.1); | 0.30 | $165.00 |
| 11/3/2023 | Jesse Bair | Draft outline of insurance section of the Committee's Rule 2004 reply brief (1.0); | 1.00 | $900.00 |
| 11/3/2023 | Karin Jonch-Clausen | Participate in conference with N. Kuenzi re California regulations re insurer record-keeping obligations (.3); | 0.30 | $165.00 |
| 11/3/2023 | Nathan Kuenzi | Participate in conference with K. Jonch-Clausen re California regulations re insurer record-keeping obligations (.3); | 0.30 | $165.00 |
| 11/3/2023 | Nathan Kuenzi | Draft revised version of Oakland coverage chart and policy summary table (2.6); | 2.60 | $1,430.00 |
| 11/3/2023 | Karin Jonch-Clausen | Review J. Bair's Reply outline and prior motion to Intervene in preparation to draft Rule 2004 reply (.3); | 0.30 | $165.00 |
| 11/3/2023 | Nathan Kuenzi | Continue analyzing historical Diocesan insurance coverage documents from 1962-1987 in connection with revised Diocesan coverage chart project, including both policy documents and coverage letters (3.6); | 3.60 | $1,980.00 |
| 11/3/2023 | Karin Jonch-Clausen | Research case law and regulations re insurer recordkeeping obligations in connection with the Committee's Rule 2004 reply brief (.8); | 1.20 | $660.00 |
| 11/3/2023 | Timothy Burns | Review Rule 2004 document requests and prepare outline of reply to the insurers' Rule 2004 objections (.8). | 0.80 | $896.00 |
| 11/3/2023 | Nathan Kuenzi | Participate in conference with J. Bair re result of insurance document review coverage chart review project and issues needed for discussion with the Debtor (.9); | 0.90 | $495.00 |

| 11/3/2023 | Jesse Bair | Participate in call with Lowenstein team, T. Burns, and K. Jonch-Clausen re the insurers' Rule 2004 objection and the Committee's reply to same (.6); | 0.60 | $540.00 |
|---|---|---|---|---|
| 11/3/2023 | Jesse Bair | Participate in follow-up meeting with K. Jonch-Clausen re preparing the Committee's Rule 2004 reply brief (.2); | 0.20 | $180.00 |
| 11/3/2023 | Timothy Burns | Participate in call with Lowenstein team, J. Bair, and K. Jonch-Clausen re the insurers' Rule 2004 objection and the Committee's reply to same (.6); | 0.60 | $672.00 |
| 11/3/2023 | Jesse Bair | Additional analysis re the Committee's Rule 2004 reply brief in light of conference with Lowenstein team (.1). | 0.10 | $90.00 |
| 11/4/2023 | Karin Jonch-Clausen | Begin drafting insurance section of the Committee's reply to the insurers' objections to the Committee's Rule 2004 requests (4.9); | 4.90 | $2,695.00 |
| 11/4/2023 | Karin Jonch-Clausen | Review LMI filings re claim objection procedures to inform reply (.3); | 0.30 | $165.00 |
| 11/4/2023 | Timothy Burns | Review the insurers' limited objection to the Committee's motion for protective order (.2); | 0.20 | $224.00 |
| 11/4/2023 | Timothy Burns | Review debtor's objection to insurers' protective order motion (.2); | 0.20 | $224.00 |
| 11/4/2023 | Jesse Bair | Review correspondence from Stout re proof of claim review (.1); | 0.10 | $90.00 |
| 11/4/2023 | Karin Jonch-Clausen | Research case law re undue burden standard under Rule 2004 in connection with the Committee's reply brief (.4); | 0.40 | $220.00 |
| 11/4/2023 | Jesse Bair | Review CIGA's motion to dismiss reply brief (.2); | 0.20 | $180.00 |
| 11/5/2023 | Jesse Bair | Correspondence with T. Burns re revised version of the insurance section of the Committee's Rule 2004 reply brief and potential exhibits to same (.2); | 0.20 | $180.00 |
| 11/5/2023 | Timothy Burns | Prepare for November 14 hearing on the Committee's Rule 2004 motion while revising draft of the Committee's Rule 2004 reply brief (4.6); | 4.60 | $5,152.00 |
| 11/5/2023 | Jesse Bair | Review and edit insurance section of the Committee's Rule 2004 reply brief (1.5); | 1.50 | $1,350.00 |
