**FOLEY & LARDNER LLP**
Jeffrey R. Blease (CA Bar. No. 134933)
Tel: (617) 226-3155; jblease@foley.com
Thomas F. Carlucci (CA Bar No. 135767)
Tel: (415) 984-9824; tcarlucci@foley.com
Shane J. Moses (CA Bar No. 250533)
Tel: (415) 438-6404; smoses@foley.com
Emil P. Khatchatourian (CA Bar No. 265290)
Tel: (312) 832-5156; ekhatchatourian@foley.com
Ann Marie Uetz (admitted *pro hac vice*)
Tel: (313) 234-7114; auetz@foley.com
Matthew D. Lee (admitted *pro hac vice*)
Tel: (608) 258-4203; mdlee@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520

*Counsel for the Debtor
and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,<br><br>Debtor. | Case No. 23-40523 WJL<br><br>Chapter 11<br><br>**NOTICE OF POTENTIAL CONTINUED HEARING ON JOINT MOTION FOR ENTRY OF ORDER REFERRING PARTIES TO MEDIATION, APPOINTING MEDIATORS AND GRANTING RELATED RELIEF**<br><br>Judge: Hon. William J. Lafferty<br><br>Date: January 17, 2024<br>Time: 9:30 a.m.<br>Place: United States Bankruptcy Court<br>　　　 1300 Clay Street<br>　　　 Courtroom 220<br>　　　 Oakland, CA 94612<br><br>[Zoom Webinar/AT&T Teleconference only] |

**PLEASE TAKE NOTICE THAT** a continued hearing may be held on **Wednesday, January 17, 2024, at 9:30 a.m.** (the "Continued Hearing"), by Zoom Webinar/AT&T Teleconference only, on the *Joint Motion for Entry of an Order Referring Parties to Mediation, Appointing Mediators and Granting Related Relief* [Docket No. 705] (the "Motion"), filed by The Roman Catholic Bishop of

Oakland, a California corporation sole, and the debtor and debtor in possession (the "<u>Debtor</u>" or "<u>RCBO</u>") in the above-captioned chapter 11 bankruptcy case and the Official Committee of Unsecured Creditors.

At the initial hearing on the Motion held on January 9, 2024, the Court directed that the Continued Hearing would be held if necessary to resolve any disputes among the parties to the Motion regarding the form of order on the Motion, as set forth in the minutes entered on the case docket for the January 9, 2024, hearing.

**PLEASE TAKE FURTHER NOTICE THAT the Continued Hearing will be held by Zoom only**, provided that (1) parties may attend by Zoom Webinar/AT&T Teleconference with prior approval from the Court; (2) additional information is available on Judge Lafferty's Procedures page on the Court's website, which is http://www.canb.uscourts.gov; and (3) information on how to attend the hearing by Zoom Webinar/AT&T Teleconference will be included with each calendar posted under Judge Lafferty's Calendar on the court's website. All parties should review Judge Lafferty's Practices and Procedures for In-Person Hearings, found on the Court's website. **Parties seeking to appear and be heard must request a Zoom appearance from the Court**. Parties or the public may listen only, without making an appearance, by telephone without prior approval; telephone dial-in information is listed on the calendar posted under on the court's website.

**PLEASE TAKE FURTHER NOTICE THAT** the Continue Hearing may be taken off calendar and cancelled if the parties to the Motion reach agreement on a form of order prior to the Continued Hearing date.

DATED: January 11, 2024  **FOLEY & LARDNER LLP**
Jeffrey R. Blease
Thomas F. Carlucci
Shane J. Moses
Emil P. Khatchatourian
Ann Marie Uetz
Matthew D. Lee

*/s/ Shane J. Moses*
Shane J. Moses

Counsel for the Debtor
and Debtor in Possession