**O'MELVENY & MYERS LLP**
STEPHEN H. WARREN (S.B. #136895)
KAREN RINEHART (S.B. #185996)
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: swarren@omm.com
       krinehart@omm.com

TANCRED SCHIAVONI (*pro hac vice*)
ADAM HABERKORN (*pro hac vice*)
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Email: tschiavoni@omm.com
       ahaberkorn@omm.com

EMMA L. JONES (*pro hac vice*)
2501 N. Harwood St., Suite 1700
Dallas, TX 75201
Telephone: (972) 360-1900
Email: eljones@omm.com

*Attorneys for Insurance Company of North America; Pacific Indemnity Company; and Pacific Employers Insurance Company*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| *In re:* <br><br> THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole, <br><br> Debtor. | Case No. 23-40523 WJL <br><br> Chapter 11 <br><br> **DECLARATION OF THE HONORABLE RANDALL J. NEWSOME (RET.)** <br><br> Judge: Hon. William J. Lafferty <br> Hearing Date: January 17, 2024 <br> Hearing Time: 9:30 a.m. <br> Place: United States Bankruptcy Court <br> 1300 Clay Street, Courtroom 220 <br> Oakland, CA 94612 |

I, Randall J. Newsome, hereby declare and state as follows:

1. I am an attorney, duly admitted and in good standing in the State of Ohio, currently on inactive status. I am the founder and principal of Randall Newsome ADR and Consulting LLC, which is located in Nevada City, California. I was a bankruptcy judge for 28 years, and served as the Chief Judge of the Bankruptcy Court for the Northern District of California in Oakland from 2004 until I retired from the bench in 2010. I have spent the last 13 years primarily serving in various neutral capacities, particularly as a mediator.

2. In the course of my practice I have continued to serve as a mediator in large-scale multi-plaintiff and mass tort cases, such as:

- Bankruptcy case of the Archdiocese of Milwaukee;
- Bankruptcy case of the Diocese of Gallop, New Mexico;
- Both bankruptcy cases filed by PG&E Corp.

3. I have extensive experience conducting mediations. In addition to the above summary I have attached my Curriculum Vitae as **Exhibit 1** hereto.

4. I have made the following investigation of disinterestedness and connections prior to submitting this Declaration: In connection with my proposed retention as Mediator, I was provided a Schedule of Interested Parties, a copy of which is attached hereto as **Exhibit 2**. I reviewed the Schedule of Interested Parties and concluded that I do not have any conflicts with any of the entities listed therein.

5. To the best of my knowledge, I do not represent any interest adverse to the Debtor or any party in interest in the matters upon which I am to be engaged.

6. I have not been retained by the Diocese of Oakland for any matter. I do not hold a position as a trustee, claims review, consultant or future claimants representative to any bankruptcy trust.

7. I am not affiliated nor have any connection with the Office of the United States Trustee or any of its employees.

8. I have not received any transfer, assignment or pledge of property of the Debtor's estate or any of the holders of abuse claims as of the date of this Declaration.

9. I have not shared or agreed to share with any other person any compensation to be paid with respect to this Chapter 11 Case.

10. The terms of employment, subject to Court approval, would be as follows: $900 per hour for mediation preparation and mediation sessions that extend beyond 8 hours, and $9,000 per day for mediation sessions. My hourly rate is subject to periodic adjustments to reflect economic and other conditions, with the hourly rate charged being the hourly rate in effect on the date that the services are performed. I understand that all pre-confirmation hourly rates, fees, and expenses are subject to approval by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

January 10, 2024        By: _____
                            **Randall J. Newsome**

**Exhibit 1**

[*see attached*]

- 1 -