# Randall Newsome ADR and Consulting LLC                    ☐ MENU



# Experienced. Effective. Creative. Attentive.

## Randall Newsome ADR and Consulting LLC

Over the past 39 years, I have built a reputation for facilitating the resolution of large and complex bankruptcy and commercial disputes, first as a bankruptcy

judge for 28 years, and then as a neutral at JAMS. Notable cases include the Pacific Gas and Electric bankruptcy in 2003 and the PG&E bankruptcy in 2019, in both of which I served as the court-appointed mediator.

I have been a neutral in hundreds of other matters involving entities of every description, including law firms, Ponzi schemes, hospitals, professional athletes, entertainment companies, oil companies, retail, computing, software and a host of other enterprises. I have experience dealing with a wide range of subject areas, including insurance coverage, employment, breach of contract, fraudulent transfers, internal business problems, mergers and acquisitions, and virtually any other dispute that arises in the course of operating a business, both domestically and internationally.

I have served as an expert witness, most notably in the Madoff bankruptcy and SIPC proceedings, as well as in a multi-billion dollar insurance dispute arising out of a mass tort bankruptcy.

I have been a judge in mock trials involving high-profile, big-dollar matters. One such case resulted in one of the largest environmental settlements in U.S. history. I have also been retained to help parties develop and hone their arguments in appellate matters.

My approach to mediation tends towards the evaluative, but I will use whatever approach best suits the parties and the case. I will give an unvarnished appraisal of the merits of each side's position. Clients and counsel can be assured that my opinion is based on thorough preparation (including reading the briefs, applicable cases and publicly available information), not on posturing or bluffing.

As for arbitrations, I will ensure that the proceeding is efficient and cost-effective in keeping with the parties' wants and needs, particularly in smaller matters that don't justify the cost and delay that are too often synonymous with the process.

I am also available to serve in other capacities, such as a court-appointed examiner and future claimants representative in mass tort bankruptcies.

I welcome the opportunity to serve your needs. Please contact me at randall@randallnewsomeadr.com or call 510-612-7772.

VIEW MY BIO

*"Judge Newsome is the best mediator I've ever worked with, and have been involved in dozens of mediations. He's the most prepared, knowledgeable and tenacious, an excellent questioner and works extremely hard to get to a deal."*

—

LOS ANGELES BANKRUPTCY/RESTRUCTURING ATTORNEY

# Representative Matters Successfully Concluded

## Business and Contract Disputes

- A contract dispute between a French wine producer and a U.S. distributor.
- Alleged fraudulent transfer involving an NYSE-listed software company and parties involved in an assignment for the benefit of creditors.
- A dispute between the principals of major restaurant chains and their main creditor, resulting not only in the resolution of the issues, but the sale of the chains to a Canadian buyer.
- A dispute between two law firms involving allegations of fraudulent transfers following failed merger discussions.
- Allegations of breach of an acquisition contract concerning a software company in which the principals alleged that the purchase price was not fully paid.
- A securities class action involving allegations of stock manipulation, omissions and misrepresentations under Rule 10b-5 and Section 20(d) by a publicly held company.

## Sports and Entertainment

- A dispute between creditors and the officers and directors of a film animation studio.

- A dispute between a production company and a German hedge fund over the video game rights for a major movie franchise.
- Hundreds of millions of dollars in disputes involving dozens of secured and unsecured creditors and a debtor entertainment company, which provided the framework for a confirmed chapter 11 plan.
- Disputes involving financially troubled golf courses and country clubs.

## Health Care

- Allegations of fraud against the owner of small hospital in a rural community.
- Disputes arising out of the sale of one of the largest hospitals to file for bankruptcy.
- Disputes arising out of the liquidation of a large Los Angeles hospital.

## Insurance

- Long-pending suit brought by a mortgage company against its former principal seeking to collect on a directors and officers insurance policy
- Claims against a principal of a manufacturer implicating D&O policy
- Multi-million dollar dispute implicating fidelity insurance policies arising out of the conduct of a bank vice president
- A dispute regarding premiums owed by an insured to a workers compensation insurer.

# Contact

Phone: 510-612-7772

Email: randall@randallnewsomeadr.com

# Mailing Address

10770 Cement Hill Rd.

Nevada City, CA 95959

COPYRIGHT © 2024 · RANDALL NEWSOME ADR · WORDPRESS · LOG IN