**Exhibit 2**

| Party Name | Role | Category |
|---|---|---|
| Honorable William Lafferty | U.S. Bankruptcy Judge for the Northern District of California | Bankruptcy Court |
| David Sheltraw | Committee member | Committee Member |
| Jenna McCarthy | Committee member | Committee Member |
| John-Norman Kalama Houo Ka Ikaika Cobb | Committee member | Committee Member |
| Judy Roberts | Committee member | Committee Member |
| Kelly O'Lague | Committee member | Committee Member |
| Scott Brian Drescher | Committee member | Committee Member |
| Sherry Waterworth | Committee member | Committee Member |
| Steven Woodall | Committee member | Committee Member |
| Keller Benvenutti Kim LLP | Counsel to Committee | Committee Professional |
| Lowenstein Sandler LLP | Counsel to Committee | Committee Professional |
| Stout Risius Ross, LLC | Expert Consultant on Valuation of Sexual Abuse Claims for Committee | Committee Professional |
| Berkeley Research Group, LLC | Financial Advisor to Committee | Committee Professional |
| Burns Bair LLP | Special Insurance Counsel to Committee | Committee Professional |
| Jeff Anderson & Associates, PA | Counsel for Committee Member David Sheltraw | Counsel for Committee Member |
| Boucher LLP | Counsel for Committee Member Jason Jaye | Counsel for Committee Member |
| The Zalkin Law Firm, P.C. | Counsel for Committee Member Jenna McCarthy | Counsel for Committee Member |
| Manly, Stewart & Finaldi | Counsel for Committee Member John-Norman Kalama Houo Ka Ikaika Cobb | Counsel for Committee Member |
| Andrews & Thornton | Counsel for Committee Member Judy Roberts | Counsel for Committee Member |
| Joseph George, Jr. Law Corporation | Counsel for Committee Member Kelly O'Lague | Counsel for Committee Member |
| Slater Slater Schulman LLP | Counsel for Committee Member Scott Brian Drescher | Counsel for Committee Member |
| Panish Shea Boyle Ravipudi and Pfau Cochran Vertetis Amala PLLC | Counsel for Committee Member Sherry Waterworth | Counsel for Committee Member |
| Furtado, Jaspovice & Simons and Jeff Anderson & Associates | Counsel for Committee Member Steven Woodall | Counsel for Committee Member |
| The Roman Catholic Bishop of Oakland | Debtor | Debtor |
| Kurtzman Carson Consultants | Administrative Advisor to Debtor | Debtor Professional |
| Foley & Lardner LLP | General Bankruptcy Counsel to Debtor | Debtor Professional |
| Alvarez & Marsal North America, LLC | Restructuring Advisor to Debtor | Debtor Professional |
| Breall & Breall LLP | Special Insurance Counsel to Debtor | Debtor Professional |
| ACE Limited (dismissed) | Insurance Company Adversary Defendant | Insurance Company |
| Aetna Insurance Company | Insurance Company Adversary Defendant | Insurance Company |
| American Home Assurance Co. | Insurance Company Adversary Defendant | Insurance Company |

- 1 -