# EXHIBIT 1

**O'MELVENY & MYERS LLP**
STEPHEN H. WARREN (S.B. #136895)
KAREN RINEHART (S.B. #185996)
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: swarren@omm.com
   krinehart@omm.com

TANCRED V. SCHIAVONI
   (admitted *pro hac vice*)
ADAM P. HABERKORN
   (admitted *pro hac vice*)
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Email: tschiavoni@omm.com
   ahaberkorn@omm.com

EMMA L. JONES
   (admitted *pro hac vice*)
1701 N. Harwood St., Suite 1700
Dallas, TX 75201
Telephone: (972) 360-1900
Email: eljones@omm.com

*Attorneys for Insurance Company of North America; Pacific Indemnity Company; and Pacific Employers Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| *In re:* | Case No. No. 23-40523 WJL |
| THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole, | Chapter 11 |
| Debtor. | **[PROPOSED] ORDER GRANTING MOVING INSURERS' MOTION FOR ENTRY OF AN ORDER PERMITTING INSURER EXPERTS AND/OR CONSULTANTS TO HAVE ACCESS TO SEXUAL ABUSE PROOFS OF CLAIMS AND SUPPLEMENTS**[1] |

---

[1] Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to them in the Motion.

**THIS MATTER** having been brought before the Court upon the motion (the "Motion") of the Moving Insurers, by and through their counsel, for entry of an order designating as Authorized Parties under the Bar Date Order the experts and consultants of the insurers, so that such additional parties may receive and review Proofs of Claim in accordance therewith; and due notice having been properly provided; and the Court having considered the papers and arguments submitted by counsel; and the Court having overruled in part and granted in part the objections to the Motion; for the reasons stated on the record on December 1, 2023,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby GRANTED in part and DENIED in part.

2. Experts of the insurers who are defendants in the Adversary Proceedings, including the California Insurance Guarantee Association ("CIGA"), who sign the Authorized Party Confidentiality Agreement exhibited to the Bar Date Order, are hereby deemed to be Authorized Parties under Section 14(iii)(j) of the Bar Date Order, and are entitled to access and review the Proofs of Claim upon the Court's entry of this Order provided that each claimant's name, address, email address, telephone number(s), Social Security Number, jail or prison number (if applicable), and month of birth (collectively "PII") on the proofs of claim is redacted. For the purposes of this order PII shall not include a claimant's year of birth.

3. "Expert" shall mean an entity or person with specialized knowledge or experience in a matter pertinent to the Chapter 11 Case and/or Adversary Proceedings who has been retained by a Authorized Party or its counsel to serve as an expert witness or as a consultant in connection with this Chapter 11 Case and/or Adversary Proceedings, including but not limited to Brattle Group and NERA Economic Consulting. For purposes of this Order, the Insurance Services Office or ISO, or such any other such claims database provided to third parties, shall not be an "Expert."

4. This Order is entered without prejudice to the Debtor's insurers subsequently moving for authorization to provide Experts with unredacted copies of the proofs of claim.

5. The Committee shall provide the insurers with a service list of counsel for the claimants who have filed proofs of claim so that they have such information so that they can serve them with a motion for authorization to provide Experts with unredacted copies of the proofs of

1 | claim.
2 |     6. The Court shall retain jurisdiction to hear and determine all matters arising from or
3 | related to the implementation of this Order.

**END OF ORDER*