**FOLEY & LARDNER LLP**
Jeffrey R. Blease (CA Bar. No. 134933)
jblease@foley.com
Thomas F. Carlucci (CA Bar No. 135767)
tcarlucci@foley.com
Shane J. Moses (CA Bar No. 250533)
smoses@foley.com
Emil P. Khatchatourian (CA Bar No. 265290)
ekhatchatourian@foley.com
Ann Marie Uetz (admitted *pro hac vice*)
auetz@foley.com
Matthew D. Lee (admitted *pro hac vice*)
mdlee@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520
Telephone: (415) 434-4484
Facsimile: (415) 434-4507

*Counsel for the Debtor
and Debtor in Possession*

**LOWENSTEIN SANDLER LLP**
Jeffrey D. Prol (admitted *pro hac vice*)
jprol@Lowenstein.com
Brent Weisenberg (admitted *pro hac vice*)
bweisenberg@lowenstein.com
Colleen M. Restel (admitted *pro hac vice*)
crestel@lowenstein.com
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (CA Bar No. 151445)
tkeller@kbkllp.com
Jane Kim (CA Bar No. 298192)
jkim@kbkllp.com
Gabrielle L. Albert (CA Bar No. 190895)
galbert@kbkllp.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Counsel for the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| *In re:* <br><br> THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole, <br><br> Debtor. | Case No. 23-40523 WJL <br><br> Chapter 11 <br><br> **NOTICE OF REVISED PROPOSED ORDER FOLLOWING HEARING ON JOINT MOTION FOR ENTRY OF ORDER REFERRING PARTIES TO MEDIATION, APPOINTING MEDIATORS AND GRANTING RELATED RELIEF** <br><br> Judge: Hon. William J. Lafferty <br><br> Date: January 17, 2024 <br> Time: 9:30 a.m. PT <br> Place: United States Bankruptcy Court <br> 1300 Clay Street <br> Courtroom 220 <br> Oakland, CA 94612 |

**PLEASE TAKE NOTICE THAT** The Roman Catholic Bishop of Oakland, a California corporation sole, and the debtor and debtor in possession (the "**Debtor**") in the above-captioned chapter 11 bankruptcy case (the "**Chapter 11 Case**") and the Official Committee of Unsecured Creditors (the "**Committee**," and together with the Debtor, the "**Movants**") hereby file a revised proposed order (the "**Proposed Order**") granting the *Joint Motion for Entry of Order Referring Parties to Mediation, Appointing Mediators, and Granting Related Relief* [Docket No. 705] (the **"Motion"**).

**PLEASE TAKE FURTHER NOTICE THAT** the Proposed Order is attached as **Exhibit A** and a redline showing the changes made to the version filed on January 5, 2024 [Docket No. 756] is attached as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE THAT** the Proposed Order reflects the modifications discussed on the record at the January 9, 2024 hearing (the "**Hearing**") by counsel to the Debtor, the Committee and certain insurers who filed objections to the Motion (the "**Insurers**") that the relief requested in the Motion would be modified to include the Insurers in mediation, subject to the parties agreeing on the mediators for the "Insurance Mediation Matters."

**PLEASE TAKE FURTHER NOTICE THAT** following the Hearing, the Court directed the Debtor to revise the proposed order granting the Motion to reflect the terms discussed on the record and circulate the revised proposed order to counsel for the Insurers. The Court also set a continued hearing on the Motion for January 17, 2024.

**PLEASE TAKE FURTHER NOTICE THAT** the Movants drafted the revised Proposed Order following receipt of the transcript from the Hearing, and on January 15, 2024 circulated a copy of the revised Proposed Order to counsel for the Insurers. Prior to circulation of the Proposed Order, the Movants agreed to the appointment of Hon. Randall Newsome (Ret.) as a mediator. Since circulation of the Proposed Order, the Movants have agreed to the appointment of Mr. Tim Gallagher as a mediator, subject to the terms and conditions of the Proposed Order.

**PLEASE TAKE FURTHER NOTICE THAT** the Insurers have not yet agreed to the Proposed Order. Just prior to Movants filing this Notice, Insurance Company of North America, Pacific Indemnity Company and Pacific Employers Insurance Company filed a Status Report and Supplemental Brief in Support of Its Objection to Joint Motion for Entry of Order Referring Parties to Mediation through which

they misstated what has transpired since the Hearing. The Committee did not "reject" the package proposal for a single mediation. Indeed, as set forth in the Proposed Order, the Committee has agreed to a single mediation with two mediators <u>selected by the Debtor and the Committee</u> (not the Committee alone as asserted) to assist them in resolving their disputes, two mediators <u>selected by the Insurers</u> to assist the Debtor, the Committee and the Insurers in resolving their disputes and joint and separate meetings of the parties to the Committee Mediation Matters and the Insurance Mediation Matters.

**PLEASE TAKE FURTHER NOTICE THAT** the Movants reserve all of their rights to prosecute the Motion and to the entry of the Proposed Order unless and until the Insurers agree to the Proposed Order in the form and substance attached hereto.

DATED: January 16, 2024

**FOLEY & LARDNER LLP**
Jeffrey R. Blease
Thomas F. Carlucci
Shane J. Moses
Ann Marie Uetz
Matthew D. Lee

*/s/ Shane J. Moses*

Counsel for the Debtor
and Debtor in Possession

**AND**

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller
Jane Kim
Gabrielle L. Albert

-and-

**LOWENSTEIN SANDLER LLP**
Jeffrey D. Prol
Brent Weisenberg
Colleen M. Restel

*/s/ Gabrielle L. Albert*

*Counsel for the Official Committee of Unsecured Creditors*