**O'MELVENY & MYERS LLP**
STEPHEN H. WARREN (S.B. #136895)
KAREN RINEHART (S.B. #185996)
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: swarren@omm.com
       krinehart@omm.com

TANCRED SCHIAVONI (*pro hac vice*)
ADAM HABERKORN (*pro hac vice*)
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Email: tschiavoni@omm.com
       ahaberkorn@omm.com

EMMA L. JONES (*pro hac vice*)
2501 N. Harwood St., Suite 1700
Dallas, TX 75201
Telephone: (972) 360-1900
Email: eljones@omm.com

*Attorneys for Insurance Company of North America;*
*Pacific Indemnity Company; and Pacific Employers*
*Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| *In re:* <br><br> THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole, <br><br> Debtor. | Case No. 23-40523 WJL <br><br> Chapter 11 <br><br> **PACIFIC'S OBJECTION TO REVISED PROPOSED ORDER FOLLOWING HEARING ON JOIN MOTION FOR ENTRY OF ORDER REFERRING PARTIES TO MEDIATION, APPOINTING MEDIATORS, AND GRANTING RELATED RELIEF [DKT. NO. 782]** <br><br> Judge: Hon. William J. Lafferty <br> Hearing Date: January 17, 2024 <br> Hearing Time: 9:30 a.m. <br> Place: United States Bankruptcy Court <br> 1300 Clay Street, Courtroom 220 <br> Oakland, CA 94612 |

Pacific stands by its supplemental objection the Motion and objects to the Committee's proposed order filed [Dkt. No. 782]. Pacific offers instead a counter form of order, attached as Exhibit 1. Any mediation should focus on the terms of a consensual plan and involve all interested parties. The counter form of proposed order attached hereto as Exhibit 1 is simple and straightforward.[1] It proposes on single mediation leaving it to the mediators to organize. Alternatively, Pacific submits that the two options offered in its supplemental objection for the Court to address this matter should respectfully be considered by the Court.

The last hearing ended with the Committee advising the Court that it needed time to consider Pacific's proposal for a single mediation of the formulation of a plan and the persons to mediate it. We advised the Court, that we had told the Debtor and Committee Pacific's proposal was a package proposal to resolve the issue, i.e., not a menu of items to pick from. Central to the proposal was that there be one single mediation of a plan of reorganization. This is the first point in the brief filed by insurers objecting to the motion and was extensively what we argued at the hearing. Two days later, Committee's counsel called got back us and told us that one of the mediators we proposed is not acceptable and that he envisioned two entirely separate mediations excluding insurers from the plan mediation as described in the motion. We disagreed. This is exactly what the insures objected to in their Objection brief and at the hearing.

After the close of business Easter Time on Monday, January 16, the Committee emailed us that it had changed its position and would accept the proposed mediators. However, the Committee's proposed order excludes insurers from the all of the plan mediation issues that were the subject of the original motion. The proposed order if entered would have the Committee mediating against itself with regard to the claims, the Debtor's liability for claims, and treatment of the claims. The fox running the henhouse.

---

[1] Exhibit 1 is a clean form of the proposed order mediation order proposed by Pacific. For the Court's convenience Exhibit 2 is a redline against the Committee's form of proposed order [Dkt. No. 782.1].

| | |
|---|---|
| Dated: January 16, 2024 | By: /s/ Karen Rinehart |

**O'MELVENY & MYERS LLP**
STEPHEN H. WARREN (S.B. #136895)
KAREN RINEHART (S.B. #185996)
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: swarren@omm.com
      krinehart@omm.com

TANCRED V. SCHIAVONI (*pro hac vice*)
ADAM P. HABERKORN (*pro hac vice*)
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Email: tschiavoni@omm.com
      ahaberkorn@omm.com

EMMA L. JONES (*pro hac vice*)
2501 N. Harwood St., Suite 1700
Dallas, TX 75201
Telephone: (972) 360-1900
Email: eljones@omm.com

*Attorneys for Insurance Company of North America; Pacific Indemnity Company; and Pacific Employers Insurance Company*