Entered on Docket
January 22, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**LOWENSTEIN SANDLER LLP**
JEFFREY D. PROL
(admitted pro hac vice)
jprol@lowenstein.com
BRENT WEISENBERG
(admitted pro hac vice)
bweisenberg@lowenstein.com
COLLEEN M. RESTEL
(admitted pro hac vice)
crestel@lowenstein.com
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
tkeller@kbkllp.com
JANE KIM (Cal. Bar No. 298192)
jkim@kbkllp.com
GABRIELLE L. ALBERT (Cal. Bar No. 190895)
galbert@kbkllp.com
425 Market St., 26th Floor
San Francisco, California 94105
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Counsel for the Official Committee of Unsecured Creditors*

**The following constitutes the order of the Court.**
**Signed: January 22, 2024**

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| *In re:*<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,<br><br>Debtor. | Case No. 23-40523 WJL<br><br>Chapter 11<br><br>**ORDER EXTENDING TIME TO RESPOND TO UNITED STATES TRUSTEE'S MOTION FOR ORDER APPOINTING FEE EXAMINER AND ESTABLISHING PROCEDURES FOR REQUESTING PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br><br>[Re: Docket No. 797]<br><br>Judge: Hon. William J. Lafferty<br>Date: January 31, 2024<br>Time: 10:30 a.m.<br>Place: United States Bankruptcy Court<br>1300 Clay Street Courtroom 220<br>Oakland, CA 94612 |

1

The Court, having considered the *Stipulation and Agreement for Order Extending Time to Respond to United States Trustee's Motion for Order Appointing Fee Examiner and Establishing Procedures for Requesting Professional Compensation and Reimbursement of Expenses* (the "**Stipulation**") [1] [Dkt. No. 797], filed on January 18, 2024; and, pursuant to such stipulation and agreement of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED**:

1. The time for the Committee and the Debtor to file and serve any responses or oppositions to the Fee Examiner Motion is extended through and including January 23, 2024.

2. The time for the U.S. Trustee to file and serve a reply in support of the Fee Examiner Motion, if necessary, is extended through and including January 26, 2024.

*END OF ORDER*

---

[1] Capitalized terms not otherwise defined shall have the meaning ascribed to them in the Stipulation.

Court Service List

*All ECF Participants*