




**EDD** **Employment
Development
Department**
State of California

Letter ID: L1759663440
Issued Date: March 25, 2024
Customer ID: XXXX-XXX3872

U S BANKRUPTCY COURT
1300 CLAY ST
SUITE 300
OAKLAND, CA 94612

| Re: | **WITHDRAWAL OF PROOF OF CLAIM** |
|---|---|
| THE ROMAN CATHOLIC BISHOP OF OAKLAN D | CASE NUMBER: 23-40523 |
| | TAXPAYER ID:  XXXX-XXX3872 |
| | CHAPTER:  Chapter 11 |

MARY HERRICK of the City of Sacramento, County of Sacramento, and State of California says:

That she/he is a duly appointed, authorized and acting delegate of the Director of the Employment Development Department of the State of California.

On behalf of the State of California, acting by and through the Director of the Employment Development Department, the executive officer of the Employment Development Department, as such, she/he is qualified and empowered to withdraw the Pre Petition Proof of Claim in the amount of $2,370.32 dated October 19, 2023.

By_____
     /s/ MARY HERRICK
     Tax Administrator