Entered on Docket
April 25, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**CHANGES MADE BY COURT**

The following constitutes the order of the Court.
Signed: April 25, 2024

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,<br><br>Debtor, | Case No. 23-40523 WJL<br>Chapter 11<br><br>**Hearing Scheduled**<br>Date: April 23, 2024<br>Time: 9:00 a.m. PST<br>Location: 1300 Clay St, Ctrm 220/Zoom, Oakland, CA 94612 |

## MEMORANDUM REGARDING THE HEARINGS ON
## VARIOUS MOTIONS ON APRIL 26, 2024

On April 23, 2024, this Court held a Status Conference to discuss outstanding issues that relate to the scheduled hearings on various motions scheduled for April 26, 2024. Given the number of motions set for a hearing that day, Counsel for the Committee inquired about the Court prefers to structure the oral arguments. For the sake of clarity and efficiency, the Court suggests the following order.

The Court will first address the Committee's Motion to Enforce the Rule 2004 Order and Compel Compliance with Subpoenas, followed by the various Motions for Protective Order and

Motions to Quash. With regards to the motions for protective order, the Court leaves it up to the parties to decide how they want to proceed with the oral arguments. Finally, the Court will tackle LMI's Motion to Stay last.

**\*\* END OF MEMORANDUM\*\***

**COURT SERVICE LIST**