```
 1  Marta M. Guzmán, Esq. (SBN 182754)
    LAW OFFICE OF MARTA M. GUZMÁN
 2  1421 8th Street, #D
    Alameda, CA  94501
 3  Tel:    510-410-5440
 4
 5
 6
 7
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re THE ROMAN CATHOLIC BISHOP OF OAKLAND, | BK Case No.: 23-40523 |
|---|---|
| | Chapter 11 |
| Debtor. | **REQUEST FOR SPECIAL NOTICE** |

Law Office of Marta M. Guzmán hereby requests special notice of all ECF filings in the above-referenced bankruptcy case. **PLEASE ONLY SERVE ELECTRONICALLY.  DO <u>NOT</u> SERVE HARD COPIES.**

Dated:  October 30, 2024          LAW OFFICE OF MARTA M. GUZMÁN

/s/*Marta M. Guzmán*
Marta M. Guzmán

- 1 -