Entered on Docket
October 31, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**LOWENSTEIN SANDLER LLP**
JEFFREY D. PROL (*pro hac vice*)
jprol@lowenstein.com
BRENT WEISENBERG (*pro hac vice*)
bweisenberg@lowenstein.com
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER
(Cal. Bar No. 151445)
tkeller@kbkllp.com
JANE KIM (Cal. Bar No. 298192)
jkim@kbkllp.com
GABRIELLE L. ALBERT
(Cal. Bar No. 190895)
galbert@kbkllp.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Counsel for the Official Committee of Unsecured Creditors*

The following constitutes the order of the Court.
Signed: October 31, 2024

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| *In re*: | Case No. 23-40523 WJL |
| THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole, | Chapter 11 |
| Debtor. | **AGREED ORDER GRANTING MOTION TO SCHEDULE STATUS CONFERENCES FOR THE PRESENTATION OF SURVIVOR STATEMENTS** |

Upon consideration of the *Motion to Schedule Status Conferences for the Presentation of Survivor Statements* [Dkt. No. 1365] (the "**Motion**")[1] filed by the Official Committee of Unsecured Creditors (the "**Committee**") of the Roman Catholic Bishop of Oakland (the

---
[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

"**Debtor**"); the *Debtor's Statement in Support of Committee's Requested Order Scheduling Status Conferences for the Presentation of Survivor Statements* [Dkt. No. 1380], including Bishop Barber's request and commitment to attend the Survivor Conferences (defined below) subject to the procedures set forth herein; the *Limited Opposition to the Motion for Order Scheduling Status Conferences for the Presentation of Survivor Statements* [Dkt No. 1381]; the *Pacific Insurers' Objection to the Committee's Motion for Order Scheduling Status Conferences for the Presentation of Survivor Statements* [Dkt. No. 1382]; statements made on the record at the initial hearing on the Motion held October 15, 2024 before this Court; the Committee's reply in further support of the Motion [Dkt. No. 1415]; the sur-reply of Pacific Insurers (as defined in the Motion) to the Committee's reply in further support of the Motion [Dkt. No. 1418]; statements made on the record at the subsequent hearing on the Motion held October 24, 2024 before this Court; and the entirety of the docket in this case to date, the Court finds, for the reasons stated by the Court on the record at the October 24, 2024 hearing, that the requested relief is in the best interest of the Debtor's estate and may further the Debtor's reorganization efforts to the benefit of the Debtor, Survivors and other parties in interest.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED.**

2. All objections to the Motion not already withdrawn or resolved are **OVERRULED**.

3. The Court will hold two, two-hour in-person status conferences (collectively, the "**Survivor Conferences**") in Courtroom 220 of the United States Bankruptcy Court, 1300 Clay Street, Oakland, California 94612: the first two-hour period, from 3:00 P.M. to 5:00 P.M. (Pacific Time) on November 4, 2024, and the second two-hour period, from 10:00 A.M. to 12:00 P.M. (Pacific Time) on December 13, 2024, before the Honorable William Lafferty.

4. No statements of any party in interest at the Survivor Conferences will be considered as evidence in any matter or proceeding in this case or any other judicial or administrative proceeding or as part of the official record in this case.

5. The Survivor Conferences will not be transcribed by a court reporter. The Court will record the audio of the Survivor Conferences, which is standard protocol for the Court and

necessary for the Court to preside over the Survivor Conferences; *provided, however*, that the recordings of the Survivor Conferences shall not be released or transcribed unless (i) mandated by law or (ii) the Debtor, the Committee, the Speaker (defined below) and the Insurers (defined in **Exhibit A**) agree in writing; *provided, further, however*, that if a Speaker requests that recordings of the Survivor Conferences be released or transcribed and one of the foregoing parties opposes the request, the recordings of the Survivor Conferences may only be released or transcribed upon entry of an order of the Court, with such order being subject to notice and a hearing.

