MORGAN A. STEWART (State Bar No. 209852)
mstewart@manlystewart.com
SAUL E. WOLF (State Bar No. 244833)
swolf@manlystewart.com
CRISTINA J. NOLAN (State Bar No. 318495)
cnolan@manlystewart.com
**MANLY STEWART FINALDI**
19100 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 252-9990
Facsimile: (949) 252-9991

Attorneys for MSF Claimants

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA,

## OAKLAND DIVISION

| | |
|---|---|
| In re<br>FRANCISCAN FRIARS OF CALIFORNIA, INC,<br>    Debtor. | Case No. 23-40523 WJL<br>Chapter 11<br>Judge:    Hon. William J. Lafferty<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO ALLOW FILING OF LATE PROOFS OF CLAIM**<br><br>Hearing Date: December 4, 2024<br>Hearing Time: 10:30am<br>Place:    United States Bankruptcy Court<br>          1300 Clay Street, Courtroom 220<br>          Oakland, CA 94612 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that JOHN LA-140 DOE and John LA-70 DOE ("Plaintiffs") hereby <u>withdraw</u> their MOTION TO ALLOW FILING OF LATE PROOFS OF CLAIM currently set for hearing on December 4, 2024 at 8:30 a.m. in the matter of In re: THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole, Case Number 23-40523.

///

///

DATED: November 8, 2024          MANLY STEWART FINALDI

                                 By: *Cristina J. Nolan*
                                 ─────────────────────────
                                 MORGAN A. STEWART
                                 SAUL E. WOLF
                                 CRISTINA J. NOLAN
                                 Attorneys for MSF Claimants

MORGAN A. STEWART (State Bar No. 209852)
mstewart@manlystewart.com
SAUL E. WOLF (State Bar No. 244833)
swolf@manlystewart.com
CRISTINA J. NOLAN (State Bar No. 318495)
cnolan@manlystewart.com
**MANLY STEWART FINALDI**
19100 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 252-9990
Facsimile: (949) 252-9991

Attorneys for MSF Claimants

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA,

## OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>FRANCISCAN FRIARS OF CALIFORNIA, INC,<br><br>    Debtor. | Case No. 23-40523 WJL<br>Chapter 11<br>Judge:   Hon. William J. Lafferty<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing Date: December 4, 2024<br>Hearing Time: 10:30am<br>Place:   United States Bankruptcy Court<br>          1300 Clay Street, Courtroom 220<br>          Oakland, CA 94612 |

**CERTIFICATE OF SERVICE BY MAIL**

I am employed in the county of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 19100 Von Karman Ave., Suite 800, Irvine, CA 92612.

On November 8, 2024, I served the following documents to be filed via the Court's Electronic Case Filing System:

- **NOTICE OF WITHDRAWAL OF MOTION TO ALLOW FILING OF LATE PROOFS OF CLAIM**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Date: November 8, 2024

*Nimsi De La Cruz*
Nimsi De La Cruz

CERTIFICATE OF SERVICE