**LOWENSTEIN SANDLER LLP**
JEFFREY D. PROL (admitted pro hac vice)
jprol@lowenstein.com
BRENT WEISENBERG (admitted pro hac vice)
bweisenberg@lowenstein.com
COLLEEN M. RESTEL (admitted pro hac vice)
crestel@lowenstein.com
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
tkeller@kbkllp.com
JANE KIM (Cal. Bar No. 298192)
jkim@kbkllp.com
GABRIELLE L. ALBERT (Cal. Bar No. 190895)
galbert@kbkllp.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| *In re:* <br><br> THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole, <br><br> Debtor. | Case No. 23-40523 WJL <br><br> Chapter 11 <br><br> **CERTIFICATE OF NO OBJECTION REGARDING STIPULATION TO PERMIT EXPERTS AND CONSULTANTS TO ACCESS UNREDACTED PROOFS OF CLAIM** |

1

On October 21, 2024, the Official Committee of Unsecured Creditors (the "**Committee**") of the Roman Catholic Bishop of Oakland (the "**Debtor**") filed the *Stipulation to Permit Experts and Consultants to Access Unredacted Proofs of Claim* [Dkt. No. 1417] (the "**Stipulation**").[1]

The Stipulation was filed and served on all CM/ECF participants on October 21, 2024, and no oppositions or responses to the Stipulation have been filed with the Court or received by the Committee or the Debtor. The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am an attorney with the law firm Keller Benvenutti Kim LLP, local counsel to the Committee in this Chapter 11 Case.

2. I certify that I have reviewed the Court's docket in this Chapter 11 Case, and no opposition or response to the Stipulation has been filed.

3. I further certify that no response or opposition has been received by the Committee's counsel.

4. On information and belief, no response or opposition has been received by the Debtor's counsel.

Executed this eighth day of November 2024.

                                                  */s/ Gabrielle L. Albert*
                                                    Gabrielle L. Albert

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Stipulation.

1