**LOWENSTEIN SANDLER LLP**
JEFFREY D. PROL (*pro hac vice*)
jprol@lowenstein.com
BRENT WEISENBERG (*pro hac vice*)
bweisenberg@lowenstein.com
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
tkeller@kbkllp.com
JANE KIM (Cal. Bar No. 298192)
jkim@kbkllp.com
GABRIELLE L. ALBERT (Cal. Bar No. 190895)
galbert@kbkllp.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Counsel for the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| *In re*: <br><br> THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole, <br><br> Debtor. | Case No. 23-40523 WJL <br><br> Chapter 11 <br><br> **NOTICE OF HEARING ON THE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE CLAIM SCHEDULED BY THE DEBTOR FOR THE OAKLAND PAROCHIAL FUND** <br><br> Judge: Hon. William J. Lafferty <br><br> Date: January 22, 2025 <br> Time: 10:30 a.m. (Pacific Time) <br> Place: United States Bankruptcy Court <br> 1300 Clay Street, Courtroom 220 <br> Oakland, CA 94612 <br><br> **Objection Deadline: January 10, 2025** <br><br> **RE: Dkt. No. 1524** |

**TO THE HONORABLE WILLIAM J. LAFFERTY III, UNITED STATES BANKRUPTCY COURT JUDGE AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that the Bankruptcy Court will hold a hearing on **January 22, 2025, at 10:30 a.m. (Pacific Time)** (the "Hearing"). The Hearing will take place at the United States Bankruptcy Court, 1300 Clay Street, Oakland, California, Courtroom 220 before the Honorable William J. Lafferty III, United States Bankruptcy Judge, to consider the *Objection of the Official Committee of Unsecured Creditors' to Claim Scheduled by the Debtor for the Oakland Parochial Fund* (the "Objection")[1] [Dkt No. 1524]. The Objection seeks entry of an order disallowing the claim of the Oakland Parochial Fund ("OPF") based on (1) disallowance pursuant to 502(d) of title 11 of the United States Code (the "Bankruptcy Code") and (2) equitable subordination/reclassification under 510(c) of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, if factual disputes are presented by the Objection and any timely response thereto, the Hearing will proceed as a status conference; factual disputes will not be decided at the Hearing, but at a future evidentiary hearing that may be set at the Hearing. Issues of a purely legal nature, where facts are not in dispute, may be decided at the Hearing. *See* Bankruptcy Local Rule 3007-1(b).

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held in person in the courtroom, provided that (1) counsel, parties, and other interested parties may attend the hearing in person or by Zoom; (2) additional information is available on Judge Lafferty's Procedures page on the Court's website, which is http://www.canb.uscourts.gov; and (3) information on how to attend the hearing by Zoom will be included with each calendar posted under Judge Lafferty's Calendar on the court's website. All parties should review Judge Lafferty's Practices and Procedures for In-Person Hearings, found on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that any oppositions or responses to the Objection must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Committee at the above-referenced address so as to be received **by January 10, 2025**. In deciding the Objection, the Court may consider any other document filed in the Chapter 11 Case.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Objection.

**PLEASE TAKE FURTHER NOTICE** that copies of the Objection and its supporting papers can be viewed and/or obtained (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtor's notice and claims agent, Verita Global at https://www.veritaglobal.net/rcbo or by calling (888) 733-1425 (toll free) for U.S. and Canada-based parties; or (310) 751-2631 for International parties or by e-mail at: https://www.veritaglobal.net/RCBO/inquiry. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: December 11, 2024

**LOWENSTEIN SANDLER LLP**
**KELLER BENVENUTTI KIM LLP**

*/s/ Gabrielle L. Albert*
Tobias S. Keller
Gabrielle L. Albert

Jeffrey D. Prol
Brent Weisenberg