**FOLEY & LARDNER LLP**
Thomas F. Carlucci (CA Bar No. 135767)
Tel: (415) 984-9824; tcarlucci@foley.com
Shane J. Moses (CA Bar No. 250533)
Tel: (415) 438-6404; smoses@foley.com
Emil P. Khatchatourian (CA Bar No. 265290)
Tel: (312) 832-5156; ekhatchatourian@foley.com
Ann Marie Uetz (admitted *pro hac vice*)
Tel: (313) 234-7114; auetz@foley.com
Matthew D. Lee (admitted *pro hac vice*)
Tel: (608) 258-4203; mdlee@foley.com
Geoffrey S. Goodman (admitted *pro hac vice*)
Tel: (312) 832-4515; ggoodman@foley.com
Mark C. Moore (admitted *pro hac vice*)
Tel: (214) 999-4150; mmoore@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520

*Counsel for the Debtor
and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,<br><br>Debtor. | Case No. 23-40523<br><br>Chapter 11<br><br>**CERTIFICATE OF COMPLIANCE WITH ORDER (I) AUTHORIZING THE RETENTION AND PAYMENT, EFFECTIVE AS OF THE PETITION DATE, OF PROFESSIONALS UTILIZED BY THE DEBTOR IN THE ORDINARY COURSE OF BUSINESS; AND (II) GRANTING RELATED RELIEF, FOR THE QUARTER ENDED DECEMBER 31, 2024**<br><br>Judge: Hon. William J. Lafferty |

On July 20, 2023, this Court entered its *Order (I) Authorizing the Retention and Payment, Effective as of the Petition Date, of Professionals Utilized by the Debtor in the Ordinary Course of Business; and (II) Granting Related Relief* [Docket. No. 263] (the "OCP Order"). On May 2, 2024, the Court entered its supplemental order increasing the caps monthly compensation paid to Ordinary Course Professionals (as defined in the OCP Order) [Docket No. 1109] (the "Supplemental OCP Order"). Pursuant to paragraph

3(h) of the OCP Order, the Debtor hereby certifies that it has complied with the OCP Order for the quarter ending December 31, 2024, including the limitations on fees paid to the Ordinary Course Professionals provided for in paragraph 3(g) of the OCP Order, as modified by the Supplemental Order.

Attached hereto as **Exhibit A** is a list of (a) the Ordinary Course Professionals who received payments from October 1, 2024 through December 31, 2024 (the "OCP Fee Period"); (b) the amount paid as compensation for services rendered and reimbursement of expenses to the Ordinary Course Professionals during the OCP Fee Period; (c) a general description of the services provided to the Debtor by each listed Ordinary Course Professional during the OCP Fee Period; and (d) the total amount paid to each listed Ordinary Course Professional during the Chapter 11 Case to date.

DATED:  January 29, 2025

**FOLEY & LARDNER LLP**
Thomas F. Carlucci
Shane J. Moses
Emil P. Khatchatourian
Ann Marie Uetz
Matthew D. Lee
Geoffrey S. Goodman
Mark C. Moore

*/s/ Shane J. Moses*
SHANE J. MOSES

*Counsel for the Debtor
and Debtor in Possession*

# EXHIBIT A

**Roman Catholic Bishop of Oakland**
**Case Number: 23-40523**
***Summary of Payments Pursuant to Ordinary Course Professionals Order [Docket No. 263] (10/1/24 - 12/31/24)***

| Name | Description of Services | Fees Paid in Quarter | Expenses Paid in Quarter | Total Amount Paid in Quarter | Total Amount Paid Post-Petition |
|---|---|---|---|---|---|
| Allen, Glaessner, Hazelwood & Werth, LLP | - Counsel for clergy sexual misconduct claims - pre-litigation<br>- General labor and employment outside counsel services | $ 18,169.76 | $ 1,195.74 | $ 19,365.50 | $ 85,617.75 |
| Moss Adams, LLP | - Annual financial audit of RCBO and the related financial statements | 25,700.00 | - | 25,700.00 | 30,985.00 |
| Plageman, Lund & Cannon LLP | - Outside trusts and estates counsel<br>- Advice for St. Perpetua's Catholic Church as beneficiary of a trust | 3,615.00 | - | 3,615.00 | 60,526.07 |
| Best Best & Krieger LLP | - Outside counsel for retirement plans | - | - | - | 12,603.00 |
| Dr. Matthew J. Kemner | - Consulting Services | 120,834.00 | 4,209.07 | 125,043.07 | 547,309.53 |
| Paul Bongiovanni | - Consulting Services | 27,200.00 | 11,514.52 | 38,714.52 | 74,714.52 |