**LOWENSTEIN SANDLER LLP**
JEFFREY D. PROL (*pro hac vice*)
jprol@lowenstein.com
BRENT WEISENBERG (*pro hac vice*)
bweisenberg@lowenstein.com
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
tkeller@kbkllp.com
JANE KIM (Cal. Bar No. 298192)
jkim@kbkllp.com
GABRIELLE L. ALBERT (Cal. Bar No. 190895)
galbert@kbkllp.com
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

**BURNS BAIR LLP**
TIMOTHY W. BURNS (*pro hac vice*)
tburns@burnsbair.com
JESSE J. BAIR (*pro hac vice*)
jbair@burnsbair.com
10 East Doty Street, Suite 600
Madison, Wisconsin 53703-3392
Telephone: (608) 286-2808

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| *In re*:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,<br><br>Debtor. | Case No. 23-40523 WJL<br><br>Chapter 11<br><br>**DECLARATION OF GABRIELLE L. ALBERT IN SUPPORT OF RENEWED MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO LIFT THE AUTOMATIC STAY TO PERMIT CERTAIN PLAINTIFFS' PERSONAL INJURY CLAIMS TO PROCEED IN STATE COURT**<br><br>Judge: Hon. William J. Lafferty<br><br>Date: July 16, 2025<br>Time: 1:00 p.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>1300 Clay Street, Courtroom 220<br>Oakland, CA 94612 |

I, Gabrielle L. Albert, hereby declare pursuant to 28 U.S.C. § 1746:

1. I am an attorney with the firm Keller Benvenutti Kim LLP, a law firm with offices at 101 Montgomery Street, Suite 1950, San Francisco, California 94104, counsel to The Official Committee of Unsecured Creditors (the "**Committee**") of the Roman Catholic Bishop of Oakland (the "**Debtors**").

2. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and could and would testify competently thereto.

3. I submit this declaration in support of the *Renewed Motion of the Official Committee of Unsecured Creditors to Lift the Automatic Stay to Permit Certain Plaintiffs' Personal Injury Claim* (the "**Motion**").[1]

4. Attached hereto as **Exhibit 1** is a true and correct copy of the *Motion of the Official Committee of Unsecured Creditors to Lift the Automatic Stay to Permit Certain Plaintiffs' Personal Injury Claims to Proceed in State Court* [Dkt. No. 1460].

5. Attached hereto as **Exhibit 2** is a true and correct copy of the Reporter's Transcript of Proceedings held on January 21, 2025, in this Chapter 11 Case [Dkt. No. 1667].

6. Attached hereto as **Exhibit 3** is a true and correct copy of the Reporter's Transcript of Proceedings held on January 15, 2025, in this Chapter 11 Case [Dkt. No. 1645].

7. Attached hereto as **Exhibit 4** is a true and correct copy of the Reporter's Transcript of Proceedings held on May 28, 2025, in *In re N. Calif. Clergy Cases,* No. JCCP5108, Superior Court of the State of California, County of Alameda.

8. Attached hereto as **Exhibit 5** is a true and correct copy of the *Order on Criteria for Bellwether Cases*, *In re Northern California Clergy Cases*, No. JCCP 5108, Superior Court of the State of California, County of Alameda, November 18, 2022.

9. Attached hereto as **Exhibit 6** is a true and correct copy of *Memorandum Decision on Motion for Relief from Stay*, *In re Roman Cath. Archbishop of S.F.*, No. 23-30564-DM, Dkt. No. 1138, (Bankr. N.D. Cal. Apr. 10, 2025).

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

10. Attached hereto as **Exhibit 7** is a true and correct copy the transcript of hearing, *In re Roman Cath. Diocese of Albany, N.Y.,* No. 23-10244, Dkt. No. 1546, (Bankr. N.D.N.Y. March 12, 2025).

11. Attached hereto as **Exhibit 8** is a true and correct copy of the Reporter's Transcript of Proceedings held on April 1, 2025, in *In re Franciscan Friars of Cal., Inc.*, No. 23-41723, Dkt. No. 876 (Bankr. N.D. Cal.).

12. Attached hereto as **Exhibit 9** is a true and correct copy of the Reporter's Transcript of Proceedings held on December 18, 2024, in this Chapter 11 Case [Dkt. No. 1568].

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct. Executed this twenty-fifth day of June, 2025.

/s/ Gabrielle L. Albert
Gabrielle L. Albert