Russell W. Roten (SBN 170571)
Jeff D. Kahane (SBN 223329)
Nathan Reinhardt (SBN 311623)
Timothy W. Evanston (SBN 319342)
**Skarzynski Marick & Black LLP**
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: 213.721.0650
rroten@skarzynski.com
jkahane@skarzynski.com
nreinhardt@skarzynski.com
tevanston@skarzynski.com

Catalina J. Sugayan
Clinton E. Cameron (*pro hac vice*)
Yongli Yang (*pro hac vice*)
**Clyde & Co US LLP**
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 635-7000
Catalina.Sugayan@clydeco.us
Clinton.Cameron@clydeco.us
Yongli.Yang@clydeco.us

*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Insurers*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California Corporation sole,<br><br>Debtor. | Case No.: 23-40523 WJL<br><br>Chapter 11<br><br>**NOTICE OF APPEAL AND STATEMENT OF ELECTION** |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): <u>Certain Underwriters at Lloyd's, London and Certain London Market Insurers ("LMI").[1]</u>

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is subject of this appeal:

---

[1] London Market Insurers are Certain Underwriters at Lloyd's, London, subscribing severally and not jointly to Slip Nos. CU 1001 and K 60034 issued to the Roman Catholic Bishop of San Francisco, and Nos. K 78318 and CU 3061 issued to the Roman Catholic Bishop of Oakland; Catalina Worthing Insurance Ltd f/k/a HFPI (as Part VII transferee of Excess Insurance Co. Ltd.); the Ocean Marine Insurance Company Limited (as Part VII transferee of the World Auxiliary Insurance Corporation Limited); River Thames Insurance Company Limited; Dominion Insurance Company Limited; Companhia de Seguros Fidelidade-Mundial f/k/a Fidelidade Insurance Company of Lisbon; and R&Q Gamma Company Limited (as Part VII transferee of Anglo French Ltd.).

Case: 23-40523   Doc# 2203   Filed: 08/08/25   Entered: 08/08/25 16:04:06   Page 1 of 11

| For appeals in an adversary proceeding | For appeals in a bankruptcy case |
|---|---|
| ☐ Plaintiff | ☐ Debtor |
| ☐ Defendant | ☐ Creditor |
| ☐ Other (describe) | ☐ Trustee |
| | ☒ Other (describe) Party In Interest |

**Part 2: Identify the subject of this appeal**

1. Describe the judgment – or the appealable order or decree – from which the appeal is taken: <u>Order Granting Renewed Motion of the Official Committee of Unsecured Creditors to Lift the Automatic Stay to Permit Certain Plaintiffs' Personal Injury Claims to Proceed in State Court, Docket No. 2168.</u>

2. State the date in which the judgment – or the appealable order or decree – was entered: <u>Signed on July 25, 2025, entered on July 26, 2025</u>

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment – or appealable order or decree—from which the appeal is taken and the names, address, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party/Attorney:  <u>The Roman Catholic Bishop of Oakland</u>
   **Foley and Lardner LLP**
   Eileen R. Ridley, eridley@foley.com
   Shane J. Moses, smoses@foley.com
   Anne Marie Uetz, auetz@foley.com
   Matthew D. Lee, mdlee@foley.com
   Geoffrey S. Goodman, ggoodman@foley.com
   Mark C. Moore, mmoore@foley.com
   555 California Street, Suite 1700
   San Francisco, CA 94104
   (415) 434-4484

2. Party/Attorney:  <u>The Official Committee of Unsecured Creditors</u>
   **Lowenstein Sandler LLP**
   Jeffrey D. Prol, jprol@lowenstein.com

2
NOTICE OF APPEAL

| | | |
|---|---|---|
| 1 | | Michael A. Kaplan, mkaplan@lowenstein.com |
| 2 | | Brent Weisenberg, bweisenberg@lowenstein.com |
| | | Colleen M. Restel, crestel@lowenstein.com |
| 3 | | Brent Weisenberg, bweisenberg@lowenstein.com |
| | | One Lowenstein Drive |
| 4 | | Roseland, New Jersey 07068 |
| 5 | | (973) 597-2500 |

