**FOLEY & LARDNER LLP**
Eileen R. Ridley (CA Bar No. 151735)
Tel: (415) 438-6469; eridley@foley.com
Shane J. Moses (CA Bar No. 250533)
Tel: (415) 438-6404; smoses@foley.com
Ann Marie Uetz (admitted *pro hac vice*)
Tel: (313) 234-7114; auetz@foley.com
Matthew D. Lee (admitted *pro hac vice*)
Tel: (608) 258-4203; mdlee@foley.com
Geoffrey S. Goodman (admitted *pro hac vice*)
Tel: (312) 832-4515; ggoodman@foley.com
David B. Goroff (admitted *pro hac vice*)
Tel: (312) 832-5160; dgoroff@foley.com
Mark C. Moore (admitted *pro hac vice*)
Tel: (214) 999-4150; mmoore@foley.com
One Market Plaza
55 Spear Street Tower, Suite 1900
San Francisco, CA 94105

*Counsel for the Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,<br><br>Debtor. | Case No. 23-40523<br><br>Chapter 11<br><br>**NOTICE OF FILING OF DECLARATIONS IN SUPPORT OF CONFIRMATION OF DEBTOR'S MODIFIED FOURTH AMENDED PLAN OF REORGANIZATION**<br><br>Judge: Hon. William J. Lafferty |

The Roman Catholic Bishop of Oakland, a California corporation sole, and the debtor and debtor in possession (the "Debtor" or "RCBO") in the above-captioned chapter 11 bankruptcy case (the "Chapter 11 Case" or the "Bankruptcy Case"), hereby files this notice of filing of declarations in support of confirmation (the "Notice") of *Debtor's Modified Fourth Amended Plan of Reorganization, Dated March 27, 2026* [Docket No. 2758] (the "Plan").[1] The following declarations are attached to this Notice:

- *Declaration of Charles M. Moore in Support of Confirmation of Debtor's Modified Fourth Amended Plan of Reorganization*, attached hereto as **Exhibit 1**;
- *Declaration of Denise Martin, PH.D in Support of Confirmation of Debtor's Modified Fourth Amended Plan of Reorganization*, attached hereto as **Exhibit 2**;
- *Declaration of Dr. Kurt Martens, J.C.D. in Support of Confirmation of Debtor's Modified Fourth Amended Plan of Reorganization*, attached hereto as **Exhibit 3**;
- *Declaration of John Hogan in Support of Confirmation of Debtor's Modified Fourth Amended Plan of Reorganization*, attached hereto as **Exhibit 4**;
- *Declaration of Attila J. Bardos in Support of Confirmation of Debtor's Modified Fourth Amended Plan of Reorganization*, attached hereto as **Exhibit 5**;
- *Declaration of Ron Gies in Support of Confirmation of Debtor's Modified Fourth Amended Plan of Reorganization*, attached hereto as **Exhibit 6**; and
- *Declaration of Andrew Courier in Support of Confirmation of Debtor's Modified Fourth Amended Plan of Reorganization*, attached hereto as **Exhibit 7**.

DATED: June 5, 2026

Respectfully submitted,

**FOLEY & LARDNER LLP**
Eileen R. Ridley
Shane J. Moses
Ann Marie Uetz
Matthew D. Lee
Geoffrey S. Goodman
David B. Goroff
Mark C. Moore

*/s/ Shane J. Moses*
SHANE J. MOSES

*Counsel for the Debtor and Debtor in Possession*

[1] Capitalized terms not otherwise defined herein have the same meanings ascribed to them in the Plan.