**Exhibit 1**

**Declaration of Charles M. Moore**

**FOLEY & LARDNER LLP**
Eileen R. Ridley (CA Bar No. 151735)
Tel: (415) 438-6469; eridley@foley.com
Shane J. Moses (CA Bar No. 250533)
Tel: (415) 438-6404; smoses@foley.com
Ann Marie Uetz (admitted *pro hac vice*)
Tel: (313) 234-7114; auetz@foley.com
Matthew D. Lee (admitted *pro hac vice*)
Tel: (608) 258-4203; mdlee@foley.com
Geoffrey S. Goodman (admitted *pro hac vice*)
Tel: (312) 832-4515; ggoodman@foley.com
David B. Goroff (admitted *pro hac vice)*
Tel: (312) 832-5160; dgoroff@foley.com
Mark C. Moore (admitted *pro hac vice*)
Tel: (214) 999-4150; mmoore@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520

*Counsel for the Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,<br><br>Debtor. | Case No. 23-40523 WJL<br><br>Chapter 11<br><br>**DECLARATION OF CHARLES M. MOORE IN SUPPORT OF CONFIRMATION OF DEBTOR'S MODIFIED FOURTH AMENDED PLAN OF REORGANIZATION**<br><br>Judge: Hon. William J. Lafferty<br><br>Date: June 15, 2026<br>Time: 9:00 a.m.<br>Place: United States Bankruptcy Court<br>1300 Clay Street, Courtroom 220<br>Oakland, CA 94612 |


Case: 23-40523 Doc# 3103-1 Filed: 06/05/26 Entered: 06/05/26 18:22:35 Page 2 of 8

I, Charles M. Moore, hereby declare as follows:

1. I am a Managing Director within the Restructuring & Turnaround division of Alvarez & Marsal North America, LLC ("A&M"), a financial consulting firm that provides global leadership, problem solving and value creation for organizations across industries and around the world. I serve as an advisor to The Roman Catholic Bishop of Oakland ("RCBO" or the "Debtor" or the "Diocese").

2. A&M was initially engaged as a restructuring advisor by the Debtor on January 19, 2023. A&M was formally retained in the Diocese's chapter 11 case on July 1, 2023, *nunc pro tunc* to May 8, 2023. Since then, A&M personnel providing services to the Debtor have worked closely with the Debtor's management and other professionals in assisting with the myriad requirements of this chapter 11 case.

3. As the lead Managing Director at A&M responsible for this engagement, I have become familiar with the Debtor's day-to-day operations, financial affairs, and books and records through review of certain financial documents, discussions with the Diocese's management, and discussions with the Debtor's other professionals. I worked with the Debtor's senior management and VeraCruz Advisory, LLC ("VeraCruz") on the operational and financial outlook for the Debtor's business and the formulation of various restructuring alternatives. This included working with Bishop Barber, the Debtor's Chief Financial Officer, other employees of the Debtor, the Debtor's counsel, and other engaged professionals to develop restructuring and strategic alternatives, plan activities necessary to implement such options, and present such findings and recommendations to creditor constituents and other key stakeholders in this case. All services and activities performed in connection with this engagement were either performed by me or under my supervision by employees of A&M.

4. I submit this declaration for purposes of streamlining my direct testimony I intend to offer in support of the *Debtor's Modified Fourth Amended Plan of Reorganization* [Docket No. 2758] (the "Modified Fourth Amended Plan," or as later amended, modified, or supplemented, the "Plan").[1] If called upon to testify about the contents herein, I could and would testify competently to the facts set forth herein. I am authorized by the Debtor to submit this declaration.

---

[1] Capitalized terms not defined herein shall have the meaning provided in the Plan.

## I. QUALIFICATIONS

5. I have over thirty years of experience providing turnaround consulting and advisory services to organizations in a variety of industries. I have substantial knowledge and experience serving in senior management positions and as a restructuring advisor in large reorganizations and in assisting troubled organizations with stabilizing their financial condition, analyzing their operations, and developing an appropriate business plan to accomplish the necessary restructuring of their operations and finances. I have served as a restructuring advisor to, among others, the Diocese of Rockville Centre, First Brands Group, LLC, Accuride Corporation, Stanadyne LLC, FirstEnergy Solutions, Noranda Aluminum, and the City of Detroit in their bankruptcy proceedings, along with numerous other organizations outside of bankruptcy, including multiple Catholic dioceses. I have experience working with companies in a variety of industries, including energy, automotive, manufacturing, hospitality, and gaming.

