**Exhibit 5**

**Declaration of Attila J. Bardos**

**FOLEY & LARDNER LLP**
Eileen R. Ridley (CA Bar No. 151735)
Tel: (415) 438-6469; eridley@foley.com
Shane J. Moses (CA Bar No. 250533)
Tel: (415) 438-6404; smoses@foley.com
Ann Marie Uetz (admitted *pro hac vice*)
Tel: (313) 234-7114; auetz@foley.com
Matthew D. Lee (admitted *pro hac vice*)
Tel: (608) 258-4203; mdlee@foley.com
Geoffrey S. Goodman (admitted *pro hac vice*)
Tel: (312) 832-4515; ggoodman@foley.com
David B. Goroff (admitted *pro hac vice)*
Tel: (312) 832-5160; dgoroff@foley.com
Mark C. Moore (admitted *pro hac vice*)
Tel: (214) 999-4150; mmoore@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520

*Counsel for the Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,<br><br>Debtor. | Case No. 23-40523 WJL<br><br>Chapter 11<br><br>**DECLARATION OF ATTILA J. BARDOS IN SUPPORT OF CONFIRMATION OF DEBTOR'S MODIFIED FOURTH AMENDED PLAN OF REORGANIZATION**<br><br>Judge: Hon. William J. Lafferty<br><br>Date: June 15, 2026<br>Time: 9:00 a.m.<br>Place: United States Bankruptcy Court<br>1300 Clay Street, Courtroom 220<br>Oakland, CA 94612 |

I, Attila J. Bardos, hereby declare as follows under perjury pursuant to 28 U.S.C. § 1746:

1. I am the Chief Financial Officer ("CFO") of the Roman Catholic Bishop of Oakland, a California corporation sole (the "Debtor" or "RCBO").

2. I submit this declaration for purposes of streamlining my direct testimony that I intend to offer in person at the confirmation hearing beginning June 15, 2026, in support of the *Debtor's Modified Fourth Amended Plan of Reorganization* [Docket No. 2758] (or as later amended, modified, or supplemented, the "Plan").[1] If called upon to testify about the contents herein, I could and would testify competently to the facts set forth herein. I am authorized by the Debtor to submit this declaration.

## I. BACKGROUND

3. I am the CFO of the Debtor, and have served in this capacity since approximately 2023, after the Petition Date of May 8, 2023. I succeeded Paul Bongiovanni as the Debtor's CFO.

4. In my role as CFO, I am responsible for overseeing the Debtor's financial operations, including management of the Debtor's assets, liabilities, financial reporting, and coordination with the Debtor's retained professionals in this Chapter 11 case, including counsel and financial advisors. I report directly to Bishop Michael C. Barber, S.J.

5. I also serve on the boards of Adventus, the Roman Catholic Welfare Corporation of Oakland ("RCWC"), and the Roman Catholic Cemetery Corporation ("RCC"). I am familiar with the contributions each entity is making under the Plan and the negotiations that led to those contributions.

## II. THE PLAN

6. In my role as CFO, I have been deeply involved in the formulation, drafting, negotiation, and modification related to each iteration of the Debtor's plans of reorganization in this case, including the current Plan. I signed the Plan on behalf of the Debtor as an officer of the Diocese. I signed it because I have been very involved with the Plan's creation and each of its modifications over the past approximately 20 months, making me the logical person to execute it on the Diocese's behalf.

[1] Capitalized terms not defined herein shall have the meaning provided in the Plan.

7. I understand the Plan includes an Insurance Assignment through which RCBO passes to the Survivors' Trust the ability to seek all available benefits under RCBO's insurance policies—not a transfer of the full policy, but the ability for each and every individual Survivor with an Allowed Claim who chooses the Litigation Option under the Plan to recover all available benefits and rights from the policy in state court. As I understand it, it is a transfer from RCBO to the Survivors' Trust for the benefit of each of the Survivors, because right now those insurance rights are RCBO's asset, and if the Plan is confirmed then individual Survivors with an Allowed Claim who exercise the Litigation Option are able to recover all available rights and benefits under the insurance policies.

8. The insurance-related documents identified on the Debtor's Exhibit List are true and authentic copies of insurance policies obtained by the Debtor over the course of several decades, and of documents evidencing the issuance of certain insurance policies to the Debtor. Based on my personal knowledge, these insurance policies and evidence of the insurance of policies have been maintained within the Debtor's records in the normal course of business since the issuance of each policy.

9. While insurance-related documents identified on the Debtor's Exhibit List reflect insurance coverage available to the Debtor, I cannot confirm whether or not these documents reflect the full and complete version of each insurance policy or the full and complete extent of insurance coverage available to the Debtor.

10. I am personally familiar with the Plan, based on my role as CFO, my participation in the formulation and negotiation of the Plan, my review of the Plan and Plan Documents, and my communications with the Debtor's professionals, affiliated entities, and the Committee's representatives. I am prepared to testify as to my personal understanding of the Plan and underlying factual basis which demonstrates the Plan satisfies requirements of section 1129 of the Bankruptcy Code.

//
//
//

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on June 5, 2026, at Oakland, California.

/s/. Attila Bardos

Attila J. Bardos
Chief Financial Officer
The Roman Catholic Bishop of Oakland