**LOWENSTEIN SANDLER LLP**
JEFFREY D. PROL (admitted pro hac vice)
jprol@lowenstein.com
BRENT WEISENBERG (admitted pro hac vice)
bweisenberg@lowenstein.com
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
tkeller@kbkllp.com
JANE KIM (Cal. Bar No. 298192)
jkim@kbkllp.com
GABRIELLE L. ALBERT (Cal. Bar No. 190895)
galbert@kbkllp.com
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Counsel for the Official Committee of Unsecured Creditors*

**BURNS BAIR LLP**
TIMOTHY W. BURNS (admitted pro hac vice)
tburns@burnsbair.com
JESSE J. BAIR (admitted pro hac vice)
jbair@burnsbair.com
10 East Doty Street, Suite 600
Madison, Wisconsin 53703-3392
Telephone: (608) 286-2808

*Special Insurance Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

*In re:*

THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,

Debtor.

Case No. 23-40523 WJL

Chapter 11

**OMNIBUS CERTIFICATE OF NO OBJECTION REGARDING MONTHLY PROFESSIONAL FEE STATEMENTS**

**[Re: Dkt Nos. 3578, 3579, & 3580]**

**Objection Deadline**: November 9, 2026 @ 4:00 p.m. (Pacific)

## **THE MONTHLY FEE STATEMENTS**

On October 30, 2026, Keller Benvenutti Kim LLP, Burns Bair LLP, and Lowenstein Sandler LLP (each an "**Applicant**", collectively the "**Applicants**"), counsel to the Official Committee of Unsecured Creditors (the **"Committee**"), filed the below-referenced monthly fee statements (the "**Monthly Fee Statements**"), pursuant to the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on June 23, 2023 [Docket No. 170] (the "**Interim Compensation Procedures Order**").

- *Monthly Professional Fee Statement for Keller Benvenutti Kim LLP [September 2026]* [Dkt. No. 3578]
- *Monthly Professional Fee Statement for Burns Bair LLP [September 2026]* [Dkt. No. 3579]
- *Fortieth Monthly Professional Fee Statement for Lowenstein Sandler LLP for the Period of September 1, 2026 through September 30, 2026* [Dkt. No. 3580]

The Monthly Fee Statements were served on October 30, 2026. The deadline to file responses or oppositions to the Monthly Fee Statements was November 9, 2026, and no oppositions or responses have been filed with the Court or received by the Applicants. Pursuant to the Interim Compensation Procedures Order, the above captioned debtor and debtor in possession is authorized to pay the Applicants eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statements upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicants is annexed hereto as **Exhibit A**.

## **DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am an attorney of the firm of Keller Benvenutti Kim LLP, co-counsel for the Committee.

2. I certify that I have reviewed the Court's docket in this case and other than the Debtor's Reservation of Rights, have not received any response or opposition to the Monthly Fee Statements.

Dated: November 9, 2026

*/s/ Gabrielle L. Albert*
Gabrielle L. Albert (Cal. Bar No. 190895)
*Counsel for the Official Committee of Unsecured Creditors*