**O'MELVENY & MYERS LLP**
Tancred V. Schiavoni (admitted *pro hac vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 408-2419
Email: tschiavoni@omm.com

Alexandra J. Wolter (S.B. #317951)
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: awolter@omm.com

Hannah V.L. George (admitted *pro hac vice)*
1625 Eye St. NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: hgeorge@omm.com

*Attorneys for Insurance Company of North America, Westchester Fire Insurance Company, Pacific Indemnity Company, and Pacific Employers Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,<br><br>Debtor. | **DECLARATION OF HANNAH V.L. GEORGE IN SUPPORT OF PACIFIC INSURERS' OBJECTION TO AND REQUEST FOR HEARING ON DEBTOR'S APPLICATION FOR ORDER APPOINTING HON. DANIEL BUCKLEY (RET.) AS MEDIATOR**<br><br>Case No. 23-40523 WJL<br>Chapter 11<br>Judge: Hon. William J. Lafferty<br><br>Place: United States Bankruptcy Court<br>Courtroom 220, 1300 Clay Street<br>Oakland, CA 94612 |

I, Hannah V.L. George, hereby declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney with the law firm O'Melveny & Myers LLP, and I am counsel for Pacific Indemnity Company, Pacific Employers Insurance Company, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, and Westchester Fire Insurance Company (collectively, the "Pacific Insurers") in the above-referenced matter. I submit this declaration in support of the *Pacific Insurers' Objection to and Request for Hearing on Debtor's Application for Order Appointing Hon. Daniel Buckley (Ret.) as Mediator*.

2. Attached hereto as **Exhibit A** is an excerpt of a true and correct copy of the certified hearing transcript for *In re Boy Scouts of Am.,* No. 20-10343 (LSS) (Bankr. D. Del. Dec. 7, 2021).

3. I declare under penalty of perjury under the laws of the United States of America and the District of Columbia that the foregoing is true and correct.

Executed this 13th day of November, 2026 in Washington, D.C.

Respectfully submitted,

By: */s/ Hannah V.L. George*
Hannah V.L. George