**Entered on Docket**
**November 13, 2026**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**The following constitutes the order of the Court.**
**Signed: November 12, 2026**

**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br>THE ROMAN CATHOLIC BISHOP OF OAKLAND,<br><br>Debtor. | Case No. 23-40523 WJL<br>Chapter 11<br><br>**<u>Status Conference Scheduled</u>**<br>Date: November 16, 2026<br>Time: 10:00 a.m.<br>Location: 1300 Clay St., Ctrm 220/ Zoom, Oakland, CA 94612 |

## ORDER SETTING STATUS CONFERENCE

This Court is aware of recent developments in the case concerning recent and ongoing mediation sessions and would like to discuss updates in the case. Accordingly, the Court HEREBY ORDERS that a status conference be scheduled for **November 16, 2026 at 10:00 a.m**. Parties may make appearances by Zoom.

****END OF ORDER****

## COURT SERVICE LIST

None.