| 11/5/2023 | Jesse Bair | Brief review re bankruptcy portion of the Committee's Rule 2004 reply brief (.2); correspondence with Lowenstein re same and draft insurance section (.1); | 0.30 | $270.00 |
| 11/6/2023 | Jesse Bair | Participate in case insurance meeting with the Debtor and N. Kuenzi re claim review, lost policy issues, and related coverage items (1.3); | 1.30 | $1,170.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/6/2023 | Timothy Burns | Review and revise letter to CNA re potential resolution of the Committee's Rule 2004 motion (.3); | 0.30 | $336.00 |
| 11/6/2023 | Timothy Burns | Participate in conference with J. Bair re 11/14 hearing prep and preparation of Rule 2004 letter to the insurers (.2): conference with K. Jonch-Clausen re preparing letter to insurers' counsel re potential resolution of the Committee's Rule 2004 motion (.2). | 0.40 | $448.00 |
| 11/6/2023 | Jesse Bair | Prepare for case insurance meeting with the Debtor (.3); | 0.30 | $270.00 |
| 11/6/2023 | Jesse Bair | Participate in conference with T. Burns re 11/14 hearing prep and preparation of Rule 2004 letter to the insurers and finalization of reply brief (.2): | 0.20 | $180.00 |
| 11/6/2023 | Jesse Bair | Preliminary review of Lowenstein's proposed edits to the Committee's Rule 2004 reply brief (.1); | 0.10 | $90.00 |
| 11/6/2023 | Jesse Bair | Review and edit draft letter to the insurers re potential resolution of the insurers' Rule 2004 objections (.1); correspondence with Lowenstein team re same (.1); | 0.20 | $180.00 |
| 11/6/2023 | Nathan Kuenzi | Participate in case insurance meeting with the Debtor and J. Bair re claim review, lost policy issues, and related coverage items (1.3); | 1.30 | $715.00 |
| 11/6/2023 | Karin Jonch-Clausen | Draft letter to the insurers re potential resolution of the insurers' Rule 2004 objections (.6); | 0.60 | $330.00 |
| 11/6/2023 | Karin Jonch-Clausen | Participate in conference with T. Burns re preparing letter to insurers' counsel re potential resolution of the Committee's Rule 2004 motion (.2); | 0.20 | $110.00 |
| 11/6/2023 | Karin Jonch-Clausen | Revise letter to the insurers' re potential resolution of the insurers' Rule 2004 objections (.2); | 0.20 | $110.00 |
| 11/7/2023 | Nathan Kuenzi | Draft summary of potential methods to search for additional, historical debtor insurance policies and secondary evidence (.5); | 0.50 | $275.00 |
| 11/7/2023 | Jesse Bair | Analysis re relevant case law in support of the Committee's Rule 2004 reply brief (.3); | 0.30 | $270.00 |
| 11/7/2023 | Karin Jonch-Clausen | Prepare potential exhibits and declaration to the Committee's Rule 2004 reply brief (.4); | 0.40 | $220.00 |
| 11/7/2023 | Timothy Burns | Review subsequent drafts of Committee Rule 2004 reply brief (.2); correspondence with Lowenstein team re same (.1); participate in conference with J. Bair re edits to and finalizing of same (.2); | 0.50 | $560.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/7/2023 | Brian Cawley | Additional research re the discoverability of reserve information under California law (.6); | 0.60 | $330.00 |
| 11/7/2023 | Nathan Kuenzi | Analyze post-1987 Debtor insurance coverage materials (.8); | 0.80 | $440.00 |
| 11/7/2023 | Timothy Burns | Review and revise the Committee's Rule 2004 reply brief (1.0); | 1.00 | $1,120.00 |
| 11/7/2023 | Karin Jonch-Clausen | Research case law re the inapplicability of attorney client privilege and work product protection to claims handling documents in ordinary course of business for Committee reply brief (1.2); | 1.20 | $660.00 |
| 11/7/2023 | Jesse Bair | Review and respond to correspondence with Lowenstein team re suggested edits to the insurance 2004 reply brief (.2); review final version of same (.1); | 0.30 | $270.00 |