6. Any Survivor who has filed a proof of claim in the Chapter 11 Case who would like to speak at a Survivor Conference (a "**Speaker**"), or their counsel, should request the opportunity to do so by contacting counsel to the Official Committee of Unsecured Creditors by email (Gabrielle Albert, Esq. at galbert@kbkllp.com and Brent Weisenberg, Esq. at bweisenberg@lowenstein.com) on or before October 31, 2024 for Speakers wishing to address the Court on November 4, 2024 and on or before December 9, 2024 for Speakers wishing to address the Court on December 13, 2024, and include the Speaker's contact information and the name (if any) of their legal counsel. Please note it may not be possible to accommodate every request.

7. Prior to each particular Survivor Conference, counsel to the Committee shall email the Courtroom Deputy Cindy Fan, at Cindy_Fan@canb.uscourts.gov, with the names of the Speakers, numbering the Speakers in order in which they are expected to speak and the estimated time for each Speaker. During each Survivors Conference, Speakers will be referred to only by their assigned Speaker number unless they choose to use their own names. The entire time for each Survivor Conference is approximately two hours, and Speakers statements shall be limited to no more than 15 minutes each.

8. Apart from introductions by counsel for the Debtor and the Committee and the Court, the Survivor Conferences will include only statements by the Speakers. No party in interest shall be permitted to comment or respond to the Statements.

9. The Court will designate a courtroom to be available for any overflow, and for listen and viewing only, in the event Courtroom 220 is full. Water will be made available.

10. Masks are optional for anyone in attendance.

11. No recording, photographing, or use of courtroom artists will be permitted.

12. Courtroom 220 will be available exclusively for the Committee and Speakers beginning at (i) 1:30 P.M. (Pacific Time) on November 4, 2024 and (ii) 8:30 A.M. (Pacific Time) on December 13, 2024, and opened to the public at (i) 2:00 PM. (Pacific Time) on November 4, 2024 and (ii) 9:00 A.M. (Pacific Time) on December 13, 2024 for the Survivor Conferences.

**END OF ORDER**

**Exhibit A**

"**Insurers**" means:

(i) American Home Assurance Co.

(ii) California Insurance Guarantee Association, a state entity, and

(iii) Catalina Worthing Insurance Ltd F/K/A HFPI (As Part VII Transferee of Excess Insurance Co. Ltd.)

(iv) Certain Underwriters At Lloyd's, London, Subscribing Severally And Not Jointly To Slip Nos. Cu 1001 And K 66034 Issued To The Roman Catholic Archbishop Of San Francisco, And Nos. K 78138 And Cu 3061 Issued To The Roman Catholic Bishop Of Oakland

(v) Companhia de Seguros Fidelidade SA F/K/A Fidelidade Insurance Company of Lisbon, Subscribing to Slip No. K 78138 Issued to the Roman Catholic Bishop of Oakland

(vi) Continental Casualty Company

(vii) Dominion Insurance Company Limited

(viii) English & American Insurance Company Limited

(ix) Insurance Company Of North America

(x) Lexington Insurance Co.

(xi) London and Overseas Insurance Company Limited

(xii) Ocean Marine Insurance Company Limited (As Part VII Transferee of the World Auxiliary

(xiii) Insurance Corporation Limited

(xiv) Orion Indemnity Company

(xv) Pacific Employers Insurance

(xvi) Pacific Indemnity

(xvii) R&Q Gamma Company Limited (as Part VII Transferee of Anglo French Ltd.)

(xviii) River Thames Insurance Company Limited

| | | |
|---|---|---|
| (xix) | Travelers Casualty & Surety Company F/K/A Aetna Casualty & Surety Company |
| (xx) | United States Fire Insurance |
| (xxi) | Westchester Fire Insurance Company |
| (xxii) | Westport Insurance Corporation |

**COURT SERVICE LIST**

All ECF parties