**Keller Benvenutti Kim LLP**
Tobias S. Keller, tkeller@kbkllp.com
Jane Kim, jkim@kbkllp.com
Gabrielle L. Albert, galbert@kbkllp.com
425 Market Street, 26th Floor San Francisco, CA 94105
(415) 496-6723

**Burns Bair LLP**
Timothy W. Burns, tburns@burnsbair.com
Jesse J. Bair, jbair@burnsbair.com
10 East Doty Street, Suite 600 Madison, WI 53703
(608) 286-2808

3. Party/Attorney:    Claimants Represented by the Zalkin Law Firm
  **The Zalkin Law Firm, LLP**
  Devin M. Storey, dmos@zalkin.com
  10590 West Ocean Air Drive, Suite 175
  San Diego, CA 92130
  (858) 259-3011

4. Party/Attorney:    Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation
  **Parker, Hudson, Rainer & Dobbs LLP**
  Harris B. Winsberg, hwinsberg@phrd.com
  Matthew W. Weiss, mweiss@phrd.com
  Matthew G. Roberts, moroberts@phrd.com
  303 Peachtree St NE, Suite 3600
  Atlanta, Georgia 30308
  (404) 523-5300

  Todd C. Jacobs, tjacobs@phrd.com
  John E. Bucheit, jbucheit@phrd.com
  Two N. Riverside Plaza, Suite 1850
  Chicago, Illinois 60606
  (312) 477-3305

  **Sinnott, Puebla, Campagne & Curet, APLC**
  Blaise Curet, bcuret@spcclaw.com
  2000 Powell Street, Suite 830

Emeryville, CA 94608
(415) 352-6200

**Law Office of Robin Craig**
Robin D. Craig, rdc@rcraiglaw.com
6114 La Salle No. 517
Oakland, CA 94611

5. Party/Attorney  Insurance Company of North America, Westchester Fire Insurance Company, Pacific Indemnity Company, and Pacific Employers Insurance Company
**O'Melveny & Myers LLP**
Stephen H. Warren, swarren@omm.com
Justine M. Daniels, jdaniels@omm.com
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
(213) 430-6000

Tancred V. Schiavoni, tschiavoni@omm.com
1301 Avenue of the Americas
New York, NY 10019
(212) 326-2000

**Clyde & Co US LLP**
Alexander E. Potente, alex.potente@clydeco.us
Jason J. Chorley, jason.chorley@clydeco.us
150 California Street, 15th Floor
San Francisco, CA 94111
(415) 365-9800

6. Party/Attorney:  Continental Casualty Company
**Plevin & Turner LLP**
Mark D. Plevin, mplevin@plevinturner.com
580 California Street, Suite 1200
San Francisco, CA 94104
(202) 580-6640

Miranda H. Turner, mturner@plevinturner.com
Jordan A. Hess, jhess@plevinturner.com
1701 Pennsylvania Avenue, N.W., Suite 200
Washington, D.C. 20006
(202) 580-6640

7. Party/Attorney  Travelers Casualty & Surety Company f/k/a Aetna Casualty & Surety Company
**Dentons US LLP**
Lauren Macksoud
lauren.macksoud@dentons.com

1221 Avenue of the Americas
New York, NY 10020
(212) 768-6800

Andrew D. Telles Wyatt
andrew.wyatt@dentons.com
4675 MacArthur Court, Suite 1250
Newport Beach, CA 92660
(949) 732-3738

**Part 4: Optional election to have appeal heard by District Court (applicable only to certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1) a party elects to have the appeal heard by the United States District Court, check below. Do check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

⊠ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel

**Part 5: Sign Below**

Dated: August 8, 2025

Respectfully submitted,

By: /s/ Jeff D. Kahane
Russell W. Roten
Jeff D. Kahane
Nathan Reinhardt
Timothy W. Evanston
Skarzynski Marick & Black LLP
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: (213) 721-0650
jkahane@skarzynski.com
rroten@skarzynski.com
nreinhardt@skarzynski.com
tevanston@skarzynski.com