6. I have been involved in developing and assessing business plans, liquidation analyses, and financial projections in more than one hundred matters throughout my career. I have significant experience with cases involving sexual abuse claimants. I previously served as restructuring advisor to the Diocese of Rockville Centre, New York in its chapter 11 proceeding, and have worked with other Catholic dioceses outside of chapter 11. I also provided advisory services to the Official Committee of Tort Claimants in the Takata chapter 11 proceeding, which involved the largest recall of vehicles in the history of the automotive industry.

7. I received my bachelor's degree and MBA from Michigan State University. I am a Certified Public Accountant, a Certified Turnaround Professional, and am certified in Financial Forensics.

8. Prior to joining A&M, I was a Senior Managing Director at Conway MacKenzie, Inc., served as Chief Financial Officer of Horizon Technology Group, and began my career in the Management Solutions & Services consulting group at Deloitte & Touche. I am a past President and former member of the Board of Directors for the Detroit Chapter of the Turnaround Management Association. In 2008, I was honored by *Crain's Detroit Business* through selection to the class of "40 Under 40" and in 2006, I was named one of twelve 'People to Watch – Business Professionals Making Their Mark' by *Turnarounds & Workouts*.

9. I hold memberships in the Turnaround Management Association, American Bankruptcy Institute, American Institute of Certified Public Accountants and Michigan Institute of Certified Public Accountants. I have won numerous awards for my work in turning around organizations and helping them become more efficient.

## II. PRIOR TESTIMONY

10. I have substantial experience in providing both expert and fact witness testimony at trial or by deposition. Specifically, I have been qualified and provided testimony as an expert in five (5) different cases, including the Diocese of Rockville Centre bankruptcy case. I have provided testimony as a fact witness in ten (10) cases.

11. In this Chapter 11 Case, I previously provided declarations including (i) a declaration in support of the Debtor's objection and reservation of rights to the official committee of unsecured creditors' motion for standing to prosecute claims of the Debtor's Estate [Docket 1587], (ii) a declaration in support of the Debtor's chapter 11 petition and first day pleadings [Docket 19], (iii) declarations in support of A&M's retention [Dockets 64, 154, 647], and (iv) declarations in support of A&M's interim fee applications [Dockets 470, 885, 1193, 1402, 1725, 2081, 2401, 2661]. I was also sworn in as a witness in the Debtor's 341 meeting.

12. The Debtor named me as a witness to provide an expert report and testimony on matters relating to the following: (a) all matters concerning feasibility of the Plan and the Debtor's financial projections; (b) all matters concerning the Debtor's hypothetical liquidation analysis and the best interests test; (c) other matters concerning the satisfaction of requirements for confirmation of the Plan pursuant to the Bankruptcy Code as needed; and (d) possible rebuttal testimony.

13. I have been qualified as an expert and/or have testified in five (5) cases, including The Diocese of Rockville Centre, FirstEnergy Solutions Corp., Greektown Holdings, LLC, the City of Detroit and the City of Stockton. Specifically, I provided my expert opinion on the plan's feasibility and prepared the debtors' financial projections in the following bankruptcy cases: FirstEnergy Solutions Corp., Greektown Holdings, LLC, and the City of Detroit. I opined on the Debtor's financial projections and Plan of Adjustment in the City of Stockton. I am considered one of the leading financial advisors on


Case: 23-40523 Doc# 3103-1 Filed: 06/05/26 Entered: 06/05/26 18:22:35 Page 5 of 8

municipal distress and Chapter 9 bankruptcy cases based on my work in the City of Detroit, the City of Stockton, Jefferson County, Alabama, and Puerto Rico, among others. I also prepared liquidation analyses in FirstEnergy Solutions Corp. and Greektown Holdings, LLC and provided testimony at the confirmation hearings regarding the same.

14. In The Diocese of Rockville Centre, my expert opinion and testimony related to the Official Committee of Unsecured Creditors' motion to dismiss, which the debtor contested. I prepared and provided a liquidation analysis and financial projections. I also provided expert testimony that the dismissal of Rockville's bankruptcy case would result in a lower recovery for many creditors than a confirmed plan of reorganization, thereby making a plan of reorganization a better outcome for creditors than dismissal.