| 11/7/2023 | Jesse Bair | Edit and finalize letter to the insurers re potential resolution of the Committee's Rule 2004 motion (.4); | 0.40 | $360.00 |
| 11/7/2023 | Jesse Bair | Participate in conference with T. Burns re edits to and finalizing of the Committee's Rule 2004 reply brief (.2); | 0.20 | $180.00 |
| 11/7/2023 | Jesse Bair | Review and edit revised version of the Committee Rule 2004 reply brief (1.2); | 1.20 | $1,080.00 |
| 11/7/2023 | Timothy Burns | Brief research re the inapplicability of attorney client privilege or work product protection to claims files (.2); provide instructions re supplemental research needed in connection with same (.2); | 0.40 | $448.00 |
| 11/8/2023 | Jesse Bair | Prepare for hearing on CIGA's motion to dismiss (.1); | 0.10 | $90.00 |
| 11/8/2023 | Nathan Kuenzi | Continue drafting summary of potential methods to search for additional, historical debtor insurance policies and secondary evidence (.4); | 0.40 | $220.00 |
| 11/9/2023 | Jesse Bair | Participate in conference with N. Kuenzi re insurance analysis needed re late-filed POCs (.2); | 0.20 | $180.00 |
| 11/9/2023 | Nathan Kuenzi | Participate in conference with J. Bair re insurance analysis needed re late-filed POCs (.2); | 0.20 | $110.00 |
| 11/9/2023 | Timothy Burns | Review correspondence with J. Bair and Lowenstein re policy search and insurance archeologist issues (.2); | 0.20 | $224.00 |
| 11/9/2023 | Jesse Bair | Draft email memorandum to B. Weisenberg re lost policy issues and search strategies in connection with insurance archaeologist (.3); | 0.30 | $270.00 |
| 11/9/2023 | Timothy Burns | Review correspondence with the Debtor and the insurers re oral ruling on the insurers' motion to dismiss (.1); | 0.10 | $112.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/9/2023 | Nathan Kuenzi | Review late-filed proofs of claim for available coverage and draft email to J. Bair addressing findings (.8); | 0.80 | $440.00 |
| 11/9/2023 | Timothy Burns | Review Lowenstein correspondence with the Committee re case updates (.1); | 0.10 | $112.00 |
| 11/9/2023 | Jesse Bair | Correspond with G. Albert re upcoming hearing on the insurer 2004 motion (.1); | 0.10 | $90.00 |
| 11/10/2023 | Jesse Bair | Review correspondence with the Debtor and the insurers' re oral ruling on the insurers motions to dismiss (.1); | 0.10 | $90.00 |
| 11/10/2023 | Jesse Bair | Review B. Weisenberg correspondence re insurance archaeologist issues (.1); analysis re same (.2); respond to B. Weisenberg correspondence re same (.1); | 0.40 | $360.00 |
| 11/10/2023 | Nathan Kuenzi | Review and identify key materials needed for Rule 2004 hearing prep (1.1); | 1.10 | $605.00 |
| 11/10/2023 | Karen Dempski | Prepare hearing prep binder re the Committee's Rule 2004 insurance motion (.5); | 0.50 | $170.00 |
| 11/10/2023 | Timothy Burns | Review Moving Insurers' Reply in Support of Motion for Court's Approval of Confidentiality and Protective Order (.2); | 0.20 | $224.00 |
| 11/12/2023 | Jesse Bair | Review the Debtor's amended case management statement (.2); | 0.20 | $180.00 |
| 11/12/2023 | Timothy Burns | Legal research re expected/intended defense and impact of settlement re same (.8); | 0.80 | $896.00 |
| 11/12/2023 | Timothy Burns | Review correspondence with J. Bair and B. Wiesenberg re debtor's insurance archeologist request (.2); | 0.20 | $224.00 |
| 11/12/2023 | Jesse Bair | Review the insurers' amended Rule 26(f) case management statement (.4); | 0.40 | $360.00 |
| 11/12/2023 | Timothy Burns | Conference with J. Bair re insurance case management strategy (.2); conference with state court counsel re same (.2); | 0.40 | $448.00 |