Catalina J. Sugayan
Clinton E. Cameron (admitted *pro hac vice*)

| | |
|---|---|
| 1 | Yongli Yang (admitted *pro hac vice*) |
| 2 | Clyde & Co US LLP |
| | 30 S Wacker Drive, Suite 2600 |
| 3 | Chicago, IL 60606 |
| | Telephone: (312) 635-7000 |
| 4 | Catalina.Sugayan@clydeco.us |
| | Clinton.Cameron@clydeco.us |
| 5 | Yongli.Yang@clydeco.us |

# Exhibit A

The following constitutes the order of the Court.
Signed: July 25, 2025

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

**LOWENSTEIN SANDLER LLP**
JEFFREY D. PROL (*pro hac vice*)
jprol@lowenstein.com
BRENT WEISENBERG (*pro hac vice*)
bweisenberg@lowenstein.com
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500

**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
tkeller@kbkllp.com
JANE KIM (Cal. Bar No. 298192)
jkim@kbkllp.com
GABRIELLE L. ALBERT (Cal. Bar No. 190895)
galbert@kbkllp.com
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 496-6723

**BURNS BAIR LLP**
TIMOTHY W. BURNS (*pro hac vice*)
tburns@burnsbair.com
JESSE J. BAIR (*pro hac vice*)
jbair@burnsbair.com
10 East Doty Street, Suite 600
Madison, Wisconsin 53703-3392
Telephone: (608) 286-2808

*Counsel for the Official Committee of Unsecured Creditors*

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| *In re*: | Case No. 23-40523 WJL |
| THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole, | Chapter 11 |
| Debtor. | **ORDER GRANTING RENEWED MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO LIFT THE AUTOMATIC STAY TO PERMIT CERTAIN PLAINTIFFS' PERSONAL INJURY CLAIMS TO PROCEED IN STATE COURT** |

Upon the *Renewed Motion of the Official Committee of Unsecured Creditors to Lift the Automatic Stay to Permit Certain Plaintiffs' Personal Injury Claims to Proceed in State Court* (the "**Motion**") [Dkt. No. 2093];[1] the Court having reviewed the objections to the Motion filed by (i) the Debtor [Dkt. No. 2112] (the "**Debtor Objection**"); (ii) Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Continental Casualty Company and London Market Insurers ("**LMI**") [Dkt. No. 2115] (collectively, the "**Certain Insurers' Objection**") and (iii) Insurance Company of North America, Westchester Fire Insurance Company, Pacific Indemnity Company and Pacific Employers Insurance Company [Dkt. No. 2117] (the "**Pacific Objection**") and the joinder to the Pacific Objection filed by LMI [Dkt. No. 2120] (collectively with the Debtor Objection, the Certain Insurers' Objection and the Pacific Objection, the "**Objections**"); the Court having reviewed the Committee's reply to the Objections [Dkt. No. 2129] (the "**Reply**"); the Court having reviewed the Motion, the Objections and the Reply and having considered the statements of counsel and the evidence adduced regarding the Motion at a hearing before the Court on July 16, 2025 (the "**Hearing**"); the Court finding that (a) the Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334, (b) venue is proper in this district under 28 U.S.C. §§ 1408 and 1409, (c) this is a core proceeding under 28 U.S.C. § 157(b)(2), and (d) notice of the Motion and the Hearing was sufficient under the circumstances; and (e) the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted;

**IT IS HEREBY ORDERED THAT:**

1.  The Motion is GRANTED for the reasons set forth on the record at the Hearing.

2.  The Objections are overruled.

3.  The automatic stay is terminated to allow six State Court Actions to proceed, as directed by the State Court.

4.  The automatic stay shall remain in full force and effect for all other purposes including with respect to the enforcement of any judgment against the Debtor that may be obtained because of the termination of the automatic stay as provided above; *provided* that nothing herein

---

[1] Capitalized terms not defined herein have the meaning ascribed to them in the Motion.

shall prevent the entry of a judgment against the Debtor and/ or the initiation of proceedings consistent with California Insurance Code Section 11580(b)(2) once a judgment is entered.

5. Notwithstanding Bankruptcy Rule 4001(a)(4), or any other Bankruptcy Rule, this Order shall be immediately effective and enforceable upon its entry.

6. This Court shall retain exclusive jurisdiction over any matters arising from or related to the implementation, interpretation or enforcement of this Order.

***END OF ORDER**

**Court Service List**

*All ECF Participants*