15. I have also provided extensive fact testimony in chapter 11 cases in connection with liquidations analyses and debtor's financial projections.

## III. EXPERT REPORT QUALIFICATIONS

16. Based on the parameters set forth above, I prepared an export report, dated May 7, 2026, in support of the Debtor's Plan (the "Initial Report"). In reaching the opinions and conclusions detailed in my Initial Report, I considered, among other things, the following:

a. the Debtor's Modified Fourth Amended Plan, First Amended Disclosure Statement (including previous filings of the Debtor's plans of reorganization and disclosure statements), and the Plan Supplement;

b. Monthly Operating Reports;

c. the Claims Registry;

d. Quarterly RCBO trial balances from 3/31/2015 – 3/31/2023 (including sub-ledgers);

e. RCBO Trial balance from 12/31/2025 (including sub-ledgers);

f. Historical quarterly RCBO financial statements (FY15 – FY24);

g. Annual Church financial statements (FY24);

h. Year-to-date Church financial statements from 6/30/2025;

i. Reported Church restricted cash balances and supporting documentation as of 12/31/2025;

j. Quarterly bank account statements and cash reconciliations for Union Bank Main Checking Account from 3/31/2015 – 3/31/2023;

k. Quarterly bank account statements for PNC (BBVA) Checking Account from 3/31/2017 – 12/31/2022;

l. Quarterly bank account statements for PNC (BBVA) Money Market Account from 6/30/2017 – 12/31/2022;

m. Quarterly bank account statements for U.S. Bank Bond Trust Account from 3/31/2015 – 12/31/2019;

n. Quarterly Endowment Pool investment statements from 3/31/2015 – 12/31/2016;

o. Quarterly Wells Fargo / Principal Custody Solutions Donor Reports from 3/31/2017 – 3/31/2023;

p. Quarterly Deposit & Loan Funds Loans Summary Reports from 3/31/2015 – 3/31/2023;

q. Quarterly Deposit & Loan Funds Deposits Summary Reports from 3/31/2015 – 3/31/2023;

r. Quarterly investment statements for Wells Fargo / Principal Custody Solutions Main Investment Account from 3/31/2015 – 3/31/2023;

s. Quarterly investment statements for Wells Fargo Unitized Pledged Investment Account from 3/31/2015 – 12/31/2016;

t. Quarterly investment statements for Wells Fargo / Principal Custody Solutions Operating Fund BBVA Pledged Investment Account from 12/31/2017 – 3/31/2023;

u. Quarterly investment statements for Wells Fargo / Principal Custody Solutions Operating Fund Unpledged Investment Account from 3/31/2017 – 3/31/2023;

v. FY2025 RCBO budget;

w. Bylaws of the Roman Catholic Communications Corporation of the Bay Area ("CTN");

x. Portfolio Liquidation Analysis – Expert Report of Hilco Real Estate, Updated May 2026; and

y. other pleadings filed in this Chapter 11 Case.

17. My Initial Report also relies on discussions with the Debtor's employees, third-party consultants and advisors, the Debtor's counsel at Foley & Lardner LLP, and my restructuring experience both in chapter 11 cases, chapter 9 cases and outside of chapter 11.

18. The Debtor also asked me to review, evaluate, and respond to the expert report of Paul N. Shields on behalf of the Official Committee of Unsecured Creditors submitted on May 8, 2026. As such, my rebuttal expert report, dated May 21, 2026 (the "Rebuttal Report"), presents my analysis and conclusions regarding the Shields report. The materials I considered in reaching my opinions in my Rebuttal Report are consistent with the materials considered for my Initial Report. It also relies on discussions with the Debtor's employees, third-party consultants and advisors, the Debtor's counsel at Foley & Lardner LLP as well my restructuring experience both in chapter 11 and 9 cases and outside of chapter 11.

19. I am prepared to testify to my opinions and conclusions as well as the underlying analyses detailed in my Initial Report and Rebuttal Report at the confirmation hearing.

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on June 5, 2026, at Oakland County, Michigan.

[signature]

Charles M. Moore