| 11/12/2023 | Jesse Bair | Review T. Burns and B. Weisenberg correspondence re case insurance strategy and call to discuss same (.1); | 0.10 | $90.00 |
| 11/12/2023 | Timothy Burns | Review insurer case management plan documents while formulating response strategy (1.9); | 1.90 | $2,128.00 |
| 11/12/2023 | Jesse Bair | Review and edit insurance analysis re late-filed POCs (.2); correspond with B. Weisenberg re same (.1); | 0.30 | $270.00 |
| 11/12/2023 | Jesse Bair | Conference with T. Burns re insurance case management strategy (.2); | 0.20 | $180.00 |
| 11/12/2023 | Jesse Bair | Correspond with Stout re POC valuation and insurance allocation issues (.1); | 0.10 | $90.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/13/2023 | Nathan Kuenzi | Review and analyze recently-produced Oakland insurance documents from 11/10/23 (.8); | 0.80 | $440.00 |
| 11/13/2023 | Jesse Bair | Review correspondence with the Debtor and the insurers re insurance case management issues (.1); | 0.10 | $90.00 |
| 11/13/2023 | Timothy Burns | Prepare for Rule 2004 hearing and oral argument (4.7); | 4.70 | $5,264.00 |
| 11/13/2023 | Jesse Bair | Review the Committee's reply in support of its protective order motion to prevent POC disclosure to ISO (.1); | 0.10 | $90.00 |
| 11/13/2023 | Jesse Bair | Conference with T. Burns re Rule 2004 hearing preparations and strategy (.4); | 0.40 | $360.00 |
| 11/13/2023 | Jesse Bair | Review the insurers' reply in support of their motion to allow expert access to POCs in the main case (.1); | 0.10 | $90.00 |
| 11/13/2023 | Jesse Bair | Review the insurers' reply in support of their insurance adversary proceeding protective order motion (.1); | 0.10 | $90.00 |
| 11/13/2023 | Timothy Burns | Conference with J. Bair re Rule 2004 hearing preparations and strategy (.4); | 0.40 | $448.00 |
| 11/13/2023 | Jesse Bair | Review the insurers' Rule 2004 request for judicial notice filing (.1); | 0.10 | $90.00 |
| 11/14/2023 | Jesse Bair | Correspondence with BB team re POC insurance allocation analysis (.1); | 0.10 | $90.00 |
| 11/14/2023 | Timothy Burns | Review correspondence from B. Weisenberg re Committee meeting (.1); | 0.10 | $112.00 |
| 11/14/2023 | Timothy Burns | Continue preparing for Rule 2004 hearing and oral argument (2.4); | 2.40 | $2,688.00 |
| 11/14/2023 | Nathan Kuenzi | Continue reviewing and analyzing recently-produced Oakland insurance documents from 11/10/23 (.8); | 0.80 | $440.00 |
| 11/15/2023 | Timothy Burns | Review insurance archeologist's proposal to debtor re services (.1); | 0.10 | $112.00 |
| 11/15/2023 | Timothy Burns | Participate in call with Lowenstein team and J. Bair re case insurance developments, strategy, and next-steps (.5); | 0.50 | $560.00 |
| 11/15/2023 | Jesse Bair | Review docket entries ruling on the 2004 motion and dueling protective order motions (.1); | 0.10 | $90.00 |
| 11/15/2023 | Brian Cawley | Analyze and index Debtor insurance document production (1.2); | 1.20 | $660.00 |
| 11/15/2023 | Jesse Bair | Participate in call with Lowenstein team and T. Burns re case insurance developments, strategy, and next-steps (.5); | 0.50 | $450.00 |
| 11/15/2023 | Timothy Burns | Review correspondence with B. Weisenberg and state court counsel re late-filed proofs of claim (.1); | 0.10 | $112.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/16/2023 | Timothy Burns | Review correspondence with Lowenstein and state court counsel re late-filed proofs of claim (.1); | 0.10 | $112.00 |
| 11/16/2023 | Brian Cawley | Continue analyzing and indexing Debtor insurance document production (2.2); | 2.20 | $1,210.00 |
| 11/16/2023 | Timothy Burns | Review status conference order (.1); | 0.10 | $112.00 |
| 11/16/2023 | Jesse Bair | Review order setting case status conference and related correspondence (.1); | 0.10 | $90.00 |
| 11/17/2023 | Jesse Bair | Provide instructions to N. Kuenzi re preparing Order granting in part and denying in part the insurance Rule 2004 motion (.3); | 0.30 | $270.00 |
| 11/17/2023 | Jesse Bair | Review order setting status conference (.1); | 0.10 | $90.00 |
| 11/17/2023 | Nathan Kuenzi | Draft order memorializing court ruling on 2004 issues and categories of documents that must be produced by insurers (2.6); | 2.60 | $1,430.00 |
| 11/20/2023 | Jesse Bair | conference with T. Burns re Rule 2004 Order and next case management conference (.1) | 0.10 | $90.00 |
| 11/20/2023 | Timothy Burns | Review draft 2004 order (.1); | 0.10 | $112.00 |
| 11/20/2023 | Jesse Bair | Review and edit draft Order granting in part the Committee's Rule 2004 motion against the insurers (.4); correspondence with Lowenstein team re same (.1); | 0.50 | $450.00 |
| 11/20/2023 | Nathan Kuenzi | Research issues re insurance guaranty funds in California (.7); | 0.70 | $385.00 |
| 11/20/2023 | Timothy Burns | Conference with J. Bair re Rule 2004 Order and next case management conference (.1); | 0.10 | $112.00 |
| 11/20/2023 | Nathan Kuenzi | Participate in BB team meeting re case developments and ongoing insurance projects (.3); | 0.30 | $165.00 |
| 11/20/2023 | Timothy Burns | Participate in BB team meeting re case developments and ongoing insurance projects (.3); | 0.30 | $336.00 |
| 11/20/2023 | Timothy Burns | Correspond with N. Kuenzi re case management meet and confer (.1); | 0.10 | $112.00 |
| 11/20/2023 | Jesse Bair | Participate in BB team meeting re case developments and ongoing insurance projects (.3); | 0.30 | $270.00 |
| 11/21/2023 | Jesse Bair | Conference with T. Burns re Rule 2004 revised subpoena (.1); | 0.10 | $90.00 |
| 11/21/2023 | Jesse Bair | Correspondence with C. Restel re revised Rule 2004 discovery requests to the insurers (.1); | 0.10 | $90.00 |
| 11/21/2023 | Timothy Burns | Conference with J. Bair re Rule 2004 revised subpoena (.1); | 0.10 | $112.00 |
| 11/21/2023 | Jesse Bair | Begin reviewing and editing revised Rule 2004 discovery requests to the insurers (.5); | 0.50 | $450.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/22/2023 | Timothy Burns | Review revised version of Committee Rule 2004 subpoenas to the insurers (.1); correspond with J. Bair re same (.2); | 0.20 | $224.00 |
| 11/22/2023 | Jesse Bair | Correspondence with B. Weisenberg re call to discuss case insurance issues (.1); | 0.10 | $90.00 |
| 11/22/2023 | Jesse Bair | Continue reviewing and editing the Committee's revised 2004 requests to the insurers (.8); | 0.80 | $720.00 |
| 11/22/2023 | Jesse Bair | Review Debtor correspondence re tender of POCs to third-party administrator (.1); | 0.10 | $90.00 |
| 11/22/2023 | Jesse Bair | Review and incorporate T. Burns' suggested edits to the revised version of the Committee's 2004 requests to the insures (.1); | 0.10 | $90.00 |
| 11/25/2023 | Jesse Bair | Review K. Jonch-Clausen research memo re purported impact of prior Diocesan insurance settlement on coverage for current claims (.1); | 0.10 | $90.00 |
| 11/25/2023 | Jesse Bair | Brief review re N. Kuenzi summary re recent Diocesan insurance document production (.1); | 0.10 | $90.00 |
| 11/27/2023 | Jesse Bair | Participate in call with state court counsel and T. Burns re case insurance issues (.5); | 0.50 | $450.00 |
| 11/27/2023 | Jesse Bair | Prepare for call with B. Wiesenberg re case insurance issues, including insurance archeologist issue and Debtor tendering claims to third-party administrator (.1); participate in call with B. Wiesenberg re same (.3); | 0.40 | $360.00 |
| 11/27/2023 | Jesse Bair | Assess information re joint retention of an insurance archeologist (.2); correspondence with the Debtor re same (.2); | 0.40 | $360.00 |
| 11/27/2023 | Jesse Bair | Review B. Wiesenberg correspondence with the Debtor re tender of POC to insurance broker issue (.1); | 0.10 | $90.00 |
| 11/27/2023 | Jesse Bair | Review further revised version of amended Committee Rule 2004 requests to the insurers (.1); correspondence with C. Restel re same (.1); | 0.20 | $180.00 |
| 11/28/2023 | Jesse Bair | Review correspondence with C. Restel and insurer counsel re meet and confer re revised Committee 2004 requests (.1); | 0.10 | $90.00 |
| 11/28/2023 | Nathan Kuenzi | Analyze issues relating to Debtor excess policy coverages and drop down provisions (.8); | 0.80 | $440.00 |
| 11/28/2023 | Jesse Bair | Review correspondence with the Debtor and the insurers re further hearing on the insurers' expert proof of claim motion (.1); | 0.10 | $90.00 |
| 11/28/2023 | Jesse Bair | Review correspondence with the Debtor and insurers re call to discuss potential insurance mediator (.1); | 0.10 | $90.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/29/2023 | Alyssa Turgeon | Analyze case discovery materials and prepare Debtor insurance policy binders for use with detailed, supplemental insurance policy review project (4.5); | 4.50 | $1,530.00 |
| 11/29/2023 | Nathan Kuenzi | Continue analyzing issues relating to Debtor excess policy coverages and drop down provisions (2.8); | 2.80 | $1,540.00 |
| 11/29/2023 | Timothy Burns | Review the insurers' objection to the Committee's proposed form of order re protective order (.1); | 0.10 | $112.00 |
| 11/29/2023 | Timothy Burns | Review correspondence with Lowenstein and the insurers re form of subpoena in response to Court's ruling on 2004 motion (.1); | 0.10 | $112.00 |
| 11/29/2023 | Timothy Burns | Review correspondence with the Debtor and the insurers re mediator selection (.1); | 0.10 | $112.00 |
| 11/30/2023 | Jesse Bair | Correspondence with N. Kuenzi re research project re drop-down issues re Diocesan excess policies (.1); | 0.10 | $90.00 |
| 11/30/2023 | Alyssa Turgeon | Continue analyzing case discovery materials and preparing Debtor insurance policy binders for use with detailed, supplemental insurance policy review project (1.0); | 1.00 | $340.00 |
| 11/30/2023 | Jesse Bair | Correspondence with Stout re call to discuss insurance allocation (.1); | 0.10 | $90.00 |
| | | **Totals for Insurance Adversary Proceeding** | **100.80** | **$75,739.00** |

| **Total Hours and Fees** | | | **119.00** | **$93,345.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 11/12/2023 | Delta Airlines, J. Bair (MSN-SFO) | $406.00 |
| 11/12/2023 | Delta Airlines, T. Burns (MSN-SFO) | $406.00 |
| 11/13/2023 | Transit Service, T. Burns | $20.00 |
| 11/13/2023 | Hotel, J. Bair (1 night) | $408.79 |
| 11/13/2023 | Hotel, T. Burns (1 night) | $408.79 |
| 11/13/2023 | Transit Service, J. Bair | $23.00 |
| 11/14/2023 | Travel meal, T. Burns | $43.21 |
| 11/14/2023 | Travel meal, J. Bair | $11.32 |
| 11/14/2023 | Travel meal, T. Burns | $39.11 |
| 11/17/2023 | Airport parking, J. Bair | $30.00 |

| **Total Expenses** | | **$1,796.22** |

**Timekeeper Summary**

| Name | Title | Hours | Rate | Amount |
|------|-------|------:|-----:|-------:|
| Alyssa Turgeon | Paralegal | 5.50 | $340.00 | $1,870.00 |
| Brenda Horn-Edwards | Paralegal | 0.60 | $340.00 | $204.00 |
| Brian Cawley | Associate | 4.00 | $550.00 | $2,200.00 |
| Jesse Bair | Partner | 33.50 | $900.00 | $30,150.00 |
| Karen Dempski | Paralegal | 0.50 | $340.00 | $170.00 |
| Karin Jonch-Clausen | Associate | 18.60 | $550.00 | $10,230.00 |
| Nathan Kuenzi | Associate | 25.50 | $550.00 | $14,025.00 |
| Timothy Burns | Partner | 30.80 | $1,120.00 | $34,496.00 |

**Total Due This Invoice: $95,141.22**